## INDEX OF EXHIBITS

Exhibit A  Basic Facts about Mold and Dampness_CDC

Exhibit B  MC-10188756-9999

Exhibit C  MC-10193998-9999

Exhibit D  MC-10194060-9999

Exhibit E  FCA-US-LLC-CSR-IATF-16949-20200805

Exhibit F  Ram, Ford, Chevy run brutal and extreme tests on trucks

Exhibit G  TREAD Fact Sheet 11.24.14

Exhibit H  U.S. NHTSA probes 725,000 Ford vehicles for engine flaw _ Reuters

Exhibit I  RCLRPT-22V406-1555

Exhibit J  RCLRPT-20V475-1719

Exhibit K  2016-ram-1500-brochure

Exhibit L  2017-1500

Exhibit M  2018-1500

Exhibit N  2019-1500

Exhibit O  2020-1500

Exhibit P  2021-1500

Exhibit Q  2022-1500

Exhibit R  2019 Warranty Information