# Exhibit B

      

**STAR ONLINE PUBLICATION**

**Case Number:**   S2123000009 Rev A

**Release Date:**   02/15/2021

**Symptom/Vehicle Issue**: **Water is leaking into cab through the third brake light CHMSL**

**Customer Complaint/Technician Observation:** Customer complains of water on the headliner / water at the back of the cab and technician observes a leak from the third brake light / CHMSL.

**Repair Procedure: There are 2 different procedures. Note which bulb style you are working on. LED or Incandescent. Always refer to STAR Parts for up to date parts information**

*Steps for **LED CHMSL** with camera (Part Number 68444540AB)*

Order a replacement LED CHMSL (Part Number 68444540AB) and order a secondary gasket (Part Number 68545973AA).

Apply the secondary gasket directly onto the main gasket of the CHMSL. The secondary gasket should be at the top of the part when installed. Remove the adhesive backing from the secondary gasket as you go. You may want to use a ruler or credit card to lightly press the secondary gasket onto the main gasket.



This document does not authorize warranty repairs.  This communication documents a record of past experiences.  STAR Online does not provide any conclusions about what is wrong with the vehicle.  Rather, it captures all previous cases known that appear to be similar or related to the vehicle symptom / condition.  You are the expert, and you are responsible for deciding on the appropriate course of action.

**Contact STAR Center, or your Technical Assistance Center Via TechCONNECT or eCONTACT ticket if no solution is found**

FCA US LLC                                                                                                                                                           *Version 4.3 10/29/2020*

       

**STAR ONLINE PUBLICATION**

Final result should look like the image below:



Check: once the CHSML is installed onto the vehicle there should be no gasket visible from the top or the sides.

*STEPS for **Incandescent Bulb** CHMSL (Part Number 68298380AE)*

Order a replacement Incandescent Bulb CHMSL (Part Number 68298380AE) and a secondary gasket (Part Number 68545973AA).

**Note:** part numbers 68298380AF and 68298380AG will already have the secondary gasket applied and you won't have to order the part separately.



Apply the secondary gasket onto the plastic above the main gasket; the secondary gasket and main gasket will not touch. The secondary gasket should be at the top of the part when installed.

Check: once the CHSML is installed onto the vehicle there should be no gasket visible from the top or the sides.

**Verification:** Perform a water leak test to confirm repair.

This document does not authorize warranty repairs.  This communication documents a record of past experiences.  STAR Online does not provide any conclusions about what is wrong with the vehicle.  Rather, it captures all previous cases known that appear to be similar or related to the vehicle symptom / condition.  You are the expert, and you are responsible for deciding on the appropriate course of action.

**Contact STAR Center, or your Technical Assistance Center Via TechCONNECT or eCONTACT ticket if no solution is found**

FCA US LLC                                                                                                                                    *Version 4.3 10/29/2020*