# Exhibit C

      

# STAR ONLINE PUBLICATION

**Case Number:**   S2023000024 Rev A

**Release Date:**   04/15/2021

**Symptom/Vehicle Issue:**   Water Leak Rear Of Cab Rear Seat Or Headliner

**Discussion:**   Inspect backlite (rear window) upper plastic frame for cracks. If part shows visible marking near red circles in Figure 1, run fingernail across suspect area.
- If you feel and see physical cracks separation in the upper frame, probable cause is water leak due to cracked backlite upper frame and backlite should be replaced. See Figure 2.
- If you do NOT feel physical crack, yet still see visible line marking, this is a KNIT LINE due to injection molding process and is a GOOD part. See Figure 3.



Figure 1 - Inside Truck Cab, *Light Green Part* is Upper Plastic Frame of Backlite, *Red Circles* are Potential Crack Locations

This document does not authorize warranty repairs.  This communication documents a record of past experiences.  STAR Online does not provide any conclusions about what is wrong with the vehicle.  Rather, it captures all previous cases known that appear to be similar or related to the vehicle symptom / condition.  You are the expert, and you are responsible for deciding on the appropriate course of action.

**Contact STAR Center, or your Technical Assistance Center Via TechCONNECT or eCONTACT ticket if no solution is found**

FCA US LLC                                                                                                                                   *Version 4.2 02/06/2017*

      

# STAR ONLINE PUBLICATION



Figure 2 - Cracks in Backlite Upper Frame



Figure 3 - Backlite Upper Frame KNIT LINES

This document does not authorize warranty repairs.  This communication documents a record of past experiences.  STAR Online does not provide any conclusions about what is wrong with the vehicle.  Rather, it captures all previous cases known that appear to be similar or related to the vehicle symptom / condition.  You are the expert, and you are responsible for deciding on the appropriate course of action.

**Contact STAR Center, or your Technical Assistance Center Via TechCONNECT or eCONTACT ticket if no solution is found**

FCA US LLC                                                                                                                         *Version 4.2 02/06/2017*

      

## STAR ONLINE PUBLICATION

Other probable causes of rear cab water leaks include:
- Incorrect urethane seal around backlite.  Bubbles or pockets in the urethane.
- From 3rd Brake Light (Center High Mounted Stop Lamp)
- From Antenna

**Verification:**

•	Step 1: Use low pressure open end water hose (no nozzle)  and direct water flow towards areas shown below. Check interior for leaks.
•	Step 2: Move water hose around backlite glass perimeter. Check interior for leaks.



Figure 4 - Areas of Backlite for Water Leak Check

•	Step 3: Move water hose around 3rd Brake Light. Check interior for leaks. Verify 3rd Brake Light rubber seal is in good condition. Verify screws are torqued to spec.

This document does not authorize warranty repairs.  This communication documents a record of past experiences.  STAR Online does not provide any conclusions about what is wrong with the vehicle.  Rather, it captures all previous cases known that appear to be similar or related to the vehicle symptom / condition.  You are the expert, and you are responsible for deciding on the appropriate course of action.

**Contact STAR Center, or your Technical Assistance Center Via TechCONNECT or eCONTACT ticket if no solution is found**

FCA US LLC                                                                                                        *Version 4.2 02/06/2017*

      

# STAR ONLINE PUBLICATION

- Step 4: Move water hose around roof antenna. Check roof interior for leaks. Verify foam seal under antenna is in good condition. Verify antenna is torqued to spec



Figure 5 - Areas of Rear Cab for Water Leak Check

IF Step 1 or Step 2 yields leaks, replace backlite and ensure correct urethane seal.

IF Step 3 yields leaks, ensure proper torque of fasteners and good condition of rubber seal.

IF Step 4 yields leaks, ensure proper torque of fastener and good condition of foam seal

This document does not authorize warranty repairs.  This communication documents a record of past experiences.  STAR Online does not provide any conclusions about what is wrong with the vehicle.  Rather, it captures all previous cases known that appear to be similar or related to the vehicle symptom / condition.  You are the expert, and you are responsible for deciding on the appropriate course of action.

**Contact STAR Center, or your Technical Assistance Center Via TechCONNECT or eCONTACT ticket if no solution is found**

FCA US LLC                                                                                                         *Version 4.2 02/06/2017*