# Exhibit D






**NUMBER:** 23-016-21

**GROUP:** 23 - Body

**DATE:** April 22, 2021

This bulletin is supplied as technical information only and is not an authorization for repair. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, or otherwise, without written permission of FCA US LLC.

### SUBJECT:
Water Leaks At Sliding Backlite

### OVERVIEW:
This bulletin involves inspecting and if needed replacing the rear sliding backlite if leaking.

### MODELS:

| 2019 - 2020 | (DT) | RAM 1500 Pickup |

**NOTE:** This bulletin applies to vehicles within the following markets/countries: North America and EMEA.

**NOTE:** This bulletin applies to vehicles equipped with Rear Sliding Window (Sales Code GFD) or Rear Power Sliding Window (Sales Code GFE).

### SYMPTOM/CONDITION:
The customer may comment on the following:
- Water leaks from the cab back, evident on rear seats, carpet, and potentially roof.

### DIAGNOSIS:
If the customer describes the symptom/condition listed above, perform the Repair Procedure.

### PARTS REQUIRED:

| Qty. | Part No. | Description |
|---|---|---|
| 1 (A/R) | 68303351AI | Rear power sliding glass (Sales Code GFE) |
| 1 (A/R) | 68426398AE | Rear power sliding glass (Sales Code GFE with Rear Window Defroster) |
| 1 (A/R) | 68335723AI | Rear power sliding glass (Sales Code GFE with Clear Tinted Glass All Windows) |
| 1 (A/R) | 68333671AH | Rear manual sliding glass (Sales Code GFD) |

*REPAIR PROCEDURE:*

1. Inspect the rear sliding glass assembly from inside the cab, looking for cracks in the frame (Fig. 1) .



**Fig. 1**
**Inside Truck Cab**

1 - Upper Plastic Frame of Rear Sliding Glass Assembly (Green Area)
2 - Potential Crack Locations

2. Were any cracks (Fig. 2) or evidence of leakage in rear sliding window frame found?



**Fig. 2**
**Cracks In Backlite Upper Frame**

- YES>>> Proceed to Step 3 of the Repair Procedure.
- NO >>> This Bulletin does not apply. Normal diagnosis should be performed.

3. Replace the rear sliding glass assembly. Refer to the detailed service procedures available in DealerCONNECT> Service Library under: Service Info>23 - Body / Stationary Glass / Backlite, Sliding / Removal and Installation.

*POLICY:*
Reimbursable within the provisions of the warranty.

**TIME ALLOWANCE:**

| Labor Operation No: | Description | Skill Category | Amount |
|---|---|---|---|
| 23-30-32-94 | Sliding Backlite - Replace Assembly (1 - Semi-Skilled) | 6 - Electrical and Body Systems | 2.4 Hrs. |

**FAILURE CODE:**

| ZZ | Service Action |
|---|---|