# Exhibit E



**FCA US LLC**
**Customer-Specific Requirements**
**for IATF 16949:2016**

Publication Date: **August 5, 2020**

Effective Date: **per Appendix C**

## TABLE OF CONTENTS

### SUMMMARY OF IATF 16949 SECTIONS WITH CUSTOMER-SPECIFIC CONTENT

*Newly added content and location changes appear in* **BLUE** *(see Appendix C for details)*

**1 Scope** ............................................................................................................................... **5**

   **1.1 General** ...................................................................................................................... **5**

   **1.2 Application** ............................................................................................................... **5**

**2 Normative References** ...................................................................................................... **8**

**2.1 Normative and informative references** ....................................................................... **8**

**3 Terms and definitions** ..................................................................................................... **12**

   **3.1 Terms and definitions for the automotive industry** ............................................ **12**

**4 Context of the organization** ........................................................................................... **16**

      4.4.1.2 Product safety ................................................................................................ 17

**5 Leadership** ...................................................................................................................... **17**

      5.3.1 Organizational roles, responsibilities, and authorities – supplemental ............ 18

**7 Support** ........................................................................................................................... **19**

      7.2.2 Competence - on-the-job training ..................................................................... 20

      7.5.3.2.1 Record retention .......................................................................................... 23

**8 Operation** ....................................................................................................................... **23**

      8.2.1.1 Customer communication — supplemental ................................................... 24

      8.2.3.1 ................................................................................................................... 24

      8.2.3.1.2 Customer-designated special characteristics ............................................. 24

      8.2.3.2 ................................................................................................................... 25

      8.3.2.1 Design and development planning – supplemental ....................................... 26

      8.3.2.3 Development of products with embedded software ........................................ 26

      8.3.3.2 Manufacturing process design input ............................................................. 26

      8.3.3.3 Special characteristics .................................................................................. 26

      8.3.4.2 Design and development validation ............................................................... 27

      8.3.4.4 Product approval process ............................................................................. 27

      8.3.5 Design and development outputs ...................................................................... 27

      8.3.5.2 Manufacturing process design output ........................................................... 28

      8.4.1.2 Supplier selection process ............................................................................ 28

      8.4.1.3 Customer-selected sources (Directed Parts / Consigned Parts) ................... 28

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 2 | Added/changed text appears in BLUE |
| | **© 2020 – FCA US LLC** |
| | All rights reserved                            August 4, 2020 |

8.4.2.2 Statutory and regulatory requirements ................................................................. 29

8.4.2.3 Supplier quality management system development ........................................... 29

8.4.2.3.1 Automotive product-related software or automotive products with embedded software .... 30

8.4.2.4.1 Second-party audits ...................................................................................... 30

8.4.2.5 Supplier development ..................................................................................... 31

8.4.3.1 Information for external providers – supplemental ........................................... 32

8.5.2.1 Identification and traceability – supplemental ................................................. 32

8.5.4.1 Preservation – supplemental ......................................................................... 33

8.5.6.1 Control of changes - supplemental ................................................................ 33

8.6.2 Layout inspection and functional testing ......................................................... 34

8.6.3 Appearance items ......................................................................................... 35

8.6.5 Statutory and regulatory conformity ............................................................... 34

8.7.1.1 Customer authorization for concession ........................................................... 35

8.7.1.2 Control of nonconforming product – customer specified process ...................... 35

8.7.1.3 Control of suspect product ............................................................................ 35

8.7.1.4 Control of reworked product .......................................................................... 36

**9 Performance evaluation ...................................................................................... 36**

9.1.2 Customer satisfaction .................................................................................... 36

9.1.2.1 Customer satisfaction – supplemental ........................................................... 37

9.2.2 Internal audit ................................................................................................ 40

9.2.2.2 Quality Management System audit ................................................................. 41

9.2.2.3 Manufacturing process audit ......................................................................... 41

9.2.2.4 Product audit ................................................................................................ 43

9.3.2.1 Management review inputs – supplemental .................................................... 43

**10 Improvement ................................................................................................... 43**

**10.2 Nonconformity and corrective action ............................................................. 44**

10.2.5 Warranty management systems .................................................................... 44

10.2.6 Customer complaints and field failure test analysis ....................................... 46


## APPENDICES

A: Bulk Metallic Commodity Exemptions .............................................................. 47

B: Exceptions to CQI-27 ...................................................................................... 48

C: Change History ............................................................................................... 50

|   | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 3 | Added/changed text appears in BLUE |
|   | © 2020 – FCA US LLC |
|   | All rights reserved |

August 4, 2020

**TABLES**

1 QMS Certification Requirements for Mopar ........................................................................ 6

2 FCA US Document Availability in eSupplierConnect ........................................................ 12

3 Classification of Special Characteristics ........................................................................... 25

4 Implementation timing for Automotive Warranty Management (AWM) requirements ......... 45

5 Bulk Metallic Commodities ............................................................................................... 47

6 CSR Section Exemptions for Bulk Metallic Commodities ................................................. 47

7 Common exceptions to CQI-27 process requirements ...................................................... 48

8 Applicability of common exceptions to CQI-27 process requirements .............................. 48

9 Process Table-specific exceptions to CQI-27 process requirements ................................ 49

**Introduction**

**1 Scope**

**1.1 General**

This document defines certain customer-specific requirements (CSR) for FCA US LLC.

This document is also applicable to organizations supplying assemblies of production parts or materials ("modular suppliers") and to organizations supplying partially or fully assembled vehicles ("contract vehicle assembly plants").

The English language version of this document shall be the official version for purposes of third party registration.

Sanctioned translations of this document shall:

- Be for reference only.

- Reference the English version as the official language.

- Include FCA US LLC in the copyright statement.

Any other translations are not authorized.

> NOTES
>
> 1. Customer specific requirements for FCA Italy SpA are contained in a separate document, available through the IATF web site: http://www.iatfglobaloversight.org/oem-requirements/customer-specific-requirements.
>
> 2. All published references to "FCA US", "Chrysler" or "Chrysler Group LLC" applicable to these customer-specific requirements shall be interpreted as applying to all of FCA US LLC unless otherwise specified.
>
> 3. Comments or questions concerning this document may be sent to FCA US at iatf16949@fcagroup.com. (Please include the phrase "CSR ISSUE" in the subject line of the e-mail). Comments or questions on documents or standards cited within this document should be addressed to their respective authors.

**1.2 Application**

ISO 9001:2015, IATF 16949:2016 (as modified by Sanctioned Interpretations), and this document define fundamental quality system requirements for organizations contracted by FCA US to provide Production and/or Mopar parts and components. These requirements shall be included in any scope of registration/certification to IATF 16949 issued by an IATF-recognized certification body in order for the IATF 16949 certificate to be recognized as satisfying FCA US organization criteria for third party registration/certification. (See IATF 16949, Remarks for certification).

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 5 | Added/changed text appears in BLUE |
| | © 2020 – FCA US LLC |
| | All rights reserved                              August 4, 2020 |

NOTE: The official list of IATF-recognized Certification Bodies can be found at https://www.iatfglobaloversight.org/certification-bodies/under-contract/.

All IATF 16949 requirements and the requirements of this document shall be addressed in the organization's quality system.

Several section headers within this document are followed by the statement "No FCA US Customer-Specific Requirement for this section" to verify that there is no auditable FCA US-specific requirement for the section.

**The presence of this statement shall not be interpreted to mean that other commercial or technical requirements do not exist for the subject addressed in the section, or that this statement supersedes existing commercial or technical requirements.**

Unless explicitly specified, these requirements are not linked to the Customer-Specific Requirements (CSR) of any other management system standard required by FCA US. A nonconformance to a CSR of one standard does not imply that a nonconformance to another CSR exists. **Specifically, a supplier who is not fully certified to ISO 14001 shall not receive a nonconformance from their IATF 16949 Certification Body.**

This document is not applicable to organizations supplying Tooling and Equipment (T&E) to FCA US. T&E suppliers to FCA US shall be third-party registered to ISO 9001:2015.

<u>Third-party registration</u>

All organizations providing production parts to FCA US shall be third-party registered to IATF 16949:2016 through an IATF-recognized Certification Body. Certification requirements for organizations providing parts or materials to Mopar vary by type of material supplied. Table 1 summarizes these requirements:

**TABLE 1: QMS Certification Requirements for Mopar**

| Mopar Part or Material | Mopar Certification Requirement |
|---|---|
| Service parts | IATF 16949:2016 |
| Remanufactured ("reman") parts | |
| Accessory parts identified by Mopar as safety parts or installed at Mopar Custom Shops | |
| Other Accessory parts | ISO 9001:2015 |
| Essential chemicals | All certifications shall be administered through a registrar |
| Marketing chemicals | recognized as an IATF Certification Body (see note) |
| Valueline parts | |
| Performance parts | None |

NOTE: Transition was required by 9/14/18.

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 6 | Added/changed text appears in BLUE |
| | **© 2020 – FCA US LLC** |
| | All rights reserved                                    August 4, 2020 |

Organization identification as a FCA supplier

Organizations shall ensure that all Supplier Codes assigned to their manufacturing locations by FCA North America Purchasing and listed in the FCA Global External Balanced Scorecard (GEBSC) are disclosed to their Certification Body for inclusion in their IATF 16949 certification database record for FCA US LLC. The list shall include the codes assigned for both Production and Mopar areas.

NOTES:

1. Supplier Codes are labeled as Vendor Codes in GEBSC.
2. Supplier Codes issued by FCA Group Purchasing that appear in GEBSC should be included in the organization's IATF 16949 certification database record for FCA Italy SpA.

Organizations and their CBs shall periodically review the FCA US Supplier Codes recorded in the IATF database to ensure that the list is complete and up-to-date. This review should occur annually at a minimum.

IATF 16949 registration verification

Organizations under contract to FCA North America Purchasing shall submit proof of registration by sending a digital copy (PDF) of their current registration certificate to FCA US at iatf16949@fcagroup.com.The submission email should list all FCA US Supplier Codes assigned to the site.

NOTES:

1. Unless the organization site experiences a change in certification status (see below), the verification record is valid for the life of the certificate. *Periodic resubmissions within a certification period are <u>not</u> required.*

2. It is no longer necessary to provide contact information when submitting proof of certification.

3. Organizations under contract to FCA Group Purchasing should submit proof of certification through SQP Systems, within the eSupplierConnect portal.

Notification of IATF 16949 Registration Status Change

Organizations shall notify FCA US of any change in their IATF 16949 registration status via e-mail to iatf16949@fcagroup.com. Such changes include, but are not limited to:

- Initial certification*

- Recertification*

- Transfer of certification to a new Certification Body*

- Certificate withdrawal.

- Certificate cancellation without replacement.

*These changes require submitting proof of registration as described above.

| | |
|---|---|
| 7 | **FCA US LLC Customer-Specific Requirements for IATF 16949**<br>Added/changed text appears in BLUE<br>**© 2020 – FCA US LLC**<br>All rights reserved August 4, 2020 |

IATF 16949 Registration Exemption

FCA US may, at its option, fully exempt certain organizations from IATF 16949 registration.  This exemption generally applies to those organizations whose automotive business is of such low significance that they will not register to IATF 16949, but are still needed as a supplier to FCA US.

Identification of candidate organizations for full exemption from IATF 16949 registration is the responsibility of FCA US Supplier Operations. Verification and maintenance of exemption status is the responsibility of FCA US Supplier Quality Operations.

> NOTE: Unless otherwise specified, exemption from IATF 16949 registration does not relieve the organization of their obligation to abide by the quality requirements outlined in Clause 6 of the Production and Mopar Purchasing General Terms and Conditions.

Bulk Metallic Commodity Exemptions

Certain specific bulk metallic commodities are exempt from some requirements of this document. The details appear in Tables 5 and Table 6 of Appendix A.

> NOTE: Exemptions only apply to these Customer-Specific Requirements, not to the sections of IATF 16949 with which they are aligned.

## 2 Normative References

### 2.1 Normative and informative references

References cited by this document are the latest versions available at the date of publication. When a cited document is revised after the date of publication, the newer version shall apply.

> NOTE: If a conflict is perceived between a newer version of a cited reference and this document, contact FCA US at iatf16949@fcagroup.com for guidance. (Please include the phrase "CSR ISSUE" in the subject line of the e-mail.)

