# Exhibit I

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report     22V-406

| | |
|---|---|
| **Manufacturer Name :** | Chrysler (FCA US, LLC) |
| **Submission Date :** | JUN 09, 2022 |
| **NHTSA Recall No. :** | 22V-406 |
| **Manufacturer Recall No. :** | Z46 |



## Manufacturer Information :

**Manufacturer Name :** Chrysler (FCA US, LLC)
**Address :** 800 Chrysler Drive
CIMS 482-00-91 Auburn Hills MI 48326-2757
**Company phone :** 1-800-853-1403

## Population :

**Number of potentially involved :** 138,645
**Estimated percentage with defect :** 1 %

## Vehicle Information :

**Vehicle 1 :** 2014-2020 Jeep Grand Cherokee
**Vehicle Type :**
**Body Style :** SUV
**Power Train :** NR
**Descriptive Information :** Some 2014-2020 MY Jeep Grand Cherokee vehicles equipped with a 3.0L diesel engine may have been built with a high pressure fuel pump ("HPFP") that could fail prematurely.

The suspect period began on December 19, 2012, when 3.0L Diesel engines with suspect HPFPs were introduced into vehicle production, and ended on October 13, 2019, when 3.0L Diesel engines with suspect HPFPs were no longer used in vehicle production. The suspect period was determined using supplier and vehicle production records.

Similar vehicles not included in the recall population are not equipped with the 3.0L Diesel engine, or were produced before or after the suspect period.

The total affected vehicles for this model is 29,279.

**Production Dates :** DEC 19, 2012 - OCT 13, 2019
**VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

The information contained in this report was submitted pursuant to 49 CFR §573

|  |  |
|---|---|
| Vehicle 2 : | 2014-2019 Ram 1500 |
| Vehicle Type : |  |
| Body Style : | PICKUP TRUCK |
| Power Train : | NR |
| Descriptive Information : | Some 2014-2019 MY Ram 1500 vehicles equipped with a 3.0L diesel engine may have been built with a HPFP that could fail prematurely. |

The suspect period began on June 12, 2013, when 3.0L Diesel engines with suspect HPFPs were introduced into vehicle production, and ended on December 13, 2019, when 3.0L Diesel engines with suspect HPFPs were no longer used in vehicle production. The suspect period was determined using supplier and vehicle production records.

Similar vehicles not included in the recall population are not equipped with the 3.0L Diesel engine, or were produced before or after the suspect period.

The total affected vehicles for this model is 109,366.

Production Dates : JUN 12, 2013 - DEC 13, 2019
VIN Range 1 : Begin : NR    End : NR    ☐ Not sequential

## Description of Defect :

Description of the Defect : A HPFP failure may introduce internally failed component debris into the fuel system potentially causing fuel starvation.
FMVSS 1 : NR
FMVSS 2 : NR
Description of the Safety Risk : Fuel starvation may result in an unexpected loss of motive power, which can cause a vehicle to crash without prior warning.
Description of the Cause : NR
Identification of Any Warning that can Occur : Vehicle occupants may notice a Malfunction Indicator Lamp, service Electronic Throttle Control indicator, a fuel leak at the HPFP, or excessive noise from the HPFP.

## Involved Components :

| | |
|---|---|
| Component Name 1 : | High Pressure Fuel Pump |
| Component Description : | High Pressure Fuel Pump |
| Component Part Number : | 68211269AA |

**Supplier Identification :**

**Component Manufacturer**

| | |
|---|---|
| Name : | Robert Bosch GmbH |
| Address : | Robert-Bosch-Platz 1 |
| | Gerlingen-Schillerhhe Foreign States 70839 |
| Country : | Germany |

**Chronology :**

• On February 9, 2022, the FCA US LLC ("FCA US") Technical Safety and Regulatory Compliance ("TSRC") organization opened an investigation into 2014-2020 MY Jeep Grand Cherokee, and 2014-2019 MY Ram 1500 Classic vehicles for potential premature high pressure fuel pump failures in vehicles equipped with the 3.0L diesel engine which may result in a stall.

• From February 2022, through May 2022, FCA US TSRC conducted an analysis of stall patterns and vehicle history, determined that the affected vehicles were equipped with the Bosch CP4.2 high pressure fuel pump, and determined that the high pressure fuel pump was the origin of the stalls.

• As of May 18, 2022, FCA US is aware of 215 customer assistance records, 1,061 warranty claims, and three field reports potentially related to this issue for all markets with dates of receipt ranging from March 14, 2014 to January 14, 2022.

• As of May 18, 2022, FCA US is aware of zero accidents and zero injuries potentially related to this issue for all markets.

• On June 2, 2022, FCA US determined, through the Vehicle Regulations Committee, to conduct a voluntary safety recall of the affected vehicles.

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | FCA US will conduct a voluntary safety recall on all affected vehicles to replace the HPFP, and inspect and, if necessary, replace additional fuel system components. |
| | FCA US has a longstanding policy and practice of reimbursing owners who have incurred the cost of repairing a problem that subsequently becomes the subject of a field action. To ensure consistency, FCA US, as part of the owner letter, will request that customers send the original receipt and/or other adequate proof of payment to the company for confirmation of the expense. |
| How Remedy Component Differs from Recalled Component : | The remedy component is a HPFP with improved durability. |
| Identify How/When Recall Condition was Corrected in Production : | NR |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | **06/09/2022: FCA US will notify dealers and begin notifying owners on or about 07/29/2022. |
| Planned Dealer Notification Date : | JUL 29, 2022 - JUL 29, 2022 |
| Planned Owner Notification Date : | JUL 29, 2022 - JUL 29, 2022 |

\* NR - Not Reported