# Exhibit J

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report            20V-475

| | |
|---|---|
| **Manufacturer Name :** | Chrysler (FCA US, LLC) |
| **Submission Date :** | JAN 07, 2021 |
| **NHTSA Recall No. :** | 20V-475 |
| **Manufacturer Recall No. :** | W58, W68 |



## Manufacturer Information :

**Manufacturer Name :** Chrysler (FCA US, LLC)
**Address :** 800 Chrysler Drive
CIMS 482-00-91 Auburn Hills MI 48326-2757
**Company phone :** 1-800-853-1403

## Population :

**Number of potentially involved :** 58,016
**Estimated percentage with defect :** 2 %

## Vehicle Information :

**Vehicle 1 :** 2014-2016 Jeep Grand Cherokee
**Vehicle Type :**
**Body Style :** SUV
**Power Train :** DIESEL
**Descriptive Information :** Some 2014-2016 MY Jeep Grand Cherokee vehicles built with 3.0L Diesel engines may have the magnetic signal material delaminate from the body of the tone wheel.

The suspect period began on June 9, 2014, when 3.0L Diesel engines with suspect tone wheels were introduced in vehicle production, through March 29, 2016, when suspect engine stock was depleted in vehicle production. The vehicle population was determined by engine and vehicle assembly traceability records.

Similar vehicles not included in this recall do not have suspect magnetic tone wheels on 3.0L Diesel engines or were built with other engines that do not have magnetic tone wheels.

The total affected vehicles for this model is 7,043.

**Production Dates :** JUN 09, 2014 - MAR 29, 2016
**VIN Range 1 : Begin :** NR      **End :** NR      ☐ Not sequential

The information contained in this report was submitted pursuant to 49 CFR §573

| | |
|---:|:---|
| Vehicle 2 : | 2014-2018 Ram 1500 |
| Vehicle Type : | |
| Body Style : | PICKUP TRUCK |
| Power Train : | DIESEL |
| Descriptive Information : | Some 2014-2018 MY Ram 1500 vehicles built with 3.0L Diesel engines may have the magnetic signal material delaminate from the body of the tone wheel. |
| | The suspect period began on June 13, 2014, when 3.0L Diesel engines with suspect tone wheels were introduced in vehicle production, through March 7, 2018, when suspect engine stock was depleted in vehicle production. The vehicle population was determined by engine and vehicle assembly traceability records. |
| | Similar vehicles not included in this recall do not have suspect magnetic tone wheels on 3.0L Diesel engines or were built with other engines that do not have magnetic tone wheels. |
| | The total affected vehicles for this model is 50,973. |
| Production Dates : | JUN 13, 2014 - MAR 07, 2018 |
| VIN Range 1 : Begin : | NR    End : NR    ☐ Not sequential |

## Description of Defect :

| | |
|---:|:---|
| Description of the Defect : | The magnetic material attached to the tone wheel provides a signal to the crankshaft position sensor. If this signal material is lost, the engine loses its ability to synchronize injector pulses and cam timing. This loss of crankshaft position can result in an engine stall, as well as loss of the ability to restart the engine. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | A loss of motive power can cause a vehicle crash without prior warning. |
| Description of the Cause : | NR |
| Identification of Any Warning that can Occur : | None |

## Involved Components :

| | |
|---:|:---|
| Component Name 1 : | Reluctor wheel |
| Component Description : | Crankshaft |
| Component Part Number : | 68102345AA |

**Supplier Identification :**

**Component Manufacturer**

Name : Hutchinson
Address : 1 Route d'Avire
Segre-en-anjou Blue Foreign States
Country : France

**Chronology :**

• On March 5, 2020, FCA US LLC ("FCA US") Vehicle Safety and Regulatory Compliance ("VSRC") organization opened an investigation based on information from the FCA US Quality group that some 3.0L diesel vehicles may be experiencing stalls, possibly due to tone wheel failures.

• In March and April 2020, FCA US VSRC met with FCA US Powertrain Quality and FCA US Powertrain Engineering to review claim information associated with diesel tone wheel replacements where a loss of motive power was alleged in order to investigate failure modes and identify potentially affected components.

• In May and June 2020, FCA US VSRC continued to meet with FCA US Powertrain Engineering and was able to acquire and analyze returned warranty parts in a continued effort to identify potential root cause and affected production periods.

• As of July 31, 2020, FCA US has identified 13 CAIRs, 1,020 warranty claims, and six field reports relating to this issue.

• As of July 31, 2020, FCA US is not aware of any accidents or injuries relating to this issue.

• On August 06, 2020, FCA US determined, through the Vehicle Regulations Committee, to conduct a voluntary safety recall of the affected vehicles.

**Description of Remedy :**

   Description of Remedy Program : FCA US will conduct a voluntary safety recall on all affected vehicles to update the powertrain control module software to maintain vehicle propulsion by reading the camshaft position signal in the event that crankshaft position signal is lost. In cases wherein the Approved Emissions Modification was not installed in Subject Vehicles owned or leased by an Eligible Owner or Eligible Lessee who did not request such installation pursuant to paragraph 23 or did not accept Defendants' offer to install pursuant to paragraphs 37 and 38, wherein such capitalized terms and paragraph references are part of that certain Consent Decree ordered effective May 3, 2019 by the United States District Court for the Northern District of California, San Francisco Division, in the matter of IN RE: CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, No. 3:17-md-02777-EMC, FCA US will replace the tone wheel.

FCA US has a longstanding policy and practice of reimbursing owners who have incurred the cost of repairing a problem that subsequently becomes the subject of a field action. To ensure consistency, FCA US, as part of the owner letter, will request that customers send the original receipt and/or other adequate proof of payment to the company for confirmation of the expense.

   How Remedy Component Differs from Recalled Component : Except as identified above, the remedy component will be a software flash that, if failure of the tone wheel occurs, causes a MIL to illuminate and prevents an engine stall.

Identify How/When Recall Condition was Corrected in Production : NR

**Recall Schedule :**

   Description of Recall Schedule : **01/07/2021: FCA US will notify dealers and begin notifying owners on or before 03/01/2021.

**08/13/2020: FCA US will notify dealers and begin notifying owners on or about 10/02/2020.

   Planned Dealer Notification Date : OCT 02, 2020 - OCT 02, 2020
   Planned Owner Notification Date : OCT 02, 2020 - OCT 02, 2020

\* NR - Not Reported