# Exhibit L



# AMERICA'S LONGEST-LASTING PICKUPS[1*]



**BEST FUEL ECONOMY OF ANY FULL-SIZE PICKUP[2]** | **BEST-IN-CLASS[3] ENTRY V6 HORSEPOWER**

▶ **RAM 1500. POWER, PERFORMANCE, EFFICIENCY.** From the off-road worthiness of Ram Rebel® to the sophistication of the Ram Limited, Ram 1500 delivers uncompromising comfort and superb capability—backed with a raft of best-in-class and class-exclusive features. See more at **RAMTRUCKS.COM**

*A note about this catalog: all disclaimers and disclosures can be found on page 52.

**CLASS-EXCLUSIVE[3] FOUR-CORNER AIR SUSPENSION SYSTEM** | **BEST-IN-CLASS[3] CARGO MANAGEMENT SYSTEM**



**PREMIUM WOOD/LEATHER-WRAPPED STEERING WHEEL | PREMIUM CENTER CONSOLE WITH TAMBOUR DOOR**

▶ **THE LUXURY OF RAM 1500 LIMITED.** It literally has it all: Black interior with leather touches throughout, upscale Limited instrumentation with Platinum Chrome accents, and amenities that include Remote Start and Keyless Enter 'n Go™—all riding on distinctive 20-inch aluminum wheels. See more at **RAMTRUCKS.COM**

**PREMIUM LEATHER INTERIOR IN BLACK | PREMIUM CLUSTER WITH 7-INCH DRIVER INFORMATION DISPLAY**

**SOME STRENGTHS YOU COUNT. OTHERS YOU WEIGH.**

Leadership is defined by the just-right combination of brains and brawn—and the strengths of Ram 1500 deliver everything a full-size pickup should offer. This is where powertrain availability includes breakthrough innovations like the available 3.0L EcoDiesel V6, the legendary 5.7L HEMI® V8—and the class-exclusive[3] standard TorqueFlite® 8-speed automatic. It's where suspension technology also achieves elite status, and where comfort and electronics are at the top of the game. For more, click over to **RAMTRUCKS.COM**

**THE FRAME.** It's all no-nonsense from the get-go: high-strength steel core with eight ultra-tough crossmembers. Hydroformed tubular front frame unit, also of high-strength steel. In areas where heavy steel isn't needed, our engineers incorporated down-gauged yet stronger steel—a smart decision helping contribute to the fuel-sipping performance.

**THE BOX.** Also constructed with high-strength steel, this capable cargo area is illuminated with the CHMSL-mounted light and available rear LED Bed Lighting. Of course, what distinguishes Ram pickups is the brilliance of the available RamBox® Cargo Management System, a solution that completely changes the rules about hauling and storing.

**TOWING LEADERSHIP.** You expect superior performance—and Ram 1500 aims to deliver it. Towing is one of many critical areas. This structural rear bumper is rated for Class III towing, so right off the line, your Ram 1500 will fluently handle trailers up to 5,000 lb, when properly equipped.

Take the next step—and magnify your towing capability. The available factory-installed Class IV hitch receiver bolts directly to the high-strength steel frame, and when properly equipped, will take on trailers up to 10,620 lb. The trailer connector is easily accessible, with an adjacent lamp making night connections a breeze. All models provide a 4- and 7- pin connector as standard equipment.



# CAPABILITY IS OUR STRONGEST SUIT.

## RAM 1500. BUILT TO MASTER EVERY JOB.

**FUEL EFFICIENCY.** Your Ram 1500 was designed to endure tens of thousands of miles and countless years of service, so getting the most from every drop of fuel is vital.

Contributors to fuel efficiency include a sculpted aerodynamic body that glides through air, and available assets like wheel-to-wheel side steps and Active Grille Shutters.

But here, powertrain engineering is key. Proficient engine development includes the available 3.0L EcoDiesel V6, and the gas-powered workhorses: the 3.6L Pentastar® V6 and the legendary available 5.7L HEMI® V8, with its fuel-saving Multi-Displacement System (MDS) turning the mighty V8 into a gas-sipping 4-cylinder during highway cruising.

**COMFORT.** No matter which Ram 1500 you're choosing, occupant comfort is key. Ram delivers.

Interiors of every model reflect thoughtful and intuitive design. From window controls and door handles to the dashboard-mounted Rotary Shifter for the TorqueFlite® 8-speed automatic, all buttons and controls are driver- and passenger-friendly. Storage in every model is abundant, with an available fold-flat cargo load floor; Crew Cab models also feature convenient in-floor storage bins.

From the unique tire-tread pattern on the seats of Ram 1500 Rebel® to the premium leather interior of Ram 1500 Limited, this is where style and comfort never take a back seat.

**INNOVATION.** If our strongest suit is overall capability, innovation is where Ram 1500 keeps an ace of diamonds up its sleeve.

Ram 1500 was a pioneer in many areas of today's pickup. Among them: the class-exclusive[3] multilink coil spring rear suspension. The class-exclusive[3] available Active-Level™ Four-Corner Air Suspension System with its five-mode operation. The best-in-class[3] available RamBox® Cargo Management System. The introduction of the available EcoDiesel V6 powerplant.

The best way to see Ram 1500 innovation in action? Simply experience it for yourself—in a test drive.

*Properly secure all cargo.*

DEP DEALER ePROCESS

# RAM 1500: WHERE GENIUS AND STRENGTH RUN DEEP.



**TOTAL TRANSPARENCY ABOUT OWNING UP TO OUR STRENGTHS.**
Build a truck this good, and you expect to come out on top. Why does Ram 1500 stand out? A class-exclusive[3] multilink coil spring rear suspension. A class-exclusive[3] available Active-Level™ Four-Corner Air Suspension System. A frame of advanced high-strength steel with tough crossmembers. Available Active Grille Shutters. A structural rear bumper with available factory-installed Class IV hitch receiver that bolts directly to the frame. After your review of this material, get the big picture. It's all at **RAMTRUCKS.COM**

**❶ THE TOW** Pulling a trailer? These numbers work: a structural rear bumper that's rated for Class III towing, built to easily handle trailers up to 5,000 lb when properly equipped. The available factory-installed Class IV hitch receiver bolts directly to the high-strength steel frame to bring the towing capability up to 10,620 lb when properly equipped.

**❷ THE CLASS-EXCLUSIVE[3] MULTILINK COIL SPRING REAR SUSPENSION** Without exception, our competition employs leaf-spring technology. So leave it where it belongs—far behind you. The Ram 1500 employs a coil spring rear suspension that offers a degree of strength and durability the others just can't match. Count on more lateral stiffness and greater vehicle control; ride quality is so good, it's the preferred spring configuration for rail cars.

**❸ THE FRONT FRAME UNIT** Working with the high-strength steel frame are eight tough crossmembers; we also employ a hydroformed tubular front frame unit, also comprised of high-strength steel. It's an ultra-stiff component that further reduces weight—helping improve fuel efficiency while providing exceptional ride characteristics.

**❹ THE FRONT SUSPENSION** Your 2017 Ram 1500 utilizes proven technology: our short-/long-arm suspension with coil springs and stabilizer bar minimizes camber and toe change. You'll measure it in road manners—and in the savings that can accompany reduced tire wear.

**❺ THE STEEL** Reducing weight contributes to fuel efficiency. Where heavy steel isn't required, Ram 1500 engineers opted to use down-gauged but stronger steel. Count on a full-size tough truck with weight savings that help deliver fuel-sipping performance.

**❻ THE SHOCK ABSORBERS** Ram 1500 engineering leaves no stone unturned—except the ones you're riding on. These shocks are tuned for optimum ride balance, with more resistance during upward wheel motion than downward. Count on a smooth ride with reduced harshness, notably on less-than-perfect road surfaces.

**❼ THE BED** In contrast with some of our competitors, all cargo beds on 2017 Ram 1500 models are constructed using tough high-strength steel, ensuring top-tier capability and confidence when hauling.

DEALER eProcess

**THE CONNECTION** Connecting the trailer at night is easy: an adjacent lamp provides ample illumination. And all Ram 1500 models provide a 4- and 7-pin trailer connector, a design that accommodates virtually every trailer wiring connection out there.



**THE AERODYNAMICS** Contributing to the fuel-efficient performance and quiet ride, are exceptional aerodynamics. Wind-tunnel testing and thoroughly refined windshield shapes with aero-formed side mirrors enable Ram 1500 to glide through air.





Compared to conventional leaf-spring designs, these rear coil springs help reduce friction and mitigate noise, vibration and harshness (NVH).

The Ram 1500 rear track bar enhances lateral control and increases lateral stiffness over leaf-spring designs.

The rear stabilizer bar helps maintain flat cornering without degrading the ride.

**THE ELECTRIC POWER STEERING** Advantages: parasitic losses are lower, helping improve efficiency. Operation is quieter. Speed-proportional assist ensures superb highway road feel with minimal effort in parking lots. And zero hydraulic fluid means no time or expense to monitor or replace it.



**THE ACTIVE GRILLE SHUTTERS** This available asset has proven itself beyond doubt. The shutters instantly adapt to speed, load and engine needs to provide ideal engine cooling, while significantly reducing aerodynamic drag to help improve the fuel efficiency for Ram 1500 models.



# RAM TECHNOLOGY STARTS WITH SAFETY & SECURITY.



**Side-Impact Door Beams**
Designed with forgiveness in mind, these door beams are engineered to absorb impact force from every angle.

**Dynamic Front Crumple Zones**
These crumple zones are engineered to bear the worst of any impact, helping keep cab passengers safe and secure.

ParkSense® Front and Rear Park Assist⁵–Available

Rain-Sensitive Windshield Wipers–Available

Trailer Sway Damping⁴

Rain Brake Support

Hydraulic Boost Compensation

All-Speed Traction Control

Antispin Rear Differential–Available

Ready Alert Braking

Electronic Brake-Force Distribution

Hill Start Assist

Antilock Brake System (ABS)

Uconnect® and SiriusXM® Travel Link⁶ keep you in the know, with detailed weather maps and info on traffic delays and road dangers–Available

Auto High-Beam Headlamp Control–Available

Properly secure all cargo.



Drive a 2017 Ram 1500, where road manners, comfort and capability all ride hand in hand with safety and security. The indispensable Electronic Stability Control (ESC)[4] System (standard on every model) is key. The Ram 1500 ESC[4] System starts with these fundamental assets:

▶ **All-Speed Traction Control** helps regulate wheel spin. If slippage occurs during acceleration, automatic throttle control will reduce torque; in extremes (like accelerating from pavement to ice), it will apply the brakes and reduce the engine power to maintain control.

▶ **Trailer Sway Damping**[4] detects yaw and applies selective brake pressure on the tow vehicle's opposite side to counteract and reduce the sway.

The Ram 1500 braking system features optimized pedal travel to provide quick power assist. Rear wheel-speed sensors are positioned for protection against road elements. ESC[4] features multiple assets for braking; it even includes vehicle control when stationary. These encompass:

▶ **Antilock Brake System (ABS)**. Monitoring each wheel's speed, the Ram 1500 ABS design also incorporates back-up braking should one of the two braking circuits be compromised.

▶ **Electronic Brake-Force Distribution** regulates brake pressure from front to rear to minimize stopping distances.

▶ **Ready Alert Braking** senses the moment when the driver's foot is lifted from the accelerator; it applies an imperceptible brake force to ensure that pads and discs are lined up should an emergency stop be required.

▶ **Rain Brake Support** automatically and seamlessly activates when the driver turns on the windshield wipers; all brake calipers gently pulse against their respective rotors to remove water from the pads.

▶ **Hydraulic Boost Compensation**. Should a failure occur in the vacuum brake booster or any related line (e.g., a rupture from tough off-roading), the brake controller will run the ABS pump; our system is so sophisticated, it conveys the problem to the driver. Most importantly, the brakes perform as normal until the failure is serviced.

▶ **Hill Start Assist**. When the vehicle is angled on hills or inclines, this system keeps your Ram 1500 stationary for two seconds after the brakes have been released or until the accelerator is depressed.

**ParkSense® Front and Rear Park Assist[5]**
This available feature uses integrated sensors with ultrasonic waves to detect objects as far as 47 inches away from the bumpers. Read-outs located in the gauge cluster display team up with audible chimes to notify the driver of proximity to front and/or rear objects.

## NAV ASSIST | REAL-TIME VEHICLE INFO | VEHICLE SYSTEMS MONITORING | CUSTOMIZABLE

# DRIVER INFORMATION DISPLAY

Your Ram 1500 truck is a rolling powerhouse of knowledge, instant information and state-of-the-art communications technologies. And it's all in your command, starting with the available and customizable full-color seven-inch Driver Information Display with some 34 menu options along with detailed graphics that convey real-time vehicle information.

Select models inform you with a six-ring instrumentation cluster, and you can always move up to the largest available 8.4-inch touchscreen media center.[3] Add totally leading-edge telematics through Uconnect, and you've got it all: tunes, info, web content,[7] vehicle control. That's Ram 1500.



# IT'S ALL ABOUT HANDLING, COMFORT AND EFFICIENCY.

## THE ACTIVE-LEVEL™ FOUR-CORNER AIR SUSPENSION SYSTEM

**IT'S ALL ON THE LEVEL. ACTIVE-LEVEL, THAT IS.** The available class-exclusive³ Active-Level Four-Corner Air Suspension System is driver-selectable for the Off-Road and Entry/Exit Modes, and kicks in automatically for Aero Mode when cruising. Count on improved fuel efficiency, responsive road manners and fantastic ride and handling.



Dashboard-mounted for easy access, the integrated switchbank enables instant control over the five modes.



Active-Level technology at work: it automatically counteracts when weight is added to the bed, maintaining a constant and level profile.





