# Exhibit M

# RAM

## 2018 RAM 1500



**CLASS-EXCLUSIVE¹ FOUR-CORNER AIR SUSPENSION SYSTEM | CLASS-EXCLUSIVE¹ LINK COIL REAR SUSPENSION**

**CLASS-EXCLUSIVE¹ AVAILABLE RAMBOX® CARGO MANAGEMENT SYSTEM | BEST-IN-CLASS¹ ENTRY V6 HORSEPOWER**

# FOR A TRUCK THAT GOES THE DISTANCE,
# YOU DON'T HAVE TO LOOK VERY FAR.
## RAM 1500

**▸ THE GUTS TO TACKLE BIG JOBS. THE GLORY OF DOING THEM RIGHT.**

One look, and you know: from the off-road dominance of Ram Rebel® to the refined
Ram Limited to the new editions for 2018, there's a Ram 1500 that's right for you.
Put uncompromising comfort and superb capability to work, and the rest is all
pleasure and play—thanks to an impressive list of best-in-class assets and class-
exclusive advantages. There's a half-ton more at **RAMTRUCKS.COM**.

*A note about this catalog: all disclaimers and disclosures can be found on the inside back cover.

PREMIUM WOOD/LEATHER-WRAPPED STEERING WHEEL | PREMIUM CENTER CONSOLE WITH TAMBOUR DOOR



PREMIUM LEATHER INTERIOR IN FROST/INDIGO | PREMIUM CLUSTER WITH 7-INCH DRIVER INFORMATION DISPLAY

# IT RULES IN THE CITY, THE FARM, THE MOUNTAINS AND THE RANCH.
## LIMITED TUNGSTEN

▶ **MAKE AN ELOQUENT STATEMENT ABOUT SOPHISTICATION.**
Meet the new Ram Limited Tungsten: leather interior with seats in Frost and Indigo, plus a Light Graystone headliner, Active-Level™ Four-Corner Air Suspension System and more Uconnect® features than ever—like the new SiriusXM Guardian®[2] app—all riding on authoritative 20-inch wheels.

Case 2:22-cv-11393-TGB-CI   ECF No. 1-14, PageID.268   Filed 06/22/22   Page 5 of 52



PREMIUM LEATHER INTERIOR IN CANYON BROWN/FROST | PREMIUM CLUSTER WITH 7-INCH DRIVER INFORMATION DISPLAY

# A WORLD OF COMFORT AWAITS YOU.
# LARAMIE LONGHORN® SOUTHFORK EDITION

▸ **WELCOME TO THE GEOGRAPHY OF REFINEMENT.** The new Laramie Longhorn Southfork Edition subtly telegraphs sophistication with its distinctive tailgate badging and two-tone or monotone exterior—but it's the interior touches that show true character. The Laramie Longhorn signature appears as a badge on the glove box and on the Canyon Brown/Frost floor mats with metal treatment, all complementing the Natura Plus Canyon Brown/Frost leather (with optional filigree) seats, Light Graystone suede headliner and leather-wrapped A- and B-pillar grab handles. To that, add galvanized metal accents and Walnut-colored ash wood touches on the steering wheel, doors, center stack and console, and more Uconnect® features than ever—like the new SiriusXM Guardian®² app.

## A STEP-BY-STEP INTRODUCTION TO RAM 1500 CAPABILITY AND COMFORT.

More and more, Ram is taking the rationale behind full-size pickup ownership—unyielding capability based on both brains and brawn—and adding touches engineered to put Ram 1500 in top-tier consideration. Here's Ram 1500 at a glance: outstanding powertrain choices that enable excellence in towing and hauling. Breakthrough suspension technology to ramp up handling and passenger comfort. Impressive and user-friendly phone technology. And interior designs that deliver exceptional comfort. For more, click over to **RAMTRUCKS.COM**

**TOUGH FRAME.** If you're going to build on anything, build on strength. In the case of Ram 1500, we're talking high-strength steel core, eight ultra-tough crossmembers and a hydroformed tubular front frame unit, also of high-strength steel. Some areas simply don't require heavy steel, so we employ down-gauged yet stronger steel—a smart move that further contributes to the fuel-sipping performance.

**THE CARGO BOX.** Also made from high-strength steel, the Ram cargo area features a standard CHMSL cargo light with available rear LED bed lighting. Of course, what sets Ram apart is the available class-exclusive[1] RamBox® Cargo Management System, a solution that completely changes the rules about hauling and storing.

**SUPER-CAPABLE TOWING.** Expect remarkable capability here—because Ram 1500 was designed to deliver. The Ram 1500 structural rear bumper is rated for Class III towing, so right off the line, your Ram 1500 will fluently handle trailers up to 5,000 lb, when properly equipped. Fortunately, it can get much better.

The next step dramatically ramps up your towing capability. Opt for the factory-installed Class IV hitch receiver, which bolts directly to the high-strength steel frame; when properly equipped, you'll take on trailers up to 10,620 lb. The trailer connector is easily accessible, with an adjacent lamp making night connections a breeze, and all models provide a 4- and 7-pin connector as standard equipment.

# WHERE THE BEST

# COMES TOGETHER.

**FUEL EFFICIENCY.** Your Ram 1500 was designed to deliver tens of thousands of miles over the years; that puts an emphasis on getting the most from every drop of fuel.

Which is why fuel-efficient touches are evident in virtually every aspect of Ram 1500, from the sculpted aerodynamic body that glides through air to available assets like wheel-to-wheel side steps and the Active Grille Shutters.



As with towing, powertrain performance is definitive. Ram offers the available 3.0L EcoDiesel V6 and the gas-powered workhorses: the 3.6L Pentastar® V6, and available 5.7L HEMI® V8, with its fuel-saving Multi-Displacement System (MDS) turning the V8 into a gas-sipping 4-cylinder during highway cruising.

**INTERIOR COMFORT.** No matter which Ram 1500 you're choosing, driver and passenger comfort is key to the ride. Anticipate the unexpected here.

Every interior is the result of thoughtful and intuitive design. From window controls and door handles to the dashboard-mounted Rotary Shifter for the TorqueFlite® 8-speed automatic, buttons and controls are easily operated. Storage in every model is abundant; fold-flat cargo load floors are available, and Crew Cab models up the convenience and security with in-floor storage bins.

From the unique tire-tread pattern on the seats of Ram 1500 Rebel® to the premium leather interior of Ram 1500 Limited, this is where style and comfort never take a back seat.

**ONGOING INNOVATION.** Our commitment to innovation proves that creative thinking is one of many pillars contributing to the success of Ram 1500.

Fact: this pickup pioneered a raft of innovations that have changed how people think about trucks. Ram stands alone with its class-exclusive[1] link coil rear suspension and the class-exclusive[1] available five-mode Active-Level™ Four-Corner Air Suspension System. The class-exclusive[1] available RamBox® Cargo Management System remains a Ram pickup advantage, and Ram 1500 was the first to introduce a light-duty diesel option—the groundbreaking available 3.0-liter EcoDiesel V6 powerplant.

The best way to see Ram 1500 innovation first-hand? Simply experience it for yourself—in a test drive.

Properly secure all cargo.

# FOR CONCRETE DURABILITY, COUNT ON RAM EVERY TIME.



**THE CLASS-EXCLUSIVE¹ LINK COIL REAR SUSPENSION** Without exception, our competition still employs leaf-spring technology. Ram lets you leave it where it belongs—namely, in your rearview mirror. The Ram 1500 link coil rear suspension offers a degree of strength and durability others just can't match. The upshot? More lateral stiffness and greater vehicle control. Fact: the ride quality is so good, this engineering is the long-preferred spring configuration for rail cars.

**THE FRONT FRAME/SUSPENSION** The hydroformed tubular front frame employs high-strength steel; with our long-proven short-/long-arm front suspension with coil springs and stabilizer bar, the technology ensures exemplary handling and road manners.





**THE FRAME** Less weight contributes to fuel efficiency. Where heavy steel isn't required, we opted for down-gauged but stronger steel in the frame—with its eight crossmembers augmenting the structural integrity. This full-size pickup delivers fuel-sipping performance.

**THE ACTIVE GRILLE SHUTTERS** This available asset has proven itself beyond doubt. The shutters instantly adapt to speed, load and engine needs to provide ideal engine cooling—while simultaneously reducing aerodynamic drag to help improve the fuel-efficiency numbers.

**THE STEEL BED** No question about it: aluminum definitely plays a part in truck design—but not here. Ram 1500 utilizes high-strength steel where you really need it—in back, where cargo is loaded onto resilient and uncompromising steel.





Properly secure all cargo.

# MEET THE ONE SUSPENSION DESIGNED FOR MULTITASKING.

## THE ACTIVE-LEVEL™ FOUR-CORNER AIR SUSPENSION SYSTEM



**KEEP IT ALL ON THE LEVEL. ACTIVE-LEVEL ENSURES IT.** Available for Ram 1500—and class-exclusive¦ helping deliver improved fuel efficiency, responsive road manners, and fantastic ride and handling. Detailed at right, the driver-selectable modes include two Off-Road modes, the people- (and cargo-) friendly Entry/Exit Mode, and the automatic Aero Mode when cruising.



▶ Dashboard-mounted for fingertip access: integrated switchbank for instant control of the modes.



▶ Active-Level technology at work: it automatically kicks in when weight is added to the bed, maintaining a constant and level profile.







Properly secure all cargo.

## INVINCIBLE
### +2.0 in.

**OFF-ROAD 2 MODE** Provides generous ground clearance for the path or trail, with expansive angles for approach, departure and breakover.

## CAPABLE
### +1.2 in. front; +0.9 in. rear

**OFF-ROAD MODE** Outstanding ride balance combines with extra clearance when your off-road scenarios are less severe than those warranting Off-Road 2 Mode.

## STREAMLINED
### –0.6 in.

**AERO MODE** Automatically lowers the vehicle during highway speeds; aerodynamic drag is mitigated, "body roll" is reduced—and fuel efficiency is measurably improved.

## COMFORTABLE
### –2.1 in. front; –1.7 in. rear

**ENTRY/EXIT MODE** Lowers the vehicle when stopped for easier entry/exit, loading/unloading and convenient trailer hooking/unhooking.



# THE RAM POWER STRUCTURE.





## A LEADER: 3.0L ECODIESEL V6
**5 YEAR/100,000 MILE** POWERTRAIN LIMITED WARRANTY

**A PROVEN DESIGN DELIVERS BIG DRIVING RANGE AND IMPRESSIVE TORQUE.** Available for select Ram 1500 models, this groundbreaking diesel stands out in two critical areas: impressive torque for pulling and hauling, and exceptional fuel efficiency. B20-compliant, with one of the best warranties in the industry.

**240 HORSEPOWER  |  420 LB-FT OF TORQUE**

### 3.0L ECODIESEL V6 CAPABILITY
(WHEN PROPERLY EQUIPPED)

   

| REGULAR CAB 8' BOX | QUAD CAB 6' 4" BOX | CREW CAB 5' 7" BOX | CREW CAB 6' 4" BOX |
|---|---|---|---|
| 9,210-LB MAX TOW CAPACITY | 8,990-LB MAX TOW CAPACITY | 8,860-LB MAX TOW CAPACITY | 8,410-LB MAX TOW CAPACITY |
| 1,500-LB PAYLOAD CAPACITY | 1,600-LB PAYLOAD CAPACITY | 1,540-LB PAYLOAD CAPACITY | 1,270-LB PAYLOAD CAPACITY |





## A LEGEND: 5.7L HEMI® V8
**5 YEAR/60,000 MILE** POWERTRAIN LIMITED WARRANTY

**PERFORMANCE THAT RULES.** Few available engines carry its clout, and even fewer offer such fuel-sipping technology. Engineering features include Variable Valve Timing (VVT), the ingenious Multi-Displacement System (MDS) (to transform this mighty V8 into a robust 4-cylinder) and the built-in efficiencies of the versatile and powerful hemispherical head design.

**22 MPG HWY*  |  395 HORSEPOWER  |  410 LB-FT OF TORQUE**

### 5.7L HEMI V8 CAPABILITY
(WHEN PROPERLY EQUIPPED)

     

| REGULAR CAB 6' 4" BOX | REGULAR CAB 8' BOX | QUAD CAB 6' 4" BOX | CREW CAB 5' 7" BOX | CREW CAB 6' 4" BOX |
|---|---|---|---|---|
| 9,210-LB MAX TOW CAPACITY | 10,620-LB MAX TOW CAPACITY | 10,340-LB MAX TOW CAPACITY | 10,240-LB MAX TOW CAPACITY | 10,190-LB MAX TOW CAPACITY |
| 1,590-LB PAYLOAD CAPACITY | 1,660-LB PAYLOAD CAPACITY | 1,760-LB PAYLOAD CAPACITY | 1,660-LB PAYLOAD CAPACITY | 1,630-LB PAYLOAD CAPACITY |





## A STAR: 3.6L PENTASTAR® V6
**5 YEAR/60,000 MILE** POWERTRAIN LIMITED WARRANTY

**CLASSIC V6 PERFORMANCE ATTRIBUTES.** The award-winning 3.6L Pentastar V6 demonstrates how efficiency and ultra-capable performance can work together. With its notable gas-powered fuel efficiency, it employs a thermal management system to help keep critical internal components operating at the ideal temperatures.

**25 MPG HWY†  |  305 HORSEPOWER  |  269 LB-FT OF TORQUE**

### 3.6L PENTASTAR V6 CAPABILITY
(WHEN PROPERLY EQUIPPED)

   

| REGULAR CAB 6' 4" BOX | REGULAR CAB 8' BOX | QUAD CAB 6' 4" BOX | CREW CAB 5' 7" BOX |
|---|---|---|---|
| 7,240-LB MAX TOW CAPACITY | 7,260-LB MAX TOW CAPACITY | 7,500-LB MAX TOW CAPACITY | 7,500-LB MAX TOW CAPACITY |
| 1,550-LB PAYLOAD CAPACITY | 1,870-LB PAYLOAD CAPACITY | 1,800-LB PAYLOAD CAPACITY | 1,820-LB PAYLOAD CAPACITY |

# THE PARTNER: TORQUEFLITE® 8-SPEED

**STANDARD ON EVERY RAM 1500.** This sophisticated 8-speed automatic delivers dual-purpose capability. Start with impeccable performance in conditions that range from highway cruising to heavy hauling. Now balance that strength with these three powerplants that contribute to outstanding fuel efficiency. Top it all off with ease of operation; the transmission engineering provides ideal driver control with manual gear selection via steering wheel-mounted buttons.





*EPA estimated 15 mpg city/22 mpg hwy based on Ram 1500 V8 4x2. Actual results may vary. †2017 EPA estimated 17 mpg city/25 mpg hwy based on Ram 1500 3.6L V6 4x2. Actual results may vary.

