# Exhibit N





RAM 1500 LIMITED CREW CAB SHOWN IN GRANITE CRYSTAL. RAM 1500 REBEL® QUAD CAB® SHOWN IN TWO-TONE FLAME RED WITH DIAMOND BLACK CRYSTAL LOWER.

# NO COMPROMISE
## STRENGTH   CAPABILITY   TECHNOLOGY   LUXURY



**THE STRONGEST RAM 1500 EVER**
**All-new Ram 1500:** 98 percent of the steel used in the frame is high-strength steel, as is 38 percent of the steel used in the cab and box. The result is a reduction in weight without the sacrifice of durability and toughness Ram truck drivers depend on. Aluminum is used in the hood and tailgate to further reduce weight while maintaining structural integrity.

**HARDCORE CAPABILITY**
The all-new 2019 Ram 1500 was built to pull heavy loads, haul supplies over gravel roads and plow through the elements. Count on it to haul up to 2,300-lb° max payload or tow up to 12,750 lb° which is best-in-class¹¹ V8 towing with complete confidence. The Pentastar® V6 and the available HEMI® V8 offer eTorque technology to help improve both performance and fuel efficiency. Opt for the Ram Rebel® or the available Off-Road Group for next-level off-road performance. The available class-exclusive° Active-Level™ Four-Corner Air Suspension offers automatic load leveling to help improve stability and maintain exceptional drive quality.

BEST IN CLASS RAM

# STRENGTH & CAPABILITY

°When properly equipped. ¹¹All disclaimers and disclosures can be found on page 39.
Properly secure all cargo.

# TECHNOLOGY & COMFORT

### TECHNOLOGY AT THE TOUCH OF YOUR FINGER
Truck owners demand the best technology and the all-new Ram 1500 delivers, including SiriusXM® with 360L,² the most amazing listener experience ever, the class-exclusive¹ available 12-inch touchscreen media center, and the most powerful audio system in its segment¹ from Harman Kardon®—with a 900-watt amplifier and 19 speakers.

### LUXURY DEFINED BY COMFORT, SPACE AND SILENCE
Luxury means having a quiet, smooth and supremely comfortable ride. All-new Ram 1500 achieves it with a class-exclusive¹ multilink coil spring rear suspension, a new Crew Cab that adds 4 inches to the interior length and provides both best-in-class¹ rear leg room and available class-exclusive¹ reclining rear seats—all topped off with best-in-class¹ interior background noise dampening.





REFINEMENT ON EVERY LEVEL.
OPT FOR THE BRILLIANCE OF
YEAR-ROUND COMFORT WITH
AVAILABLE FRONT HEATED
AND VENTILATED SEATS.

## THE 5.7L HEMI® V8
### 395HP 410LB-FT
#### AVAILABLE WITH eTORQUE TECHNOLOGY
**And a supplemental 130 lb-ft eTorque**

#### THE TECHNOLOGY OF eTORQUE
The Ram Brand is known for technological leadership, and the addition of eTorque proves it. This mild hybrid system incorporates a number of technologies with the 3.6L Pentastar® V6 or the 5.7L HEMI V8, including regenerative braking, Stop/Start capability, a 48-volt lithium-ion battery pack and an on-board 12kw motor/generator. The electric motor serves to provide more supplemental power during acceleration and passing. Stop/Start helps improve fuel efficiency with seamless engine on/off operation, while regenerative braking recovers and converts energy during braking.

#### THE ADVANTAGES of eTORQUE
The incorporation of available eTorque and its components offers significant advantages across the board. The electric motor enables longer 4-cylinder operation of the HEMI V8 Multi-Displacement System (MDS)/Fuel Saver Technology for additional fuel-efficiency benefits. Stop/Start capability also contributes to improved fuel efficiency, by up to 3.3 percent. Regenerative braking utilizes the on-board electric motor as a generator, converting energy to recharge the battery system. The Stop/Start System is completely transparent, and a dash-mounted system-disable switch lets the driver turn it off if desired.

# THE LEGEND EVOLVES
## INTRODUCING eTORQUE TECHNOLOGY



#### THE TORQUEFLITE® 8-SPEED TRANSMISSION
Two exceptional 8-speed automatic transmissions help churn out the power in the all-new 2019 Ram 1500. New for Ram 1500, powered by the Pentastar V6, is the 850RE transmission; torque capacity is rated at 369 lb-ft. 2019 Ram 1500 models employing the legendary 5.7L HEMI V8 utilize the new TorqueFlite 8HP75 transmission, with a torque capacity of 545 lb-ft.

Characteristics of both components point to resilient strength. Among them: fully electronic performance. On-the-fly shift map changing. More than 40 individual maps to address performance, drivability and fuel efficiency. Wide ratio spreads to help improve fuel efficiency with reduced RPM—which help reduce emissions by nearly 11 percent.

### THE NEW 3.6L PENTASTAR V6
### WITH eTORQUE TECHNOLOGY
### 305HP 269LB-FT
**And a supplemental 90 lb-ft eTorque**







**BEST-IN-CLASS WHERE IT COUNTS**
The better the air management, the more efficient the pickup—and Ram 1500 rules. The class-exclusive* Active Front Air Dam, a new roofline that better directs airflow and a new aluminum tailgate with spoiler work together to deliver best-in-class* aerodynamics.

# ALL-AROUND
## EFFICIENCY

**ACTIVE GRILLE SHUTTERS** Standard on all models, Active Grille Shutters instantly adapt to speed, load and engine needs to provide the ideal engine cooling—while simultaneously reducing aerodynamic drag.

**1500 ROOF SHAPE** An all-new exterior design starts with a longer Crew Cab wheelbase, muscular fenders and a revised roofline that better directs airflow back to the rear spoiler. The larger aero roof makes way for the all-new available dual-pane sunroof.

**ALUMINUM TAILGATE** An all-new aluminum tailgate with integrated spoiler not only makes Ram 1500 more aerodynamic, but also gives it a seamless, unbreakable appearance. The new available "Tailgate-ajar" notification system alerts you if the tailgate is not completely closed. Opening the tailgate is also easier thanks to available dampening and key fob control.

**ACTIVE AIR DAM** This class-exclusive* asset automatically deploys at 30 mph to reduce the amount of aerodynamic drag, which simultaneously improves handling while contributing to reduced fuel consumption.

# THE STRONGEST RAM 1500 EVER

## ENGINEERED TO PERFORM



**NEW ELECTRONIC PARKING BRAKE**
Five operational modes, including Safe Mode and Drive Away Release.

**STRONGER ALL AROUND**
Extensive use of high-strength steel makes this the toughest Ram 1500 ever.

**A STRONG FOUNDATION**
98% of the steel used in the frame is high-strength steel.

**DYNAMIC FRONT CRUMPLE ZONES**
Redesigned to handle greater impact load and absorb more energy.

**HEAVY-DUTY SHOCKS**
Twin-tube, with Frequency Response Damping to enhance ride quality for both on- and off-road driving.

**SIDE-IMPACT DOOR BEAMS**
Reinforce the protection against potential side impacts.

**PROGRESSIVE-RATE REAR SPRINGS**
Adapt to handle payload while maintaining a level ride and excellent ride quality.

**REAR AXLE THERMAL MANAGEMENT SYSTEM**
This new available technology manages viscosity to help enhance fuel efficiency.

**TIRE BLOCKER**
Offers further protection in the event of a frontal crash. Driver and passenger side.

**LARGER BRAKE ROTORS**
The largest standard brakes in the segment! Front and back, they fully measure up–nearly 15 inches.

**SPLAYED FRAME RAILS**
Direct impact energy away from the cabin and to the frame rails.



**THE START: A HIGH-STRENGTH STEEL FRAME**
Tough starts with the foundation, and the all-new 2019 Ram 1500 is built to last, with 98 percent of the steel used in the frame comprised of high-strength steel–while still achieving a 100-lb weight reduction.

Frame construction permits notable secondary improvements. Tow hooks attached to the front are outwardly mounted, with a weight-efficient, closed-loop design for improved strength. A tow hitch receiver mounted to the rear of the frame is standard on all models.



**NEW AXLES SHOWCASE STRENGTH AND TECHNOLOGY**
Ride strong. Ram truck axles take capability to the next level.

Ram truck engineers refused to compromise, choosing a new 8-lug wheel design that enables up to 7,100-lb* GVWR, a 9.25-inch (235-mm) rear axle with a GAWR of up to 4,100 lb* and a GCWR of up to 17,000 lb.* The new electronic parking brake relies on axle modifications for integrated caliper ears, along with new viscosity lube. Opt for the Max Tow Package with the upgraded 9.75-inch (256-mm) rear axle and GCWR vaults up to 18,200 lb.* More stunning: select 4x2 models with the 235-mm rear axle receive a new thermal management system, which helps keep axle fluid temps at their peak.



**THE CLASS-EXCLUSIVE¹ FOUR-CORNER AIR SUSPENSION SYSTEM**
Completely unique to the light-duty segment, the automatic or driver-operated Active-Level™ Four-Corner Air Suspension System is available on all trim levels (except Ram HFE). The system has been modified for 2019 Ram 1500, now with a redesigned air supply unit in a single unit to increase capability and reduce weight. It's also been retuned for the new, lighter-weight frame and chassis components.

The five operational modes include two Off-Road heights, Aero Mode, Normal Ride height, and the Entry/Exit Mode.



**FRONT AND REAR SUSPENSIONS**
A new common front suspension between 4x2 and 4x4 configurations. Among the features: a repositioned heavy-duty stabilizer bar; new heavy-duty bearings for available 22-inch wheels; a new lightweight aluminum lower control arm and new low-drag 4x2 and 4x4 bearings.

The class-exclusive¹ multilink coil spring rear suspension stands apart with its coil springs and multiple trailing links, progressive-rate rear springs, a heavy-duty stabilizer bar and lightweight aluminum rear shocks. Taken together, the suspensions on Ram 1500 deliver complete comfort and confidence.

*When properly equipped.

DEP DEALER ePROCESS



## 12,750-LB MAX TOWING*

**TOW WITH CONFIDENCE**

This is a full-size truck with full-size towing capability. Outfit your Ram truck with the available legendary 5.7L HEMI® V8 powerhouse with available eTorque and the available Max Tow Package; the package includes a 9.75-inch axle with 3.92 axle ratio, rear stabilizer bar, trailer-tow mirrors and LT18-inch All-Terrain tires mounted on stylish 18-inch 6-lug/5-spoke cast-aluminum wheels. The result is towing capability that delivers best-in-class† V8 towing: 12,750 lb* of unbridled power that takes on the toughest towing assignments.

THE AVAILABLE AIR SUSPENSION SYSTEM COMPLETES BALLHITCH ALIGNMENT, COUNTERACTS WEIGHT FROM TRAILERING/HAULING, MAINTAINS AN EVEN AND LEVEL PROFILE WHEN LOADED, AND KEEPS BEING CONSTANT FROM THE FRONT END TO THE REAR OF THE TRAILER.

Properly secure all cargo.

*Quad Cab® 4x2, when properly equipped.



ACTIVE-LEVEL TECHNOLOGY AT WORK: IT AUTOMATICALLY KICKS IN WHEN
WEIGHT IS ADDED TO THE BED, MAINTAINING A CONSTANT AND LEVEL PROFILE.

# 2,300-LB MAX PAYLOAD*

**BUILT TO DO THE JOB RIGHT, EVERY TIME**
The reduced weight of the all-new Ram 1500 helps to increase payload capacity, which allows you to make
every load count. The 2019 Ram 1500 puts stunning hauling capability at your fingertips, delivering up to
2,300 lb⁺ of brute carrying strength along with a ride that puts comfort in the same league as capability.
Add further hauling assets—like the class-exclusive¹ available RamBox® Cargo Management System, shown
here—and you've got what it takes to get the job done.

Properly secure all cargo.

*Quad Cab® 4x2 V6 without RamBox System, when properly equipped.



# SAFETY WHERE IT MATTERS MOST:
# ALL AROUND YOU

## OVER 100 AVAILABLE SAFETY & SECURITY FEATURES

**AVAILABLE LANESENSE® LANE DEPARTURE WARNING (LDW)⁴** Ram 1500 can read the road. Mounted on the external sideview mirrors, cameras can identify road lines, determine where the vehicle is and monitor motion. Should movement onto either line occur without use of the turn indicator, the system will warn the driver and apply torque to the steering wheel to correct the movement. If no action corrects the drift, the system will even automatically align the vehicle back into its correct lane position.

**NEW ADAPTIVE CRUISE CONTROL (ACC) WITH STOP AND GO⁵** Think cruise control that's smarter than ever. When the lanes ahead are clear, this available system maintains the set speed of travel. When traffic slows, it will automatically adjust to a safe distance selected by the driver. And, while most ACC⁵ systems operate only down to 20 mph, our system operates down to 0 mph, virtually stopping the vehicle—then reengaging back to safe-range speeds as traffic begins to move again. (Note that the system does not perform "panic stops" at speed.)

**FORWARD COLLISION WARNING (FCW) PLUS⁶** This available asset incorporates Grade Braking to control the transmission and automatically downshifts to maintain selected speed and distance. The system operates independent of the ACC⁵ system, notifies the driver if the vehicle is too close to a preceding vehicle, uses audible/visual warnings and will brake the vehicle to 0 mph if the driver does not respond.

**AVAILABLE REAR CROSS-PATH DETECTION⁷** When in Reverse and vehicles and/or other objects are in perpendicular relationships to your Ram pickup, dual wide-band radar sensors let you know, using illuminated icons in the outside mirrors and driver-selected chimes.

