# Exhibit P

**RAM**

2021

# RAM 1500: DURABLE, CAPABLE, EFFICIENT

### WE'RE IN IT FOR THE LONG HAUL

This might not be what everyone thinks of when they hear half-ton pickup. But this isn't just a pickup. This is a Ram 1500: robust power, uncompromising capability, must-have technology, and a level of luxury and sophistication that makes every ride more comfortable. No wonder Ram has the highest pickup-owner loyalty in America.¹*



*All disclosures can be found on the last page.



# LONG-HAUL CONFIDENCE

## GO WITH THE TOW

You've got toys to tow, and Ram 1500 has the capability to do it with ease. The available 5.7L HEMI® V8 engine with eTorque Hybrid Technology boasts a gas towing capacity of up to 12,750 lb (Quad Cab® 4x2).² Equip Ram 1500 with the optional EcoDiesel engine for best-in-class diesel towing of up to 12,560 lb (Quad Cab 4x2).³ Vehicle shown above has max towing capacity of 9,920 lb.²



## PREMIUM MATERIALS

Brawn and beauty collide through available premium materials,
real-wood accents, metal and a distinctive color palette.



## MOST LUXURIOUS TRUCK
## IN ITS CLASS[4]

From the tech-integrated instrument panel to the
sculpted seats, this sophisticated interior is
crafted for convenience and comfort.



# CONNECTED DRIVING

Designed to be one of the most technologically advanced pickups, Ram 1500 integrates state-of-the-art tech, device connectivity and Uconnect® systems for dialed-in driving. The available premium 7-inch Driver Information Display Digital Cluster brings information to life with full-color 3D graphics. You can also get the highest number of available speakers in the class.³ The new, available reconfigurable Heads-Up Display (HUD) projects key information in your sight line for more secure driving.

# BRILLIANT DESIGN SOLUTIONS

Looking good is one thing. Good looks that do good...that's everything. Intense available
LED headlamps are designed to last longer and shine brighter than standard bulbs.





# THE NEW STANDARD-BEARER

There's never been another Ram truck like this—the new 702-hp 2021 Ram 1500 TRX. Engineered for sandstorming madness and backed by the legendary Ram reputation for ruggedness.

Preproduction model shown.



# BUILT TO PROTECT WHAT MATTERS MOST

# PROTECTION IS JOB ONE

From home base to workplace to campsite and back again, Ram 1500 helps get you to your destination with confidence. Over 100 standard and available Safety and Security features work together to help make your drive more secure.

**ADVANCED AIR BAG[5] TECHNOLOGY**
The six standard air bags[5] help provide protection and peace of mind to vehicle occupants. In the event of a front-end collision, the front air bags[5] feature adaptive venting technology, opening a vent within the air bag[5] cushion that adapts to the occupant size and severity of the crash.



**MASSIVE BRAKES**
Front and back, Ram 1500 standard rotors measure up—and they're the largest brakes in their class[9]: nearly 15 inches in diameter.

**SENSORS, CAMERAS AND TECHNOLOGY**
Ram 1500 uses a variety of standard and available advanced Safety and Security features to help make every drive secure.

**ELECTRONIC PARKING BRAKE**
Multifunctional, it features five operational modes, including Safe Mode and Drive-Away Release.

**SIDE-IMPACT DOOR BEAMS**
The robust beams built into every Ram 1500 help reinforce protection against side impacts.

**FRONT FRAME RAIL SECTION**
In the event of a frontal offset collision, dynamic front crumple zones with front splayed frame rails and tire blockers help protect against cab intrusion.



# ADVANCED TECHNOLOGY ABOVE, BELOW AND BEYOND

Ram 1500 has you covered with available smart ways to tow, change lanes, cruise and park.



**BLIND SPOT MONITORING (BSM)[6] WITH REAR CROSS-PATH AND TRAILER DETECTION[7]**
This available system scans the blind-spot zones beside and behind the vehicle to help ensure trailer safety during maneuvering while automatically sensing and accounting for the length of the trailer.



**LANESENSE® LANE DEPARTURE WARNING PLUS[8]**
If you begin to drift from your lane, the available LaneSense Lane Departure Warning Plus[8] helps keep you in your lane by warning you visually and adjusting your steering.



**SMART CRUISING**
Available Adaptive Cruise Control with Stop & Go[9] detects vehicles ahead. If increased braking is needed in slower traffic, the available Forward Collision Warning with Advanced Brake Assist[10] automatically helps adjust to a safe distance.



**GUIDED PARKING**
Available Parallel and Perpendicular Park Assist[11] provides active guidance when parking. The guidance system directs you to engage the gear position, brake and accelerator while it automatically controls steering.

# STRENGTH FROM THE INSIDE OUT

A strong foundation is the backbone of true capability. The Ram 1500 frame construction is built to last, with 98 percent of the steel used in the frame comprised of high-strength steel. The result is exceptional durability while still maintaining excellent handling.

**FOUR-CORNER AIR SUSPENSION**
The available class-exclusive Active-Level™ Four-Corner Air Suspension[3] is ideal for towing, maintaining an even and level profile when loaded.

**CLASS IV HITCH RECEIVER**
Trailering is part of Ram DNA. The available Class IV hitch receiver helps make it happen.

**REAR-AXLE THERMAL MANAGEMENT SYSTEM**
This available technology controls lubricant viscosity—a real contribution to the impressive efficiency.

**HIGH-STRENGTH STEEL**
The frame takes the concept of durability to extremes. 98 percent of the steel used in the frame is high-strength steel.

**PROGRESSIVE-RATE REAR SPRINGS**
They automatically adapt to payload while helping maintain a level profile and superb ride quality.

**MASSIVE BRAKES**
At nearly 15 inches in diameter, the front and rear rotors are the largest in the class.[3]

**SMART SHOCKS**
Frequency Response Damping (FRD) shock absorbers adapt to varying surfaces and driver demand.

**SMART FRONT AND REAR SUSPENSIONS**
What works: a heavy-duty front stabilizer bar and class-exclusive standard link coil rear suspension.[3]



# GO THE DISTANCE

# THE TECH THAT PULLS THE TOYS

Count on Ram 1500 to haul up to 2,300-lb max payload.[2] When it comes to towing capability, Ram 1500 offers up to 12,750-lb max towing[2] with the available HEMI® V8 eTorque or best-in-class available diesel towing up to 12,560 lb[3] with the EcoDiesel V6. Opt for the Trailer-Tow Group for a comprehensive suite of features that work together to make towing easier and more secure.

## Available Trailer-Tow Group

Class IV Hitch Receiver • Integrated Trailer Brake Controller • Trailer Reverse Steering Control • Trailer Light Check • Trailer Tire Pressure Monitor • 4-Pin Connector/7-Wire Harness (Std) • Front Stabilizer Bar (Std) • Engine Oil Cooler (Std) • Auxiliary Transmission Oil Cooler (Std)



**AVAILABLE DIGITAL REARVIEW MIRROR**
An LCD monitor displays real-time video that helps the driver see behind the vehicle. Buttons on the mirror adjust brightness and shift the displayed image up and down for customized viewing.



**TRAILER REVERSE STEERING CONTROL (TRSC)**
New available TRSC enables a driver to intuitively and precisely Reverse steer a trailer via camera vision. Unlike other systems, ours is self-calibrating and does not require the use of trailer-mounted positioning stickers and related calibration maneuvers.



**TRAILER TIRE PRESSURE MONITOR**
Available on all trim levels, this system monitors the trailer tire pressure and alerts the driver when a low-tire situation is detected. The system can be programmed to set the unique pressures for up to six trailers/RVs.


DEALER ePROCESS

# A SMART WAY TO TOW

Not only is Ram 1500 built to be a towing powerhouse, it's designed to make towing easy. The available 360º Surround-View Camera System[7] provides a complete picture of the vehicle's surroundings. The result is secure parking, loading/unloading and trailer hookup.



**SELF-LEVELING AIR SUSPENSION**
The available Active-Level™ Four-Corner Air Suspension System automatically adjusts the truck's suspension height when it's loaded to ensure a level ride.



**TRAILERING CONVENIENCE**
The available air suspension system simplifies ball/hitch alignment, counteracts weight from trailering/hauling, maintains an even and level profile when loaded, and keeps rake constant from the front end to the rear of the trailer.



**NEW ACCESSORY GAUGES PAGE**
Viewable from the touchscreen radio, the available Gauges App provides a view of vehicle gauges used to monitor vehicle status while towing and hauling. Included with the available Off-Road Group.

DEALER ePROCESS

# THE AVAILABLE 5.7L HEMI® V8: 395 HP I 410 LB-FT





**ENGINEERED FOR PERFORMANCE.** Few engines are as legendary as the HEMI V8. This iconic powerplant incorporates Variable Valve Timing (VVT) and a Multi-Displacement System (MDS) for max efficiencies.

**AVAILABLE eTORQUE TECHNOLOGY WITH A SUPPLEMENTAL 130 LB-FT OF eTORQUE.** More than just torque, available eTorque works with the standard MDS/Fuel Saver Technology to deliver unsurpassed available V8 4x4 highway driving range in its class–up to 572 miles.[12] The eTorque electric motor creates a mild-hybrid system to help refine Stop/Start capability; it also creates a generator for the regenerative braking, converting kinetic energy to recharge the battery system.

**5**YEAR **/60,000**MILE[13]
POWERTRAIN LIMITED WARRANTY



| QUAD CAB® 6' 4" BOX | |
|---|---|
| HEMI V8 | 11,650-LB MAX TOW CAPACITY[2] 1,940-LB MAX PAYLOAD CAPACITY[2] |
| HEMI V8 eTORQUE | 12,750-LB MAX TOW CAPACITY[2] 1,860-LB MAX PAYLOAD CAPACITY[2] |



| CREW CAB 5' 7" BOX | |
|---|---|
| HEMI V8 | 11,450-LB MAX TOW CAPACITY[2] 1,860-LB MAX PAYLOAD CAPACITY[2] |
| HEMI V8 eTORQUE | 11,370-LB MAX TOW CAPACITY[2] 1,800-LB MAX PAYLOAD CAPACITY[2] |



| CREW CAB 6' 4" BOX | |
|---|---|
| HEMI V8 | 11,500-LB MAX TOW CAPACITY[2] 1,820-LB MAX PAYLOAD CAPACITY[2] |
| HEMI V8 eTORQUE | 11,410-LB MAX TOW CAPACITY[2] 1,710-LB MAX PAYLOAD CAPACITY[2] |

DEALER ePROCESS

# THE AVAILABLE 3.0L ECODIESEL V6: 260 HP I 480 LB-FT



**THE INNOVATIVE AVAILABLE 3.0L ECODIESEL V6** engine maximizes horsepower (260 hp) and diesel torque (best-in-class 480 lb-ft[3]) while optimizing efficiency, thanks to B20 biodiesel capability and standard Active Grille Shutters.

Technical highlights include a water-cooled turbocharger with variable geometry turbine, cylinder-head intake ports that boost performance and efficiency, and an exhaust gas recirculation system.





5 YEAR / 100,000 MILE[3]
POWERTRAIN LIMITED WARRANTY



QUAD CAB® 6' 4" BOX
12,560-LB MAX TOW CAPACITY[C]
2,060-LB MAX PAYLOAD CAPACITY[C]



CREW CAB 5' 7" BOX
9,930-LB MAX TOW CAPACITY[C]
1,800-LB MAX PAYLOAD CAPACITY[C]



CREW CAB 6' 4" BOX
9,950-LB MAX TOW CAPACITY[C]
1,740-LB MAX PAYLOAD CAPACITY[C]



# 3.6L PENTASTAR® V6 WITH eTORQUE: 305 HP I 269 LB-FT



## THE STANDARD ENGINE FOR RAM 1500: SUPERB POWER AND BEST-IN-CLASS STANDARD V6 FUEL ECONOMY.[4]

The facts: a high 10.2:1 compression ratio. Big torque—including a supplemental 90 lb-ft of eTorque—and over a broad rpm range: nearly 90 percent of peak torque is available from 1,800 to 6,400 rpm. eTorque utilizes a belt-starter generator system, a 48-volt lithium-ion battery, regenerative braking and electronic power boost. The eTorque electric motor creates a mild-hybrid system to help refine Stop/Start capability; it also creates a generator for the regenerative braking, converting kinetic energy to recharge the battery system.





**5** YEAR / **60,000** MILE [3]
POWERTRAIN LIMITED WARRANTY



QUAD CAB® 6' 4" BOX
7,750-LB MAX TOW CAPACITY[c]
2,300-LB MAX PAYLOAD CAPACITY[c]



CREW CAB 5' 7" BOX
7,530-LB MAX TOW CAPACITY[c]
2,020-LB MAX PAYLOAD CAPACITY[c]



CREW CAB 6' 4" BOX
7,600-LB MAX TOW CAPACITY[c]
1,990-LB MAX PAYLOAD CAPACITY[c]

# SMOOTH MOVES AHEAD

There's more to this truck's sleek design than just good looks. The body lines help guide airflow for better aerodynamics.

Ram 1500 also uses advanced engineering to boost results. The Active Air Dam automatically deploys at 30 mph to help reduce aerodynamic drag, which contributes to maximum efficiency.



**ACTIVE GRILLE SHUTTERS**
These available shutters instantly adapt to speed, load and engine needs to provide ideal engine cooling—while simultaneously reducing aerodynamic drag.

**AERO ROOF SHAPE**
A long Crew Cab wheelbase, muscular fenders and a sleek roofline direct airflow back to the rear spoiler. The aero roof also allowed the design of the available dual-pane sunroof.

**SMART TAILGATE DESIGN**
An aluminum tailgate with integrated spoiler not only contributes to the aerodynamic quality, it also gives the pickup a seamless, unbreakable appearance.

# 2,300 LB

## MAX PAYLOAD[2]

**3.6L V6 QUAD CAB® 4x2**



# RAMBOX® SYSTEM

**OUTSIDE-THE-BOX STORAGE SOLUTIONS.** Available class-exclusive RamBox Cargo Management System[3] literally brings storage out of the cargo box. Best of all, these storage bins are weatherproof, lockable, drainable, and equipped with downward-facing illumination and a 115-volt power outlet in the driver-side bin. This is real-world capability.





## KEEP YOUR OPTIONS OPEN

Make life easier with an available multifunction tailgate. With a 60/40-split design, it opens side to side or vertically in typical tailgate fashion, and with the damped ease of operation when opening. Requires spray-in bedliner at additional cost.

# RAM STORAGE SOLUTIONS

What you haul today may be different than what you load tomorrow. No worries. Ram 1500 offers plenty of smart solutions to make sure whatever it is you're taking goes with ease.



**DAMPED TAILGATE**
Available power release lets you open it with the key fob button or via the overhead console.



**BED UTILITY GROUP**
Offers a bed divider, a cargo rail system with four adjustable tie-down loops and a deployable bed step. Available.

**48.1"**
The available RamBox® System enlarges storage, while the bed still accommodates standard 4x8-foot sheets of building materials.







**115-VOLT POWER OUTLET**
Located in the driver-side bin of the available RamBox Cargo Management System.

**IN-BED LED LIGHTING**
Controlled by a switch or activated when the unlock button on the key fob is pushed. Available.

**STEEL DEPLOYABLE BED STEP**
Foot-controlled for use or to tuck it back under the bed. Available.



# LARGE 12-INCH UCONNECT® TOUCHSCREEN

Customize this available screen for full- or split-screen capability. Touchscreen functionality along with physical controls make it easy to access key radio and connectivity features. Available SiriusXM® with 360L[15] keeps you entertained.

## SEE THE WHOLE PICTURE

Available full-screen navigation with pinch-to-zoom technology helps keep you on course.

DEP DEALER eProcess



## IN TOUCH WHEREVER YOU GO

The Uconnect® system is your customizable, connected vehicle platform dedicated to safe and seamless communication, navigation and entertainment—all from one easy-to-use touchscreen. Smartwatch integration can put the Uconnect App[16] right on your Apple Watch.

DRIVEUCONNECT.COM



AVAILABLE 8.4-INCH UCONNECT® TOUCHSCREEN DISPLAY



AVAILABLE 4G WiFi HOTSPOT[19]

## COMPATIBILITY YOUR WAY

Uconnect brings a wide range of interactive features to your vehicle and beyond through a highly intuitive communication experience.

### UCONNECT PHONE[17]

Stay connected safely. Pairs a Bluetooth® phone to send and receive hands-free calls.[17] Includes:

- **DO NOT DISTURB** to route incoming calls to voice mail and suppress text messages.
- **VOICE RECOGNITION** to make hands-free calls,[17] listen and respond to text messages,[18] record voice memos, and select media stations and navigation destinations.

### DRAG-AND-DROP MENU BAR

We've made it easy to customize your Uconnect dashboard with your favorite features and services. Simply press the Uconnect icon on the main menu bar to view all of the available apps. Tap and hold any one of the icons to drag and drop into a personalized menu bar.

### SIRI® EYES FREE[20]

Just say it. Use voice commands with Siri Eyes Free[20] and your connected iPhone® to create and send texts, make and receive calls, access directions, and play music. Available.

### ONE-STEP NAVIGATION

Take the best route right now. Uconnect employs GPS Navigation for audible turn-by-turn directions, and detailed 3D maps help to ensure you arrive on time. Use integrated Voice Command and say the complete address to get directions quickly. Available.

### 4G WiFi HOTSPOT[19]

Along the way, you can upload, download, post and search. Connects to your personal WiFi[19] device for fast, reliable Internet for up to eight devices within 50 feet of your vehicle. Available.









