# INDEX OF EXHIBITS

Exhibit A    Basic Facts about Mold and Dampness_CDC

Exhibit B    MC-10188756-9999

Exhibit C    MC-10193998-9999

Exhibit D    MC-10194060-9999

Exhibit E    FCA-US-LLC-CSR-IATF-16949-20200805

Exhibit F    Ram, Ford, Chevy run brutal and extreme tests on trucks

Exhibit G    TREAD Fact Sheet 11.24.14

Exhibit H    U.S. NHTSA probes 725,000 Ford vehicles for engine flaw _ Reuters

Exhibit I    RCLRPT-22V406-1555

Exhibit J    RCLRPT-20V475-1719

Exhibit K    2016-ram-1500-brochure

Exhibit L    2017-1500

Exhibit M    2018-1500

Exhibit N    2019-1500

Exhibit O    2020-1500

Exhibit P    2021-1500

Exhibit Q    2022-1500

Exhibit R    2019 Warranty Information

Exhibit S    Affidavit Pursuant to California Civil Code § 1780(d)