# Exhibit H



AUTO & TRUCK MANUFACTURERS

FEBRUARY 25, 2013 / 11:25 AM / UPDATED 9 YEARS AGO

# U.S. NHTSA probes 725,000 Ford vehicles for engine flaw

By Reuters Staff 

Feb 25 (Reuters) - Federal safety investigators are probing 725,000 Ford Motor Co sedans and crossover vehicles after receiving reports of possible fuel system problems that could cause a sudden loss of engine power.

The vehicles under investigation are the Ford Fusion and Mercury Milan sedans and Ford Escape and Mercury Mariner crossovers, according to the National Highway Traffic Safety Administration.

"Consumers have reported incidents of electronic throttle body failure while driving, resulting in sudden reduction of engine power," the NHTSA's Office of Defects Investigation (ODI) said.

Ford said on Monday it is "cooperating fully with the government on this investigation."

NHTSA's initial report on the investigation said ODI had received 123 complaints and that Ford had received 1,472 complaints. NHTSA also said 27,505 warranty claims had been filed relating to "repair or replacement of the subject component."

The electronic throttle body is part of the engine's fuel delivery system.

Our Standards: The Thomson Reuters Trust Principles.

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies    Terms of Use    Privacy

Do Not Sell My Personal Information



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2022 Reuters. All Rights Reserved.