### 2.1.A References cited in these Customer-Specific Requirements

Automotive Industry Action Group (AIAG) North American automotive quality Core Tool manuals

- *AIAG/VDA Failure Mode and Effects Analysis (FMEA), Design FMEA and Process FMEA Handbook, First Edition, June 2019*

- *Chrysler, Ford, General Motors Advanced Product Quality Planning and Control Plan (APQP): Second Edition July 2008*

- *Chrysler, Ford, General Motors Production Part Approval Process (PPAP), Fourth Edition, March 2006*

- *Chrysler, Ford, General Motors Service Production Part Approval Process (Service PPAP), First Edition, June 2014*

- *Chrysler, Ford, General Motors Potential Failure Mode and Effects Analysis (FMEA) Fourth Edition, June 2008*

| | |
|---|---|
| 8 | **FCA US LLC Customer-Specific Requirements for IATF 16949**<br>Added/changed text appears in BLUE<br>**© 2020 – FCA US LLC** |

All rights reserved <span style="float:right">August 4, 2020</span>

AIAG quality manuals

- *CQI-8: Layered Process Audit Guideline, 2nd Edition*
- *CQI-9 Special Process: Heat Treat System Assessment, 4th Edition*
- *CQI-11 Special Process: Plating System Assessment, 3rd Edition*
- *CQI-12 Special Process: Coating System Assessment, 3rd Edition*
- *CQI-14: Automotive Warranty Management, 3nd Edition*
- *CQI-15 Special Process: Welding System Assessment, 2nd Edition*
- *CQI-17 Special Process: Soldering System Assessment*
- *CQI-19: Sub-tier Supplier Management Process Guideline*
- *CQI-23: Special Process: Molding System Assessment*
- *CQI-27: Special Process: Casting System Assessment, 2nd Edition*

AIAG-partnered applications

MMOG.np (web-based application for MMOG/LE v.5)

ISO standards

*ISO 9000:2015 "Quality management systems – Fundamentals and vocabulary"*

*ISO 9001:2015 "Quality management systems – Requirements"*

International Automotive Task Force (IATF) publications

- *IATF 16949:2016 "Fundamental quality management system requirements for automotive production and relevant service parts organizations"*
- *Automotive Certification Scheme for IATF 16949; Rules for achieving and maintaining IATF recognition; 5th Edition for IATF 16949*, 1 November 2016

    NOTE: All references to the "*Rules*" in these Customer-Specific Requirements refer to this fifth edition of the *Automotive Certification Scheme*.

- *Minimum Automotive Quality Management System Requirements for Sub-Tier Suppliers (MAQMSR)*, 2nd Edition
- *IATF 16949:2016 – Sanctioned Interpretations (SIs)*

FCA US Engineering standards

- *AS-10119<A> General Requirements For Designated Appearance Items*
- *CEP-12679 Classification of Characteristics*
- *CEP-A0782 Supplier AECD Disclosure Requirements*
- *CS.00187 ESCAPE: Electronics Software CAPability Evaluation - evolvement*

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 9 | Added/changed text appears in BLUE |
| | **© 2020 – FCA US LLC** |
| | All rights reserved                    August 4, 2020 |

- *PF.901106 Component Traceability*
- *PF-8500 Requirements For Verification, Validation And Continuing Conformance Testing*
- *PS-11346 Warranty Returned Parts Testing and Analysis Procedures*
- *QR.00001 Global Product Assurance Testing*
- *QR-10012 Dimensional Quality Requirements*
- *SPB-00001-09 Source Package Boilerplate – Metrology Deliverables*

Purchasing documents and applications

- *8-Step Corrective Action Plan Form*
- *FCA US Customer-Specific Requirements for Use with PPAP 4th Edition and Service PPAP, 1st Edition*
- Global External Balanced Scorecard (GEBSC)
- *PFMEA and Control Plan Document Audit Forms*
- *Production and Mopar Purchasing General Terms and Conditions*
- *SQ.00001 Additional Quality Requirements (AQR)*
- *SQ.00007 Master Process Failure Mode and Effects Analysis (MPFMEA)*
- *SQ.00008 Product Demonstration Run (PDR)*
- *SQ.00010 Advanced Quality Planning (AQP) and Production Part Approval Process (PPAP)*
- *SQ.00012 Forever Requirements*
- *SQN-A0469 Supplier NC Management – North America*
- *SQN-A0489 Third Party Containment and Problem Resolution*
- *SQN-A0490 Launch Risk Mitigation*
- *SQN-A1024 IATF 16949:2016 – Organization-Initiated Performance Complaint*

Supply Chain Management documents

*Packaging and Shipping Instructions*

NOTE: This document is located in the "Reference Material" section of the Production Part Suppliers page of the Supply Chain Knowledge Center.

## 2.1.B. Availability of references cited in these Customer-Specific Requirements

Government documents availability

United States Code of Federal Regulations (CFR) can be found within e-CFR (https://gov.ecfr.io/cgi-bin/ECFR?page=browse).

---

<table>
<tr><td rowspan="3">10</td><td><strong>FCA US LLC Customer-Specific Requirements for IATF 16949</strong></td></tr>
<tr><td>Added/changed text appears in BLUE<br><strong>© 2020 – FCA US LLC</strong></td></tr>
<tr><td>All rights reserved    August 4, 2020</td></tr>
</table>

European Union (EU) legal acts and related documents can be found within EUR-Lex (https://eur-lex.europa.eu/homepage.html).

<u>Industry documents and applications availability</u>

Automotive Industry Action Group publications are available from the AIAG at https://www.aiag.org/store/quality [(877) 275-2424].

Copies of International Organization for Standardization (ISO) publications are available from the ISO at http://www.iso.org/iso/store.htm [41 22 749 08 88].

*IATF 16949* and the *Rules* are available from the select training providers listed on the IATF web site: https://www.iatfglobaloversight.org/iatf-publications/.

*Minimum Automotive Quality Management System Requirements for Sub-Tier Suppliers for IATF 16949 (MAQMSR)* are available from the International Automotive Task Force (IATF) at https://www.iatfglobaloversight.org/oem-requirements/customer-specific-requirements/

MMOG.np is available through AIAG partner ODETTE at

https://www.aiag.org/supply-chain-management/materials-management/global-materials-management-operations-guidelines

*Sanctioned Interpretations* are available at https://www.iatfglobaloversight.org/iatf-169492016/iatf-169492016-sis/.

<u>FCA US documents and applications availability</u>

This document, and *FCA US Customer-Specific Requirements for Use with PPAP 4th Edition and Service PPAP, 1st Edition* are available from the International Automotive Task Force (IATF) at https://www.iatfglobaloversight.org/oem-requirements/customer-specific-requirements/.

Other referenced FCA US Engineering, Purchasing, and Supply Chain Management documents and applications are available through eSupplierConnect as noted in Table 2.

**FCA US LLC Customer-Specific Requirements for IATF 16949**
Added/changed text appears in BLUE
**© 2020 – FCA US LLC**
All rights reserved                August 4, 2020

TABLE 2: FCA US Document/Application Availability in eSupplierConnect

| FCA US Organization | eSupplierConnect Application or Reference Name | Application / Reference |
|---|---|---|
| Engineering | beStandard (all Engineering Standards) | Application |
| Mopar | Mopar Materials (logistics, packaging, supplier quality, training) | Reference |
| Purchasing<br><br>Supplier Operations | 8 Step Corrective Action Form<br>GEBSC – Global External Balanced Scorecard<br>FCA US General Terms & Conditions, Clauses and Forms<br>Supplier PFMEA Audit Summary | Reference<br>Application<br>Reference<br><br>Reference |
| | beSTandard (Supplier Operations global (SQ) and regional (SQN) process documents) | Application |
| Supply Chain Management | Supply Chain Knowledge Center | Reference |

NOTES:

1. Assistance with eSupplierConnect is available through the home page (http://www.esupplierconnect.com, under "Need Help?").

2. Unless otherwise specified, applications and other materials referenced in this document as being available through eSupplierConnect are located in the "North America" section.

## 3 Terms and definitions

### 3.1 Terms and definitions for the automotive industry

NOTE: Numbers in parentheses identify first use of term in this document.

3CPR (3rd Party Containment and Problem Resolution) (7.2.2)

3CPR is a FCA US program for managing third-party containment and sorting of nonconforming components and assemblies when:

- The nonconformance is the organization's responsibility.

- The nonconformance has escaped the organization's control and potentially nonconforming material has left the organization's site.

Additional Quality Requirements (AQR) (8.2.3.1)

AQR are documents attached to the Source Package that define particular requirements for specific material groups or processes. AQR documents are developed in accordance with SQ.00001.

| 12 | **FCA US LLC Customer-Specific Requirements for IATF 16949**<br>Added/changed text appears in BLUE<br>**© 2020 – FCA US LLC** |
|---|---|
| | All rights reserved                                     August 4, 2020 |

Advance Quality Planning (AQP) (8.3.2.1)

Advance Quality Planning is a FCA US core process for product and manufacturing process development. It details the tasks performed by the Supplier and FCA US that ensure parts which meet all requirements are delivered on time to designated manufacturing facilities.

Appearance Master (1.2)

An appearance master is a physical property whose color, gloss, surface texture or appearance conforms to the specified appearance requirements.

Auxiliary Emission Control Device (AECD) (7.2.2)

 Any element of design which senses temperature, vehicle speed, engine RPM, transmission gear, manifold vacuum, or any other parameter for the purpose of activating, modulating, delaying, or deactivating the operation of any part of the emission control system. [ref. 40 C.F.R. § 86-1803-01]

Auxiliary Emission Strategy (AES) (7.2.2)

An emission strategy that becomes active and replaces or modifies a BES for a specific purpose and in response to a specific set of ambient or operating conditions and only remains operational as long as those conditions exist. [ref. EU Commission Regulation (EU) No 692/2008, as amended by Commission Regulation (EU) No 2016/646]

Base Emission Strategy (BES) (7.2.2)

An emission strategy that is active throughout the speed and load operating range of the vehicle unless an auxiliary emission strategy is activated. [ref. EU Commission Regulation (EU) No 692/2008, as amended by Commission Regulation (EU) No 2016/646]

Certification Body (1.2)

A firm recognized by the IATF to conduct audits to IATF 16949 and issue certificates to clients. FCA US only recognizes certificates issued by IATF-recognized Certification Bodies carrying the IATF logo and specific IATF number.

Consigned Part (8.4.1.3)

A purchased part or component released by FCA US Engineering (lineup code 00VAVX) and supplied to a tier one Supplier by a FCA US-managed Supplier. FCA US has full commercial control of the part or component (FCA US Purchasing issues the Purchase Order and Tool Purchase Order). FCA US controls the inventory and retains lead quality responsibility for life of the part or component.

Customer (1.1)

References to "customer" in this document shall be interpreted as FCA US for organizations who are third party registered or are pursuing third party registration to IATF 16949

| 13 | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| | Added/changed text appears in BLUE |
| | © 2020 – FCA US LLC |
| | All rights reserved   August 4, 2020 |

Defeat device (7.2.2)

An auxiliary emission control device (AECD) that reduces the effectiveness of the emission control system under conditions which may reasonably be expected to be encountered in normal vehicle operation and use, unless:

1. Such conditions are substantially included in the Federal emission test procedure;

2. The need for the AECD is justified in terms of protecting the vehicle against damage or accident; or

3. The AECD does not go beyond the requirements of engine starting; or

4. The AECD applies only for emergency vehicles and the need is justified in terms of preventing the vehicle from losing speed, torque, or power due to abnormal conditions of the emission control system, or in terms of preventing such abnormal conditions from occurring, during operation related to emergency response. [ref. 40 C.F.R. § 86-1803-01]

Design Verification (DV) (8.3.4.2)

Design Verification (DV) is a series of tests, inspections, and procedures that must be accomplished to determine if the design meets its intent.

Directed Part (8.4.1.3)

A purchased part or component released by FCA US Engineering (lineup code 35VDVS) and supplied to a tier one Supplier by a FCA US-selected Supplier. FCA US has partial commercial control of the part or component (FCA US Purchasing negotiates the purchase price and issues the Tool Purchase Order, if required). The tier one Supplier issues the part Purchase Order and controls the inventory. FCA US has lead quality responsibility for the part or component during product development and launch. The tier one supplier assumes lead quality responsibility for volume production and service use.

Essential Chemicals (1.2)

Bulk materials used in production vehicles and validated during vehicle development, which are packaged for service.

Global External Balanced Scorecard (GEBSC) (2.1 A)

The Global External Balanced Scorecard is a computer application used to store, analyze and report organization performance data collected from source systems deployed regionally or globally by the subsidiaries of FiatChrysler Automobiles NV.  GEBSC reports are used by FCA US Purchasing to monitor organization performance and are an input to Purchasing procurement decisions.

Global Issue Management (GIM) (7.2.2)

A web-based computer application developed and used by FCA US to manage the corrective action process.

| 14 | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| | Added/changed text appears in BLUE |
| | © 2020 – FCA US LLC |
| | All rights reserved                    August 4, 2020 |

Forever Requirements (7.4)

The Forever Requirements are proactive communications from the organization to the customer about proposed product or process changes.

IATF (International Automotive Task Force) (1.2)

The IATF is an ad hoc group of automotive manufacturers and their respective trade associations, formed to provide improved quality products to automotive customers worldwide.