# AGGRESSIVE
## +2.0 in.
**OFF-ROAD 2 MODE** Provides impressive ground clearance for the path or trail and generous angles for approach, departure and breakover.

# OFF-ROAD
## +1.2 in. front; +0.9 in. rear
**OFF-ROAD MODE** Provides outstanding ride balance, with an extra degree of clearance when off-road scenarios are less severe than those warranting Off-Road 2 Mode.

# NORMAL RIDE HEIGHT
For everyday driving. Provides the most comfortable balance of ride and handling.

# FREEWAY
## -0.6 in.
**AERO MODE** Automatically lowers the vehicle at highway speeds, reducing aerodynamic drag and "body roll," and improving fuel efficiency.

# ENTRY/EXIT
## -2.1 in. front; -1.7 in. rear
**ENTRY/EXIT MODE** Lowers the vehicle when stopped, for easier entry/exit, loading/unloading and convenient trailer hooking/unhooking.



Properly secure all cargo.

# EFFICIENT & CAPABLE

**29 MPG HWY\*: THE BEST FUEL ECONOMY OF ANY FULL-SIZE PICKUP[2]**

**THE 3.0L ECODIESEL V6.** It made history when we pioneered it, and today, mated to the TorqueFlite® 8-speed automatic, this powertrain delivers superb torque and an outstanding driving range—topped off with the best fuel economy of any full-size pickup?

*2016 EPA estimated 21 mpg city/29 mpg hwy based on Ram 1500 EcoDiesel V6 HFE 4x2. Actual results may vary.



# 29 MPG HWY²*

## UP TO 754-MILE DRIVING RANGE⁹



**420 LB-FT OF TORQUE | BEST-IN-CLASS⁸ COMBINATION OF V6 FUEL ECONOMY & TORQUE**

²2016 EPA estimated 21 mpg city/29 mpg hwy based on Ram 1500 EcoDiesel V6 HFE 4x2. Actual results may vary. Vehicle shown does not represent HFE model.

# POWERTRAIN: WHERE RAM FLEXES SERIOUS MUSCLE.



## A LEADER: 3.0L ECODIESEL V6

5 YEAR /100,000 MILE [10]
POWERTRAIN LIMITED WARRANTY



**TOUGH AS NAILS–WITH A WARRANTY THAT PROVES IT.** This available leader stands tall by delivering everything a diesel powerhouse should: impressive torque for pulling and hauling; clean-diesel technology that's B20-compliant; and durability that measures up over years and miles—reflected in one of the best warranties in the industry.

**29 MPG HWY\* | UP TO 754-MILE RANGE[9] | 240 HORSEPOWER | 420 LB-FT OF TORQUE**

### 3.0L ECODIESEL V6 CAPABILITY
(WHEN PROPERLY EQUIPPED)

   

| REGULAR CAB 8' BOX | QUAD CAB® 6'4" BOX | CREW CAB 5'7" BOX | CREW CAB 6'4" BOX |
|---|---|---|---|
| 9,210-LB MAX TOW CAPACITY | 8,960-LB MAX TOW CAPACITY | 8,870-LB MAX TOW CAPACITY | 8,340-LB MAX TOW CAPACITY |
| 1,510-LB PAYLOAD CAPACITY | 1,590-LB PAYLOAD CAPACITY | 1,530-LB PAYLOAD CAPACITY | 1,250-LB PAYLOAD CAPACITY |



## A LEGEND: 5.7L HEMI® V8

5 YEAR /60,000 MILE [11]
POWERTRAIN LIMITED WARRANTY



**PERFORMANCE AT THE TOP OF THE GAME.** Few available engines carry its clout, and even fewer offer such fuel-sipping technology. Factor in advantages like Variable Valve Timing (VVT), the ingenious Multi-Displacement System (MDS) (to transform this mighty V8 into a robust 4-cylinder) and the built-in efficiencies of the hemispherical head design.

**22 MPG HWY† | 395 HORSEPOWER | 410 LB-FT OF TORQUE**

### 5.7L HEMI V8 CAPABILITY
(WHEN PROPERLY EQUIPPED)


    

| REGULAR CAB 6'4" BOX | REGULAR CAB 8' BOX | QUAD CAB 6'4" BOX | CREW CAB 5'7" BOX | CREW CAB 6'4" BOX |
|---|---|---|---|---|
| 9,160-LB MAX TOW CAPACITY | 10,620-LB MAX TOW CAPACITY | 10,340-LB MAX TOW CAPACITY | 10,220-LB MAX TOW CAPACITY | 10,200-LB MAX TOW CAPACITY |
| 1,590-LB PAYLOAD CAPACITY | 1,690-LB PAYLOAD CAPACITY | 1,760-LB PAYLOAD CAPACITY | 1,680-LB PAYLOAD CAPACITY | 1,640-LB PAYLOAD CAPACITY |

## A STAR: 3.6L PENTASTAR® V6

5 YEAR /60,000 MILE [11]
POWERTRAIN LIMITED WARRANTY



**A SMALL PACKAGE WITH STELLAR PROFICIENCY.** The award-winning gas-powered 3.6L Pentastar V6 offers ultra-capable performance with remarkable fuel efficiency, and employs a Thermal Management System to help keep the internal components operating at the ideal temperatures.

**25 MPG HWY‡ | 305 HORSEPOWER | 269 LB-FT OF TORQUE**

### 3.6L PENTASTAR V6 CAPABILITY
(WHEN PROPERLY EQUIPPED)

  

| REGULAR CAB 6'4" BOX | REGULAR CAB 8' BOX | QUAD CAB 6'4" BOX | CREW CAB 5'7" BOX |
|---|---|---|---|
| 7,260-LB MAX TOW CAPACITY | 7,270-LB MAX TOW CAPACITY | 7,600-LB MAX TOW CAPACITY | 7,510-LB MAX TOW CAPACITY |
| 1,560-LB PAYLOAD CAPACITY | 1,880-LB PAYLOAD CAPACITY | 1,880-LB PAYLOAD CAPACITY | 1,820-LB PAYLOAD CAPACITY |

# AN ENABLER: TORQUEFLITE® 8-SPEED



**STANDARD FOR EVERY RAM 1500 ENGINE.** It was created with a dual-purpose mission: provide impeccable performance from highway cruising to heavy hauling—while contributing to those impressive figures that, when paired with the available 3.0L EcoDiesel V6, give Ram 1500 the best fuel economy of any full-size pickup.[2] It accomplishes both—and even provides steering wheel-mounted buttons for manual gear selection.

*2016 EPA estimated 21 mpg city/29 mpg hwy based on Ram 1500 EcoDiesel V6 HFE 4x2. Actual results may vary. †EPA estimated 15 mpg city/22 mpg hwy based on Ram 1500 V8 4x2. Actual results may vary. ‡EPA estimated 17 mpg city/25 mpg hwy based on Ram 1500 3.0L V6 4x2. Actual results may vary.



Properly secure all cargo.

# 10,620-LB MAX TOW,* FROM VACATION TO VOCATION.





**ELIMINATE LIFE'S UPS AND DOWNS.** Boost capability and convenience. The class-exclusive[3] available Active-Level™ Four-Corner Air Suspension System delivers five modes of operation. Crucially, it makes trailering a breeze, simplifying ball/hitch alignment. The bigger picture? The system counteracts weight from trailering/hauling, maintains an even and level profile when loaded, and keeps constant the rake from the front end to the rear of the trailer.

**SUSPENSION MANAGEMENT** is at your fingertips. The dash-mounted integrated switchbank lets you raise or lower the vehicle through the available Active-Level Four-Corner Air Suspension System, and also lets you control the available trailer brake gain while towing.



**STAY AHEAD OF THE GAME. LOOK BACK.** Make towing a cinch. Available ParkView® Rear Back-Up Camera[5] with Active Grid Lines is a natural for aligning the trailer ball with the hitch.

**DOZENS OF MENU OPTIONS** include data about the available trailer brake controller. This reading signals that the brake is at 65% of total operation with a 10% gain. You'll control the gain that's right for the terrain with the center stack-mounted trailer brake controller.

**COVER EVERY ANGLE.** Monitoring your trailer is critical. Extra-wide available trailer-towing mirrors on each side are the answer. Measuring a substantial 7 x 11 inches, they offer a maximum view, with a wide-angle mirror for peripheral traffic.







*When properly equipped. Properly secure all cargo.

# CARGO MANAGEMENT FOR WORK AND PLAY.



## THE BENCHMARK FOR CARGO VERSATILITY.

▸ **THE AVAILABLE RAMBOX® CARGO MANAGEMENT SYSTEM.** Ram 1500 pioneered it, and it's still the best-in-class[3] Cargo Management System. The bins and rails are so versatile, they handle a wide variety of authentic accessories from Mopar®.

**AVAILABLE PREMIUM KEYLESS ENTER 'N GO!™** Count on multiple conveniences: keyless (bladeless) Remote Start; control of the AllSecure® Locking System (including both RamBox System bins, if so equipped); control of the panic button; operation of the Entry/Exit Mode of the available Active-Level™ Four-Corner Air Suspension System.



Properly secure all cargo.



# STOW YOUR GEAR

**STOW IT, STORE IT, LOCK IT** Lockable, drainable and illuminated, the two side boxes carry it all: tools, sports equipment—even iced beverages. They also accommodate numerous Mopar® accessories for work and play.

# LIGHT THE BED

**TWO POINTS OF LIGHT** Augmenting the CHMSL-mounted cargo bed light, these side bed-mounted LED lights are perfect for night loading, and operate without tonneau cover adjustment (if so equipped).

# EXTEND & DIVIDE

**COLLAPSIBLE AND RIGHT AT HAND: THE BED EXTENDER/DIVIDER** Create compartments for specific cargo, or extend space to the open tailgate. With a smart, thin profile, it's easily stored at the head of the bed when not in use.

# SECURE THE LOAD

**CARGO RAIL SYSTEM WITH ADJUSTABLE TIE-DOWN CLEATS** Make sure it's all safe and secure. Cargo rails also accommodate numerous accessories from Mopar, while the four movable cleats ensure that your cargo stays where it's supposed to.





Properly secure all cargo

DEP
DEALER ePROCESS



# 24/7 FOR EVERY 4x8 OUT THERE.

# RAMBOX® CARGO MANAGEMENT SYSTEM: A COMPREHENSIVE SOLUTION THAT GIVES YOU ABUNDANT STORAGE (YET LEAVES SPACE TO HAUL A LOAD OF BUILDING MATERIAL).

Properly secure all cargo.



# YES, TAKE IT ALL WITH YOU.

▶ **PLACES TO STORE, FROM DASH TO FLOOR.** Hauling, carrying, moving. That's life with Ram. Which is why, depending on model, you'll find it all: dual glove boxes, removable and drainable in-floor bins, multi-use center consoles, under- and behind-the-seat storage–and the fold-flat load floors of Quad Cab® and Crew Cab.

Properly secure all cargo.





Properly secure all cargo.

# TECHNOLOGY: ELEGANTLY AND POWERFULLY SIMPLE.



## Uconnect®
## EVERYTHING YOU NEED TO STAY CONNECTED.



### DISCOVER
**NEW PLACES**
AT HOME OR ON THE ROAD: FIND THE BEST RESTAURANTS, SHOPPING AND ENTERTAINMENT VENUES WITH A QUICK SEARCH.
*Certain features not available while vehicle is in motion.



### START
**YOUR RAM FROM AFAR**
WARM UP THE ENGINE AND CABIN, UNLOCK YOUR DOORS OR FLASH YOUR HEADLAMPS— JUST BY USING YOUR PHONE.

### CUSTOMIZE
**WITH DRAG AND DROP**
SELECT FROM A MENU OF APPS AND DRAG YOUR CHOICES INTO PLACE ALONG THE BOTTOM ROW FOR EASY CUSTOMIZATION.

### CALL 9·1·1
### ASSIST
**IN EMERGENCIES**
IT'S INVALUABLE AND POTENTIALLY LIFE-SAVING. ACCESS 9-1-1 CALL™ OR ROADSIDE ASSISTANCE™ WITH THE TOUCH OF A BUTTON.



### HOST
**A HOTSPOT**
UPLOAD AND DOWNLOAD, POST AND SEARCH. UCONNECT® WITH AVAILABLE WI-FI HOTSPOT™ LETS YOU CONNECT YOUR DEVICES DIRECTLY TO THE WEB.
*Additional charges apply.

### NAVIGATE
**YOUR ADVENTURES**
ENTER DESTINATIONS WITH JUST YOUR VOICE AND GET TURN-BY-TURN AUDIO DIRECTIONS. IT'S THE SMARTEST ROUTE TO ANY DESTINATION—ON- OR OFF-ROAD.

### SiriusXM® SATELLITE RADIO®
### LISTEN
**TO MUSIC, TALK SHOWS AND SPORTS**
KEEP THINGS MOVING WITH THE BEST VARIETY OF ENTERTAINMENT ON THE ROAD. YOU CAN SCREAM ABOUT SPORTS, TALK BACK TO TALK RADIO, CHUCKLE AT YOUR FAVORITE COMIC AND SOUND OFF ABOUT THE NEWS.



### WEATHER
**ON DEMAND**
WHETHER YOU'RE TRAVELING ACROSS TOWN OR ACROSS THE COUNTRY, PULLING UP THE MOST RECENT WEATHER REPORT GIVES YOU INSTANT INFO ABOUT WHAT NATURE HAS IN STORE.

### SPEAK UP
**AND BE HEARD**
SIRI® EYES FREE™ RESPONDS TO YOUR VOICE,™ MAKING FOR A CONVENIENT WAY TO SAFELY AND EASILY CONTROL YOUR IPHONE.®

### SiriusXM® TRAVEL LINK™
### SEE
**INTO THE FUTURE**
TAKE ADVANTAGE OF WEATHER AND TRAFFIC REPORTS WITH A FIVE-YEAR TRIAL SUBSCRIPTION™ TO SIRIUSXM® TRAVEL LINK® AND SIRIUSXM TRAFFIC.®
*Available on select Uconnect systems. See dealer for details.