## EFFICIENCY AT THE FOREFRONT:
# THE 3.0L ECODIESEL V6



**ITS NAME SAYS IT ALL.**
Ram 1500 led the way when we pioneered EcoDiesel technology. This powerhouse delivers all the torque you'd expect from diesel fuel, plus a B20 calibration that ups the ecological contribution.





▶ Ram 1500 Laramie Longhorn® Southfork Edition shown in Brilliant Black with RV Match Walnut Brown lower.

Properly secure all cargo.

# SMART TECHNOLOGY FOR YOUR 10,620-LB MAX TOWING.*



**ELIMINATE LIFE'S UPS AND DOWNS.** Boost capability and convenience. The class-exclusive[1] available Active-Level™ Four-Corner Air Suspension System delivers five modes of operation. Crucially, it makes trailering a breeze, simplifying ball/hitch alignment. The bigger picture? The system counteracts weight from trailering/hauling, maintains an even and level profile when loaded, and keeps constant the rake from the front end to the rear of the trailer.

**SUSPENSION MANAGEMENT** is at your fingertips. The dash-mounted integrated switchbank lets you raise or lower the vehicle through the available Active-Level Four-Corner Air Suspension System, and also lets you control the available trailer brake gain while towing.



**STAY AHEAD OF THE GAME. LOOK BACK.** Make towing a cinch. Standard ParkView® Rear Back-Up Camera⁵ with available Active Grid Lines is a natural for aligning the trailer ball with the hitch.

**DOZENS OF MENU OPTIONS** include data about the available trailer brake controller. This reading signals that the brake is at 50% of total operation with a 3.5% gain. You'll control the gain that's right for the terrain with the center stack-mounted trailer brake controller.

**COVER EVERY ANGLE.** Monitoring your trailer is critical. Extra-wide available trailer-towing mirrors on each side are the answer. Measuring a substantial 7 x 11 inches, they offer a maximum view, with a wide-angle mirror for peripheral traffic.







*When properly equipped. Properly secure all cargo.

# COMPLETE CAPABILITY
# WITH ZERO COMPROMISES.



## THE BENCHMARK FOR CARGO VERSATILITY.

▶ **THE AVAILABLE RAMBOX® CARGO MANAGEMENT SYSTEM.**
Ram 1500 pioneered it, and it's still class-exclusive! The super-versatile bins and rails are designed to accept many convenient Accessories from Mopar®.

**AVAILABLE PREMIUM KEYLESS ENTER 'N GO.™** Count on multiple conveniences in one small package: keyless (bladeless) Remote Start; control of the AllSecure® Locking System (including both RamBox System bins, if so equipped); control of the panic button; and operation of the Entry/Exit Mode of the available Active-Level™ Four-Corner Air Suspension System.

**48.1"**

**4x8 SHEETS FIT.**
Even with the RamBox System, full 4x8 sheets of building material are accommodated.



Properly secure all cargo.



# STOW YOUR GEAR

**STOW IT, STORE IT, SECURE IT.** Lockable, drainable and illuminated, the two side boxes carry it all: tools, sports equipment—even iced beverages. They also accommodate numerous Mopar® Accessories for work and play. Available.

# LIGHT THE BED

**TWO POINTS OF ILLUMINATION.** Augmenting the CHMSL cargo bed light, these side bed-mounted LED lights are perfect for night loading—now with a convenient bed-mounted on/off light switch.

# EXTEND & DIVIDE

**MULTIFUNCTIONAL VERSATILITY: THE BED EXTENDER/DIVIDER.** Create compartments for specific cargo, or extend space to the open tailgate. With a smart, thin profile, it's easily stored at the head of the bed when not in use.

# SECURE THE LOAD

**CARGO RAIL SYSTEM WITH ADJUSTABLE TIE-DOWN CLEATS.** Make sure it's all safe and secure. Cargo rails also accommodate numerous Accessories from Mopar, while the four movable cleats ensure that your cargo stays where it's supposed to.



Properly secure all cargo.

# RAM SAFETY & SECURITY.
# IT'S TOTALLY ABOUT YOU.

Air Bag[6] Technology
Ram surrounds you with protection, including advanced multistage front air bags, supplemental front-seat side-mounted air bags, and side-curtain air bags.

Side-Impact Door Beams
Designed with forgiveness in mind, these door beams are engineered to absorb impact force from every angle.

Rain-Sensitive Windshield Wipers–Available

Trailer Sway Damping[6]

Dynamic Front Crumple Zones
These crumple zones are engineered to bear the worst of any impact, helping keep cab passengers safe and secure.

ParkSense Front and Rear Park Assist[6]–Available

Hydraulic Boost Compensation

All-Speed Traction Control

Hill Start Assist

Rain Brake Support

Antispin Rear Differential–Available

ParkView® Rear Back-Up Camera[6]
Displays the rear image in the rearview mirror (with Radio 3.0) or on-screen with dynamic grid lines.

Electronic Brake-Force Distribution

Ready Alert Braking

Antilock Brake System (ABS)

Uconnect® Navigation and SiriusXM® Travel Link® keep you in the know, with detailed weather maps and info on traffic delays and road dangers–Available

Auto High-Beam Headlamp Control–Available

A 2018 Ram 1500 embraces road manners, comfort and capability with the same fervor that it welcomes safety and security. Standard on every model is the indispensable Electronic Stability Control (ESC)[6] system. Attributes of ESC[6] are comprehensive:

- Help regulate wheelspin, with **All-Speed Traction Control**. If slippage occurs during acceleration, automatic throttle control will reduce torque; in extremes (like accelerating from pavement to ice), it will apply the brakes and reduce the engine power to maintain control.

- Tow with confidence, using **Trailer Sway Damping**[6] which detects yaw and applies selective brake pressure on the tow vehicle's opposite side to counteract and reduce the sway.

The Ram 1500 braking system features optimized pedal travel to provide quick power assist. Rear wheel-speed sensors are positioned for protection against road elements. ESC[6] features multiple assets for braking, and it even includes vehicle control when stationary. Most notable are:

- Stop securely, with **Antilock Brake System (ABS)**. Monitoring each wheel's speed, the Ram 1500 ABS design also incorporates back-up braking should one of the two braking circuits be compromised.

- Balance the braking. **Electronic Brake-Force Distribution** regulates brake pressure from front to rear to minimize stopping distances.

- Anticipate potential trouble. **Ready Alert Braking** senses when the driver's foot is lifted from the accelerator; it applies an imperceptible brake force to ensure that pads and discs are lined up should an emergency stop be required.

- Factor in the weather. **Rain Brake Support** automatically and seamlessly activates when the driver turns on the windshield wipers; all brake calipers gently pulse against their respective rotors to remove water from the pads.

- Make it home, with **Hydraulic Boost Compensation**. Should a failure occur in the vacuum brake booster or any related line (say, a rupture occurred from tough off-roading), the brake controller will run the ABS pump; our system is so sophisticated, it conveys the problem to the driver. The brakes perform as normal until the failure is serviced.

- Stay still, with **Hill Start Assist**. When the vehicle is angled on an incline, this system keeps your Ram stationary for two seconds after the brakes have been released or until the accelerator is depressed.

- Indispensable protection: **ParkSense® Front and Rear Park Assist**[6] This available feature uses integrated sensors with ultrasonic waves to detect objects as far as 47 inches away from the bumpers. Read-outs located in the gauge cluster display team up with audible chimes to notify the driver of proximity to front and/or rear objects.

DEP DEALER ePROCESS

Properly secure all cargo.



**NAV ASSIST | REAL-TIME VEHICLE INFO | VEHICLE SYSTEMS MONITORING | CUSTOMIZABLE**

# FAST LANE TO THE INFORMATION HIGHWAY.

Ram 1500: a rolling powerhouse of knowledge, with up-to-the-second data bolstered by state-of-the-art communications technologies…and all in your command. The available full-color 7-inch Driver Information Display is customizable to your exact desire, utilizing some 34 menu options and eye-friendly graphics that convey real-time vehicle information in detail.

On select models, a six-ring instrumentation cluster telegraphs crucial driving information, and you can always move up to the largest available 8.4-inch touchscreen media center! Powerful, yet easy-to-use, Uconnect® systems are designed to keep you focused on the long haul ahead. That's Ram 1500.



# TECHNOLOGY DESIGNED FOR THE REAL WORLD.



Apple CarPlay™ screen shown above.

Available features shown. See dealer for complete details.



**RADIO.** When SiriusXM® Satellite Radio⁶ meets Uconnect,® they really sing– with exclusive entertainment, sports, comedy, news and commercial-free music. We've got what you need, including 150 channels of the best satellite radio content. Additionally, stream from your desktop or download the free SiriusXM app⁷ on your smartphone or tablet and enjoy SiriusXM All Access⁸ when out of your vehicle. It's all included for a full first year as part of your one-year trial subscription.





**PHONE.** Prioritize different phones so multiple drivers can connect and call. Uconnect syncs with your compatible phone allowing you to drive safely with hands-free¹⁰ phone capability. Route all incoming calls to voice mail and suppress text message notifications by enabling the Do Not Disturb feature so you can keep your full attention on the road.

**APPLE CARPLAY.™¹¹** A smarter, safer way to use an iPhone® inside your vehicle and seamlessly integrate it with the Uconnect touchscreen and Siri® Eyes Free.¹² You can make calls, access music, send and receive messages;¹³ get directions optimized for traffic conditions and more, while staying focused on the road.

**ANDROID AUTO.™¹¹** Automatically provides a safer way to use Android™ while driving. Share information, place phone calls or send and receive messages,¹³ while you easily access the best of Google: maps with voice-guided navigation, music, and Google Search, which lets you ask any question by voice command!¹⁰



**INTEGRATED VOICE COMMAND¹⁰ WITH BLUETOOTH.®** Access a favorite playlist on your music player or USB drive with simple voice commands.¹⁰ Ask for directions to a certain address. Or make a call. No problem. Siri Eyes Free¹² responds to natural language commands, so controlling your compatible iPhone and your vehicle's sound system and entertainment options is easy and effortless.



Android Auto™ screen shown.



**CONNECTED.** The Uconnect® mobile app with SiriusXM Guardian®² lets you control your truck from virtually anywhere and receive Monthly Vehicle Health Reports to keep an eye on every aspect of its performance.



• Remote Vehicle Start¹⁴
• Remote Door Lock/Unlock¹⁴
• Remote Horn & Lights¹⁴
• Send & Go™¹⁵
• Vehicle Finder¹⁶
• SOS Call¹⁷



**NAV.** Enter your destination with just your voice¹⁰—the route is calculated in seconds and displayed on the spacious 8.4-inch touchscreen. Then get turn-by-turn audio directions, so your eyes can stay devoted to the road. SiriusXM® Traffic Plus⁸ will inform and reroute you at your choosing. You can even look up local fuel prices and weather using SiriusXM Travel Link.⁸





**WiFi.¹⁸** Expand your options by turning your vehicle into an on-demand WiFi Hotspot¹⁸—with new 4G LTE WiFi¹⁸ making connections faster than ever. Purchase by day, month or year, after you register for Uconnect Access.¹⁹ Simply turn on your signal, connect your devices and go.





**CONTROLS.** Via the touchscreen, you can adjust your seat or cabin temperature, select a new music station or make a call. So sit back, get comfortable, and experience all the ways Uconnect makes the ride more enjoyable.





▶ Ram Rebel® shown in available Black leather trim.

# FROM RUGGED TO REFINED,
## *RAM HAS THE LOOK FOR YOU.*



▶ Ram Laramie Longhorn® shown in Cattle Tan.



▶ Ram Rebel® TRX concept vehicle shown.

# HOW ICONOCLAST BECOMES ICON.
## REBEL®

▶ **LETS YOU SCOFF AT THE COMMONPLACE AND HONOR THE OFF-ROAD.**
This customized and award-winning Crew Cab pickup is all about taking on roads less traveled and making weekends more appealing. Ram 1500 Rebel features a unique tire-tread embossed treatment on the standard seats—a designer's nod to the monster 33-inch Toyo® Open Country tires. Mounted on 17-inch aluminum wheels with Matte Black pockets, they let you ride with the standard Active-Level™ Four-Corner Air Suspension System with one-inch height increase—ideal technology when concrete appears only in the rearview mirror. Behind the tow hooks and aggressive Ram centric grille is your choice of power: the 3.6L Pentastar® V6 for 4x4 models, and 5.7L HEMI® V8, standard on 4x2 and available for 4x4 Rebel.
It gets even better when you spec out your own Rebel at **RAMTRUCKS.COM**



Properly secure all cargo.



# SIT DOWN, AND STAND OUT.
## REBEL®

▶ **EVEN THIS INTERIOR DEFIES CONVENTION.** Ram 1500 Rebel distinguishes itself with those Toyo® Open Country tread-inspired seats—and for 2018, the unconventional continues. Standard is an eye-catching interior finished in vinyl/cloth, in your choice of all-Black, or a Red/Black combination. Topping things off is the new available interior that leans toward the upscale: all-Black with leather-trimmed seats and distinctive stitching. All interiors feature a 10-way power driver's bucket seat and heated steering wheel with remote audio controls for the standard Uconnect® 4C with Bluetooth.®

▶ Multi-toned vinyl/cloth interior and available power sunroof.

▶ Shown here and right: all-Black vinyl/cloth interior.



## UNLIMITED POTENTIAL.
## LIMITED TUNGSTEN

▸ **TUNGSTEN PUTS ELEGANCE INTO A WHOLE NEW LIGHT.**
The new Limited Tungsten exterior: think sharp Tungsten Chrome treatment for the grille and bodyside/tailgate moldings, with body-color employed for the bumpers, mirrors and door handles, plus bold RAM tailgate lettering—all contrasted with Black projector headlamps and LED taillamps.

▸ All photos: new Ram 1500 Limited Tungsten.



# TOP OF THE LINEAGE.
# LIMITED

▶ **HOW LUXURY AND CAPABILITY WORK HAND IN HAND.**
The 2018 Ram 1500 Limited: if there's any pickup that reflects success, it's this one. The all-Black interior spares no expense in creature comforts, delivering premium leather, heated/ventilated front seats and heated rear seats, premium wood/leather-wrapped and heated steering wheel, Platinum Chrome accents and the top-of-the-line Uconnect® 8.4-inch touchscreen radio that includes Navigation.

▶ All photos: Ram 1500 Limited.



# THOROUGHBRED SLEEK.
## LARAMIE LONGHORN® SOUTHFORK EDITION

▶ **WE TREAT SOPHISTICATION AS A BREED APART.** And Ram 1500
Laramie Longhorn Southfork would rule. Shown here in two-tone paint
with RV Match Walnut Brown lower and 20-inch aluminum wheels with
accent-color inserts. The crowning touch? That distinctive tailgate lettering.
Shown with available chrome wheel-to-wheel side steps.