**BLIND SPOT MONITORING (BSM)¹⁰ WITH TRAILER DETECTION⁷** This available asset monitors the "blind spots" on each side of the vehicle, utilizing sensors in each of the side mirrors. The system provides audible chimes and/or visual icons, informing the driver when changing lanes, passing others or being passed. Trailer Detection⁷ automatically senses and accounts for the length of the trailer.



**AVAILABLE: THE NEW 360° SURROUND-VIEW CAMERA⁷** Depending on the model and the options and packages selected, you can bring 360-degree awareness to the drive. Credit the smart combination of strategically positioned sensors that work with cameras mounted in the grille, side mirrors and rear.



**AVAILABLE PARK ASSIST⁷** Ever-more sophisticated sensors give all-new Ram 1500 superb capability. Available and new for 2019: Parallel and Perpendicular Park Assist,⁷ welcome additions to the ParkSense® Front and Rear Park Assist⁷ platforms.



**THE LARGEST STANDARD BRAKES IN THE SEGMENT⁶** Confident stopping power comes from a new brake system. The new brakes have the largest standard rotors in the segment⁶ measuring nearly 15 inches in diameter fore and aft, sharply reducing 60–0 mph stopping distances and improving performance.



**AVAILABLE SMARTBEAM HEADLAMPS** This advanced system provides the maximum amount of light possible, automatically switching headlamps from high- to low-beam when oncoming headlamps or forward light is sensed, or when taillamps are detected in front of the vehicle.

DEP
DEALER ePROCESS

# YOUR RAM 1500
## YOUR STYLE

## 4x4 OFF-ROAD

### 4x4 OFF-ROAD PACKAGE
Available on most trim levels. When your urge to explore is uncompromising, nothing should hold you back. The protection and power from this tough, available package lets you master the unexplored.

Included: standard 1-inch lift, available 2-inch lift with Active-Level™ Four Corner Air Suspension, LT18-inch OWL On-/Off-Road or P20 OWL All-Terrain tires," electronic locking rear axle (eLocker), off-road calibrated shocks, Hill Descent Control, tow hooks, multiple skid plates protecting the front suspension, transfer case, fuel tank and power steering unit, and 4x4 off-road decal.

*Tire selection depends on wheel size.





### CHROME

**CHROME APPEARANCE PACKAGE**
Available on Tradesman® and Laramie® packages vary slightly by model. Exterior highlights include: chrome grille, chrome bumpers and 18-inch aluminum wheels for Tradesman. Chrome tow hooks, chrome window moldings and chrome wheel-to-wheel side steps for Laramie. Requires Equipment Groups by model. See Buyer's Guide in the back of this catalog or visit RAMTRUCKS.COM for further details.



### BLACK

**BLACK APPEARANCE PACKAGE**
Available on Big Horn® and Laramie. Exterior highlights include: Black body-color grille surround, Black monotone paint, Black badges, Black headlamp and taillamp bezels, Black RAM grille badge and 20- or 22-inch wheels. Interior highlights include: monotone Black interior treatment. Requires Equipment Groups by model. See Buyer's Guide in the back of this catalog or visit RAMTRUCKS.COM for further details.

### SPORT

**SPORT APPEARANCE PACKAGE**
Available on Big Horn® and Laramie®, packages vary slightly by model. Exterior highlights include: body-color grille surround, body-color bumpers, body-color door handles and mirror caps on Big Horn and Laramie, Sport performance hood on Laramie, and monotone paint treatment. Interior highlights include: monotone Black interior trim and seating. Requires Equipment Groups by model. See Buyer's Guide in the back of this catalog or visit RAMTRUCKS.COM for further details.





RAM 1500
BUILT TO SERVE



# MORE ROOM
## INSIDE AND OUT

**OUTSTANDING CARGO MANAGEMENT**
Overflowing with new features from the available class-exclusive[1] RamBox® Cargo Management System with 115-volt outlet to the new available power and assisted tailgate. Inside, you'll find a larger space that's more sophisticated than ever with best-in-class[1] available interior storage volume.

DEP
DEALER ePROCESS



# THE MOST LUXURIOUS TRUCK IN ITS SEGMENT[5]

**A NEW LEVEL OF LUXURY**
This Ram pickup can be defined by both its capability and its sophistication. There are bold new interior themes and extensive use of genuine wood, metal and leather throughout. Available features include a new class-exclusive[1] reconfigurable center console, a new largest-available 12-inch touchscreen media center[3] with split-screen capability, a 7-inch reconfigurable electronic cluster and class-exclusive[2] features like a rear-seat fold-down center console.

Opt for premium trim levels with soft, upscale leather trim and available features like heated/ventilated front and rear seats. Select Crew Cab models can also be equipped with new class-exclusive[4] reclining rear seats featuring 8° recline.

RAM 1500 LIMITED CREW CAB SHOWN WITH LIGHT FROST DESIGN/INDIGO LEATHER INTERIOR.



THIS IS
COMMAND CENTRAL



**FULLY CONFIGURABLE DRIVER INFORMATION DISPLAY**
Depending on the trim level, the Driver Information Display measures in with either a 3.5- or 7-inch display. In select models, this color display telegraphs reams of information, from speed to numerous in-motion data concerning mechanical operation. On premium models, the display offers high-definition quality, animated 3D graphics, with five display themes and distinctive illuminated RAM identity. For 2019, the 7-inch display is also model-specific. On Ram Rebel® models, there's a Rebel only theme with Red-lit badge contrasting with the Gray and Dark Ruby Red accents. The Ram Laramie Longhorn® display carries the Laramie Longhorn theme in subtle Gold tones against a dark background, while the Ram Limited display keeps the Limited theme: muted Violet and Light Gray on a darker background.



Properly secure all cargo.

**EASY-ACCESS CONNECTIVITY. WIRELESS CHARGING. FAST USB CONNECTIONS**
Ditch the inconvenience of wires and opt for wireless phone charging. Simply set your phone on the console-mounted pad to begin charging.

Two sets of USB/Type-C USB ports are located on the front of the center console. The new Type-C USB ports enable charging up to four times faster than standard USB outlets, as well as faster data downloads. An auxiliary port is positioned between the USB outlets. An integrated phone shelf can carry as many as three smartphones vertically and is sized to carry most tablets.



**THE HIGHEST NUMBER OF SPEAKERS IN THE SEGMENT.[1]**
Only Harman Kardon® could do it—and only the all-new 2019 Ram 1500 offers it: a custom-tuned, available system that makes every drive more enjoyable. Technology never sounded so good.

With 18 premium speakers plus premium subwoofer strategically engineered within the cabin, the Harman Kardon Audio System also features available Active Noise Cancellation, a refinement that uses the system to cancel out unwanted noise—and which contributes to a superb audio experience when music is played. It's all powered by a 900-watt multi-channel Class-D amplifier made even better by 360° surround-sound and Digital Signal Processing.



Apple CarPlay™8 screen shown.





## SMARTER, FASTER AND MORE ADVANCED CONNECTIVITY KEEPS YOU IN TOUCH WITH THE PEOPLE AND JOBS THAT MATTER MOST

**CUSTOMIZED BY YOU**
This is powerful, user-friendly technology that delivers a premium and all-new level of entertainment, communications, comfort and convenience—and which brings together a wealth of technologies. The latest generation of the award-winning Uconnect® system encompasses everything from built-in cellular connectivity to personalized settings for available features like heated/ventilated seats, Keyless Enter 'n Go™ and more.

**Uconnect®**

Largest available 12-inch reconfigurable touchscreen[1] with one-touch, customizable "Home Screen" available on Laramie,® Laramie Longhorn® and Limited trim levels.

· SiriusXM® Radio with the all-new 360L[2] (includes 1-year trial)

**((( SiriusXM )))**

· Apple CarPlay™8 support

**Apple CarPlay**

· Android Auto™12

**android auto™**

· SiriusXM Guardian®14 Connected Services (includes 1-year trial)

**SiriusXM™ GUARDIAN™**

· SiriusXM Traffic Plus® and SiriusXM Travel Link® (includes 5-year trial)

**SiriusXM TRAFFIC PLUS®   SiriusXM TRAVEL LINK®**

· Uconnect Smartphone App
· Multi-touch gesturing (e.g., Pinch-to-Zoom, touch/drag, etc.)
· 4G LTE WiFi Hotspot15 (1 gigabyte/3-month trial)
· Full-screen Uconnect Navigation with Pinch-to-Zoom
· Bluetooth® hands-free calling16 and Voice Text Reply9
· Integrated Uconnect Voice Command10
· Siri® Eyes Free13





# SMART STORAGE
## *EVERYWHERE*



**NEXT-LEVEL CARGO MANAGEMENT**
This truck takes on any challenge, including finding a smarter, more efficient way to organize your cargo. From a maximum 61.5-cubic-feet conventional cargo bed volume to the available class-exclusive[1] RamBox® Cargo Management System that includes versatile, weatherproof, lockable and drainable storage bins with downward-facing illumination and a 115-volt power outlet, this is real-world capability.





**AT RIGHT, CLOCKWISE FROM UPPER LEFT:**

**4x8 SHEETS FIT** Even with the RamBox System, full 4x8 sheets of building material are easily accommodated.

**EASY ACCESS** Available dampening and key fob control make opening the tailgate easier than ever. Available retractable Mopar® Bed Step (late availability) simplifies bed access.

**CARGO MANAGEMENT** Opt for the available RamBox Cargo Management System with or without the bed divider.

**IN-BED LED LIGHTING** Controlled by a switch or a key fob button, these available lights let you load any time, with no adjustment to a tonneau cover, if so equipped.





**ALL-NEW KEY FOB**
Available features operate doors and RamBox System locks, release the tailgate, lower the Air Suspension mode and offer the convenient Remote Start[2]




DEP
DEALER ePROCESS

## CLASS-EXCLUSIVE' RECONFIGURABLE
# CENTER CONSOLE'

*BECAUSE MULTIFUNCTIONAL, 5-PHONE CHARGING STATION, LAPTOP-CARRYING CATCHALL WAS TOO LONG.

### REIMAGINED FRONT CENTER CONSOLE

Drivers of Ram 1500 models equipped with bucket seats will enjoy a next-generation level of convenience and technology—with a center console designed around occupant comfort and need.

Now more than 50 percent larger than the previous generation, this dynamic piece of equipment offers dozens of functions and conveniences, starting with numerous different storage combinations. In the center, our engineers have designed a wider docking area with optional wireless charging—ideal for cell phones. A three-position sliding cup holder tray can be stowed under the center armrest, revealing a deep storage bin that can hold a 15-inch laptop. Lifting the lid of the center armrest also reveals an additional rubber-lined storage bin, perfectly sized to fit a tablet. At the rear of the console, you'll find two additional cup holders, media outlets and the ability to mount an iPad® for convenient rear-seat viewing.





# Uconnect®
## TECHNOLOGY
# FOR THE REAL WORLD

**COUNT ON RAM 1500 TO GIVE YOU THIS MUCH TOUCHSCREEN. THIS MUCH VERSATILITY. THIS MUCH TECHNOLOGY. THIS MUCH CAPABILITY.**

 

Available features; see dealer for complete details.

**CUSTOMIZE THE DISPLAY TO BEST SERVE YOUR NEEDS. INTUITIVE UCONNECT® TOUCHSCREEN LETS YOU COMMUNICATE. NAVIGATE AND STAY ENTERTAINED.**

LISTEN to music, talk shows and sports. Access all genres, favorite artists, winning teams—all the time with SiriusXM® Radio featuring the all-new 360L² experience.

DISCOVER new places, the best shopping, entertainment and restaurants from the Uconnect smartphone app, then easily send the address to your vehicle.

SPEAK UP and be heard, send and receive calls and texts¹ while driving safely with hands-free phone capability.¹²

NAVIGATE to every adventure, get turn-by-turn directions so you don't get lost on the way (unless you want to).

START your car from afar, get your engine running, unlock your door or flash your headlamps from almost anywhere using your smartphone¹⁸ with SiriusXM Guardian®²⁹ and the Uconnect app.

SMART drivers receive weather and traffic reports* with a five-year trial subscription to SiriusXM Travel Link² and SiriusXM Traffic Plus.²

THE NEW SIRIUSXM WITH 360L² EXPERIENCE delivers more content variety, and a personalized experience that allows for easy content discovery. More variety—most live channels in a vehicle plus 5,000 hours of On Demand shows and performances. Personalized listening—delivering recommendations that get smarter the more you listen. More control of your listening experience with voice search, listener profiles and easy-to-use categories lets you quickly and easily find and hear whatever, whenever and however you want. We put the most amazing content in front of you, and you're in the driver's seat of it all.

**APPLE CARPLAY™²⁴ COMPATIBILITY**

This is smarter iPhone® integration, so you'll experience your favorite features through your dashboard. With Siri,® all you have to do is ask—catch up on calls and messages, get directions from Apple Maps, or request a song through Apple Music. The system lets you browse music, or discover nearby gas stations, parking, restaurants and more. Plus, Maps help predict where you're headed.

**ANDROID AUTO™²² INTEGRATION**

For those who know and love Android,™ Google™ goes with you: with navigation and "OK Google" voice detection, you'll hear your favorite Google Play music and get voice-guided navigation from Google Maps. Stay focused and productive while on the road with voice controls²² that allow you to make calendar appointments, set timers, reply to emails and messages, and more.

*Additional charges may apply.



# START YOUR OWN
# REBELLION

RAM REBEL® IN FLAME RED WITH DIAMOND BLACK CRYSTAL LOWER AND STANDARD 18-INCH ALUMINUM WHEELS.

### HONOR THE OFF-ROAD

This is your path to epic off-road experiences. Ram Rebel® doesn't just look fierce, it is fierce. Black powder-coated steel bumpers, aggressive approach angles, tow hooks and factory lift give you the brute force needed to find new trails.