Display some of your favorite iPhone apps right on your Uconnect® touchscreen. Access your iTunes® library, call anyone in your contacts list or just ask Siri®[20] to help you out while you drive. Get directions, make calls and send messages, and connect to Apple Music, all without pausing your drive. Available.

Bring the best of Google with you in your Uconnect system. Talk to Google on Android Auto™[22] and get things done with your voice so you can keep your focus on driving. Easily send messages, get directions, control media and more. Just say, "Hey Google" or long-press the voice-control button on your steering wheel. Available.



**SIRIUSXM® TRAVEL LINK[23,24]**



**SIRIUSXM TRAFFIC PLUS[23]**

# Ūconnect®

Trips are enhanced with informative and entertaining apps. Access them on your Uconnect® touchscreen as well as your smartphone. Connected technology keeps you linked to a whole new world.

## ((SiriusXM))

Listen to your favorite playlist from your connected device, then flip to SiriusXM Radio[15] and enjoy the best commercial-free music, plus every major sport and the biggest names in entertainment, news and comedy. You'll get over 150 channels, all at the press of a button. With the SiriusXM All Access[15] Package, you get every channel available on your satellite radio, and you can also listen wherever you go on your portable devices with the SiriusXM App,[15] which is included with your six-month trial. Available.

### SiriusXM
## TRAVEL LINK

Access useful information when you need it, right at your fingertips. Get detailed weather maps, five-day forecasts and severe weather alerts, as well as sports scores and in-game weekly schedules for your favorite teams, information on fuel prices in your area and more. Your first five years of SiriusXM Travel Link[23,24] service are included. Available.

### SiriusXM
## TRAFFIC PLUS

Avoid congestion before you reach it. Get continuous updates on traffic speed, accidents, construction, road closures and more before you begin your travels. You will get to your destination faster and more easily than ever before. Your first five years of SiriusXM Traffic Plus[23] service are included. Available.

# Uconnect® + SiriusXM GUARDIAN™

**SIRIUSXM GUARDIAN.™[25]** Drive worry-free with SiriusXM Guardian[25]— a premium suite of safety and convenience services that can be accessed in-vehicle or through the Uconnect® App.[16] Includes a one-year trial. Available.

## SIRIUSXM GUARDIAN[25] SERVICES[26] + UCONNECT APP[16]



**SOS CALL.[27]** In the event of an incident, push the SOS[27] button. You'll be connected to a SiriusXM Guardian[25] agent who will contact emergency services, provide your location and stay on the line with you until help arrives.

**AUTOMATIC SOS (ASOS)** is a hands-free safety service that can immediately connect you with help in the event your vehicle's air bags[5] deploy. Seconds after the incident, a live agent will contact you through the Uconnect system and alert emergency services. If you are unable to respond, the agent can direct emergency services to your GPS location.

**ROADSIDE ASSISTANCE CALL[28]** puts you in touch with an agent who can get you help while you're out on the road.

**LOCK/UNLOCK** your car from virtually anywhere.

**START YOUR CAR REMOTELY[29]**

**FLASH THE LIGHTS** and sound the horn to help find your car.

**VEHICLE FINDER[30]** allows you to locate your vehicle on a map.

**SEND & GO[31]** enables you to send destinations to your navigation system.

**THEFT ALARM NOTIFICATION.[32]** Receive alerts by text, email or push notification if your vehicle's available theft alarm is triggered.

**STOLEN VEHICLE ASSISTANCE.[33]**

**FAMILY DRIVE ALERTS.[34]** Peace of mind when you hand over the keys. Allows you to set parameters to receive notifications when others are operating your vehicle. Here are just a few:

- **BOUNDARY ALERT.** Be alerted the moment your vehicle is driven out of up to five geographic boundaries that you set.
- **CURFEW ALERT.** Be alerted if your car is being driven outside of the curfew you set.
- **SPEED ALERT.** Receive a notification whenever your car exceeds a speed limit you set.
- **VALET ALERT.** Be alerted the moment your vehicle is driven outside of a defined radius.

**SMARTPHONE/SMARTWATCH APP.** Access the features of SiriusXM Guardian[25] through the convenient Uconnect App[16] which lets you use your smartphone or smartwatch to keep in touch with your vehicle from a distance.



BOUNDARY ALERT



SPEED ALERT



CURFEW ALERT

DRIVEUCONNECT.COM

"Alexa, ask Ram to start my car."

"Alexa, ask Ram how much gas is in my car."

"Alexa, ask Ram to find the nearest gas station."

"Alexa, ask Ram to send (address) to my car."



Conveniently command your vehicle using your voice with the Ram Skill for Amazon Alexa[35] on an Alexa-enabled device from the comfort of your home! Just ask Alexa to start/stop the engine, lock/unlock the doors, check fuel status or tire pressure and more. With available Uconnect® Navigation, you can also ask Alexa to find a business and send the address directly to your vehicle.

Hey Google, ask Ram to start my truck

Hey Google, ask Ram how much gas is in my truck

Hey Google, ask Ram to find the nearest gas station

Hey Google, ask Ram to send (address) to my truck



Remotely voice control your vehicle from any Google Assistant-enabled device with the Ram Action on Google. Simply ask Google to start/stop the engine, lock/unlock the doors, check fuel status or tire pressure and more. With available Uconnect Navigation, you can also ask Google to find restaurants, gas stations and other destinations and send the addresses directly to your vehicle for added convenience.

Preproduction model shown.

# THE NEW 2021 RAM 1500 TRX

We fortified components, upgraded mechanics and maximized the powerplant to give this Ram truck everything it needs to deliver a different level of capability. TRX is designed to be the ultimate high-performance, sandstorming full-size pickup.

- **The 6.2L Supercharged HEMI® V8** unleashes best-in-class 702 hp and 650 lb-ft of torque.[3] Paired with a TorqueFlite® 8-speed automatic transmission, TRX delivers a best-in-class 4.5-second 0 - 60 mph time[36] and best-in-class top speed of 118 mph[36]
- **35-inch Goodyear® Wrangler® Territory tires** for control and stability in shifting sand

- **Exclusive Bilstein® Black Hawk® e2 active damping shock absorbers** maximize handling, comfort and bottom-out resistance on high-speed sand runs
- **Performance Hood** boasts a functional air intake which feeds two 12x8-inch air filters
- **Available Mopar® Bed-Mounted Spare Tire Carrier** holds up to a 37-inch tire





## RUGGED YET REFINED

Inside, TRX is outfitted with unique high-bolster seats with available Modular Lightweight Load-Carrying Equipment (MOLLE) storage system on front seatbacks. The unique flat-bottom steering wheel is built for skilled driving. TRX only Black Onyx trim rings and new overlay colors enhance the cluster display, while an illuminated TRX badge in the cluster reminds you of the power you're piloting.

# TRX TECH FEATURES

Skilled off-roading[37] requires keeping tabs on your vehicle's components, systems and performance. TRX is loaded with technology that keeps you in control and in command of ever-changing terrain—like Performance Pages that let you monitor and download performance stats. Off-Road Performance Pages show transfer case position, accessory gauges, and pitch and roll.







**LAUNCH CONTROL AND DRIVE MODES**
Launch Control with Launch Assist regulates engine rpm and monitors wheel-slip feedback to achieve the fastest possible acceleration rate. Eight Drive Modes plus Valet are available—Auto, Sport, Snow, Custom, Mud/Sand, Rock, Baja and Tow—enabling drivers to choose a vehicle setting that ideally meets their requirements and driving conditions.

**SURROUND VIEW WITH FORWARD CAMERA[7]**
The available 360° Surround-View Camera System[7] provides a birds-eye view via four cameras positioned around the vehicle to create a fully stitched image. A camera located in the front grille is also available as an off-road camera with active grid lines indicating tire path. The off-road camera is available while in 4LOW, or at low speeds (less than 10 mph) while not in 4LOW.

**SELEC-SPEED® CONTROL**
Think of Selec-Speed Control like cruise control for off-road driving.[37] It can be engaged when the transfer case is in low range. Uphill or down, it enables the TRX to manage its own speed, which can be set anywhere between 1 to 5 mph.

Preproduction model shown.



**NEXT-LEVEL LUXURY**
As sophisticated as they are capable, Limited models bring a satisfying combination of beauty and brawn.

# RAM LIMITED



## MOST LUXURIOUS TRUCK IN ITS CLASS[4]

A corrugated mesh grille, striking chrome accents and power running boards show off the Limited premium exterior. The powerful stance flanked by 20-inch or available 22-inch wheels doesn't let you forget its legendary Ram capability.





## CRAFTED FOR COMFORT

The Limited interior showcases extensive use of genuine wood, metal and leather. Standard features include a reconfigurable center console, a 12-inch touchscreen media center with split-screen capability, a 7-inch reconfigurable electronic cluster, heated/ventilated front and heated rear seats, and many more convenient features like a class-exclusive rear-seat fold-down center console.[38]

# RAM LIMITED LONGHORN



## READY TO ROAM

Regardless of which robust engine option you choose,
Ram 1500 Limited Longhorn is ready for any destination on the map.
The exterior boasts a shark-fin antenna, flush fuel-filler door, and premium
LED headlamps and taillamps, all riding on 20-inch aluminum wheels.

Limited Longhorn™ 10th Anniversary Edition interior shown.





## SOUTHWESTERN DETAILS

This interior isn't just striking—leather-upholstered bucket seats with power-12-way memory and reclining rear seats make it completely comfortable. A burned-in Limited Longhorn branding mark on the real-wood-accented upper glove box gives this trim individual craftsmanship and style. The premium 6-gauge cluster, 7-inch Driver Information Display and three USB ports give it a tech feel. Your travel items won't be in the way when they're housed in the sliding storage console.

# RAM LARAMIE



## REFINEMENT THAT RULES

Signature Laramie style lies in LED headlamps, pushed-to-the-corner LED fog lamps, chrome details, aluminum tailgate with damped opening assist and a standard Class IV hitch receiver. Streamline your look with the available Sport Appearance Package, shown at left.



# STYLE CONSCIOUS

Select features include leather-trimmed, suede-accented seats, a 6-gauge color reconfigurable cluster, leather-wrapped steering wheel, wood-trim accents and premium overhead console for starters. Opt between a standard front bench or available front bucket seats and available reclining rear seats.



Ram Rebel® isn't here to play—it's here to kick up some dirt. This half-ton truck flexes with a muscular Performance Hood and LED headlamps, fog lamps and taillamps.

**READY TO ROUGHHOUSE**
Ram Rebel® flips the script with gnarly 33-inch tires and a lifted suspension. Choose from among a standard gas eTorque V6, available HEMI® V8 with or without eTorque, or available EcoDiesel V6. Shown with available side graphics.





**BOLDNESS IN MOTION.** Think of Ram Rebel® as the raucous sibling in the Ram 1500 family. Three seating color/material combinations are available, including Black and Ruby Red with unique cloth mesh inserts. Laser-ingrained machine-finished accents in Dark Ruby Red are found throughout the cabin, while a Rebel specific cluster continues the bold flavor of this truck. But don't let the looks fool you, Rebel also has a soft side. Opt for available heated front seats, a heated steering wheel, and power driver and front-passenger seats with power lumbar adjust.

# RAM BIG HORN/LONE STAR



## CONFIDENCE MEETS COMFORT

This is Big Horn/Lone Star.[39] The capability is 100 percent Ram truck, the ride is smooth and the technology is everything you need it to be. Opt for the available Sport Appearance Package for even more style.





## BIG ON WHAT YOU NEED

Take control of the drive with Uconnect® 3 with 5-inch display and integrated Voice Command with Bluetooth.® Big convenience comes from small details like a leather-wrapped steering wheel, three USB ports, a 3.5-inch Driver Information Display cluster, cloth front bench seat, carpeted floor and 60/40-split rear bench seat.

# RAM TRADESMAN



## CAPABILITY AT THE CORE

You don't put in half effort and neither does Ram 1500 Tradesman. This full-size pickup comes ready with a standard 3.6L Pentastar® V6 with eTorque and big 18-inch wheels. For a custom look that's totally you, equip your Tradesman with the available Chrome Appearance Group.



## WORK-READY AMENITIES

Keep connected while on the road or the jobsite with a standard 5-inch Uconnect® touchscreen with integrated Voice Command. Other features include the manual tilt/telescoping steering wheel and easy-clean vinyl seating. A cloth seat interior is also available.



A



B



C



D



E



F



G



# AUTHENTIC ACCESSORIES BY MOPAR.

When it comes to your 2021 Ram 1500, not all parts and accessories are created equal. As the official service, parts and customer care provider for the Ram Brand, only Mopar Parts and Accessories can ensure the proper fit, finish and functionality. That's because they're original equipment, engineered by the same people who designed your vehicle, which means you can customize your truck with complete confidence.

Mopar is also more than parts and accessories. We're here to help you properly maintain and care for your vehicle. Our certified technicians are trained to know your vehicle best, and our Mopar Express Lane service departments are set up to get you in and out quickly. From parts and accessories to expert service and more, always be sure to choose Mopar. Learn more at **mopar.com**

**A**. Off-Road-Style Running Boards
**B**. RamBar (not compatible with tonneau cover)
**C**. Soft Roll-Up Tonneau Cover
**D**. Beadlock-Capable Wheel
**E**. Drop-In Bedliner
**F**. 2-Inch Lift Kit[40]
**G**. Bed Extender

# TRADESMAN®





**Vinyl Bench – Diesel Gray/Black**
Standard

## STANDARD FEATURES

### POWERTRAIN
3.6L Pentastar® V6 Variable Valve Timing (VVT)
  with eTorque/8-speed automatic
Optional 5.7L HEMI® V8 Multi-Displacement
  System (MDS) VVT/8-speed automatic
Optional 5.7L HEMI V8 MDS VVT with eTorque/
  8-speed automatic
Optional 3.0L EcoDiesel V6/8-speed automatic

### INTERIOR AMENITIES
Vinyl 40/20/40-split front bench seat with
  manual adjust
20-percent fold-down center bench seat with
  integrated armrest
Full stadium-folding rear bench seat
Base door trim panel
Black instrument panel
Uconnect® 3 with 5-inch display
Urethane steering wheel
Manual tilt/telescoping steering column
Manual Temperature Control
USB port
Vinyl floor covering

### EXTERIOR FEATURES
Black grille
Black front bumper
Quad-halogen headlamps
18-inch steel wheels
Black door handles
Black rear bumper
Incandescent taillamps
P18-inch BSW All-Season tires
Manual-folding mirrors

### CAPABILITY & FUNCTIONALITY
Electronic shift-on-the-fly part-time transfer
  case (4x4 only)
Keyless push-button start
Trailer-tow wiring with 4- and 7-pin connector
Speed control
Electronic power rack and pinion steering
Front twin-tube heavy-duty shocks with
  Frequency Response Damping (FRD)
Rear aluminum twin-tube heavy-duty
  shocks with FRD
14.9-inch/14.8-inch front/rear brake rotors
Front and rear stabilizer bars
Rear fixed window
Active Grille Shutters
Active Front Air Dam
Class III hitch receiver
Damped tailgate

### SAFETY & SECURITY
Six air bags,[5] including driver and front-passenger,
  side-curtain and front-seat side-mounted
Electronic Stability Control (ESC)[41]
Antilock 4-wheel disc brakes
Sentry Key® Theft Deterrent System
Remote Keyless Entry
Tire Pressure Monitoring System with display
Tire-Fill Alert System
ParkView® Rear Back-Up Camera[7]
Electronic Parking Brake



**Cloth Bench – Black**
Optional

## APPEARANCE PACKAGE (EQUIPMENT PACKAGES PG 67)



**Chrome Appearance Group**
Includes chrome grille surround and front brow bezel, chrome bumpers, chrome Ram grille badge
and 18-inch painted aluminum wheels



18-inch Steel Painted
Standard (WBF)



18-inch Aluminum Painted
Included with Max Tow Package; Included
with Chrome Appearance Group
and Sport Appearance Package (WBB)



20-inch Polished/Painted Aluminum
Optional with Sport Appearance Package
and Night Edition (WRF)



20-inch Aluminum Painted Black
Included with Night Edition (WRW)

DEALER ePROCESS

# BIG HORN®/LONE STAR[39]







18-inch Aluminum Painted
Standard (WBB)



20-inch Aluminum Chrome-Clad
Optional (WRK)



20-inch Aluminum Premium Chrome-Clad
Optional (WRD)



20-inch Black-Painted Aluminum
Included with Night Edition (WRP)

## STANDARD FEATURES; INCLUDE SELECT TRADESMAN® FEATURES PLUS:

### POWERTRAIN
3.6L Pentastar® V6 Variable Valve Timing (VVT)
  with eTorque/8-speed automatic
Optional 5.7L HEMI® V8 Multi-Displacement
  System (MDS) VVT/8-speed automatic
Optional 5.7L HEMI V8 MDS VVT with
  eTorque/8-speed automatic
Optional 3.0L EcoDiesel V6/8-speed automatic

### INTERIOR AMENITIES
Cloth 40/20/40-split front bench seat
Cloth 60/40-split rear bench seat
Carpet floor covering
Manual 4-way driver and front-passenger seats
Premium vinyl door trim panel
3.5-inch monochrome cluster
Leather-wrapped steering wheel
Hydrographic "metal patina" finish on center
  stack/console and doors
Three USB ports—two located on lower left and
  one in upper lid of bench seat

### EXTERIOR FEATURES
Chrome-surround/Black billet grille
Chrome front brow bezel
Chrome bumpers
Fog lamps
18-inch aluminum wheels
Body-color door handles
Big Horn/Lone Star[39] badge
Manual-folding/power mirrors