Launch Inspection Program (LIP) (9.2.2.4)

A proactive, third-party sorting activity applied to pre-production or production parts that Supplier Operations have identified as being at-risk for non-conformance. LIP is commonly deployed during the launch of a new vehicle program.

Manufacturing

"Manufacturing" includes partially or fully assembled vehicles.

Marketing Chemicals (1.2)

Service materials developed for aftermarket applications.

Master Process Failure Mode and Effects Analysis (MPFMEA) (8.2.3.1)

MPFMEA are document(s) attached to the Source Package defining lessons learned from previous issues and the corrective actions performed. MPFMEA are developed in accordance with SQ.00007.

Material Management Operations Guideline /Logistics Evaluation (MMOG/LE) (2.1.A)

The global standards for supply chain management processes that provide industry best practices. It is intended to establish a common definition of materials practices to facilitate effective communication between trading partners.

Mopar Custom Shop (1.2)

A facility that provides factory installation of accessories and direct vehicle delivery to dealerships.

Oversight Office (9.1.2.1)

An organization established by the IATF to implement and manage its IATF 16949 certification scheme. Oversight Offices manage all IATF-recognized Certification Bodies.

Performance Parts (1.2)

A brand of parts sold by Mopar. These special parts or systems are sold to the customer to enhance vehicle performance.

Process Audit (PA) (2.1.A)

The Process Audit is an activity during AQP for final approval of the Supplier's manufacturing process.

---

| 15 | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|----|----|
|  | Added/changed text appears in BLUE |
|  | **© 2020 – FCA US LLC** |
|  | All rights reserved          August 4, 2020 |

Production Demonstration Run (PDR) (8.4.1.2)

Production Demonstration Run (PDR) is a demonstration of organization process capability and production capacity, using a timed production run (300 pieces or 2 hours) to calculate an effective line speed and First Time Capability (FTC).

Production Part Approval Process (PPAP) (2.1.A)

Production Part Approval Process (PPAP) provides the evidence that all customer engineering design record and specification requirements are properly understood by the organization and that the manufacturing process has the potential to produce product consistently meeting these requirements during an actual production run at the quoted production rate.

Production Validation (PV) (8.3.4.2)

Production Validation (PV) is a series of tests validating the production tooling, methods, and processes used to manufacture a component.

Remanufactured ("reman") Parts (1.2)

Parts produced by a formal process that salvages core material or used assemblies from the field and restores them into usable product. Salvaged core is combined with new parts, rework and repair to make a reliable assembly for resale. Remanufacturing processes are subject to Process planning meetings and Process Audits.

Sanctioned Interpretation (1.2)

A Sanctioned Interpretation (SI) is normative supplemental text issued by the IATF, which changes a rule or a requirement. SIs are issued for IATF 16949 and the *Rules*.

Site (1.2)

"Site" includes contract vehicle assembly plants.

Source Package (8.2.3.1)

The Source Package is the document used to communicate FCA US requirements to prospective Suppliers for a new part / program.

Supplier-Associated Warranty (10.2.5)

Warrantable vehicle service associated with dealer repair or replacement of organization-supplied parts or components. Association does not imply responsibility for failure. Responsibility for failure is determined after of root cause analysis of the failed part or component has been completed.

Valueline Parts (1.2)

A brand of maintenance service parts sold by Mopar as an alternative to OEM replacement parts.

**4 Context of the organization**

**FCA US LLC Customer-Specific Requirements for IATF 16949**
Added/changed text appears in BLUE
© 2020 – FCA US LLC
All rights reserved August 4, 2020

**4.1 Understanding the organization and its context**

No FCA US Customer-Specific Requirement for this section.

**4.2   Understanding the needs and expectations of interested parties**

No FCA US Customer-Specific Requirement for this section.

**4.3   Determining the scope of the quality management system**

No FCA US Customer-Specific Requirement for this section.

**4.3.1 Determining the scope of the quality management system – supplemental**

No FCA US Customer-Specific Requirement for this section.

**4.3.2 Customer-specific requirements**

No FCA US Customer-Specific Requirement for this section.

**4.4   Quality management system and its processes**

**4.4.1**

No FCA US Customer-Specific Requirement for this section.

**4.4.1.1 Conformance of products and processes**

No FCA US Customer-Specific Requirement for this section.

**4.4.1.2 Product safety**

Organizations seeking assistance with implementing product safety compliance processes that conform to United States government regulations should refer to the document *Model Vehicle Safety Compliance Program*, found in the North America References section on eSupplierConnect.

**4.4.2**

No FCA US Customer-Specific Requirement for this section.

**5   Leadership**

**5.1   Leadership and commitment**

**5.1.1 General**

No FCA US Customer-Specific Requirement for this section.

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 17 | Added/changed text appears in BLUE |
| | **© 2020 – FCA US LLC** |
| | All rights reserved August 4, 2020 |

**5.1.1.1 Corporate responsibility**

No FCA US Customer-Specific Requirement for this section.

**5.1.1.2 Process effectiveness and efficiency**

No FCA US Customer-Specific Requirement for this section.

**5.1.1.3 Process owners**

No FCA US Customer-Specific Requirement for this section.

**5.1.2 Customer focus**

No FCA US Customer-Specific Requirement for this section.

**5.2   Quality policy**

No FCA US Customer-Specific Requirement for this section.

**5.2.1 Establishing the quality policy**

No FCA US Customer-Specific Requirement for this section.

**5.2.2 Communicating the quality policy**

No FCA US Customer-Specific Requirement for this section.

**5.3   Organizational roles, responsibilities and authorities**

No FCA US Customer-Specific Requirement for this section.

**5.3.1 Organizational roles, responsibilities, and authorities – supplemental**

The organization shall create and maintain records for all applicable professional roles in the FCA US application Supplier Information Card (SIC) (7.2.2).

**5.3.2 Responsibility and authority for product requirements and corrective actions**

No FCA US Customer-Specific Requirement for this section.

**6 Planning for the quality management system**

**6.1 Actions to address risks and opportunities**

**6.1.2.1 Risk analysis**

No FCA US Customer-Specific Requirement for this section.

**6.1.2.2 Preventive action**

No FCA US Customer-Specific Requirement for this section.

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 18 | Added/changed text appears in BLUE |
| | **© 2020 – FCA US LLC** |
| | All rights reserved |
| | August 4, 2020 |

### 6.1.2.3 Contingency plans

No FCA US Customer-Specific Requirement for this section.


### 6.2 Quality objectives and planning to achieve them

### 6.2.1

No FCA US Customer-Specific Requirement for this section.

### 6.2.2

No FCA US Customer-Specific Requirement for this section.

### 6.2.2.1 Quality objectives and planning to achieve them – supplemental

No FCA US Customer-Specific Requirement for this section.

### 6.3 Planning of changes

No FCA US Customer-Specific Requirement for this section.


### 7 Support


### 7.1 Resources

No FCA US Customer-Specific Requirement for this section.

### 7.1.1 General

No FCA US Customer-Specific Requirement for this section.

### 7.1.2 People

No FCA US Customer-Specific Requirement for this section.

### 7.1.3 Infrastructure

No FCA US Customer-Specific Requirement for this section.

### 7.1.3.1 Plant, facility, and equipment planning

No FCA US Customer-Specific Requirement for this section.

### 7.1.4 Environment for the operation of processes

No FCA US Customer-Specific Requirement for this section.

### 7.1.4.1 Environment for the operation of processes – supplemental

No FCA US Customer-Specific Requirement for this section.

### 7.1.5 Monitoring and measuring resources

No FCA US Customer-Specific Requirement for this section.

### 7.1.5.1.1 Measurement system analysis

No FCA US Customer-Specific Requirement for this section.

### 7.1.5.2 Measurement traceability

No FCA US Customer-Specific Requirement for this section.

### 7.1.5.2.1 Calibration/verification records

No FCA US Customer-Specific Requirement for this section.

### 7.1.5.3.1 Internal laboratory

No FCA US Customer-Specific Requirement for this section.

### 7.1.5.3.2 External laboratory

No FCA US Customer-Specific Requirement for this section.

### 7.1.6 Organizational knowledge

No FCA US Customer-Specific Requirement for this section.

### 7.2 Competence

No FCA US Customer-Specific Requirement for this section.

### 7.2.1 Competence – supplemental

No FCA US Customer-Specific Requirement for this section.

### 7.2.2 Competence – on-the-job training

FCA computer applications

Each location shall have a sufficient number of individuals competent in the use of computer applications necessary for direct support of FCA US production and service operations during scheduled FCA US operating times, and other FCA US computer applications during normal business hours.

Where FCA US computer applications are specified for use by more than one organization operational area (e.g. GIM use by both manufacturing and material supply), each area shall have individuals trained and available for direct support of FCA US during scheduled operating times.

The specific computer applications required will vary with the scope of an organization site's operations. For Production and Mopar manufacturing sites, the recommended applications include, but are not limited to:

- 3CPR – Third Party Containment and Problem Resolution.
- beSTandard – global standards database used by FCA US.
- CITS – Consignment Inventory Tracking System

**FCA US LLC Customer-Specific Requirements for IATF 16949**
Added/changed text appears in BLUE
© 2020 – FCA US LLC
All rights reserved                                            August 4, 2020

- CSDS – Common Ship and Delivery Schedule
- CQMS – Corporate Quality Management System
- DRIVe – Delivery Rating Improvement Verification
- eLEEN – e-Logistics Extended Enterprise Network
- EWT – Early Warranty Tracking
- GEBSC – Global External Balanced Scorecard
- GIM – Global Issue Management
- GCS – Global Claims System
- MCap – Mopar Capacity Management
- NCT – Non Conformance Tracking
- PC Portal II – Production Control Portal II
- PRAS – Parts Return Analysis System
- QNA – Quality Narrative Analyzer
- SIC – Supplier Information Card
- SSD – Supplier Ship Direct
- webCN – Change Notice System
- WIS – Warranty Information System

NOTES:

1. All applications listed above are accessible through eSupplierConnect (8.2.1.1)

2. FCA US periodically offers training to organization personnel on selected FCA US processes and procedures (including those referenced in this document), during Supplier Training Week. Information on content, scheduling and registration is available in the "Supplier Learning Center" application in eSupplierConnect.

<u>Defeat device awareness and prevention</u>

Organizations that provide any emission-related or emission-impacting goods or services to FCA US vehicles that impact, or could impact:

1. the disclosure or implementation of auxiliary emission control devices (AECD), auxiliary emission strategies (AES), or base emission strategies (BES); or

2. goods or services that potentially could be, contain, or create hardware, software, or a design that could be, contain, or create a defeat device;

shall, in accordance with CEP-A0782;

3. acquire from FCA US the Defeat Device and Prevention training module;

<table>
<tr><td rowspan="3">21</td><td><strong>FCA US LLC Customer-Specific Requirements for IATF 16949</strong><br>Added/changed text appears in BLUE<br><strong>© 2020 – FCA US LLC</strong></td></tr>
<tr><td>All rights reserved                                   August 4, 2020</td></tr>
</table>

4. develop and implement a process to create awareness of and emphasize the importance of requiring organization's employees and suppliers who participate in organization's supply of emission-related or emission-impacting goods or services to FCA US to take such Defeat Device Awareness and Prevention Training; and

5. ensure such organization's employees and suppliers take and complete the Defeat Device Awareness and Prevention Training annually.

**7.2.3 Internal auditor competency**

No FCA US Customer-Specific Requirement for this section.

**7.2.4 Second-party auditor competency**

No FCA US Customer-Specific Requirement for this section.

**7.3 Awareness**

No FCA US Customer-Specific Requirement for this section.

**7.3.1 Awareness – supplemental**

No FCA US Customer-Specific Requirement for this section.

**7.3.2 Employee motivation and empowerment**

No FCA US Customer-Specific Requirement for this section.

**7.4 Communication**

No FCA US Customer-Specific Requirement for this section

**7.5 Documented information**

No FCA US Customer-Specific Requirement for this section.

**7.5.1 General**

No FCA US Customer-Specific Requirement for this section.

**7.5.1.1 Quality management system documentation**

No FCA US Customer-Specific Requirement for this section.

**7.5.2 Creating and updating**

No FCA US Customer-Specific Requirement for this section.

**7.5.3 Control of documented Information**

No FCA US Customer-Specific Requirement for this section.

**FCA US LLC Customer-Specific Requirements for IATF 16949**
Added/changed text appears in BLUE
**© 2020 – FCA US LLC**
All rights reserved August 4, 2020

**7.5.3.2.1 Record retention**

Organization-controlled records

Records identified in this document as "organization-controlled" are documented information as defined in ISO 9000:2015 (3.8.6):

> "Information required to be controlled and maintained by an organization and the medium on which it is contained."

Organization-controlled records shall be made available for review upon request by FCA US or the Certification Body.