### KNOW
**THE ROAD**
KEEP INFORMED ABOUT WHAT LIES AHEAD, FROM TRAFFIC TO ROAD CONDITIONS AND DELAYS—EVEN POSSIBLE DANGERS.

Available features shown. See your dealer for details.









**PERFORMANCE-INSPIRED INTERIOR DESIGN.** Ram 1500 Rebel® distinguishes itself by taking outside cues for inside touches. Our designers liked the tread pattern of the huge Toyo® Open Country tires so much, they incorporated it into the seat patterns. Note that Ram Rebel includes a 10-way power driver's bucket seat, and a heated steering wheel that features mounted audio controls for the standard Uconnect® 8.4 with Bluetooth.®

**ITS VERY NAME DEFIES CONVENTION.** This customized pickup shows where Ram 1500 is heading. Rebel is a spacious Crew Cab with an interior featuring a unique "tire-tread" embossed treatment on the two-tone seats. Outside, look for an aggressive Ram centric grille and tailgate, while underneath, the standard Active-Level™ Four-Corner Air Suspension System rides with a one-inch height increase. Power depends on configuration: 3.6L Pentastar® V6 for 4x4 models, and 5.7L HEMI® V8 standard on 4x2 and available for 4x4 Rebel. The final touches add tow hooks and monster 33-inch Toyo Open Country tires mounted on 17-inch aluminum wheels with Matte Black pockets.



**AT-HAND CONVENIENCES.** The center stack is custom-made for tomorrow's technodude, with generous storage, sculpted cup holders and a dedicated spot for a smartphone. Dashboard and instrument-panel switches are intuitive, and here, Red accents are used to highlight eye-catching details and touchpoints throughout the cabin, including seats with subtle stitching.

**A REBEL. AND YET SO REFINED, IT REDEFINES.** It comes off the line with built-in attitude—and an interior that combines a sense of power with an advanced degree in aesthetics. Check out the standard Rebel® premium cluster with 7-inch Driver Information Display, Uconnect® 8.4-inch touchscreen radio, brushed aluminum touches and full-size floor console.



Properly secure all cargo.





# UNLIMITED STYLE.
# LIMITED

▶ **THE PEAK OF REFINEMENT.** Powered by the 5.7L HEMI® V8 or optional 3.0L EcoDiesel V6, the 2017 Ram 1500 Limited features a chrome grille with Ram logo, chrome bodyside moldings, chrome wheel-to-wheel side steps (with the HEMI V8) and 20-inch aluminum wheels. Shown above with optional chrome bumpers and body-color wheel flares; below, the signature Ram tailgate with standard chrome and available Black Ram logo.







**NO LUXURY HAS BEEN SPARED.** Driving a Ram 1500 Limited removes all doubt as to who's in charge. This Black interior with premium leather houses all that's good: heated/ventilated front seats and heated rear seats, premium wood/leather-wrapped heated steering wheel, Platinum Chrome accents and a Uconnect® 8.4-inch touchscreen radio that includes Navigation.





# LARAMIE
# LONGHORN®

▸ **THE ARCHITECTURE OF SOPHISTICATION.**
Ram 1500 Laramie Longhorn shown with Monotone
paint, an option which also includes chrome bumpers
and 20-inch aluminum wheels with painted Silver inserts.
Shown with optional chrome wheel-to-wheel side steps.

Properly secure all cargo.



DEP
DEALER ePROCESS



DEP
DEALER ePROCESS





▶ **CRAFTSMANSHIP AT ITS VERY BEST.** Ram 1500 Laramie Longhorn® interior appointments include premium leather heated/ventilated front seats, genuine European burl wood accents, full-color multiview displays and stunning touchpoints throughout. Shown here in Cattle Tan/Black.





LIVE THE GOOD LIFE.
# LARAMIE®

▶ **GOOD LOOKS ARE STANDARD IN LARAMIE.** With its 3.6L Pentastar® V6 and available 5.7L HEMI® V8 or 3.0L EcoDiesel V6, look for a chrome grille with chrome wave inserts, body-color wheel flares, premium projector headlamps and 20-inch chrome-clad aluminum wheels.

Properly secure all cargo.



# SIX-PACK

▸ **THE VIEW IS ALWAYS STUNNING.** The refined Ram 1500 Laramie® interior: standard seating for six, with heated and ventilated leather-trimmed driver and front-passenger seats, heated steering wheel, power pedals with memory, premium 10-speaker audio system and Dual-Zone Automatic Temperature Control.





# LISTEN TO THE
# NIGHT.







▶ **THERE'S A BRIGHT NEW STAR ON THE HORIZON.**
Powered by the 3.6L Pentastar® V6, the new 2017 Ram 1500 Night shines with its Black projector headlamps, Black grille and badges, heated deluxe cloth/vinyl high-back front bucket seats with 10-way power driver seat, heated and leather-wrapped steering wheel, Uconnect® 8.4-inch touchscreen radio and authoritative semi-gloss 20-inch aluminum wheels in Black. Further factory options include heated/ventilated leather-trimmed power high-back front bucket seats, the 5.7L HEMI® V8, Sport performance hood, dual exhaust, RamBox® Cargo Management System and Black tubular side steps, while Mopar® offers the Cat-Back Exhaust, Cold Air Intake and Ram Air Kit. Head to **RAMNIGHTCATBACK.COM** to hear more.



# STANDOUT MVP.
## SPORT

**IT'S A WHOLE NEW BALL GAME.** The 3.6L Pentastar® V6 (or optional 5.7L HEMI® V8), TorqueFlite® 8-speed automatic and available Sport performance hood level the playing field. To that, add bifunctional projector headlamps, body-color full front fascia, grille and rear bumper, the Luxury Group and Heated Seats and Wheel Group, available Class IV hitch receiver and 20-inch polished aluminum wheels.





# THE WORKHORSE.
# BIG HORN®

▶ **PURE CAPABILITY, NATURALLY.** Meld functionality with comfort, with the 3.6L Pentastar® V6, Uconnect® 8.4 with Bluetooth,® fold-flat load floor (on Big Horn Quad Cab® and Crew Cab models), power 10-way driver's seat and ParkView® Rear Back-Up Camera⁵—all riding on 20-inch chrome-clad aluminum wheels.



Property shown as cargo.



# THE FAST LANE.
## EXPRESS

▸ **EXPRESS YOURSELF.** Ram 1500 Express® delivers powerful choices: a full body-color front fascia, rear bumper and grille; fog lamps; 17-inch aluminum wheels; 3.6L Pentastar® V6 or optional 5.7L HEMI® V8; standard TorqueFlite® 8-speed automatic. Shown here with the optional Black Express Group.

DEP
DEALER ePROCESS



# CUSTOM-MINDED.

Ram 1500 Rebel® in Flame Red with Brilliant Black lower with available Mopar® accessories, including Sport Performance Hood Decal Kit, Black Tubular Side Steps, Off-Road Wheel Flares and Tonneau Cover.

## CUSTOMIZE YOUR RAM 1500.

Authentic Ram parts and accessories by Mopar go far beyond simply giving you a means to personalize your Ram 1500—they give you nearly unlimited potential to ramp up comfort, convenience and performance.

Mopar accessories cover it all. You can enhance towing capability, ease getting in or out, select from a variety of protective devices, and add flair to both the interior and exterior. Conceived and engineered by the same experts who designed your Ram truck, you're assured of perfect fit, function and finish.

Further advantages of Mopar are wide-ranging. Mopar Express Lane Service minimizes waiting and downtime. The Mopar Vehicle Protection® Plan is the only extended protection backed by the manufacturer. The online record-keeping of your service records is a click away, through our Mopar Owner Connect web site—and it's also where you'll get additional vehicle information and exclusive money-saving offers as a preferred Ram owner.

Mopar support. It's all about keeping you happy and keeping your Ram 1500 in top-notch looks and condition. Check it out at **MOPAR.COM**



Sport Performance Hood Decal Kit



Black Tubular Side Steps



Off-Road Wheel Flares



20-Inch Black Aluminum Wheels



## RAM 1500 TRIM LEVELS

### TRADESMAN®
Ready-to-work attitude with every economy you need (shown with optional RamBox® Cargo Management System)



### ECODIESEL HFE TRADESMAN
Its very name spells out High Fuel Efficiency (Quad Cab 4x2 only)



#### POWERTRAIN
• 3.6L Pentastar® V6 Flex Fuel 24V Variable Valve Timing (VVT) engine/8-speed automatic (22B)
• 5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/8-speed automatic (26B/27B)
• 3.0L EcoDiesel V6 engine/8-speed automatic (28B)

#### POWERTRAIN
• 3.0L EcoDiesel V6 engine/8-speed automatic (28E)

### STANDARD FEATURES:



### INCLUDES SELECT TRADESMAN FEATURES, PLUS:



#### INTERIOR AMENITIES
• Heavy-duty vinyl 40/20/40 split bench seat
• Front armrest with three cup holders
• Power windows and locks (Quad Cab® and Crew Cab)
• 2nd-row in-floor storage bins (Crew Cab)
• Rear folding seat (Quad Cab and Crew Cab)
• Black vinyl floor covering
• Rear fixed window
• Tinted-glass windows
• Rearview day/night mirror
• Manual air conditioning
• Instrument cluster with 3.5-inch Driver Information Display
• Black instrument panel bezel
• 3.0 AM/FM radio
• Six-speaker audio system
• Media Hub with audio jack and remote USB port
• 12-volt auxiliary power outlet

#### EXTERIOR FEATURES
• Black power heated mirrors (Quad Cab and Crew Cab)
• Incandescent taillamps
• Quad-halogen headlamps
• Black rear bumper
• Black front bumper
• Black upper fascia
• Black grille
• Black door handles
• 17-inch steel wheels
• P265/70R17 BSW All-Season tires
• Locking tailgate

#### CAPABILITY & FUNCTIONALITY
• Electronic shift-on-the-fly part-time transfer case (4x4 only)
• Trailer Tow Wiring with 4- and 7-pin connector
• Class IV hitch receiver
• 26-gallon fuel tank (5' 7" and 6' 4" beds)
• 32-gallon fuel tank (8' bed; non-EcoDiesel models)
• Speed control
• Electronic power rack and pinion steering
• Front heavy-duty shock absorbers
• Rear heavy-duty shock absorbers
• Front stabilizer bar
• Active Grille Shutters

#### SAFETY & SECURITY
• Six air bags[18] including driver and front-passenger, side-curtain and front-seat side-mounted
• Electronic Stability Control (ESC)[4]
• Antilock 4-wheel disc brakes
• Sentry Key® Theft Deterrent System
• Tire Pressure Monitoring System with display

#### INTERIOR AMENITIES
• Vinyl 40/20/40 front bench seat
• Vinyl folding rear bench seat with under-seat compartment

#### EXTERIOR FEATURES
• Tri-folding tonneau cover
• HFE badge
• Wheel-to-wheel side steps
• 20-inch aluminum wheels

#### CAPABILITY & FUNCTIONALITY
• 800-amp battery
• 230-amp alternator
• 3.55 axle ratio
• Class IV hitch delete
• Active Grille Shutters



## RAM 1500 TRIM LEVELS

### EXPRESS
Pure capability with functional interiors



#### POWERTRAIN
- 3.6L Pentastar® V6 Flex Fuel 24V Variable Valve Timing (VVT) engine/8-speed automatic (22J)
- 5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/8-speed automatic (26J/27J)

#### INCLUDES SELECT TRADESMAN® FEATURES, PLUS:



#### INTERIOR AMENITIES
- Carpet floor covering

#### EXTERIOR FEATURES
- Fog lamps
- Body-color full front fascia
- Body-color rear bumper
- Body-color grille

- Front and rear floor mats

- 17-inch aluminum wheels
- Class IV hitch delete
- Spray-in bedliner

### BIG HORN®
Premium amenities and complete practicality
(shown with optional RamBox® Cargo
Management System)



#### POWERTRAIN
- 3.6L Pentastar V6 Flex Fuel 24V VVT engine/8-speed automatic (22S)
- 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26S/27S)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28S)

#### INCLUDES SELECT EXPRESS FEATURES, PLUS:



#### INTERIOR AMENITIES
- Premium cloth 40/20/40 bench seat
- Rear 60/40 split-folding seat
- Overhead console with Universal Garage Door Opener
- Sun visors with illuminating vanity mirrors
- Rearview auto-dimming mirror with microphone
- Black 6 x 9-inch power heated/folding mirrors with supplemental lighting
- Premium instrument cluster with 7-inch Driver Information Display
- Glove box lamp
- Ashtray lamp

#### EXTERIOR FEATURES
- Fog lamps
- Chrome grille with chrome billet inserts
- Spray-in bedliner delete

#### CAPABILITY & FUNCTIONALITY
- Electronic shift-on-demand transfer case (4x4 only)

#### SAFETY & SECURITY
- Security alarm
- ParkView® Rear Back-Up Camera[5]

- Rear dome lamp with on/off switch
- Leather-wrapped steering wheel
- Power 10-way driver's seat with power lumbar adjuster
- Steering wheel-mounted audio controls
- Uconnect® 8.4 touchscreen radio with Bluetooth® Voice Command[14]
- 115-volt auxiliary power outlet
- Dual-Zone Automatic Temperature Control
- SiriusXM® Satellite Radio[6] with 1-year trial subscription

- 20-inch chrome-clad aluminum wheels
- LED Bed Lighting

- Class IV hitch receiver

- Remote Start System
- ParkSense® Front and Rear Park Assist[5]



#### AVAILABLE BLACK EXPRESS GROUP
- Includes Popular Equipment Group, Power and Remote Entry Group, Black badges, Black bezel headlamps, Black painted grille, Uconnect 5.0 radio and 20-inch Black painted aluminum wheels

Complete features, options and available packages for all trim levels are in the Buyer's Guide.