▶ All photos: Ram 1500 Laramie Longhorn Southfork Edition.





# HOME ON THE RANGE.
## LARAMIE LONGHORN®

▶ **THIS CRAFT TAKES COMFORT TO THE EXTREME.**
The Ram 1500 Laramie Longhorn interior: premium
leather heated/ventilated front seats, genuine European
burl wood accents, authentic stitching, full-color multiview
Driver Information Display and welcome touches of silver.

▶ Ram 1500 Laramie Longhorn interior in Cattle Tan/Black.

Properly secure all cargo.



# IT'S BIG ON FAMILY VALUES.
## LARAMIE®

▶ **SHOW SOME RESPECT TO THIS AUTHORITY.** Your call: standard 3.6L Pentastar® V6 or available 3.0L EcoDiesel V6 or legendary 5.7L HEMI® V8. Your pleasure: chrome grille with chrome wave inserts, body-color wheel flares, projector headlamps and 20-inch chrome-clad aluminum wheels.

Properly secure all cargo.

▶ Ram 1500 Laramie® in Delmonico Red Pearl, shown with optional RamBox® Cargo Management System.



# SIX-PACK WITH NO CRUNCHES.
## LARAMIE®

▶ **SCULPTED, SOFT AND SUPPLE—WITH ROOM FOR SIX.**
The refinement of the Ram 1500 Laramie interior: standard seating
that easily accommodates six, heated and ventilated leather-trimmed
seats for the driver and front passenger, heated steering wheel, power
adjustable pedals with memory, Dual-Zone Automatic Temperature
Control and Premium II 10-speaker audio system with subwoofer.

▶ Ram 1500 Laramie® standard seating for six in Light Frost Beige.

# THIS STAR SHINES BRIGHTLY.
## NIGHT

▶ **JUST THE RIGHT TOUCH OF DARKNESS.** Powered by the 3.6L Pentastar® V6 or available 5.7L HEMI® V8, Night shines with its Black projector headlamps, Black grille and badges, and Luxury Group: heated deluxe vinyl/cloth high-back front bucket seats with 10-way power driver seat, heated and leather-wrapped steering wheel, Uconnect® 8.4-inch touchscreen radio and authoritative semi-gloss 20-inch aluminum wheels in Black.



▶ Ram 1500 Night shown in Flame Red with available Mopar® Black Running Boards and Cat-Back Performance Exhaust.

▶ Available Mopar Cold Air Intake Kit.

▶ Shown with available Sport performance hood.

# STANDOUT TEAM PLAYER.
## SPORT

▶ **IT'S A WHOLE NEW BALL GAME.** The 3.6L Pentastar® V6, optional 5.7L HEMI® V8 or optional 3.0L EcoDiesel V6—all mated to the TorqueFlite® 8-speed automatic—create a very enviable playing field. To that, add bifunctional projector headlamps, full front fascia, new Sport RAM grille and rear bumper in body-color, the Luxury Group and the Heated Seats and Wheel Group—all riding on 20-inch polished aluminum wheels.



▶ Ram 1500 Sport shown in Bright White with available Sport performance hood.



# NEW HAND ON THE FARM.
## HARVEST

▶ **THE BOUNTY OF AMERICA.** Meet the new Ram 1500 Harvest Edition—an upscale pickup designed and built to meet the many needs of the original growth industry: agriculture. With multiple powertrain choices in 4x2 and 4x4 configurations, Harvest features a chrome mesh grille, standard monotone exterior in four available colors (with Bright Silver lower two-tone available with all colors), cab-length Black tubular side steps, a spray-in bedliner, Mopar® Bumper Step and Mud Flaps with sharp 17-inch chrome-clad aluminum wheels.



▶ Ram 1500 Harvest Edition shown in Case IH Red with available Bright Silver lower. Shown below in New Holland Blue.



# A SILVER STAR FOR TEXAS.
## LONE STAR SILVER EDITION*

▸ **CAPABILITY AND LOOKS. YOU'VE EARNED IT.** The Silver
Edition for Ram 1500 Lone Star* is pure muscle under flawless skin,
with standard 3.6L Pentastar® V6 (or optional EcoDiesel V6 or
HEMI® V8), outstanding electronics—and eye-catching touches
inside and out. Look for Sport vinyl/cloth high-back bucket seats in
Light Frost or a Black/Diesel treatment, surrounded by chrome for
the mesh grille, mirrors, belt moldings and wheel-to-wheel side steps.
Handy tow hooks and 20-inch polished aluminum wheels meld
functionality with aesthetics.



▸ Ram 1500 Lone Star Silver Edition* shown in Bright Silver.

▸ Ram 1500 Lone Star* shown with optional Black Appearance Group.

Properly secure all cargo.

*Lone Star Model available only in Texas.



# LIFE IN THE FAST LANE.
## EXPRESS

▶ **EXPRESS YOURSELF.** Ram 1500 Express®
delivers powerful choices: a full body-color front fascia,
rear bumper and grille, fog lamps, 17-inch aluminum
wheels, 3.6L Pentastar® V6 or optional 5.7L HEMI® V8
mated to the standard TorqueFlite® 8-speed automatic.

▶ Ram 1500 Express shown with optional Black Express Group.



## RAM 1500 TRIM LEVELS

### TRADESMAN®
Ready-to-work attitude with every economy you need
(shown with optional Chrome Appearance Group)



#### POWERTRAIN
- 3.6L Pentastar® V6 Flex Fuel 24V Variable Valve Timing (VVT) engine/8-speed automatic (22B)
- 5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/8-speed automatic (26B/27B)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28B)

### EXPRESS
Pure capability with functional interiors



#### POWERTRAIN
- 3.6L Pentastar V6 Flex Fuel 24V VVT engine/8-speed automatic (22J)
- 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26J/27J)

### STANDARD FEATURES:



#### INTERIOR AMENITIES
- Heavy-duty vinyl 40/20/40 split bench seat
- Front armrest with three cup holders
- Power windows and locks (Quad Cab® and Crew Cab)
- 2nd-row in-floor storage bins (Crew Cab)
- Rear folding seat (Quad Cab and Crew Cab)
- Black vinyl floor covering
- Rear fixed window
- Tinted-glass windows
- Rearview day/night mirror
- Manual air conditioning
- Instrument cluster with 3.5-inch Driver Information Display
- Black instrument-panel bezel
- 3.0 AM/FM radio
- Six-speaker audio system
- Media Hub with audio jack and remote USB port
- 12-volt auxiliary power outlet

#### EXTERIOR FEATURES
- Black power heated mirrors (Quad Cab and Crew Cab)
- Incandescent taillamps
- Quad-halogen headlamps
- Black front and rear bumpers
- Black upper fascia
- Black grille and door handles
- Locking tailgate
- Spray-in bedliner
- 17-inch steel wheels
- P265/70R17 BSW All-Season tires

#### CAPABILITY & FUNCTIONALITY
- Electronic shift-on-the-fly part-time transfer case (4x4 only)
- Trailer-tow wiring with 4- and 7-pin connector
- Class IV hitch receiver
- 26-gallon fuel tank (5' 7" and 6' 4" beds)
- 32-gallon fuel tank (8' bed; non-EcoDiesel models)
- Speed control
- Electronic power rack and pinion steering
- Front heavy-duty shock absorbers
- Rear heavy-duty shock absorbers
- Front stabilizer bar
- Active Grille Shutters

#### SAFETY & SECURITY
- Six air bags[1] including driver and front-passenger, side-curtain and front-seat side-mounted
- Electronic Stability Control (ESC)[6]
- Antilock 4-wheel disc brakes
- Sentry Key® Theft Deterrent System
- Tire Pressure Monitoring System with display
- ParkView® Rear Back-Up Camera[5] (now standard on all models)

### INCLUDES SELECT TRADESMAN FEATURES, PLUS:

#### INTERIOR AMENITIES
- Carpet floor covering
- Front and rear floor mats

#### EXTERIOR FEATURES
- Fog lamps
- Body-color full front fascia
- Body-color grille
- Body-color rear bumper
- 17-inch aluminum wheels



#### TRADESMAN HFE
- Includes vinyl 40/20/40 front bench seat, vinyl folding rear bench seat with underseat compartment, tri-folding tonneau cover, HFE badge, wheel-to-wheel side steps, 20-inch aluminum wheels, 800-amp battery, 230-amp alternator, 3.55 axle ratio and Active Grille Shutters

#### AVAILABLE BLACK EXPRESS GROUP
- Includes Popular Equipment Group, Power and Remote Entry Group, Black badges, Black bezel headlamps, Black painted grille, Uconnect® 3 with 5-inch display and 20-inch Black painted aluminum wheels

## RAM 1500 TRIM LEVELS

### LONE STAR*/BIG HORN®
Richly appointed—in a trim exclusively for Texas
(shown with optional RamBox®
Cargo Management System)



### HARVEST
An upscale pickup in four distinctive colors—
and that honors agriculture



**POWERTRAIN**
- 3.6L Pentastar® V6 Flex Fuel 24V Variable Valve Timing (VVT) engine/8-speed automatic (22R/22S)
- 5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/8-speed automatic (26R/27R/26S/27S)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28R/28S)

**POWERTRAIN**
- 3.6L Pentastar V6 24V VVT engine/8-speed automatic (22U)
- 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26U/27U)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28U)

#### INCLUDES SELECT EXPRESS FEATURES, PLUS:



#### INCLUDES SELECT BIG HORN FEATURES, PLUS:



**INTERIOR AMENITIES**
- Premium cloth 40/20/40 bench seat
- Rear 60/40 split-folding seat
- Overhead console with Universal Garage Door Opener
- Sun visors with illuminating vanity mirrors
- Rearview auto-dimming mirror with microphone
- Black 6 x 9-inch power heated/folding mirrors with supplemental lighting
- Premium instrument cluster with 7-inch Driver Information Display
- Glove box lamp
- Ashtray lamp
- Rear dome lamp with on/off switch
- Leather-wrapped steering wheel
- Power 10-way driver's seat with power lumbar adjuster
- Steering wheel-mounted audio controls
- Uconnect® 4C radio with Bluetooth® Voice Command[10]
- 115-volt auxiliary power outlet
- Dual-Zone Automatic Temperature Control
- SiriusXM® Satellite Radio[8] with one-year trial subscription

**EXTERIOR FEATURES**
- Fog lamps
- Chrome grille with chrome billet inserts
- LED bed lighting
- 20-inch chrome-clad aluminum wheels

**CAPABILITY & FUNCTIONALITY**
- Electronic shift-on-demand transfer case (4x4 only)
- Class IV hitch receiver

**SAFETY & SECURITY**
- Security alarm
- Remote Start
- ParkSense® Front and Rear Park Assist[5]

**INTERIOR AMENITIES**
- Premium cloth high-back bucket seats with full-length floor center console
- Rear 60/40 split-folding seat
- Overhead console with Universal Garage Door Opener
- Sun visors with illuminating vanity mirrors
- Rearview auto-dimming mirror with microphone
- Chrome 6 x 9-inch power heated/folding mirrors with supplemental lighting
- Premium instrument cluster with 7-inch Driver Information Display
- Glove box lamp
- Ashtray lamp
- Rear dome lamp with on/off switch
- Leather-wrapped steering wheel
- Power 10-way driver's seat with power lumbar adjuster
- Steering wheel-mounted audio controls
- Uconnect 4C NAV radio with Bluetooth Voice Command[10]
- 115-volt auxiliary power outlet
- Dual-Zone Automatic Temperature Control
- SiriusXM Satellite Radio[8] with one-year trial subscription

**EXTERIOR FEATURES**
- Fog lamps
- Chrome grille with chrome mesh inserts
- Body-color wheel flares
- Mopar® Mud Flaps
- Mopar Bumper Step
- Spray-in bedliner
- LED bed lighting
- Cab-length Black tubular side steps
- 17-inch chrome-clad aluminum wheels

**CAPABILITY & FUNCTIONALITY**
- Electronic shift-on-the-fly part-time transfer case (4x4 only)
- Tow hooks
- Skid plates



### AVAILABLE LONE STAR
SILVER EDITION*
- Includes Sport vinyl/cloth bucket seats in Light Frost or Black/Diesel, Silver Edition badge, tow hooks, chrome mesh grille, chrome mirrors, chrome belt moldings and chrome wheel-to-wheel side steps with 20-inch polished aluminum wheels

## RAM 1500 TRIM LEVELS

### SPORT
Head-turning good looks—with character to match (shown with optional RamBox® Cargo Management System)



### NIGHT
Muscle and comfort for any time of day (shown with optional RamBox® Cargo Management System and Sport performance hood)



#### POWERTRAIN
• 3.6L Pentastar® V6 Flex Fuel 24V Variable Valve Timing (VVT) engine/8-speed automatic (22L)
• 5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/8-speed automatic (26L/27L)
• 3.0L EcoDiesel V6 engine/8-speed automatic (28L)

#### POWERTRAIN
• 3.6L Pentastar V6 Flex Fuel 24V VVT engine/8-speed automatic (22Q)
• 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26Q/27Q)

### INCLUDES SELECT BIG HORN® FEATURES, PLUS:



### INCLUDES SELECT SPORT FEATURES, PLUS:



#### INTERIOR AMENITIES
• Heated front seats
• Heated steering wheel
• Deluxe cloth high-back bucket seats with full center console
• Luxury Group
• Heated Seats and Wheel Group
• Dual-Zone Automatic Temperature Control

• Instrument panel with premium bezel
• LED interior lighting
• Power-adjustable pedals
• Rearview auto-dimming mirror with microphone
• SiriusXM® Satellite Radio® with one-year trial subscription

#### EXTERIOR FEATURES
• Premium bifunctional halogen projector Black headlamps
• Body-color full front fascia
• Body-color Sport RAM grille
• Body-color power heated/folding mirrors with supplemental lighting

• Auto-dimming exterior mirrors
• Body-color rear bumper
• Sport LED taillamps
• 20-inch polished aluminum wheels
• P275/60R20 OWL All-Season tires

#### INTERIOR AMENITIES
• Heated front seats
• Heated steering wheel
• Deluxe cloth high-back bucket seats with full center console
• Luxury Group
• Heated Seats and Wheel Group
• Dual-Zone Automatic Temperature Control

• Instrument panel with premium bezel
• LED interior lighting
• Power-adjustable pedals
• Rearview auto-dimming mirror with microphone
• SiriusXM Satellite Radio® with one-year trial subscription

#### EXTERIOR FEATURES
• Black grille surround with Black mesh insert
• Black badges

• Black RAM tailgate badge
• 20-inch Black semi-gloss aluminum wheels



## RAM 1500 TRIM LEVELS

### REBEL®

Customized features, do-it-all-anywhere attitude and formidable capability (shown with optional RamBox® Cargo Management System)