New and available for both Quad Cab® and Crew Cab configurations: a new electronic locking rear axle (eLocker), 18-inch aluminum off-road wheels and On-/Off-Road 33-inch tires with outlined white lettering (OWL).

Power is up to you: the 3.6L Pentastar® V6 with eTorque is standard. A 5.7L HEMI® V8 is available. Standard Rebel features include a 1-inch ride height increase, Bilstein® off-road shocks, Class IV hitch receiver, tow hooks, wheel flares, Sport performance hood, powder-coated bumpers and unique grille.

See more at RAMTRUCKS.COM



# RUGGED & REFINED

### YOUR INTERIOR REBELS AGAINST THE ORDINARY

While the new Ram Rebel® is built for off-road action, this interior definitely takes the high road. Features include unique laser-ingrained Dark Ruby Red accents, all-new Black/Dark Ruby Red premium seats that feature the Rebel tire tread as cloth inserts, Rebel themed floor mats and leather-wrapped steering wheel. The available 8.4-inch touchscreen and gauge cluster showcase a new "smoked" appearance, while the 7-inch Driver Information Display cluster screen is divided into separate digital gauges to better organize content. Passengers will appreciate the new 4-way headrests and new 12-way power seats.



LARAMIE LONGHORN®

**READY FOR ANY DESTINATION ON THE MAP**
The all-new 2019 Ram 1500 Laramie Longhorn speaks with authority with a standard 3.6L Pentastar® V6 with eTorque or available 5.7L HEMI® V8. The redesigned exterior includes refinements like a shark's fin antenna, new flush fuel-fill door, taller pickup box and chrome side steps, all riding on 20-inch aluminum wheels. Shown above with optional two-tone Ivory White upper and RV Match Walnut Brown lower, and running boards.

The Laramie Longhorn interior is premium all the way, with leather-upholstered bucket seats with power/12-way memory, new sliding console storage, premium 6-gauge cluster, 7-inch Driver Information Display, three USB ports and new reclining rear seats.



AUTHENTIC.
ALWAYS.

LARAMEE LONGHORN® SEATBACK POCKET
BUCKLE SHOWN IN CATTLE TAN/BLACK.



RAM 1500 LARAMIE LONGHORN® CREW CAB SHOWN WITH CATTLE TAN/BLACK LEATHER INTERIOR.

DEALER ePROCESS



# LARAMIE

## LUXURY IS JUST AROUND THE CORNER

With its all-new exterior and interior, Ram 1500 Laramie makes a statement like no other. Outside, look for a new raised aluminum hood, LED headlamps, pushed-to-the-corner LED fog lamps, chrome billet grille with chrome surround, chrome front bumper, aluminum tailgate with dampened opening assist and a standard Class IV hitch receiver.

The redesigned interior features all-new technology and premium materials, including leather-trimmed and suede-accented seats with standard front bench or available bucket front seats, a 8-gauge reconfigurable color cluster, leather-wrapped steering wheel, wood accents, a premium overhead console and new available reclining rear seats.

Properly secure all cargo.

DEALER ePROCESS



RAM 1500 LARAMIE®
CREW CAB INTERIOR SHOWN
IN LIGHT FROST BEIGE/
MOUNTAIN BROWN.



RAM 1500 BIG HORN® QUAD CAB® SHOWN IN BRIGHT WHITE WITH AVAILABLE EQUIPMENT.

# BIG HORN

### SURE-FOOTED, FROM LAKE TO MOUNTAIN

You choose, you go. Ram 1500 Big Horn, with standard Pentastar® V6 with eTorque or available HEMI® V8, in Quad Cab® or Crew Cab. Now with a new raised aluminum hood, improved illumination from new quad-halogen headlamps, a bright-surround billet grille and an aerodynamic spoiler integrated into the tailgate. The completely redesigned interior features four color combination options with cloth seating, painted bezels, three USB ports, standard 40/20/40 bench or optional bucket seats with center console.



RAM 1500 BIG HORN®
CREW CAB INTERIOR SHOWN
IN LIGHT MOUNTAIN
BROWN/BLACK.



RAM 1500 TRADESMAN®
SHOWN IN BRIGHT WHITE
WITH AVAILABLE CHROME
APPEARANCE PACKAGE.

RAM 1500 TRADESMAN
CREW CAB INTERIOR
SHOWN WITH AVAILABLE
CLOTH SEATING.

## TRADESMAN

**VALUE AND CAPABILITY AT YOUR SERVICE**
You don't put in half effort and neither does your Ram truck. The all-new Ram 1500 Tradesman
boasts a robust 3.6L Pentastar® V6 with eTorque, no-nonsense 18-inch wheels and a ParkView®
Rear Back-Up Camera. The interior sports a standard 5-inch Uconnect® touchscreen radio with
Voice Command,® manual tilt/telescoping steering wheel and easy-clean vinyl seating. Opt for
the new Chrome Appearance Package for a more customized experience.

Properly secure all cargo.



LEFT TO RIGHT:
RAM 1500 BIG HORN® AND
RAM 1500 LARAMIE® WITH
BLACK APPEARANCE PACKAGE.

# CUSTOMIZE IT
## YOUR WAY



## AUTHENTIC ACCESSORIES BY MOPAR.

The all-new 2019 Ram 1500 is built with the legendary toughness and capability Ram trucks are known for—now it's time to make it your own—and it all happens with Mopar.

Mopar designs and builds hundreds of Ram Parts and Accessories that transform your Ram 1500 into a personalized pickup created just for you, by you. Better yet, every part is engineered and rigorously tested by the same team of experts who designed and built the all-new 2019 Ram 1500. Which means you can expect specs are exact, colors match perfectly, materials are professional-grade and quality is top-rate.

In addition, Mopar supports your vehicle ownership experience with expert technicians, Mopar Vehicle Protection® plans, Express Lane Service and the Official Ram Owner Site & App for access to personalized vehicle information, special offers and more (register at mopar.com/ram).

Mopar. It's all about keeping you happy and keeping your Ram 1500 in top-notch looks and condition. Visit your local Ram dealer or mopar.com for more information.

**A.** Off-Road Style Running Boards
**B.** All-Weather Floor Mats
**C.** Molded Splash Guards
**D.** Bed Extender
**E.** Beadlock-Capable Wheel
**F.** Soft Roll-Up Tonneau Cover
**G.** Drop-In Bedliner
**H.** 2-Inch Lift Kit



A



D

Properly secure all cargo.



E



F



B



C



G



H



DEP
DEALER ePROCESS

## RAM 1500 TRIM LEVELS

### TRADESMAN®



**POWERTRAIN**
3.6L Pentastar® V6 Variable Valve Timing (VVT) with eTorque engine/8-speed automatic
5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/8-speed automatic
5.7L HEMI V8 MDS VVT with eTorque engine/8-speed automatic

**STANDARD FEATURES**

**INTERIOR AMENITIES**
Vinyl 40/20/40 front bench seat with manual adjust
20 percent "fold down" center bench seat with integrated armrest
Full stadium-folding rear bench seat
Base door trim panel
Black instrument panel

Uconnect® 3 with 5-inch display
Urethane steering wheel
Manual tilt/telescoping steering column
Manual temperature control
USB port
Vinyl floor covering

**EXTERIOR FEATURES**
Black grille
Black front bumper
Quad-halogen headlamps
18-inch steel wheels
Black door handles

Black rear bumper
Incandescent taillamps
P18 BSW All-Season tires
Manual-folding mirrors

**CAPABILITY & FUNCTIONALITY**
Electronic shift-on-the-fly part-time transfer case (4x4 only)
Keyless Go
Class III hitch receiver
Trailer-tow wiring with 4- and 7-pin connector
Speed control
Electronic power rack and pinion steering
Front twin-tube heavy-duty shocks with FRD

Rear aluminum twin-tube heavy-duty shocks with FRD
Front stabilizer bar
Rear stabilizer bar
Rear fixed window
Active Grille Shutters
Active Front Air Dam
14.9-inch/14.9-inch front/rear brake rotors

**SAFETY & SECURITY**
Six air bags® including driver and front passenger, side-curtain and front-seat side-mounted
Electronic Stability Control (ESC)²
Antilock 4-wheel disc brakes
Sentry Key® Theft Deterrent System

Remote Keyless Entry
Tire Pressure Monitoring System with display
Tire Fill Alert System
ParkView® Rear Back-Up Camera³
Electronic Parking Brake

**APPEARANCE PACKAGES**



**Chrome**
Includes chrome grille surround and front brow bezel, chrome bumpers, chrome RAM grille badge, 18-inch cast-aluminum wheels with premium paint finish and cloth 40/20/40 bench seat

## RAM 1500 TRIM LEVELS

### BIG HORN®



**POWERTRAIN**
3.6L Pentastar V6 VVT with eTorque engine/8-speed automatic
5.7L HEMI V8 MDS VVT engine/8-speed automatic
5.7L HEMI V8 MDS VVT with eTorque engine/8-speed automatic

**STANDARD FEATURES**
**INCLUDE SELECT TRADESMAN FEATURES PLUS:**

**INTERIOR AMENITIES**
Cloth 40/20/40 front bench seat
Cloth 40/20/40 rear split-bench seat
Carpet floor covering
Manual 4-way driver and passenger seats
Premium vinyl door trim panel
3.5-inch monochrome cluster

Leather-wrapped steering wheel
Hydrographic "metal patina" finish on center stack/ console and doors
3 USB ports – 2 located on lower left and 1 in upper lid of bench seat

**EXTERIOR FEATURES**
Chrome-surround/Black billet grille
Chrome front brow bezel
Chrome bumpers
Fog lamps

18-inch aluminum wheels
Chrome-insert door handles
Big Horn badge
Manual-folding/power mirrors

**CAPABILITY & FUNCTIONALITY**
Electronic shift-on-demand transfer case (4x4 only)
Rear manual sliding window

"Tailgate-ajar" warning lamp

**APPEARANCE PACKAGES**



**Sport**
Includes body-color grille surround and front brow bezel, body-color bumpers, monotone paint, body-color mirrors, body-color door handles and monotone Black interior trim



**Black**
Includes Black grille surround and front brow bezel, Black bumpers, 20-inch cast-aluminum Black-painted wheels, Black monotone paint, Black badges, Black headlamp bezels, Black RAM grille badge, Black taillamp bezels, Black exhaust tips (with HEMI V8), monotone Black interior trim and cloth bucket seats

## RAM 1500 TRIM LEVELS

### REBEL®



**POWERTRAIN**
3.6L Pentastar V6 VVT with eTorque engine/8-speed automatic
5.7L HEMI V8 MDS VVT engine/8-speed automatic
5.7L HEMI V8 MDS VVT with eTorque engine/8-speed automatic

**STANDARD FEATURES**
**INCLUDE SELECT BIG HORN® FEATURES PLUS:**

**INTERIOR AMENITIES**
Unique Black interior trim with Red accents
Vinyl/cloth bucket seats with tire-tread pattern
Full-length reconfigurable center console
60/40 rear split-bench seat
Rebel rubber floor mats

12-way power seats (with 4-way power lumbar)
7-inch Rebel color reconfigurable cluster
115-volt outlet
3 USB ports
SiriusXM® Radio® with 1-year included trial

**EXTERIOR FEATURES**
Black-surround unique grille
Sport performance hood
Powder-coated bumpers
LED headlamps and taillamps with Black bezels
LED fog lamps
Body-color door handles

Unique Black wheel flares
18-inch unique aluminum wheels
LT18 OWL On-/Off-road tires
Unique RAM scripted aluminum tailgate with dampened opening assist
Black dual exhaust included with HEMI V8 engines

**CAPABILITY & FUNCTIONALITY**
Electronic shift-on-the-fly part-time transfer case (4x4 only)
Class 3D hitch receiver
Bilstein® off-road shocks
Tow hooks
Fuel Tank skid plate

Electronic power steering skid plate
Transfer case skid plate
Front suspension skid plate
New electronic locking rear axle (eLocker)
1-inch raised ride height
Rear power sliding window

**SAFETY & SECURITY**
Hill Descent Control

**APPEARANCE PACKAGES**



**Monotone Paint**
Includes lower Black paint color delete

## RAM 1500 TRIM LEVELS

### LARAMIE®



**POWERTRAIN**
3.6L Pentastar V6 VVT with eTorque engine/8-speed automatic
5.7L HEMI V8 MDS VVT engine/8-speed automatic
5.7L HEMI V8 MDS VVT with eTorque engine/8-speed automatic

**STANDARD FEATURES**
**INCLUDE SELECT BIG HORN FEATURES PLUS:**

**INTERIOR AMENITIES**
Leather-trimmed 40/20/40 bench seat
12-way power seats (with 4-way power lumbar)
Heated and ventilated front seats with memory
60/40 rear split-bench seat
7-inch premium color cluster
10-speaker premium audio system with subwoofer
SiriusXM Radio® with 1-year included trial

Uconnect® 4 with 8.4-inch display
5 USB ports, 2 power outlets
Universal Garage Door Opener
Dual-Zone Automatic Temperature Control
LED ambient interior lighting
Rear power sliding window

**EXTERIOR FEATURES**
Chrome-surround/chrome billet grille
Chrome front and rear bumpers
Body-color wheel flares
LED headlamps and taillamps with chrome bezel
LED fog lamps

18-inch cast-aluminum wheels
P18 BSW All-Season tires
Chrome-insert door handles
Laramie badge
Power-folding mirrors with chrome mirror cap

**CAPABILITY & FUNCTIONALITY**
Remote proximity Keyless Go
Class IV hitch receiver

Remote start®

**APPEARANCE PACKAGES**



**Chrome**
Includes monotone paint, chrome window-surround moldings, chrome tow hooks and chrome wheel-to-wheel side steps