### CAPABILITY & FUNCTIONALITY
Electronic shift-on-demand transfer case
  (4x4 only)
Rear manual-sliding window
"Tailgate-ajar" warning lamp

**Cloth – Diesel Gray/
Black with Diesel Gray
accent stitching**
Available

**Cloth – Light Mountain
Brown/Black with Light
Mountain Brown
accent stitching**
Available

**Cloth – Black with
Medium Graystone
accent stitching**
Available with Black/
Light Frost interior

**Cloth – Black with
Medium Graystone
accent stitching**
Included with All-Black interior on
Sport Appearance Package
and Night Edition

## APPEARANCE PACKAGES (EQUIPMENT PACKAGES PAGE 67)



**Night Edition**
Includes Black grille, body-color bumpers, 20-inch cast aluminum
Black-painted wheels, monotone paint, Black badges, Black mirror caps,
Black headlamp bezels, Black taillamp bezels, Black exhaust tips (with
HEMI V8), monotone Black interior trim and cloth bucket seats



**Sport Appearance Package**
Includes body-color grille surround, body-color bumpers, monotone
paint, body-color mirror caps, monotone Black interior trim and
cloth bucket seats



# REBEL ®





**Vinyl/Cloth Bucket – Black or Black/Dark Ruby Red**
Standard



18-inch Aluminum Black-Painted/
Diamond-Cut Finish
Standard (WBJ)



18-inch Gloss Black-Painted Aluminum
Included with Night Edition (WBS)

## STANDARD FEATURES; INCLUDE SELECT BIG HORN®/LONE STAR[39] FEATURES PLUS:

### POWERTRAIN
3.6L Pentastar® V6 Variable Valve Timing (VVT)
   with eTorque/8-speed automatic
Optional 5.7L HEMI® V8 Multi-Displacement
   System (MDS) VVT/8-speed automatic
Optional 5.7L HEMI V8 MDS VVT with
   eTorque/8-speed automatic
Optional 3.0L EcoDiesel V6/8-speed automatic

### INTERIOR AMENITIES
Unique Black interior trim with Red accents
Vinyl/cloth bucket seats with Ombré
   Mesh inserts
Full-length reconfigurable center console
60/40-split rear bench seat
Rebel rubber floor mats
12-way power driver seat (with 4-way
   power lumbar)
7-inch Rebel color reconfigurable cluster
115-volt outlet
Three USB ports
SiriusXM® Radio[15] with six-month trial

### EXTERIOR FEATURES
Black-surround unique grille
Sport Performance Hood
Powder-coated bumpers

LED headlamps and taillamps with Black bezels
LED fog lamps
Black door handles
Unique Black wheel flares
18-inch unique aluminum wheels
LT18-inch OWL On-/Off-Road tires
Unique Ram scripted aluminum tailgate with
   damped opening assist
Black dual exhaust included with
   HEMI V8 engines

### CAPABILITY & FUNCTIONALITY
Electronic power steering skid plate
Transfer case skid plate
Front suspension skid plate
Electronic locking rear axle (eLocker)
1-inch raised ride height
Rear power-sliding window

### SAFETY & SECURITY
Hill Descent Control



**Leather-Trimmed Bucket – Black**
Optional

## APPEARANCE PACKAGE (EQUIPMENT PACKAGES PAGE 67)



**Night Edition**
Includes Blackout treatment on grille and front skid plate and 18-inch
Black-painted aluminum wheels

DEP
DEALER ePROCESS

# LARAMIE®





18-inch Cast Aluminum
Standard (WBC)



18-inch Aluminum Painted
Included with Max Tow Package (WBB)



20-inch Aluminum Premium
Painted/Polished
Optional (WRB)

## STANDARD FEATURES; INCLUDE SELECT BIG HORN®/LONE STAR³⁹ FEATURES PLUS:

### POWERTRAIN
3.6L Pentastar® V6 Variable Valve Timing (VVT)
  with eTorque/8-speed automatic
Optional 5.7L HEMI® V8 Multi-Displacement System
  (MDS) VVT/8-speed automatic
Optional 5.7L HEMI V8 MDS VVT with eTorque/
  8-speed automatic
Optional 3.0L EcoDiesel V6/8-speed automatic

### INTERIOR AMENITIES
Leather-trimmed 40/20/40-split front
  bench seat
12-way power driver and front-passenger seats
  (with 4-way power lumbar)
Heated and ventilated front seats with memory
60/40-split rear bench seat
7-inch premium color cluster
10-speaker premium audio system
  with subwoofer
SiriusXM® Radio¹⁵ with six-month trial
Uconnect® 4 with 8.4-inch display
Five USB ports, two power outlets

Universal Garage Door Opener
Dual-Zone Automatic Temperature Control
LED ambient interior lighting
Rear power-sliding window

### EXTERIOR FEATURES
Chrome-surround/chrome billet grille
Chrome front and rear bumpers
Body-color wheel flares
LED headlamps and taillamps with chrome bezels
LED fog lamps
18-inch cast aluminum wheels
P18-inch BSW All-Season tires
Chrome-insert door handles
Laramie badge
Power-folding mirrors with chrome mirror caps

### CAPABILITY & FUNCTIONALITY
Remote proximity keyless push-button start
Class IV hitch receiver
Remote Start System⁶²



20-inch Aluminum Painted Black
Included with Night Edition if equipped with
Off-Road Group (WRW)



20-inch Aluminum Premium
Painted/Polished/Insert
Included with Sport Appearance Package (WRJ)



22-inch Aluminum Polished/Premium Painted
Optional with Sport Appearance Package (WPM)



22-inch Black-Painted Aluminum
Included with Night Edition (WPH)

Leather-trimmed with
perforated inserts –
Light Frost/Mountain
Brown with Light Frost
accent stitching
Available

Leather-trimmed with
perforated inserts – Black
with Medium Graystone
accent stitching
Available

## APPEARANCE PACKAGES (EQUIPMENT PACKAGES PAGE 67)



**Night Edition**
Includes monotone paint, Sport Performance Hood, body-color bumpers and door
handles, Diamond Black mirror caps, Black grille, badges, headlamp/taillamp bezels
and (with the HEMI V8) exhaust tips, bucket seats, Black leather-trimmed interior
and Black-painted aluminum wheels



**Chrome Appearance Group**
Includes chrome window-surround moldings, chrome tow hooks and chrome
wheel-to-wheel side steps



**Sport Appearance Package**
Includes monotone paint, Sport Performance Hood, body-color grille surround, body-
color bumpers, body-color door handles/mirror caps, Black leather-trimmed interior,
front bucket seats with center console, and 20-inch aluminum wheels with premium
painted and polished inserts

DEALER ePROCESS

# LIMITED LONGHORN™





**Premium Leather Bucket – Cattle Tan/Black**
Standard



**Premium Leather Bucket – Mountain Brown**
Included with 10th Anniversary Edition



20-inch Aluminum Premium Gray-Painted/Polished
Standard with monotone paint (WRU)



20-inch Aluminum Premium Brown-Painted/Polished
Included with two-tone paint (WRC)



22-inch Aluminum Premium Painted
Optional with monotone paint (WPZ)



22-inch Polished Aluminum with
Brown-Painted Accents
Optional with two-tone paint (WPF)

## STANDARD FEATURES; INCLUDE SELECT LARAMIE® FEATURES PLUS:

### POWERTRAIN
3.6L Pentastar® V6 Variable Valve Timing (VVT)
  with eTorque/8-speed automatic
Optional 5.7L HEMI® V8 Multi-Displacement
  System (MDS) VVT/8-speed automatic
Optional 5.7L HEMI V8 MDS VVT with eTorque/
  8-speed automatic
Optional 3.0L EcoDiesel V6/8-speed automatic

### INTERIOR AMENITIES
Limited Longhorn specific premium leather trim
  and wood interior treatment
Premium leather front bucket seats with
  full-length center console
60/40-split rear reclining bench seat with
  fold-down console
SiriusXM® Radio[15] with six-month trial
Heated front and rear seats
Ventilated front seats
Leather-wrapped/real-wood steering wheel
7-inch Limited Longhorn color cluster
Uconnect® 4C NAV with 8.4-inch display
Premium rubber slush mats with removable
  carpet inserts
LED interior lighting

### EXTERIOR FEATURES
Limited Longhorn badge
Unique bright-surround/billet grille
Premium LED headlamps
LED taillamps
LED fog lamps
Chrome side steps
Chrome window surrounds
Chrome tow hooks
P20-inch BSW All-Season tires
20-inch aluminum wheels

### CAPABILITY & FUNCTIONALITY
Power-release tailgate
Spray-in bedliner

### SAFETY & SECURITY
ParkSense® Front and Rear Park Assist with
  Rear ParkSense Stop[11]

## APPEARANCE PACKAGES (EQUIPMENT PACKAGES PAGE 67)



**Body-Color Bumper Group**
Includes front and rear body-color bumpers



**Two-Tone Paint**
Includes RV Match Walnut Brown paint for the lower body,
front and rear bumpers, wheel flares, running boards and
wheel inserts

# LIMITED





**Premium Leather Bucket – Black**
Available



**Premium Leather Bucket – Light Frost Beige/Indigo**
Available



20-inch Polished Aluminum with Inserts
Standard (WRR)



22-inch Aluminum Premium Painted
Optional (WPZ)



22-inch Black-Painted Aluminum
Included with Night Edition (WP9)

## STANDARD FEATURES; INCLUDE SELECT LARAMIE® FEATURES PLUS:

### POWERTRAIN
5.7L HEMI® V8 Multi-Displacement System (MDS)
  Variable Valve Timing (VVT)/8-speed automatic
Optional 5.7L HEMI V8 MDS VVT with eTorque/
  8-speed automatic
Optional 3.0L EcoDiesel V6/8-speed automatic

### INTERIOR AMENITIES
Limited-specific premium leather trim and wood
  interior treatment
Premium leather front bucket seats with
  full-length center console
60/40-split rear reclining bench seat with
  fold-down console
SiriusXM® Radio[15] with six-month trial
Heated front and rear seats
7-inch Limited color cluster
Leather-wrapped/real-wood steering wheel
Uconnect® 4C NAV with 12-inch display
Premium rubber slush mats with removable
  carpet inserts
LED interior lighting
Wireless charging pad

### EXTERIOR FEATURES
Chrome-surround Limited-specific grille
20-inch cast aluminum wheels with premium
  painted inserts
Power running boards
Limited badge
Chrome bodyside molding

### CAPABILITY & FUNCTIONALITY
Power-release tailgate
Spray-in bedliner

### SAFETY & SECURITY
Blind Spot Monitoring[6] with Rear Cross-Path
  and Trailer Detection[7]

## APPEARANCE PACKAGES (EQUIPMENT PACKAGES PAGE 67)



**Body-Color Bumper Group**
Includes front and rear body-color bumpers



**Night Edition**
Includes monotone exterior paint, Black grille, body-color door handles, Black mirror caps, body-color front and rear bumpers, Sport Performance Hood, tri-folding tonneau cover, Black tow hooks, 22-inch Black-painted aluminum wheels, dual Black exhaust tips (with HEMI V8 or EcoDiesel V6), Black badges, Black window moldings, headlamps and taillamps with dark internal bezels, 19-speaker premium audio system and Black interior



# RAM 1500 TRX





**Vinyl/Cloth Bucket – Black/Red with Red accent stitching**
Standard



18-inch Black-Painted Aluminum
Standard (WS4)



18-inch Aluminum with Beadlock
Optional (WS5)

## STANDARD FEATURES; INCLUDE SELECT REBEL® FEATURES PLUS:

**POWERTRAIN**
6.2L Supercharged HEMI® V8/8-speed automatic

**INTERIOR AMENITIES**
TRX specific interior treatment
Front high-bolster bucket seats
Full-length center console with floor shifter
60/40-split rear bench seat with
  fold-down console
SiriusXM® Radio[15] with six-month trial
7-inch TRX specific color cluster
Performance leather-wrapped flat-bottom
  steering wheel with paddle shifters
Uconnect® 4C NAV with 12-inch display
TRX specific rubber floor mats
LED interior lighting

**EXTERIOR FEATURES**
TRX specific grille with flow-through
  Ram lettering
TRX specific Performance Hood with functional
  air scoop and heat extractors
Hood Black-Out Decal (Mopar®)
Premium LED adaptive headlamps
Premium LED fog lamps and taillamps
Exterior LED marker lights
Widebody fenders, box sides and flares
Black molded-in-color door handles and mirrors

Black powder-coated front and rear bumpers
Performance dual 5-inch exhaust tips
Front and rear heavy-duty tow hooks
18-inch Black-painted aluminum wheels
35-inch Goodyear® Wrangler® Territory
  All-Terrain tires

**CAPABILITY & FUNCTIONALITY**
Bilstein® Black Hawk® e2 adaptive shocks
Class IV trailer hitch receiver
13-inch travel front suspension
14-inch travel rear suspension
6-inch increased front and rear track
33-gallon fuel tank
Skid plate underbody protection
Launch Control
Performance Drive Modes
Dana 60™ rear axle with electronic
  locking differential
Full-time BorgWarner transfer case with
4WD Auto, 4WD High and 4WD Low
Uconnect Performance and Off-Road
  Performance Pages
High-performance air induction system

**SAFETY & SECURITY**
Forward Collision Warning with Advanced
  Brake Assist[10]



**Premium Leather Bucket
with Suede – Black with
Gray accents**
Optional

**Premium Leather Bucket
with Suede – Black with
Red accents**
Optional

## AVAILABLE MOPAR ACCESSORIES



In addition to factory-installed options, Mopar offers a full menu of accessories for the 2021 Ram 1500 TRX. Learn more at **mopar.com**. Shown here with available RamBar, TRX Box-Side Graphics and Off-Road Running Boards.

## RAM 1500 EXTERIOR COLORS


Bright White


Ivory White Tri-Coat


Billet Silver


Maximum Steel Metallic


Granite Crystal


Diamond Black Crystal


Hydro Blue Pearl


Patriot Blue


Olive Green


Flame Red


Delmonico Red Pearl


RV Match Walnut Brown Metallic

### PAINT COLORS AND TWO-TONE OPTIONS

| | Bright White | Ivory White | Billet Silver | Maximum Steel | Granite Crystal | Diamond Black Crystal | Hydro Blue | Patriot Blue | Olive Green | Flame Red | Delmonico Red Pearl | Walnut Brown |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRADESMAN® | M | N/A | M | M | M | M | M | M | M | M | M | M |
| BIG HORN®/ LONE STAR³⁹ | M | N/A | M | M | M | M | M | M | M | M | M | M |
| REBEL® | M/■ | N/A | M/■ | M/■ | M/■ | M | M/■ | N/A | N/A | M/■ | N/A | N/A |
| LARAMIE® | M | M/▨ | M | M/▨ | M/▨ | M/▨ | M/▨ | M/▨ | M/▨ | M/▨ | M/▨ | M/▨ |
| LIMITED LONGHORN™ | N/A | M/▮ | M/▨ | M/▨ | N/A | M/▨ | N/A | M/▮ | N/A | N/A | N/A | M/▮ |
| LIMITED | N/A | M | M | M | M | M | N/A | M | N/A | M | N/A | N/A |
| TRX | ■ | N/A | ■ | N/A | ■ | M | ■ | N/A | ■ | ■ | N/A | N/A |

**M** = Available Monotone Color   ■ = Diamond Black Lower   ▨ = Billet Silver Lower   ▮ = RV Match Walnut Brown Metallic Lower   **N/A** = Not Available



REBEL SHOWN IN FLAME RED WITH DIAMOND BLACK CRYSTAL LOWER

LARAMIE SHOWN IN MAXIMUM STEEL METALLIC WITH BILLET SILVER LOWER

LIMITED LONGHORN SHOWN IN IVORY WHITE TRI-COAT WITH RV MATCH WALNUT BROWN METALLIC LOWER

ALL POSSIBLE PAINT COMBINATIONS AT **RAM.COM**

### CONFIGURATIONS    • = Available Configuration   N/A = Not Available   S = Standard Configuration

| |  QUAD CAB® |  CREW CAB |  5' 7" BOX |  6' 4" BOX |  40/20/40-SPLIT BENCH SEAT |  BUCKET SEATS |
|---|---|---|---|---|---|---|
| TRADESMAN | • | • | CREW CAB | ALL CABS | S | N/A |
| BIG HORN®/ LONE STAR³⁹ | • | • | CREW CAB | ALL CABS | S | OPTIONAL |
| REBEL | • | • | CREW CAB | QUAD CAB | N/A | S |
| LARAMIE | • | • | CREW CAB | ALL CABS | S | OPTIONAL |
| LIMITED LONGHORN | N/A | S | CREW CAB | CREW CAB | N/A | S |
| LIMITED | N/A | S | CREW CAB | CREW CAB | N/A | S |
| TRX | N/A | S | CREW CAB | N/A | N/A | S |