Minimum retention requirements

Retention of Design Verification (DV) and Production Validation (PV) data, records and samples shall conform to the requirements of PF-8500.

Quality performance records (e.g. control charts, inspection and test results) shall be retained for one calendar year after the year in which they were created.

Records of internal quality system audits and management review shall be retained for three years.

**7.5.3.2.2   Engineering specifications**

No FCA US Customer-Specific Requirement for this section.


**8 Operation**


**8.1 Operational planning and control**

No FCA US Customer-Specific Requirement for this section.

**8.1.1 Operational planning and control — supplemental**

No FCA US Customer-Specific Requirement for this section.

**8.1.2 Confidentiality**

No FCA US Customer-Specific Requirement for this section.


**8.2   Determination of requirements for products and services**

No FCA US Customer-Specific Requirement for this section.

**8.2.1 Customer communication**

No FCA US Customer-Specific Requirement for this section.

| 23 | **FCA US LLC Customer-Specific Requirements for IATF 16949**<br>Added/changed text appears in BLUE<br>**© 2020 – FCA US LLC** |
|---|---|
| | All rights reserved    August 4, 2020 |

**8.2.1.1 Customer communication — supplemental**

The organization shall establish a connection for electronic communication with FCA US through eSupplierConnect.

> NOTE: Instructions for registering for the portal and assistance with its use are found at https://fcagroup.esupplierconnect.com

**8.2.2 Determination of requirements related to products and services**

No FCA US Customer-Specific Requirement for this section.

**8.2.2.1 Determining the requirements for products and services – supplemental**

No FCA US Customer-Specific Requirement for this section.

**8.2.3 Review of requirements related to the products and services**

**8.2.3.1**

The organization shall conduct a review of the provided Additional Quality Requirements (AQR) in accordance with SQ.00001 and the Master Process Failure Mode and Effects Analysis (MPFMEA) documents in accordance with SQ.00007 prior to responding to any Source Package tendered by FCA US.

Organizations that propose providing products or services for any Electric/Electronic (EE) devices included into the subsystems of a specific vehicle shall review the associated Electrical Technical Specification (ETS) issued by FCA US Engineering and evaluate its abilities to meet the product and process requirements prior to responding to any Source Package tendered by FCA US. The completed evaluation shall be a product design input (8.3.3.1).

**8.2.3.1.1 Review of the requirements for products and services — supplemental**

No FCA US Customer-Specific Requirement for this section.

**8.2.3.1.2 Customer-designated special characteristics**

FCA US has identified a series of classifications to identify all characteristics of parts, components or systems. These are summarized in Table 3:

| 24 | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
| --- | --- |
| | Added/changed text appears in BLUE |
| | © 2020 – FCA US LLC |
| | All rights reserved · August 4, 2020 |

**TABLE 3: Classification of Special Characteristics**

| Type | Description |
|---|---|
| REGULATORY | Regulatory characteristics have an impact on the safety or emissions performance of the vehicle or are expected to be important for vehicle homologation. |
| CRITICAL | Deviation from the required specifications of critical characteristics may compromise the efficiency or use of the product by the customer. |
| CAPABILITY | Deviation from the required specification of capability characteristics may cause potential problems with efficiency, use, or vehicle assembly. These characteristics are used primarily to establish product capability and to aid root cause analysis. |
| ORDINARY | Features affecting the function of the part. |

Characteristics typed as Regulatory, Critical or Capability are identified with special symbols on FCA US Engineering source documentation.

Use of these characteristic classifications for FCA US parts, components or systems shall conform to CEP-12679.

**8.2.3.1.3 Organization manufacturing feasibility**

No FCA US Customer-Specific Requirement for this section.

**8.2.3.2**

AQR and MPFMEA reviews conducted in compliance with 8.2.3.1 shall be retained as organization-controlled records (7.5.3.2.1). ETS evaluations conducted in compliance with 8.2.3.1 shall be retained as organization-controlled records and updated as required (8.2.4).

**8.2.4 Changes to requirements for products and services**

No FCA US Customer-Specific Requirement for this section.

**8.3   Design and development of products and services**

**8.3.1  General**

No FCA US Customer-Specific Requirement for this section.

**8.3.1.1 Design and development of products and services – supplemental**

No FCA US Customer-Specific Requirement for this section.

**8.3.2 Design and development planning**

No FCA US Customer-Specific Requirement for this section.

| 25 | **FCA US LLC Customer-Specific Requirements for IATF 16949**<br>Added/changed text appears in BLUE<br>**© 2020 – FCA US LLC** |
|---|---|
| | All rights reserved                                                      August 4, 2020 |

### 8.3.2.1 Design and development planning – supplemental

FCA US uses the Advance Quality Planning and Production Part Approval process (documented in *SQ.00010 Advance Quality Planning (AQP) and Production Part Approval Process (PPAP)*), to identify and manage product development tasks that are critical to quality. When required, organizations shall participate in teams to develop parts or components and shall use AQP/PPAP.

A FCA US-led AQP/PPAP program shall be performed for parts that have a Customer-monitored (high or medium) initial risk as identified by the FCA US Supplier Operations Engineer (SOE). Supplier-monitored (low risk) parts shall have an organization-led program, unless otherwise specified by the SOE. Parts that have been out of production for 12 months or more shall have an organization-led AQP/PPAP unless otherwise determined by the SOE. AQP shall be completed prior to providing Pre-Series (PS) level parts to FCA US and shall be completely approved prior to a PPAP submission.

In the event that use of AQP/PPAP is not required, organizations shall develop products according to the Advanced Product Quality Planning (APQP) Process.

### 8.3.2.2 Product design skills

No FCA US Customer-Specific Requirement for this section.

### 8.3.2.3 Development of products with embedded software

All organizations providing software embedded in electronic subcomponents of production and service parts and components supplied to FCA US shall undergo an assessment of software process capability/maturity in accordance with CS.00187.

### 8.3.3 Design and development Inputs

No FCA US Customer-Specific Requirement for this section.

### 8.3.3.1 Product design input

No FCA US Customer-Specific Requirement for this section.

### 8.3.3.2 Manufacturing process design input

The organization shall include AQR and MPFMEA provided by FCA US as inputs to manufacturing process design.

### 8.3.3.3 Special characteristics

The organization shall document the equivalence of the internal special characteristics symbols with FCA US equivalent symbols and reference the equivalence when the organization uses internal symbols in its communications with FCA US.

### 8.3.4 Design and development controls

No FCA US Customer-Specific Requirement for this section.

### 8.3.4.1 Monitoring

No FCA US Customer-Specific Requirement for this section.

**FCA US LLC Customer-Specific Requirements for IATF 16949**
Added/changed text appears in BLUE
© 2020 – FCA US LLC

All rights reserved    August 4, 2020

**8.3.4.2 Design and development validation**

Design Verification (DV) and Production Validation (PV) shall be conducted in conformance with PF-8500.

Design Verification (DV) and Production Validation (PV) shall be satisfactorily completed before AQP and PPAP approval.

NOTE: Guidance on the extent of required PV testing is provided by the PPR/PA tool *Production Validation Testing Scope*.

**8.3.4.3 Prototype programme**

No FCA US Customer-Specific Requirement for this section.

**8.3.4.4 Product approval process**

Process Audit

A systematic and sequential review of the organization's process shall be completed through a Process Audit (PA) performed by the FCA SOE and Product Engineer prior to a PPAP submittal. The purpose is to verify the organization's process readiness and to assure understanding of complete program requirements.

Production Part Approval Process

The organization shall comply with *Production Part Approval Process (PPAP), 4th Edition, Service Production Part Approval Process (Service PPAP), 1st Edition* and *FCA US Customer-Specific Requirements for Use with PPAP 4th Edition.*

**8.3.5 Design and development outputs**

Organizations preparing DFMEAs should follow the AIAG *Potential Failure Mode and Effects Analysis (FMEA)*. The *AIAG/VDA Failure Mode and Effects Analysis (FMEA), Design FMEA and Process FMEA Handbook* may be used, with analysis documented on the alternate form (Form B).

Organizations that provide any emission-related or emission-impacting goods or services to FCA US vehicles that impact, or could impact:

1. The disclosure or implementation of auxiliary emission control devices (AECD), auxiliary emission strategies (AES), or base emission strategies (BES); or

2. Goods or services that potentially could be, contain, or create hardware, software, or a design that could be, contain, or create a defeat device;

shall develop and implement a procedure to comply with CEP-A0782.

**8.3.5.1 Design and development outputs – supplemental**

No FCA US Customer-Specific Requirement for this section.

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 27 | Added/changed text appears in BLUE |
| | © 2020 – FCA US LLC |
| | All rights reserved        August 4, 2020 |

**8.3.5.2 Manufacturing process design output**

PFMEAs and control plans are required for prototype, pre-launch, and production phases. PFMEA and Control Plan documentation shall be audited to the PFMEA and Control Plan Document Audit Form. Control Plans shall be verified to the Control Plan Process Audit Checklist, with corrective action for any identified nonconformance(s) documented on the associated PDCA Planning Worksheet. A FCA US representative's signature is not required on Control Plans, unless specifically requested by the SOE.

Organizations preparing PFMEAs should follow the AIAG *Potential Failure Mode and Effects Analysis (FMEA)*. The *AIAG/VDA Failure Mode and Effects Analysis (FMEA), Design FMEA and Process FMEA Handbook* may be used, with analysis documented on the alternate form (Form G).

**8.3.6 Design and development changes**

No FCA US Customer-Specific Requirement for this section.

**8.3.6.1 Design and development changes – supplemental**

No FCA US Customer-Specific Requirement for this section.


**8.4 Control of externally provided products and services**

No FCA US Customer-Specific Requirement for this section.

**8.4.1 General**

**8.4.1.1 General - supplemental**

No FCA US Customer-Specific Requirement for this section.

**8.4.1.2 Supplier selection process**

With respect to suppliers to the organization ("sub-tier suppliers"), the organization shall:

- Conduct an on-site Process Audit (or equivalent) and Production Demonstration Run (PDR) for all parts/suppliers that are NOT considered by FCA US or the organization to be low risk to the vehicle program.

- Develop and maintain a list of approved suppliers for each sub-component, raw material, commodity, technology, or purchased service that is not Consigned or Directed by FCA US. The organization shall have a documented process and use assigned personnel to monitor and manage performance.

**8.4.1.3 Customer-selected sources (Directed Parts / Consigned Parts)**

For both Directed Parts and Consigned parts, FCA US is responsible for leading the Advance Quality Planning (Process Planning Review for some existing programs), Process Audit, and PDR activities up to and including PPAP, with input from and participation of the organization.

If the organization receives Directed parts or materials, the organization is responsible for managing the on-going quality of the supplier components following PPAP, working with FCA US to resolve issues.

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 28 | Added/changed text appears in BLUE |
| | © 2020 – FCA US LLC |
| | All rights reserved                                         August 4, 2020 |

If the organization receives Consigned parts or materials, FCA US is responsible for managing the on-going quality of the supplier components following PPAP, with input from and participation of the organization.

**8.4.2 Type and extent of control of external provision**

No FCA US Customer-Specific Requirement for this section.

**8.4.2.1 Type and extent of control – supplemental**

No FCA US Customer-Specific Requirement for this section.

**8.4.2.2 Statutory and regulatory requirements**

See Section 4.4.1.2 for guidance on implementing safety compliance processes for the United States.

**8.4.2.3 Supplier quality management system development**

Management of Supplier Quality Management System (QMS) Development

Supplier QMS development effectiveness shall be evaluated on the basis of evidence that the organization has processes in place that include such elements as:

- Supplier QMS development strategy (8.4.2.5), using risk-based thinking to establish:
    o Minimum and target development levels for each supplier.
    o Criteria for designating "exempt" suppliers.
    o Criteria for granting waivers to select suppliers for compliance to specified elements of ISO 9001 or IATF 16949.
- Second-party audit administration (8.4.2.4.1).
    o Identification of second-party auditors.
    o Criteria for granting self-certification status to qualified suppliers.
    o A schedule for second-party audits.
- Organization-controlled record keeping (7.5.3.2.1).
- Progress monitoring.

At a minimum, the organization shall require their non-exempt suppliers to demonstrate compliance to ISO 9001 and MAQMSR.

NOTE: Organizations requiring additional guidance on supplier QMS development should refer to *CQI-19: Sub-tier Supplier Management Process Guideline*.

Minimum Automotive Quality Management System Requirements for Sub-Tier Suppliers (MAQMSR)

The organization shall prioritize the QMS development program for non-exempt suppliers to introduce compliance to the Minimum Automotive Quality Management System Requirements for Sub-Tier Suppliers (MAQMSR), as the first step beyond compliance with ISO 9001 or certification to ISO 9001.

| 29 | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
| --- | --- |
| | Added/changed text appears in BLUE |
| | **© 2020 – FCA US LLC** |
| | All rights reserved                                    August 4, 2020 |

Ship-Direct Suppliers

Organizations may, with FCA US Purchasing concurrence, identify a supplier location within FCA Purchasing systems as an organization manufacturing site. (Such a designation allows direct shipment of manufactured goods to FCA US). Unless otherwise specified by FCA US, such sites shall be subject to the registration requirements described in Section 1.2.