## RAM 1500 TRIM LEVELS

### SPORT
Head-turning good looks—with character to match (shown with optional RamBox® Cargo Management System)



### NIGHT
Stunning style for any occasion (shown with optional RamBox Cargo Management System and Sport performance hood)



#### POWERTRAIN
• 3.6L Pentastar® V6 Flex Fuel 24V Variable Valve Timing (VVT) engine/8-speed automatic (22L)
• 5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/8-speed automatic (26L/27L)

#### POWERTRAIN
• 3.6L Pentastar V6 Flex Fuel 24V VVT engine/8-speed automatic (22Q)
• 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26Q/27Q)

#### INCLUDES SELECT BIG HORN® FEATURES, PLUS:



#### INCLUDES SELECT SPORT FEATURES, PLUS:



#### INTERIOR AMENITIES
• Heated front seats
• Heated steering wheel
• Deluxe cloth high-back bucket seats with full center console
• Luxury Group
• Heated Seats and Wheel Group
• Dual-Zone Automatic Temperature Control
#### EXTERIOR FEATURES
• Premium bifunctional halogen projector Black headlamps
• Sport LED taillamps
• Auto-dimming exterior mirrors
• Body-color power heated/folding mirrors with supplemental lighting
#### CAPABILITY & FUNCTIONALITY
• Class IV hitch delete
#### SAFETY & SECURITY
• Security alarm
• ParkView® Rear Back-Up Camera[5]

• Instrument panel with premium bezel
• LED interior lighting
• Power-adjustable pedals
• Rearview auto-dimming mirror with microphone
• SiriusXM® Satellite Radio[6] with 1-year trial subscription

• Body-color full front fascia
• Body-color rear bumper
• Body-color grille with chrome billet inserts
• P275/60R20 OWL All-Season tires
• 20-inch polished aluminum wheels

• Remote Start System

#### INTERIOR AMENITIES
• Heated front seats
• Heated steering wheel
• Deluxe cloth high-back bucket seats with full center console
• Luxury Group
• Heated Seats and Wheel Group
• Dual-Zone Automatic Temperature Control
#### EXTERIOR FEATURES
• Black grille surround with Black mesh insert
• Black Ram tailgate badge
#### CAPABILITY & FUNCTIONALITY
• Class IV hitch delete
#### SAFETY & SECURITY
• Security alarm
• ParkView Rear Back-Up Camera[5]

• Instrument panel with premium bezel
• LED interior lighting
• Power-adjustable pedals
• Rearview auto-dimming mirror with microphone
• SiriusXM Satellite Radio[6] with 1-year trial subscription

• 20-inch Black semi-gloss aluminum wheels
• Black badges

• Remote Start System



#### AVAILABLE BLACK SPORT GROUP
• Includes 20-inch Black semi-gloss aluminum wheels, Black badges, Sport performance hood and nine amplified speakers with subwoofer

DEP
DEALER ePROCESS

# RAM 1500 TRIM LEVELS

## REBEL®

Customized features, do-it-all-anywhere attitude, formidable capability (shown with optional RamBox® Cargo Management System)



## LARAMIE®

Where luxury and leather trim come together



### POWERTRAIN

• 3.6L Pentastar® V6 Flex Fuel 24V Variable Valve Timing (VVT) engine/8-speed automatic (22W)
• 5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/8-speed automatic (26W)

### POWERTRAIN

• 3.6L Pentastar V6 Flex Fuel 24V VVT engine/8-speed automatic (22H)
• 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26H/27H)
• 3.0L EcoDiesel V6 engine/8-speed automatic (28H)

### INCLUDES SELECT SPORT FEATURES, PLUS:



### INCLUDES SELECT SPORT FEATURES, PLUS:



### INTERIOR AMENITIES

• Unique Rebel premium cloth bucket seats with embossed tread pattern
• Rear 60/40 split-folding seat
• Unique Rebel interior accents
• Heated leather-wrapped steering wheel with Red accent stitching
• Unique Rebel door trim panels
• Dual-Zone Automatic Temperature Control
• Unique Rebel rubber floor mats
• Heated front seats
• Fold-flat load floor storage

### EXTERIOR FEATURES

• Sport LED taillamps
• Bifunctional Sport halogen projector headlamps
• LED fog lamps
• Black powder-coated front and rear bumpers
• Black headlamp filler panel
• Unique Rebel Black grille with Ram logo
• Sport performance hood

### CAPABILITY & FUNCTIONALITY

• Front Bilstein® monotube performance shocks
• Rear Bilstein monotube performance shocks
• Antispin rear differential

### SAFETY & SECURITY

• Security alarm
• ParkView® Rear Back-Up Camera[5]

• Power 10-way driver's seat with power lumbar adjuster
• Steering wheel-mounted audio controls
• 115-volt auxiliary power outlet
• Premium instrument cluster with 7-inch Driver Information Display
• Uconnect® 8.4 touchscreen radio with Bluetooth® Voice Command[14]
• SiriusXM® Satellite Radio[6] with 1-year trial subscription

• Black wheel flares
• Body-color door handles
• Ram tailgate badge
• Rebel tailgate badge
• 17-inch unique Rebel aluminum wheels with Matte Black pockets
• Toyo® LT285/70R17E BSW Open Country tires

• Class IV hitch receiver
• Active-Level™ Four-Corner Air Suspension System
• Tow hooks

• Remote Start System
• ParkSense® Rear Park Assist[5]

### INTERIOR AMENITIES

• Dual-Zone Automatic Temperature Control
• Heated driver and front-passenger seats
• Heated steering wheel
• Ventilated driver and front-passenger seats
• Leather-trimmed 40/20/40 bench seat
• Deluxe door trim panels
• Power-adjustable pedals with memory

### EXTERIOR FEATURES

• Premium LED taillamps
• Chrome 6 x 9-inch exterior mirrors with memory
• Bifunctional projector chrome headlamps
• Chrome grille with chrome wave inserts

### SAFETY & SECURITY

• Security alarm
• ParkView Rear Back-Up Camera[5]

• Instrument-panel woodgrain bezel
• Premium II 10-speaker audio system with subwoofer
• Power 10-way memory driver/6-way passenger seats
• SiriusXM Satellite Radio[6] with 1-year trial subscription

• Body-color wheel flares
• Laramie tailgate badge
• 20-inch chrome-clad aluminum wheels



### AVAILABLE MONOTONE PAINT

• Shown with optional RamBox Cargo Management System



### AVAILABLE TWO-TONE PAINT

• Includes lower accent-color paint with accent-color wheel flares (shown with optional RamBox Cargo Management System)

Complete features, options and available packages for all trim levels are in the Buyer's Guide.

## RAM 1500 TRIM LEVELS

### LARAMIE LONGHORN®
Sophistication meets power and comfort
(shown with optional RamBox® Cargo
Management System)



### LIMITED
Black leather treatment joins stunning technology



#### POWERTRAIN
- 5.7L HEMI® V8 Multi-Displacement System (MDS) Variable Valve Timing (VVT) engine/8-speed automatic (26K)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28K)

#### POWERTRAIN
- 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26V)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28V)

**INCLUDES SELECT LARAMIE® FEATURES, PLUS:**

**INCLUDES SELECT LARAMIE LONGHORN FEATURES, PLUS:**





#### INTERIOR AMENITIES
- Premium filigree leather bucket seats
- Premium door trim panels
- Luxury front and rear floor mats
- Full-length premium floor console
- Laramie Longhorn instrument cluster with 7-inch Driver Information Display
- Mopar® Bright Door Entry Guards

#### EXTERIOR FEATURES
- LED Bed Lighting
- Accent-color front and rear bumpers
- Lower accent two-tone paint
- Chrome grille with Ram logo
- Accent-color running boards and wheel flares
- Tow hooks

#### CAPABILITY & FUNCTIONALITY
- 32-gallon fuel tank

#### SAFETY & SECURITY
- ParkSense® Front and Rear Park Assist[5]
- Remote Start System
- Keyless Enter 'n Go™

- Laramie Longhorn interior accents
- Heated second-row seats
- Uconnect® 8.4 touchscreen radio with premium Navigation
- Premium wood/leather-wrapped steering wheel
- SiriusXM® Satellite Radio[6] with 1-year trial subscription

- Spray-in bedliner
- Unique Laramie Longhorn badges on doors and tailgate
- Dual rear exhaust with chrome tips
- 20-inch polished aluminum wheels with accent-color inserts

- Rain-sensitive windshield wipers
- Auto High-Beam Headlamp Control

#### INTERIOR AMENITIES
- Limited leather bucket seats
- Luxury front and rear floor mats
- Leather-wrapped grab handles
- Luxury door trim panels
- Rear-window defroster

#### EXTERIOR FEATURES
- Body-color full front fascia
- Body-color rear bumper
- Chrome grille with Ram logo
- Chrome bodyside moldings
- Chrome belt moldings

#### CAPABILITY & FUNCTIONALITY
- Active-Level™ Four-Corner Air Suspension System

#### SAFETY & SECURITY
- ParkSense Front and Rear Park Assist[5]
- Remote Start System
- Keyless Enter 'n Go

- Limited cluster with 7-inch Driver Information Display
- Premium wood/leather-wrapped steering wheel
- SiriusXM Satellite Radio[6] with 1-year trial subscription

- Unique Limited tailgate
- Chrome wheel-to-wheel side steps (if equipped with the HEMI V8)
- 20-inch polished aluminum wheels with Gray inserts

- Tow hook delete

- Rain-sensitive windshield wipers
- Auto High-Beam Headlamp Control





#### AVAILABLE MONOTONE PAINT
- Includes chrome front and rear bumpers, body-color wheel flares, cab-length chrome tubular side steps and 20-inch polished aluminum wheels with Silver inserts

#### AVAILABLE CHROME BUMPER PACKAGE
- Includes chrome front and rear bumpers and body-color wheel flares

## RAM 1500 INTERIOR FABRICS



**Vinyl**
**Diesel Gray**
Tradesman,® Express and EcoDiesel HFE



**Sedoso/Alloy Cloth**
**Diesel Gray**
Tradesman and Express



**Sedoso/Carbide Cloth**
**Diesel Gray**
Big Horn®

**Sedoso/Carbide Cloth**
**Canyon Brown**
Big Horn



**Vinyl/Cloth with Embossed Tread Pattern**
**Radar Red/Black**
Rebel®



**Vinyl/Cloth with Embossed Tread Pattern**
**Black**
Rebel



**Bristol/Sport Mesh Cloth**
**Black**
Sport, Night



**Bristol Leather/Perforated Leather Trim**
**Black**
Sport, Night and Laramie®



**Bristol Leather/Perforated Leather Trim**
**Light Frost Beige**
Laramie



**Natura Plus Leather with Laser Etching/**
**Perforated Leather with Dark Saddle Piping and**
**Tan Accent Stitching**
**Canyon Brown**
Laramie Longhorn®



**Natura Plus Leather/Perforated Leather with**
**Dark Saddle Piping and Tan Accent Stitching**
**Canyon Brown**
Laramie Longhorn



**Natura Plus Leather/Perforated Leather with**
**Black Piping and Accent Stitching**
**Cattle Tan**
Laramie Longhorn



**Natura Plus Leather/Perforated Leather with**
**Medium Graystone Piping and Accent Stitching**
**Black**
Limited



## RAM 1500 WHEELS



17-inch Argent Steel
Standard on Tradesman® (WFP)



17-inch Painted Aluminum
Standard on Express
Optional on Tradesman (WFE)



17-inch Aluminum with
Matte Black Painted Pockets
Standard on Rebel® (WFK)



20-inch Painted Aluminum
Standard on EcoDiesel HFE (WHE)



20-inch Chrome-Clad Aluminum
Optional on Express (WR2)



20-inch Aluminum Painted
Semi-Gloss Black
Packaged with Black Express Group (WHN)



20-inch Chrome-Clad Aluminum
Standard on Big Horn® (WHK)



20-inch Polished Aluminum
Standard on Sport (WRF)



20-inch Aluminum Painted
Semi-Gloss Black
Standard on Night, Packaged with Black Sport Group (WRL)



20-inch Chrome-Clad Aluminum
Standard on Laramie® (WRG)



20-inch Aluminum with Polished Face
and Accent-Color Inserts
Standard on Two-Tone Laramie Longhorn® (WRH)



20-inch Aluminum with Polished Face
and Silver Inserts
Standard on Laramie Longhorn with Monotone Paint (WRJ)



20-inch Polished Aluminum
with Gray Inserts
Standard on Limited (WRA)



22-inch Polished Forged Aluminum
Standard on Regular Cab R/T
Optional on Crew Cab Sport (WPZ)



## CONFIGURATIONS

| | CAB | | | BOX | | | SEATING | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Regular Cab | Quad Cab® | Crew Cab | 5' 7" Box | 6' 4" Box | 8' Box | 40/20/40 Bench Seat | Bucket Seats |
| Tradesman | • | • | • | Crew Cab | All Cabs | Reg Cab | • | N/A |
| EcoDiesel HFE | N/A | • | N/A | N/A | • | N/A | • | N/A |
| Express | • | • | • | Crew Cab | Reg or Quad Cab | N/A | • | N/A |
| Big Horn | • | • | • | Crew Cab | All Cabs | Reg Cab | • | Optional |
| Sport | • | • | • | Crew Cab | All Cabs | N/A | N/A | • |
| Night | • | • | • | Crew Cab | All Cabs | N/A | N/A | • |
| Rebel | N/A | N/A | • | • | N/A | N/A | N/A | • |
| Laramie | N/A | • | • | Crew Cab | Reg or Quad Cab | N/A | • | Optional |
| Laramie Longhorn | N/A | N/A | • | • | • | N/A | N/A | • |
| Limited | N/A | N/A | • | • | • | N/A | N/A | • |