### LARAMIE®

Where luxury and leather trim create a blend of sophistication and style



#### POWERTRAIN

- 3.6L Pentastar® V6 Flex Fuel 24V Variable Valve Timing (VVT) engine/8-speed automatic (22W)
- 5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/8-speed automatic (26W)

#### POWERTRAIN

- 3.6L Pentastar V6 Flex Fuel 24V VVT engine/8-speed automatic (22H)
- 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26H/27H)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28H)

**INCLUDES SELECT SPORT FEATURES, PLUS:**



**INCLUDES SELECT SPORT FEATURES, PLUS:**



#### INTERIOR AMENITIES

- Unique Rebel premium cloth bucket seats with embossed tread pattern
- Rear 60/40 split-folding seat
- Unique Rebel interior accents
- Heated leather-wrapped steering wheel with Red accent stitching
- Unique Rebel door trim panels
- Dual-Zone Automatic Temperature Control
- Unique Rebel rubber floor mats
- Heated front seats
- Fold-flat load floor storage

- Power 10-way driver's seat with power lumbar adjuster
- Steering wheel-mounted audio controls
- 115-volt auxiliary power outlet
- Premium instrument cluster with 7-inch Driver Information Display
- Uconnect® 4C radio with Bluetooth® Voice Command[10]
- SiriusXM® Satellite Radio[8] with one-year trial subscription

#### EXTERIOR FEATURES

- Bifunctional Sport halogen projector headlamps
- LED fog lamps
- Black powder-coated front and rear bumpers
- Black headlamp filler panel
- Unique Rebel RAM grille
- Sport performance hood
- Black wheel flares

- Body-color door handles
- RAM tailgate badge
- Rebel tailgate badge
- Sport LED taillamps
- 17-inch unique Rebel aluminum wheels with Matte Black pockets
- Toyo® LT285/70R17E BSW Open Country tires

#### CAPABILITY & FUNCTIONALITY

- Front Bilstein® monotube performance shocks
- Rear Bilstein monotube performance shocks
- Antispin rear differential

- Class IV hitch receiver
- Active-Level™ Four-Corner Air Suspension System
- Tow hooks

#### SAFETY & SECURITY

- ParkSense® Rear Park Assist[5]

#### INTERIOR AMENITIES

- Dual-Zone Automatic Temperature Control
- Heated driver and front-passenger seats
- Heated steering wheel
- Ventilated driver and front-passenger seats
- Leather-trimmed 40/20/40 bench seat
- Deluxe door trim panels
- Power-adjustable pedals with memory

- Instrument-panel woodgrain bezel
- Premium II 10-speaker audio system with subwoofer
- Power 10-way memory driver/6-way passenger seats
- SiriusXM Satellite Radio[8] with one-year trial subscription

#### EXTERIOR FEATURES

- Bifunctional projector chrome headlamps
- Chrome grille with chrome wave inserts
- Chrome 6 x 9-inch exterior mirrors with memory
- Body-color wheel flares

- Premium LED taillamps
- Laramie tailgate badge
- 20-inch chrome-clad aluminum wheels



#### BLACK REBEL GROUP

- Includes Black powder-coated front bumper, 17-inch Black painted aluminum wheels and all-Black interior (shown with optional monotone paint and optional RamBox Cargo Management System)



#### AVAILABLE TWO-TONE PAINT

- Includes lower accent-color paint in Bright Silver (shown) or RV Match Walnut Brown Metallic and accent-color wheel flares (shown with optional RamBox Cargo Management System)

Complete features, options and available packages for all trim levels are in the Buyer's Guide.

## RAM 1500 TRIM LEVELS

### LARAMIE LONGHORN®

Refinement meets power and comfort
(shown with optional RamBox® Cargo
Management System)



#### POWERTRAIN
- 5.7L HEMI® V8 Multi-Displacement System (MDS) Variable Valve Timing (VVT) engine/8-speed automatic (26K)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28K)

#### INCLUDES SELECT LARAMIE® FEATURES, PLUS:



#### INTERIOR AMENITIES
- Premium filigree leather bucket seats
- Premium wood/leather-wrapped steering wheel
- Premium door trim panels
- Luxury front and rear floor mats
- Full-length premium floor console
- Laramie Longhorn instrument cluster with 7-inch Driver Information Display
- Laramie Longhorn interior accents
- Heated second-row seats
- Mopar® Bright Door Entry Guards
- Uconnect® 4C NAV radio
- SiriusXM® Satellite Radio[8] with one-year trial subscription

#### EXTERIOR FEATURES
- Chrome RAM grille
- Tow hooks
- Accent-color front and rear bumpers
- Accent-color running boards and wheel flares
- Lower accent two-tone paint
- Spray-in bedliner
- LED bed lighting
- Unique Laramie Longhorn badges on doors and tailgate
- Dual rear exhaust with chrome tips
- 20-inch polished aluminum wheels with accent-color inserts

#### CAPABILITY & FUNCTIONALITY
- 32-gallon fuel tank

#### SAFETY & SECURITY
- ParkSense® Front and Rear Park Assist[5]
- Remote Start System
- Keyless Enter 'n Go™
- Rain-sensitive windshield wipers
- Auto High-Beam Headlamp Control

### LIMITED

Black leather treatment joins stunning technology—
and adds a new Tungsten Edition



#### POWERTRAIN
- 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26V)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28V)

#### INCLUDES SELECT LARAMIE LONGHORN FEATURES, PLUS:



#### INTERIOR AMENITIES
- Limited leather bucket seats
- Luxury front and rear floor mats
- Leather-wrapped grab handles
- Luxury door trim panels
- Rear-window defroster
- Limited cluster with 7-inch Driver Information Display
- Premium wood/leather-wrapped steering wheel
- SiriusXM Satellite Radio[8] with one-year trial subscription

#### EXTERIOR FEATURES
- Body-color full front fascia
- Chrome RAM grille
- Chrome bodyside moldings
- Chrome belt moldings
- Body-color rear bumper
- Unique Limited tailgate
- 20-inch polished aluminum wheels with Gray inserts
- Chrome wheel-to-wheel side steps (if equipped with the HEMI V8)

#### CAPABILITY & FUNCTIONALITY
- Active-Level™ Four-Corner Air Suspension System
- Tow hook delete



DEALER ePROCESS

#### AVAILABLE LARAMIE LONGHORN SOUTHFORK EDITION
(shown with available monotone paint)
- Includes unique Canyon Brown/Frost leather seating with Light Graystone suede headliner, wood accents for the steering wheel, door, center stack and console, leather-wrapped A- and B-pillar grab handles, LONGHORN glove box badge, floor mats in Canyon Brown/Frost with metal LONGHORN badge, galvanized metal interior accents and new LONGHORN tailgate badge

#### AVAILABLE LIMITED TUNGSTEN
- Includes Frost/Indigo leather seating with Light Graystone suede headliner, Tungsten bodyside moldings, exterior badges and RAM grille; body-color wheel flares, running boards, mirrors, door handles and RAM tailgate lettering; body-color painted bumpers, Sport projector headlamps and Sport LED taillamps, Sport performance hood, 20-inch Satin Carbon painted aluminum wheels and brushed Tungsten center-stack bezel

Complete features, options and available packages for all trim levels are in the Buyer's Guide.

**RAM 1500 INTERIOR FABRICS**



**Vinyl**
**Diesel Gray**
Tradesman,® Express and Tradesman HFE



**Sedoso/Alloy Cloth**
**Diesel Gray**
Tradesman and Express



**Sedoso/Carbide Cloth**

| **Diesel Gray** | **Canyon Brown** |
|---|---|
| Lone Star*/Big Horn,® Harvest and Lone Star Silver Edition* | Lone Star*/Big Horn, Harvest and Lone Star Silver Edition* |



**Vinyl/Cloth with Embossed Tread Pattern**
**Radar Red/Black**
Rebel®



**Vinyl/Cloth with Embossed Tread Pattern**
**Black**
Rebel



**Bristol/Sport Mesh Cloth**

| **Black** | **Light Frost Beige** |
|---|---|
| Sport, Night and Lone Star Silver Edition* | Lone Star Silver Edition* |



**Bristol Leather/Perforated Leather Trim**

| **Black** | **Light Frost Beige** |
|---|---|
| Sport, Night, Rebel and Laramie® | Laramie |



**Natura Plus Leather with Laser Etching/**
**Perforated Leather with Dark Saddle Piping**
**and Tan Accent Stitching**
**Canyon Brown**
Laramie Longhorn®



**Natura Plus Leather/Perforated Leather**

| **Dark Saddle Piping and Tan Accent Stitching Canyon Brown** | **Black Piping and Black Accent Stitching Cattle Tan** |
|---|---|
| Laramie Longhorn | Laramie Longhorn |



**Natura Plus Leather/Perforated Leather**
**with Canyon Brown Piping and Ruby Red**
**Accent Stitching**
**Canyon Brown/Frost**

| **With Laser Etching** | **Without Laser Etching** |
|---|---|
| Laramie Longhorn Southfork Edition | Laramie Longhorn Southfork Edition |



**Natura Plus Leather/Perforated Leather with**
**Medium Graystone Piping and Accent Stitching**
**Black**
Limited and Limited Tungsten



**Natura Plus Leather/Perforated Leather with**
**Indigo Piping and Accent Stitching**
**Frost/Indigo**
Limited Tungsten

*Lone Star model available only in Texas.

## RAM 1500 WHEELS



17-inch Argent Steel
Standard on Tradesman® (WFP)



17-inch Painted Aluminum
Standard on Express
Optional on Tradesman (WFE)



17-inch Chrome-Clad Aluminum
Standard on Harvest
Optional on Lone Star®/Big Horn® and Laramie® (WFJ)



17-inch Aluminum
**Left:** Polished with Matte Black Painted Pockets. Standard on Rebel® (WFK)
**Right:** Matte Black Painted. Packaged with Black Rebel Group (WFF)



20-inch Painted Aluminum
Standard on Tradesman HFE
Optional on Harvest (WHE)



20-inch Chrome-Clad Aluminum
Optional on Express (WR2)



20-inch Aluminum Painted Semi-Gloss Black
Packaged with Black Express Group
and Black Appearance Group
Optional on Harvest (WHN)



20-inch Chrome-Clad Aluminum
Standard on Lone Star®/Big Horn (WHK)



20-inch Aluminum
**Left:** Polished. Standard on Sport (WRF)
**Right:** Painted Semi-Gloss Black. Standard on Night;
Available on Sport (WRL)



20-inch Chrome-Clad Aluminum
Standard on Laramie (WR6)



20-inch Aluminum with Polished Face
**Left:** With Accent-Color Inserts. Standard on
Two-Tone Laramie Longhorn® (WRN)
**Right:** With Silver Inserts. Standard on Laramie Longhorn with
Monotone Paint (WRJ)



20-inch Polished Aluminum
Packaged with Lone Star Silver Edition* (WRT)



20-inch Polished Aluminum with Mineral Gray Inserts
Standard on Limited (WRA)



20-inch Satin Carbon Painted Aluminum with Mineral Gray Inserts
Packaged with Limited Tungsten (WRS)



22-inch Forged Aluminum
**Left:** Polished. Standard on 4x2 Sport Reg Cab
Optional on 4x2 Crew Cab Sport (WPZ)
**Right:** Black Painted. Optional on 4x2 Reg Cab,
Crew Cab Sport and Night (WPV)

## CONFIGURATIONS

| | CAB | | | BOX | | | SEATING | |
|---|---|---|---|---|---|---|---|---|
| | Regular Cab | Quad Cab® | Crew Cab | 5' 7" Box | 6' 4" Box | 8' Box | 40/20/40 Bench Seat | Bucket Seats |
| **Tradesman** | • | • | • | Crew Cab | All Cabs | Reg Cab | S | N/A |
| **Tradesman HFE** | N/A | • | N/A | N/A | • | N/A | S | N/A |
| **Express** | • | • | • | Crew Cab | Reg or Quad Cab | Reg Cab | S | N/A |
| **Lone Star*/Big Horn®** | • | • | • | Crew Cab | All Cabs | Reg Cab | S | Optional |
| **Harvest** | N/A | • | • | Crew Cab | Quad or Crew Cab | N/A | Optional | S |
| **Sport** | • | • | • | Crew Cab | All Cabs | N/A | N/A | S |
| **Night** | • | • | • | Crew Cab | All Cabs | N/A | N/A | S |
| **Rebel** | N/A | N/A | • | • | N/A | N/A | N/A | S |
| **Laramie** | N/A | • | • | Crew Cab | Quad or Crew Cab | N/A | S | Optional |
| **Laramie Longhorn** | N/A | N/A | • | • | • | N/A | N/A | S |
| **Limited** | N/A | N/A | • | • | • | N/A | N/A | S |

• = Available Configuration    N/A = Not Available    S = Standard Configuration

*Lone Star model available only in Texas.

## RAM 1500 EXTERIOR COLORS


Bright White


Pearl White


Bright Silver Metallic


Granite Crystal Metallic


Maximum Steel Metallic


Brilliant Black Crystal Pearl


Blue Streak Pearl


True Blue Pearl


RV Match Walnut Brown Metallic


Flame Red


Delmonico Red Pearl

## PAINT COLORS AND TWO-TONE OPTIONS

| | Bright White | Pearl White | Bright Silver | Granite Crystal | Maximum Steel | Brilliant Black Crystal | Blue Streak | True Blue | RV Match Walnut Brown | Flame Red | Delmonico Red Pearl |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tradesman® | • | N/A | • | • | • | • | • | • | • | • | • |
| Express | • | N/A | • | • | • | • | • | • | N/A | • | • |
| Lone Star*/Big Horn® | • | N/A | • | • | • | • | • | • | • | • | • |
| Harvest | •, ▪ | N/A | N/A | N/A | N/A | •, ▪ | N/A | N/A | N/A | N/A | N/A |
| Sport | • | N/A | • | • | • | • | • | • | N/A | • | • |
| Night | • | N/A | • | • | N/A | • | N/A | N/A | N/A | • | N/A |
| Rebel® | •, ■ | •, ■ | •, ■ | •, ■ | ■ | • | •, ■ | •, ■ | • | •, ■ | •, ■ |
| Laramie® | •, ▪, □ | •, ▪, □ | •, □ | • | •, ▪, □ | •, ▪, □ | • | •, ▪, □ | •, ▪ | • | •, ▪, □ |
| Laramie Longhorn® | •, □ | •, □ | •, □ | • | •, □ | •, □ | N/A | •, □ | • | • | •, □ |
| Limited | • | • | • | • | • | • | • | • | N/A | N/A | • |

• = Available Monotone Color    ■ = Black Lower    ▪ = Silver Lower    □ = RV Match Walnut Brown Metallic Lower    N/A = Not Available


Laramie shown in Delmonico Red Pearl with Silver lower


Laramie Longhorn shown in Pearl White with RV Match Walnut Brown Metallic lower

To see examples of all possible paint combinations, visit ramtrucks.com

*Lone Star model available only in Texas.