**Sport**
Includes monotone paint, Sport performance hood, body-color grille surround, body-color bumpers, body-color door handles/mirror caps, Black leather-trimmed interior, front bucket seats with center console and 20-inch aluminum wheels with premium painted and polished inserts



**Black**
Includes Black monotone paint, Black body-color grille surround, Black body-color bumpers, Black body-color door handles/mirror caps, 22-inch Black painted wheels, Black badges, Black headlamp and taillamp bezels, Black leather-trimmed interior, bucket seats and Black exhaust tips (with HEMI V8)



DEP · DEALER ePROCESS

## LARAMIE LONGHORN®



**POWERTRAIN**
3.6L Pentastar® V6 Variable Valve Timing (VVT) with eTorque engine/8-speed automatic
5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/8-speed automatic
5.7L HEMI V8 MDS VVT with eTorque engine/8-speed automatic

**INTERIOR AMENITIES**
Longhorn specific premium leather and wood
  interior treatment
Premium leather bucket front seats with full-length
  center console
60/40 rear split reclining bench seat with
  fold-down console
SiriusXM® Radio¹ with 1-year included trial

Heated front and rear seats
Leather-wrapped/real-wood steering wheel
7-inch Longhorn color cluster
Uconnect® 4C NAV with 8.4-inch display
Premium rubber slush mats with removable carpet inserts
LED interior lighting

**EXTERIOR FEATURES**
Unique bright-surround/billet grille
Premium LED headlamps
Chrome tow hooks
LED taillamps
LED fog lamps

20-inch aluminum wheels
P20 BSW All-Season tires
Chrome side steps
Chrome window surrounds
Longhorn badge

**CAPABILITY & FUNCTIONALITY**
Power-release tailgate

Spray-in bedliner

**SAFETY & SECURITY**
ParkSense® Front and Rear Park Assist with Rear ParkSense Stop¹

## LIMITED



**POWERTRAIN**
3.6L Pentastar V6 VVT with eTorque engine/8-speed automatic
5.7L HEMI V8 MDS VVT engine/8-speed automatic
5.7L HEMI V8 MDS VVT with eTorque engine/8-speed automatic

**INTERIOR AMENITIES**
Limited specific premium leather and wood
  interior treatment
Premium leather bucket front seats with full-length
  center console-reclining
60/40 rear split reclining bench seat with
  fold-down console
SiriusXM Radio¹ with 1-year included trial

Heated front and rear seats
7-inch Limited color cluster
Leather-wrapped/real-wood steering wheel
Uconnect 4C NAV with 12-inch display
Premium rubber slush mats with removable carpet inserts
LED interior lighting

**EXTERIOR FEATURES**
Chrome-surround Limited specific grille
20-inch cast aluminum wheels with premium
  painted inserts

Power running boards
Limited badge
Chrome body-side molding

**SAFETY & SECURITY**
Blind Spot Monitoring² with Rear Cross-Path and Trailer Detection¹



**Two-Tone Paint**
Includes RV Match Walnut Brown
paint for the lower body, front and
rear bumpers, wheel flares, running
boards and wheel inserts



**Body-Color Bumper Group**
Includes front and rear body-color bumpers


**Vinyl Bench, Diesel Gray/Black**
Tradesman®


**Cloth Bench, Black**
Optional on Tradesman


**Cloth Bench/Bucket, Diesel Gray/Black**
Big Horn®

**Cloth Bench/Bucket, Light Mountain Brown/Black**
Big Horn


**Cloth Bench/Bucket, Black**
Big Horn/Big Horn with Sport or Black Appearance Packages


**Vinyl/Cloth Bucket, Black/Dark Ruby Red**
Rebel®


**Leather-Trimmed Bench/Bucket, Black**
Laramie®/Laramie with Sport or Black Appearance Packages

**Leather-Trimmed Bench/Bucket, Light Frost Beige/Mountain Brown**
Laramie


**Premium Leather Bucket, Cattle Tan/Black**
Laramie Longhorn®

**Premium Leather Bucket, Light Mountain Brown/Mountain Brown**
Laramie Longhorn


**Premium Leather Bucket with Laser etching, Light Mountain Brown/Mountain Brown**
Laramie Longhorn


**Premium Leather Bucket, Black**
Limited


**Premium Leather Bucket, Light Frost Beige/Indigo**
Limited


DEP
DEALER ePROCESS

## RAM 1500 WHEELS


18-inch Steel Painted
Standard on Tradesman®
(WBF)


18-inch Cast-Aluminum Painted
Standard on Big Horn®
Included with Max Tow Package on Tradesman and Laramie®
(WBB)


18-inch Cast-Aluminum Premium Paint
Optional or included with Chrome Package on Tradesman
Included with Off-Road Package on Big Horn
(WBG)


18-inch Cast-Aluminum Painted/Polished Black Finish
Standard on Rebel®
(WBT)


18-inch Cast-Aluminum
Standard on Laramie
(WBC)


20-inch Cast-Aluminum Chrome-Clad
Optional on Big Horn
(WRK)


20-inch Cast-Aluminum Painted Black
Included with Black Package on Big Horn
(WRN)


20-inch Cast-Aluminum Premium Chrome-Clad
Optional on Big Horn
(WRG)


20-inch Cast-Aluminum Premium Painted/Polished
Optional on Laramie with P1 or P2 Equipment Groups
(WRB)


20-inch Cast-Aluminum Premium Paint/Polished/Insert
Included with Sport Package on Laramie
(WRJ)


20-inch Cast-Aluminum Premium Paint/Polish
Standard on Laramie Longhorn®
(WRU)


20-inch Cast-Aluminum Premium Paint/Polish
Included with two-tone paint on Laramie Longhorn
(WRC)


20-inch Cast-Aluminum Premium Paint/Partial Clad
Standard on Limited
(WRR)


22-inch Cast-Aluminum Polished/Premium Paint
Optional on Laramie with Sport Package
Included on Laramie with Black Package
(WPM)


22-inch Cast-Aluminum Premium Paint
Optional on monotone Laramie Longhorn or Limited
(WP2)

### CONFIGURATIONS

| | QUAD CAB® | CREW CAB | 5' 7" BOX | 6' 4" BOX | 40/20/40 BENCH SEAT | BUCKET SEATS |
|---|---|---|---|---|---|---|
| TRADESMAN | • | • | CREW CAB | ALL CABS | S | N/A |
| BIG HORN | • | • | CREW CAB | ALL CABS | S | OPTIONAL |
| REBEL | • | • | CREW CAB | QUAD CAB | N/A | S |
| LARAMIE | • | • | CREW CAB | ALL CABS | S | OPTIONAL |
| LARAMIE LONGHORN | N/A | S | CREW CAB | CREW CAB | N/A | S |
| LIMITED | N/A | S | CREW CAB | CREW CAB | N/A | S |

• = Available Configuration   N/A = Not Available   S = Standard Configuration

## RAM 1500 EXTERIOR COLORS


Bright White


Ivory White Tri-Coat


Billet Silver


Maximum Steel Metallic


Granite Crystal


Diamond Black Crystal


Blue Streak Pearl


Patriot Blue


Black Forest Green


Flame Red


Delmonico Red Pearl


Rugged Brown




REBEL® SHOWN IN
FLAME RED WITH
DIAMOND BLACK LOWER


LARAMIE® SHOWN IN
MAXIMUM STEEL WITH
BILLET SILVER LOWER


LARAMIE LONGHORN® SHOWN IN
IVORY WHITE WITH RV MATCH
WALNUT BROWN METALLIC LOWER

### PAINT COLORS AND TWO-TONE OPTIONS

| | Bright White | Ivory White | Billet Silver | Maximum Steel | Granite Crystal | Diamond Black Crystal | Blue Streak | Patriot Blue | Black Forest Green | Flame Red | Delmonico Red Pearl | Rugged Brown |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRADESMAN® | M | N/A | M | M | M | M | M | M | M | M | M | M |
| BIG HORN® | M | N/A | M | M | M | M | M | M | M | M | M | M |
| REBEL | M ■ | N/A | M ■ | M ■ | M ■ | M | N/A | N/A | N/A | M ■ | N/A | N/A |
| LARAMIE | N/A | M ▦ | M | M ▦ | M ▦ | M ▦ | M ▦ | M ▦ | M ▦ | M ▦ | M ▦ | M |
| LARAMIE LONGHORN | N/A | M ▥ | M | M ▥ | M | N/A | M ▥ | N/A | M ▥ | N/A | M ▥ | M ▥ |
| LIMITED | N/A | M | M | M | M | M | M | M | N/A | M | N/A | N/A |

M = Available Monotone Color   ■ = Diamond Black Lower   ▦ = Billet Silver Lower   ▥ = RV Match Walnut Brown Metallic Lower   N/A = Not Available

TO SEE EXAMPLES OF ALL POSSIBLE PAINT COMBINATIONS, VISIT RAMTRUCKS.COM



**2019 RAM 1500**

Column legend (trim codes): A = TRADESMAN, E = HFE, Z = BIG HORN/LONE STAR, W = REBEL, H = LARAMIE, K = LARAMIE LONGHORN, M = LIMITED

## ENGINE/TRANSMISSION

| CPOS | A | E | Z | W | H | K | M |
|---|---|---|---|---|---|---|---|
| 3.6L Pentastar® V6 with eTorque/8-speed automatic | S | S | S | S | S | S | S |
| 5.7L HEMI® V8/8-speed automatic | O | O | O | O | O | O | O |
| 5.7L HEMI V8 with eTorque/8-speed automatic | O | O | O | O | O | O | O |
| BODY MODEL – Quad Cab® 6'4" box[10] – 140.5-inch wheelbase (on Rebel models, only available as 4x4) | S | S | S | S | | | |
| – Crew Cab 5'7" box[10] – 144.5-inch wheelbase | O | O | O | S | S | S | S |
| – Crew Cab 6'4" box[10] – 153.5-inch wheelbase | O | O | O | O | O | O | O |
| DRIVE – 4x2 | S | S | S | S | S | S | S |
| – 4x4 | O | O | O | O | O | O | O |

## MECHANICAL

| CPOS | A | E | Z | W | H | K | M |
|---|---|---|---|---|---|---|---|
| ALTERNATORS – 180-amp (included with 5.7L HEMI V8) | P | P | | | | | |
| – 220-amp – Included with HEMI V8 if equipped with 400-watt inverter or RamBox® System | P | | P | P | P | P | P |
| REAR AXLE – 3.21 axle ratio | S | S | S | | S | S | S |
| – 3.55 axle ratio | O | O | O | | O | O | O |
| – 3.92 axle ratio | O | | O | S | O | O | O |
| – Max Towing – 9.75-inch axle with 3.92 axle ratio (included in Max Towing Package) | P | | P | | P | | |
| – Electronic locking differential – For raised ride height, available on all axle ratios; for standard ride height, available only on 3.92 axle ratio; included with 4x4 Off-Road Group | O/P | O/P | S | O/P | O/P | O/P | |
| – Anti-spin differential (electronic locking and anti-spin are mutually exclusive) | O | | O | O | O | O | |
| – Thermal axle upgrade – Not available with electronic locking differential; included with HFE model; included on 5.7L V8 eTorque 4x2 with 3.21 axle ratio | P | P | P | | P | P | P |
| BATTERY – 730-amp | S | S | S | S | S | S | S |
| ENGINE COOLING – Standard (included with 3.6L Pentastar V6) | S | | S | S | S | S | S |
| – Engine oil cooler/heater (included with 3.6L Pentastar V6) | S | S | S | S | S | S | S |
| FUEL FILLER – Capless fuel fill with secondary seal | S | S | S | S | S | S | S |
| FUEL TANK – 26-gallon | S | S | S | S | S | S | S |
| – 33-gallon (included with HFE models, standard with 3.6L Quad Cab, not available with 3.6L V6 Crew Cab; included with 5.7L V8 eTorque 4x4 Crew Cab short box on Tradesman, Big Horn, Rebel and Laramie) | O/P | S | O/P/S/P | O/P | | | |
| GRILLE SHUTTERS – Active | S | S | S | S | S | S | S |
| SHOCK ABSORBERS – Front, heavy-duty | S | S | S | | S | S | S |
| – Off-road (included in Off-Road Group) | P | | P | | P | P | |
| – Bilstein® shocks | | | | S | | | |
| – Rear – Heavy-duty | S | S | S | | S | S | S |
| – Off-road (included in Off-Road Group) | P | | P | | P | P | |
| – Bilstein shocks | | | | S | | | |
| STEERING – Electronic power (rack and pinion) | S | S | S | S | S | S | S |
| SUSPENSION – Front, upper and lower A-arms, coil springs, twin-tube shocks | S | S | S | S | S | S | S |
| – Rear, 5-link, coil-springs, twin-tube shocks | S | S | S | S | S | S | S |
| – Active Level™ Four Corner Air Suspension System (not available on Regular Cab models; optional with L1, H1, H2, X1, X2, P1 and P2 Equipment Packages; optional on Rebel 4x4 Crew Cab with H1 and X1 Equipment Packages with 5.7L HEMI V8 only) | O | O | O | O/O | O | O | S |
| TRANSFER CASE (4x4 only) – Electronic part-time | S | | S | S | S | S | S |