**RAM 1500 BUYER'S GUIDE**

| CPOS | Sales Codes | Tradesman® (A) | HFE (E) | Big Horn®/Lone Star[20] (Z/R) | Rebel® (W) | Laramie® (H) | Limited Longhorn™ (K) | Limited (M) | TRX (Y) |
|---|---|---|---|---|---|---|---|---|---|
| **ENGINES/TRANSMISSIONS** | | | | | | | | | |
| 3.6L Pentastar® V6 with eTorque/850RE 8-speed Automatic | ERG/DFT | • | • | • | • | • | • | | |
| 5.7L HEMI® V8/8HP75 8-speed Automatic | EZH/DFR | O | | O | O | O | O | O | |
| 5.7L HEMI V8 with eTorque/8HP75 8-speed Automatic | EZL/DFV | O | | O | O | O | O | O | |
| 3.0L EcoDiesel V6/8HP75 8-speed Automatic | EXH/DFV | O | | O | O | O | O | O | |
| 6.2L Supercharged HEMI V8/8HP95 8-speed Automatic | ESD/DFS | | | | | | | | • |
| **Body Model** – Quad Cab® 6' 4" box – 140.5-inch wheelbase (on Rebel models, only available as 4x4) | 41 | • | • | • | • | • | • | | |
| – Crew Cab 5' 7" box | 98 | O | | O | O | O | • | • | • |
| – Crew Cab 6' 4" box | 91 | O | | O | O | O | O | O | • |
| **Drive System** – 4x2 | 1 | • | • | • | | • | • | • | |
| – 4x4 | 6 | O | | O | O | O | O | O | • |
| **MECHANICAL FEATURES** | | | | | | | | | |
| **Alternators** – 180-amp (included with 5.7L HEMI V8) | BAD | P | | P | | | | | |
| – 220-amp (included with 5.7L HEMI V8 if equipped with 400-watt inverter and RamBox® System) | BAJ | P | | P | P | P | P | P | |
| – 250-amp (included with 3.0L EcoDiesel V6) | BA7 | P | | P | P | P | P | P | • |
| **Rear Axle** – 3.21 ratio | DMC | • | | • | | • | • | • | |
| – 3.55 ratio | DMD | •/O | | O | | O | O | O | • |
| – 3.92 ratio (included with Max Tow Package) | DMH | O/P | | O/P | | O/P | O/P | O/P | |
| – Electronic locking differential (available only on 3.92 axle ratio; included with Off-Road Group) | DSH | O/P | | O/P | O/P | O/P | O/P | O/P | • |
| – Antispin differential (included with Night Edition) | DSA | | | O/P | | | O/P | O | |
| **Battery** – 730-amp | BCN | • | • | • | | • | • | • | |
| – 800-amp (included with 3.0L EcoDiesel V6) | BCF | P | | P | P | P | P | P | • |
| **Engine Cooling** – Standard (included with 3.6L Pentastar V6) | NMB | P | | P | | | | | |
| – Heavy-duty (included with 5.7L HEMI V8 and 3.0L EcoDiesel V6) | NMC | P | | P | P | P | P | P | |
| – Maximum-duty | NMX | | | | | | | | • |
| **Fuel-Filler** – Capless with secondary seal | XJM | • | • | • | • | • | • | • | |
| **Fuel Tank** – 26-gallon (included with 5.7L HEMI V8 and 3.0L EcoDiesel V6 on Quad Cab models) | NFW | • | • | •/P | •/P | •/P | | | |
| – 23-gallon (included with HFE models; standard with 3.6L Pentastar V6 Quad Cab; not available with 3.6L Pentastar V6 Crew Cab; included with 5.7L HEMI V8 with eTorque 4x4 Crew Cab short box on Tradesman, Big Horn/Lone Star,[39] Rebel and Laramie) | NF5 | •/P | | •/P | •/P | •/P | | | |
| – 26-gallon (optional with H2, X2 and P2 Equipment Packages on 5.7L HEMI V8 with eTorque 4x4 Crew Cab short box on Big Horn/Lone Star,[39] Rebel and Laramie) | NG9 | | | O | O | | | | |
| – 33-gallon (optional with H1, H2, X1, X2, P1 and P2 Equipment Packages) | NFF | O | | O | O | O | O | O | • |
| **Grille Shutters** – Active upper | MDX | • | • | • | • | • | • | • | |
| – Active lower (included with 3.0L EcoDiesel V6) | MDY | P | | P | P | P | P | P | |
| **Shock Absorbers** – Front and rear, heavy-duty | SFB/SGB | • | • | • | | • | | | |
| – Off-road (included with Off-Road Group) | SFD/SGD | P | | P | | P | P | P | |
| – Bilstein® shocks | SFC/SGC | | | | | • | | | |
| – Active Performance Bilstein shocks | SFE/SGE | | | | | | | | • |
| **Steering** – Electronic power (rack and pinion) | SBL | • | • | • | • | • | • | • | |
| **Suspension** – Front, upper and lower A-arms, coil springs | | • | • | • | • | • | • | • | • |
| – Rear, five-link, coil springs | | • | • | • | • | • | • | • | |
| – Active-Level™ Four-Corner Air Suspension System (optional with L1, H1, H2, X1, X2, P1 and P2 Equipment Packages; optional on Rebel 4x4 Crew Cab with X1 and X2 Equipment Packages with 5.7L HEMI V8 only) | SER | O | | O | O | O | • | • | |
| **Transfer Case** (4x4 only) – Electronic part-time | DH9 | • | | • | | | | | |
| – Electronic on-demand | DH8 | | | • | • | O | | | |
| – Electronic Full-Time 4WD Mode | DHZ | | | | | | | | • |
| **EXTERIOR FEATURES** | | | | | | | | | |
| **Air Dam** – Fixed | MXA | | | • | | | | | |
| – Active (not available with air suspension) | MXB | P | | P | P | P | P | P | |
| **Antenna** – Shark-fin (AM/FM/SXM[15]/GPS) | RD3/JLP | • | • | • | • | • | • | • | • |

• = Standard.  O = Optional.  P = Part of Package.

DEALER ePROCESS

**RAM 1500 BUYER'S GUIDE**

| Feature | Sales Codes | Tradesman® (A) | HFE (E) | Big Horn®/Lone Star® (Z/R) | Rebel® (W) | Laramie® (H) | Limited Longhorn™ (K) | Limited (M) | TRX (Y) |
|---|---|---|---|---|---|---|---|---|---|
| CPOS | | A | E | Z/R | W | H | K | M | Y |
| **EXTERIOR FEATURES (continued)** | | | | | | | | | |
| Bed-Mounted RamBar (Mopar®) | XC1 | | | | | | | | O |
| Bed Rail Caps — Black | | | • | • | • | • | • | • | • |
| Bedliner — Spray-in (included with Tradesman Group and Bed Utility Group) | XMF/AA1 | O/P | O/P | O/P | O | O/P | • | • | P |
| — Spray-in Delete | XM9 | | | | | | O | O | |
| Bodyside Moldings — Chrome | MJB | | | | | | | • | |
| Daylight Opening (DLO) Moldings — Black (included with Night Edition) | MMR | • | • | • | • | • | | • | • |
| — Chrome (included with Chrome Appearance Group on Laramie) | MMF | | | | | P | | • | |
| Bumpers — Front and rear, Black | MB1/MBN | • | • | • | | | | | |
| — Chrome (included with Chrome Appearance Group) | MCT/MBF | P | | • | | • | • | • | |
| — Black powder-coated front; Black rear | MCS/MB5 | | | | | • | | | |
| — Black powder-coated front; painted rear | MBJ/MBC | | | | | | | | • |
| — Painted lower accent-color (included with two-tone paint) | MBU/MBV | | | | | | P | | |
| — Painted body-color (included with Sport Appearance Package, Night Edition and Body-Color Bumper Group) | MBP/MBQ | P | | P | | P | P | P | |
| Door Handles — Black | MNA | • | • | | | | | | • |
| — Body-color with chrome insert | MNE | | | | | • | • | • | |
| — Body-color (included with Sport Appearance Package, Night Edition, Comfort and Convenience Group, X2 Equipment Package, and TRX Level 1 and 2 Equipment Packages) | MNK | | | • | P | P | | P | P |
| Exhaust — Single | | • | • | • | | | | | |
| — Dual, bright tip (included with 5.7L HEMI® V8 and 3.0L EcoDiesel V6; not available with dual, Black-tip exhaust) | NER | | | | P | P | P | P | |
| — Dual, Black tip (included with 5.7L HEMI V8 and 3.0L EcoDiesel V6 on Night Edition; included with 5.7L HEMI V8 and 3.0L EcoDiesel V6 on Rebel models) | NEP | P | | P | P | P | | P | • |
| Exterior Graphics, Rebel Hood (Mopar) | MYA | | | | O | | | | |
| Exterior Graphics, Rebel (Mopar) | MPC | | | | O | | | | |
| Exterior Graphics, TRX (Mopar) — Included with Launch Edition | MH8 | | | | | | | | O/P |
| Exterior Graphics, TRX Hood (Mopar) — Included with Launch Edition | MPR | | | | | | | | O/P |
| Fog Lamps — Incandescent (included with ParkSense® Front and Rear Park Sensors,[11] Sport Appearance Package and Night Edition) | LNJ | P | | • | | | | | |
| — LED (included with Premium Lighting Group) | LNV | | | P | • | • | • | • | • |
| Glass — Tinted windows | GAC | • | • | • | • | • | • | • | • |
| — Privacy glass/deep-tint sunscreen (rear door) | GEG | • | • | • | • | • | • | • | • |
| — Acoustic laminated glass (front door) | GAQ | • | • | • | • | • | • | • | • |
| Grille — Black-surround, Black insert with chrome Ram letters | | • | | | | | | | |
| — Chrome-surround, Black insert with chrome Ram letters (included with Chrome Appearance Group) | | P | • | | | | | | |
| — Chrome-surround, Black billet insert with chrome Ram letters | | | | • | | | | | |
| — Body-color-surround, Black insert with chrome Ram letters (included with Sport Appearance Package) | | P | | P | | P | | | |
| — Black-surround, Black insert with Black Ram letters (included with Night Edition) | | P | | P | | P | | | |
| — Unique Black Rebel grille with painted Silver Ram letters | | | | | • | | | | |
| — Chrome-surround, chrome billet insert with chrome Ram letters | | | | | | • | | | |
| — Unique Limited Longhorn chrome-surround, chrome billet insert with chrome Ram letters | | | | | | | • | | |
| — Unique Limited chrome-surround, chrome insert with chrome Ram letters | | | | | | | | • | |
| — Unique Limited grille painted Black (included with Night Edition) | | | | | | | | P | |
| — Unique TRX Black grille | | | | | | | | | • |
| Headlamps — Halogen with bright internal bezels | LME | • | • | • | | | | | |
| — Halogen with dark internal bezels (included with Night Edition) | LME/MFA | P | | P | | | | | |
| — Mid-level LED headlamp with signature bright internal bezels (included with Premium Lighting Group) | LPX | | | P | | • | | | |
| — Mid-level LED headlamp with signature dark internal bezels (included with Night Edition and Premium Lighting Group) | LPX/MFA | | | P | • | • | | | |
| — Full LED headlamp with signature lighting | LM6 | | | | | | • | • | |
| — Full LED headlamp with signature lighting and dark internal bezels (included with Night Edition) | LM6/MFA | | | | | | | P | • |
| — Automatic (day/night sensor) | LMG | | | | | | | | |
| — Automatic high-beams (included with P1 and P2 Equipment Packages and Advanced Safety Group) | LMS | | | | P | P | | | |

• = Standard.   O = Optional.   P = Part of Package.

**RAM 1500 BUYER'S GUIDE**

| | Sales Codes | Tradesman® | HFE | Big Horn®/Lone Star[28] | Rebel® | Laramie® | Limited Longhorn™ | Limited | TRX |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CPOS | | A | E | Z/R | W | H | K | M | Y |
| **EXTERIOR FEATURES (continued)** | | | | | | | | | |
| **Sport Performance Hood** (included with Sport Appearance Package and Night Edition) | MGB | | | | • | P | | P | • |
| **Performance Hood with Fresh Air Intake and Heat Extractors** | MC9 | | | | | | | | • |
| **Lighting** — Cargo box illumination | LPE | • | • | • | • | • | • | • | • |
| — Bed lighting (included with tonneau cover, Bed Utility Group, and TRX Level 1 and 2 Equipment Packages) | LPL | P | | P | P | P | • | • | P |
| **Mirrors, Exterior** — 6 x 9-inch, powered, Black, manual-folding, heated, convex wide-angle insert (standard on Quad Cab® and Crew Cab) | GT6 | • | • | • | • | | | | • |
| — 6 x 9-inch, powered, Black, power-folding, heated, auto-dimming, convex wide-angle insert; includes exterior courtesy lamps and supplemental turn signal (included with H1, H2, X1 and X2 Equipment Packages) | GUK | | | P | P | | | | • |
| — 6 x 9-inch, powered, chrome, power-folding, heated, auto-dimming, multifunctional, convex wide-angle insert; includes exterior courtesy lamps, supplemental turn signal and position memory | GU4 | | | | | • | • | • | |
| — 6 x 9-inch, powered, body-color, power-folding, heated, auto-dimming, multifunctional, convex wide-angle insert; includes exterior courtesy lamps, supplemental turn signal and position memory (included with Sport Appearance Package) | GT5 | | | | P | P | | | |
| — 6 x 9-inch, powered, accent-color, premium power-folding, heated, auto-dimming, multifunctional, convex wide-angle insert; includes exterior courtesy lamps, supplemental turn signal and position memory (included with Night Edition) | GT4 | | | | P | P | | P | |
| — 7 x 11-inch trailer-tow, powered, Black, manual-folding; includes exterior courtesy lamps and supplemental turn signal (included with Trailer-Tow Group and Max Tow Package) | GPG | P | | P | P | | | | |
| — 7 x 11-inch trailer-tow, powered, chrome, multifunctional; includes exterior courtesy lamps, supplemental turn signal and position memory (included with Trailer-Tow Group and Max Tow Package) | GP2 | | | | | P | P | P | |
| — 7 x 11-inch trailer-tow, powered, Black, heated, multifunctional; includes exterior courtesy lamps, supplemental turn signal and position memory (optional with Advanced Safety Group and Night Edition) | GP1 | | | | | O | O | O | O |
| **Paint** — Monotone (included with Night Edition) | APA | • | • | • | O/P | • | • | • | • |
| — Two-tone | APD | | | | | • | O | O | O |
| **Skid Plates** — Front suspension (included with Protection Group and Off-Road Group) | XEU | P | | P | • | P | P | P | • |
| — Transfer case (included with Protection Group and Off-Road Group) | XEF | P | | P | • | P | P | P | • |
| — Electronic power steering (included with Protection Group and Off-Road Group) | XJ2 | P | | P | • | P | P | P | • |
| — Fuel tank (included with Protection Group and Off-Road Group) | XEE | P | | P | • | P | P | P | • |
| — Front fascia/belly pan | XBP | | | | | | | | • |
| **Steps/Running Boards** — Black side running boards, cab-length (Mopar; optional with L1 Equipment Package; optional on Tradesman and Big Horn/Lone Star[39] with Night Edition and X1 and X2 Equipment Packages; included with Night Edition on Laramie) | MRU | O | | O | O | P | | | |
| — Chrome side steps, wheel-to-wheel (optional with H1, H2, P1 and P2 Equipment Packages; included with Chrome Appearance Group on Laramie; not available with Night Edition) | MRA | | • | O | | O/P | • | | |
| — Off-Road Rock Rails (Mopar) — Requires TRX Level 1 or Level 2 Equipment Packages | MMU | | | | | | | | O |
| — Running boards, Off-Road (Mopar) | MTW | | | | | | | | O |
| — Running boards, fixed, lower two-tone color (Mopar) | MRM | | | | | | P | | |
| — Running boards, power-operated (optional with P2 Equipment Package; included with R1 Equipment Package) | MR7 | | | | | O | P | • | |
| — Bed step, deployable (included with Bed Utility Group) | MDN | P | | P | P | P | P | P | P |
| — Bed step, deployable, center-mounted (included with Bed Utility Group when equipped with multifunction tailgate) | MD1 | P | | P | P | P | P | P | |
| **Storage** — RamBox® System (available with 5' 7" box only; optional with L1, H1, H2, X1, P1 and P2 Equipment Packages) | XB9 | O | | O | O | O | O | O | O |
| — Bed divider (included with Bed Utility Group; requires RamBox System) | CKX | P | | P | P | P | P | | |
| **Tailgate** — Standard, locking | XJJ | • | • | • | • | • | • | • | • |
| — "Tailgate-ajar" switch (included with P1 and P2 Equipment Packages) | LAN | | | • | • | P | • | • | • |
| — Fully damped/assisted | MWD | • | • | • | • | • | • | • | • |
| — Power-release (included with Comfort and Convenience Group, P1 and P2 Equipment Packages, and TRX Level 2 Equipment Package) | JKR | | | • | P | P | • | • | P |
| — Multifunction (requires spray-in bedliner; requires L1 and H1 Equipment Packages for Tradesman and Big Horn/Lone Star[30]) | MWK | O | | O | O | O | O | O | |
| **Taillamps** — Incandescent with bright internal bezel | LA6 | • | • | • | | | | | |
| — Premium LED with opaque Light Red lens in front of blind-spot sensor area (included with Premium Lighting Group) | LAY | | | P | | • | • | • | |
| — Premium LED with opaque Dark Red lens in front of blind-spot sensor area (included with Premium Lighting Group when equipped with Night Edition) | LAY | | | P | • | P | | P | • |
| **Tie-Downs** — Lower, fixed (four) | CKT | | | • | • | • | • | • | • |
| **Tires** — LT18-inch OWL On-/Off-Road (included with Off-Road Group and Max Tow Package) | TCP | P | | P | | P | | | |
| — P18-inch BSW All-Season | TUM | | | • | | • | | | |

• = Standard.  O = Optional.  P = Part of Package.