In the event that FCA US chooses to grant such a supplier site an exemption to IATF 16949 registration,

- The site shall receive the highest priority for QMS development.

- The site shall not be designated "exempt", or a "waiver" shall not be granted, without the written concurrence of FCA US Supplier Operations.

Suppliers Certified to IATF 16949

Supplier QMS certification by an IATF-recognized Certification Body to IATF 16949 completely satisfies the requirements for quality management system development. Further QMS development by the organization is not required while the supplier's certification is valid.

If the supplier certification expires, or if is cancelled or withdrawn by their Certification Body, the organization shall establish and implement a plan for second-party audits to ensure continued compliance to IATF 16949 until the supplier is recertified.

Exemption shall not be granted as an alternative to recertification without approval from FCA US Supplier Operations management.

**8.4.2.3.1 Automotive product-related software or automotive products with embedded software**

All suppliers to the organization providing software embedded in electronic subcomponents of production and service parts and components supplied to FCA US shall undergo an assessment of software process capability/maturity in accordance with CS.00187.

**8.4.2.4 Supplier monitoring**

No FCA US Customer-Specific Requirement for this section.

**8.4.2.4.1 Second-party audits**

Second Party Audit Administration

The second party must annually audit each non-exempt supplier for whom it has performed the second party service.

- For suppliers not certified to ISO 9001, the duration of these audits must conform to the full application of the audit day requirements of the *Rules*, Section 5.2.

- For ISO 9001 certified suppliers, audit length may vary to suit individual supplier requirements and audit resource availability in accordance with the documented development strategy.

Audit reports shall be retained as organization-controlled records (7.5.3.2.1).

The following second party qualifications shall apply:

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 30 | Added/changed text appears in BLUE |
| | **© 2020 – FCA US LLC** |
| | All rights reserved August 4, 2020 |

1. The organization must be certified to IATF 16949:2016 by an IATF-recognized Certification Body.

2. The IATF 16949 certification of the second party cannot be in "suspended" status.

<u>Supplier self-certification</u>

If the organization has suppliers for whom self-certification is an effective alternative to second-party audits for QMS development, the organization shall have a documented process for identifying and qualifying self-certifiable suppliers. Qualification criteria shall include a preliminary evaluation (audit) of the supplier's QMS, an analysis of the supplier's quality performance and an assessment of the incremental risk to organization products.

Self-certification qualifications shall be documented and subject to periodic review. Such documents shall be managed as organization-controlled records (7.5.3.2.1).

**8.4.2.5 Supplier development**

<u>Supplier exemptions / waivers</u>

The organization strategy for supplier development of its active suppliers shall include a documented process for designating "exempt" suppliers – those suppliers who are unable or unwilling to fully certify a quality management system to IATF 16949 or ISO 9001.

The organization development strategy shall include provisions for granting partial exemptions ("waivers") to suppliers providing commodities for which specific sections of ISO 9001 or IATF 16949 do not apply.

Except as noted in Section 8.4.2.3, declaring a supplier as "exempt" does not relieve the organization of the responsibility for supplier QMS development for any sections of ISO 9001 or IATF 16949 not explicitly waived.

Supplier development prioritization, exemption and waiver decisions, as well as the scope of individual exemptions or waivers, shall be documented and subject to periodic review. This documentation shall be retained as an organization-controlled record.

<u>Performance Complaints</u>

To ensure continuing conformance to all FCA US requirements, the organization shall implement a program to pursue supplier development for supplier manufacturing sites whose open performance issues directly impact FCA US operations. The program should include a procedure to pursue systemic corrective action from IATF16949-certified suppliers by preparing and submitting a performance complaint in accordance with Section 8.0 of the Rules, using the procedure outlined in SQN-A1024.

NOTE:  This requirement does not apply to suppliers providing Consigned parts or materials (8.4.1.3).

Organizations may submit performance complaints against IATF 16949-certified suppliers for open performance issues not directly impacting FCA US operations without FCA US participation or consultation, using any internally-developed, Rules-compliant procedure.

---

**FCA US LLC Customer-Specific Requirements for IATF 16949**
Added/changed text appears in BLUE
**© 2020 – FCA US LLC**
All rights reserved              August 4, 2020

### 8.4.3 Information for external providers

No FCA US Customer-Specific Requirement for this section.

### 8.4.3.1 Information for external providers – supplemental

With respect to external providers to the organization (i.e. "sub-tier suppliers"), the organization shall:

- Cascade and communicate all FCA US quality requirements (e.g., Quality Planning, Process Audit, PDR, Forever Requirements, etc.) throughout the organization's supply chain.

- Initiate a Forever Requirement Notice for any proposed process change throughout the supply chain.

### 8.5   Production and service provision

### 8.5.1 Control of production and service provision

No FCA US Customer-Specific Requirement for this section.

### 8.5.1.1 Control plan

No FCA US Customer-Specific Requirement for this section.

### 8.5.1.2 Standardised work – operator instructions and visual standards

No FCA US Customer-Specific Requirement for this section.

### 8.5.1.3 Verification of job set-ups

No FCA US Customer-Specific Requirement for this section.

### 8.5.1.4 Verification after shutdown

No FCA US Customer-Specific Requirement for this section.

### 8.5.1.5 Total productive maintenance

No FCA US Customer-Specific Requirement for this section.

### 8.5.1.6 Management of production tooling and manufacturing, test, inspection tooling and equipment

No FCA US Customer-Specific Requirement for this section.

### 8.5.1.7 Production scheduling

No FCA US Customer-Specific Requirement for this section.

### 8.5.2 Identification and traceability

No FCA US Customer-Specific Requirement for this section.

### 8.5.2.1 Identification and traceability - supplemental

Organizations shall conform with PF.901106 when providing parts or components:

| 32 | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
| --- | --- |
| | Added/changed text appears in BLUE |
| | **© 2020 – FCA US LLC** |
| | All rights reserved                                               August 4, 2020 |

- That require tracking to ensure emission, certification and regulatory compliances.

- That are designated as high-theft components for law enforcement needs.

**8.5.3 Property belonging to customers or external providers**

No FCA US Customer-Specific Requirement for this section.

**8.5.4 Preservation**

No FCA US Customer-Specific Requirement for this section.

**8.5.4.1 Preservation – supplemental**

Organizations shall be familiar and comply with FCA US packaging, shipping and labeling requirements contained in the *Packaging and Shipping Instructions* manual.

**8.5.5 Post-delivery activities**

No FCA US Customer-Specific Requirement for this section.

**8.5.5.1 Feedback of information from service**

No FCA US Customer-Specific Requirement for this section.

**8.5.5.2 Service agreement with customer**

No FCA US Customer-Specific Requirement for this section.

**8.5.6 Control of changes**

No FCA US Customer-Specific Requirement for this section.

**8.5.6.1 Control of changes – supplemental**

The organization shall comply with the Forever Requirements activities described in *SQ.00012 Forever Requirements.*

**8.5.6.1.1 Temporary change of process controls**

No FCA US Customer-Specific Requirement for this section.

**8.6 Release of products and services**

No FCA US Customer-Specific Requirement for this section.

**8.6.1 Release of products and services — supplemental**

No FCA US Customer-Specific Requirement for this section.

| 33 | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
| | Added/changed text appears in BLUE |
| | **© 2020 – FCA US LLC** |
| | All rights reserved                        August 4, 2020 |

All rights reserved

**8.6.2 Layout inspection and functional testing**

<u>Layout Inspection - Production</u>

To ensure continuing conformance to all FCA US requirements, the organization shall implement a program to conduct a complete layout inspection of all organization-manufactured parts and components including all subcomponents.

Unless otherwise specified by FCA US Engineering and Supplier Operations, the reference standard for layout inspections shall be the FCA US Engineering source documentation. The approved Control Plan shall also be used where applicable.

For dimensional characteristics identified on the Control Plan as Critical (8.2.3.1.2), the organization shall conduct a monthly dimensional study in accordance with QR-10012 and SPB-00001-09.

The frequency of layout inspections for non-critical characteristics of production parts and components shall be established following an assessment of risk to product quality. In the absence of risk analysis, the inspections shall be conducted annually.

Evaluation of program effectiveness shall be based on evidence that the organization has a process in place that includes elements such as:

- An assessment of risk of nonconformance (6.1.1, 6.1.2, 6.1.2.1).

- An established inspection schedule.

- Qualified inspectors identified and employed (7.2.3).

- Conformance evaluation of non-consigned, externally-provided subcomponents (8.4.2, 8.4.2.1).

- A defined corrective action process, including:

    o Customer notification of nonconformance (8.7.1.6).

    o Corrective actions (8.7.1).

    o Verification of corrective action effectiveness.

- Record retention (7.5.3.2.1).

Inspection frequencies greater than one year require a written waiver by FCA US Supplier Operations. Any such waiver shall be subject to annual review and renewal. Documented evidence of the waiver shall be retained as an organization-controlled record.

<u>Layout Inspection - Service</u>

The frequency and extent of layout inspections for service parts and components shall be established by the organization with the written approval of Mopar Supplier Quality. Documented evidence of the approved layout inspection plan shall be retained as an organization-controlled record. In the absence of a written agreement, a production-level inspection program (per above) is required.

**FCA US LLC Customer-Specific Requirements for IATF 16949**
Added/changed text appears in BLUE
**© 2020 – FCA US LLC**
All rights reserved                                    August 4, 2020

### 8.6.3 Appearance items

Organizations that provides appearance items – parts or components whose color, gloss or surface finish requirements are specified by the FCA US Product Design Office – shall conform with AS-10119.

The FCA US Product Design Office specifies and controls all appearance masters. Samples of appearance masters are available from the Thierry Corporation: http://www.thierry-corp.com [(248) 549-8600 (USA), 49 711-839974-0 (Germany)].

### 8.6.4 Verification and acceptance of conformity of externally provided products and services

No FCA US Customer-Specific Requirement for this section.

### 8.6.5 Statutory and regulatory conformity

See Section 4.4.1.2 for guidance on implementing safety compliance processes for the United States.

### 8.6.6 Acceptance criteria

No FCA US Customer-Specific Requirement for this section.


### 8.7 Control of nonconforming process outputs, products and services

### 8.7.1

No FCA US Customer-Specific Requirement for this section.

### 8.7.1.1 Customer authorization for concession

The organization shall obtain written approval from FCA US Engineering and Supplier Operations prior to implementing procedures for repair or reuse.

### 8.7.1.2 Control of nonconforming product – customer specified process

The organization shall use the NCT System as directed by FCA US to manage potentially nonconforming and nonconforming material shipped to FCA US facilities (assembly plants, powertrain plants, stamping plants, Mopar parts depots), as well as Extension of Plant (EOP) operations and Module Suppliers. The organization shall also comply with all applicable process requirements specified in *SQN-A0469 Supplier NC Management – North America*.

When directed by FCA US for the containment of nonconforming material, the organization shall comply with all program policies and project requirements for the 3CPR Web Based System, as specified in the *General Terms and Conditions* and documented in *SQN-A0489 Third Party Containment and Problem Resolution (3CPR)*.

### 8.7.1.3 Control of suspect product

Parts and components marked for obsolescence on a FCA US Engineering CN (change notice) shall be classified and controlled as nonconforming product. The organization shall disposition such parts and components in accordance with Section 8.7.1.7.

| 35 | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
| | Added/changed text appears in BLUE |
| | © 2020 – FCA US LLC |
| | All rights reserved  August 4, 2020 |

**8.7.1.4 Control of reworked product**

The organization shall obtain written approval from FCA US Engineering and Supplier Operations prior to implementing procedures for rework.

**8.7.1.5 Control of repaired product**

No FCA US Customer-Specific Requirement for this section.

**8.7.1.6 Customer notification**

No FCA US Customer-Specific Requirement for this section.

**8.7.1.7 Nonconforming product disposition**

No FCA US Customer-Specific Requirement for this section.

**9 Performance evaluation**

**9.1 Monitoring, measurement, analysis and evaluation**

**9.1.1 General**

No FCA US Customer-Specific Requirement for this section.

**9.1.1.1 Monitoring and measurement of manufacturing processes**

No FCA US Customer-Specific Requirement for this section.

**9.1.1.2 Identification of statistical tools**

No FCA US Customer-Specific Requirement for this section.

**9.1.1.3 Application of statistical concepts**

No FCA US Customer-Specific Requirement for this section.