• = Available Configuration   N/A = Not Available

# RAM 1500 EXTERIOR COLORS



Bright White



Pearl White



Bright Silver Metallic



Granite Crystal Metallic



Maximum Steel Metallic



Brilliant Black Crystal Pearl



Blue Streak Pearl



True Blue Pearl



Luxury Brown Pearl



Flame Red



Delmonico Red Pearl



Black Forest Green Pearl

## PAINT COLORS AND TWO-TONE OPTIONS

| | Bright White | Pearl White | Bright Silver Metallic | Granite Crystal Metallic | Maximum Steel Metallic | Brilliant Black Crystal Pearl | Blue Streak Pearl | True Blue Pearl | Luxury Brown Pearl | Flame Red | Delmonico Red Pearl | Black Forest Green Pearl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tradesman® | • | N/A | • | • | • | • | • | • | • | • | • | • |
| EcoDiesel HFE | • | N/A | • | • | • | • | • | • | • | • | • | • |
| Express | • | N/A | • | • | • | • | • | • | N/A | • | • | N/A |
| Big Horn® | • | N/A | • | • | • | • | • | • | • | • | • | • |
| Sport | • | N/A | • | • | • | • | • | • | N/A | • | • | N/A |
| Night | • | N/A | • | • | N/A | • | N/A | N/A | N/A | • | N/A | N/A |
| Rebel® | M, ■ | N/A | M, ■ | M, ■ | N/A | M | N/A | N/A | N/A | M, ■ | N/A | N/A |
| Laramie® | M, ■ | N/A | M | M, ▩ | M, ▩ | M, ▩ | M, ▩ | M, ▩ | M, ▩ | M, ▩ | M, ▩ | M, ▩ |
| Laramie Longhorn® | N/A | M, ☐ | M | M | M | M, ☐ | M | M | M, ☐ | M | M, ☐ | M, ☐ |
| Limited | N/A | • | • | • | • | • | N/A | • | N/A | N/A | • | N/A |

• = Available Color   N/A = Not Available   M = Monotone   ■ = Black Lower   ▩ = Silver Lower   ☐ = White Gold Lower



Laramie shown in Delmonico Red Pearl with Silver lower

Laramie Longhorn shown in Pearl White with White Gold lower

To see examples of all possible paint combinations, visit ramtrucks.com

DEALER ePROCESS

# RAM 1500 BUYER'S GUIDE

| | Sales Code | Tradesman® Reg/Quad/Crew | EcoDiesel HFE Quad Cab® | Express Reg/Quad/Crew | Big Horn® Reg/Quad/Crew | Sport Reg/Quad/Crew | Night Reg/Quad/Crew | Rebel® Crew Cab | Laramie® Quad/Crew | Laramie Longhorn® Crew Cab | Limited Crew Cab |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CPOS PACKAGE | | B | E | J | S | L | Q | W | H | K | V |
| **ENGINE/TRANSMISSION** | | | | | | | | | | | |
| 3.6L Pentastar® V6 Flex Fuel 24V with VVT 8HP45 8-speed automatic | ERB/DFL | 22B | – | 22J | 22 S | 22L | 22Q | 22W | 22H | – | – |
| 5.7L HEMI® V8 with VVT and Fuel Saver Technology/8HP70 8-speed automatic (Regular Cab and Crew Cab) | EZH/DFK | 26B | – | 26J | 26 S | 26L | 26Q | 26W | 26H | 26K | 26V |
| 5.7L HEMI V8 with VVT and Fuel Saver Technology/8HP70 8-speed automatic (Quad Cab only) | EZH/DFD | 27B | – | 27J | 27 S | 27L | 27Q | – | 27H | – | – |
| 3.0L EcoDiesel V6/8HP70 8-speed automatic | EXF/DFD | 28B | 28E | – | 28 S | – | – | – | 28H | 28K | 28V |
| **MECHANICAL FEATURES** | | | | | | | | | | | |
| ACTIVE GRILLE SHUTTERS (included with 8-speed automatic transmission) | MDX | P | S | P | P | P | P | – | P | P | P |
| ALTERNATOR – 160-amp | BAB | S | – | S | S | S | S | S | S | S | S |
| – 230-amp (included with EcoDiesel V6) | BAM | P | S | – | P | – | – | – | P | P | P |
| AXLE – 3.21 ratio (not available with EcoDiesel V6) | DMC | S | – | S | S | S | S | O/S | S | S | S |
| – 3.55 ratio (included with EcoDiesel V6; not available with HEMI V8 with 8-speed transmission) | DMD | O/P | S | O | O/P | – | – | – | O/P | O/P | O/P |
| – 3.92 ratio (included with R/T 4x2) | DMH | 0 | – | 0 | 0 | O/P | 0 | S | 0 | 0 | 0 |
| – Antispin rear differential (included with R/T 4x2) | DSA | 0 | – | 0 | 0 | O/P | 0 | S | 0 | 0 | 0 |
| BATTERY – 730-amp | BCN | S | – | S | S | S | S | S | S | S | S |
| – 800-amp (included with EcoDiesel V6) | BCF | P | S | – | P | – | – | – | P | P | P |
| ENGINE BLOCK HEATER (included with Cold Weather Group if equipped with EcoDiesel V6) | NHK | O/P | P | 0 | O/P | 0 | 0 | 0 | O/P | O/P | O/P |
| ENGINE COOLING – Heavy-duty (included with HEMI V8) | NMC | P | – | P | P | P | P | P | P | P | P |
| – Maximum-duty (packaged with EcoDiesel V6) | NMX | P | P | – | P | – | – | – | P | P | P |
| FUEL TANK – 26-gallon (included with EcoDiesel V6) | NFW | S | S | S | S | S | S | S | S | P | P |
| – 32-gallon (included with 8'-box models; not available with EcoDiesel V6 or on Regular Cab short-box models; optional on 6' 4''- and 5' 7''-box models) | NFX | O/P | – | 0 | 0 | 0 | 0 | 0 | 0 | S | S |
| SHOCK ABSORBERS – Front, heavy-duty | SFB | S | S | S | S | S | S | – | S | S | S |
| – Rear, heavy-duty | SGB | S | S | S | S | S | S | – | S | S | S |
| – Front, Bilstein® Performance | SFC | – | – | – | – | – | – | S | – | – | – |
| – Rear, Bilstein Performance | SGC | – | – | – | – | – | – | S | – | – | – |
| STABILIZER BAR – Front | SHA | S | S | S | S | S | S | S | S | S | S |
| – Rear (not available on Regular Cab 4x2 8'-box models; included with 3.6L V6 on Regular Cab 4x2 6' 4'' box; included with Regular Cab R/T 4x2 6' 4'' box) | SHF | S | S | S | S | S/P | S | S | S | S | S |
| STEERING – Electronic rack and pinion | SBA | S | S | S | S | S | S | S | S | S | S |
| SUSPENSION – Front, upper and lower A-arms, coil springs, twin-tube shocks | NA | S | S | S | S | S | S | – | S | S | 0 |
| – Rear, five-link, coil springs, twin-tube shocks | NA | S | S | S | S | S | S | – | S | S | 0 |
| – Active-Level™ Four-Corner Air Suspension System: includes front upper and lower A-arms, air springs, twin-tube shocks; rear five-link, air springs, twin-tube shocks; air compressor and dual closed-loop system storage tanks (Quad Cab and Crew Cab only; not available for Crew Cab 4x2 models with 6' 4'' box) | SER | 0 | – | 0 | 0 | 0 | 0 | 0 | S | 0 | S |
| TRAILER HITCH – Class IV hitch receiver (included with Trailer-Tow Mirrors and Brake Group) | XFH/XF9 | S | – | O/P | S | O/P | O/P | S | S | S | S |
| TRANSFER CASE – Electronic part-time (4x4 models only) | DH9 | S | – | S | – | – | – | – | S | S | S |
| – Electronic on-demand (4x4 models only) | DH8 | – | – | – | S | S | S | – | S | S | S |
| WINCH – Tire carrier | TBM | S | S | S | S | S | S | S | S | S | S |
| **EXTERIOR FEATURES** | | | | | | | | | | | |
| BED LIGHTING – LED, included with RamBox® System and Luxury Group | LPL | O/P | – | O/P | S | P | P | P | O/P | S | S |
| BED RAILS – Chrome, tubular, for 5' 7''- and 6' 4''-bed sides (not available with RamBox System, tonneau cover or with 22-inch wheels) | MEB | – | – | – | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BEDLINER – Spray-in | XMF | 0 | – | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BELT MOLDINGS – Chrome | MME | – | – | – | – | – | – | – | – | S | S |
| BODY MODEL – Regular Cab 6' 4'' box | 61 | 0 | – | 0 | 0 | 0 | 0 | – | – | – | – |
| – Regular Cab 8' box | 62 | 0 | – | – | 0 | – | – | – | – | – | – |
| – Quad Cab 6' 4'' box | 41 | 0 | S | 0 | 0 | 0 | 0 | – | 0 | – | – |
| – Crew Cab 5' 7'' box | 98 | 0 | – | 0 | 0 | 0 | 0 | S | 0 | 0 | 0 |
| – Crew Cab 6' 4'' box | 91 | 0 | – | – | 0 | 0 | 0 | – | 0 | 0 | 0 |
| BODYSIDE MOLDINGS – Chrome (optional with Monotone paint only on Laramie) | MJB | – | – | – | 0 | – | – | – | 0 | – | S |
| BUMPERS – Front and rear, Black | MB1/MBN | S | S | – | – | – | – | – | – | – | – |
| – Front and rear Black powder-coated | MCS/MB5 | – | – | – | – | – | – | S | – | – | – |
| – Front and rear painted lower accent color | MBU/MBV | – | – | – | – | – | – | – | – | S | – |
| – Front and rear Chrome (included with Chrome Appearance Group; included with Monotone paint; included with Chrome Bumper Package) | MCT/MBF | P | – | – | S | – | – | – | S | P | P |
| – Rear body-color | MBQ | – | – | S | – | S | S | – | – | – | S |
| DOOR HANDLES – Black (included with low-volume paint colors) | MNA | S | S | S | P | – | – | – | – | – | – |
| – Body-color | MNK | – | – | – | – | S | S | S | – | – | – |
| – Chrome with body-color bezel | MNE | – | – | – | S | – | – | – | S | S | S |
| EXHAUST – Single rear (included with 3.6L V6) | NA | P | S | P | P | P | P | P | P | – | – |
| – Dual rear (included with HEMI V8 or EcoDiesel V6) | NER | – | – | P | P | P | P | P | P | S | S |
| FASCIA – Front upper, Black (included with low-volume paint) | MCL | S | S | – | P | – | – | – | – | – | – |
| – Front upper, body-color (included with Chrome Bumper Package) | MCM | – | – | – | S | – | – | – | S | S | P |
| – Front full, body-color | MBP | – | – | S | – | S | S | – | – | – | S |
| FOG LAMPS | LNJ/LNV | – | – | S | S | S | S | S | S | S | S |
| GRILLE – Black surround, Black hex-link (included with low-volume paint) | MFF | S | S | – | – | – | – | – | – | – | – |
| – Black painted honeycomb grille (included with Black Express Group) | MFS | – | – | P | – | – | – | S | – | – | – |
| – Black Ram logo grille | MFM | – | – | – | – | – | – | – | S | – | – |
| – Chrome surround, Black hex-link (included with Chrome Appearance Group) | MFD | P | – | – | – | – | – | – | – | – | – |
| – Body-color surround, Black hex-link (included with R/T model) | MFT | – | – | S | – | P | – | – | – | – | – |
| – Body-color surround, chrome billet-perf | MFN | – | – | – | – | S | – | – | – | – | – |
| – Chrome surround, chrome billet-perf | MFH | – | – | – | S | – | – | – | – | – | – |
| – Chrome surround, chrome wave-perf | MF1 | – | – | – | – | – | – | – | – | S | – |
| – Chrome Ram logo grille | MFJ | – | – | – | – | – | – | – | – | S | S |

S = Standard.  0 = Optional.  P = Part of package.  – = Not available.
Note: some features and /or applications may be late availability.