# RAM 1500 BUYER'S GUIDE

| | Sales Code | Tradesman® Reg/Quad/Crew | Tradesman HFE Quad | Express Reg/Quad/Crew | Lone Star*/Big Horn® Reg/Quad/Crew | Harvest Quad/Crew | Lone Star Silver Edition* Crew | Sport Reg/Quad/Crew | Night Reg/Quad/Crew | Rebel® Crew | Laramie® Quad/Crew | Laramie Longhorn® Crew | Limited Crew |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPOS | | B | E | J | R/S | U | N | L | Q | W | H | K | V |
| **ENGINES / TRANSMISSIONS** | | | | | | | | | | | | | |
| 3.6L Pentastar® Flex Fuel 24V Variable Valve Timing (VVT) V6 / 8HP45 8-speed automatic | ERB/DFL | S | – | S | S | S | S | S | S | S (4x4) | – | – | |
| 5.7L HEMI® V8 with VVT and Fuel Saver Technology / 8HP70 8-speed automatic | EZH/DFK/DFD | O | – | O | O | O | O | S/O | S/O | S (4x2) O (4x4) | O | S | |
| 3.0L EcoDiesel V6 / 8HP70 8-speed automatic | EXF/DFD | O | S | – | O | O | O | O | – | O | O | O | |
| **MECHANICAL FEATURES** | | | | | | | | | | | | | |
| ACTIVE GRILLE SHUTTERS (included with 8-speed automatic transmission) | MDX | P | S | P | P | P | P | P | P | – | P | P | P |
| ALTERNATOR – 160-amp | BAB | S | – | S | S | S | S | S | S | S | S | S | S |
| – 180-amp (included with V8 if fleet option 4FM is ordered) | BAD | P | – | P | P | P | P | P | P | P | P | P | P |
| – 230-amp (included with EcoDiesel V6) | BAM | P | S | – | P | P | P | P | – | – | P | P | P |
| AXLE – 3.21 ratio (not available with EcoDiesel V6) | DMC | S | S | S | S | S | S | S | S | O/S | S | S | S |
| – 3.55 ratio (included with EcoDiesel V6; not available with HEMI V8 with 8-speed automatic transmission) | DMD | O/P | S | O | O/P | O/P | O/P | O/P | O | – | O/P | O/P | O/P |
| – 3.92 ratio (included with Sport Regular Cab 4x2) | DMH | O | – | O | O | O | O | O | S | O | O | O | O |
| – Antispin rear differential (included with Sport Regular Cab 4x2) | DSA | O | – | O | O | O | O | O/P | O | S | O | O | O |
| BATTERY – 730-amp | BCN | S | – | S | S | S | S | S | S | S | S | S | S |
| – 800-amp (included with EcoDiesel V6) | BCF | P | S | – | P | P | P | P | – | – | P | P | P |
| ENGINE BLOCK HEATER (included with Cold Weather Group if equipped with EcoDiesel) | NHK | O/P | P | O | O/P | O/P | O/P | O/P | O | O/P | O/P | O/P | O/P |
| ENGINE COOLING – Heavy-duty (included with HEMI V8) | NMC | P | – | P | P | P | P | P | P | P | P | P | P |
| – Maximum-duty (packaged with EcoDiesel) | NMX | P | – | P | P | P | P | – | – | P | P | P | P |
| FUEL TANK – 26-gallon (included with EcoDiesel V6) | NFW | S | S | S | S | S | S | S | S | S | S | S | S |
| – 32-gallon (included with 8'-box model; not available with EcoDiesel V6 or on Regular Cab short-box models; optional on 6' 4'' and 5' 7''-box models) | NFX | O/P | – | O | O | O | O | O | O | O | O | O | O |
| MOPAR® REAR BUMPER STEP EXTENSION | MDM | – | – | – | S | – | – | S | – | – | – | S | – |
| SHOCK ABSORBERS – Front heavy-duty | SFB | S | – | S | S | S | S | – | – | – | S | S | S |
| – Rear, heavy-duty | SGB | S | S | S | S | S | S | – | – | – | S | S | S |
| – Front, Bilstein® Performance | SFC | – | – | – | – | – | – | S | – | – | – | – | – |
| – Rear, Bilstein Performance | SGC | – | – | – | – | – | – | S | – | – | – | – | – |
| STABILIZER BAR – Front | SHA | S | S | S | S | S | S | S | S | S | S | S | S |
| – Rear (not available on Regular Cab 4x2 8'-box models; included with 3.6L V6 on Regular Cab 4x2 6' 4'' box; included with Sport Regular Cab 4x2) | SHF | S | S | S | S | S | S | S | S | S | S | S | S |
| STEERING – Electronic rack and pinion | SBA | S | S | S | S | S | S | S | S | S | S | S | S |
| SUSPENSION – Front, upper and lower A-arms, coil springs, twin-tube shocks | | S | S | S | S | S | S | S | S | S | S | S | S |
| – Rear, five-link, coil springs, twin-tube shocks | | S | S | S | S | S | S | S | S | S | S | S | S |
| – Active-Level™ Four-Corner Air Suspension System includes: front upper and lower A-arms, air springs, twin-tube shocks; rear five-link, air springs, twin-tube shocks, air compressor, dual closed-loop system storage tanks (Quad Cab® and Crew Cab only; not available for Crew Cab 4x2 models with 6' 4'' box) | SER | O | – | O | O | O | O | O | – | O | O | O | S |
| TRAILER HITCH – Class IV hitch receiver (included with Trailer-Tow Mirrors and Brake Group) | XFH/XF9 | S | – | O/P | S | O | O | O/P | O/P | S | S | S | S |
| TRANSFER CASE – Electronic part-time (4x4 models only) | DH9 | S | – | S | S | S | S | – | – | – | S | S | S |
| – Electronic on-demand (4x4 models only) | DH8 | – | – | – | – | – | – | S | S | S | S | S | S |
| WINCH – Tire carrier | TBM | S | S | S | S | S | S | S | S | S | S | S | S |
| **EXTERIOR FEATURES** | | | | | | | | | | | | | |
| BED LIGHTING SYSTEM – LED, included with RamBox® System and Luxury Group | LPL | O/P | – | O/P | S | S | S | P | P | P | O/P | S | S |
| BED RAILS – Chrome, tubular, for 5' 7'' and 6' 4'' bed sides (not available with RamBox System, tonneau cover or 22-inch aluminum wheels) | MEB | O | – | O | O | O | O | – | – | – | O | S | S |
| BEDLINER – Under-rail | XME | O | – | O | O | O | – | O | O | – | O | O | O |
| – Spray-in | XMF | O | – | O | O | O | S | O | O | O | O | O | O |
| BELT MOLDINGS, CHROME | MME | – | – | – | O | O | S | – | – | – | – | S | S |
| BODY MODEL – Regular Cab 6' 4'' box | 61 | O | – | O | O | – | – | O | – | – | O | – | – |
| – Regular Cab 8' box | 62 | O | – | O | O | – | – | O | – | – | O | – | – |
| – Quad Cab 6' 4'' box | 41 | O | – | O | O | O | – | O | – | – | O | – | – |
| – Crew Cab 5' 7'' box | 98 | O | – | O | O | O | – | O | – | – | O | – | – |
| – Crew Cab 6' 4'' box | 91 | O | – | O | O | O | – | O | – | – | O | – | – |
| BODYSIDE MOLDINGS – Chrome (optional with monotone paint only on Laramie) | MJB | – | – | – | O | O | S | – | – | – | O | – | – |
| – Platinum (included with Limited Tungsten Package) | MTG | – | – | – | – | – | – | – | – | – | – | – | P |
| BUMPERS – Front and rear Black | MB1/MBN | S | S | – | – | – | – | – | – | – | – | – | – |
| – Front and rear Black powder-coated | MCS/MB5 | – | – | – | – | – | – | S | S | – | – | – | – |
| – Front and rear painted body-color (included with Black Appearance Group) | MBA/MBC | – | – | – | P | – | – | S | S | – | – | – | – |
| – Front and rear lower accent-color | MBU/MBV | – | – | – | – | – | – | – | – | S | – | – | – |
| – Front and rear Chrome (included with monotone paint; included with Chrome Bumper Package and Chrome Appearance Group) | MCT/MBF | P | – | S | S | S | S | – | – | – | S | P | P |
| – Front body-color (included with Limited Tungsten Package) | MKJ | – | – | – | – | – | – | – | – | – | – | – | P |
| – Rear body-color | MBQ | – | – | – | S | – | S | – | – | – | – | – | S |
| DOOR HANDLES – Black (included with low-volume paint colors) | MNA | S | S | S | P | – | P | S | S | – | – | – | – |
| – Body-color (included with Black Appearance Group or Limited Tungsten Package) | MNK | – | – | – | – | – | – | S | S | – | – | – | P |
| – Chrome with body-color bezel | MNE | – | – | – | S | S | S | – | – | – | S | S | S |
| EXHAUST – Single rear (included with 3.6L V6) | | P | S | P | P | P | P | P | P | – | P | P | P |
| – Dual rear (included with HEMI V8 or EcoDiesel V6) | NER | – | P | P | P | P | P | P | P | S | P | P | P |
| FASCIA – Front upper, Black (included with low-volume paint colors) | MCL | S | S | – | P | – | P | P | P | S | – | – | – |
| – Front upper, body-color (included with Chrome Bumper Package) | MCM | – | – | – | S | S | S | – | – | – | S | S | S |
| – Front full, body-color | MBP | – | – | – | – | – | – | – | – | – | – | – | S |
| FOG LAMPS | LNJ/LNV | – | – | S | S | S | S | S | S | S | S | S | S |

S = Standard. O = Optional. P = Part of package. – = Not available.
Note: some features and/or applications may be late for sale availability.
*Lone Star model available only in Texas.