## EXTERIOR

| CPOS | A | E | Z | W | H | K | M |
|---|---|---|---|---|---|---|---|
| AIR DAM – Fixed (included with air suspension and Off-Road Group) | S | S | S/P | S | S/P | S/P | S |
| – Active (not available with air suspension) | S | S | S | | S | S | S |
| ANTENNA – Shark fin (AM/FM/SXM/GPS) | S | S | S | S | S | S | S |
| BED RAIL CAPS – Black | S | S | S | S | S | S | S |
| BEDLINER – Spray-in (included in Tradesman Group, included in Bed Utility Group on Big Horn and Laramie) | P | P | O | P | S | | |
| – Spray-in Delete | | | O | | | | |
| BODY-SIDE MOLDINGS – Chrome | | | | | | | |
| BLACK DAYLIGHT OPENING MOLDINGS | S | S | S | S | | | |
| CHROME DAYLIGHT OPENING MOLDINGS – Included in Laramie Chrome Package | | | | P | S | S | S |
| BUMPERS – Front, Black | S | S | S | | | | |
| – Chrome (included in Chrome Appearance Package) | P | S | S | | S | S | S |
| – Painted, rugged with unique steel powder-coated lower bumper | | | O | | | | |
| – Painted Walnut Brown | | | P | | | | |
| – Painted body-color (included with Sport and Black Packages) | | | P | P | P | | |
| – Rear – Black | S | S | S | | | | |
| – Chrome (included in Chrome Appearance Package) | P | S | S | | S | S | S |
| – Rugged with unique finish | | | S | | | | |
| – Painted body-color (included with Sport and Black Packages) | | | P | P | P | | |
| – Painted Walnut Brown | | | P | | | | |
| DOOR HANDLES – Black | S | S | | | | | |
| – Chrome insert | | | S | S | | | |
| – Body-color (included with Sport Appearance Package) | | | P | S | P | | |
| EXHAUST – Single | S | S | S | | S | | |
| – Dual, bright tip (packaged with 5.7L V8 on Big Horn and up; not available with dual Black tip exhaust) | | | P | P | P | P | |
| – Dual, Black tip (packaged with 5.7L V8 on Black Package; packaged with 5.7L V8 on Rebel models) | | | P | P | P | | |

## EXTERIOR (CONTINUED)

| CPOS | A | E | Z | W | H | K | M |
|---|---|---|---|---|---|---|---|
| FOG LAMPS – Incandescent (included with Sport Package) | | | S | | | | |
| – LED (included with Premium Lighting Group) | | | P | S | S | S | S |
| GLASS – Tinted windows | S | S | S | S | S | S | S |
| – Privacy glass/deep-tint sunscreen (rear door) | S | S | S | S | S | S | S |
| – Acoustic laminated glass (front door) | | | S | S | S | S | S |
| GRILLE – Black surround, Black insert with chrome RAM letters | S | S | | | | | |
| – Chrome surround, Black insert with chrome RAM letters (included in Chrome Appearance Package) | P | S | | | | | |
| – Chrome surround, Black billet inserts with chrome RAM letters | | | S | | | | |
| – Body-color surround, Black billet inserts with chrome RAM letters (included with Sport Appearance Package) | | | P | | | | |
| – Black surround, Black billet insert with Black RAM letters (included with Black Appearance Package) | | | P | P | P | | |
| – Unique Black Rebel grille with painted Silver RAM letters | | | | S | | | |
| – Chrome surround, chrome billet inserts with chrome RAM letters | | | | | S | | |
| – Body-color surround, chrome billet inserts with chrome RAM letters (included with Sport Appearance Package) | | | | | P | | |
| – Unique Longhorn chrome surround, chrome billet inserts with chrome RAM letters | | | | | | S | |
| – Unique Limited chrome surround, chrome inserts with chrome RAM letters | | | | | | | S |
| HEADLAMPS – Base halogen with bright internal bezels (included in Black Package) | S | S | | | | | |
| – Base halogen with dark internal bezels (included in Black Package) | | | P | | | | |
| – Mid-level LED headlamp with signature (included with Premium Lighting Group) | | | P | | S | | |
| – Mid-level LED headlamp with signature dark internal bezels (packaged with Black Appearance Package; included with Premium Lighting Group) | | | P | S | P | | |
| – Full LED with signature lighting | | | | | | S | S |
| – Automatic (stop/night sensor) | S | S | S | S | S | S | S |
| – Automatic high beams (included in P1 and P2 Equipment Packages; included in Advanced Safety Group) | | | | | P | S | S |
| LIGHTING – Cargo box illumination | S | S | S | S | S | S | S |
| – Bed lighting (included with tonneau cover and Bed Utility Group) | P | P | P | P | P | S | S |
| MIRRORS, EXTERIOR – 6x9-inch, powered, Black, manual-folding, heated, convex with exterior temperature (standard on Quad Cab and Crew Cab) | S | S | S | S | | | |
| – 6x9-inch, powered, Black, power-folding, heated, auto-dimming, convex wide-angle insert; includes exterior courtesy lamps and supplemental turn signal (included in H1, H2, X1 and X2 Equipment Packages) | | | P | P | | | |
| – 6x9-inch, powered, chrome, power-folding, heated, auto-dimming, multifunctional, convex wide-angle insert; includes exterior courtesy lamps, supplemental turn signal, position memory | | | | | S | S | S |
| – 6x9-inch, powered, body-color, power-folding, heated, auto-dimming, multifunctional, convex wide-angle insert; includes exterior courtesy lamps, supplemental turn signal, position memory (included on Laramie class only (included in Sport Package) | | | | | | | |
| – 7x11-inch trailer-tow, powered, Black, manual-folding; includes exterior courtesy lamps and supplemental turn signal (included in Trailer-Tow Mirrors and Brake Group) | P | P | P | | | | |
| – 7x11-inch trailer-tow, powered, chrome, manual-folding; includes exterior courtesy lamps, supplemental turn signal, position memory (included in Trailer-Tow Mirrors and Brake Group) | | | | | P | P | P |
| PAINT – Monotone | S | S | S | O | S | S | S |
| – Two-tone | | | | S | O | | |
| SKID PLATES – Front suspension (included with Protection Group and Off-Road Group) | P | | P | S | P | P | P |
| – Transfer case (included with Protection Group and Off-Road Group) | P | P | P | S | P | P | P |
| – Electronic power steering (included with Protection Group and Off-Road Group) | P | P | P | S | P | P | P |
| – Fuel tank (included with Protection Group and Off-Road Group) | P | P | P | S | P | P | P |
| STEP/RUNNING BOARD – Black side running boards, cab-length (Mopar®, optional with L1 , optional with H1 and H2 with Black Appearance Package, X1 and X2 Equipment Packages, with P2 with Black Appearance Package) | O | O | O | O | | | |
| – Chrome side steps, wheel-to-wheel (optional with H1, H2, P1 and P2 Equipment Packages; included with Chrome Appearance Package on Laramie; not available with X1 Equipment Package or Black Appearance Package) | | | O | | O/P | | |
| – Running boards, fixed, lower two-tone color (Mopar) | | | | | O | P | S |
| – Running boards, power-operated (available on Quad Cab and Crew Cab only, optional with P2 Equipment Package; optional with X2 Equipment Package on Sport only; included in P1 Equipment Package | | | | | O | P | S |
| – Bed step, deployable (included in Bed Utility Group) | | | P | P | P | P | P |
| STORAGE – RamBox System (available with 5'7" box only; optional with L1, H1, H2, X1, X2, P1 and P2 Equipment Packages) | | | O | O | O | O | O |
| – Bed extender (included in Bed Utility Group) | | | P | P | P | P | P |
| TAILGATE – Standard, Black | S | S | S | S | | | |
| – Tailgate ajar switch (included in P1 and P2 Equipment Packages) | | | | S | P | P | S |
| – Fully dampened/assisted tailgate (included in H2 Equipment Package) | P | | P | P | S | S | S |
| – Power release tailgate (included in P1 and P2 Equipment Packages) | | | | | P | P | S |
| TAILLAMPS – Base incandescent with bright internal bezel | S | S | S | | | | |
| – Base incandescent with dark internal bezel | | | P | | | | |
| – Premium LED with opaque Light Red lens in front of blind-spot sensor area (included with Premium Lighting Group) | | | P | | S | | |
| – Premium LED with opaque Dark Red lens in front of blind-spot sensor area (included with Premium Lighting Group and packaged with Black Appearance Package) | | | P | S | P | | |
| TIE-DOWN – Lower, fixed[10] | S | S | S | S | S | S | S |
| – Upper, adjustable (included in Bed Utility Group) | P | P | P | P | P | S | S |

## EXTERIOR (CONTINUED)

| CPOS | A | E | Z | W | H | K | M |
|---|---|---|---|---|---|---|---|
| TIRES – LT18-inch OWL On/Off-Road (included in Off-Road Group; with Max Towing Package) | P | | P | P | | | |
| – P18-inch BSW All-Season | | | | S | S | | |
| – P18-inch BSW All-Season | S | O | | | | | |
| – P20-inch OWL All-Season (with Sport Appearance Package on Laramie; included with optional 20-inch wheel on Laramie, included with Black Appearance Package, included with optional wheels with Black Appearance Package on Big Horn) | | | P | | P | O | O |
| – P20-inch OWL All-Season | | | O | | | | |
| – P20-inch BSW All-Season | | | | O | | | |
| – P20-inch BSW All-Season | S | O | | | S | S | |
| – LT18-inch OWL On/Off-Road | | | | S | | | |
| – P20-inch BSW All-Season (included with 22-inch wheel offerings) | | | | | | P | P |
| – P20-inch OWL All-Terrain (included in Off-Road Group) | | | | | | P | P |
| – Full-size spare temporary-use | S | S | | S | S | S | S |
| – Full-size spare (included with 4x4 Off-Road Group) | P | P | S | P | P | P | P |
| TONNEAU COVER – Tri-fold (soft; includes bed lighting) | O | S | O | O | O | O | O |
| – Tri-fold (soft) with embossed Ram's Head logo (includes bed lighting) | | | | | | O | |
| TOW HOOK – Front, Black (included in Protection Group and Off-Road Package) | P | P | P | S | P | | |
| – Front, chrome (included in Chrome Appearance Package) | | | | | P | S | S |
| TRAILER TOW – 4+7-pin connector | S | S | S | S | S | S | S |
| – Class III hitch (bumper; not available with Class IV hitch receiver) | S | S | S | | | | |
| – Class IV hitch receiver (included in H1 and H2 Equipment Packages, Tradesman and Trailer-Tow Mirrors and Brake Group) | O/P | P | S | S | S | S | S |
| WHEELS – 18 x 7.5-inch steel painted | P | P/S | | | | | |
| – 18 x8-inch aluminum base paint (included with Max Towing Package) | P | P/S | P | | | | |
| – 18 x8-inch cast aluminum base paint | | | | S | | | |
| – 18 x8-inch cast aluminum painted/polished, Black finish | | | | S | | | |
| – 18 x8-inch cast aluminum premium paint (included with Chrome Appearance Package, and optional LT18-inch OWL On/Off-Road) | P/S | | P | | | | |
| – 20-inch cast aluminum chrome-clad | | | | O | | | |
| – 20-inch cast aluminum premium Black (included with Black Appearance Package) | | | P | | | | |
| – 20-inch cast aluminum premium chrome-clad | S | O | | | | | |
| – 20-inch cast aluminum premium paint/polished (optional with P1 and P2 Equipment Packages) | | | O | | | | |
| – 20-inch cast aluminum premium paint/polished/insert (included with Sport Appearance Package) | | | | P | | | |
| – 20-inch cast aluminum premium paint/polished unique (included with two-tone paint) | | | | O | | | |
| – 20-inch cast aluminum premium paint/part-clad | | | | | S | | |
| – 20-inch cast aluminum polished/premium paint (optional with Sport Appearance Package, included with Black Appearance Package on Laramie) | | | | | O/P | | |
| – 20-inch cast aluminum premium paint/insert (optional with monotone Longhorn) | | | | | | O | |
| WHEELS – Spare | | | | | | | |
| – 18-inch spare, steel (packaged with all size base wheels) | S | | S | S | S | S | |
| – 18-inch spare, aluminum (included on 5.7L BSG 4x4 Crew Cab, 5.7L non-BSG 4x2 Crew Cab 5'7" box) | S | P | P | P | | | |
| – 20-inch spare, steel (packaged with 20-inch and 22-inch wheels) | P | P | P | P | P | P | P |
| WHEEL WELL LINER – Front | S | S | S | S | S | S | S |
| – Rear (optional with L1, H2, X1, X2, P1 and P2 Equipment Packages) | O | O | O | O | O | S | S |
| WHEEL FLARES – Lower two-tone body-color (included with lower two-tone paint) | | | | S | O | | |
| – Monotone body-color | | | | P | | | |
| – Off-Road | | | | S | | | |
| WINDSHIELD WIPER – Variable intermittent | S | S | S | S | S | S | S |
| – Rain-sensing (included in X2, P1 and P2 Equipment Packages) | | | | | P | P | S |

## INTERIOR

| CPOS | A | E | Z | W | H | K | M |
|---|---|---|---|---|---|---|---|
| AIR CONDITIONING – Manual temperature control | S | S | S | S | | | |
| – Control, dual zone (included in H2 and P2 Equipment Packages; included with VP4 8.4-inch Radio (UAX, UCV, U2V, U2V)) | | | P | P | S | S | S |
| CLUSTERS – Base – 4-gauge with 3.5-inch monochromatic display | S | S | S | | | | |
| – Medium – 6-gauge with 3.5-inch color display (included in H1 Equipment Package) | | | P | S | P | | |
| – Premium – 6-gauge with 7.0-inch color reconfigurable TFT display; animation-capable (included in X2, X1 and X2 Equipment Packages; not available with Rebel – Rebel will have unique cluster) | | | P | P | S | S | |
| – Premium – 6-gauge with 7.0-inch color reconfigurable TFT display; animation-capable (Rebel theme) | | | | S | | | |
| – Premium – 6-gauge with 7.0-inch color reconfigurable TFT display; animation-capable (Longhorn theme) | | | | | | S | |
| – Premium – 6-gauge with 7.0-inch color reconfigurable TFT display; animation-capable (Limited theme) | | | | | | | S |
| CONSOLE, FLOOR – Full console with sliding storage and wrapped lid (included with bucket seats) | | | S | P | S | P | S |
| – Full console with sliding storage and wrapped lid with embossed logo (included with bucket seats) | | | | | | S | |
| – Full console with sliding storage with bombay door and premium wrapped leather lid with hard badge | | | | | | | S |
| CONSOLE, OVERHEAD – Base | S | S | S | S | | | |
| – Premium (included with dual-pane sunroof) | | | P | P | S | S | S |