**RAM 1500 BUYER'S GUIDE**

| | Sales Codes | Tradesman® | HFE | Big Horn®/Lone Star[20] | Rebel® | Laramie® | Limited Longhorn™ | Limited | TRX |
|---|---|---|---|---|---|---|---|---|---|
| CPOS | | A | E | Z/R | W | H | K | M | Y |
| **EXTERIOR FEATURES (continued)** | | | | | | | | | |
| – P18-inch BSW All-Season | TUL | • | | O | | | | | |
| – P20-inch OWL All-Season (included with Sport Appearance Package on Laramie; included with optional 20-inch wheels on Laramie; included with Night Edition; included with Sport Appearance Package if equipped with 20-inch wheels on Big Horn/Lone Star[39]) | TUB | | | P | | P | O | O | |
| – P20-inch BSW All-Season | TTG | | | O | | | • | • | |
| – P20-inch BSW All-Season | TTH | O | • | O | | | | | |
| – LT18-inch OWL On-/Off-Road | TT6 | | | | | • | | | |
| – LT325/65R18D 18-inch All-Terrain | TXS | | | | | | | | • |
| – P22-inch BSW All-Season (included with 22-inch wheel offerings) | TY4 | | | | | P | P | P | |
| – P20-inch OWL All-Terrain (included with Off-Road Group) | TTQ | P | | P | | P | P | P | |
| – Full-size spare temporary-use | TBS | • | • | • | | • | • | • | |
| – Full-size spare (included with Off-Road Group) | TBB | P | | P | | P | P | P | |
| – Full-size spare with matching wheel | TBW | | | | | | | | • |
| **Tonneau Cover** – Tri-fold, soft; includes bed lighting (included with Night Edition) | CS7 | O | | O | O | O | O | O/P | O |
| **Tow Hooks** – Front, Black (included with Protection Group, Off-Road Group and Night Edition on Limited) | XEA | P | | P | • | P | P | | • |
| – Front, chrome (included with Chrome Appearance Group) | XHQ | | | | | | P | • | |
| **Trailer Tow** – Four/seven-pin connector | XFK | • | • | • | • | • | • | • | |
| – Class III hitch (bumper; not available with Class IV hitch receiver) | XFJ | • | • | • | | • | | | |
| – Class IV hitch receiver (included with H1 and H2 Equipment Packages, Tradesman Group, Trailer-Tow Group and Max Tow Package) | XFH | O/P | | P | • | • | • | • | |
| **Wheels** – 18 x 7.5-inch painted steel | WBF | • | | | | | | | |
| – 18 x 8-inch painted aluminum (included with Chrome Appearance Group and Sport Appearance Package on Tradesman; included with Max Tow Package) | WBB | P | | • | | P | | | |
| – 18 x 8-inch Black-painted/diamond-cut finish aluminum | WBJ | | | | | • | | | |
| – 18 x 8-inch Black-painted aluminum (included with Night Edition) | WBS | | | | | P | | | |
| – 18 x 8-inch painted aluminum | WBC | | | | | • | | | |
| – 18 x 8-inch Black-painted aluminum | WS4 | | | | | • | | | • |
| – 18 x 9-inch aluminum with Beadlock | WS5 | | | | | | | | O |
| – 20 x 9-inch Black-painted aluminum (included with Night Edition on Tradesman; included with Night Edition if equipped with Off-Road Group) | WRW | P | | | | P | | | |
| – 20 x 9-inch chrome-clad aluminum | WRK | | | O | | | | | |
| – 20 x 9-inch premium chrome-clad aluminum | WRD | | • | O | | | | | |
| – 20 x 9-inch Black-painted aluminum (included with Night Edition) | WRP | | | P | | | | | |
| – 20 x 9-inch painted/polished aluminum | WRB | | | | | O | | | |
| – 20 x 9-inch premium painted/polished/insert aluminum (included with Sport Appearance Package) | WRJ | | | | | P | | | |
| – 20 x 9-inch polished/Gray-painted aluminum | WRU | | | | | | • | | |
| – 20 x 9-inch polished/Brown-painted aluminum (included with two-tone paint) | WRC | | | | | | P | | |
| – 20 x 9-inch polished aluminum with accent-painted inserts | WRR | | | | | | | • | |
| – 22 x 9-inch Black-painted/polished aluminum (optional with Sport Appearance Package) | WPM | | | | | O | | | |
| – 22 x 9-inch Black-painted aluminum (included with Night Edition) | WPH | | | | | P | | | |
| – 22 x 9-inch premium painted/Brown insert aluminum (optional with two-tone Limited Longhorn) | WPF | | | | | | O | | |
| – 22 x 9-inch premium painted/Gray insert aluminum (optional with monotone Limited) | WPZ | | | | | | O | O | |
| – 22 x 9-inch Black-painted aluminum (included with Night Edition) | WP9 | | | | | | | P | |
| **Wheels, Spare** – 18-inch, steel (included with all-size base wheels) | W1C | • | | • | • | • | • | • | |
| – 18-inch, aluminum (included with 5.7L HEMI® V8 with eTorque 4x4 Crew Cab and 3.0L EcoDiesel V6 4x2 Crew Cab 5' 7" box) | W1F | | • | P | P | P | P | P | |
| – Bed-Mounted Spare Tire Carrier (Mopar®) | TBA | | | | | | | | O |
| **Wheel Well Liners** – Front | MHR | • | • | • | • | • | • | • | |
| – Rear (optional with L1, H1, H2, X1, X2, P1 and P2 Equipment Packages) | MWH | O | | O | O | O | • | • | |
| **Wheel Flares** – Lower two-tone body-color (included with lower two-tone paint) | MRD | | | | | | P | P | |
| – Monotone body-color | MML | | | | | • | • | • | |
| – Off-road | MMQ | | | | | • | | | |

• = Standard.   O = Optional.   P = Part of Package.

DEP DEALER ePROCESS

**RAM 1500 BUYER'S GUIDE**

| CPOS | Sales Codes | Tradesman® | HFE | Big Horn®/Lone Star® | Rebel® | Laramie® | Limited Longhorn™ | Limited | TRX |
|---|---|---|---|---|---|---|---|---|---|
| | | A | E | Z/R | W | H | K | M | Y |
| **EXTERIOR FEATURES (continued)** | | | | | | | | | |
| Windshield Wipers – Variable/intermittent | JHA | • | • | | • | • | • | • | • |
| – Rain-sensing (included with X2, P1 and P2 Equipment Packages, and TRX Level 1 and 2 Equipment Packages) | JHC | | | P | P | • | • | • | P |
| **INTERIOR FEATURES** | | | | | | | | | |
| Air Conditioning – Manual Temperature Control | HAA | • | • | • | | | | | |
| – Dual-Zone Automatic Temperature Control (included with Level 1 Safety Group and H2 and X2 Equipment Packages; included with Uconnect® NAV radios) | HAF | | | P | P | • | • | • | • |
| Clusters – Base – Four-gauge with 3.5-inch monochromatic display | JAE | • | • | • | | | | | |
| – Medium – Four-gauge with 3.5-inch color display (included with H1 Equipment Package) | JAK | P | | P | | | | | |
| – Premium – Six-gauge with 7-inch color reconfigurable Driver Information Display; animation-capable (included with H2 Equipment Package) | JAL | | | P | | • | | | |
| – Premium – Six-gauge with 7-inch color reconfigurable Driver Information Display; animation-capable (Rebel theme) | JY2 | | | | • | | | | |
| – Premium – Six-gauge with 7-inch color reconfigurable Driver Information Display; animation-capable (Limited Longhorn theme) | JY3 | | | | | | • | | |
| – Premium – Six-gauge with 7-inch color reconfigurable Driver Information Display; animation-capable (Limited theme) | JY4 | | | | | | | • | |
| – Premium – Six-gauge with 7-inch color reconfigurable Driver Information Display; animation-capable (TRX theme) | JY7 | | | | | | | | • |
| – Heads-Up Display (included with Technology Group) | LBK | | | P | P | P | P | P | P |
| Console, Floor – Full console with sliding storage and wrapped lid (included with bucket seats) | CUF | | • | P | | | | | |
| – Full console with sliding storage and wrapped lid with embossed logo (included with bucket seats) | CUP | | | | | • | P | | |
| – Full console with sliding storage and wrapped lid | CVM | | | | | | | • | |
| – Full console with sliding storage, bombay door and premium, wrapped, leather lid with hard badge | CM5 | | | | | | • | • | |
| – Full console with transmission shift lever, bombay door and premium, wrapped, leather lid with TRX badge | CVT | | | | | | | | • |
| Console, Overhead – Base | CUN | • | • | • | • | | | | |
| – Premium (included with dual-pane sunroof) | CUS | | | P | P | • | • | • | • |
| Cup Holders – Two on front and two on rear of center console, with bucket seats | | | | P | | P | • | • | • |
| – Two, front of fold-down center seat with bench | | • | • | • | | | | | |
| – Two, rear-seat fold-out center armrest | | | | • | • | • | • | • | • |
| Keyless Enter 'n Go™ – Passive (included with X2 and TRX Level 2 Equipment Packages) | GXD | | | P | | • | • | • | P |
| Speed-Sensitive Power Locks – Illuminated entry | JPH | | | | | • | | | |
| Flooring – Vinyl (includes rear in-floor storage bins on Crew Cab) | CKJ | • | | | | | | | |
| – Carpet, base (included with L1 Equipment Package, Sport Appearance Package and Night Edition) | CKE | P | • | • | | | | | |
| Floor Mats, Front and Rear – Carpet (included with L1 Equipment Package, Sport Appearance Package and Night Edition) | CLE | P | | • | | | | | |
| – Rubber with premium carpet inserts (Crew Cab only) | CLX | | | | | | • | • | |
| – Rubber (Quad Cab® and Crew Cab; Mopar®) | CLF | O | | O | | O | | | |
| – Rubber (Quad Cab and Crew Cab) – Rebel theme | CL3 | | | | • | | | | • |
| Lighting, Ambient – Interior mirror switches | | | | | | • | • | • | • |
| – Overhead console, LED (included with dual-pane sunroof) | LHJ | | | P | P | | | | |
| – Front door handles and map pockets, LED | | | | | | • | • | • | • |
| – Rear door handles and map pockets, LED (Crew Cab only) | | | | | | • | • | • | • |
| – Instrument-panel LED pipes | | | | | | • | • | • | • |
| Lighting, Courtesy – Front map light, incandescent | LBA | • | • | • | | | | | |
| – Front map light, LED (included with dual-pane sunroof) | LHJ | | | P | P | • | • | • | • |
| – Front footwell, incandescent | LBB | • | • | | | | | | |
| – Front footwell, LED (included with 12-inch touchscreen radio) | LCV | | | P | P | • | • | • | • |
| – Glove box lamp (included with H1 and H2 Equipment Packages) | LBC | | | P | | • | • | • | • |
| – Rear dome lamp, incandescent | LCH | • | • | | | | | | |
| – Rear dome lamp, incandescent, switchable (included with H1 and X1 Equipment Packages) | LHE | | | P | P | | | | |
| – Rear footwell, LED, switchable | LCL | | | | | • | • | • | |
| – Rear dome lamp, dual, LED, switchable (included with dual-pane sunroof) | LCA | | | P | P | P | P | P | P |
| – Rear footwell, LED (Crew Cab only) | | | | | | | • | • | |
| Memory – Driver only; seat, exterior mirrors, power-adjustable pedals, radio presets (included with Comfort and Convenience Group and TRX Level 2 Equipment Package) | LEQ | | | | P | | | | P |

• = Standard.  O = Optional.  P = Part of Package.

DPD DEALER PROCESS

**RAM 1500 BUYER'S GUIDE**

| | Sales Codes | Tradesman® | HFE | Big Horn®/Lone Star® | Rebel® | Laramie® | Limited Longhorn™ | Limited | TRX |
|---|---|---|---|---|---|---|---|---|---|
| CPOS | | A | E | Z/R | W | H | K | M | Y |
| **INTERIOR FEATURES (continued)** | | | | | | | | | |
| **Mirror, Interior Rearview** — Manual day/night | GNA | • | • | • | | | | | |
| — Auto-dimming, day/night (included with Level 1 Safety Group and H1 and H2 Equipment Packages) | GNK | P | | P | • | • | • | • | • |
| — Auto-dimming, Digital Display (included with Technology Group) | GRG | | | P | P | P | P | P | P |
| **Pedals** — Fixed | XA8 | • | • | • | • | | | | • |
| — Power-adjustable (included with H1, H2, X1, X2 and TRX Level 1 Equipment Packages) | XAP | | | P | P | | | | P |
| — Power-adjustable with memory (included with TRX Level 2 Equipment Package) | XAM | | | | | | • | • | • | P |
| **Seats** — Vinyl front bench seats – 40/20/40-split bench, four-way manual driver (fore/aft, seatback recline), four-way manual passenger (fore/aft, seatback recline), four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only; rear seats, full-length stadium-folding bench, outboard head restraints[43] manual dump feature | *TX | • | | | | | | | |
| — Cloth front bench seats – 40/20/40-split bench, four-way manual driver (fore/aft, seatback recline), four-way manual passenger (fore/aft, seatback recline), four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only; rear seats, full-length stadium-folding bench, outboard head restraints[43] manual dump feature (included with L1 Equipment Package, Sport Appearance Package and Night Edition) | *V9 | P | | | | | | | |
| — Cloth front bucket seats – Four-way manual driver (fore/aft, seatback recline), four-way manual passenger (fore/aft, seatback recline), four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only; rear seats, full-length stadium-folding bench, outboard head restraints[43] manual dump feature | *C5 | | • | | | | | | |
| — Cloth front bench seats – 40/20/40-split bench, four-way manual driver (fore/aft, seatback recline), four-way manual passenger (fore/aft, seatback recline), eight-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline; included with H1 and H2 Equipment Packages), four-way power driver lumbar (fore/aft, up/down; included with H1 and H2 Equipment Packages), four-way manual passenger (fore/aft, seatback recline), four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only, map pocket (back of outboard seats); rear seats, 60/40 stadium-folding bench, outboard head restraints[43] manual dump feature | *E1 | | | • | | | | | |
| — Cloth front bucket seats – Eight-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), four-way power driver lumbar (fore/aft, up/down), four-way manual passenger (fore/aft, seatback recline), four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only, full-length floor console with two front and two rear cup holders, map pocket (back of outboard seats); rear seats, 60/40 stadium-folding bench, outboard head restraints[43] manual dump feature (optional with H1 and H2 Equipment Packages and Night Edition) | *T9 | | | O/P | | | | | |
| — Vinyl/cloth front bucket seats – Unique Ombré Mesh cloth, eight-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), four-way power driver lumbar (fore/aft, up/down), four-way manual passenger (fore/aft, seatback recline), four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only, Ram's Head logo on inside surface, map pocket (back of outboard seats); rear seats, 60/40 stadium-folding bench, outboard head restraints[43] manual dump feature | *G7 | | | | • | | | | |
| — Vinyl/cloth front bucket seats – Unique Ombré Mesh cloth, eight-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), four-way power driver lumbar (fore/aft, up/down), four-way manual passenger (fore/aft, seatback recline), four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only, map pocket (back of outboard seats); rear seats, 60/40 stadium-folding bench, outboard head restraints[43] manual dump feature | *Y7 | | | | | | | | • |
| — Leather-trimmed bucket seats – Eight-way power driver/passenger seat (fore/aft, up/down, cushion tilt, seatback recline), four-way power driver/passenger lumbar (fore/aft, up/down), four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only, map pocket (back of outboard seats); rear seats, 60/40 stadium-folding bench, outboard head restraints[43] manual dump feature (requires X1 or X2 Equipment Package; included with Rebel 12 Package) | *TL | | | O/P | | | | | |
| — Leather-trimmed front bench seats – 40/20/40-split bench, eight-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), four-way power driver lumbar (fore/aft, up/down), four-way power passenger lumbar (fore/aft, up/down), driver memory, heated outboard seating positions, ventilated outboard seating positions, heated steering wheel, four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only, map pocket (back of outboard seats), rear seats, 60/40 stadium-folding bench (Quad Cab® and base Crew Cab only), 60/40 stadium-folding bench with manual recline and center 20-percent fold-down console (not available with Quad Cab; included with P1 and P2 Equipment Packages), outboard head restraints[43] manual dump feature, heated rear seat (three adjustment levels each; included with P2 Equipment Package) | *DP | | | | | • | | | |
| — Leather-trimmed front bucket seats (optional with P1 and P2 Equipment Packages; included with Sport Appearance Package) – Front bucket seats, eight-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), eight-way power passenger seat (fore/aft, up/down, cushion tilt, seatback recline), four-way power driver lumbar (fore/aft, up/down), four-way power passenger lumbar (fore/aft, up/down), driver memory, heated outboard seating positions, ventilated outboard seating positions, heated steering wheel, four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only, full-length floor console with two front and two rear cup holders, map pocket (back of outboard seats); rear seats, 60/40 stadium-folding bench (Quad Cab only), 60/40 stadium-folding bench with manual recline and center 20-percent fold-down center console (Crew Cab only), outboard head restraints[43] manual dump feature, heated rear seat (three adjustment levels each; included with Sport Appearance Package and Night Edition) | *GJ | | | | | O/P | | | |

• = Standard. O = Optional. P = Part of Package.