**9.1.2 Customer satisfaction**

Global External Balanced Scorecard

FCA US Purchasing uses the Global External Balanced Scorecard (GEBSC) to evaluate customer satisfaction with its external production and service (Mopar) suppliers. The Production report displays ratings for five Operational Metrics:

- Incoming Material Quality (IMQ)
- Delivery.
- Warranty.
- Cost.
- Overall.

The Mopar report displays ratings for three Operational Metrics:

| 36 | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| | Added/changed text appears in BLUE |
| | **© 2020 – FCA US LLC** |
| | All rights reserved    August 4, 2020 |

All rights reserved

- Incoming Material Quality (IMQ).
- Delivery.
- Overall.

The metrics used by FCA US to evaluate the performance of the organization's quality management system are IMQ, Delivery and Warranty (where applicable). The remaining Operational Metrics and the Strategic Metrics shall not be used.

NOTES:

1. Data for organizations managed by FCA US Purchasing appear in "North America" region-filtered reports.

2. The GEBSC display "By Location/Material Group" evaluates organization site performance at a commodity level.

Supplier Quality Reporting

FCA US may provide Certification Bodies with periodic reports of their clients' quality data, such as GEBSC Incoming Material Quality (IMQ), Delivery and Warranty metrics with supporting data.

NOTE: Sharing CB client quality data does not constitute an OEM performance complaint as described in Section 8.1 of the *Rules*.

**9.1.2.1 Customer satisfaction – supplemental**

OEM Performance Complaint

FCA US may file an OEM performance complaint when confronted with a specific organization-responsible quality performance issue, where a root cause may be a nonconformance in the organization's quality management system.

FCA US shall initiate an OEM performance complaint by sending the appropriate Oversight office a notification letter that will:

- Identify the organization site and their Certification Body.
- Summarize substance of the complaint.
- Document the affected element(s) of IATF 16949.
- Request a copy of the organization site's last audit report.

  NOTE: As FCA US is an IATF member; a request for client audit reports is permitted under Section 3.1.e of the *Rules*.

- Request the Oversight office witness the Special Audit conducted to verify implementation of corrective action.

Upon receipt of the OEM performance complaint notification letter from the Oversight office, the CB shall investigate the complaint in accordance with Section 8.0 of the *Rules*.

An OEM performance complaint may be filed in conjunction with, or independently of, a TPSL action. The CB findings from an OEM complaint investigation may be used by FCA US to establish the need to place an organization site in TPSL or New Business Hold.

<u>Top Problem Supplier Location Reporting</u>

Upon periodic review of GEBSC quality measures and other key performance indicators, FCA US may notify specific organization sites that they have been identified as a Top Problem Supplier Location (TPSL). The TPSL designation signals FCA US dissatisfaction with the organization site's quality performance, and begins a process to develop and implement a performance improvement plan.

FCA US shall notify the Certification Body of the organization site's involvement in the TPSL process by sending the CB a copy of the notification letter and follow-up communications (as required) that will:

- Identify the organization site.

- Summarize the process.

- Document specific areas of concern, with supporting data.

- Request a copy of the organization site's last audit.

   NOTE: As FCA US is an IATF member; a request for client audit reports is permitted under Section 3.1.e of the *Rules*.

Certification Body notification of TPSL activity is for information only and does not constitute an OEM performance complaint as described in Section 8.1 of the *Rules*. However, FCA US reserves the right to file a performance complaint at any point within the TPSL process.

FCA US shall notify the Certification Body when the organization site has achieved the agreed-upon exit criteria and is removed from the TSPL process.

<u>Quality New Business Hold</u>

Upon periodic review of GEBSC quality measures and other key performance indicators, FCA US may notify an organization that they have been placed in Quality New Business Hold (QNBH) status.  This indicates that the organization site's quality performance is persistently below expectations and corrective action is required.

NOTE: While in QNBH status, the organization will be ineligible to bid on new FCA US business supplied from the affected organization site(s) without Purchasing Senior Management intervention.

A notification letter is sent to the organization, outlining the substance of the complaint and identifying the exit criteria the organization must achieve to be removed from QNBH status. FCA US will file an OEM Performance Complaint in a separate letter sent to the Oversight office of the organization's Certification Body (CB) via electronic mail.

Upon completion of the process in accordance with Section 8.0 of the *Rules*, the organization will remain in QNBH status while FCA US monitors GEBSC quality measures and other key performance indicators.

When the QNBH exit criteria established for the organization have been met, FCA US shall:

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 38 | Added/changed text appears in BLUE |
| | © 2020 – FCA US LLC |
| | All rights reserved                                          August 4, 2020 |

- Remove the Quality New Business Hold status, lifting the associated commercial and quality sanctions.  (Sanctions imposed by other FCA US processes may remain in place.)
- Notify the affected organization site(s), the CB and the Oversight Office.

If the CB withdraws the certificate upon completion of the process in accordance with Section 8.0 of the *Rules*, FCA US Purchasing management will develop a joint plan for the organization that either restricts further commercial activity or works toward improving processes and performance to a level that supports organization efforts to recertify.

If an organization site is seeking certification to IATF 16949, but is placed on QNBH status before the Stage 2 audit is conducted, the CB shall not conduct a stage 2 audit until the QNBH status is lifted or FCA US Supplier Operations management notifies the organization and the CB in writing that the Stage 2 audit may proceed.

If an organization site is placed on QNBH status after a Stage 2, transfer, transition or recertification audit, but before the certificate is issued:

- The CB shall immediately suspend the existing certificate, if applicable.
- The CB shall issue the new certificate in accordance with the *Rules*.
- The CB shall then immediately place the new certificate in suspension in accordance with the *Rules*. If applicable, the suspension of the previous certificate shall be removed.

<u>Material Management Operations Guideline /Logistics Evaluation (MMOG/LE)</u>

Organizations providing production and service parts to FCA US shall use MMOG/LE – Version 5 to integrate evaluation of delivery performance into their quality management system by conducting an annual self-assessment, using the "Full" assessment tool.

The completed assessment shall be submitted to FCA US between May 1 and July 31 of the current calendar year. Organizations may submit the assessment through the DRIVe system (accessible through eSupplierConnect), or email FCA US a copy of the completed assessment in the new web based MMOG/LE.np ecosystem using the following FCA US customer information and mailbox:

- Company Name:          FCA US LLC
- Address:               800 Chrysler Drive
- City, State, Zip Code: Auburn Hills, MI 48326
- Country:               US
- MMOG Mailbox Address:  odette-5434@mail2.mmogle.com

Questions concerning MMOG/LE should be directed to FCA US Supplier Delivery Development at <u>scmsdd@fcagroup.com</u>.

**9.1.3 Analysis and evaluation**

No FCA US Customer-Specific Requirement for this section.

| | |
|---|---|
| 39 | **FCA US LLC Customer-Specific Requirements for IATF 16949**<br>Added/changed text appears in BLUE<br>**© 2020 – FCA US LLC** |

All rights reserved                                                                    August 4, 2020

**9.1.3.1 Prioritization**

No FCA US Customer-Specific Requirement for this section.

**9.2 Internal audit**

**9.2.1**

No FCA US Customer-Specific Requirement for this section.

**9.2.2**

<u>Layered Process Audits</u>

Organizations supplying production parts or components to FCA US shall conduct Layered Process Audits (LPA) on all elements of manufacturing and assembly lines that produce production parts or components for FCA US. These shall include both Process Control Audits (PCA) and Error Proofing Verification (EPV) audits.

Organizations shall provide evidence of compliance to the following requirements:

- Audit process shall involve multiple levels of site management, from line supervisor up to the highest level of senior management normally present at the organization site.

- A member of site senior management shall conduct process control audits at least once per week. All members of site senior management shall conduct process control audits on a regular basis.

- Delegation of this activity will not be accepted with the exception of extenuating circumstances.

  Note: Frequent travel is an example of an extenuating circumstance. Site management personnel whose responsibilities include frequent travel may be excused from scheduled participation in layered process audits, but should participate whenever possible.

- The organization shall have a documented audit structure with auditor level and frequency of inspection.

- PCAs shall be conducted at least once per shift for build techniques and craftsmanship related processes.

- EPV audits shall be conducted at least once per shift, preferably at the start of shift. Compliance charts shall be completed once per quarter and maintained for the life of the program. The following metrics shall be included:

  o Audit completion by all auditing layers.

  o By-item percentage conformance by area.

- Reaction plans shall be in place to immediately respond to nonconformances and implement corrective actions (10.2.1).

A separate communication procedure is required to address reoccurring non-conformances. Specific areas of focus shall include the following:

| 40 | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|----|---|
| | Added/changed text appears in BLUE |
| | **© 2020 – FCA US LLC** |
| | All rights reserved      August 4, 2020 |

- Resolution of non-conformances, including lessons learned (10.2.3).
- Escalation of issue for management review (9.3.2).

Layered process audits are not required for specific materials, parts or assemblies produced on such an infrequent or irregular basis that it would prohibit establishing a regular, weekly audit schedule.

- Such infrequently or irregularly produced materials, parts or assemblies shall be subject, at a minimum, to a process audit at start-up and shutdown of each production run.
- Organizations shall evaluate and document the applicability of this exception for each material, part or assembly under consideration based upon the production schedule for all customers.
- The evaluation document shall be maintained as an organization-controlled record (7.5.3.2.1); reviewed annually and updated as required.

Organizations shall use *CQI-8: Layered Process Audits Guideline, 2nd Edition* to establish a Layered Process Audit program. The program shall be administered under the guidance of a competent manufacturing process auditor as defined in IATF 16949 Sanctioned Interpretation no.4 for Section 7.2.3.

**9.2.2.1 Internal audit programme**

No FCA US Customer-Specific Requirement for this section.

**9.2.2.2 Quality management system audit**

The scope of the annual audit program shall include a review of a minimum of two Product Control Plans for FCA US parts, where applicable.

**9.2.2.3 Manufacturing process audit**

Special Process Assessments

Organizations shall evaluate the effectiveness of each of the applicable special processes listed below with the associated AIAG manual:

- Heat Treating – *CQI-9 Special Process: Heat Treat System Assessment, 3rd Edition*\*.
- Plating – *CQI-11 Special Process: Plating System Assessment.*
- Coating – *CQI-12 Special Process: Coating System Assessment.*
- Welding – *CQI-15 Special Process: Welding System Assessment.*
- Soldering – *CQI-17 Special Process: Soldering System Assessment.*
- Molding – *CQI-23: Special Process: Molding System Assessment*.
- Casting – CQI-27: *Special Process: Casting System Assessment*\*.

  \*See "Special Process Assessments – Additional Considerations" below.

Evaluation of implementation effectiveness shall be based on evidence that the organization has a process in place that includes elements such as:

**FCA US LLC Customer-Specific Requirements for IATF 16949**
Added/changed text appears in BLUE
**© 2020 – FCA US LLC**
All rights reserved                                    August 4, 2020

- Qualified auditors identified and employed (7.2.3).
- Schedule for self-assessment in place (including evidence of schedule adherence).
- A defined corrective action process, including:
  - Customer notification of nonconformance (8.7.1.6).
  - Corrective actions (8.7.1).
  - Verification of corrective action effectiveness.
- A continuous improvement process (10.3, 10.3.1).
- Organization-controlled record keeping (7.5.3.2.1).
- Supplier development process (8.4.2.5) identified for applicable suppliers to the organization.

Pursuant to IATF 16949 clauses 8.4.1.3 and 8.4.3.1 together with their associated FCA US Customer-Specific Requirements, this requirement shall also apply to suppliers to the organization who employ the above-listed special processes.

Organizations shall evaluate their manufacturing processes, and the manufacturing processes of their suppliers, to establish and document the scope of applicability of this requirement. This document is an organization-controlled record (7.5.3.2.1). Evaluation shall be by self-assessment. The self-assessment shall be conducted annually, but may be repeated as needed. The self-assessment may be conducted as part of the organization's internal quality audit or conducted separately.

Assessment by a competent second party auditor (7.2.4) will satisfy the self-assessment requirement for suppliers to the organization.

Special Process Assessments – Additional Considerations

CQI-9 and CQI-15: Organizations shall submit a completed self-assessment to FCA US Supplier Operations on an annual basis.

- Submissions shall be in English
- Submissions shall be identified by:
  - Organization name
  - Organization location
  - Supplier Codes assigned to the location by FCA US Purchasing
  - Year of submission
- Suppliers to an organization (i.e. sub-tier suppliers) may submit completed self-assessments directly to FCA US Supplier Operations after reviewing the self-assessment with their customer.
- Completed assessments shall be submitted to the following SharePoint site:
  https://collab.nafta.extra.fcagroup.com/sites/psqcentral/CQI9/SitePages/Home.aspx.

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 42 | Added/changed text appears in BLUE |
| | © 2020 – FCA US LLC |
| | All rights reserved                                                         August 4, 2020 |

CQI-27: Self-assessment program administration are subject to the exemptions identified in Tables 7, 8 and 9 of Appendix B.