**RAM 1500 BUYER'S GUIDE**

| | Sales Code | Tradesman® Reg/Quad/Crew | EcoDiesel HFE Quad Cab® | Express Reg/Quad/Crew | Big Horn® Reg/Quad/Crew | Sport Reg/Quad/Crew | Night Reg/Quad/Crew | Rebel® Crew Cab | Laramie® Quad/Crew | Laramie Longhorn® Crew Cab | Limited Crew Cab |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CPOS PACKAGE | | B | E | J | S | L | Q | W | H | K | V |
| **EXTERIOR FEATURES (CONTINUED)** | | | | | | | | | | | |
| HEADLAMPS/TAILLAMPS – Automatic | LMG | S | S | S | S | S | S | S | S | S | S |
| – Quad-lens halogen with incandescent taillamps | LME/LA6 | S | S | S | S | – | – | – | – | – | – |
| – Quad-lens halogen, blackout look, with incandescent taillamps (included with Black Express Group) | MFA/LA6 | – | – | P | – | – | – | – | – | – | – |
| – Sport blackout look bifunctional halogen projector with LED turn/running lights and LED taillamps | LMM/LAE | – | – | – | – | S | S | S | – | – | – |
| – Premium bifunctional halogen projector with LED turn/running lights | LMC/LAD | – | – | – | – | – | – | – | S | S | S |
| – Auto High-Beam Headlamp Control (included in Convenience Group) | LMS | – | – | – | – | P | P | – | P | S | S |
| MIRRORS – Manual, Black, 6 x 9-inch (Regular Cab only) | GPU | S | – | S | – | – | – | – | – | – | – |
| – Power, heated, folding, Black, 6 x 9-inch (included with Power and Remote Entry Group on Regular Cab Tradesman and Express models) | GT6 | P/S | S | P/S | – | – | – | S | – | – | – |
| – Manual, folding trailer tow, Black, 7 x 11-inch (included with Trailer-Tow Mirrors and Brake Group; Regular Cab only) | GPD | P | – | P | – | – | – | – | – | – | – |
| – Power, heated, auto-dimming, power-folding, Black, 6 x 9-inch; includes exterior courtesy lamps and supplemental turn signals (included with Luxury Group) | GUK | – | – | – | S | – | – | P | – | – | – |
| – Power, heated, power-folding, auto-dimming, body-color 6 x 9-inch; includes exterior courtesy lamps and supplemental turn signals | GT5 | – | – | – | – | S | S | – | – | – | – |
| – Power trailer tow, manual folding, Black, 7 x 11-inch; includes exterior courtesy lamps and supplemental turn signals (included with Trailer-Tow Mirrors and Brake Group; not available on Regular Cab Tradesman or Express models) | GPG | P | – | P | P | P | P | P | – | – | – |
| – Power multifunction, heated, auto-dimming, power-folding, chrome, 6 x 9-inch; includes position memory, exterior courtesy lamps and supplemental turn signals | GU4 | – | – | – | – | – | – | – | S | S | S |
| – Power trailer-tow multifunction, heated, auto-dimming, manual folding, chrome, 7 x 11-inch, with position memory, exterior courtesy lamps and supplemental turn signals (included with Trailer-Tow Mirrors and Brake Group) | GPC | – | – | – | – | – | – | – | P | P | P |
| RUNNING BOARDS – Accent-color | MRM | – | – | – | – | – | – | – | – | S | – |
| SIDE STEPS – Tubular, cab-length, Chrome (included with Monotone paint; included with diesel engine on Limited models) | MRT | – | – | – | – | – | – | – | – | 0/P | P |
| – Tubular, cab-length, Black (optional with Black Express Group and Black Sport Group) | MRU | 0 | – | 0 | – | 0 | 0 | 0 | – | – | – |
| – Tubular, wheel-to-wheel, Chrome (included with V8 on Limited) | MRA | 0 | S | 0 | 0 | 0 | 0 | – | 0 | 0 | P |
| SKID PLATE – Front suspension, 4x4 only (included with Protection Group) | XEU | P | – | – | – | P | – | – | P | P | P |
| – Transfer case, 4x4 only (included with Protection Group) | XEF | P | – | – | P | – | – | P | P | P | – |
| STORAGE – RamBox® Cargo Management System: includes pickup box with integrated bins which are weatherproof, lockable and drainable, bed rails with four adjustable cleats, dual-purpose bed divider/extender and LED Bed Lighting (5' 7"- and 6' 4'"-box models only; not available with 8' box) | XB9 | 0 | – | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TIRES – P265/70R17 BSW All-Season | TTM | S | – | S | – | – | – | – | – | – | – |
| – LT265/70R17E OWL On-/Off-road | TXN | 0 | – | – | – | – | – | – | – | – | – |
| – LT285/70R17E BSW All-Terrain | TWG | – | – | – | – | – | – | – | S | – | – |
| – P275/60R20 BSW All-Season (included with Black Express Group or Black Sport Group; included with optional 20-inch wheels) | TTN | – | S | P | S | P | S | – | S | S | S |
| – P275/60R20 OWL All-Season (included with WR2 and WHE 20-inch wheels) | TUB | – | 0 | P | 0 | S | – | – | 0 | 0 | 0 |
| – P285/45R22 BSW All-Season (Regular Cab R/T 4x2 model; included with optional 22-inch wheels) | TY4 | – | – | – | – | P | – | – | – | – | – |
| – Spare, full-size | TBB/TBS | S | S | S | S | S | S | S | S | S | S |
| TONNEAU COVER – Soft, tri-fold (available with or without RamBox System) | CS7/CSU | 0 | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOW HOOKS – Included with Protection Group (requires chrome bumpers for Limited) | XEA/XHW | P | – | – | P | – | – | S | 0/P | S | 0 |
| WHEELS – Spare: 17-inch steel; 17-inch aluminum; 20-inch steel | W1A/W1B/W1D | S | S | S | S | S | S | S | S | S | S |
| – 17 x 7-inch styled steel, painted Argent | WFP | S | – | – | – | – | – | – | – | – | – |
| – 17 x 7-inch painted cast-aluminum (included with Chrome Appearance Group) | WFE | P | – | S | – | – | – | – | – | – | – |
| – 17 x 7-inch aluminum with Matte Black pockets | WFK | – | – | – | – | – | – | S | – | – | – |
| – 20 x 8-inch painted Silver, aluminum | WHE | – | S | – | – | – | – | – | – | – | – |
| – 20 x 8-inch semi-gloss Black painted, aluminum (included with Black Express Group) | WHN | – | – | P | – | – | – | – | – | – | – |
| – 20 x 8-inch chrome-clad aluminum | WHK | – | – | – | S | – | – | – | – | – | – |
| – 20 x 9-inch chrome-clad aluminum | WR2 | – | – | 0 | – | – | – | – | – | – | – |
| – 20 x 9-inch aluminum, polished | WRF | – | – | – | – | S | – | – | – | – | – |
| – 20 x 9-inch semi-gloss Black painted, aluminum (included with Black Sport Group) | WRL | – | – | – | – | P | S | – | – | – | – |
| – 20 x 9-inch chrome-clad aluminum | WRG | – | – | – | – | – | – | – | S | – | – |
| – 20 x 9-inch polished aluminum, with accent-color inserts | WRH | – | – | – | – | – | – | – | – | S | – |
| – 20 x 9-inch polished aluminum, with Silver-clad inserts (included with Monotone paint) | WRJ | – | – | – | – | – | – | – | – | P | – |
| – 20 x 9-inch polished aluminum with Gray inserts | WRA | – | – | – | – | – | – | – | – | – | S |
| – 22 x 9-inch polished forged aluminum (included with Regular Cab R/T 4x2 model; optional on Crew Cab 4x2) | WPZ | – | – | – | – | P/O | – | – | – | – | – |
| **INTERIOR FEATURES** | | | | | | | | | | | |
| AIR CONDITIONING – Manual | HAA | S | S | S | S | S | S | – | – | – | – |
| – Dual-Zone Automatic Temperature Control (Quad Cab and Crew Cab only) | HAF | – | – | – | S | S | S | S | S | S | S |
| CLUSTER – Instrument, with 3.5-inch display screen for Driver Information Display (DID) | JAT | S | S | S | – | – | – | – | – | – | – |
| – Premium instrument, with 7-inch DID | JA6 | – | – | – | S | S | S | – | S | – | – |
| – Premium Rebel instrument, with 7-inch DID | JAJ | – | – | – | – | – | – | S | – | – | – |
| – Premium Laramie Longhorn instrument, with 7-inch DID | JAX | – | – | – | – | – | – | – | – | S | – |
| – Premium Limited instrument, with 7-inch DID | JAV | – | – | – | – | – | – | – | – | – | S |
| CONSOLE – Full-size floor (included with front bucket seats) | CUP | – | – | – | P | P | P | S | P | – | – |
| – Premium full-size floor with leather-wrapped accents | CVT | – | – | – | – | – | – | – | – | S | S |
| – Overhead (included with Uconnect® 5.0 radio) | CUN | P | – | P | – | – | – | S | – | – | – |
| – Overhead, with Universal Garage Door Opener (included with Luxury Group) | CV2 | – | – | – | S | S | S | P | S | S | S |
| FLOOR MATS – Front, carpeted (Regular Cab; included with Popular Equipment Group) | CLA | P | – | S | S | S | S | – | – | – | – |
| – Front, rubber (Regular Cab) | CLY | 0 | – | 0 | – | 0 | 0 | – | – | – | – |

S = Standard.  O = Optional.  P = Part of package.  – = Not available.
Note: some features and/or applications may be subject to availability.



**RAM 1500 BUYER'S GUIDE**

| | Sales Code | Tradesman® Reg/Quad/Crew | EcoDiesel HFE Quad Cab® | Express Reg/Quad/Crew | Big Horn® Reg/Quad/Crew | Sport Reg/Quad/Crew | Night Reg/Quad/Crew | Rebel® Crew Cab | Laramie® Quad/Crew | Laramie Longhorn® Crew Cab | Limited Crew Cab |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CPOS PACKAGE | | B | E | J | S | L | Q | W | H | K | V |
| **INTERIOR FEATURES (CONTINUED)** | | | | | | | | | | | |
| – Front and rear, carpeted (Quad Cab and Crew Cab; included with Popular Equipment Group) | CLE | P | – | S | S | S | S | – | S | – | – |
| – Front and rear, rubber (Quad Cab and Crew Cab) | CLF/CL3 | O | – | O | O | O | O | O | S | O | – |
| – Front and rear, luxury | CLZ/CLL | – | – | – | – | – | – | – | – | S | S |
| LOAD FLOOR – Rear fold-flat (Quad Cab and Crew Cab only; included with premium cloth and leather seats) | CVN | – | – | – | P | P | P | S | P | P | P |
| MEMORY SYSTEM – Seats, mirrors, pedals, radio presets | LEV | – | – | – | – | – | – | – | S | S | S |
| PEDALS – Non-adjustable | XA8 | S | S | S | S | – | – | S | – | – | – |
| – Power-adjustable | XAP | – | – | – | – | S | S | – | – | – | – |
| – Power-adjustable with memory | XAM | – | – | – | – | – | – | – | S | S | S |
| SEATS – Manual-adjusting driver and front-passenger | JP8 | S | S | S | – | – | – | – | – | – | – |
| – Seat belt, front, shoulder height-adjustable | CGD/LAX | S | S | S | S | S | S | S | S | S | S |
| – Power 10-way driver (included with premium cloth seats) | JRT | – | – | – | P | P | P | – | – | – | – |
| – Power 10-way driver and power 6-way passenger (included with *CJ leather seats) | JRM | – | – | – | – | P | P | S | – | – | – |
| – Power 10-way driver with memory and power 6-way passenger (included with leather-trimmed seats) | JRF | – | – | – | – | – | – | – | P | P | P |
| – Power 2-way lumbar adjuster (driver's seat only; included with premium cloth or leather-trimmed seats) | JPW | – | – | – | P | P | P | S | S | S | S |
| – Heated, driver and front-passenger, includes heated steering wheel (included with Heated Seats and Wheel Group; included with leather-trimmed seats) | CMA/NHS | – | – | – | P | P | P | S | P | P | P |
| – Ventilated front (included with leather-trimmed seats) | CAJ | – | – | – | – | P | P | – | P | P | P |
| – Heated, 2nd-row, Crew Cab only (included with leather-trimmed bucket seats) | JPZ | – | – | – | – | – | – | – | P | P | P |
| – Vinyl 40/20/40 split-bench front seat with folding front armrest/cup holder, floor-mounted storage tray on Crew Cab (Quad Cab and Crew Cab models include folding rear bench seat trimmed in vinyl) | *TX | S | S | S | – | – | – | – | – | – | – |
| – Cloth 40/20/40 split-bench front seat, front armrest with cup holder (Quad Cab and Crew Cab models include cloth folding rear bench seat; included with Popular Equipment Group) | *V9 | P | – | P | – | – | – | – | – | – | – |
| – Premium cloth-trimmed 40/20/40 split-bench front seat, front armrest with cup holder, power 10-way driver's seat, power lumbar adjuster, front center-seat cushion storage, 115-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat with underseat storage and fold-flat load-floor storage) | *M9 | – | – | – | S | – | – | – | – | – | – |
| – Premium cloth-trimmed low-back bucket seats, power 10-way driver's seat, power lumbar adjuster, full-length floor console, 115-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in cloth with underseat storage and fold-flat load-floor storage) | *MJ | – | – | – | O | – | – | – | – | – | – |
| – Premium cloth/vinyl-trimmed high-back heated bucket seats with embossed tread pattern, power 10-way driver and 6-way passenger, power lumbar adjuster, full-length floor console, 115-volt auxiliary power outlet (includes 60/40 split-folding rear bench seat trimmed in cloth/vinyl with underseat storage and fold-flat load-floor storage) | *N7 | – | – | – | – | – | – | S | – | – | – |
| – Premium cloth/vinyl-trimmed high-back heated bucket seats, power 10-way driver's seat, power lumbar adjuster, full-length floor console, Heated Seats and Wheel Group, 115-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in cloth/vinyl with underseat storage and fold-flat load-floor storage) | *AJ | – | – | – | – | S | S | – | – | – | – |
| – Leather-trimmed high-back, heated and ventilated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, full-length floor console, 115-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in vinyl with underseat storage and fold-flat load-floor storage; not available on Regular Cab) | *CJ | – | – | – | – | O | O | – | – | – | – |
| – Leather-trimmed 40/20/40 split-bench heated and ventilated front with power 10-way/memory for driver and power 6-way passenger, power lumbar adjuster, front center-seat cushion storage and folding center armrest with cup holder, 115-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in vinyl with underseat storage and fold-flat load-floor storage) | *VL | – | – | – | – | – | – | – | S | – | – |
| – Leather-trimmed high-back, heated and ventilated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, full-length floor console, 115-volt auxiliary power outlet and heated 2nd row on Crew Cab models (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in vinyl with underseat storage and fold-flat load-floor storage) | *GJ | – | – | – | – | – | – | – | O | – | – |
| – Premium leather with laser-etched design, high-back heated and ventilated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, premium full-length floor console, 115-volt auxiliary power outlet, heated 2nd-row seats; includes 60/40 split-folding premium leather with laser-etched-design rear bench seat with underseat storage (available only in Canyon Brown) | *XJ | – | – | – | – | – | – | – | – | S | – |
| – Premium leather high-back, heated and ventilated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, premium full-length floor console, 115-volt auxiliary power outlet, heated 2nd-row seats; includes 60/40 split-folding premium leather rear bench seat with underseat storage and fold-flat load-floor storage (available in Canyon Brown or Cattle Tan) | *DJ | – | – | – | – | – | – | – | – | O | – |
| – Premium leather high-back, heated and ventilated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, premium full-length floor console, 115-volt auxiliary power outlet, heated 2nd-row seats; includes 60/40 split-folding premium leather rear bench seat with underseat storage and fold-flat load-floor storage (available only in Black) | *UL | – | – | – | – | – | – | – | – | – | S |
| STEERING WHEEL – Urethane | SCF | S | S | S | – | – | – | – | – | – | – |
| – Leather-wrapped with audio control buttons | SCV/SCB | – | – | – | S | S | S | S | S | – | – |
| – Leather-wrapped, genuine wood, heated, with audio control buttons | SC3 | – | – | – | – | – | – | – | – | S | S |
| – Heated (included with Heated Seats and Wheel Group) | NHS | – | – | – | P | P | P | S | S | S | S |
| STORAGE – Front center-seat cushion (included with optional CD player, included with *M9 and *VL seats) | CVH | P | P | P | P | – | – | – | P | – | – |
| – Front, behind the seats (Regular Cab only) | CU3 | S | – | S | S | S | S | – | – | – | – |
| – Rear, in-floor bins, two with removable liners (Crew Cab only) | CB9 | S | – | S | S | S | S | S | S | S | S |
| – Rear, underseat compartment (Quad Cab and Crew Cab models only) | CUE | S | S | S | S | S | S | S | S | S | S |
| – Dual glove boxes with closing doors | NA | – | – | – | S | S | S | S | S | S | S |
| SUNROOF – Power (Quad Cab and Crew Cab models only) | GWA | – | – | – | O | O | O | O | O | O | O |
| WINDOWS – Manual (Regular Cab only) | JF8 | S | – | S | – | – | – | – | – | – | – |
| – Power, front with driver's one-touch down (Regular Cab only; included with Power and Remote Entry Group) | JPY | P | – | P | S | S | S | – | – | – | – |
| – Power, front and rear with driver's one-touch down and up (Quad Cab and Crew Cab models only) | JP3 | S | S | S | S | S | S | S | S | S | S |
| – Rear backlight, fixed (standard on Regular Cab models) | GJD | S | S | S | S | S | S | S | – | – | – |
| – Rear backlight, sliding (Regular Cab only) | GFD | O | – | O | O | O | O | – | – | – | – |
| – Rear backlight, power sliding (Quad Cab and Crew Cab models only) | GFE | – | – | – | S | S | S | S | S | S | S |
| – Rear defroster (power rear sliding rear backlight only) | GFA | – | – | – | O | O | O | O | O | O | S |