| CPOS | Sales Code | Tradesman® Reg/Quad/Crew (B) | Tradesman HFE Quad (E) | Express Reg/Quad/Crew (J) | Lone Star/Big Horn® Reg/Quad/Crew (R/S) | Harvest Quad/Crew (U) | Lone Star Silver Edition Crew (N) | Sport Reg/Quad/Crew (L) | Night Reg/Quad/Crew (Q) | Rebel® Crew (W) | Laramie® Quad/Crew (H) | Laramie Longhorn® Crew (K) | Limited Crew (V) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EXTERIOR FEATURES (CONTINUED)** | | | | | | | | | | | | | |
| GRILLE – Black surround, Black hex-link (included with low-volume paint colors) | MFF | S | S | – | – | – | – | – | – | – | – | – | – |
| – Black painted honeycomb grille (included with Black Express Group or Black Appearance Group) | MFS | – | – | P | P | – | – | – | S | – | – | – | – |
| – Black Rebel RAM grille | MFM | – | – | – | – | – | – | – | – | S | – | – | – |
| – Chrome surround, Black hex-link (included with Chrome Appearance Group) | MFD | P | – | – | – | – | – | – | – | – | – | – | – |
| – Body-color surround, Black hex-link | MFT | – | – | S | – | – | – | – | – | – | – | – | – |
| – Body-color Sport RAM grille | MAW | – | – | – | – | – | – | S | – | – | – | – | – |
| – Chrome surround, chrome billet-perf | MFH | – | – | – | – | S | – | – | – | – | – | – | – |
| – Chrome surround, chrome mesh insert | MFZ | – | – | – | – | S | S | – | – | – | – | – | – |
| – Chrome surround, chrome wave-perf | MF1 | – | – | – | – | – | – | – | – | – | S | – | – |
| – Chrome RAM grille | MFJ | – | – | – | – | – | – | – | – | – | S | S | – |
| – Tungsten RAM grille (included with Limited Tungsten Package) | MYV | – | – | – | – | – | – | – | – | – | – | – | P |
| HEADLAMPS / TAILLAMPS – Automatic | LMG | S | S | S | S | S | S | S | S | – | – | – | – |
| – Quad-lens halogen with incandescent taillamps | LME/LA6 | S | S | S | S | S | S | S | S | – | – | – | – |
| – Quad-lens halogen blackout-look with incandescent taillamps (included with Black Express Group or Black Appearance Group) | MFA/LA6 | – | – | P | P | – | – | – | S | – | – | – | – |
| – Sport blackout-look bifunctional halogen projector with LED turn/running lights and LED taillamps (included with Limited Tungsten Package) | LMM/LAE | – | – | – | – | – | – | S | – | – | – | – | P |
| – Premium bifunctional halogen projector with LED turn/running lights | LMC/LAD | – | – | – | – | – | – | – | – | – | S | S | S |
| – Auto High-Beam Headlamp Control (included with Convenience Group) | LMS | – | – | – | – | – | P | P | P | P | S | S | S |
| MIRRORS – Manual, Black, 6 x 9-inch (Regular Cab only) | GPU | S | – | S | – | – | – | – | – | – | – | – | – |
| – Power, heated, folding, Black, 6 x 9-inch (included with Popular Equipment Group or Power and Remote Entry Group) | GT6 | P | S | P | – | – | – | – | – | – | – | – | – |
| – Manual, folding trailer-tow, Black, 7 x 11-inch (included with Trailer-Tow Mirrors and Brake Group; Regular Cab only) | GPD | P | – | S | – | – | – | – | – | – | – | – | – |
| – Power, heated, auto-dimming, power-folding, Black, 6 x 9-inch; includes exterior courtesy lamps and supplemental turn signal (included with Luxury Group) | GUK | – | – | – | – | – | – | – | – | P | – | – | – |
| – Power, heated, power-folding, auto-dimming, body-color 6 x 9-inch; includes exterior courtesy lamps and supplemental turn signal | GT5 | – | – | – | – | – | S | S | – | – | – | – | – |
| – Power trailer-tow, manual folding, Black, 7 x 11-inch; includes exterior courtesy lamps and supplemental turn signal (included with Trailer-Tow Mirrors and Brake Group; not available on Regular Cab Tradesman or Express models) | GPG | P | – | P | P | P | P | P | P | – | – | – | – |
| – Power multifunction, heated, auto-dimming, power-folding, chrome, 6 x 9-inch; exterior courtesy lamps and supplemental turn signal; includes position memory for Laramie, Laramie Longhorn and Limited; includes body-color for Limited with Tungsten Package | GU4 | – | – | – | – | – | – | – | – | – | S | S | S |
| – Power trailer-tow multifunction, heated, auto-dimming, manual folding, chrome, 7 x 11-inch, with position memory, exterior courtesy lamps and supplemental turn signal (included with Trailer-Tow Mirrors and Brake Group) | GPC | – | – | – | – | – | – | – | – | – | P | P | P |
| MOPAR® REAR MUD FLAPS | MEG | – | – | – | – | S | – | – | – | – | – | – | – |
| RUNNING BOARDS – Accent-color | MRM | – | – | – | – | – | – | – | – | – | – | S | – |
| – Body-color (included with Limited Tungsten Package) | MRL | – | – | – | – | – | – | – | 0 | 0 | – | – | P/0 |
| SIDE STEPS – Tubular, cab-length, in chrome (included with monotone paint on Laramie Longhorn, included with EcoDiesel on Limited) | MRT | – | – | – | – | – | – | – | – | – | – | 0/P | P |
| – Tubular, cab-length, Black (optional with Black Express Group) | MRU | 0 | – | 0 | – | S | – | – | – | – | – | – | – |
| – Tubular, wheel-to-wheel, chrome (included with V8 on Limited) | MRA | 0 | S | 0 | 0 | 0 | – | S | P | – | – | – | – |
| SKID PLATE – Front suspension, 4x4 models only (included with Protection Group) | XEU | P | – | P | S | P | – | – | P | P | P | – | – |
| – Transfer case, 4x4 models only (included with Protection Group) | XEF | P | – | P | S | P | – | – | P | P | P | – | P |
| SPORT PERFORMANCE HOOD (included with Sport Regular Cab 4x2 model or Limited Tungsten Package) | MGB | – | – | – | – | – | – | S/P/0 | 0 | S | – | – | P |
| STORAGE – RamBox® Cargo Management System: includes pickup box with integrated bins which are weatherproof, lockable and drainable, bed rails with four adjustable cleats, dual-purpose bed divider/extender and LED bed lighting system (5' 7"- and 6' 4"-box models only; not available on 8' box) | XB9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TIRES – P265/70R17 BSW All-Season | TTM | 0 | – | – | – | – | – | – | – | – | – | – | – |
| – LT265/70R17E BSW All-Terrain A/T | TTB | 0 | – | – | – | – | – | – | – | – | – | – | – |
| – LT285/70R17E BSW All-Terrain | TWG | – | – | – | – | – | – | – | – | – | – | – | – |
| – P275/60R20 BSW All-Season (included with Black Express Group, included with optional 20-inch wheel) | TTN | – | S | P | S | – | S | – | – | – | – | – | – |
| – P275/60R20 OWL All-Season (included with WR2 and WHE 20-inch wheels) | TUB | – | 0 | P | 0 | P | 0 | S | – | – | – | – | – |
| – P285/45R22 BSW All-Season (included with 22-inch wheel) | TY4 | – | – | – | – | – | S/P | P | – | – | – | – | – |
| – Spare, full-size | TBB/TBS | S | S | S | S | S | S | S | S | S | S | S | S |
| TONNEAU COVER – Soft, tri-fold (available with or without RamBox System) | CS7/CSU | 0 | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOW HOOKS – Included with Protection Group (requires chrome bumpers for Limited) | XEA/XHW | P | – | P | S | S | – | – | S | S | 0/P | S | 0 |
| WHEEL FLARES – Black | MMZ | – | – | – | – | – | – | – | – | – | – | – | – |
| – Body-color (included with monotone paint on Laramie Longhorn models; included with Chrome Bumper Package on Tungsten Edition on Limited) | MML | – | – | – | – | – | S | – | – | – | S | P | P |
| – Accent-color (included with two-tone paint) | MRD | – | – | – | – | P | – | – | – | – | P | S | – |
| **INTERIOR FEATURES** | | | | | | | | | | | | | |
| AIR CONDITIONING – Manual | HAA | S | S | S | S | S | S | S | S | – | – | – | – |
| – Dual-Zone Automatic Temperature Control (included with 8.4 radios; Quad Cab® and Crew Cab only) | HAF | – | – | P | P | P | S | S | S | S | S | S | S |
| CLUSTER – Instrument, with 3.5-inch display screen for Driver Information Display | JAT | S | S | S | S | S | S | S | S | – | – | – | – |
| – Premium instrument, with 7-inch Driver Information Display (included with Luxury Group) | JA6 | – | – | – | – | – | – | – | – | S | – | – | – |
| – Premium Rebel instrument, with 7-inch Driver Information Display | JAJ | – | – | – | – | – | – | – | – | S | – | – | – |
| – Premium Laramie Longhorn instrument, with 7-inch Driver Information Display | JAX | – | – | – | – | – | – | – | – | – | – | S | – |
| – Premium Limited instrument, with 7-inch Driver Information Display | JAV | – | – | – | – | – | – | – | – | – | – | – | S |
| CONSOLE – Full-size floor console (with front bucket seats) | CUP | – | – | – | P | P | P | P | P | S | P | S | – |
| – Premium full-size floor with leather-wrapped accents | CVT | – | – | – | – | – | – | – | – | – | S | – | – |
| – Overhead (included with Uconnect® 5.0 radio) | CUN | – | – | P | – | – | – | – | – | – | – | – | – |
| – Overhead, with Universal Garage Door Opener (included with Luxury Group) | CV2 | – | – | – | S | S | S | S | S | S | S | S | S |

S = Standard.  0 = Optional.  P = Part of package.  – = Not available.
Note: some features and/or applications may be late availability.
*Lone Star model available only in Texas.

**RAM 1500 BUYER'S GUIDE**

## INTERIOR FEATURES (CONTINUED)

| | Sales Code | Tradesman® Reg/Quad/Crew | Tradesman HFE Quad | Express Reg/Quad/Crew | Lone Star/Big Horn® Reg/Quad/Crew | Harvest Quad/Crew | Lone Star Silver Edition/ Crew | Sport Reg/Quad/Crew | Night Reg/Quad/Crew | Rebel® Crew | Laramie® Quad/Crew | Laramie Longhorn® Crew | Limited Crew |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPOS | | B | E | J | R/S | U | N | L | Q | W | H | K | V |
| FLOOR MATS – Front/rear carpeted (included with Popular Equipment Group) | CLA/CLB | P | – | S | S | – | S | S | S | – | S | – | – |
| – Front/rear, rubber | CLY/ CLF/CL3 | O | – | O | O | S | O | O | O | S | O | – | – |
| – Front/rear, luxury | CLZ/CLL | – | – | – | – | – | – | – | – | – | – | S | S |
| LOAD FLOOR – Rear fold-flat (Quad Cab® and Crew Cab only; included with premium cloth and leather seats) | CVN | – | – | – | P | P | P | P | P | S | P | P | P |
| MEMORY SYSTEM – Seats, mirrors, pedals, radio presets | LEV | – | – | – | – | – | – | – | – | – | S | S | S |
| PEDALS – Non-adjustable | XA8 | S | S | S | S | S | S | – | – | S | – | – | – |
| – Power-adjustable | XAP | – | – | – | – | – | – | S | S | – | – | – | – |
| – Power-adjustable with memory | XAM | – | – | – | – | – | – | – | – | – | S | S | S |
| SEATS – Manual adjusting driver and front-passenger seats | JP8 | S | S | S | – | – | – | – | – | – | – | – | – |
| – Seat belt, front, shoulder height-adjustable | CGD/LAX | S | S | S | S | S | S | S | S | S | S | – | – |
| – Power 10-way driver (included with premium cloth seats) | JRT | – | – | – | P | P | P | P | P | – | – | – | – |
| – Power 10-way driver and power 6-way passenger (included with *CJ leather seats) | JRM | – | – | – | – | – | – | P | P | S | – | – | – |
| – Power 10-way driver with memory and power 6-way passenger (included with leather-trimmed seats) | JRF | – | – | – | – | – | – | – | – | – | P | P | P |
| – Power 2-way lumbar adjuster (driver's seat only; included with premium cloth or leather-trimmed seats) | JPW | – | – | – | P | P | P | P | P | S | P | P | P |
| – Heated, driver and front-passenger, includes heated steering wheel (included with Heated Seats and Wheel Group; included with leather-trimmed seats) | CMA/NHS | – | – | – | P | P | P | P | P | S | P | P | P |
| – Ventilated front (included with leather-trimmed seats) | CAJ | – | – | – | – | – | – | P | P | – | P | P | P |
| – Heated, 2nd-row, Crew Cab only (included with leather-trimmed bucket seats) | JPZ | – | – | – | – | – | – | – | – | – | P | P | P |
| – Vinyl 40/20/40 split-bench front seat with folding front armrest/cup holder, floor-mounted storage tray on Crew Cab (Quad Cab and Crew Cab models include folding rear bench seat trimmed in vinyl) | *TX | S | S | S | – | – | – | – | – | – | – | – | – |
| – Cloth 40/20/40 split-bench front seat, front armrest with cup holder (Quad Cab and Crew Cab models include cloth folding rear bench seat; included with Popular Equipment Group or Express Value Package) | *V9 | P | – | P | – | – | – | – | – | – | – | – | – |
| – Premium cloth-trimmed 40/20/40 split-bench front seat, front armrest with cup holder, power 10-way driver's seat, power lumbar adjuster, front center-seat cushion storage, 115-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat with underseat storage and fold-flat load floor storage) | *M9 | – | – | – | S | O | O | – | – | – | – | – | – |
| – Premium cloth-trimmed low-back bucket seats, power 10-way driver's seat, power lumbar adjuster, full-length floor console, 115-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in cloth with underseat storage and fold-flat load floor storage) | *MJ | – | – | – | O | S | – | – | – | – | – | – | – |
| – Premium cloth/vinyl-trimmed high-back heated bucket seats, power 10-way driver's seat, power lumbar adjuster, full-length floor console, Heated Seats and Wheel Group, 115-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in vinyl with underseat storage and fold-flat load floor storage) | *AJ | – | – | – | – | – | – | S | S | S | – | – | – |
| – Premium cloth/vinyl-trimmed high-back heated bucket seats with embossed tread pattern, power 10-way driver and 6-way passenger, power lumbar adjuster, full-length floor console, 115-volt auxiliary power outlet (includes 60/40 split-folding rear bench seat trimmed in cloth/vinyl with underseat storage and fold-flat load floor storage) | *N7 | – | – | – | – | – | – | – | – | S | – | – | – |
| – Leather-trimmed high-back, heated and ventilated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, full-length floor console, 115-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in vinyl with underseat storage and fold-flat load floor storage; not available on Regular Cab) | *CJ | – | – | – | – | – | – | O | O | – | – | – | – |
| – Leather-trimmed high-back heated bucket seats with Rebel logo, power 10-way driver and 6-way passenger, power lumbar adjuster, full-length floor console, 115-volt auxiliary power outlet (includes 60/40 split-folding rear bench seat with underseat storage and fold-flat load floor storage) | *TL | – | – | – | – | – | – | – | – | O | – | – | – |
| – Leather-trimmed 40/20/40 split-bench heated and ventilated front with power 10-way/memory for driver and power 6-way passenger, power lumbar adjuster, front center-seat cushion storage and folding center armrest with cup holder, 115-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in vinyl with underseat storage and fold-flat load floor storage) | *VL | – | – | – | – | – | – | – | – | – | S | – | – |
| – Leather-trimmed high-back, heated and ventilated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, full-length floor console, 115-volt auxiliary power outlet, heated 2nd-row seats on Crew Cab models (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in vinyl with underseat storage and fold-flat load floor storage) | *GJ | – | – | – | – | – | – | – | – | – | O | – | – |
| – Premium leather with laser-etched design, high-back heated and ventilated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, full-length floor console, 115-volt auxiliary power outlet, heated 2nd-row seats; includes 60/40 split-folding premium leather with laser-etched design rear bench seat with underseat storage | *XJ | – | – | – | – | – | – | – | – | – | – | S | – |
| – Premium leather high-back, heated and ventilated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, premium full-length floor console, 115-volt auxiliary power outlet, heated 2nd-row seats; includes 60/40 split-folding premium leather rear bench seat with underseat storage and fold-flat load floor storage | *DJ | – | – | – | – | – | – | – | – | – | – | O | – |
| – Premium leather high-back, heated and ventilated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, premium full-length floor console, 115-volt auxiliary power outlet, heated 2nd-row seats; includes 60/40 split-folding premium leather rear bench seat with underseat storage and fold-flat load floor storage | *UL | – | – | – | – | – | – | – | – | – | – | – | S |
| STEERING WHEEL – Urethane | SCF | S | S | S | – | – | – | – | – | – | – | – | – |
| – Leather-wrapped with audio control buttons (included with Luxury Group) | SCV/SCB | – | – | – | S | S | S | S | S | S | S | – | – |
| – Leather-wrapped, genuine wood, heated, with audio control buttons | SC3 | – | – | – | – | – | – | – | – | – | – | S | S |
| – Leather-wrapped (included with Heated Seats and Wheel Group) | NHS | – | – | – | P | P | P | P | P | S | S | – | – |
| STORAGE – Front center-seat cushion (included with optional CD player, included with *M9 and *VL seats) | CVH | P | P | P | P | P | P | – | – | – | – | – | – |
| – Front, behind the seats (Regular Cab only) | CU3 | S | – | S | S | – | – | – | S | S | – | – | – |
| – Rear, in-floor bins, two with removable liners (Crew Cab only) | CB9 | – | – | S | S | S | S | S | S | S | S | S | S |
| – Rear, underseat compartment (Quad Cab and Crew Cab models only) | CUE | S | S | S | S | S | S | S | S | S | S | S | S |
| – Dual glove boxes with closing doors | | – | – | – | S | S | S | S | S | S | S | S | S |
| SUNROOF – Power (Quad Cab and Crew Cab models only) | GWA | – | – | – | O | – | O | O | O | O | O | O | O |
| WINDOWS – Manual (Regular Cab only) | JF8 | S | S | – | – | – | – | – | – | – | – | – | – |
| – Power, front with driver's one-touch down (Regular Cab only; included with Power and Remote Entry Group) | JPY | P | – | P | S | – | – | – | – | – | – | – | – |
| – Power, front and rear with driver's one-touch down and up (Quad Cab and Crew Cab models only) | JP3 | S | S | S | S | S | S | S | S | S | S | S | S |
| – Rear backlight, fixed (standard on Regular Cab models) | GJD | S | S | S | S | – | S | S | S | – | S | – | – |
| – Rear backlight, sliding (Quad Cab and Crew Cab only) | GFD | O | – | O | O | S | O | O | O | S | O | S | S |

S = Standard.   O = Optional.   P = Part of package.   – = Not available.

*Lone Star model available only in Texas.