## INTERIOR (CONTINUED)

| CPOS | A | E | Z | W | H | K | M |
|---|---|---|---|---|---|---|---|
| CUP HOLDERS – Two on front and 2 on rear of center console, with bucket seats | | | P | S | P | S | S |
| – Two, front of fold-down center seat with bench | S | S | S | | | | |
| – Two, front of center armrest (Quad Cab® and Crew Cab only) | S | S | S | S | | | |
| SPEED-SENSITIVE POWER LOCKS | S | S | S | S | S | S | S |
| – Illuminated entry | S | S | S | S | S | S | S |
| FLOORING – Vinyl | S | S | | | | | |
| – Carpet, base (included in L1 Equipment Package) | P | S | S | S | S | S | S |
| FLOOR MATS, FRONT & REAR – Carpet (Quad Cab and Crew Cab) – Included in L1 Equipment Package | P | S | | S | | | |
| – Rubber with premium carpet inserts (Crew Cab only) | | | | | S | S | |
| – Rubber (Quad Cab and Crew Cab) (Mopar) | O | O | O | O | | | |
| – Rubber (Quad Cab and Crew Cab) – Rebel theme | | | | S | | | |
| LIGHTING, AMBIENT – Interior mirror switches | S | S | S | S | S | S | S |
| – Overhead console, LED | | | S | S | S | S | S |
| – Front door handles and map pockets, LED (Quad Cab and Crew Cab models only) | | | | | | S | S |
| – Rear door handles and map pockets, LED (Crew Cab only) | | | | | | S | S |
| – Instrument-panel LED pipes | | | | | | S | S |
| LIGHTING, COURTESY – Front map light, incandescent | S | S | S | | | | |
| – Front map light, LED, included with dual-pane sunroof | | | P | P | S | S | S |
| – Front footwell, incandescent | | | | | S | S | S |
| – Front footwell, LED | | | | | S | S | S |
| – Glove box lamp (included in H1 and H2 Equipment Packages) | | | P | P | S | S | S |
| – Rear dome lamp, incandescent | S | S | S | | | | |
| – Rear dome lamp, incandescent, switchable (included with H1 and X1 Equipment Packages) | | | P | P | | | |
| – Rear dome lamp, LED, switchable | | | | | S | S | S |
| – Rear dome lamp dual, LED, switchable, included with dual-pane sunroof | | | | P | P | P | P |
| – Rear footwell, LED (Crew Cab only) | | | | | S | S | S |
| MEMORY – Driver only (seat, exterior mirrors, power adjustable pedals, radio presets) | | | | | S | | |
| – Driver seat only | | | | | | S | S |
| MIRROR, INTERIOR REARVIEW – Manual day/night | S | S | S | S | | | |
| – Automatic dimming day/night (included in H1, H2, X1 and X2 Equipment Packages) | | | P | P | S | S | S |
| PEDALS – Fixed | S | S | S | S | | | |
| – Power-adjustable (included in H1, H2, X1 and X2 Equipment Packages) | | | P | P | S | S | S |
| – Power-adjustable with memory | | | | | | S | S |
| SEATS – Vinyl bench front seats – 40/20/40 split bench, 4-way manual driver (fore/aft, seatback recline), 4-way manual passenger (fore/aft, seatback recline), 4-way manual adjustable head restraints (up/down, fore/aft), outboard positions only rear seats, full-length stadium-folding bench, outboard head restraints manual dump feature | S | S | | | | | |
| – Cloth bench front seats – Cloth 40/20/40 split bench, 4-way manual driver (fore/aft, seatback recline), 4-way manual passenger (fore/aft, seatback recline), 4-way manual adjustable head restraints (up/down, fore/aft), outboard positions only rear seats, full-length stadium-folding bench, outboard head restraints manual dump feature (included in L1 Equipment Package) | P | S | S | | | | |
| – Cloth bucket front seats – 4-way manual driver (fore/aft, seatback recline), 4-way manual passenger (fore/aft, seatback recline), 4-way manual adjustable head restraints (up/down, fore/aft), outboard positions only rear seats, full-length stadium-folding bench, outboard head restraints manual dump feature | | | S | | | | |
| – Cloth bench front seats – 40/20/40 split bench, 4-way manual power driver seat (fore/aft, up/down, cushion tilt, seatback recline) with H1 and H2 Equipment Packages, 4-way power driver lumbar (fore/aft, up/down) included with manual passenger (fore/aft, seatback recline), 4-way manual adjustable head restraints (up/down, fore/aft), outboard positions only, full-length floor console with 2 front and 2 rear cup holders, map pocket (back of outboard seats) rear seats, 60/40 stadium-folding bench, outboard head restraints manual dump feature (included with Sport Appearance Package) | | | S | | | | |

**2019 RAM 1500**

## Column 1

CPOS

### INTERIOR (continued)

- Vinyl/cloth bucket front seats – Bucket seats, unique 2-tone with new tread pattern and embroidery, 8-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), 4-way power driver lumbar (fore/aft, up/down), 4-way manual passenger (fore/aft, seatback recline), 4-way manual adjustable head restraints (up/down, fore/aft), outboard positions only, Ram's Head logo on inside surface, map pocket (back of outboard seats) rear seats are 60/40 stadium-folding bench, outboard head restraints manual dump feature

- Leather-trimmed bench front seats – 40/20/40 split bench, 8-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), 8-way power passenger seat (fore/aft, up/down, cushion tilt, seatback recline), 4-way power driver lumbar (fore/aft, up/down), 4-way power passenger lumbar (fore/aft, up/down), memory, heated outboard seating positions, ventilated outboard seating positions, heated steering wheel, 4-way manual adjustable head restraints (up/down, fore/aft), outboard positions only, map pocket (back of outboard seats) rear seats, 60/40 stadium-folding bench with manual recline and center 20% fold-down console (Crew Cab only), outboard head restraints manual dump feature, heated rear seat (3 adjustment levels each; included with P1 Equipment Package)

- Leather-trimmed bucket (optional with P1 and P2 Equipment Packages; included with Sport Appearance Package) – Front bucket seats, 8-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), 8-way power passenger seat (fore/aft, up/down, cushion tilt, seatback recline), 4-way power driver lumbar (fore/aft, up/down), 4-way power passenger lumbar (fore/aft, up/down), memory, heated outboard seating positions, ventilated outboard seating positions, heated steering wheel, 4-way manual adjustable head restraints (up/down, fore/aft), outboard positions only, full-length floor console with 2 front and 2 rear cup holders, map pocket (back of outboard seats) rear seats, 60/40 stadium-folding bench (Quad Cab only), 60/40 stadium-folding bench with manual recline and center 20% fold-down console (Crew Cab only), outboard head restraints manual dump feature, heated rear seat (3 adjustment levels each; included with P2 Equipment Package)

- Premium leather bucket (filigree) front seats – Bucket seats, 8-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), 8-way power passenger seat (fore/aft, up/down, cushion tilt, seatback recline), 4-way power driver lumbar (fore/aft, up/down), 4-way power passenger lumbar (fore/aft, up/down), memory, heated outboard seating positions, ventilated outboard seating positions, heated steering wheel, 4-way manual adjustable head restraints (up/down, fore/aft), outboard positions only, full-length floor console with 2 front and 2 rear cup holders, heated rear seat (3 adjustment levels each; included with M1 Equipment Package)

- Premium leather bucket (non-filigree) front seats – Bucket seats, 8-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), 8-way power passenger seat (fore/aft, up/down, cushion tilt, seatback recline), 4-way power driver lumbar (fore/aft, up/down), 4-way power passenger lumbar (fore/aft, up/down), memory, heated outboard seating positions, ventilated outboard seating positions, heated steering wheel, 4-way manual adjustable head restraints (up/down, fore/aft), outboard positions only, full-length floor console with 2 front and 2 rear cup holders, heated rear seat (3 adjustment levels each; included with R1 Equipment Package)

- Premium leather bucket front seats – Bucket seats, 8-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), 8-way power passenger seat (fore/aft, up/down, cushion tilt, seatback recline), 4-way power driver lumbar (fore/aft, up/down), 4-way power passenger lumbar (fore/aft, up/down), memory, heated outboard seating positions, ventilated outboard seating positions, heated steering wheel, 4-way manual adjustable head restraints (up/down, fore/aft), outboard positions only, pocket (back of outboard seats) rear seats, 60/40 stadium-folding bench with manual recline and center 20% fold-down console, outboard head restraints manual dump feature, heated rear seat (3 adjustment levels each; included with M1 Equipment Package)

| CPOS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SHIFTER – Rotary | S | S | S | S | S | S | S | | |
| – Black | | | | | P | P | P | | |
| SILL PLATES – Door sill scuff plates (plastic) | S | S | S | S | | | | | |
| – Door sill scuff plates (metal) | | | | | S | S | S | | |
| SPEED CONTROL – Cruise control | S | S | S | S | S | S | S | | |
| – Adaptive Cruise Control with Stop & Go (included in Advanced Safety Package) | | | | | O | O | O | | |
| START – Keyless Go (push-button start) | S | S | S | S | S | S | S | | |
| STEERING COLUMN – Manual tilt/telescoping | S | S | S | S | S | S | S | | |

## Column 2

CPOS

### INTERIOR (continued)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| STEERING WHEEL – Urethane | S | S | | | | | | | |
| – Leather-wrapped | | S | S | | | | | | |
| – Leather-wrapped, perforated, accent stitching and chrome-color bezels | | | S | | | | S | | |
| – Leather-wrapped, real wood | | | | | | | S | | |
| – Heated (included in X2 Equipment Package and X1 Equipment Package) | P | P | S | S | S | | | | |
| – Buttons controls – Driver Information Display | S | S | S | S | S | S | S | | |
| – Buttons controls – Cruise control | S | S | S | S | S | S | S | | |
| – Buttons controls – Bluetooth/Hands-free | S | S | S | S | S | S | S | | |
| – Buttons controls – Adaptive Cruise Control with Stop & Go | | | | | P | P | P | | |

STORAGE – Center stack pull-out drawer (bench seats only)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| STORAGE – Center stack pull-out drawer (bench seats only) | S | S | S | | | | | | |
| – Front center underseat storage bin (bench seats only; included with CD player) | P | S | S | | | | | | |
| – Front-seat center seatback bin (bench seat only) | S | S | S | | | | | | |
| – Front-seat center console bin (with buckets seats only) | | | | P | S | P | S | S | S |
| – Rear in-floor storage bins with removable liners (Crew Cab only) | | S | S | S | S | S | S | | |
| – Rear underseat storage – Crew Cab only (included in X2 and P2 Equipment Packages; optional with H1, H2 and P1 Equipment Packages) | | | | O | P/O | S | S | | |

SUNROOF – Single-pane, power-operated (Quad Cab only; optional with H2, X2, P1 and P2 Equipment Packages)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SUNROOF – Single-pane, power-operated (Quad Cab only...) | | | | O | O | O | | | |
| – Dual-pane, power-operated (Crew Cab only; optional with H2, X2, P1 and P2 Equipment Packages) | | | | O | O | O | O | | |
| SUN VISOR – Passenger-side sun visor mirror | | | | | S | S | | | |
| – Passenger-side sun visor mirror and light (included in X1 and X2 Equipment Packages) | | | | | | | | | |
| – Driver-side sun visor mirror and light (included in X1 Equipment Packages) with Universal Garage Door Opener (included in H1, H2, X1 and X2 Equipment Packages) | | | | P | P | S | S | | |
| – Cloth driver/passenger sun visor mirror | | | | S | S | S | S | | |
| TURN SIGNALS – Three-blink lane change feature | S | S | S | S | S | S | S | | |
| WINDOW CONTROL – Windows, power (Quad Cab and Crew Cab only); 1-touch up/down driver and front passenger | S | S | S | S | S | S | S | | |
| – Rear backlight, fixed | S | S | | | | | | | |
| – Rear backlight, manual sliding | S | S | | | | | | | |
| – Rear backlight, power sliding (included in L1, H1 and H2 Equipment Packages on Quad Cab and Crew Cab models); standard on Quad Cab and Crew Cab models on unique and up price classes; not available with manual sliding rear backlight | P | P | S | S | S | S | S | | |
| – Rear defroster (with power sliding backlight only; included in H1, H2, X1 and X2 Equipment Packages) | | | | P | P | S | S | | |