**RAM 1500 BUYER'S GUIDE**

| | Sales Codes | Tradesman® | HFE | Big Horn®/Lone Star® | Rebel® | Laramie® | Limited Longhorn™ | Limited | TRX |
|---|---|---|---|---|---|---|---|---|---|
| CPOS | | A | E | Z/R | W | H | K | M | Y |
| **INTERIOR FEATURES (continued)** | | | | | | | | | |
| – Premium leather front bucket seats – Eight-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), eight-way power passenger seat (fore/aft, up/down, cushion tilt, seatback recline), four-way power driver lumbar (fore/aft, up/down), four-way power passenger lumbar (fore/aft, up/down), driver memory, heated outboard seating positions, ventilated outboard seating positions, heated steering wheel, four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only, full-length floor console with two front and two rear cup holders, map pocket (back of outboard seats); rear seats, 60/40 stadium-folding bench with manual recline and center 20-percent fold-down console, outboard head restraints[43] manual dump feature, heated rear seat (three adjustment levels each), ventilated rear seat (three adjustment levels each; included with R1 Equipment Package) | *DJ | | | | | | • | | |
| – Premium leather front bucket seats – Eight-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), eight-way power passenger seat (fore/aft, up/down, cushion tilt, seatback recline), four-way power driver lumbar (fore/aft, up/down), four-way power passenger lumbar (fore/aft, up/down), driver memory, heated outboard seating positions, ventilated outboard seating positions, heated steering wheel, four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only, full-length floor console with two front and two rear cup holders, map pocket (back of outboard seats); rear seats, 60/40 stadium-folding bench with manual recline and center 20-percent fold-down console, outboard head restraints[43] manual dump feature, heated rear seat (three adjustment levels each), ventilated rear seat (three adjustment levels each; included with 10th Anniversary Limited Longhorn Edition) | *JY | | | | | | P | | |
| – Premium leather front bucket seats – Eight-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), four-way power driver lumbar (fore/aft, up/down), four-way power passenger lumbar (fore/aft, up/down), driver memory, heated outboard seating positions, ventilated outboard seating positions, heated steering wheel, four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only, full-length floor console with two front and two rear cup holders, map pocket (back of outboard seats); rear seats, 60/40 stadium-folding bench with manual recline and center 20-percent fold-down console, outboard head restraints[43] manual dump feature, heated rear seat (three adjustment levels each), ventilated rear seat (three adjustment levels each; included with M1 Equipment Package) | *DL | | | | | | | • | |
| – Premium leather front bucket seats – Eight-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), four-way power driver lumbar (fore/aft, up/down), four-way power passenger lumbar (fore/aft, up/down), driver memory, heated outboard seating positions, ventilated outboard seating positions, heated steering wheel, four-way manual-adjustable head restraints[43] (up/down, fore/aft), outboard positions only, full-length floor console with two front and two rear cup holders, map pocket (back of outboard seats); rear seats, 60/40 stadium-folding bench with manual recline and center 20-percent fold-down console, outboard head restraints[43] manual dump feature, heated rear seat (three adjustment levels each), ventilated rear seat (three adjustment levels each; included with TRX Level 1 and 2 Equipment Packages) | *YL | | | | | | | | P |
| **Shifter** — Rotary | | • | • | • | • | • | • | • | |
| – Black | C1G | P | P | P | | | | | |
| – Bright | C1H | | | | P | P | P | P | |
| – Center console-mounted, leather-wrapped | CVW | | | | | | | | • |
| **Sill Plates** – Door sill scuff plates (plastic) | CLP | • | • | • | • | | | | |
| – Door sill scuff plates (metal) | CLT | | | | | • | • | • | • |
| **Speed Control** – Cruise control | NHM | • | • | • | • | | | | |
| – Adaptive Cruise Control with Stop & Go[9] (included with Advanced Safety Group and M1 Equipment Package) | NHZ | | | | P | P | P | P | P |
| **Start** – Keyless push-button | GX4 | • | • | • | • | • | • | • | • |
| **Steering Column** – Manual tilt/telescoping | SUD | • | • | • | • | • | • | • | • |
| **Steering Wheel** — Urethane | SCA | • | • | | | | | | |
| – Leather-wrapped | SCV | | | • | | • | | | |
| – Leather-wrapped, perforated, accent stitching | SCB | | | | | • | | | |
| – Leather-wrapped, real-wood | SCW | | | | | | • | • | |
| – Leather-wrapped, flat-bottom, perforated, accent stitching with paddle shifters | SCC | | | | | | | | • |
| – Leather/suede-wrapped, flat-bottom, perforated, accent stitching with paddle shifters (included with TRX Level 1 and 2 Equipment Packages) | SC1 | | | | | | | | P |
| – Heated (included with H2, X1, TRX Level 1 and 2 Equipment Packages) | NHS | | | | P | P | | • | P |
| **Storage** – Center stack pull-out drawer (bench seats only) | | | • | • | | | | | |
| – Front-center underseat bin (bench seats only; included with *V9 seats) | CVH | P | | | | | | | |
| – Front-seat-center seatback bin (bench seats only) | | | • | • | | | | | |
| – Front-seat-center console bin (with bucket seats only) | CUF | | • | P | • | P | • | • | |
| – Rear in-floor bins with removable liners (Crew Cab only; included with Black vinyl floor covering and L1 and H1 Equipment Packages) | CB9 | P | | P | P | | | | |
| – Rear underseat – Crew Cab only (included with X2, P2, TRX Level 1 and 2 Equipment Packages); optional with H1, H2 and P1 Equipment Packages) | CUE | | | O | P | P/O | | • | P |

• = Standard.  O = Optional.  P = Part of Package.

**RAM 1500 BUYER'S GUIDE**

| CPOS | Sales Codes | Tradesman® | HFE | Big Horn®/Lone Star® | Rebel® | Laramie® | Limited Longhorn™ | Limited | TRX |
|---|---|---|---|---|---|---|---|---|---|
| | | A | E | Z/R | W | H | K | M | Y |
| **INTERIOR FEATURES (continued)** | | | | | | | | | |
| Sunroof — Single-pane, power-operated (Quad Cab® only; optional with H2, X2, P1 and P2 Equipment Packages) | GWA | | | O | O | O | | | |
| – Dual-pane, power-operated (Crew Cab only; optional with H2, X2, P1, P2 and TRX Level 1 and 2 Equipment Packages) | GWJ | | | O | O | O | O | O | O |
| Sun Visor — Passenger-side with mirror | GNE | • | | | | | | | |
| – Passenger-side with mirror and light | GN6 | | • | • | • | | | | • |
| – Driver-side with mirror and light (included with H1 and X1 Equipment Packages) with Universal Garage Door Opener (included with H1, H2, X1, X2 and TRX Level 1 and 2 Equipment Packages) | GNC | | | P | P | • | • | • | P |
| – Cloth driver/passenger with mirror | | | | • | • | • | • | • | |
| Turn Signals — Three-blink lane-change feature | | | | • | • | • | • | • | • |
| Window Control — Windows, power one-touch up/down, driver and front-passenger | JP3 | | • | • | • | • | • | • | • |
| – Rear backlight, fixed | GJD | • | • | • | | | | | |
| – Rear backlight, power-sliding (included with Snow Plow Prep Group and L1, H1 and H2 Equipment Packages) | GFE | P | | P | • | | | | |
| – Rear defroster (with power-sliding backlight only; included with Snow Plow Prep Group and H1, H2, X1, X2 and TRX Level 1 and 2 Equipment Packages) | GFA | P | | P | P | • | • | • | P |
| **UCONNECT® MULTIMEDIA** | | | | | | | | | |
| Uconnect Integrated Voice Command — With Bluetooth® | XRB | • | • | • | • | • | • | • | • |
| – Front: two 2.5A USB ports – Fully functional | RSF | • | • | • | • | • | • | • | • |
| – Middle: one 2.5A USB port – Charging-only (included with bench and bucket seats) | RS3 | • | • | • | • | • | • | • | |
| – Rear: one 2.5A USB port – Charging-only (included with H2, X1 and X2 Equipment Packages) | RS2 | | | P | P | • | • | • | |
| – Front – Auxiliary headphone jack | RSU | • | • | • | • | • | • | • | |
| Power — Accessory delay | JKY | • | • | • | • | • | • | • | • |
| – Front-seat, 12-volt ignition-fed | JJJ | • | • | • | • | • | • | • | • |
| – Front-seat, 115-volt outlet (three-prong), battery-fed (optional with L1 Equipment Package; included with H2 Equipment Package) | JKV | O | | P | P | • | • | • | |
| – Rear-seat, 115-volt outlet (three-prong), battery-fed (included with H2 Equipment Packages) | JJN | | | P | P | • | • | • | |
| – RamBox® Cargo Management System, 115-volt outlet (three-prong), battery-fed (included with RamBox System) | | P | | P | P | P | P | P | |
| – Front-seat, wireless charging pad (available with bucket seats only; included with Comfort and Convenience Group, P2, R1 and TRX Level 2 Equipment Packages) | RFX | | | | P | P | P | • | P |
| – 400-watt inverter (included with H2 Equipment Package and RamBox System) | XHR | P | | P | | | | | • |
| Radio Systems — Uconnect 3 with 5-inch display | UAA | • | • | • | • | • | • | • | • |
| – Uconnect 4 with 8.4-inch display (included with Trailer-Tow Group and H1, H2, X1 and X2 Equipment Packages) | UAM | P | | P | P | • | | | |
| – Uconnect 4C NAV with 8.4-inch display (optional with H1, H2, X1 and X2 Equipment Packages; included with P2 Equipment Package) | UAV | | | O | O | O/P | | | |
| – Uconnect 4C NAV with 12-inch display (optional with H2, X1 and X2 Equipment Packages; included with Rebel 12 Package and R1 Equipment Package) | UAX | | | O | O/P | O | O/P | | |
| Radio Controls — Steering wheel-mounted | RDZ | | | • | • | • | • | • | • |
| SiriusXM® Radio[15] (six-month trial; included with L1, H1 and H2 Equipment Packages) | RSD | P | P | • | • | • | • | • | • |
| SiriusXM Traffic Plus[23] (five-year trial; included with Navigation radios) | RTB | | | P | P | P | • | • | |
| SiriusXM Travel Link[23,24] (five-year trial; included with Navigation radios) | RSM | | | P | P | P | • | • | |
| SiriusXM Guardian™[25] Connected Services (one-year trial) — Built-in cellular connection (included with UAV and UAX radios) | RSK | | | P | P | P | • | • | |
| Sound System — Six-speaker | RCG | • | • | • | • | | | | |
| – Alpine® 10-speaker system (included with Rebel 12 Package; optional with H1, H2, X1 and X2 Equipment Packages) | RC3 | | | O | O/P | • | | | |
| – Harman Kardon® 19-speaker system (included with Rebel 12 Package, P2, R1 and M1 Equipment Packages, and Night Edition on Limited; Optional on TRX with TRX Level 1 and 2 Equipment Packages; not available with Quad Cab) | RCA | | | | P | P | P | P | O |
| Uconnect Features — Power side-step personalization (included with power side steps) | | | | | | | P | P | P |
| – Apple CarPlay®[21]/Android Auto™[22] (included with 8.4-inch and 12-inch radios) | RPF/RF5 | | | P | P | • | • | • | |
| – Active Noise Cancellation (included on 5.7L HEMI® V8 engines) | JLW | P | | P | P | P | P | P | • |
| **SAFETY & SECURITY** | | | | | | | | | |
| Air Bags[5] — Advanced multistage driver and front-passenger | CG3 | • | • | • | • | • | • | • | • |
| – Supplemental side-curtain | CGS | • | • | • | • | • | • | • | • |
| – Supplemental side-seat | CJ1 | • | • | • | • | • | • | • | • |

• = Standard.  O = Optional.  P = Part of Package.

**RAM 1500 BUYER'S GUIDE**

| Feature | Sales Codes | Tradesman® | HFE | Big Horn®/Lone Star[20] | Rebel® | Laramie® | Limited Longhorn™ | Limited | TRX |
|---|---|---|---|---|---|---|---|---|---|
| CPOS | | A | E | Z/R | W | H | K | M | Y |
| **SAFETY & SECURITY (continued)** | | | | | | | | | |
| **Belt Alert** – Driver | LAX | • | • | • | • | • | • | • | • |
| – Passenger | LAX | • | • | • | • | • | • | • | • |
| **Brakes** – Power-assisted four-wheel antilock disc | BRT | • | • | • | • | • | • | • | • |
| – Brake override | | • | • | • | • | • | • | • | • |
| **Electronic Parking Brake** | XC4 | • | • | • | • | • | • | • | • |
| **Electronic Stability Control (ESC)**[41] | BNB | • | • | • | • | • | • | • | • |
| – Brake Assist | BGE | • | • | • | • | • | • | • | • |
| – Electronic Roll Mitigation | BNS | • | • | • | • | • | • | • | • |
| – Hill Start Assist | BNG | • | • | • | • | • | • | • | • |
| – Rain Brake Support | BHC | • | • | • | • | • | • | • | • |
| – Ready Alert Braking | BHD | • | • | • | • | • | • | • | • |
| – All-Speed Traction Control | BNM | • | • | • | • | • | • | • | • |
| – Trailer Sway Damping | BNT | • | • | • | • | • | • | • | • |
| **Hill Descent Control** (included with Off-Road Group) | BNH | P | • | P | • | P | P | P | |
| **Camera** – ParkView® Rear Back-Up Camera[7] with dynamic grid lines and center lines | XAC | P | • | P | • | P | P | P | • |
| – 360° Surround-View Camera System[7] (optional with TRX Level 1 Equipment Package; included with Advanced Safety Group, TRX Level 2 and M1 Equipment Packages) | XAK | | | | P | P | P | P | O/P |
| **Blind Spot Monitoring**[6] **with Rear Cross-Path and Trailer Detection**[7] (optional with L1, H2, X2 and TRX Level 1 Equipment Packages; includes LED taillamps on Tradesman and Big Horn/Lone Star[39]; included with P1, P2, R1 and TRX Level 2 Equipment Packages) | XAN | O | | O | O | P | P | • | O/P |
| **Forward Collision Warning with Advanced Brake Assist**[10] – Adaptive emergency braking (included with Level 1 Safety Group) | LSU | P | | P | • | • | • | • | • |
| **LaneSense® Lane Departure Warning Plus**[8] (included with Level 1 Safety Group, M1 Equipment Package and Advanced Safety Group) | LAS | P | | P | P | P | P | P | P |
| **Head Restraints**[43] – Front – Outboard, four-way manual-adjustable (up/down, fore/aft) | CDP | • | • | • | • | • | • | • | • |
| – Rear – Manual dump feature on outboard seating positions | CSH | • | • | • | | • | • | • | |
| **ParkSense® Front and Rear Park Assist with Rear ParkSense Stop**[11] (optional with H1, X1 and TRX Level 1 Equipment Packages; included with H2, X2, P1, P2 and TRX Level 2 Equipment Packages) | XH4 | | | O/P | O/P | O/P | • | • | O/P |
| **Parallel and Perpendicular Park Assist**[11] (included with Advanced Safety Group and M1 Equipment Package) | XH5 | | | | | P | P | P | P |
| **Remote Keyless Entry** – Controls for power locks (including doors, tailgate and RamBox® Cargo Management System when so equipped) – Illuminated entry system, panic alarm; includes two transmitters (included with L1 Equipment Package) | GXM | • | • | • | • | • | • | • | |
| **Remote Start System**[42] – Key fob activation (optional; included with H2, X2 and TRX Level 2 Equipment Packages) | XBM | | | O/P | O/P | • | • | • | O/P |
| **Restraints** – Front, three-point seat belts, shoulder height-adjustable (outboard seating positions) | CGD | • | • | • | • | • | • | • | • |
| – Front, three-point seat belts (center seating position, bench only) | | • | | • | • | • | • | • | |
| – Rear, three-point seat belts (all seating positions) | | • | • | • | • | • | • | • | • |
| **Latch** – Child Seat Anchor System | CGU | • | • | • | • | • | • | • | • |
| – Occupant Classification System | | • | • | • | • | • | • | • | • |
| **Security** – Sentry Key® engine immobilizer | GXX | • | • | • | • | • | • | • | • |
| – Security alarm[45] (included with H2 and X2 Equipment Packages) | LSA | | | P | P | • | • | • | |
| **Tire Pressure Monitor (TPM)** – Tire-specific TPM display | XGM | • | • | • | • | • | • | • | • |
| – Tire-Fill Alert System | LAW | • | • | • | • | • | • | • | • |
| **Trailer Brake Controller** – Integrated electronic controller (requires Class IV trailer hitch receiver; included with Trailer-Tow Group, Max Tow Package and TRX Level 2 Equipment Package) | XHC | O/P | | O/P | O/P | O/P | O/P | O/P | • |
| **Trailer Reverse Steering Control** (included with Trailer-Tow Group) | XA1 | P | | P | P | P | P | P | P |
| **Trailer Tire Pressure Monitoring** (included with Trailer-Tow Group) | XG9 | P | | P | P | P | P | P | P |
| **APPEARANCE PACKAGES/GROUPS** | | | | | | | | | |
| **Chrome Appearance Group (Tradesman)** – Includes chrome front bumpers, chrome rear bumpers, chrome grille surround, 18-inch painted aluminum wheels and P18-inch BSW All-Season tires (optional with L1 Equipment Package) | AMP | O | | | | | | | |
| **Chrome Appearance Group (Laramie)** – Includes monotone paint, chrome window moldings, chrome tow hooks and chrome wheel-to-wheel side steps (optional with P1 and P2 Equipment Packages only; not available with Sport Appearance Package or Night Edition) | AMP | | | | | | O | | |
| **Sport Appearance Package (Tradesman)** – Includes monotone paint, body-color front and rear bumpers, body-color grille surround, 18-inch aluminum wheels, *V9 cloth bench seats, carpet floor covering, carpet floor mats and fog lamps (requires L1 Equipment Package) | AEF | O | | | | | | | |

• = Standard.  O = Optional.  P = Part of Package.