**9.2.2.4 Product audit**

Continuing conformance inspection and tests shall be performed in conformance with to PF-8500 and the Global Product Assurance Testing manual during the model year to assure production items or products continue to meet specified requirements and tolerances unless waived in writing by the FCA US Release Engineer. Any such waiver shall be subject to annual review and renewal.

FCA US may implement a Launch Inspection Program (LIP) project for inspection of organization-supplied parts and material that Supplier Operations suspects may be at risk of nonconformance. Upon implementation of an LRM project, the organization shall cooperate with this FCA US action in accordance with *SQN-A0490 Launch Risk Mitigation (LRM)*.

**9.3 Management review**

**9.3.1 General**

No FCA US Customer-Specific Requirement for this section.

**9.3.1.1 Management review – supplemental**

No FCA US Customer-Specific Requirement for this section.

**9.3.2 Management review inputs**

**9.3.2.1 Management review inputs – supplemental**

Output from Customer-Specific Requirements to the following sections shall provide management review input*:*

- Design and development planning — Supplemental (8.3.2.1)
- Supplier quality management system development (8.4.2.3)
- Customer satisfaction — Supplemental (9.1.2.1)
- Quality management system audit (9.2.2.2)
- Manufacturing process audit (9.2.2.3)
- Automotive Warranty Management (10.2.5)

**9.3.3.1 Management review outputs – supplemental**

No FCA US Customer-Specific Requirement for this section.

**10  Improvement**

**10.1 General**

No FCA US Customer-Specific Requirement for this section.

| 43 | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
| --- | --- |
|  | Added/changed text appears in BLUE |
|  | **© 2020 – FCA US LLC** |
|  | All rights reserved                                          August 4, 2020 |

## 10.2 Nonconformity and corrective action

The Global Issue Management (GIM) process and system shall be used by all organizations providing parts and components to FCA US to document corrective action, unless otherwise specified by the governing FCA US business process. Application of the GIM process and system (e.g. response timing) shall conform to the governing FCA US business process.

## 10.2.3 Problem solving

No FCA US Customer-Specific Requirement for this section.

## 10.2.4 Error-proofing

No FCA US Customer-Specific Requirement for this section.


## 10.2.5 Warranty management systems

Automotive Warranty Management (AWM)

Organizations providing production and non-exempt service parts and components to FCA US shall support improvement in customer satisfaction through pursuit and achievement of warranty reduction targets established by FCA US, where applicable. This shall be accomplished by active participation in the Supplier Associated Warranty Reduction Program (SAWRP).

Organizations shall use CQI-14: Automotive Warranty Management, 3rd Edition to integrate warranty into their quality management system.

Evaluation of integration effectiveness shall be based on evidence that the organization has a process in place that includes elements such as:

- Qualified auditors identified and employed (7.2.3).

- An established schedule for self-assessment (including evidence of schedule adherence).

- A defined corrective action process, including:

  o Customer notification of nonconformance (8.7.1.6).

  o Corrective actions (8.7.1).

  o Verification of corrective action effectiveness.

- A continuous improvement process (10.3, 10.3.1), including monthly evaluation of organization's performance to warranty reduction targets established by FCA US.

- Organization-controlled record keeping (7.5.3.2.1).

- A supplier development process (8.4.2.5) identified for applicable suppliers to the organization.

  NOTE: When organizations manage warranty at a corporate level, individual organization sites requiring evidence of compliance to this requirement may reference CQI-14 compliant corporate processes as they pertain to the products and processes at their sites.

Evaluation shall be by self-assessment. The self-assessment shall be conducted annually, but may be repeated as needed. The self-assessment may be conducted as part of the organization's internal quality audit or conducted separately. The self-assessment shall be conducted using the self-assessment spreadsheet tool from CQI-14. The completed spreadsheet shall serve as a record of the self-assessment.

Implementation of Automotive Warranty Management shall proceed in three stages:

> 1. Organization identifies and implements necessary changes to quality management system processes, trains responsible personnel and conducts initial, "baseline" self-assessment.

> 2. Organization establishes internal performance goals, develops prioritized corrective action plan to achieve these goals and prepares an assessment schedule.

> 3. Organization monitors performance, continues with self-assessments and updates corrective action plan as required to meet FCA US requirements and internal improvement goals or maintain goal-level performance.

Implementation timing for organizations (either new suppliers or current suppliers to FCA US) is summarized in Table 4:

TABLE 4: Implementation timing for Automotive Warranty Management (AWM) requirements

| Organization's relationship to FCA US | Existing Vehicle Program | New Vehicle Program |
|---|---|---|
| **New Supplier** | Complete implementation through Stage 2 within six months of award of business. Implementation through Stage 3 to follow within six months of start of production. | Complete implementation through Stage 2 before Commercial Launch. Implementation through Stage 3 to follow within six months of Commercial Launch. |
| **Current Supplier** | Full implementation through Stage 3 required. | Follow timing for "New Supplier/New Vehicle Program" (above) for new parts or components. |

<u>AWM Exceptions</u>

The following temporary exceptions apply to organizations that would otherwise be required to implement AWM:

1. Emergency Assumption of Business - Organizations who assume production of parts or components at FCA US's request under emergency conditions are exempt from AWM requirements for six months for these parts or components. The "New Supplier/Existing Program" requirements (above) shall apply thereafter.

2. Financially Distressed Suppliers - Organizations that have been identified by FCA US Supplier Relations as being financially distressed may, with FCA US Supplier Operations senior management



**FCA US LLC Customer-Specific Requirements for IATF 16949**

Added/changed text appears in BLUE

**© 2020 – FCA US LLC**

45

All rights reserved

August 4, 2020

approval, suspend AWM actions. Such action is considered temporary and will be subject to periodic review by FCA US Supplier Operations and FCA US Supplier Relations.

AWM Exemptions

Organizations that have been identified by FCA US Purchasing management as exempt from IATF 16949 certification are also exempt from FCA US AWM requirements. However, Mopar parts or components installed on production vehicles at an assembly plant, a Mopar Custom Shop or a dealership at time of sale are considered "production" parts and subject to AWM requirements regardless of the organization's certification status.

Implementation is not required of organizations producing modular assemblies or other products that cannot have warrantable repair assigned to their activity.

Implementation is not required of organizations producing parts or components in commodity groups with historically-low warranty levels. A list of these low warranty commodity groups is available from the FCA US web page "Supplier Warranty Management – WIS, EWT, GCS, QNA", available in eSupplierConnect.

Organizations whose volume of parts or components supplied in a specific commodity is of low significance may be exempted from FCA US AWM requirements for that commodity. The determination of exemption eligibility for a specific organization-commodity combination is the responsibility of the FCA US Supplier Quality Operations Warranty group.

NOTE: Questions concerning the program eligibility of individual organizations or commodity groups should be directed to the FCA US Supplier Quality Operations Warranty group at sqwarr@fcagroup.com.

### 10.2.6 Customer complaints and field failure test analysis

Returned Parts Analysis

Organizations that provide production or non-exempt service parts or components shall participate in the review, testing and analysis of returned components in accordance with PS-11346 and shall include an analysis of the interaction of embedded software, if applicable.

Technical Support

Organizations that provide production and non-exempt service parts and components shall provide all necessary support to FCA US in the investigation and resolution of supplier-associated warranty issues.

### 10.3 Continual Improvement

No FCA US Customer-Specific Requirement for this section.

### 10.3.1 Continual improvement – supplemental

No FCA US Customer-Specific Requirement for this section.

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 46 | Added/changed text appears in BLUE |
| | © 2020 – FCA US LLC |
| | All rights reserved        August 4, 2020 |

**APPENDIX A: BULK METALLIC COMMODITY EXEMPTIONS**

TABLE 5: Bulk Metallic Commodities

| Code | Name |
|------|------|
| 03AB | Hot Rolled Steel |
| 03BA | Cold Rolled Steel |
| 03CC | Galvanized Steel-Both Sides |
| 03IA | Steel – Special Shapes |
| 03KF | Welded Carbon Steel Tube |
| 03NA | Hot Rolled Carbon-Bars |
| 03RA | Welding Wire, Rods |
| 05AD | Flat Rolled Aluminum |
| 05AG | Aluminum Braze Sheet |

| TABLE 6: CSR Section Exemptions for Bulk Metallic Commodities | |
|---|---|
| **IATF 16949 Section** | **FCA US Customer-Specific Requirement** |
| 8.2.3.1.2 Customer-designated special characteristics | Regulatory, Critical, and Capability characteristics |
| 8.3.5.2 Manufacturing process design input | PFMEAs and Control Plans |
| 8.3.4.2 Design and development validation | Design Verification (DV); |
| | Production Validation (PV) |
| 8.3.4.4 Product approval process | Process Audit (PA) |
| | Production Part Approval Process (PPAP) |
| 8.6.2 Layout inspection and functional testing | Annual Layout |
| 8.6.3 Appearance items | Appearance Master Samples |
| 9.2.2 Internal audit | Layered Process Audits |
| 10.2.5 Warranty management systems | Automotive Warranty Management (AWM) AWM Exceptions AWM Exemptions |
| 10.2.6 Customer complaints and field failure test analysis | Returned Parts Analysis |

**FCA US LLC Customer-Specific Requirements for IATF 16949**
Added/changed text appears in BLUE
© 2020 – FCA US LLC
All rights reserved                    August 4, 2020

APPENDIX B: EXCEPTIONS TO CQI-27

TABLE 7: Common exceptions to CQI-27 process requirements

| Requirement | Exception |
|---|---|
| FEA Analysis | Foundry responsibility for analysis is contingent on the foundry receiving an FEA from the design-responsible party. |
| Single Cavity | Multiple cavity dies may be used. |
| Tooling Maintenance | Non-abrasive systems for tool cleaning are preferred. However, abrasive systems may be used, if deemed necessary by FCA US Tool Engineering assessment. Documented evidence of the assessment shall be retained by the organization. |
| X-Ray | Radiographic equipment alternatives to fluoroscopic x-ray (e.g. digital radiography) may be used. |
| Leak Test Requirement | All leak testing methods specified in *PS-4236 Castings – Pressure Testing Procedures* are acceptable. |

TABLE 8: Applicability of common exceptions to CQI-27 process requirements

| Process Table | FEA Analysis | Single Cavity | Tooling Maintenance | X-Ray | Leak Test Requirement |
|---|---|---|---|---|---|
| A | A1.3 | | A1.8 | | A9.1 |
| B | B1.2 | | B1.8 | | B7.1 |
| C | C1.2 | | C1.6 | | |
| D | D1.3 | D1.5 | D1.17 | D9.6 | D11.1 |
| E | E1.4 | E1.6 | E1.23 | E8.7 | E10.1 |
| F | F1.2 | | F1.8 | F7.6 | F9.1 |
| G | G1.2 | G1.6 | | | G11.1 |
| H | H1.2 | H1.4 | H1.15 | H7.6 | H9.1 |
| I | I1.2 | I1.5 | I1.16 | I8.6 | I10.1 |
| J | J1.3 | J1.5 | J1.13 | J8.6 | J10.1 |
| K | K1.3 | K1.5 | K1.13 | K7.7 | K9.1 |
| L | L1.2 | L1.4 | L1.15 | L10.6 | L12.1 |
| M | M1.3 | | M1.8 | | M9.1 |

**FCA US LLC Customer-Specific Requirements for IATF 16949**
Added/changed text appears in BLUE
**© 2020 – FCA US LLC**

All rights reserved August 4, 2020

**APPENDIX B: EXCEPTIONS TO CQI-27**

**TABLE 9: Process Table-specific exceptions to CQI-27 process requirements**

| Process Table | | Requirement | | Exception |
|---|---|---|---|---|
| C | Centrifugal Liners | C6.1 | Traceability | Alternate methods for traceability may be used. |
| | | C7.1 | Crack Inspection | Crack detection shall be conducted after all manufacturing processes are completed.<br>NOTE: Additional inspection operations may be conducted following crack detection. |
| | | C7.4 - C7.9 | Crack Inspection | Eddy current inspection for cracks is the preferred method. However, alternate 100% inspection methods (including leak test) are acceptable. |
| | | C7.11 - C7.13 | Crack Inspection | At least one of the listed methods for crack detection must be available on-site. |
| D | Semi-Permanent Mold | D1.11 | Design Feature | Venturi aspirator systems are not required in all applications. |
| | | D1.13 | Internal Cooling Circuit Design | The AQP team should review cooling circuits and mold designs. |
| E | Semi-Permanent Mold Cylinder Heads | E8.3 | CMM Measurement | CMM is the preferred method for dimensional verification of molds. However, laser scanning may be used. |
| H | Die Castings | H4.7 | Degassing | The requirements for degassing and specific gravity shall be as specified on the part print. |
| | | H5.1 | Insert Source | The organization is responsible for all insert suppliers not identified as a directed source (Section 8.4.1.3). |
| | | H5.2 | Insert process control | Preheating of cast-in-place inserts is not required in all applications. The AQP team shall determine if preheating is necessary. |