S = Standard.  O = Optional.  P = Part of package.  – = Not available.
Note: some features and/or applications may be late availability.

## RAM 1500 BUYER'S GUIDE

| | Sales Code | Tradesman® Reg/Quad/Crew | EcoDiesel HFE Quad Cab® | Express Reg/Quad/Crew | Big Horn® Reg/Quad/Crew | Sport Reg/Quad/Crew | Night Reg/Quad/Crew | Rebel® Crew Cab | Laramie® Quad/Crew | Laramie Longhorn® Crew Cab | Limited Crew Cab |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CPOS PACKAGE | | B | E | J | S | L | Q | W | H | K | V |
| **UCONNECT® MULTIMEDIA** | | | | | | | | | | | |
| CONNECTIVITY – Auxiliary input jack for mobile devices | RSU | S | S | S | S | S | S | S | S | S | S |
| – USB 1.5-amp fully functioning port | RSX | S | S | S | S | S | S | S | S | S | S |
| – USB 2.5-amp charging-only port (included with *V9, *M9, *MJ seats and Uconnect 5.0 radio) | RS3 | P | – | P | P | S | S | S | S | S | S |
| RADIOS – Radio 3.0 AM/FM | RA1 | S | S | S | – | – | – | – | – | – | – |
| – Uconnect 3.0 AM/FM/Bluetooth® Voice Command[14] | UA1 | O | – | O | – | – | – | – | – | – | – |
| – Uconnect 5.0 AM/FM/Bluetooth (included with Black Express Group) | RA2 | O | – | O/P | – | – | – | – | – | – | – |
| – Uconnect 8.4 AM/FM/Bluetooth/Access[19] | RA3 | – | – | – | S | S | S | S | S | – | – |
| – Uconnect 8.4 NAV AM/FM/Bluetooth/Access[19]/NAV | RA4 | – | – | – | O | O | O | O | O | S | S |
| RADIO CONTROLS – Steering wheel-mounted audio controls (included with leather-wrapped steering wheel) | RDZ | – | – | – | P | P | P | S | P | P | P |
| SINGLE-DISC CD PLAYER | RH1 | O | O | O | O | O | O | O | O | O | O |
| SIRIUSXM® SATELLITE RADIO[6] – Included with Popular Equipment Group | RSD | P | – | P | S | S | S | S | S | S | S |
| SIRIUSXM TRAFFIC[6] – Included with Uconnect 8.4 NAV | RSS | – | – | – | P | P | P | P | P | P | P |
| SIRIUSXM TRAVEL LINK[6] – Included with Uconnect 8.4 NAV | RSM | – | – | – | P | P | P | P | P | P | P |
| SPEAKER SYSTEM – Six, standard | RCG | S | S | S | S | S | S | S | – | – | – |
| – Premium I; seven speakers and eight-channel amplifier (Regular Cab only) | RCK | – | – | – | – | S | S | – | – | – | – |
| – Premium II; 10 speakers including a subwoofer and 12-channel amplifier (included with Premium Sound Group or Black Sport Group; Quad Cab and Crew Cab models only) | RC3 | – | – | – | O | P | P | O | S | S | S |
| UCONNECT ACCESS[19] – Requires Uconnect 8.4 | RS7 | – | – | – | P | P | P | P | P | P | P |
| UCONNECT BLUETOOTH CONNECTIVITY – Includes hands-free phone,[14] Streaming Audio, Voice Command[14] and Text Message Reader[20] (included with Uconnect 3.0 or 5.0 or 8.4 or 8.4 NAV) | XRB | P | – | P | P | P | P | P | P | P | P |
| **SAFETY AND SECURITY** | | | | | | | | | | | |
| AIR BAGS[18] – Advanced multistage front | CG3 | S | S | S | S | S | S | S | S | S | S |
| – Supplemental side-curtain | CGS | S | S | S | S | S | S | S | S | S | S |
| – Supplemental front-seat side-mounted | CJ1 | S | S | S | S | S | S | S | S | S | S |
| BRAKES – Power-assisted 4-wheel antilock disc | BRT | S | S | S | S | S | S | S | S | S | S |
| ELECTRONIC STABILITY CONTROL (ESC)[4] – Includes 4-wheel ABS, Brake Assist, All-Speed Traction Control, Rain Brake Support, Ready Alert Braking, Electronic Roll Mitigation, Hill Start Assist and Trailer Sway Damping[4] | BNB | S | S | S | S | S | S | S | S | S | S |
| PARKSENSE® REAR PARK ASSIST[5] | XAA | – | – | – | – | – | – | S | – | – | – |
| PARKSENSE FRONT AND REAR PARK ASSIST[5] – Not available on Regular Cab | XAG | – | – | – | S | O | O | O | – | S | S |
| PARKVIEW® REAR BACK-UP CAMERA[5] – With dynamic grid lines (grid lines not available with 3.0 radios) | XAC | O | – | O | S | S | S | S | S | S | S |
| REMOTE KEYLESS ENTRY WITH ALLSECURE® – Controls for power door locks, tailgate and RamBox® System (when equipped), illuminated entry system, panic alarm; includes two transmitters (included with Popular Equipment Group and Power and Remote Entry Group) | GXM | P | – | P | P | S | S | S | S | S | S |
| REMOTE START SYSTEM | XBM | – | – | – | S | S | S | S | O | S | S |
| SECURITY ALARM | LSA | – | – | – | S | S | S | S | S | S | S |
| TRAILER BRAKE CONTROL – Fully integrated electronic (included with Trailer-Tow Mirrors and Brake Group) | XHC | O/P | – | O/P | O/P | O/P | O/P | O/P | O/P | O/P | O/P |
| **PACKAGES/EQUIPMENT GROUPS** | | | | | | | | | | | |
| BLACK EXPRESS GROUP – Includes Popular Equipment Group, Power and Remote Entry Group, Black badges, Black bezel headlamps, Black painted grille, Uconnect 5.0 radio and 20-inch Black painted wheels | AMQ | – | – | O | – | – | – | – | – | – | – |
| BLACK SPORT GROUP – Includes Sport performance hood, Dual-Zone Automatic Temperature Control (ATC), Black badges, premium nine-speaker sound system with subwoofer and 20-inch Black semi-gloss aluminum wheels | AGC | – | – | – | – | O | – | – | – | – | – |
| CHROME APPEARANCE GROUP – Includes chrome front and rear bumpers, chrome grille surround and 17-inch painted aluminum wheels | AED | O | – | – | – | – | – | – | – | – | – |
| CHROME BUMPER PACKAGE – Includes body-color wheel flares and chrome front and rear bumpers | AST | – | – | – | – | – | – | – | – | – | O |
| COLD WEATHER GROUP – Includes engine block heater and winter front grille cover (requires EcoDiesel V6) | ADE | O | O | – | O | – | – | – | O | O | O |
| CONVENIENCE GROUP – Includes Passive Entry/Keyless Enter 'n Go,™ rain-sensitive wipers and Auto High-Beam Headlamp Control | ADC | – | – | – | – | O | O | – | O | – | S |
| HEATED SEATS AND WHEEL GROUP – Includes heated cloth seats and heated steering wheel | AGF | – | – | – | O | S | S | – | – | – | – |
| LUXURY GROUP – Includes LED Bed Lighting, switchable dome lamp, ashtray lamp, glove box lamp, underhood lamp, illuminated vanity mirror, auto day/night mirror, exterior mirrors with signal and puddle lamps, overhead console with Universal Garage Door Opener, leather-wrapped steering wheel and full-color 7-inch Driver Information Display | ADA | – | – | – | – | S | S | O | – | – | – |
| POPULAR EQUIPMENT GROUP – Includes cloth 40/20/40 bench seat, carpeted flooring, remote keyless entry, floor mats and SiriusXM Satellite Radio[6] (included with Black Express Group) | AJY | O | – | O/P | – | – | – | – | – | – | – |
| POWER AND REMOTE ENTRY GROUP – Includes premium vinyl door trim, remote keyless entry, foldaway Black power heated mirrors, power windows with front one-touch down and power locks (Regular Cab only; included with Black Express Group) | AJH | O | – | O/P | – | – | – | – | – | – | – |
| PREMIUM SOUND GROUP – Includes Premium Surround Sound Speaker System (Quad Cab and Crew Cab only) | ANF | – | – | – | – | O | O | – | – | – | – |
| PROTECTION GROUP – Includes tow hooks, front suspension and transfer case skid plates (4x4 models only) | ADB | O | – | – | O | – | – | O | O | O | – |
| R/T PACKAGE – Includes Sport performance hood, 3.92 axle ratio and antispin differential, P285/45R22 BSW All-Season tires and 22 x 9-inch forged polished aluminum wheels (Regular Cab 4x2 6' 4"-box models only) | NA | – | – | – | – | S | – | – | – | – | – |
| TRAILER-TOW MIRRORS AND BRAKE GROUP – Includes electronic trailer brake controller, Class IV hitch receiver and 7 x 11-inch trailer-tow mirrors | AHC | O | – | O | O | O | O | O | O | O | O |

S = Standard.  O = Optional.  P = Part of package.  – = Not available.
Note: some features and/or applications may be late availability.