DEALER ePROCESS

## RAM 1500 BUYER'S GUIDE

| CPOS | Sales Code | Tradesman® Reg/Quad/Crew (B) | Tradesman HFE Quad (E) | Express Reg/Quad/Crew (J) | Lone Star/Big Horn® Reg/Quad/Crew (R/S) | Harvest Quad/Crew (U) | Lone Star Silver Edition¹ Crew (N) | Sport Reg/Quad/Crew (L) | Night Reg/Quad/Crew (Q) | Rebel® Crew (W) | Laramie® Quad/Crew (H) | Laramie Longhorn® Crew (K) | Limited Crew (V) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INTERIOR FEATURES (CONTINUED)** | | | | | | | | | | | | | |
| – Rear backlight, power sliding (Quad Cab® and Crew Cab models only) | GFE | – | – | – | S | S | S | S | S | S | S | S | S |
| – Rear defroster (with power sliding rear backlight only) | GFA | – | – | – | O | O | O | O | O | O | O | O | O |
| **UCONNECT® MULTIMEDIA** | | | | | | | | | | | | | |
| CONNECTIVITY – Auxiliary input jack for mobile devices | RSU | S | S | S | S | S | S | S | S | S | S | S | S |
| – USB 1.5-amp fully functioning port | RSX | S | S | S | S | S | S | S | S | S | S | S | S |
| – USB 2.5-amp charging-only port (included with *V9, *M9, *MJ seats and Uconnect 5.0 radio) | RS3 | P | – | P | P | P | P | P | P | P | P | P | P |
| APPLE CARPLAY™¹¹ (included with 8.4-inch radios) | RFP | – | – | – | P | P | P | P | P | P | P | P | P |
| ANDROID AUTO™¹¹ (included with 8.4-inch radios) | RF5 | – | – | – | P | P | P | P | P | P | P | P | P |
| RADIOS – Radio 3.0 AM/FM | RA1 | S | S | S | – | – | – | – | – | – | – | – | – |
| – Uconnect 3.0 AM/FM/Bluetooth® Voice Command¹⁰ | UA1 | O | – | O | – | – | – | – | – | – | – | – | – |
| – Uconnect 3 with 5-inch display; AM/FM/Bluetooth (included with Black Express Group or Express Value Package) | RA2 | O | – | O/P | – | – | – | – | – | – | – | – | – |
| – Uconnect 4C with 8.4-inch display; AM/FM/Bluetooth/ACCESS¹⁹ | UAS | – | – | – | S | S | S | S | S | S | S | S | S |
| – Uconnect 4C NAV with 8.4-inch display; AM/FM/Bluetooth/ACCESS¹⁹/NAV | UAQ | – | – | – | O | O | O | O | O | O | O | O | O |
| RADIO CONTROLS – Steering wheel-mounted audio controls (included with leather-wrapped steering wheel) | RDZ | – | – | – | P | P | P | P | P | S | P | P | P |
| SINGLE-DISC CD PLAYER | RH1 | O | – | O | O | O | O | O | O | O | O | O | O |
| SIRIUSXM® SATELLITE RADIO⁸ – Included with Popular Equipment Group or Express Value Package | RSD | P | – | P | S | S | S | S | S | S | S | S | S |
| SIRIUSXM TRAFFIC PLUS⁶ – Included with Uconnect 4C NAV radio | RSB | – | – | – | P | P | P | P | P | P | P | P | P |
| SIRIUSXM TRAVEL LINK⁹ – Included with Uconnect 4C NAV radio | RSM | – | – | – | P | P | P | P | P | P | P | P | P |
| SIRIUSXM GUARDIAN™² – Included with Uconnect 4C NAV radio | RSK | – | – | – | P | P | P | P | P | P | P | P | P |
| SPEAKER SYSTEM – Six, standard | RCG | S | S | S | S | S | S | S | S | – | S | – | – |
| – Premium I; seven speakers and eight-channel amplifier (Regular Cab only) | RCK | – | – | – | – | – | – | S | S | – | S | – | – |
| – Premium II; 10 speakers including a subwoofer and 12-channel amplifier (Quad Cab and Crew Cab models only) | RC3 | – | – | – | O | O | O | O | O | O | O | O | O |
| UCONNECT BLUETOOTH CONNECTIVITY – Includes hands-free phone¹⁰ Streaming Audio, Voice Command¹⁰ and Text Message Reader¹³ (included with UA1/RA2/UAS/UAQ radios) | XRB | P | – | P | P | P | P | P | P | P | P | P | P |
| **SAFETY AND SECURITY** | | | | | | | | | | | | | |
| AIR BAGS⁷ – Advanced multistage front | CG3 | S | S | S | S | S | S | S | S | S | S | S | S |
| – Supplemental side-curtain | CGS | S | S | S | S | S | S | S | S | S | S | S | S |
| – Supplemental front-seat side-mounted | CJ1 | S | S | S | S | S | S | S | S | S | S | S | S |
| BRAKES – Power-assisted 4-wheel antilock disc | BRT | S | S | S | S | S | S | S | S | S | S | S | S |
| ELECTRONIC STABILITY CONTROL (ESC)⁵ – Includes 4-wheel ABS, Brake Assist, All-Speed Traction Control, Rain Brake Support, Ready Alert Braking, Electronic Roll Mitigation, Hill Start Assist and Trailer Sway Damping⁶ | BNB | S | S | S | S | S | S | S | S | S | S | S | S |
| PARKSENSE® REAR PARK ASSIST⁵ | XAA | – | – | – | – | – | – | – | – | – | S | – | – |
| PARKSENSE FRONT AND REAR PARK ASSIST⁵ – Not available on Regular Cab | XAG | – | – | – | O | O | S | O | O | S | O | S | S |
| PARKVIEW® REAR BACK-UP CAMERA⁴ – With dynamic grid lines (grid lines not available on 3.0 radios) | XAC | S | S | S | S | S | S | S | S | S | S | S | S |
| REMOTE KEYLESS ENTRY WITH ALLSECURE® – Controls for power door locks, tailgate and RamBox® System (when equipped), illuminated entry system, panic alarm; includes two transmitters (included with Popular Equipment Group, Express Value Package or Power and Remote Entry Group) | GXM | P | – | P | S | S | S | S | S | S | S | S | S |
| REMOTE KEYLESS ENTER 'N GO™ – Includes remote proximity key (included with Convenience Group) | GX4 | – | – | – | – | – | – | P | P | O | P | S | S |
| REMOTE START SYSTEM | XBM | – | – | – | S | S | S | S | S | S | S | S | S |
| SECURITY ALARM | LSA | – | – | – | S | S | S | S | S | S | S | S | S |
| TRAILER BRAKE CONTROLLER – Fully integrated electronic (included with Trailer-Tow Mirrors and Brake Group) | XHC | O/P | – | O/P | O/P | P | O/P | O/P | O/P | O/P | O/P | O/P | O/P |
| **PACKAGES / EQUIPMENT GROUPS** | | | | | | | | | | | | | |
| BLACK EXPRESS GROUP – Includes Popular Equipment Group, Power and Remote Entry Group, Black badges, Black bezel headlamps, Black painted grille, Uconnect 5-inch radio and 20-inch Black painted aluminum wheels | AMQ | – | – | O | – | – | – | – | – | – | – | – | – |
| BLACK APPEARANCE GROUP – Includes Black door handles, Black exterior badges, Black bezel headlamps, Black front and rear bumpers, Black grille and 20-inch Black painted aluminum wheels | ADN | – | – | – | – | – | – | – | – | – | – | – | – |
| BLACK REBEL GROUP – Includes Black powder-coated front bumper, 17-inch Black painted aluminum wheels, all-Black interior | AE2 | – | – | – | – | – | – | – | – | O | – | – | – |
| CHROME APPEARANCE GROUP – Includes chrome front and rear bumpers, chrome grille surround and 17-inch painted aluminum wheels | AED | O | – | – | – | – | – | – | – | – | – | – | – |
| CHROME BUMPER PACKAGE – Includes body-color wheel flares and chrome front and rear bumpers | AST | – | – | – | – | – | – | – | – | – | – | – | O |
| COLD WEATHER GROUP – Includes engine block heater and winter front grille cover (requires EcoDiesel V6) | ADE | O | O | O | O | O | O | O | O | O | O | O | O |
| CONVENIENCE GROUP – Includes Passive Entry/Keyless Enter 'n Go, rain-sensing wipers, Auto High-Beam Headlamp Control | ADC | – | – | – | O | O | O | O | O | O | O | S | S |
| EXPRESS VALUE PACKAGE – Includes cloth 40/20/40 bench seat, remote keyless entry, SiriusXM Satellite Radio⁸, 5-inch touchscreen radio, and 20-inch chrome-clad aluminum wheels and tires (not available on Regular Cab models) | AYY | – | – | O | – | – | – | – | – | – | – | – | – |
| HEATED SEATS AND WHEEL GROUP – Includes heated cloth seats, heated steering wheel | AGF | – | – | – | O | O | – | O | O | – | – | – | – |
| LIMITED TUNGSTEN PACKAGE – Includes body-color door handles, Sport performance hood, suede headliner, brushed Tungsten center-stack bezel, Tungsten bodyside moldings, body-color RAM tailgate lettering, Tungsten exterior badges, Sport projector headlamps and Sport LED taillamps, body-color running boards, body-color painted bumpers, Tungsten RAM logo grille and 20-inch Satin Carbon painted aluminum wheels | AZ9 | – | – | – | – | – | – | – | – | – | – | – | O |
| LARAMIE LONGHORN SOUTHFORK PACKAGE – Includes suede headliner, sunwrapped grab handles on A–/B–pillars, luxury front and rear floor mats, center-stack bezel with walnut veneer, LONGHORN tailgate letters | ALM | – | – | – | – | – | – | – | – | – | – | O | – |
| LUXURY GROUP – Includes leather-wrapped steering wheel, full-color 7-inch Driver Information Display, overhead console with Universal Garage Door Opener, switchable dome lamp, ashtray lamp, glove box lamp, illuminated vanity mirror, auto day/night mirror, exterior mirrors with signal and puddle lamps, LED bed lighting and underhood lamp | ADA | – | – | – | – | – | – | – | – | S | S | – | – |
| POPULAR EQUIPMENT GROUP – Includes cloth 40/20/40 bench seat, carpeted flooring, remote keyless entry, floor mats and SiriusXM Satellite Radio⁸ (included with Black Express Group) | AJY | O | – | O/P | – | – | – | – | – | – | – | – | – |
| POWER AND REMOTE ENTRY GROUP – Includes premium vinyl door trim, remote keyless entry, foldaway Black power heated mirrors, power windows with front one-touch down and power locks (Regular Cab only) (included with Black Express Group) | AJH | O | – | O/P | – | – | – | – | – | – | – | – | – |
| PROTECTION GROUP – Includes tow hooks, front suspension and transfer case skid plates (4x4 models only) | ADB | O | – | O | O | – | – | O | O | S | O | O | O |
| TRAILER-TOW MIRRORS AND BRAKE GROUP – Includes electronic trailer brake controller, Class IV hitch receiver and 7 x 11-inch trailer-tow mirrors | AHC | O/P | – | O/P | O/P | P | O/P | O/P | O/P | O/P | O/P | O/P | O/P |

S = Standard. O = Optional. P = Part of package. – = Not available.
Note: some features and/or applications may be in late availability.
¹Lone Star model available only in Texas.

# RAM 1500 SPECIFICATIONS

  

## RAM 1500 TOWING–SAE J2807 COMPLIANT

Maximum Loaded Trailer Weight (lb)*

| ENGINE | AXLE RATIO | GCWR | REGULAR CAB | | | | QUAD CAB* | | CREW CAB | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6' 4" BOX | | 8' BOX | | 6' 4" BOX | | 5' 7" BOX | | 6' 4" BOX | |
| | | | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 |
| 3.6L PENTASTAR® V6 / 8-SPEED AUTO | 3.21 | 9,850 | 4,940 | 4,740 | 4,770 | 4,570 | 4,610 | 4,430 | 4,510 | 4,260 | | |
| | 3.55 | 12,200 | 7,240 | 7,030 | | | | | | | | |
| | 3.55 | 12,400 | | | 7,260 | 7,070 | | | | | | |
| | 3.55 | 12,900 | | | | | 7,600 | 7,430 | 7,500 | 7,250 | | |
| 3.0L ECODIESEL V6 / 8-SPEED AUTO | 3.55 | 13,750 | | | 8,240 | 8,030 | 7,990 | 7,690 | 7,860 | 7,560 | | |
| | 3.92 | 13,750 | | | 8,240 | 8,030 | 7,990 | 7,690 | 7,860 | 7,560 | | 7,610 |
| | 3.92 | 14,550 | | | | | | | | | | 8,410 |
| | 3.92 | 14,750 | | | 9,210 | 9,030 | 8,990 | 8,690 | 8,660 | 8,560 | | |
| 5.7L HEMI® V8 / 8-SPEED AUTO | 3.21 | 10,250 | 5,020 | | | | | | | | | |
| | 3.21 | 13,800 | 8,660 | 8,380 | 8,440 | 8,250 | 8,160 | 8,040 | 8,070 | 7,990 | 8,010 | 7,760 |
| | 3.92 | 14,350 | 9,210 | 8,930 | | | | | | | | |
| | 3.92 | 15,950 | | | 10,620 | 10,420 | 10,340 | 10,210 | 10,240 | 10,170 | 10,190 | 9,770 |

*When properly equipped.

## RAM 1500 PAYLOAD

Maximum payload capacities (lb)*

| | ENGINE | GVWR | REGULAR CAB | | | | QUAD CAB | | CREW CAB | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6' 4" BOX | | 8' BOX | | 6' 4" BOX | | 5' 7" BOX | | 6' 4" BOX | |
| | | | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 |
| AUTOMATIC TRANSMISSION | 3.6L PENTASTAR V6 / 8-SPEED AUTO | 6,025 | 1,480 | | | | | | | | | |
| | | 6,300 | | 1,550 | | | | | | | | |
| | | 6,600 | | | 1,870 | 1,690 | | | | | | |
| | | 6,800 | | | | | 1,880 | 1,700 | 1,820 | 1,630 | | |
| | 3.0L ECODIESEL V6 / 8-SPEED AUTO | 6,600 | | | 1,500 | 1,290 | | | | | | |
| | | 6,945 | | | | | 1,500 | | | | | |
| | | 6,950 | | | | | 1,600 | 1,400 | 1,540 | 1,330 | | 1,270 |
| | 5.7L HEMI V8 / 8-SPEED AUTO | 6,200 | 1,350 | | | | | | | | | |
| | | 6,350 | 1,590 | 1,380 | | | | | | | | |
| | | 6,800 | | | 1,660 | 1,480 | | | | | | |
| | | 6,900 | | | | | 1,760 | 1,580 | 1,680 | 1,520 | 1,630 | 1,440 |

Numbers in Black boxes reflect max ratings. 1. Payload and Max Trailer Weights are estimated values. 2. All weights are shown in lb unless otherwise stated. 3. Payload and Max Trailer Weight values are rounded to the nearest 10 lb. 4. Payload = GVWR – Base Weight. 5. Trailer Weight Rating and Tow Vehicle Trailering Weight are calculated as specified in SAE J2807. 6. Payload and Trailer Weight Rating are mutually exclusive. 7. GAWRs, GVWRs and GCWRs should never be exceeded. 8. The recommended tongue weight for a conventional hitch is 10 percent of the gross trailer weight. The maximum tongue weight for Class IV hitch receiver is 1,100 lb. 9. Weight-distributing hitch is recommended for trailers over 5,000 lb. *When properly equipped.