### UCONNECT® MULTIMEDIA

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BLUETOOTH HANDS-FREE PHONE WITH VOICE CONTROL[15] | S | S | S | S | S | S | S | | |
| – Front: two 2.5A USB ports - fully functional | S | S | S | S | S | S | S | | |
| – Middle: one 2.5A USB port - charging only (included with bench and bucket seats) | S | S | S | S | S | S | S | | |
| – Rear: one 2.5A USB port - fully functional (included in H2 and X2 Equipment Packages) | | | | P | P | S | S | | |
| – Rear: one 2.5A USB port – charging only (included in H2 and X2 Equipment Packages) | | | | P | P | S | S | | |
| – Front - auxiliary headphone jack | S | S | S | S | S | S | S | | |
| POWER – Accessory delay | S | S | S | S | S | S | S | | |
| – Front seat, 12-volt ignition-fed | S | S | S | S | S | S | S | | |
| – Front seat, 115-volt outlet (3-prong), battery-fed (optional with L1 Equipment Package, included in H2 Equipment Package) | P | P | P | P | P | P | | | |
| – Rear seat, 115-volt outlet (3-prong), battery-fed (included in H2 and X2 Equipment Packages) | P | P | S | S | | | | | |
| – RamBox® System, 115-volt outlet (3-prong), battery-fed (included with RamBox System) | P | P | P | P | P | P | | | |
| – Front seat, wireless charging pad (available with bucket seats only; included in P2 and R1 Equipment Packages) | P | P | S | S | | | | | |
| – 400-watt inverter (included in H2 Equipment Package) | P | P | S | S | S | S | S | | |
| RADIOS – Uconnect 3 with 5-inch display | S | S | | | | | | | |
| – Uconnect 4 with 8.4-inch display (included in H1, H2, X1 and X2 Equipment Packages) | P | P | S | | | | | | |
| – Uconnect 4C NAV with 8.4-inch display (optional with H1, H2, X1 and X2 Equipment Packages) | | | | O | O | P | S | | |
| – Uconnect 4C NAV with 12-inch display (optional with H2 and X2 Equipment Packages; included in R1 Equipment Package) | | | | O | O | O | P | | |
| RADIO CONTROLS – Steering wheel-mounted | S | S | S | S | S | S | S | | |
| SIRIUSXM® RADIO[20] – (included in L1, H1 and H2 Equipment Packages) | P | P | S | S | S | S | S | | |
| – SiriusXM Traffic Plus[20] | | | | P | P | P | S | | |
| – SiriusXM Travel Link[20] | | | | P | P | P | S | | |
| SOUND SYSTEM – Six-speaker system | S | S | S | S | | | | | |
| – Alpine® 10-speaker system (optional with H1, H2, X1 and X2 Equipment Packages) | | | | O | O | P | S | | |
| – Harman Kardon® 19-speaker system (included in P2, R1 and M1 Equipment Packages; available with Quad Cab) | | | | | P | P | P | | |
| SIRIUSXM GUARDIAN™ SERVICES – Built-in cellular connection (included with 1AV and 1AW radios) | | | | P | P | P | P | | |
| UCONNECT FEATURES – Phone app integration | S | S | S | S | S | S | S | | |
| – Apple CarPlay™/Google Android Auto™[22] (included with 8.4-inch and 12-inch radios) | | | | P | P | P | S | | |
| – Active Noise Cancellation (included on 5.7L HEMI® V8 engines) | S | S | S | S | S | S | S | | |

## Column 3

CPOS

### SAFETY AND SECURITY FEATURES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AIR BAGS[10] – Advanced multistage front driver and passenger | S | S | S | S | S | S | S | | |
| – Supplemental side-curtain | S | S | S | S | S | S | S | | |
| – Supplemental side seat | S | S | S | S | S | S | S | | |
| BELT ALERT – Driver | S | S | S | S | S | S | S | | |
| – Passenger | S | S | S | S | S | S | S | | |
| BRAKES – Power-assisted 4-wheel antilock | S | S | S | S | S | S | S | | |
| – Brake override | S | S | S | S | S | S | S | | |
| ELECTRONIC STABILITY CONTROL (ESC)[7] | S | S | S | S | S | S | S | | |
| – Brake Assist | S | S | S | S | S | S | S | | |
| – Electronic Roll Mitigation | S | S | S | S | S | S | S | | |
| BRAKES – Hill Start Assist[9] | S | S | S | S | S | S | S | | |
| – Rainy Day Braking | S | S | S | S | S | S | S | | |
| – Ready Alert Braking | S | S | S | S | S | S | S | | |
| – All-Speed Traction Control | S | S | S | S | S | S | S | | |
| TRAILER SWAY DAMPING[8] | S | S | S | S | S | S | S | | |
| HILL DESCENT CONTROL – Included with Off-Road Group | P | | P | P | P | P | P | | |
| ELECTRONIC BRAKE PREP | S | S | S | S | S | S | S | | |
| CAMERA – ParkView® Rear Back-Up Camera with dynamic grid lines and center lines | S | S | S | S | S | S | S | | |
| SURROUND-VIEW CAMERA[18] – Included in Advanced Safety Group; included in H2 Equipment Package; not available with ParkView Rear Back-Up Camera | | | | | P | P | P | | |
| BLIND SPOT MONITORING[16] WITH REAR CROSS-PATH AND TRAILER DETECTION (optional with H2 and X2 Equipment Packages; requires Premium Lighting Group on Big Horn; included in P1, P2 and R1 Equipment Packages) | | | | O | O | P | P | | |
| FORWARD COLLISION WARNING[17] (adaptive emergency braking; included in Advanced Safety Group) | | | | | P | P | P | | |
| LANESENSE® LANE DEPARTURE WARNING PLUS[6] (included in Advanced Safety Group) | | | | | P | P | P | | |
| HEAD RESTRAINTS, FRONT – Standard – 4-way manual adjustable (up/down, fore/aft) | S | S | S | S | S | S | S | | |
| HEAD RESTRAINTS, REAR – Manual dump feature on outboard seating positions | S | S | S | S | S | S | S | | |
| PARKING SENSORS[1] | | | | | | | | | |
| PARKSENSE® FRONT AND REAR PARK ASSIST WITH REAR PARKSENSE STOP (optional with H1 and X1 Equipment Packages; included in H2, X2 and P2 Equipment Packages) | | | | O/P/O | P/P/S | S | S | | |
| PARALLEL AND PERPENDICULAR PARK ASSIST (included in Advanced Safety Group) | | | | | P | P | P | | |
| REMOTE KEYLESS ENTRY[3] | | | | | | | | | |
| CENTRELS FOR POWER LOCKS (including doors, tailgate and RamBox® System when so equipped) | S | S | S | S | S | S | S | | |
| – Illuminated entry system, panic alarm; includes 2 transmitters (included in L1 Equipment Package) | P | S | S | S | S | S | S | | |
| REMOTE START[4] – Key fob activation (optional; included in H2 and X2 Equipment Packages) | | | | O/P | P/S | S | S | | |
| RESTRAINTS – Front 3-point seat belts, shoulder height adjustable (outboard seating positions) | | | | | | | | | |
| – Front 3-point seat belt (center seating position, bench only) | S | S | S | | | | | | |
| – Rear 3-point seat belts (all seating positions) | S | S | S | S | S | S | S | | |
| LATCH (Lower Anchors and Tethers for Children) | S | S | S | S | S | S | S | | |
| OCCUPANT CLASSIFICATION SYSTEM | S | S | S | S | S | S | S | | |
| SECURITY – Sentry Key® immobilizer | S | S | S | S | S | S | S | | |
| – Security alarm (included in H2 and X2 Equipment Packages) | P | P | S | S | | | | | |
| TIRE PRESSURE MONITOR (TPM) – Tire-specific TPM display | S | S | S | S | S | S | S | | |
| – Tire-Fill alert system | S | S | S | S | S | S | S | | |
| TRAILER BRAKE CONTROLLER – Integrated electronic controller (requires Class IV trailer hitch; included with Trailer-Tow Mirrors and Brake Group) | | | | O/P/P | O/P/P | O/P/P | | | |

### APPEARANCE PACKAGES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CHROME APPEARANCE PACKAGE (TRADESMAN) – Includes front bumpers, chrome rear bumpers, chrome grille surround, 18-inch painted aluminum wheels, P18-inch BSW All-Season tires (optional with L1 Equipment Package) | O | | | | | | | | |
| CHROME APPEARANCE PACKAGE (LARAMIE) – Includes monotone paint, chrome window moldings, chrome tow hooks and chrome wheel-to-wheel side steps (optional with P1 and P2 Equipment Packages only; not available with Sport or Black Appearance Packages) | | | | | | O | O | | |
| SPORT APPEARANCE PACKAGE (BIG HORN) – Includes monotone paint, body-color front bumper, body-color rear bumper, body-color grille surround, body-color door handles, body-color mirror cap, (vinyl/cloth bucket; optional with H1 or H2 Equipment Package) | | | | O | O | | | | |
| SPORT APPEARANCE PACKAGE (LARAMIE) – Includes monotone paint only, body-color front bumper, body-color rear bumper, body-color grille surround, body-color door handles, body-color mirror caps, Sport hood, 20×9-inch cast-aluminum premium paint/polished/insert wheels, P20-inch OWL All-Season tires, leather-trimmed bucket); optional with P1 and P2 Equipment Packages; premium paint (with P2 Equipment Package only), optional P20-inch BSW All-Season tires (packaged to optional 20-inch wheel) (optional with P1 and P2 Equipment Packages; not available with Chrome Appearance Package) | | | | | | O | O | | |
| BLACK APPEARANCE PACKAGE (BIG HORN) – Includes Black exterior paint only, 20×9-inch cast-aluminum painted Black wheels, 20-inch BSW All-Season tires, Black BSW All-Season tires, Black grille, Black front fascia, Black badges, Black 1500 badges (front and passenger door), Black RAM badge on rear tailgate (4x4 models only), Black engine badge (front passenger door), Black hood (front badge for 5.7L HEMI only), Black exhaust tip, dual (packaged to 5.7L V8 only), Big Horn painted Black (tailgate), headlamps with dark internal bezels, taillamps with dark internal bezels (optional with R2 Equipment Package) | | | | O | O | | | | |
| BLACK APPEARANCE PACKAGE (LARAMIE) – Includes Black exterior paint only, 22×9-inch forged aluminum polished premium paint wheels, 22-inch BSW All-Season tires, Black RAM on front grille, Black Ram's Head on rear tailgate, Black 1500 badges (both sides of truck), Black RAM badges (driver and passenger door), Black 4x4 badge on rear tailgate (4x4 models only), Black engine badge (for 5.7L HEMI V8 only), Black exhaust tip, dual (packaged to 5.7L V8 only), Laramie painted Black (tailgate), headlamps with dark internal bezels, taillamps with dark internal bezels (optional with P2 Equipment Package only; not available with Chrome Appearance Package) | | | | | | O | O | | |

## Column 4

CPOS

### EQUIPMENT PACKAGES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TRADESMAN LEVEL 1 EQUIPMENT PACKAGE (L1) – Includes rear backlight, power sliding, cloth 40/20/40 bench seat, carpet floor covering, carpet floor mats, SiriusXM® Radio,2 option: vinyl floor covering | O | | | | | | | | |
| BIG HORN LEVEL 1 EQUIPMENT PACKAGE (H1) – Includes switchable rear dome lamp, glove box lamp, upper closed glove box with painted hard door, auto-dimming interior rearview mirror, exterior power-folding mirrors with signal and puddle lamps, Universal Garage Door Opener, 4-gauge with 3.5-inch color display, power-adjustable pedals, rear defroster, Uconnect® 4 with 8.4-inch display, rear backlight, driver-side sun visor mirror and light, CD player, single-disc, remote, 8-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), 4-way power driver lumbar (fore/aft, up/down), foam latch seats (front doors only), SiriusXM Radio.2 Class IV hitch receiver, Big Horn 1an instrument panel | | | O | | | | | | |
| BIG HORN LEVEL 2 EQUIPMENT PACKAGE (H2) (INCLUDES H1 EQUIPMENT PACKAGE) – Remote start,19 security alarm, ParkSense Front and Rear Park Assist with Rear ParkSense Stop,1 heated front seats, heated steering wheel, Automatic Temperature Control (dual-zone), rear: one 2.5A USB port, fully functional, rear: one 2.5A USB port, charging only, front seat, 115-volt outlet (3-prong), battery-fed, rear seat, 115-volt outlet (3-prong), battery-fed, 400-watt inverter, fully dampened/ assisted tailgate, 7-inch programmable cluster display, rear backlight, power sliding | | | O | | | | | | |
| REBEL LEVEL 1 EQUIPMENT PACKAGE (X1) – Includes switchable rear dome lamp, auto-dimming interior rearview mirror, exterior power-folding mirrors with signal and puddle lamps, Universal Garage Door Opener, power-adjustable pedals, heated front seats, heated steering wheel, rear defroster, Uconnect 4 with 8.4-inch display, driver-side sun visor mirror and light, CD player, single-disc, remote, foam battle seats (front doors only) | | | | O | | | | | |
| REBEL LEVEL 2 EQUIPMENT PACKAGE (X2) (INCLUDES X1 EQUIPMENT PACKAGE) – Remote start,19 wireless charging pad (available with bucket seats only), Premium Plus Sound System, heated rear seat (3 adjustment levels each), rear underseat storage, Crew Cab models only | | | | O | | | | | |
| LARAMIE LONGHORN LEVEL 1 EQUIPMENT PACKAGE (M1) – Includes wireless headphones, heated rear seats, rain-sensing wipers, CD player, single-disc, remote, Blind Spot Monitoring3 with Rear Cross-Path and Trailer Detection; foam battle inserts (front doors only), tailgate-ajar switch, power-release tailgate, 60/40 stadium-folding rear bench with manual recline and center 20% fold-down console (not available with Quad Cab), ParkSense Front and Rear Park Assist with Rear ParkSense Stop1 | | | | | | | O | | |
| LARAMIE LEVEL 2 EQUIPMENT PACKAGE (P2) – Includes P1 Equipment Package, Uconnect 4C NAV, wireless charging pad (available with bucket seats only), Premium Plus Sound System, heated rear seat (3 adjustment levels each), rear underseat storage, Crew Cab models only | | | | | | O | | | |
| LARAMIE LONGHORN LEVEL 1 EQUIPMENT PACKAGE (R1) – Includes wireless charging pad + Blind Spot Monitoring3 with Rear Cross-Path and Trailer Detection; power-adjustable pedals; Premium Plus Sound System | | | | | | | O | | |
| LIMITED LEVEL 1 EQUIPMENT PACKAGE (M1) – Includes Adaptive Cruise Control with Stop & Go,1 Forward Collision Warning,1 LaneSense® Lane Departure Warning Plus,1 Surround-View Camera,1 Parallel and Perpendicular Park Assist,1 ventilated rear seat (3 adjustment levels each), Premium Plus Sound System | | | | | | | O | | |