DEALER ePROCESS

## RAM 1500 BUYER'S GUIDE

| | Sales Codes | Tradesman® | HFE | Big Horn®/Lone Star²⁰ | Rebel® | Laramie® | Limited Longhorn™ | Limited | TRX |
|---|---|---|---|---|---|---|---|---|---|
| CPOS | | A | E | Z/R | W | H | K | M | Y |
| **APPEARANCE PACKAGES/GROUPS (continued)** | | | | | | | | | |
| **Sport Appearance Package (Big Horn/Lone Star³⁹)** — Includes monotone paint only, body-color front bumper, body-color rear bumper, body-color grille surround, body-color door handles, body-color mirror cap and cloth bucket seats (optional with H1 and H2 Equipment Packages) | AEF | | | O | | | | | |
| **Sport Appearance Package (Laramie)** — Includes monotone paint only, body-color front bumper, body-color rear bumper, body-color grille surround, body-color door handles, body-color mirror caps, Sport Performance Hood, 20 x 9-inch cast aluminum premium painted/polished/insert wheels, P20-inch OWL All-Season tires, leather-trimmed bucket seats, optional 22 x 9-inch forged aluminum polished premium painted wheels (with P2 Equipment Package only) and optional P22-inch BSW All-Season tires (packaged with optional 22-inch wheels; optional with P1 and P2 Equipment Packages; not available with Chrome Appearance Group) | AEF | | | | | O | | | |
| **Night Edition (Tradesman)** — Includes monotone paint, 20-inch Black-painted aluminum wheels, Black grille, Black badges, dual Black exhaust tips, antispin differential (packaged with 5.7L HEMI® V8 and 3.0L EcoDiesel V6), and headlamps and taillamps with dark internal bezels (includes Sport Appearance Package; requires L1 Equipment Package) | ASH | O | | | | | | | |
| **Night Edition (Big Horn/Lone Star³⁹)** — Includes monotone paint, Black grille, 20 x 9-inch cast aluminum Black-painted wheels, Black badges, dual Black exhaust tips, antispin differential (packaged with 5.7L HEMI V8 and 3.0L EcoDiesel V6), and headlamps and taillamps with dark internal bezels (includes Sport Appearance Package; optional with H2 Equipment Package only) | ASH | | | O | | | | | |
| **Night Edition (Rebel)** — Includes 18-inch Black-painted aluminum wheels, Black grille, and Black front bumper and skid plate | ASH | | | | O | | | | |
| **Night Edition (Laramie)** — Includes Black grille, 22 x 9-inch forged aluminum Black-painted wheels, Black badges, dual Black exhaust tips, antispin differential (packaged with 5.7L HEMI V8 and 3.0L EcoDiesel V6), and headlamps and taillamps with dark internal bezels (includes Sport Appearance Package; optional with P2 Equipment Package only; not available with Chrome Appearance Group) | ASH | | | | | O | | | |
| **Night Edition (Limited)** — Includes monotone exterior paint, Black grille, body-color door handles, Black-painted mirror caps, body-color front and rear bumpers, Sport Performance Hood, tri-folding tonneau cover, Black tow hooks, 22-inch Black-painted aluminum wheels, dual Black exhaust tips (packaged with 5.7L HEMI V8 and 3.0L EcoDiesel V6), Black badges, Black window moldings, headlamps and taillamps with dark internal bezels, 19-speaker premium audio system and Black interior | ASH | | | | | | | O | |
| **10th Anniversary Limited Longhorn Edition** — Includes premium leather bucket seats in special 10th Anniversary Mountain Brown color, multifunction tailgate, 20-inch OWL All-Terrain tires, and unique 10th Anniversary cluster and badging | AZ1 | | | | | | O | | |
| **EQUIPMENT PACKAGES/GROUPS** | | | | | | | | | |
| **Tradesman Level 1 Equipment Package (L1)** — Includes power-sliding rear backlight, cloth 40/20/40-split bench seat, rear in-floor storage bins, carpet floor covering, carpet floor mats and SiriusXM® Radio¹⁵ (optional: vinyl floor covering) | A61 | O | | | | | | | |
| **Big Horn/Lone Star³⁹ Level 1 Equipment Package (H1)** — Includes switchable rear dome lamp, glove box lamp, upper closed glove box with painted hard door, auto-dimming interior rearview mirror, exterior power-folding mirrors with signal and puddle lamps, Universal Garage Door Opener, four-gauge cluster with 3.5-inch color display, power-adjustable pedals, rear defroster, Uconnect® 4 with 8.4-inch display, power-sliding rear window, driver-side sun visor mirror and light, rear in-floor storage bins, eight-way power driver seat (fore/aft, up/down, cushion tilt, seatback recline), four-way power driver lumbar (fore/aft, up/down), foam bottle inserts (front doors only), SiriusXM Radio,¹⁵ Class IV hitch receiver and Big Horn/Lone Star³⁹ logo (on instrument panel) | A62 | | | O | | | | | |
| **Big Horn/Lone Star³⁹ Level 2 Equipment Package (H2)** — Includes H1 Equipment Package, Remote Start System,⁴² security alarm,⁴⁵ ParkSense® Front and Rear Park Assist with Rear ParkSense Stop,¹¹ heated front seats, heated steering wheel, Dual-Zone Automatic Temperature Control (ATC); rear: one 2.5A USB port, fully functional, rear: one 2.5A USB port, charging-only; front seat: 115-volt outlet (three-prong), battery-fed, rear seat: 115-volt outlet (three-prong), battery-fed, 400-watt inverter, fully damped/assisted tailgate, 7-inch programmable cluster display and power-sliding rear window | A63 | | | O | | | | | |
| **Rebel Level 1 Equipment Package (X1)** — Includes switchable rear dome lamp, auto-dimming interior rearview mirror, exterior power-folding mirrors with signal and puddle lamps, Universal Garage Door Opener, power-adjustable pedals, heated front seats, heated steering wheel, rear defroster, Uconnect 4 with 8.4-inch display, driver-side sun visor mirror and light, and foam bottle inserts (front doors only) | A64 | | | | O | | | | |
| **Rebel Level 2 Equipment Package (X2)** — Includes X1 Equipment Package, Remote Start System,⁴² body-color door handles, Keyless Enter 'n Go,ᴵᴹ security alarm,⁴⁵ rain-sensing windshield wipers, ParkSense Front and Rear Park Assist with Rear ParkSense Stop,¹¹ Dual-Zone ATC; rear: one 2.5A USB port, fully functional, rear: one 2.5A USB port, charging-only, rear seat: 115-volt outlet (three-prong), battery-fed and rear underseat storage (Crew Cab only) | A65 | | | | O | | | | |
| **Laramie Level 1 Equipment Package (P1)** — Includes Auto High-Beam Headlamp Control, rain-sensing windshield wipers, Blind Spot Monitoring⁶ with Rear Cross-Path and Trailer Detection,⁷ foam bottle inserts (front doors only), tailgate-ajar switch, power-release tailgate, 60/40 stadium-folding rear bench with manual recline and center 20-percent fold-down console (not available with Quad Cab®), and ParkSense Front and Rear Park Assist with Rear ParkSense Stop¹¹ | A66 | | | | | O | | | |
| **Laramie Level 2 Equipment Package (P2)** — Includes P1 Equipment Package, Uconnect 4C NAV, wireless charging pad (available with bucket seats only), premium plus sound system, heated rear seat (three adjustment levels each) and rear underseat storage (Crew Cab models only) | A67 | | | | | O | | | |
| **Limited Longhorn Level 1 Equipment Package (R1)** — Includes wireless charging pad, Blind Spot Monitoring⁶ with Rear Cross-Path and Trailer Detection,⁷ power-operated running boards, Uconnect 12-inch radio, rear-seat ventilation (three adjustment levels each) and premium plus sound system | A68 | | | | | | O | | |

• = Standard.  O = Optional.  P = Part of Package.

## RAM 1500 BUYER'S GUIDE

CPOS

| | Sales Codes | Tradesman® | HFE | Big Horn®/Lone Star® | Rebel® | Laramie® | Limited Longhorn™ | Limited | TRX |
|---|---|---|---|---|---|---|---|---|---|
| | | A | E | Z/R | W | H | K | M | Y |
| **EQUIPMENT PACKAGES/GROUPS (continued)** | | | | | | | | | |
| **Limited Level 1 Equipment Package (M1)** — Includes Pedestrian Emergency Braking,[10] Adaptive Cruise Control with Stop & Go,[9] LaneSense® Lane Departure Warning Plus,[8] 360° Surround-View Camera System,[7] Parallel and Perpendicular Park Assist,[11] ventilated rear seat (three adjustment levels each) and premium plus sound system | A69 | | | | | | | O | |
| **TRX Level 1 Equipment Package** — Includes full-length premium upgraded floor console, rear underseat storage compartment, luxury front door trim panels, passenger four-way power lumbar adjust, premium leather bucket seats, body-color door handles, sun visors with illuminated vanity mirrors, rear window defroster, Universal Garage Door Opener, leather-wrapped driver and passenger assist handles, heated steering wheel, rain-sensitive windshield wipers, premium, wrapped instrument panel, power eight-way adjust for driver and front-passenger seats, heated front seats, LED interior ambient and accent lighting, LED cargo box lighting, leather- and suede-wrapped performance steering wheel and power-adjustable pedals | A6D | | | | | | | | O |
| **TRX Level 2 Equipment Package** — Includes Level 1 Equipment Package, ventilated front and rear seats, memory for driver seat, mirrors and pedals, rear 60/40 split-folding seat with recline, Remote Start System,[12] Trailer Brake Controller, remote proximity keyless push-button start, wireless charging pad, remote tailgate release, heated rear seats, Blind Spot Monitoring[6] with Rear Cross-Path and Trailer Detection,[7] 360° Surround-View Camera System,[7] and ParkSense® Front and Rear Park Assist with Rear ParkSense Stop[11] | A6E | | | | | | | | O |
| **FUNCTIONAL PACKAGES/GROUPS** | | | | | | | | | |
| **Cold Weather Group** — Includes engine block heater and winter front grille cover (requires 3.0L EcoDiesel V6) | ADE | O | | O | O | O | O | O | |
| **Comfort and Convenience Group** — Includes memory for driver seat and mirrors, 12-way power adjust for driver and passenger seats, body-color door handles, wireless charging pad, Keyless Enter 'n Go,™ remote tailgate release and heated rear seats (requires X1 or X2 Equipment Packages) | AFB | | | | O | | | | |
| **Bed Utility Group** — Includes upper adjustable tie-downs, bed divider (available with RamBox® Cargo Management System only), bed lighting, deployable bed step and spray-in bedliner (Big Horn/Lone Star[39] and Laramie models only; optional with L1, H1, H2, X1, X2, P1, P2 and TRX Level 1 and 2 Equipment Packages) | ANT | O | | O | O | O | O | O | O |
| **Protection Group** — Includes tow hooks, front suspension skid plate, transfer case skid plate, electronic power steering skid plate and fuel tank skid plate (4x4 models only) | ADB | O | | O | O | O | O | O | O |
| **Off-Road Group** — Includes tow hooks, front suspension skid plate, transfer case skid plate (on 4x4 models only), electronic power steering skid plate, fuel tank skid plate, rear electronic locking axle, front off-road calibrated shocks, rear off-road calibrated shocks, branded off-road shocks, front (Rebel only), branded off-road shocks, rear (Rebel only), Hill Descent Control, off-road decals (both sides, rear quarter panel; not included with Rebel), LT18-inch OWL On-/Off-Road tires, P20-inch OWL All-Terrain tires (on Limited Longhorn and Limited; optional with 20-inch wheels on Big Horn/Lone Star[39]) and full-size spare (optional with L1, H1 and H2 Equipment Packages; standard on all 4x2 and 4x4 Rebel models; not available with 4x2 non-Rebel models) | AWL | O | | O | • | O | O | O | O |
| **Trailer-Tow Group** — Includes Class IV hitch receiver, integrated Trailer Brake Controller, 7 x 11-inch trailer-tow mirrors, Trailer Light Check, Trailer Tire Pressure Monitoring System, Uconnect® 4 with 8.4-inch display on Tradesman only and Trailer Reverse Steering Control | AHC | O | | O | O | O | O | O | O |
| **Level 1 Safety Group** — Includes Pedestrian Emergency Braking,[10] rearview auto-dimming mirror, 3.5-inch color Driver Information Display, Forward Collision Warning with Active Braking[10] and LaneSense Lane Departure Warning Plus[8] | AJ1 | | | O | O | O | O | O | |
| **Advanced Safety Group** — Includes Pedestrian Emergency Braking,[10] Adaptive Cruise Control with Stop & Go,[9] LaneSense Lane Departure Warning Plus,[8] 360° Surround-View Camera System,[7] Auto High-Beam Headlamp Control, and Parallel and Perpendicular Park Assist[11] (optional with X2, P2, R1 and TRX Level 2 Equipment Packages) | ALP | | | | O | O | O | O | O |
| **Technology Group** — Includes Digital Display auto-dimming rearview mirror, Heads-Up Display and LED CHMSL lamp (requires H2, X2, P2, R1, M1 and TRX Level 2 Equipment Packages) | ADG | | | O | O | O | O | O | |
| **Tradesman Group** — Includes Class IV hitch receiver and spray-in bedliner | AS9 | O | | | | | | | |
| **Snow Plow Prep Group** — 4x4 only; includes 220-amp alternator for 5.7L HEMI® V8 models and rear power-sliding window with defroster (requires 3.92 axle ratio, 5.7L HEMI V8 or 3.6L EcoDiesel V6) | AHD | O | | O | | | | | |
| **Max Tow Package** — Includes max towing 10-inch axle with 3.92 axle ratio, Trailer-Tow Group, 18 x 8-inch aluminum wheels and LT18-inch OWL On/Off-Road tires (available with 5.7L HEMI V8 with eTorque and 3.0L EcoDiesel V6 4x2 Quad Cab® only) | AJL/AJQ | O | | O | | | | | |
| **Premium Lighting Group** — Includes bi-LED projector headlamps with signature lighting, LED taillamps with signature lighting and LED fog lamps (optional with H2 Equipment Package only; required with Blind Spot Monitoring[6] with Rear Cross-Path and Trailer Detection[7] on Big Horn/Lone Star[39]) | AD6 | | | O | | | | | |
| **Body-Color Bumper Group** — Includes body-color front bumper and body-color rear bumper | ALN | | | | | | O | O | |
| **Rebel 12 Package** — Includes leather-trimmed seating, premium sound system and Uconnect 12-inch radio | AZ5 | | | | O | | | | |

• = Standard.  O = Optional.  P = Part of Package.



RAM 1500 SPECIFICATIONS

## RAM 1500 EXTERIOR DIMENSIONS

All dimensions are in inches (millimeters) unless otherwise noted.

| MODEL – TIRE SIZE | QUAD CAB® PICKUP | | | CREW CAB PICKUP | | | |
|---|---|---|---|---|---|---|---|
| | 2WD – 275/55R20 | 4WD – 275/55R20 | | 2WD – 275/55R20 | 4WD – 275/55R20 | | 4WD – 325/65R18 |
| BOX SIZE | 6' 4" | 6' 4" | 5' 7" | 6' 4" | 5' 7" | 6' 4" | 5' 7" |
| WHEELBASE (NOMINAL) | 140.5 (3,569) | 140.5 (3,569) | 144.6 (3,672) | 153.5 (3,898) | 144.6 (3,672) | 153.5 (3,898) | 145.1 (3,687) |
| TRACK, FRONT | 68.5 (1,741) | 68.5 (1,741) | 68.5 (1,741) | 68.5 (1,741) | 68.5 (1,741) | 68.5 (1,741) | 74.4 (1,889) |
| TRACK, REAR | 68.1 (1,729) | 68.1 (1,729) | 68.1 (1,729) | 68.1 (1,729) | 68.1 (1,729) | 68.1 (1,729) | 74.0 (1,880) |
| OVERALL LENGTH | 228.9 (5,814) | 228.9 (5,814) | 232.9 (5,916) | 241.8 (6,142) | 232.9 (5,916) | 241.8 (6,142) | 233.7 (5,936) |
| OVERALL WIDTH | 82.1 (2,084) | 82.1 (2,084) | 82.1 (2,084) | 82.1 (2,084) | 82.1 (2,084) | 82.1 (2,084) | 88.0 (2,235) |
| OVERALL HEIGHT | 77.6 (1,971) | 77.7 (1,973) | 77.5 (1,968) | 77.4 (1,966) | 77.6 (1,971) | 77.5 (1,968) | 82.2 (2,088) |
| **GROUND CLEARANCE** | | | | | | | |
| FRONT AXLE | 7.8 (199) | 8.2 (208) | 7.8 (199) | 7.8 (199) | 8.2 (209) | 8.1 (207) | 9.4 (237.8) |
| REAR AXLE | 8.7 (221) | 8.7 (221) | 8.6 (220) | 8.7 (220) | 8.7 (220) | 8.6 (220) | 8.0 (202.6) |
| OPEN TAILGATE TO GROUND | 34.6 (879) | 34.4 (875) | 34.5 (877) | 34.4 (875) | 34.3 (872) | 34.3 (871) | 38.1 (968) |
| PICKUP BODY HEIGHT | 21.4 (545) | 21.4 (545) | 21.4 (543) | 21.4 (545) | 21.4 (543) | 21.4 (545) | 21.4 (545) |
| APPROACH ANGLE, degrees | 18.1 | 18.9 | 18.0 | 18.1 | 19.0 | 18.9 | 30.4 |
| DEPARTURE ANGLE, degrees | 25.2 | 25.0 | 25.1 | 25.0 | 24.9 | 24.9 | 25.0 |
| RAMP BREAKOVER ANGLE WITHOUT SKID PLATE, degrees | 19.5 | 19.9 | 19.0 | 18.4 | 19.5 | 18.7 | |
| RAMP BREAKOVER ANGLE WITH SKID PLATE, degrees | | 17.8 | | | 17.5 | 16.7 | 25.2 |
| GROUND CLEARANCE WITHOUT SKID PLATE | 8.4 (213) | 8.7 (221) | 8.3 (211) | 8.3 (212) | 8.7 (222) | 8.6 (220) | |
| GROUND CLEARANCE WITH SKID PLATE | | 8.2 (208) | | | 8.2 (209) | 8.1 (207) | 11.8 (300) |