**FCA US LLC Customer-Specific Requirements for IATF 16949**

Added/changed text appears in BLUE

© 2020 – FCA US LLC

All rights reserved          August 4, 2020

**APPENDIX C: CHANGE HISTORY**
*Changes without a specified Effective Date are effective upon Publication Date*

| Publication Date | Effective Date | Section | Change |
|---|---|---|---|
| 10/01/16 | | | New release.<br>Timing for new requirements presented below. |
| | 03/31/17 | 1.2 | Certification requirement for Accessory parts identified by Mopar as safety or installed at Mopar Custom Shops. |
| 04/12/18 | | Table Of Contents | Updated; "SUMMMARY OF IATF 16949 SECTIONS WITH CUSTOMER-SPECIFIC CONTENT" simplified |
| | | 1.1 | Added note referencing CSR for FCA Italy SpA |
| | | 1.2 | • Implementation timing note (3/31/17 due date) in Table 1 for MOPAR certification upgrade removed<br>• Moved Bulk Metallic Commodity Exemptions tables to Appendix A |
| | | 2.A | • Reference to *CQI-16: ISO/TS 16949:2009 Guidance Manual* removed<br>• References to the following documents added:<br>  ○ *CQI-27: Special Process: Casting System Assessment*<br>  ○ *IATF 16949:2016 Sanctioned Interpretations*<br>  ○ *QR.00001 Global Product Assurance Testing*<br>  ○ *SQ.00001 Additional Quality Requirements (AQR)*<br>  ○ *SQ.00007 Master Process Failure Mode and Effects Analysis (MPFMEA)*<br>  ○ *SQ.00008 Product Demonstration Run (PDR)*<br>  ○ *SQ.00010 Advanced Quality Planning (AQP) and Production Part Approval Process (PPAP)*<br>  ○ *SQ.00012 Forever Requirements*<br>  ○ *SQN-A0469 Supplier Incident Management – NATFA*<br>  ○ *SQN-A0489 Third Party Containment and Problem Resolution*<br>  ○ *SQN-A0490 Launch Risk Mitigation* |
| | | 2.B | Reference to *IATF 16949 Sanctioned Interpretations* added |
| | | 3.1 | Revised definitions for:<br>• Consigned Part<br>• Directed Part<br>• External Balanced Scorecard (now <u>Global</u> External Balanced Scorecard)<br>• Process Audit<br>Added definitions for:<br>• Additional Quality Requirements (AQR)<br>• Advance Quality Planning (AQP)<br>• Launch Risk Mitigation (LRM)<br>• Master Process Failure Mode and Effects Analysis (MPFMEA) |
| | 05/14/18 | 5.3.1 | Requirement for SIC maintenance added (existing requirement; 30 days grace granted to ensure implementation) |

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 50 | Added/changed text appears in BLUE<br>© 2020 – FCA US LLC |
| | All rights reserved      August 4, 2020 |

| APPENDIX C: CHANGE HISTORY |||
|---|---|---|
| *Changes without a specified Effective Date are subject to audit upon Publication Date* ||||

| Publication Date | Effective Date | Section | Change |
|---|---|---|---|
| **04/12/18** (continued) | | 7.2.2 | • Requirement for CQR (Common Quality Reporting) removed (note – access to application is restricted to FCA US personnel)<br>• GEBSC substituted for GEBSC; beSTandard and SIC (5.3.1) added |
| | | 7.5.3.2.1 | Clarified scope of "organization-controlled documents" |
| | 05/14/18 | 8.3.2.1 | Product development process requirement revised (PPR/PA removed, AQP/PPAP added). (As noted, change required with start of <u>next</u> product development program – 30 days grace granted for organization acquisition and review of process document). |
| | | 8.2.3.1 | References to AQR and MPFMEA added (existing requirements relocated to new standard - 30 days grace granted for organization acquisition and review of process document). |
| | | 8.3.3.2 | References to AQR and MPFMEA added (existing requirements relocated to new standard - 30 days grace granted for organization acquisition and review of process document). |
| | 10/12/18 | 8.4.2.3 | Added "risk-based thinking" as a criterion for establishing extent and timing of supplier QMS development |
| | | 8.4.2.4.1 | Clarified requirement for supplier self-certification process |
| | 05/14/18 | 8.5.6.1 | Existing requirements relocated to new standard.  (30 days grace granted for organization acquisition and review) |
| | | 8.6.2 | Clarified scope of layout inspection requirements. |
| | | 8.7.1.1 | Documenting existing requirement (PPA Manual, section 5c; PPAP Tool 3.5) |
| | 05/14/18 | 8.7.1.2 | Existing requirements for control of nonconforming material relocated to new standard. (30 days grace granted for organization acquisition and review of process document). |
| | | 8.7.1.3 | Documented existing requirement |
| | | 8.7.1.4 | Documenting existing requirement (PPA Manual, section 5c; PPAP Tool 3.5) |
| | | 9.1.2 | Updated to support release of Global External Balanced Scorecard |
| | | 9.1.2.1 | Revised "OEM performance complaint" and "Quality New Business Hold" to more closely align with the Rules and current practice. |
| | | 9.2.2.3 | Self-assessment submission requirements for CQI-9 added under "Special Process Assessments – Additional Considerations" (note – this is a current requirement) |

| 51 | **FCA US LLC Customer-Specific Requirements for IATF 16949**<br>Added/changed text appears in BLUE<br>**© 2020 – FCA US LLC** |
|---|---|
| | All rights reserved                                                                    August 4, 2020 |

**APPENDIX C: CHANGE HISTORY**
*Changes without a specified Effective Date are subject to audit upon Publication Date*

| Publication Date | Effective Date | Section | Change |
|---|---|---|---|
| **04/12/18** (continued) | 10/12/18 | 9.2.2.3 | • Added note clarifying "extenuating circumstances" for LPA<br>• Self-assessment for CQI-27 added with additional requirements under "Special Process Assessments – Additional Considerations"<br>• Clarified organization's responsibilities for their suppliers' special process assessments |
| | 05/14/18 | 9.2.2.4 | Existing requirements relocated to new standard. (30 days grace granted for organization acquisition and review of process document). |
| | | 9.3.3.1 | Simplified Automotive Warranty Management requirement |
| | | Appendix A | New (requirements moved from 1.2) |
| | 10/12/18 | Appendix B | New (note – added in support revision of 9.2.2.3) |
| **06/08/18** | | Appendix A Table 5 | Revised description of material groups to correspond to FCA US system descriptions |
| **07/08/19** | | ALL | Changed "Supplier Quality" to "Supplier Operations" and "SQE" to "SOE" |
| | | 1.2 | Acknowledged use of Sanctioned Interpretations |
| | 08/07/19 | 2.A | • Added AIAG/VDA FMEA manual, CEP-12679, PF.901106, QR-10012, SPB-00001-09<br>• Removed PF-EMISSIONS, PF-HOMOLOGATION, PF-SAFETY, PS-7300 &PS-10125<br>(30 days grace granted for organization acquisition and review) |
| | | 3.1 | • Changed "Launch Risk Mitigation" to "Launch Inspection Program"<br>• Added "Sanctioned Interpretation"<br>• Removed "Process Planning Review (PPR)" |
| | | 4.4.1.2<br>8.4.2.2<br>8.6.5 | Added guidance statements for US product safety processes |
| | 10/07/19 | 7.2.2 | • Expanded OJT requirement to ensure coverage across all operational areas<br>• Added PC Portal II |
| | 10/07/19 | 7.5.2.3.2.1 | Clarified existing requirement; explicit call out of PF-8500. |
| | 10/07/19 | 8.2.3.1.2 | Revised to align with CEP-12679 |
| | | 8.3.2.1 | Removed references to PPR/PA |
| | | 8.3.3.3 | Communication of special characteristic symbol equivalence relocated from 8.2.3.1.2 |

| | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 52 | Added/changed text appears in BLUE<br>**© 2020 – FCA US LLC** |
| | All rights reserved        August 4, 2020 |

**APPENDIX C: CHANGE HISTORY**
*Changes without a specified Effective Date are subject to audit upon Publication Date*

| Publication Date | Effective Date | Section | Change |
|---|---|---|---|
| **07/08/19** (continued) | 10/07/19 | 8.3.4.2 | Clarified existing requirement; explicit call out of PF-8500. |
| | | 8.3.5<br>8.3.5.2 | Added references to FMEA manuals |
| | 08/07/19 | 8.5.1.1 | Added dimensional study for Critical characteristics (existing requirement; 30 days grace granted for organization acquisition and review of process documents) |
| | 08/07/19 | 8.5.2.1 | Relocated traceability requirement (was 8.2.1.3.2); added new process document<br>(30 days grace granted for organization review of process document) |
| | 10/07/19 | 8.6.2 | Revised to include inspection program criteria and risk assessment requirements. |
| | | 8.6.3 | Relocated appearance item requirement (was 8.2.1.3.2); |
| | | 9.2.2.1<br>9.3.3.1 | Editorial correction |
| | 08/07/19 | 9.2.2.4 | • Clarified existing requirement; explicit call out of PF-8500 and GPAT<br>• Changed "Launch Risk Mitigation" to "Launch Inspection Program"<br>(30 days grace granted for organization review of process document) |
| | | 10.2 | Identified GIM as the default process for managing corrective action. |
| **08/04/20** | | 1.2 | • Revised Table1 and added note<br>• Added Organization identification requirement<br>• Updated requirements for certification verification; added Notes 2 and 3 |
| | 09/08/20 | 2.0<br>2.1 | • Revised headers to better align with IATF 16949<br>• Updated version levels of AIAG special process guides<br>• Deleted reference to AIAG M7-4, added reference to MMOG.np<br>• Added reference to ISO 9000:2015<br>• Added references to CEP-A0782, CS.00187, and SQN-A1024<br>• Added "Government documents availability" and updated "Industry documents and applications availability"<br>• (Table 2) Added reference to eSupplierConnect source for Mopar applications |
| | | 3.1 | • Added definitions for AECD, AES, BES and defeat device<br>• Simplified definitions for IATF and Oversight Office |
| | | 7.2.2 | • Revised layout, adding subheadings, clarified scope<br>• Added applications recommended by Supply Chain Management and Mopar |

---

|  | **FCA US LLC Customer-Specific Requirements for IATF 16949** |
|---|---|
| 53 | Added/changed text appears in BLUE<br>© 2020 – FCA US LLC |
| | All rights reserved — August 4, 2020 |

All rights reserved

**APPENDIX C: CHANGE HISTORY**
*Changes without a specified Effective Date are subject to audit upon Publication Date*

| Publication Date | Effective Date | Section | Change |
|---|---|---|---|
| 08/04/20 (continued) | 09/08/20 | 7.2.2 | Added defeat device awareness and prevention training requirement (existing requirement) |
| | | 7.5.3.2.1 | Clarified definition of "organization-controlled records" |
| | 11/06/20 | 8.2.3.1 | Added ETS review requirements |
| | 11/06/20 | 8.2.3.2 | Added requirement for retention of 8.2.3.1 reviews |
| | 09/08/20 | 8.3.2.3 | Software process capability/maturity assessment requirement added (existing requirement) |
| | 09/08/20 | 8.3.5 | Added CEP-A0782 compliance requirement (existing requirement) |
| | 09/08/20 | 8.4.2.3.1 | Software process capability/maturity assessment requirement added |
| | 11/06/20 | 8.4.2.5 | Added Performance Complaint requirements |
| | | 8.5.1.1 | Moved requirement to 8.6.2 |
| | | 8.6.2 | • Changed reference to "Engineering source documentation"<br>• Moved inspection requirements for Critical characteristics from 8.5.1.1 to this location |
| | 11/06/20 | 9.1.2.1 | Revised MMOG/LE self-assessment process |
| | | 9.2.2 | • "Layered Process Audits" moved from 9.2.2.3 to this section to resolve potential conflicts between LPA requirements and the IATF 16949 requirements of Section 9.2.2.3.<br>• Editorial changes to corrective action requirements. |
| | | 9.2.2.3 | • LPA requirements moved to 9.2.2<br>• Updated CQI-9 submission link |
| | 11/06/20 | 9.2.2.3 | • Updated self-assessment process<br>• Added CQI-15 submission requirement and clarified use of Supplier Codes |
| | 11/06/20 | 10.2.5 | Revised self-assessment process |
| | | Appendix A | Updated Table 6 |
| | | Appendix C | Revised table header to clarify intent of "Effective Date" |

**FCA US LLC Customer-Specific Requirements for IATF 16949**
Added/changed text appears in BLUE
**© 2020 – FCA US LLC**
All rights reserved                                        August 4, 2020