## RAM 1500 SPECIFICATIONS

  

## RAM 1500 TOWING–SAE J2807 COMPLIANT

Maximum loaded trailer weights (when properly equipped)

| POWERTRAIN | AXLE RATIO | GCWR | REGULAR CAB 6'4" BOX 4x2 | 4x4 | REGULAR CAB 8' BOX 4x2 | 4x4 | QUAD CAB* 6'4" BOX 4x2 | 4x4 | CREW CAB 5'7" BOX 4x2 | 4x4 | CREW CAB 6'4" BOX 4x2 | 4x4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **3.6L PENTASTAR® V6 / 8-SPEED AUTO** | 3.21 | 9,850 | 4,970 | 4,750 | 4,770 | 4,580 | 4,610 | 4,430 | 4,510 | 4,210 | | |
| | 3.55 | 12,200 | 7,260 | 7,050 | | | | | | | | |
| | 3.55 | 12,400 | | | 7,270 | 7,080 | | | | | | |
| | 3.55 | 12,900 | | | | | 7,600 | 7,420 | 7,510 | 7,210 | | |
| **3.0L ECODIESEL V6 / 8-SPEED AUTO** | 3.55 | 13,750 | | | 8,240 | 8,030 | 7,960 | 7,750 | 7,870 | 7,580 | | 7,540 |
| | 3.92 | 13,750 | | | 8,240 | 8,030 | 7,960 | 7,750 | 7,870 | 7,580 | | 7,540 |
| | 3.92 | 14,550 | | | | | | | | | | 8,340 |
| | 3.92 | 14,750 | | | 9,210 | 9,030 | 8,960 | 8,750 | 8,870 | 8,580 | | |
| **5.7L HEMI® V8 / 8-SPEED AUTO** | 3.92 | 10,250 | 5,030 | | | | | | | | | |
| | 3.21 | 13,800 | 8,610 | 8,380 | 8,470 | 8,260 | 8,190 | 8,000 | 8,070 | 7,990 | 8,050 | 7,780 |
| | 3.92 | 14,350 | 9,160 | 8,930 | | | | | | | | |
| | 3.92 | 15,950 | | | **10,620** | 10,410 | 10,340 | 10,150 | 10,220 | 10,140 | 10,200 | 9,830 |

## RAM 1500 PAYLOAD

Maximum payload capacities (when properly equipped)

| POWERTRAIN | GVWR | REGULAR CAB 6'4" BOX 4x2 | 4x4 | REGULAR CAB 8' BOX 4x2 | 4x4 | QUAD CAB 6'4" BOX 4x2 | 4x4 | CREW CAB 5'7" BOX 4x2 | 4x4 | CREW CAB 6'4" BOX 4x2 | 4x4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **3.6L PENTASTAR V6 / 8-SPEED AUTO** | 6,025 | 1,500 | | | | | | | | | |
| | 6,300 | | 1,560 | | | | | | | | |
| | 6,600 | | | **1,880** | 1,690 | | | | | | |
| | 6,800 | | | | | **1,880** | 1,700 | 1,820 | 1,630 | | |
| **3.0L ECODIESEL V6 / 8-SPEED AUTO** | 6,600 | | | 1,510 | 1,290 | | | | | | |
| | 6,945 | | | | | 1,500 | | | | | |
| | 6,950 | | | | | 1,590 | 1,380 | 1,530 | 1,320 | | 1,250 |
| **5.7L HEMI V8 / 8-SPEED AUTO** | 6,200 | 1,350 | | | | | | | | | |
| | 6,350 | 1,590 | 1,390 | | | | | | | | |
| | 6,600 | | | 1,690 | 1,480 | | | | | | |
| | 6,900 | | | | | 1,760 | 1,570 | 1,680 | 1,510 | 1,640 | 1,450 |

Numbers in **Black** boxes reflect max ratings. 1. Payload and Max Trailer Weight are estimated values. 2. All weights are shown in lb unless otherwise stated. 3. Payload and Max Trailer Weight values are rounded to the nearest 10 lb. 4. Payload — GVWR = Base Weight. 5. Trailer Weight Rating and Tow Vehicle Trailering Weight are calculated as specified in SAE J2807. 6. Payload and Trailer Weight Rating are mutually exclusive. 7. GAWRs, GVWRs and GCWRs should never be exceeded. 8. The recommended tongue weight for a conventional hitch is 10 percent of the gross trailer weight. The maximum tongue weight for Class IV hitch receiver is limited to 1,100 lb. 9. Weight-distributing hitch is recommended for trailers over 5,000 lb.

## RAM 1500 INTERIOR DIMENSIONS

All dimensions are in inches (millimeters) unless otherwise noted

| | REGULAR CAB | QUAD CAB | CREW CAB |
|---|---|---|---|
| **SEATING CAPACITY, FRONT / REAR** | 3 / 0 or 2 / 0 | 3 / 3 or 2 / 3 | 3 / 3 or 2 / 3 |
| **FRONT** | | | |
| **HEAD ROOM** | 39.9 (1,013.5) | 41.0 (1,041.4) | 41.0 (1,041.4) |
| **LEG ROOM** | 41.0 (1,041.4) | 41.0 (1,041.4) | 41.0 (1,041.4) |
| **SHOULDER ROOM** | 66.0 (1,676.4) | 66.0 (1,676.4) | 66.0 (1,676.4) |
| **HIP ROOM** | 62.9 (1,598.7) | 63.2 (1,605.3) | 63.2 (1,605.3) |
| **REAR** | | | |
| **HEAD ROOM** | N/A | 39.7 (1,008.4) | 39.9 (1,013.5) |
| **LEG ROOM** | N/A | 34.7 (880.9) | 40.3 (1,023.3) |
| **SHOULDER ROOM** | N/A | 65.7 (1,668.8) | 65.7 (1,668.8) |
| **HIP ROOM** | N/A | 62.9 (1,598.3) | 63.2 (1,605.3) |
| **INTERIOR VOLUME** | | | |
| **FRONT cu ft (cu m)** | 62.5 (1.8) | 64.2 (1.8) | 64.2 (1.8) |
| **REAR cu ft (cu m)** | N/A | 52.4 (1.5) | 61.1 (1.7) |
| **TOTAL PASSENGER VOLUME (cu ft)** | 62.5 | 116.6 | 125.3 |

## RAM 1500 EXTERIOR DIMENSIONS

All dimensions are for base models only and in inches unless otherwise noted

| | REGULAR CAB 6'4" BOX | REGULAR CAB 8' BOX | QUAD CAB 6'4" BOX | CREW CAB 5'7" BOX | CREW CAB 6'4" BOX |
|---|---|---|---|---|---|
| **OVERALL BODY WIDTH** | 79.4 | 79.4 | 79.4 | 79.4 | 79.4 |
| **OVERALL HEIGHT (4x2 / 4x4)** | 74.6 / 75.2 | 74.4 / 75.0 | 77.2 / 77.7 | 76.9 / 77.5 | 76.8 / 77.4 |
| **OVERALL LENGTH** | 209.0 | 231.0 | 229.0 | 229.0 | 237.9 |
| **TRACK – FRONT (4x2 / 4x4)** | 68.0 / 68.2 | 68.0 / 68.2 | 68.0 / 68.2 | 68.0 / 68.2 | 68.0 / 68.2 |
| **TRACK – REAR (4x2 / 4x4)** | 67.5 / 67.5 | 67.5 / 67.5 | 67.5 / 67.5 | 67.5 / 67.5 | 67.5 / 67.5 |
| **WHEELBASE** | 120.5 | 140.5 | 140.5 | 140.5 | 149.4 |
| **BED HEIGHT** | 20.1 | 20.2 | 20.1 | 20.0 | 20.1 |
| **BED LENGTH** | 76.3 | 98.3 | 76.3 | 67.4 | 76.3 |
| **BED WIDTH, WALL-TO-WALL** | 66.4 | 66.4 | 66.4 | 66.4 | 66.4 |
| **BED WIDTH, BETWEEN WHEELHOUSINGS** | 51.0 | 51.0 | 51.0 | 51.0 | 51.0 |



# AMERICA'S LONGEST-LASTING PICKUPS.

1 Based on IHS Automotive VIO registration data for all brands of GVW 1 – 3 pickup trucks continuously sold in the U.S. since 1988, Dodge and Ram have the highest overall percentage still on the road. 2 Based on Standard Pickup class. EPA estimated 29 highway mpg based on EcoDiesel V6 4x2. Actual results may vary. 3 Based on latest available competitive information. Class based on light-duty pickups. 4 No system, no matter how sophisticated, can repeal the laws of physics or overcome careless driving actions. Performance is limited by available traction, which snow, ice and other conditions can affect. When the ESC warning lamp flashes, the driver needs to use less throttle and adapt speed and driving behavior to prevailing road conditions. Always drive carefully, consistent with conditions. Always wear your seat belt. 5 Always look before proceeding, electronic drive aid is not a substitute for conscientious driving; always be aware of your surroundings. 6 SiriusXM subscriptions for audio and data services are sold by SiriusXM to follow your trial subscription. **If you decide to continue listening after your trial, the subscription plan you choose will automatically renew thereafter and you will be charged according to your chosen payment method at then-current rates.** Fees and taxes apply. To cancel, you must call SiriusXM at 1-866-635-2349. See the SiriusXM Customer Agreement for complete terms and more information at siriusxm.com. All fees and programming subject to change. Your equipment and features for SiriusXM services will vary depending upon the vehicle you select and may be limited in select markets. 7 Wi-Fi subscription required. This feature is not intended for use by the driver while the vehicle is in motion. Always drive carefully. 8 Based on Standard Pickup class. Fuel economy based on EPA estimated 29 highway mpg on EcoDiesel V6 4x2. Actual results may vary. Torque comparison based on latest available competitive information. 9 Based on EPA estimated 29 highway mpg on Ram 1500 EcoDiesel V6 4x2 and standard 26-gal. fuel tank. Actual results may vary. 10 Transferable. See dealer for complete details and a copy of the 5-Year/100,000-Mile Diesel Powertrain Limited Warranty. 11 Transferable. See dealer for complete details and a copy of the 5-Year/60,000-Mile Gas Powertrain Limited Warranty. 12 Vehicle must be within the United States, have network coverage and must be registered with Uconnect Access with an active subscription that includes the applicable feature and you must fulfill minimum subscription requirements. It must also be equipped with features that enable remote commands, such as keyless entry, and must be in active and usable cellular range. The Uconnect Access App must be installed and launched on your mobile device to use these remote commands. Remote features are available only on vehicles that are properly equipped. Check state and local laws regarding the use of remote start systems. 13 Siri® Eyes Free requires an iPhone® mobile device equipped with the Siri feature. Certain features not available while the vehicle is in motion. iPhone must be within active cellular range. Customer's existing iPhone data rates apply to Internet-supported features. 14 Requires a mobile phone equipped with the Bluetooth Hands-Free Profile. Visit UconnectPhone.com for system and device compatibility. 15 The 9-1-1 Call button will connect you directly with Emergency Assistance. If you accidentally press the button, you have 10 seconds to cancel the call by either pressing the 9-1-1 button on the rearview mirror or the Cancel button on the Uconnect touchscreen. 16 Provides direct-dial access to Roadside Assistance Service. Vehicle must be within the United States, have network coverage and must be registered with Uconnect Access with an active subscription that includes the applicable feature. Additional roadside assistance charges may apply. Check warranty for details. 17 Wi-Fi subscription required. Vehicle must be registered with Uconnect Access and fulfill minimum subscription requirements. Vehicle must be properly equipped and in active and usable cellular range for Wi-Fi usage. Wi-Fi Hotspot does not enable direct communication between multiple in-vehicle devices. Factors affecting the performance of Wi-Fi Hotspot include: cellular network, signal strength and quality, time of day, number of channels used by the service provider, type of connection, number of clients using Wi-Fi Hotspot and client device. This feature is not intended for use by the driver while the vehicle is in motion. Always drive safely. 18 The Advanced Front Air Bags in this vehicle are certified to the new U.S. Federal regulations for advanced air bags. Children 12 years old and younger should always ride buckled up in a rear seat. Infants in rear-facing child restraints should never ride in the front seat of a vehicle with a passenger front air bag. All occupants should always wear their lap and shoulder belts properly. 19 Uconnect Access is available only on equipped vehicles purchased within the contiguous United States and AK. Services can only be used where coverage is available, see coverage map for details. For a complete list of Uconnect Access services, please visit http://www.driveuconnect.com/features/uconnect_access/packages. 20 Voice Text Reply and Voice Texting features require a compatible mobile device enabled with Bluetooth Message Access Profile (MAP). iPhone and some other smartphones do not currently support Bluetooth MAP. Visit UconnectPhone.com for system and device compatibility. Ensure MAP is ON and incoming message notification is enabled. Vehicle must be registered for Uconnect Access and you must fulfill minimum subscription requirements. Also requires the use of a compatible smartphone that supports text messaging and Bluetooth. Visit UconnectPhone.com for system and device compatibility.

©2016 FCA US LLC. All Rights Reserved. Ram, Mopar, AllSecure, Big Horn, HEMI, Laramie, Laramie Longhorn, the Mopar Owner Connect design, Mopar Vehicle Protection, ParkSense, ParkView, Pentastar, Quad Cab, Ram 1500 Express, R/T, RamBox, Rebel, Sentry Key, the Ram's Head logo, TorqueFlite, Tradesman and Uconnect are registered trademarks, and Active-Level, HFE High Fuel Efficiency & Design and Keyless Enter 'n Go are trademarks of FCA US LLC.

Toyo is a registered trademark of TOYO TIRE & RUBBER CO., LTD. iPhone and Siri are registered trademarks of Apple Inc. Bluetooth is a registered trademark of Bluetooth SIG, Inc. Sirius, XM and all related marks and logos are trademarks of SiriusXM Radio Inc. Facebook and logo are registered trademarks of Facebook, Inc. The Twitter logo is a service mark of Twitter, Inc. Instagram and logo are registered trademarks of Instagram, Inc. YouTube and logo and Google+ and logo are registered trademarks of Google Inc. Pinterest and logo are registered trademarks of Pinterest, Inc. Yelp is a registered trademark of Yelp. Bilstein is a registered trademark of August-Bilstein GmbH & Co. Polaris is a registered trademark of Polaris Industries Inc. RANGER BOATS is a registered trademark of Ranger Boats, LLC. Grizzly is a trademark of Grizzly Coolers LLC.

About this catalog: Since the time of printing, some of the information you'll find in this catalog may have been updated. Ask your dealer for details. Some of the equipment shown or described throughout this catalog may be available at extra cost. Specifications, descriptions, illustrative materials and all competitive comparisons contained herein are as accurate as known at the time this publication was approved for printing. FCA US LLC reserves the right to discontinue models at any time or change specifications without notice or without incurring obligation. Options may be required in combination with other options. For the price of the model with the equipment you desire, or verification of specifications contained here, see your Ram dealer.

## JOIN IN





 RAMTRUCKS.COM/OUTFITTER

Join fellow Ram enthusiasts and tell your story by posting comments, participating in discussions, and sharing your photos and videos. Join our community on Facebook, Twitter, YouTube, Google+, Pinterest and Instagram.







# RAMTRUCKS.COM


Ram is a registered trademark of FCA US LLC.



RAMTRUCKS.COM