## RAM 1500 INTERIOR DIMENSIONS

All dimensions are in inches (millimeters) unless otherwise noted

| | REGULAR CAB | QUAD CAB | CREW CAB |
|---|---|---|---|
| SEATING CAPACITY, FRONT / REAR | 3 / 0 or 2 / 0 | 3 / 3 or 2 / 3 | 3 / 3 or 2 / 3 |
| **FRONT** | | | |
| HEAD ROOM | 39.9 (1,013.5) | 41.0 (1,041.4) | 41.0 (1,041.4) |
| LEG ROOM | 41.0 (1,041.4) | 41.0 (1,041.4) | 41.0 (1,041.4) |
| SHOULDER ROOM | 66.0 (1,676.4) | 66.0 (1,676.4) | 66.0 (1,676.4) |
| HIP ROOM | 62.9 (1,598.7) | 63.2 (1,605.3) | 63.2 (1,605.3) |
| **REAR** | | | |
| HEAD ROOM | N/A | 39.7 (1,008.4) | 39.9 (1,013.5) |
| LEG ROOM | N/A | 34.7 (880.9) | 40.3 (1,023.3) |
| SHOULDER ROOM | N/A | 65.7 (1,668.8) | 65.7 (1,668.8) |
| HIP ROOM | N/A | 62.9 (1,598.3) | 63.2 (1,605.3) |
| **INTERIOR VOLUME** | | | |
| FRONT cu ft (cu m) | 62.5 (1.8) | 64.2 (1.8) | 64.2 (1.8) |
| REAR cu ft (cu m) | N/A | 52.4 (1.5) | 61.1 (1.7) |
| TOTAL PASSENGER VOLUME (cu ft) | 62.5 | 116.6 | 125.3 |

## RAM 1500 EXTERIOR DIMENSIONS

All dimensions are for base models only and in inches unless otherwise noted

| | REGULAR CAB | | QUAD CAB | CREW CAB | |
|---|---|---|---|---|---|
| | 6' 4" BOX | 8' BOX | 6' 4" BOX | 5' 7" BOX | 6' 4" BOX |
| OVERALL BODY WIDTH | 79.4 | 79.4 | 79.4 | 79.4 | 79.4 |
| OVERALL HEIGHT (4x2 / 4x4) | 74.6 / 75.2 | 74.4 / 75.0 | 77.2 / 77.7 | 76.9 / 77.5 | 76.8 / 77.4 |
| OVERALL LENGTH | 209.0 | 231.0 | 229.0 | 229.0 | 237.9 |
| TRACK – FRONT (4x2 / 4x4) | 68.0 / 68.2 | 68.0 / 68.2 | 68.0 / 68.2 | 68.0 / 68.2 | 68.0 / 68.2 |
| TRACK – REAR (4x2 / 4x4) | 67.5 / 67.5 | 67.5 / 67.5 | 67.5 / 67.5 | 67.5 / 67.5 | 67.5 / 67.5 |
| WHEELBASE | 120.5 | 140.5 | 140.5 | 140.5 | 149.4 |
| BED HEIGHT | 20.1 | 20.2 | 20.1 | 20.0 | 20.1 |
| BED LENGTH | 76.3 | 98.3 | 76.3 | 67.4 | 76.3 |
| BED WIDTH, WALL-TO-WALL | 66.4 | 66.4 | 66.4 | 66.4 | 66.4 |
| BED WIDTH, BETWEEN WHEELHOUSINGS | 51.0 | 51.0 | 51.0 | 51.0 | 51.0 |



# CUSTOM-MINDED.

Ram 1500 Rebel® in Flame Red with Brilliant Black lower with available Mopar® accessories, including Sport Performance Hood Decal Kit, Black Tubular Side Steps, Off-Road Wheel Flares, 17-inch Beadlock Wheels and Tonneau Cover.

## CUSTOMIZE YOUR RAM 1500.

Authentic Ram Parts and Accessories by Mopar go far beyond simply giving you a means to personalize your Ram 1500—they give you nearly unlimited potential to ramp up comfort, convenience and performance.

Mopar Accessories cover it all. You can enhance towing capability, ease getting in or out, select from a variety of protective devices, and add flair to both the interior and exterior. Conceived and engineered by the same experts who designed your Ram truck, Mopar Accessories ensure perfect fit, function and finish.

Further advantages of Mopar are wide-ranging. Our Mopar Express Lane Service minimizes waiting and downtime, while Mopar Vehicle Protection® plans are the only extended protection backed by the manufacturer. The online record-keeping of your service records is a click away, through the Mopar Owner Site—and it's also where you'll get additional vehicle information and exclusive money-saving offers as a preferred Ram owner. Check it out.

Mopar support. It's all about keeping you happy and keeping your Ram 1500 in top-notch looks and condition. Get into all of it at **MOPAR.COM**



Sport Performance Hood Decal Kit



Black Tubular Side Steps



Off-Road Wheel Flares



17-inch Beadlock Wheels



▶ Ram 1500 Laramie Longhorn® shown with optional equipment.



Select Ram trucks are automatically enrolled in the **RAM CARE PROGRAM**. It's a program designed to provide select Ram truck owners with dedicated 24/7 owner support and a special package of benefits designed to enhance their ownership experience and thank them for their patronage.

## RAM CARE MEMBERSHIP BENEFITS:

 **DEDICATED 24/7 SUPPORT LINE**

 **FIRST-DAY RENTAL COVERAGE**

 **VIP TREATMENT AT SPECIAL EVENTS**

 **TWO OIL CHANGES AND TIRE ROTATIONS PER YEAR**

 **PEACE OF MIND WITH TRIP INTERRUPTION PROTECTION**









Properly secure all cargo.






## RAM OUTFITTER

## DRIVE HOME THE POINT: YOU'RE TOTALLY INTO RAM.
### RAM OUTFITTER

▶ **BORN UNDER THE RAM SIGN.** Drive a pickup with ultra street cred—and then take it with you. Ram Outfitter is where you'll find the useful, the cool and the stylish—from clothing and caps to luggage and tools. Make the Ram identity part of your everyday lifestyle. It's all at **RAMTRUCKS.COM/OUTFITTER**



**RAM**

1 Based on latest available competitive information. Class based on light-duty pickups. 2 All SiriusXM Guardian-equipped vehicles come with a 12-month complimentary trial effective on the date of purchase or lease of a new vehicle. Enrollment in the trial is required to receive service. Upon expiration of the trial period, purchase of a subscription is required to continue SiriusXM Guardian. SiriusXM Guardian is available only on equipped vehicles purchased within the United States, Puerto Rico and Canada. Services can only be used where cellular coverage is available. See Uconnect and SiriusXM Guardian Terms of Service for complete service limitations. 3 Transferable. See dealer for complete details and a copy of the 5-Year/100,000-Mile Diesel Powertrain Limited Warranty. 4 Transferable. See dealer for complete details and a copy of the 5-Year/60,000-Mile Gas Powertrain Limited Warranty. 5 Always look before proceeding, electronic drive aid is not a substitute for conscientious driving; always be aware of your surroundings. 6 No system, no matter how sophisticated, can repeal the laws of physics or overcome careless driving actions. Performance is limited by available traction, which anow, ice and other conditions can affect. When the ESC warning lamp flashes, the driver needs to use less throttle and adapt speed and driving behavior to prevailing road conditions. Always drive carefully, consistent with conditions. Always wear your seat belt. 7 The Advanced Front Air Bags in this vehicle are certified to the new U.S. Federal regulations for Advanced Air Bags. Children 12 years old and younger should always ride buckled up in a rear seat. Infants in rear-facing child restraints should never ride in the front seat of a vehicle with a passenger front air bag. All occupants should always wear their lap and shoulder belts properly. 8 SiriusXM audio and data services each require a subscription sold separately or as a package by Sirius XM Radio Inc. Your SiriusXM service will automatically stop at the end of your trial unless you decide to subscribe. **If you decide to continue service after your trial, the subscription plan you choose will automatically renew thereafter and you will be charged according to your chosen payment method at then-current rates.** Fees and taxes apply. To cancel, you must call SiriusXM at 1-866-635-2349. See SiriusXM Customer Agreement for complete terms at www.siriusxm.com. All fees and programming subject to change. Not all vehicles or devices are capable of receiving all services offered by SiriusXM. Current information and features may not be available in all locations or on all receivers. 9 SiriusXM audio and data services each require a subscription sold separately or as a package, by Sirius XM Radio Inc. **If you decide to continue service after your trial, the subscription plan you choose will automatically renew thereafter and you will be charged according to your chosen payment method at then-current rates.** Fees and taxes apply. To cancel, you must call SiriusXM at 1-866-635-2349. See SiriusXM Customer Agreement for complete terms at www.siriusxm.com. All fees and programming subject to change. 10 Requires a mobile phone equipped with the Bluetooth Hands-Free Profile. Visit UconnectPhone.com for system and device compatibility. 11 Apple CarPlay requires a compatible mobile device connected via USB cable to the Uconnect system. To use Android Auto on your car's in-dash display, you'll need an Android Auto compatible vehicle or aftermarket stereo, an Android phone running 5.0 (Lollipop) or higher and the Android Auto app. Data plan rates may apply. Visit UconnectPhone.com for system and device compatibility. 12 Siri Eyes Free requires an iPhone equipped with Siri. Certain features not available while the vehicle is in motion. iPhone must be within active cellular range. Customer's existing iPhone data rates apply to Internet-supported features. 13 Voice Text Reply and Voice Texting features require a compatible mobile device enabled with Bluetooth Message Access Profile (MAP). iPhone and some other smartphones do not currently support Bluetooth MAP. Visit www.UconnectPhone.com for system and device compatibility. Ensure MAP is ON and incoming message notification is enabled. Vehicle must be registered for Uconnect Access and you must fulfill minimum subscription requirements. Also requires the use of a compatible smartphone that supports text messaging and Bluetooth. Check UconnectPhone.com for device compatibility. 14 Vehicle must be within the United States, have network coverage and must be registered with Uconnect Access with an active subscription that includes the applicable feature and you must fulfill minimum subscription requirements. It must also be equipped with features that enable remote commands, such as keyless entry, and must be in active and usable cellular range. The Uconnect Access App must be installed and launched on your mobile device to use these remote commands. Remote features are available only on vehicles that are properly equipped. Check state and local laws regarding the use of remote start systems. 15 Send & Go requires a vehicle equipped with a Uconnect 8.4 Navigation unit. To use Send & Go, you must have the SiriusXM Guardian mobile app installed on a compatible smartphone and have an active subscription to SiriusXM Guardian. 16 To use Vehicle Finder, you must have the SiriusXM Guardian mobile app installed on a compatible smartphone and have an active subscription to SiriusXM Guardian. 17 In the event of a medical or other emergency, press the SOS button to be connected to a Customer Care agent who can direct emergency assistance to your vehicle's location. 18 WiFi subscription required. Vehicle must be properly equipped and in active and usable cellular range for WiFi usage. WiFi Hotspot does not enable direct communication between multiple in-vehicle devices. Factors affecting the performance of WiFi Hotspot include: cellular network, signal strength and quality, time of day, number of channels used by the service provider, type of connection, number of clients using WiFi Hotspot and client device. This feature is not intended for use by the driver while the vehicle is in motion. Always drive safely. 19 Uconnect Access Via Mobile uses your smartphone's existing data plan to access information online. To use Via Mobile, you must have a compatible smartphone (with the Uconnect Access app installed and launched, visit UconnectPhone.com for compatibility) and you must fulfill all Uconnect Access registration and subscription requirements. Some applications must be configured on Mopar Owner Connect and may require an account. Via Mobile is included for five years and begins the day you take delivery of your vehicle. Register as soon as possible. Must be within the 48 contiguous United States, plus Alaska, and within active and usable cellular range.

©2017 FCA US LLC. All Rights Reserved. Ram, Mopar, AllSecure, Big Horn, HEMI, Laramie, Laramie Longhorn, the Mopar Owner Connect design, Mopar Vehicle Protection, ParkSense, ParkView, Pentastar, Quad Cab, Ram 1500 Express, RamBox, Rebel, Sentry Key, the Ram's Head logo, TorqueFlite, Tradesman and Uconnect are registered trademarks, and Active-Level, HFE High Fuel Efficiency & Design, Keyless Enter 'n Go and Send & Go are trademarks of FCA US LLC.

Toyo is a registered trademark of TOYO TIRE & RUBBER CO., LTD. Bluetooth is a registered trademark of Bluetooth SIG, Inc. Sirius XM Connected Vehicle Services Inc. Sirius, XM, SiriusXM and SiriusXM Guardian and all related marks and logos are registered trademarks of Sirius XM Radio Inc. Facebook and logo are registered trademarks of Facebook, Inc. The Twitter logo is a service mark of Twitter, Inc. Instagram and logo are registered trademarks of Instagram, Inc. Pinterest and logo are registered trademarks of Pinterest, Inc. Bilstein is a registered trademark of August-Bilstein GmbH & Co. Polaris is a registered trademark of Polaris Industries Inc. RANGER BOATS is a registered trademark of Ranger Boats, LLC. Google, Android, Android Auto, YouTube logo, and other marks are trademarks of Google Inc. Apple CarPlay is a trademark, and iPhone and Siri are registered trademarks of Apple Inc. Goodyear is a registered trademark of The Goodyear Tire & Rubber Company. CNH, Case IH and New Holland are registered trademarks of CNH America LLC.

About this catalog: since the time of printing, some of the information found in this catalog may have been updated. Ask your dealer for details. Some of the equipment shown or described throughout this catalog may be available at extra cost. Specifications, descriptions, illustrative materials and all competitive comparisons contained herein are as accurate as known at the time this publication was approved for printing. FCA US LLC reserves the right to discontinue models at any time or change specifications without notice or without incurring obligation. Options may be required in combination with other options. For the price of the model with the equipment you desire, or verification of specifications contained here, see your Ram dealer.

**JOIN IN**



Join fellow Ram enthusiasts and tell your story by posting comments, participating in discussions, and sharing your photos and videos. Join our community on Facebook, Twitter, YouTube, Google+, Pinterest and Instagram.

**RAMTRUCKS.COM**



Ram is a registered trademark of FCA US LLC.

DEALER ePROCESS



▶ Ram 1500 Laramie Longhorn® Southfork Edition shown.