### FUNCTIONAL PACKAGES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BED UTILITY GROUP – Includes upper adjustable tie-downs, bed extender (available with RamBox System only), deployable, bed step, bed lighting, spray-in bed liner (Big Horn/Laramie models only; optional with L1, H2, X2, H1, H2, X1 and P2 Equipment Packages) | O | | O | O | O | O | | | |
| PROTECTION GROUP – Includes tow hooks, front suspension skid plate, transfer case skid plate, electronic power steering skid plate, fuel tank skid plate (4x4 models only) | O | | | O | O | | | | |
| 4X4 OFF-ROAD GROUP – Includes tow hooks, front suspension skid plate, transfer case skid plate (on 4x4 models only), electronic power steering skid plate, fuel tank skid plate, rear electronic locking axle, front, off-road calibrated shocks, rear, off-road calibrated shocks, branded off-road shocks, front (Rebel only), branded off-road shocks, rear (Rebel only), Hill Descent Control, off-road decals (both sides, rear quarter panel, not included with Rebel), LT18-inch OWL On-/Off-Road tires, P20-inch OWL All-Terrain tires (on Laramie Longhorn and Limited; optional with 20-inch wheels on Big Horn), full-size spare (optional with L1, H1 or H2 Equipment Packages; standard on all 4x2 and 4x4 Rebel models; not available with 9x2 non-Rebel models) | O | | O | O | O | O | | | |
| TRAILER-TOW MIRRORS AND BRAKE GROUP – Includes Class IV hitch receiver, integrated trailer brake controller, 7+4 inch trailer-tow mirrors | O | | O | O | O | O | | | |
| ADVANCED SAFETY GROUP – Includes Adaptive Cruise Control with Stop & Go,1 Forward Collision Warning,1 LaneSense Lane Departure Warning Plus,1 Surround-View Camera,1 Automatic High-Beam Headlamps, Parallel and Perpendicular Park Assist1 (optional with P2 and R1 Equipment Packages) | | | | | | O | O | | |
| TRADESMAN GROUP – Includes Class IV hitch receiver, spray-in bed liner | | | | | | | | | |
| MAX TOWING PACKAGE – Includes max towing 9.75-inch axle with 3.92 axle ratio, rear stabilizer bar, Trailer-Tow Mirrors and Brake Group, 18×8-inch cast-aluminum base paint, LT18-inch OWL On-/Off-Road (available on 5.7L 8 G 4x2 Quad Cab only) | | | | O | O | O | | | |
| PREMIUM LIGHTING GROUP – Includes LED projector headlamps with signature lighting, LED taillamps with signature lighting, LED fog lamps (optional with H2 Equipment Package only; required with Blind Spot Monitoring3 on Big Horn) | | | O | | | | | | |
| BODY-COLOR BUMPER GROUP – Includes body-color front bumper, body-color rear bumper | | | O | | | | | | |





## RAM 1500 SPECIFICATIONS

### RAM 1500 CARGO BOX DIMENSIONS

*All dimensions are in inches (millimeters) unless otherwise noted.*

| | 5'7" | 6'4" |
|---|---|---|
| BOX SIZE | | |
| SAE VOLUME, cu ft (cu m) | 53.9 (1.5) | 61.5 (1.7) |
| LENGTH AT FLOOR, TAILGATE CLOSED | 67.4 (1711) | 76.3 (1937) |
| CARGO WIDTH | 66.4 (1687) | 66.4 (1687) |
| DISTANCE BETWEEN WHEELHOUSINGS | 51.0 (1295) | 51.0 (1295) |
| DEPTH | 21.4 (542) | 21.5 (545) |
| TAILGATE OPENING WIDTH | 60.0 (1525) | 60.0 (1525) |

### RAM 1500 EXTERIOR DIMENSIONS

*All dimensions are in inches (millimeters) unless otherwise noted.*

| | QUAD CAB® PICKUP | | | | CREW CAB PICKUP | | | |
|---|---|---|---|---|---|---|---|---|
| MODEL — TIRE SIZE | 2WD – 275/55R20 | | 4WD – 275/55R20 | | 2WD – 275/55R20 | | 4WD – 275/55R20 | |
| BOX SIZE | 6'4" | | 6'4" | | 5'7" | 6'4" | 5'7" | 6'4" |
| WHEELBASE (NOMINAL) | 140.5 (3569) | | 140.5 (3569) | | 144.6 (3673) | 153.5 (3898) | 144.6 (3673) | 153.5 (3898) |
| TRACK, FRONT | 68.5 (1741) | | 68.5 (1741) | | 68.5 (1741) | 68.5 (1741) | 68.5 (1741) | 68.5 (1741) |
| TRACK, REAR | 68.1 (1729) | | 68.1 (1729) | | 68.1 (1729) | 68.1 (1729) | 68.1 (1729) | 68.1 (1729) |
| OVERALL LENGTH | 228.9 (5814) | | 228.9 (5814) | | 232.9 (5916) | 241.8 (6142) | 232.9 (5916) | 241.8 (6142) |
| OVERALL WIDTH | 82.1 (2084) | | 82.1 (2084) | | 82.1 (2084) | 82.1 (2084) | 82.1 (2084) | 82.1 (2084) |
| OVERALL HEIGHT | 77.6 (1971) | | 77.7 (1973) | | 77.5 (1968) | 77.4 (1966) | 77.6 (1971) | 77.5 (1968) |
| GROUND CLEARANCE | | | | | | | | |
| FRONT AXLE | 7.8 (199) | | 8.2 (208) | | 7.8 (199) | 7.8 (199) | 8.2 (209) | 8.1 (207) |
| REAR AXLE | 8.7 (221) | | 8.7 (221) | | 8.6 (219) | 8.7 (220) | 8.7 (220) | 8.6 (220) |
| OPEN TAILGATE TO GROUND | 34.6 (878) | | 34.6 (875) | | 34.5 (877) | 34.4 (875) | 34.3 (873) | 34.3 (871) |
| PICKUP BODY HEIGHT | 21.4 (545) | | 21.4 (545) | | 21.4 (545) | 21.4 (545) | 21.4 (543) | 21.4 (545) |
| APPROACH ANGLE, degrees | 18.1 | | 18.9 | | 18 | 18.1 | 19 | 18.9 |
| DEPARTURE ANGLE, degrees | 25.2 | | 25 | | 25.1 | 25 | 24.9 | 24.9 |
| RAMP BREAKOVER ANGLE WITHOUT SKID PLATE, degrees | 19.5 | | 18.9 | | 19 | 18.4 | 19.5 | 18.7 |
| RAMP BREAKOVER ANGLE WITH SKID PLATE, degrees | | | 17.8 | | | | 17.5 | 18.7 |
| GROUND CLEARANCE WITHOUT SKID PLATE | 8.4 (213) | | 8.7 (221) | | 8.3 (211) | 8.3 (257) | 8.7 (207) | 8.6 (191) |
| GROUND CLEARANCE WITH SKID PLATE | | | 8.2 (208) | | | | 8.2 (208) | 8.1 (257) |

### RAM 1500 INTERIOR DIMENSIONS

*All dimensions are in inches (millimeters) unless otherwise noted.*

| | QUAD CAB | CREW CAB |
|---|---|---|
| FRONT | | |
| HEAD ROOM | 40.9 (1038) | 40.9 (1038) |
| LEG ROOM | 40.9 (1040) | 40.9 (1040) |
| SHOULDER ROOM | 66.0 (1676) | 66.0 (1676) |
| HIP ROOM | 60.4 (1610) | 60.4 (1610) |
| SEAT TRAVEL | 8.7 (209) | 8.7 (209) |
| REAR | | |
| HEAD ROOM | 39.7 (991) | 39.8 (1011) |
| LEG ROOM | 35.6 (903) | 45.2 (1147) |
| SHOULDER ROOM | 65.7 (1668) | 65.7 (1670) |
| HIP ROOM | 63.4 (1610) | 63.4 (1611) |
| INTERIOR VOLUME | | |
| FRONT, cu ft (cu m) | 63.9 (1.8) | 63.9 (1.8) |
| REAR, cu ft (cu m) | 53.3 (1.5) | 68.5 (1.9) |

### MAXIMUM PAYLOAD CAPACITIES*

| | | QUAD CAB PICKUP | | | | CREW CAB PICKUP | | | |
|---|---|---|---|---|---|---|---|---|---|
| | GCWR (lb) | 6'4" | | | | 5'7" | | 6'4" | |
| | | 4x2 | 4x4 | | | 4x2 | 4x4 | 4x2 | 4x4 |
| 3.6L V6 eTORQUE/8-SPEED AUTO | 6,010 | 1,210 | | | | | | | |
| | 6,800 | | 1,710 | | | | | | |
| | 6,900 | 2,100 | | | | 1,930 | 1,770 | 1,880 | 1,670 |
| | 7,100 | | 2,300 | | | | | | |
| 5.7L HEMI® V8/8-SPEED AUTO | 6,900 | 1,900 | | | | 1,850 | | 1,830 | |
| | 7,100 | | 1,970 | | | 1,940 | | | 1,780 |
| 5.7L HEMI V8 eTORQUE/8-SPEED AUTO | 6,900 | 1,800 | | | | 1,740 | | 1,680 | |
| | 7,100 | | 1,920 | | | 1,680 | | | 1,680 |

### MAXIMUM LOADED TRAILER WEIGHT (LB)*

| | | QUAD CAB PICKUP | | | CREW CAB PICKUP | | | |
|---|---|---|---|---|---|---|---|---|
| | | 6'4" | | | 5'7" | | 6'4" | |
| | Axle Ratio | GCWR (lb) | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 |
| 3.6L V6 eTORQUE/8-SPEED AUTO | 3.21 | 11,500 | 6,720 | 6,410 | 6,520 | 6,370 | 6,500 | 6,250 |
| | 3.55 | 12,900 | 7,230 | 7,610 | 7,520 | 7,370 | 7,500 | 7,250 |
| | 3.92 | 12,900 | 7,730 | 7,610 | 7,520 | 7,370 | 7,500 | 7,250 |
| 5.7L HEMI V8/8-SPEED AUTO | 3.21 | 13,900 | 8,510 | 8,370 | 8,440 | 8,240 | 8,430 | 8,180 |
| | 3.92 | 17,000 | 11,610 | 11,470 | 11,540 | 11,340 | 11,530 | 11,240 |
| 5.7L HEMI V8 eTORQUE/8-SPEED AUTO | 3.21 | 13,900 | 8,460 | 8,230 | 8,330 | 8,230 | 8,290 | 8,020 |
| | 3.92 | 17,000 | 11,560 | 11,330 | 11,430 | 11,250 | 11,390 | 11,120 |
| | 3.92 | 18,100 | 12,750 | | | | | |

Numbers in Black boxes reflect max ratings. 1. Payload and Max Trailer Weights are ESTIMATED values. 2. All weights are shown in pounds unless otherwise stated. 3. Payload and Max Trailer Weight values are rounded to the nearest 10 lb. 4. Payload = GVWR – Base Weight. 5. Trailer Weight Rating (TWR) and Tow Vehicle Trailering Weight are calculated as specified in SAE J2807, Passenger Weight = 300 lb. Options Weight is option content above 33 percent of sales volume. Trailer equipment weight = Class IV receiver hitch is 33 lb if TWR is less or equal to 5,000 lb and 65 lb if TWR is greater than 5,000 lb. 6. Payload and Trailer Weight Rating are mutually exclusive. 7. GAWRs, GVWRs and GCWRs should never be exceeded. 8. The recommended tongue weight for a conventional hitch is 10 percent of the gross trailer weight. The maximum tongue weight for Class III receiver hitch is limited to 1,100 lb. 9. Weight Distributing Hitch is recommended for trailers over 5,000 lb. *When properly equipped.



## RAM OUTFITTER

### DRIVE HOME THE POINT: YOU'RE TOTALLY INTO RAM. RAM OUTFITTER

▶ BORN UNDER THE RAM SIGN. Drive a pickup with total street cred— and then take it with you. Ram Outfitter is where you'll find the useful, the cool and the stylish—from clothing and caps to luggage and tools. Make the Ram identity part of your everyday lifestyle. It's all at RAMTRUCKS.COM/OUTFITTER




© 2018 FCA US LLC. All Rights Reserved. Ram, Mopar, the Ram's Head logo, Big Horn, HEMI, Laramie, Laramie Longhorn, Mopar Vehicle Protection, ProTech, Ram Outfitter, Ram Rebel, Sentry Key, TorqueFlite, Tradesman and Uconnect are registered trademarks, and Active-Level, HFE High Fuel Efficiency & Design and Keyless Enter 'n Go are trademarks of FCA US LLC.

### JOIN IN

Join fellow Ram enthusiasts and mix your opinions and impressions, pics, clothing and stickers, and more. Ram it up on Facebook, Twitter, YouTube, Google+, Pinterest and Instagram.





RAMTRUCKS.COM
©2018 FCA US LLC. All Rights Reserved. Ram is a registered trademark of FCA US LLC.