## MAXIMUM PAYLOAD CAPACITIES[2]

| | | QUAD CAB PICKUP | | CREW CAB PICKUP | | | |
|---|---|---|---|---|---|---|---|
| | | 6' 4" Box | | 5' 7" Box | | 6' 4" Box | |
| | GVWR[6] | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 |
| **3.6L PENTASTAR® V6 eTORQUE/8-SPEED AUTO** | 6,010 | 1,200 | | | | | |
| | 6,800 | | 1,830 | | | | |
| | 6,900 | | | 2,020 | 1,838 | 1,990 | 1,800 |
| | 7,100 | 2,300 | | | | | |
| **3.0L ECODIESEL V6/8-SPEED AUTO** | 7,000 | | | 1,799 | | 1,740 | |
| | 7,100 | | 1,800 | | | | |
| | 7,200 | 2,060 | | | 1,800 | | 1,740 |
| **5.7L HEMI® V8/8-SPEED AUTO** | 6,900 | 1,930 | | 1,840 | | 1,810 | |
| | 7,100 | | 1,940 | | 1,860 | | 1,820 |
| **5.7L HEMI V8 eTORQUE/8-SPEED AUTO** | 6,900 | 1,840 | | 1,760 | | 1,710 | |
| | 7,100 | | 1,850 | | 1,800 | | 1,710 |
| **6.2L SUPERCHARGED HEMI V8/8-SPEED AUTO** | 7,800 | | | 1,350 | | | |

## MAXIMUM LOADED TRAILER WEIGHT[2]

| | | QUAD CAB PICKUP | | CREW CAB PICKUP | | | |
|---|---|---|---|---|---|---|---|
| | | 6' 4" Box | | 5' 7" Box | | 6' 4" Box | |
| | Axle Ratio | GCWR[6] | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 |
| **3.6L PENTASTAR V6 eTORQUE/8-SPEED AUTO** | 3.21 | 11,900 | 6,720 | 6,530 | 6,530 | 6,460 | 6,600 | 6,300 |
| | 3.55 | 12,900 | 7,750 | 7,530 | 7,530 | 7,460 | 7,600 | 7,300 |
| **3.0L ECODIESEL V6/8-SPEED AUTO** | 3.21 | 13,900 | 8,380 | 8,200 | 8,230 | 7,840 | 8,250 | 7,910 |
| | 3.92 | 15,600 | 10,080 | 9,900 | 9,930 | 9,540 | 9,950 | 9,610 |
| | 3.92 | 18,200 | 12,560 | | | | | |
| **5.7L HEMI V8/8-SPEED AUTO** | 3.21 | 13,900 | 8,550 | 8,340 | 8,350 | 8,220 | 8,400 | 8,220 |
| | 3.92 | 17,000 | 11,650 | 11,440 | 11,450 | 11,320 | 11,500 | 11,320 |
| **5.7L HEMI V8 eTORQUE/8-SPEED AUTO** | 3.21 | 13,900 | 8,460 | 8,250 | 8,270 | 8,100 | 8,310 | 7,960 |
| | 3.92 | 17,000 | 11,560 | 11,350 | 11,370 | 11,200 | 11,410 | 11,060 |
| **6.2L SUPERCHARGED HEMI V8/8-SPEED AUTO** | 3.92 | 18,350 | 12,750 | | | | | |
| | 3.55 | 15,160 | | | 8,220 | | | |

## RAM 1500 INTERIOR DIMENSIONS

All dimensions are in inches (millimeters) unless otherwise noted.

| | QUAD CAB | CREW CAB |
|---|---|---|
| **FRONT** | | |
| HEAD ROOM | 40.9 (1,038) | 40.9 (1,038) |
| LEG ROOM | 40.9 (1,040) | 40.9 (1,040) |
| SHOULDER ROOM | 66.0 (1,676) | 66.0 (1,676) |
| HIP ROOM | 63.4 (1,610) | 63.4 (1,610) |
| SEAT TRAVEL | 8.7 (220) | 8.7 (220) |
| **REAR** | | |
| HEAD ROOM | 39.2 (995) | 39.8 (1,011) |
| LEG ROOM | 35.6 (903) | 45.2 (1,147) |
| SHOULDER ROOM | 65.7 (1,668) | 65.7 (1,670) |
| HIP ROOM | 63.4 (1,610) | 63.4 (1,611) |
| **INTERIOR VOLUME** | | |
| FRONT, cu ft (cu m) | 63.9 (1.8) | 63.9 (1.8) |
| REAR, cu ft (cu m) | 53.3 (1.5) | 68.5 (1.9) |

## RAM 1500 CARGO BOX DIMENSIONS

All dimensions are in inches (millimeters) unless otherwise noted.

| BOX SIZE | 5' 7" | 6' 4" |
|---|---|---|
| SAE VOLUME, cu ft (cu m) | 53.9 (1.5) | 61.5 (1.7) |
| LENGTH AT FLOOR, TAILGATE CLOSED | 67.4 (1,711) | 76.3 (1,937) |
| CARGO WIDTH | 66.4 (1,687) | 66.4 (1,687) |
| DISTANCE BETWEEN WHEELHOUSINGS | 51.0 (1,295) | 51.0 (1,295) |
| DEPTH | 21.4 (543) | 21.5 (545) |
| TAILGATE OPENING WIDTH | 60.0 (1,525) | 60.0 (1,525) |

Notes regarding the payload and towing charts above: numbers in black boxes reflect max ratings. 1. Payload and Max Trailer Weights are ESTIMATED values. 2. All weights are shown in pounds unless otherwise stated. 3. Payload and Max Trailer Weight values are rounded to the nearest 10 lb. 4. Payload = GVWR – Base Weight. 5. Trailer Weight Rating (TWR) and Tow Vehicle Trailering Weights are calculated as specified in SAE J2807. Passenger Weight = 300 lb. Options Weight is option content above 33 percent of sales volume. Trailer Equipment Weight = Class IV Hitch Receiver is 11.1 lb (if not already included in Options Weight). Trailer Hitch is 10 lb if TWR is less than or equal to 5,000 lb, and 65 lb if TWR is greater than 5,000 lb. 6. Payload and Trailer Weight Rating are mutually exclusive. 7. GAWRs, GVWRs and GCWRs should never be exceeded. 8. The recommended tongue weight for a conventional hitch is 10 percent of the gross trailer weight. The maximum tongue weight for Class IV hitch receiver is limited to 1,100 lb. 9. Weight-Distributing Hitch is recommended for trailers over 5,000 lb.








# RAM OUTFITTER

## DRIVE HOME THE POINT: YOU'RE TOTALLY INTO RAM TRUCKS.

**BORN UNDER THE RAM LOGO.** Drive a pickup with total street cred—and then take it to the next level. Ram Outfitter is where you'll find the useful, the cool and the stylish—from clothing and caps to coolers and tools. Make the Ram identity part of your everyday lifestyle. It's all at **RAM.COM/OUTFITTER**

1 Based on IHS Markit US Household Model Loyalty for Pickups in Calendar Year 2019. 2 When properly equipped. See dealer for details. 3 Class based on light-duty pickups. When properly equipped. See dealer for details. 4 Based on Ram 1500 Limited/Limited Longhorn standard premium content comparison to Ford F-150 Platinum, Chevy Silverado 1500 High Country, GMC Sierra 1500 Denali, Toyota Tundra and Nissan Titan standard full-size pickups. 5 Always sit properly in designated seating positions with seat belts securely fastened at all times. 6 Always check visually for vehicles prior to changing lanes. 7 Always check entire surroundings visually before proceeding. 8 This system is a driver convenience system, not a substitute for active driver involvement. The driver must remain aware of traffic conditions and maintain control of the vehicle. 9 This system is a driver convenience system, not a substitute for active driver involvement. The driver must remain aware of traffic conditions and be prepared to use the brakes to avoid collisions. 10 This system is an alert system for the front of the vehicle. It is not a substitute for active driver involvement. The driver must remain aware of traffic conditions and be prepared to use the brakes to avoid collisions. 11 Always look before proceeding. An electronic drive aid is not a substitute for conscientious driving. Always be aware of your surroundings. 12 Class based on light-duty trucks and EPA-estimated 122 hwy mpg, 5.7L V8 eTorque engine and standard 26-gallon fuel tank. Actual mileage may vary. 13 Visit Mopar.com for complete details and a copy of the Powertrain Limited Warranty. 14 Class based on light-duty pickups and EPA-estimated 23 combined mpg. Actual mileage may vary. 15 DETAILS: Your service will automatically stop at the end of your trial subscription unless you decide to continue service. If you do not wish to enjoy your trial, you can cancel by calling the number below. If you decide to continue service after your trial, the subscription plan you choose will automatically renew thereafter and you will be charged according to your chosen payment method at the then-current rates. Fees and taxes apply. See the SiriusXM Customer Agreement at www.siriusxm.com for complete terms and how to cancel, which includes calling 1-866-635-2349. All fees, content and features are subject to change. SiriusXM with 360L: Certain features and/or content may not be available unless an active data connection is enabled in the vehicle. Content varies by subscription package. 16 You are responsible for using remote features in accordance with any laws, rules or ordinances in effect in your vehicle's location. You must have an active subscription to SiriusXM Guardian in order to use remote services. See Terms of Service for service limitations. 17 The Uconnect Phone requires a mobile phone equipped with the Bluetooth Hands-Free Profile. To check phone compatibility, please visit www.UconnectPhone.com. 18 Voice Text Reply feature requires a compatible mobile device that supports text messaging and Bluetooth. Visit www.UconnectPhone.com for system and device compatibility. 19 Three-month/1GB trial included with the purchase or lease of a new vehicle. Upon expiration of the trial period, purchase of a subscription is required to continue service. WiFi Hotspot available through third-party subscription. Requires Internet-enabled mobile device. See dealer for details. This feature is not intended for use by the driver while the vehicle is in motion. Always drive carefully. 20 Requires an iPhone with Siri. Certain features are not available while the vehicle is in motion. iPhone must be within active cellular range. Customer's existing iPhone data rates apply to Internet-supported features. 21 Requires compatible iPhone. See dealer for phone compatibility. Data plan rates apply. Vehicle user interface is a product of Apple. Apple CarPlay, Apple Watch, iTunes and Siri are trademarks of Apple Inc. iPhone is a trademark of Apple Inc., registered in the US and other countries. Apple terms of use and privacy statements apply. 22 To use Android Auto on your phone screen, you'll need an Android phone running 6.0 or higher and the Android Auto App. Google, YouTube, Android Auto, Google Maps and other marks are trademarks of Google LLC. 23 SiriusXM Traffic Plus/SiriusXM Travel Link require a subscription sold separately, or as a package, by SiriusXM Radio Inc. If you decide to continue service after your 5-year trial included with the new vehicle purchase, the subscription plan you choose will automatically renew thereafter and you will be charged according to your chosen payment method at then-current rates. Trial service is not transferable. Fees and taxes apply. Please see the Customer Agreement at www.siriusxm.com for complete terms and how to cancel, which includes calling SiriusXM at 1-866-635-2349. All fees and programming are subject to change. Not all vehicles or devices are capable of receiving all services offered by SiriusXM. Data displays and individual product availability vary by vehicle hardware. Current information and features may not be available in all locations, or on all receivers. Weather Forecast, Current Conditions may not be available in all locations. 24 This feature does not work while the vehicle is in motion. 25 All SiriusXM Guardian equipped vehicles come with a 12-month complimentary trial effective on the date of purchase or lease of a new vehicle. Enrollment in the trial is required to receive services. Upon expiration of the trial period, purchase of a subscription is required to continue SiriusXM Guardian. SiriusXM Guardian is available only on equipped vehicles purchased within the United States and Puerto Rico. Services can only be used where cellular coverage is available. See Uconnect and SiriusXM Guardian Terms of Service for complete service limitations. 26 Remote Vehicle Start is not available on all vehicles. You are responsible for using remote features in accordance with any laws, rules or ordinances in effect in your vehicle's location. You must have an active subscription to SiriusXM Guardian in order to use remote services. See Terms of Service for service limitations. 27 In the event of a medical or other emergency, press the SOS button to be connected to a Customer Care agent who can direct emergency assistance to your vehicle's location. 28 Roadside Assistance Call connects you with an agent who will provide Roadside Assistance Service. Vehicle must be within the United States, Puerto Rico or Canada and have network coverage. Additional roadside assistance charges may apply. Check warranty for details. 29 Remote Vehicle Start is not available on all vehicles. You are responsible for using remote features in accordance with any laws, rules or ordinances in effect in your vehicle's location. 30 To use Vehicle Finder, you must have the Uconnect App with SiriusXM Guardian installed on a compatible smartphone and have an active subscription to SiriusXM Guardian. 31 Send & Go requires a vehicle equipped with Navigation. To use Send & Go, you must have the Uconnect App with SiriusXM Guardian installed on a compatible smartphone and have an active subscription to SiriusXM Guardian. 32 Theft Alarm Notification is compatible with factory-installed alarms only. 33 Stolen vehicle police report required. 34 Available only on equipped vehicles with an active subscription to SiriusXM Guardian connected services (Family Drive Alerts is not available on vehicles with 12-inch touchscreen). All SiriusXM Guardian equipped vehicles come with a 12-month trial of the full suite of services effective on the date of purchase or lease of a new vehicle. Enrollment in the trial is required to receive services. Upon expiration of the trial period, purchase of a subscription is required to continue services. Services can only be used within the United States and Puerto Rico where cellular coverage is available. See coverage map for details. 35 Compatible with properly equipped Uconnect systems on eligible vehicles. Requires registration of vehicle to SiriusXM Guardian connected services and fulfillment of minimum subscription requirements. Amazon, Alexa and all related logos and marks are trademarks of Amazon.com, Inc. or its affiliates. 36 Based on light-duty trucks. 37 Always drive within your ability and experience level and consistent with conditions. 38 Class based on light-duty pickups. 39 Lone Star model available only in Texas. 40 Mopar Performance Parts, including Lift Kits, are designated as "Off-Road Only" parts and have not been evaluated or tested for crashworthiness or compliance with safety standards. Mopar Parts noted as "Off-Road Only" are aftermarket only and may not be installed by a Chrysler, Dodge, Jeep, Ram or FIAT dealer on a new vehicle, and may not be sold or financed in conjunction with the sale of a new vehicle. FCA US LLC does not authorize the installation of any part noted as "Off-Road Only" on any vehicle prior to its first retail sale. 41 Always drive carefully, consistent with conditions. Always wear your seat belt and obey traffic laws. 42 Check state and local laws regarding the use of remote start systems. 43 Always sit properly with the head restraint properly adjusted. Never place anything in front of the head restraint. 44 Always drive carefully, consistent with conditions. 45 Vehicle must be locked and system activated for alarm to sound. 46 Assumes properly equipped vehicle and 150-lb allowance for driver. Additional options, equipment, passengers and cargo weight must be subtracted. See dealer for details.

© 2020 FCA US LLC. All Rights Reserved. Ram, Mopar, the Ram's Head logo, Big Horn, HEMI, LaneSense, Laramie, Pentastar, ParkSense, ParkView, Quad Cab, RamBox, Rebel, Select-Speed, Sentry Key, TorqueFlite, Tradesman and Uconnect are registered trademarks, and Active-Level, HFE High Fuel Efficiency & Design, Keyless Enter 'n Go, Limited Longhorn and TRX are trademarks of FCA US LLC.

Bilstein and Black Hawk are registered trademarks of August-Bilstein GmbH & Co. Harman Kardon is a registered trademark of Harman International Industries, Inc. SiriusXM Connected Vehicles Services Inc. Sirius, XM, SiriusXM and SiriusXM Guardian and all related marks and logos are trademarks of Sirius XM Radio Inc. Bluetooth is a registered trademark of Bluetooth SIG, Inc. Facebook and logo are registered trademarks of Facebook, Inc. The Twitter logo is a service mark of Twitter, Inc. Instagram and logo are registered trademarks of Instagram, Inc. Alpine is a registered trademark of Alpine Electronics, Inc. Airstream is a registered trademark of Airstream Inc. All rights reserved. Goodyear and Wrangler are registered trademarks of The Goodyear Tire & Rubber Company. Dana 60 is a trademark of Dana Limited.

About this catalog: since the time of publication, some of the information you'll find in this catalog may have been updated. Ask your dealer for details. Some of the equipment shown or described throughout this catalog may be available at extra cost. Specifications, descriptions, illustrative materials and all competitive comparisons contained herein are as accurate as known at the time this publication was approved for printing. FCA US LLC reserves the right to discontinue models at any time or change specifications without notice or without incurring obligation. Options may be required in combination with other options. For the price of the model with the equipment you desire, or verification of specifications contained here, see your Ram dealer.

## JOIN IN






Join fellow Ram enthusiasts and tell your story by posting comments, participating in discussions, and sharing your photos and videos. Join our community on Facebook, Twitter, YouTube and Instagram.

Explore Ram Life
ram.com/ram-life.html

# RAM.COM

Ram is a registered trademark of FCA US LLC.

74-393-2117_01/21