# Exhibit K



# 2016 RAM 1500



# ONE TOOL IS DESIGNED TO MASTER EVERY JOB OUT THERE.



Properly secure all cargo.



Property secure all cargo



DOES IT ALL.

Properly secure all cargo.

# A LEGEND



## 5.7L HEMI® V8
## 22 MPG HWY*
## 395 HORSEPOWER
## 410 LB-FT OF TORQUE

**5 YEAR /60,000 MILE** [1] Come to work with the credentials of the available 5.7L HEMI V8,
**POWERTRAIN LIMITED WARRANTY** and you're ready to take on whatever is in front of you, and—given the uncompromising towing and payload numbers—that loaded trailer or full-sized boat behind you. With advantages like Variable Valve Timing (VVT), the ingenious Multi-Displacement System (seamlessly transforming this robust V8 into a fuel-sipping four-cylinder when cruising) and the efficient power of its hemispherical heads, the HEMI V8 stands out—and frequently stands above.

### 5.7L HEMI V8 CAPABILITY
(WHEN PROPERLY EQUIPPED)

    

| REGULAR CAB 6'4" BOX | REGULAR CAB 8' BOX | QUAD CAB® 6'4" BOX | CREW CAB 5'7" BOX | CREW CAB 6'4" BOX |
|---|---|---|---|---|
| 9,200-LB MAX TOW CAPACITY | 10,640-LB MAX TOW CAPACITY | 10,390-LB MAX TOW CAPACITY | 10,360-LB MAX TOW CAPACITY | 10,330-LB MAX TOW CAPACITY |
| 1,600-LB PAYLOAD CAPACITY | 1,700-LB PAYLOAD CAPACITY | 1,800-LB PAYLOAD CAPACITY | 1,700-LB PAYLOAD CAPACITY | 1,690-LB PAYLOAD CAPACITY |

# A STAR



## 3.6L PENTASTAR® V6
## 25 MPG HWY‡
## 305 HORSEPOWER
## 269 LB-FT OF TORQUE

**5 YEAR /60,000 MILE** [1] The best compliment you can give this stellar performer is to
**POWERTRAIN LIMITED WARRANTY** acknowledge its world-known co-star. Mated to the impressive TorqueFlite® 8-speed automatic transmission (a powertrain component available with every engine in the Ram 1500 arsenal), the proven 3.6L Pentastar V6 delivers a quiet and cool performance, thanks to innovative Thermal Management Systems that keep both the engine and transmission operating at the ideal internal temperatures.

### 3.6L PENTASTAR V6 CAPABILITY
(WHEN PROPERLY EQUIPPED)

   

| REGULAR CAB 6'4" BOX | REGULAR CAB 8' BOX | QUAD CAB 6'4" BOX | CREW CAB 5'7" BOX |
|---|---|---|---|
| 7,290-LB MAX TOW CAPACITY | 7,270-LB MAX TOW CAPACITY | 7,610-LB MAX TOW CAPACITY | 7,470-LB MAX TOW CAPACITY |
| 1,500-LB PAYLOAD CAPACITY | 1,880-LB PAYLOAD CAPACITY | 1,890-LB PAYLOAD CAPACITY | 1,830-LB PAYLOAD CAPACITY |

*EPA estimated 15 mpg city/22 mpg hwy based on Ram 1500 V8 4x2 with 8-speed transmission. Actual results may vary. †A note about this brochure: all disclaimers and disclosures can be found on the inside back cover. ‡EPA estimated 17 mpg city/25 mpg hwy based on Ram 1500 3.6L V6 4x2. Actual results may vary.



# 29
## MPG HWY

2016 RAM #1 BEST-IN-CLASS

## NO ONE EVEN COMES CLOSE.

# A LEADER

## 3.0L ECODIESEL V6
### 29 MPG HWY*
### UP TO 754-MILE RANGE†
### 240 HORSEPOWER
### 420 LB-FT OF TORQUE



**5 YEAR / 100,000 MILE [2] POWERTRAIN LIMITED WARRANTY** Few engines carry the clout of the available 3.0L EcoDiesel V6; fewer still can approach the mpg, driving range and towing prowess of this torque-friendly powerplant. Mated only to the TorqueFlite® 8-speed automatic, the 3.0L EcoDiesel V6 delivers biodiesel (B20) capability; a zero-hassle DEF System; clean dual-filtration technology; minimal $CO_2$ levels; and oil change intervals up to 10,000 miles. The crowning touch? **Its best-in-class[3] 29 mpg highway* fuel economy.**



### 3.0L ECODIESEL V6 CAPABILITY
#### (WHEN PROPERLY EQUIPPED)









| REGULAR CAB 8' BOX | QUAD CAB® 6'4" BOX | CREW CAB 5'7" BOX | CREW CAB 6'4" BOX |
|---|---|---|---|
| 9,210-LB MAX TOW CAPACITY | 8,990-LB MAX TOW CAPACITY | 8,870-LB MAX TOW CAPACITY | 8,340-LB MAX TOW CAPACITY |
| 1,510-LB PAYLOAD CAPACITY | 1,600-LB PAYLOAD CAPACITY | 1,540-LB PAYLOAD CAPACITY | 1,260-LB PAYLOAD CAPACITY |

*EPA estimated 21 mpg city/29 mpg hwy based on Ram 1500 HFE 4x2 with diesel engine. Actual results may vary. †EPA estimated 21 mpg city/29 mpg hwy based on Ram 1500 HFE 4x2 with diesel engine and 26-gallon fuel tank. Actual results may vary.



# GO FOR THE LONG HAUL.

Properly secure all cargo.



# SHORT OR LONG, YOU'RE IN CONTROL.

## TOWING, HANDLING AND MANEUVERABILITY: WELCOME TO ELECTRONIC STABILITY CONTROL.[4]

Drive a 2016 Ram 1500, where road manners, comfort and capability all ride hand in hand with safety and security. The indispensable Electronic Stability Control (ESC)[4] System (standard on every model) is key.

This comprehensive and state-of-the-art system addresses multiple dynamics using technology that enhances control—especially while towing. The Ram 1500 ESC[4] System features these fundamental assets:

**All-Speed Traction Control** helps regulate wheel spin. If slippage occurs during acceleration, automatic throttle control will reduce torque; in extremes (like accelerating from pavement to ice), it will apply the brakes and reduce the engine power to maintain control.

**Trailer Sway Damping**[4] detects yaw and applies selective brake pressure on the tow vehicle's opposite side to counteract and reduce the sway.

## ESC[4]: TAKING BRAKING TO THE EXTREME.

The Ram 1500 braking system features optimized pedal travel to provide quick power assist. Rear wheel-speed sensors are positioned for protection against road elements. In its role as critical control system, ESC[4] features multiple assets for braking; it even includes vehicle control when stationary. These encompass:

**Antilock Brake System (ABS).** Monitoring each wheel's speed, the Ram 1500 ABS design also incorporates back-up braking should one of the two braking circuits be compromised.

**Electronic Brake-Force Distribution** regulates brake pressure from front to rear to minimize stopping distances.

**Ready Alert Braking** senses the moment when the driver's foot is lifted from the accelerator; it applies an imperceptible brake force to ensure that pads and discs are lined up should an emergency stop be required.

**Rain Brake Support** automatically and seamlessly activates when the driver turns on the windshield wipers; all brake calipers gently pulse against their respective rotors to remove water from the pads.

**Hydraulic Boost Compensation.** Should a failure occur in the vacuum brake booster or any related line (e.g., a rupture from tough off-roading), the brake controller will run the ABS pump; our system is so sophisticated, it conveys the problem to the driver. Most important, the brakes perform as normal until the failure is serviced.

**Hill Start Assist.** When the vehicle is angled on hills or inclines, this system keeps your Ram 1500 stationary for two seconds after the brakes have been released or until the accelerator is depressed.

# INTELLIGENT PARKING.

## PARKSENSE® FRONT AND REAR PARK ASSIST.[5]

The available ParkSense Front and Rear Park Assist[5] serves as a convenient aid, especially while parallel parking.

Multiple integrated sensors use ultrasonic waves to detect objects as far as 47 inches away from the bumpers, picking up the echo of a signal when it bounces off an object. Using classic echo triangulation, the system determines relative distance. Read-outs located in the gauge cluster display team up with audible chimes to notify the driver of proximity to front and/or rear objects.

# CAPABILITY +COMFORT.

## THE MULTILINK COIL SPRING REAR SUSPENSION.

Class-exclusive[6]: a robust, dynamic rear suspension that simultaneously delivers occupant comfort with seriously impressive handling and road manners.



Compared to conventional leaf-spring designs, these rear coil springs help reduce friction and mitigate noise, vibration and harshness (NVH).

The Ram 1500 rear track bar enhances lateral control and increases lateral stiffness over leaf-spring designs.

The rear stabilizer bar helps maintain flat cornering without degrading the ride.



# BE A KNOW-IT-ALL.

## FROM TRAIL TO TRAILER, YOU'RE GOOD TO GO.

**AVAILABLE PARKVIEW® REAR BACK-UP CAMERA.**[5] Approach your camper or trailer with total confidence, and without a spotter or having to jump out of the cab. You get an on-screen display with active grid lines that let you pinpoint the trailer hitch—with a clear view of the rear each time you shift into Reverse.

**AVAILABLE TRAILER TOW MIRRORS.** These large 7 x 11-inch mirrors swing out on extended arms and capture the entire scene on each side of the truck. Towing an extra-wide trailer? Our Trailer Tow Mirrors are designed to give you the maximum view behind you.

**AVAILABLE TRAILER BRAKE.** Custom-designed to give you supreme control and confidence while trailering, the available **Trailer Tow Mirrors and Brake Group** puts it all together. The Group includes an electronic trailer brake controller, a Class IV hitch receiver and the Trailer Tow Mirrors, described above. The **Trailer and Traction Group** (available for Ram 1500 SLT models only) offers all the amenities of the Trailer Tow Mirrors and Brake Group, and adds a 3.92 axle ratio (with the HEMI® V8 or EcoDiesel V6 engines), or a 3.55 axle ratio (if equipped with the Pentastar® V6 engine).

Properly secure all cargo.

DE2 DEALER E-PROCESS



# HIT THE ROAD.

Properly secure all cargo.





# SUSPENDS IT ALL. EXCEPT BELIEF.

## AVAILABLE ACTIVE-LEVEL™ FOUR-CORNER AIR SUSPENSION SYSTEM.




**WHAT'S UNBELIEVABLE IS THAT NO ONE ELSE HAS ENGINEERING THIS REFINED.** This available and class-exclusive[6] suspension system delivers five distinctive operational modes, with four-corner control resulting in an overall superior ride, irrespective of load. The engineering automatically equalizes your Ram 1500 while under heavy payloads, helping maintain a horizontal load plane, a level and constant driving profile and proper headlamp-to-road angle for consistently even forward illumination.



**FINGERTIP SUSPENSION CONTROL.** Our integrated switch bank makes operating the available Active-Level Four-Corner Air Suspension System a snap; push a button, and you've moved from one mode to another, ensuring the ideal ride height for your terrain and conditions.

**AVAILABLE PREMIUM KEYLESS ENTER 'N GO.™** Functions include keyless (bladeless) operation to system controls for the Remote Start, the AllSecure® Locking System and the panic button; it even allows remote access of the Entry/Exit Mode of the available Active-Level Four-Corner Air Suspension System.





**OFF-ROAD 2 MODE**
+2.0 in

+ **OFF-ROAD 2 MODE.** Provides impressive ground clearance for the path and trail and generous angles for approach, departure and breakover. Difference from Normal: +2.0 in.



**OFF-ROAD 1 MODE**
+1.2 in, front; +0.9 in, rear

+ **OFF-ROAD 1 MODE.** Enjoy outstanding ride balance, with an extra degree of clearance when off-road scenarios are less severe than those that warrant Off-Road 2 Mode. Difference from Normal: +1.2 in, front; +0.9 in, rear.



**NORMAL RIDE HEIGHT**

**NORMAL RIDE HEIGHT.** The most comfortable balance of ride and handling for everyday driving.



**AERO MODE**
−0.6 in

− **AERO MODE.** At highway speeds, the Aero Mode automatically lowers the vehicle, reducing aerodynamic drag and "body roll," and measurably improving fuel efficiency. Difference from Normal: −0.6 in.



**ENTRY/EXIT MODE**
−2.1 in, front; −1.7 in, rear

− **ENTRY/EXIT MODE.** Automatically lowers the vehicle for easier entry/exit, loading/unloading, trailer hooking/unhooking. This mode is manually controlled by the internal button bank or remotely with the key fob. Difference from Normal: −2.1 in, front; −1.7 in, rear.

# THIS IS THE STORY OF RAM LEADERSHIP.



**SOME STRENGTHS YOU COUNT. OTHERS YOU WEIGH.** So measure it all: Ram 1500 frequently comes out on top. With class-exclusive[6] suspensions culminating in the available Active-Level™ Four-Corner Air Suspension System. With a frame that builds on advanced high-strength steel and tough crossmembers. Ram 1500 advantages range from the available Active Grille Shutters in front to a structural rear bumper to an available factory-installed Class IV hitch receiver that bolts directly to the frame. After your review of what's here, there's more. Click over to RAMTRUCKS.COM



**THE CONNECTION.** Your trailer connector is easily accessible, with a separate adjacent lamp for easy connecting at night. All Ram 1500 models provide a 4- and 7-pin connector.



**WHEEL-TO-WHEEL SIDE STEPS.** These available robust, tubular, wheel-to-wheel side steps help improve aerodynamic efficiency, while easing access to the truck interior and bed.

**THE FRONT SUSPENSION.** The 2016 Ram 1500 utilizes superb technology: our short-/long-arm suspension with coil springs and stabilizer bar minimizes camber and toe change. You'll measure it in the savings that accompany reduced tire wear.

**THE STEEL.** Reducing weight contributes to fuel efficiency. Where heavy steel isn't needed, Ram 1500 engineers opted for down-gauged but stronger steel, so you can count on a full-size tough truck with fuel-sipping performance.

**THE TOW.** Look at Ram 1500, and you're looking at towing. This structural rear bumper is rated for Class III towing, and easily handles trailers up to 5,000 lb when properly equipped. The available factory-installed Class IV hitch receiver bolts directly to the high-strength steel frame and handles up to 10,640 lb when properly equipped.

**THE SHOCK ABSORBERS.** Ram 1500 engineering leaves no stone unturned—except the ones you're riding on. These shocks are tuned for optimum ride balance, with more resistance during upward wheel motion than downward. Count on a smooth ride with reduced harshness, notably on less-than-perfect road surfaces.



**TONNEAU COVER.** Built with efficiency in mind, the available tonneau cover facilitates movement of air over the bed. This has a positive effect on airflow and helps to further reduce aerodynamic drag.

**AVAILABLE SPRAY-IN BEDLINER.** Factory-installed for ideal finish, with the durability to help protect your Ram 1500 for years to come. (Not shown.)



**NEW LED BED LIGHTING. NO MORE LOOKING IN THE DARK.**
New for 2016 Ram 1500: available LED Bed Lighting that welcomes working at night and eliminates adjusting a tonneau cover. Installed right at the factory, this convenient lighting augments the CHMSL-mounted lamp to illuminate the rear area of the cargo bed. With multiple controls—either from the instrument panel-mounted switch or a button on the remote key fob—you have ample illumination on each side of the cargo bed that makes loading and unloading during dark hours easier than ever.

**THE CLASS-EXCLUSIVE**[6] **MULTILINK COIL SPRING REAR SUSPENSION.** Without exception, the competition employs leaf-spring technology. Leave it where it belongs—behind you. The Ram 1500 coil spring rear suspension offers the strength and durability the competition just can't match, with more lateral stiffness, greater vehicle control and ride quality so good, it's the preferred suspension technology for rail cars.



**THE ELECTRIC POWER STEERING.** The incorporation of electric power steering created a raft of advantages. Parasitic losses are lower—helping improve fuel efficiency. Operation is quieter. Speed-proportional assist translates into outstanding highway road feel—and minimal efforts in parking lots. Precise and less complex, it also eliminated hydraulic fluid—and the time used to check and replace it.

**THE FRONT FRAME UNIT.** Working with the high-strength steel frame are eight ultra-tough crossmembers; we also employ a hydroformed tubular front frame unit, also comprised of high-strength steel. It's an ultra-stiff component that further reduces weight—adding to fuel efficiency while providing exceptional ride characteristics.

**THE AERODYNAMICS.** Contributing to the fuel-efficient performance and quiet ride, are exceptional aerodynamics. With touches like wind-tunnel tested and thoroughly refined windshield shapes and aero-formed side mirrors, the Ram 1500 exterior is sculpted to glide through air.



**THE ACTIVE GRILLE SHUTTERS.** This available asset has proven itself beyond doubt. The shutters instantly adapt to speed, load and engine needs to provide ideal engine cooling, while significantly reducing aerodynamic drag to help improve the fuel efficiency for Ram 1500 models.

Properly secure all cargo.



# ROOM
# WITH A VIEW.





# REFINEMENT
## WHERE YOU MOST EXPECT IT.

**DRIVER**

Your 2016 Ram 1500 truck is a rolling powerhouse of knowledge, information and communications technology. And it's all in your command: available and customizable full-color seven-inch multiview display. Some 34 menu options and graphics conveying instant vehicle data. On select models, a six-ring instrumentation cluster. Available 8.4-inch touchscreen (to no one's surprise, Ram 1500 offers the largest in the class[6]) with some of the most state-of-the-art telematics through Uconnect.®



# LIMITED

**LIFE IS GOOD WHEN YOU'RE IN THE BLACK.** Step in, and step up. The Ram 1500 Limited, with its all-Black leather interior, makes a powerful statement of how understated luxury can be. This top-of-the-line Ram comes with virtually every imaginable feature, including a heated steering wheel, full-color display, navigation, the class-exclusive[6] Active-Level™ Four-Corner Air Suspension System, and much, much more.



# LARAMIE LONGHORN

**THIS CRAFT IS TRULY EXCEPTIONAL.** The very singular Ram 1500 Laramie Longhorn: a crafted interior matched only by its stunning two-tone exterior. Inside, look for European burl wood accents. Beautifully etched leather. Heated and ventilated seats. Telematics and electronics that set the benchmark. What really makes a lasting impression is the modern instrumentation that nonetheless harks back to venerable silver watches and the Old West.



# A TRUE REBEL STANDS OUT.



# REBEL

**ITS VERY NAME DEFIES CONVENTION.** The standards for this customized Ram 1500 take a new tack. Think spacious Crew Cab with an interior that features a unique "tire-tread" embossed treatment on the two-tone seats. Outside, look for an aggressive Ram centric grille and tailgate. The ride: standard Active-Level™ Four-Corner Air Suspension System with a one-inch ride height increase. Power: 3.6L Pentastar® V6 (standard on 4x4 models) and 5.7L HEMI® V8 (standard, 4x2; available on 4x4). The final touches are the 17-inch wheels and huge 33-inch Toyo® Open Country tires.







Properly secure all cargo.







Convenient controls within reach.

Rotary Shifter and center console.

Media Hub and console storage.

Contrasting door panel treatment in Canyon Brown/Light Frost Beige.

# LARAMIE®

**SOPHISTICATION HAS A BIRTHPLACE. IT'S LARAMIE.** This is where it started: a model that made opulence the bottom line—and then built from there. With standard monotone and available two-tone exterior treatments, leather-trimmed interior, standard 3.6L Pentastar® V6 and ParkView® Rear Back-Up Camera.[5] The Ram 1500 model that's perfect for you is, frankly, your birthright. Open it up at RAMTRUCKS.COM



### REDESIGNED CENTER CONSOLE.

In a Ram 1500, the available center console is a smart operations center, offering abundant storage and a Media Hub.

Improvements include a handy cell phone/tablet mount and updated cup holders. Shown at right, the new open bin design (Outdoorsman® trim shown).

Properly secure all cargo.





**Uconnect**

# EVERYTHING YOU NEED TO STAY CONNECTED.

**yelp**

## DISCOVER
### NEW PLACES

AT HOME OR ON THE ROAD:
FIND THE BEST RESTAURANTS,
SHOPPING AND ENTERTAINMENT
VENUES—WITH A QUICK SEARCH.*

*Certain features not available
while vehicle is in motion.

## START
### YOUR RAM FROM AFAR

WARM UP THE ENGINE AND CABIN,
UNLOCK YOUR DOORS OR FLASH YOUR
HEADLAMPS—JUST BY USING
YOUR PHONE.[5]

## NAVIGATE
### YOUR ADVENTURES

GET TURN-BY-TURN DIRECTIONS
TO WHEREVER YOU'RE GOING—AND
DON'T HESITATE TO EXPLORE
ONCE IN A WHILE.

**SiriusXM SATELLITE RADIO**

## LISTEN
### TO MUSIC, TALK
### SHOWS AND SPORTS

ACCESS IT ALL, AND ALL THE TIME.
SIRIUSXM® SATELLITE RADIO[4] LETS
YOU TUNE IN YOUR FAVORITES:
ARTISTS, RADIO HOSTS AND
(WE HOPE) WINNING TEAMS.

DEP DEALER E-PROCESS



## DRAG
### AND DROP
NEW FOR UCONNECT® SELECT
FROM A MENU OF APPS AND DRAG
YOUR CHOICES INTO PLACE
ALONG THE BOTTOM ROW FOR
EASY CUSTOMIZATION.

## 9-1-1
## ASSIST
### IN EMERGENCIES
IT'S INVALUABLE AND POTENTIALLY
LIFE-SAVING. ACCESS 9-1-1 CALL[8]
AND ROADSIDE ASSISTANCE[9] WITH
THE TOUCH OF A BUTTON.

## HOST
### A HOTSPOT
UPLOAD AND DOWNLOAD, POST AND
SEARCH. UCONNECT WITH AVAILABLE
WIFI HOTSPOT[10]¹ LETS YOU CONNECT
YOUR DEVICES DIRECTLY TO THE WEB.
¹Additional charges apply.

## SPEAK UP
### AND BE HEARD
MAKE AND RECEIVE CALLS.
SEND AND GET TEXTS[6] (NOT
COMPATIBLE WITH iPHONE®)—
ALL WHILE DRIVING SAFELY,
WITH HANDS-FREE[7] CAPABILITY.

## SEE
### INTO THE FUTURE
TAKE ADVANTAGE OF WEATHER AND
TRAFFIC REPORTS WITH A FIVE-YEAR
TRIAL SUBSCRIPTION° TO SIRIUSXM®
TRAVEL LINK[4] AND SIRIUSXM TRAFFIC[4]
°Available on select Uconnect systems.
See dealer for details.



RAM
1500
HAULS IT ALL

Properly secure all cargo.



Revised center console, now with cell phone holder.

In-door storage bins are oversized for large bottles.

Center storage doubles as a writing surface.

Dual glove boxes.

Available in-floor storage bins and under-the-seat storage spaces.

Available fold-flat load floors on Ram 1500 Quad Cab® and Crew Cab models.

Properly secure all cargo.

# RAMBOX® CARGO MANAGEMENT SYSTEM [6]

2016 RAM EXCLUSIVE



The multi-purpose cargo bed extender/divider gives you expanded versatility for any items you're planning to haul. With the tailgate open, it can be mounted to extend the storage area while still keeping things secure. It can also be moved throughout the bed to act as a cargo divider and conveniently stores at the front of the bed when not in use.

The RamBox System bins greatly broaden cargo-carrying capability and convenience. Add any of the numerous available Authentic Accessories from Mopar®—like this RamBox Cargo Organizer—and it's clear why Ram 1500 is the go-to truck for storage and functionality.

**THE AVAILABLE CLASS-EXCLUSIVE® RAMBOX CARGO MANAGEMENT SYSTEM.** Make your Ram 1500 stand out in every field. The ingenious RamBox System starts with two large, drainable, illuminated and lockable bed-side storage bins for everything from tools to sports equipment. The comprehensive system also includes a cargo bed extender/divider, cargo bed rails with four adjustable tie-down cleats, and, for 2016, the new LED Bed Lighting. It's factory-installed on Ram 1500 models with 5'7" and 6'4" beds—and is engineered to leave room for standard sheets of building materials.

Tie-down points merely start the story of capability offered by the RamBox System cleats. Movable along the bed-side rails, you can adjust each cleat to correctly—and securely—lock in your cargo.

Properly secure all cargo.



# CUSTOM-MINDED

Ram 1500 Outdoorsman® in True Blue Pearl with available Mopar®
accessories, including Heavy-Duty Splash Guards, Black Tubular
Side Steps, Bed Step and 20-Inch Black Forged Wheels.

## CUSTOMIZE YOUR RAM 1500.

Authentic Ram Parts and Accessories by Mopar go far beyond
simply giving you a means to personalize your Ram 1500;
they give you nearly unlimited potential to ramp up comfort,
convenience and performance.

Mopar Accessories cover it all. You can enhance towing
capability, ease getting in or out, select from a variety of
protective devices and add flair to both the interior and
exterior. Conceived and engineered by the same experts
who designed your Ram truck, you're assured of perfect fit,
function and finish.

Further advantages of Mopar are wide-ranging. Mopar
Express Lane Service minimizes waiting and downtime.
The Mopar Vehicle Protection® Plan is the only extended
protection backed by the manufacturer. The online record-
keeping of your service records are a click away, through our
Mopar Owner Connect Web site—and it's also where you'll
get additional vehicle information and exclusive money-
saving offers as a preferred Ram owner.

Mopar support. It's all about keeping you happy and keeping
your Ram 1500 in top-notch looks and condition. Check it
out at **MOPAR.COM**



Molded Splash Guards



Hard Folding Tonneau Cover*



Under-the-Rail Bedliner*



20-Inch Black Forged Wheel

*Available for 5-foot 7-inch, 6-foot 4-inch and 8-foot conventional beds. Properly secure all cargo.

**RAM1500 TRIM LEVELS**

## TRADESMAN®

Ready-to-work attitude with every economy you need
(shown with optional RamBox® Cargo
Management System)



### POWERTRAIN

- 3.6L Pentastar® V6 24V Variable Valve Timing (VVT) engine/8-speed automatic (22B)
- 5.7L HEMI® V8 Multi-Displacement System(MDS) VVT engine/6-speed automatic (25B)
- 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26B/27B)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28B)

**STANDARD FEATURES:**



### INTERIOR AMENITIES

- Heavy-duty vinyl 40/20/40 split bench seat
- Front armrest with three cup holders
- Power windows and locks (Quad Cab® and Crew cab)
- 2nd-row in-floor storage bins (Crew Cab)
- Rear folding seat
- Black vinyl floor covering
- Rear fixed window
- Tinted glass windows
- Rearview day/night mirror
- Manual air conditioning
- Instrument cluster with 3.5-inch Driver Information Display
- Black instrument panel bezel
- 3.0 AM/FM radio
- Six-speaker audio system
- Media Hub with audio jack and remote USB port
- 12-volt auxiliary power outlet

### EXTERIOR FEATURES

- Black power heated mirrors (Quad Cab and Crew Cab)
- Incandescent taillamps
- Quad-halogen headlamps
- Black rear bumper
- Black front bumper
- Black upper fascia
- Black grille
- Black door handles
- 17-inch steel wheels
- P265/70R17 BSW All-Season tires
- Spray-in bedliner
- Locking tailgate

### SAFETY & SECURITY

- Six air bags[15] including driver and front-passenger, side-curtain and front seat side-mounted
- Electronic Stability Control (ESC)[4]
- Antilock 4-wheel disc brakes
- Sentry Key® Theft Deterrent System
- Tire Pressure Monitoring System with Display

### CAPABILITY & FUNCTIONALITY

- Electronic shift-on-the-fly part-time transfer case (4x4 only)
- Trailer Tow Wiring with 7- and 4-pin connector
- Class IV hitch receiver
- 26-gallon fuel tank (5'7" and 6'4" beds)
- 32-gallon fuel tank (8' bed)
- Speed control
- Power rack and pinion steering
- Front heavy-duty shock absorbers
- Rear heavy-duty shock absorbers
- Front stabilizer bar

## GAS HFE TRADESMAN

Its very name spells out High Fuel Efficiency
Regular Cab 4x2 only



### POWERTRAIN

- 3.6L Pentastar V6 24V VVT engine/8-speed automatic (22P)

**INCLUDES SELECT TRADESMAN FEATURES, PLUS:**



### INTERIOR AMENITIES

- Cloth 40/20/40 bench seat

### EXTERIOR FEATURES

- HFE badge
- 17-inch aluminum wheels
- Tri-folding tonneau cover
- Spray-in bedliner delete

### CAPABILITY & FUNCTIONALITY

- 3.21 axle ratio
- Active Grille Shutters
- Stop/Start System
- 220-amp alternator
- 800-amp battery
- Class IV hitch delete

## ECODIESEL HFE TRADESMAN

Quad Cab 4x2 only



### POWERTRAIN

- 3.0L EcoDiesel V6 engine/8-speed automatic (28E)

**INCLUDES SELECT TRADESMAN FEATURES, PLUS:**

### EXTERIOR FEATURES

- Tri-folding tonneau cover
- HFE badge
- Spray-in bedliner delete
- Wheel-to-wheel side steps
- 20-inch aluminum wheels

### CAPABILITY & FUNCTIONALITY

- 3.55 axle ratio
- Class IV hitch delete
- Active Grille Shutters
- 800-amp battery
- 230-amp alternator

Complete features, options and available packages listing for all trim levels in Buyer's Guide.

## EXPRESS
Pure capability with functional interiors



## SLT
Totally affordable, with an upscale exterior



### POWERTRAIN
- 3.6L Pentastar® V6 24V Variable Valve Timing (VVT) engine/8-speed automatic (22C)
- 5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/6-speed automatic (25C)
- 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26C/27C)

### POWERTRAIN
- 3.6L Pentastar V6 24V VVT engine/8-speed automatic (22G)
- 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26G/27G)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28G)

**INCLUDES SELECT TRADESMAN® FEATURES, PLUS:**

**INCLUDES SELECT EXPRESS FEATURES, PLUS:**





### INTERIOR AMENITIES
- Carpet floor covering

### EXTERIOR FEATURES
- Fog lamps
- Body-color full front fascia
- Body-color rear bumper
- Body-color grille

- Front and rear floor mats

- 20-inch aluminum wheels
- Class IV hitch delete
- Spray-in bedliner delete

### INTERIOR AMENITIES
- Cloth 40/20/40 bench seat
- Premium vinyl door trim panels with map pocket
- Overhead console with map lights
- Rear power sliding window
- Passenger-side sunvisor with mirror

- Rearview mirror with microphone
- Color-keyed instrument panel bezel
- Uconnect® 5.0 touchscreen system with Bluetooth® Voice Command[10]

### EXTERIOR FEATURES
- Chrome rear bumper
- Body-color upper fascia
- Chrome front bumper
- Chrome grille

- Body-color/chrome door handles
- B-pillar black-out treatment
- 17-inch aluminum wheels

## ECODIESEL HFE EXPRESS
Quad Cab® 4x2 only



### POWERTRAIN
- 3.0L EcoDiesel V6 engine/8-speed automatic (28F)

**INCLUDES SELECT EXPRESS FEATURES, PLUS:**

### EXTERIOR FEATURES
- Tri-folding tonneau cover
- HFE badge

- Wheel-to-wheel side steps

### CAPABILITY & FUNCTIONALITY
- 3.55 axle ratio
- Active Grille Shutters

- 800-amp battery
- 230-amp alternator

Complete features, options and available packages listing for all trim levels in Buyer's Guide.

## RAM 1500 TRIM LEVELS

### REBEL
Customized features, do-it-all-anywhere attitude
(shown with optional RamBox® Cargo
Management System)



### BIG HORN®/LONE STAR*
Richly appointed—and even a brand for Texas
(shown with optional RamBox Cargo
Management System)



#### POWERTRAIN
- 3.6L Pentastar® V6 24V Variable Valve Timing (VVT) engine/8-speed automatic (22W)
- 5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/8-speed automatic (26W)

#### POWERTRAIN
- 3.6L Pentastar V6 24V VVT engine/8-speed automatic (22S/22R)
- 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26S/27S/26R/27R)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28S/28R)

**INCLUDES SELECT SLT FEATURES, PLUS:**

**INCLUDES SELECT SLT FEATURES, PLUS:**





#### INTERIOR AMENITIES
- Unique Rebel premium cloth bucket seats with embossed tread pattern
- Rear 60/40 split folding seat
- Unique Rebel interior accents
- Heated leather-wrapped steering wheel with Red accent stitching
- Unique Rebel door trim panels
- Unique Rebel rubber floor mats
- Heated front seats
- Folding flat load floor storage
- Power 10-way driver's seat with power lumbar adjuster
- Steering wheel-mounted audio controls
- 115-volt auxiliary power outlet

#### EXTERIOR FEATURES
- Sport LED taillamps
- Bifunctional sport halogen projector headlamps
- LED fog lamps
- Black powder-coated front and rear bumper
- Black headlamp filler panel
- Unique Rebel Black grille with Ram logo
- Sport performance hood
- Black wheel flares
- Body-color door handles
- Ram tailgate badge
- Rebel tailgate badge
- Unique Rebel 17-inch aluminum wheels with Matte Black pockets
- Toyo® LT285/70R17E BSW Open Country tires

#### CAPABILITY & FUNCTIONALITY
- Front Bilstein® monotube performance shocks
- Rear Bilstein monotube performance shocks
- Class IV hitch receiver
- Active-Level™ Four-Corner Air Suspension System

#### INTERIOR AMENITIES
- Rear 60/40 split folding seat
- Premium cloth 40/20/40 bench seat
- Folding flat load floor storage
- Overhead console with Universal Garage Door Opener
- Sun visors with illuminating vanity mirrors
- Rearview auto-dimming mirror with microphone
- Black 6 x 9-inch power heated/folding mirrors with supplemental lighting
- Premium instrument cluster with 7-inch Driver Information Display
- Glove box lamp
- Ashtray lamp
- Rear dome lamp with on/off switch
- Leather-wrapped steering wheel
- Power 10-way driver's seat with power lumbar adjuster
- Steering-wheel mounted audio controls
- Uconnect® 8.4 touchscreen system with Bluetooth® Voice Command[16]
- 115-volt auxiliary power outlet

#### EXTERIOR FEATURES
- Fog lamps
- Chrome grille with chrome billet inserts
- 20-inch aluminum chrome-clad wheels

#### SAFETY & SECURITY
- Security alarm
- ParkView® Rear Back-Up Camera[5]
- Remote Start System
- ParkSense® Front and Rear Park Assist[5]

#### CAPABILITY & FUNCTIONALITY
- Electronic shift-on-demand transfer case (4x4 only)
- Class IV hitch receiver



#### AVAILABLE MONOTONE PAINT
- Shown with optional RamBox Cargo Management System

Complete features, options and available packages listing for all trim levels in Buyer's Guide.

*Lone Star model available only in Texas.



## RAM 1500 TRIM LEVELS

### OUTDOORSMAN®

Outfitted for the great outdoors
(shown with optional RamBox® Cargo
Management System)



### SPORT

Head-turning good looks—with character to match
(shown with optional RamBox Cargo
Management System)



**POWERTRAIN**
- 3.6L Pentastar® V6 24V Variable Valve Timing (VVT) engine/8-speed automatic (22T)
- 5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/8-speed automatic (26T/27T)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28T)

**POWERTRAIN**
- 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26L/27L)

**INCLUDES SELECT BIG HORN® FEATURES, PLUS:**

**INCLUDES SELECT BIG HORN® FEATURES, PLUS:**





**INTERIOR AMENITIES**
- Luxury Group – includes switchable dome lamp, ashtray lamp, glove box lamp, underhood lamp, illuminated vanity mirror, auto day/night rearview mirror, exterior mirrors with signal and puddle lamps, overhead console with Universal Garage Door Opener, leather-wrapped steering wheel, full-color Driver Information Display
- Premium cloth bucket seats with full-length floor center console
- Front and rear rubber floor mats

**EXTERIOR FEATURES**
- Lower two-tone paint with front and rear bumpers in accent color
- Body-color grille
- Accent-color wheel flares
- Black door handles
- 17-inch aluminum wheels
- LT265/70R17E OWL On/Off-road tires

**SAFETY & SECURITY**
- Remote Start and Security Group

**CAPABILITY & FUNCTIONALITY**
- 3.92 axle ratio
- 32-gallon fuel tank
- Tow hooks
- Transfer case skid plate shield
- Front suspension skid plate
- Antispin differential rear axle
- Electronic shift-on-the-fly part-time transfer case (4x4 only)

**INTERIOR AMENITIES**
- Heated front seats
- Heated steering wheel
- Deluxe cloth high-back bucket seats with full center console
- Luxury Group
- Comfort Group
- Dual-Zone Automatic Temperature Control
- Instrument panel with premium bezel
- LED interior lighting
- Power adjustable pedals
- Rearview auto-dimming mirror with microphone

**EXTERIOR FEATURES**
- Premium bifunctional halogen projector Black headlamps
- Sport LED taillamps
- Auto-dimming exterior mirrors
- Body-color power heated/folding mirrors with supplemental lighting
- Body-color full front fascia
- Body-color rear bumper
- Body-color grille with chrome billet inserts
- Dual rear exhaust with chrome tips
- P275/60R20 OWL All-Season tires
- 20-inch polished/painted aluminum wheels

**CAPABILITY & FUNCTIONALITY**
- Class IV hitch delete



**AVAILABLE MONOTONE PAINT**
- Includes chrome rear bumper, chrome front bumper, body-color wheel flares

**AVAILABLE BLACK SPORT GROUP**
- Includes 20-inch semi-gloss Black aluminum wheels, Black badges, Sport performance hood, bifunctional projector headlamps, nine amplified speakers with subwoofer

Complete features, options and available packages listing for all trim levels in Buyer's Guide.



# RAM 1500 TRIM LEVELS

## LARAMIE®
Where luxury and leather trim come together



## LARAMIE LONGHORN®
Sophistication meets power and comfort
(shown with optional RamBox Cargo
Management System)



### POWERTRAIN
- 3.6L Pentastar® V6 24V Variable Valve Timing (VVT) engine/8-speed automatic (22H)
- 5.7L HEMI® V8 Multi-Displacement System (MDS) VVT engine/8-speed automatic (26H/27H)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28H)

### POWERTRAIN
- 5.7L HEMI V8 MDS VVT engine/8-speed automatic (26K)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28K)

**INCLUDES SELECT BIG HORN® FEATURES, PLUS:**

**INCLUDES SELECT LARAMIE FEATURES, PLUS:**





### INTERIOR AMENITIES
- Dual-Zone Automatic Temperature Control
- Heated front seats
- Heated steering wheel
- Ventilated front seats
- Leather-trimmed 40/20/40 bench seat
- Deluxe door trim panels
- Power adjustable pedals with memory
- Instrument panel woodgrain bezel
- Premium II 10-speaker audio system with subwoofer
- Power 10-way memory driver/6-way passenger seats

### EXTERIOR FEATURES
- Premium LED taillamps
- Chrome 6 x 9-inch exterior mirrors with memory
- Bifunctional projector chrome headlamps
- Chrome grille with chrome wave inserts
- Body-color wheel flares
- 20-inch aluminum chrome-clad wheels
- Laramie tailgate badge

### INTERIOR AMENITIES
- Premium filigree leather bucket seats
- Premium door trim panels
- Luxury front and rear floor mats
- Full-length premium floor console
- Laramie Longhorn instrument cluster with 7-inch Driver Information Display
- Laramie Longhorn interior accents
- Heated second-row seats
- Uconnect® 8.4 touchscreen system with premium navigation
- Premium wood/leather-wrapped steering wheel

### EXTERIOR FEATURES
- LED Bed Lighting
- Accent-color front and rear bumpers
- Lower accent two-tone paint
- Mopar® Bright Door Entry Guards
- Chrome grille with chrome mesh inserts
- Accent-color running boards and wheel flares
- Dual rear exhaust with chrome tips
- 20-inch polished aluminum wheels with Gold inserts
- Tow hooks
- Spray-in bedliner
- Unique Laramie Longhorn badges on doors and tailgate

### SAFETY & SECURITY
- ParkSense® Front and Rear Park Assist[5]
- Remote Start System

### CAPABILITY & FUNCTIONALITY
- 32-gallon fuel tank





### AVAILABLE TWO-TONE PAINT
- Includes lower Bright Silver paint with Bright Silver-accent wheel flares (shown with optional RamBox® Cargo Management System)

### AVAILABLE MONOTONE PAINT
- Includes chrome front and rear bumpers, body-color wheel flares, 20-inch polished aluminum wheels with Silver inserts and cab-length chrome tubular side steps

Complete features, options and available packages listing for all trim levels in Buyer's Guide.



## RAM 1500 TRIM LEVELS



# LIMITED
All-Black leather treatment joins stunning technology



### POWERTRAIN
- 5.7L HEMI® V8 Multi-Displacement System (MDS) Variable Valve Timing (VVT) engine/ 8-speed automatic (26V)
- 3.0L EcoDiesel V6 engine/8-speed automatic (28V)

**INCLUDES SELECT LARAMIE LONGHORN® FEATURES, PLUS:**



### INTERIOR AMENITIES
- Limited leather bucket seats
- Luxury front and rear floor mats
- Leather-wrapped grab handles
- Luxury door trim panels
- Rear-window defroster
- Limited cluster with 7-inch Driver Information Display
- Premium wood/leather-wrapped steering wheel

### EXTERIOR FEATURES
- Body-color full front fascia
- Body-color rear bumper
- Unique Limited grille
- Chrome bodyside moldings
- Chrome belt moldings
- 20-inch painted aluminum wheels with chrome inserts
- Unique Limited tailgate
- Chrome wheel-to-wheel side steps (if equipped with the HEMI V8)

### SAFETY & SECURITY
- Keyless Enter 'n Go™
- Rain-sensitive windshield wipers
- Auto High-Beam Headlamp Control

### CAPABILITY & FUNCTIONALITY
- Active-Level™ Four-Corner Air Suspension System
- Tow hook delete



### AVAILABLE CHROME BUMPER PACKAGE
- Includes chrome front and rear bumpers and body-color wheel flares

Complete features, options and available packages listing for all trim levels in Buyer's Guide.

## RAM 1500 PACKAGES/EQUIPMENT GROUPS

| CPOS PACKAGE | GAS RIFE REG | CODDESSL HFE QUAD | TRADESMAN REG/CREW | EXPRESS REG/CREW | SLT REG/CREW | BIG HORN/LONE STAR* REG/QUAD/CREW | OUTDOORSMAN QUAD/CREW | REBEL CREW | SPORT REG/CREW | LARAMIE QUAD/CREW | LARAMIE LONGHORN CREW | LIMITED CREW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | E | F | B | C | G | S/R | T | W | L | H | V |
| **BLACK EXPRESS GROUP** | | | | | | | | | | | | |
| • Popular Equipment Group | – | – | – | 0 | – | – | – | – | – | – | – | – |
| • Power and Remote Entry Group | | | | | | | | | | | | |
| • Black badges, Black bezel headlamps | | | | | | | | | | | | |
| • Black painted grille | | | | | | | | | | | | |
| • Uconnect® 5.0 system | | | | | | | | | | | | |
| • 20-inch Black painted wheels | | | | | | | | | | | | |
| **BLACK SPORT GROUP** | | | | | | | | | | | | |
| • Sport performance hood | – | – | – | – | – | – | – | – | 0 | – | – | – |
| • Dual-Zone Automatic Temperature Control (ATC) | | | | | | | | | | | | |
| • Black badges | | | | | | | | | | | | |
| • Premium 9-speaker sound system with subwoofer | | | | | | | | | | | | |
| • Semi-gloss Black aluminum 20-inch wheels | | | | | | | | | | | | |
| **COLD WEATHER GROUP** | | | | | | | | | | | | |
| • Engine block heater and winter front grille cover (requires EcoDiesel V6) | – | 0 | 0 | 0 | – | 0 | 0 | 0 | – | – | 0 | 0 |
| **HEATED SEATS AND STEERING WHEEL GROUP** | | | | | | | | | | | | |
| • Heated cloth seats | – | – | – | – | – | 0 | 0 | 0 | – | S | – | – |
| • Heated steering wheel | | | | | | | | | | | | |
| • Dual-Zone ATC for Big Horn/Lone Star and Outdoorsman models when equipped with Uconnect 8.4 or 8.4 NAV systems | | | | | | | | | | | | |
| **CONVENIENCE GROUP** | | | | | | | | | | | | |
| • Passive Entry/Keyless Enter 'n Go | – | – | – | – | – | – | – | – | 0 | 0 | 0 | S |
| • Rain-sensing wipers | | | | | | | | | | | | |
| • Auto High-Beam Headlamp Control | | | | | | | | | | | | |
| **EXTERIOR APPEARANCE GROUP** | | | | | | | | | | | | |
| • Chrome front and rear bumpers | – | – | – | – | – | – | – | – | – | – | – | – |
| • Chrome grille surround | | | | | | | | | | | | |
| • 17-inch painted aluminum wheels | | | | | | | | | | | | |
| **CHROME BUMPER PACKAGE** | | | | | | | | | | | | |
| • Body-color wheel flares and chrome front and rear bumpers | – | – | – | – | – | – | – | – | – | – | – | 0 |
| **LUXURY GROUP** | | | | | | | | | | | | |
| • Switchable dome lamp | – | – | – | – | – | – | S | 0 | S | – | | |
| • Ashtray lamp | | | | | | | | | | | | |
| • Glove box lamp | | | | | | | | | | | | |
| • Underhood lamp | | | | | | | | | | | | |
| • Illuminated vanity mirror | | | | | | | | | | | | |
| • Auto day/night rearview mirror | | | | | | | | | | | | |
| • Exterior mirrors with signal and puddle lamps | | | | | | | | | | | | |
| • Overhead console with Universal Garage Door Opener, leather-wrapped steering wheel | | | | | | | | | | | | |
| • Full-color 7-inch TFT programmable Driver Information Display | | | | | | | | | | | | |
| • LED Bed Lighting | | | | | | | | | | | | |
| **MOSSY OAK® PACKAGE** | | | | | | | | | | | | |
| • Mossy Oak decal on rear box side | – | – | – | – | – | – | – | – | – | – | – | – |
| • Camouflage pattern on exterior bed rail caps | | | | | | | | | | | | |
| • Tailgate caps | | | | | | | | | | | | |
| • Interior instrument panel center stack and door panel inserts | | | | | | | | | | | | |
| • Includes spray-in bedliner if equipped with RamBox® System (requires Canyon Brown/Light Frost Beige interior; Crew Cab 4x4 models only) | | | | | | | | | | | | |
| **POPULAR EQUIPMENT GROUP** | | | | | | | | | | | | |
| • Cloth 40/20/40 bench seat | – | – | – | 0 | 0 | – | – | – | – | – | – | – |
| • Carpeted flooring | | | | | | | | | | | | |
| • Remote keyless entry | | | | | | | | | | | | |
| • Floor mats | | | | | | | | | | | | |
| • SiriusXM® Satellite Radio[7] | | | | | | | | | | | | |
| **POWER AND REMOTE ENTRY GROUP** | | | | | | | | | | | | |
| • Premium vinyl door trim | – | – | – | 0 | 0 | – | – | – | – | – | – | – |
| • Remote keyless entry, | | | | | | | | | | | | |
| • Foldaway Black power heated mirrors | | | | | | | | | | | | |
| • Power windows with front one-touch down and power locks (Regular Cab only) | | | | | | | | | | | | |
| **PROTECTION GROUP** | | | | | | | | | | | | |
| • Tow hooks | – | – | – | 0 | – | – | 0 | S | 0 | – | 0 | 0 |
| • Front suspension and transfer case skid plates (4x4 models only) | | | | | | | | | | | | |
| **REAR CAMERA AND PARK ASSIST GROUP** | | | | | | | | | | | | |
| • ParkSense® Front and Rear Park Assist[6] and ParkView® Rear Back-Up Camera[6] | – | – | – | – | – | – | 0 | 0 | 0 | – | 0 | – |
| **REMOTE START AND SECURITY GROUP** | | | | | | | | | | | | |
| • Security alarm and Remote Start System | – | – | – | – | – | – | S | 0 | 0 | – | – | – |
| **R/T PACKAGE** | | | | | | | | | | | | |
| • 3.92 axle ratio and antispin differential, P285/45R22 BSW All-Season tires, 22 x 9-inch forged polished aluminum wheels and Sport performance hood (Regular Cab 4x2 6'4"-box models only) | – | – | – | – | – | – | – | – | S | – | – | – |
| **SPORT PREMIUM GROUP** | | | | | | | | | | | | |
| • Premium surround sound speaker system (Quad Cab® and Crew Cab only) | – | – | – | – | – | – | – | – | – | – | – | – |
| **TRAILER TOW AND TRACTION GROUP** | | | | | | | | | | | | |
| • Trailer Tow Mirrors and Brake Group | – | – | – | – | – | 0 | – | – | – | – | – | – |
| • 3.92 axle ratio with HEMI V8 or EcoDiesel V6 | | | | | | | | | | | | |
| • 3.55 axle ratio with Pentastar® V6 | | | | | | | | | | | | |
| **TRAILER TOW MIRRORS AND BRAKE GROUP** | | | | | | | | | | | | |
| • Electronic trailer brake controller | – | – | – | 0 | 0 | P | 0 | 0 | 0 | 0 | 0 | 0 |
| • Class IV hitch receiver and 7 x II-inch trailer tow mirrors (included with Trailer and Traction Group) | | | | | | | | | | | | |

S = Standard. O = Optional. P = Part of Group. – = Not available.
Note: some features and/or applications may be late availability.

*Lone Star model available only in Texas.

# RAM 1500 INTERIOR FABRICS



**Vinyl**
**Diesel Gray**
Tradesman,® Express and EcoDiesel HFE



**Sedoso/Alloy Cloth**
**Diesel Gray**
Tradesman, Express, SLT
and Gas HFE

**Sedoso/Alloy Cloth**
**Canyon Brown**
SLT



**Sedoso/Carbide Cloth**
**Diesel Gray**
Big Horn®/Lone Star* and Outdoorsman®



**Sedoso/Carbide Cloth**
**Canyon Brown**
Big Horn/Lone Star* and Outdoorsman



**Vinyl/Cloth with Embossed Tread Pattern**
**Radar Red/Black**
Rebel



**Bristol/Sport Mesh Cloth**
**Black**
Sport



**Bristol Leather/Perforated Leather Trim**
**Light Frost Beige**
Laramie®



**Bristol Leather/Perforated Leather Trim**
**Black**
Sport and Laramie



**Natura Plus Leather/Perforated Leather with**
**Black Piping and Accent Stitching**
**Cattle Tan**
Laramie Longhorn®



**Natura Plus Leather/Perforated Leather with Dark**
**Saddle Piping and Tan Accent Stitching**
**Canyon Brown**
Laramie Longhorn

*Lone Star model available only in Texas.



**Natura Plus Leather with Laser Etching/Perforated**
**Leather with Dark Saddle Piping and Tan Accent Stitching**
**Canyon Brown**
Laramie Longhorn



**Natura Plus Leather/Perforated Leather with Medium**
**Graystone Piping and Accent Stitching**
**Black**
Limited

## RAM 1500 WHEELS



**17-inch Argent Steel**
Standard on Tradesman® (WFP)



**17-inch Painted Aluminum**
Standard on SLT, Outdoorsman® and Gas HFE
Optional on Tradesman (WFE)



**17-inch Chrome-Clad Aluminum**
Optional on Big Horn®/Lone Star* and Laramie® (WFJ)



**17-inch Aluminum with
Matte Black Painted Pockets**
Standard on Rebel (WFK)



**20-inch Painted Aluminum**
Standard on Express and EcoDiesel HFE
Optional on Outdoorsman (WHE)



**20-inch Chrome-Clad Aluminum**
Optional on Express (WR2)



**20-inch Aluminum Painted
Semi-Gloss Black**
Optional on Express and Outdoorsman (WHN)



**20-inch Chrome-Clad Aluminum**
Standard on Big Horn/Lone Star* (WHK)



**20-inch Polished Aluminum
with Painted Pockets**
Standard on Sport (WRF)



**20-inch Aluminum Painted
Semi-Gloss Black**
Packaged with Black Sport Group (WRL)



**20-inch Chrome-Clad Aluminum**
Standard on Laramie (WRG)



**20-inch Aluminum with Polished Face
and White Gold-Clad Inserts**
Standard on Two-Tone Laramie Longhorn® (WRH)



**20-inch Aluminum with Polished Face
and Painted Inserts**
Standard on Laramie Longhorn with Monotone Paint (WRJ)



**20-inch Polished Aluminum**
Optional on Laramie Longhorn (WRT)



**20-inch Painted Aluminum
with Chrome Inserts**
Standard on Limited (WRA)



**22-inch Polished Forged Aluminum**
Standard on Regular Cab R/T
Optional on Crew Cab Sport (WPZ)

## CONFIGURATIONS

| | Cab | | | Box | | | Seating | |
|---|---|---|---|---|---|---|---|---|
| | Regular Cab | Quad Cab® | Crew Cab | 5' 7" Box | 6' 4" Box | 8' Box | 40/20/40 Bench Seat | Bucket Seats |
| Tradesman | • | • | • | Available with Crew Cab | Available with All Cabs | Available with Reg Cab | • | N/A |
| Gas HFE | • | N/A | N/A | N/A | • | N/A | • | N/A |
| EcoDiesel HFE | N/A | • | N/A | N/A | • | N/A | • | N/A |
| Express | • | • | • | Available with Crew Cab | Available with Reg Cab or Quad Cab | N/A | • | N/A |
| SLT | • | • | • | Available with Crew Cab | Available with All Cabs | Available with Reg Cab | • | N/A |
| Rebel | N/A | N/A | • | • | N/A | N/A | N/A | • |
| Big Horn/Lone Star* | • | • | • | Available with Crew Cab | Available with All Cabs | Available with Reg Cab | • | Optional |
| Outdoorsman | N/A | • | • | Available with Crew Cab | Available with Reg Cab or Quad Cab | N/A | Optional | • |
| Sport | • | • | • | Available with Crew Cab | Available with All Cabs | N/A | N/A | • |
| Laramie | N/A | • | • | Available with Crew Cab | Available with Reg Cab or Quad Cab | N/A | • | Optional |
| Laramie Longhorn | N/A | • | • | N/A | • | N/A | • | • |
| Limited | N/A | • | • | N/A | • | N/A | • | • |

*Lone Star model available only in Texas.

# RAM 1500 EXTERIOR COLORS



Brilliant Black Crystal Pearl



Black Forest Green Pearl



Granite Crystal Metallic



Bright White



Pearl White



Bright Silver Metallic



Flame Red



Delmonico Red Pearl



Luxury Brown Pearl



Blue Streak Pearl



True Blue Pearl



Maximum Steel Metallic

Colors shown in Big Horn trim.

## TWO-TONE OPTIONS

| | Tradesman® | Express | SLT | Big Horn® / Lone Star* | Outdoorsman® | Rebel | Sport | Laramie® | Laramie Longhorn® | Limited |
|---|---|---|---|---|---|---|---|---|---|---|
| Delmonico Red Pearl | • | • | • | • | M, ■ | N/A | • | M, ▦ | M, ▨ | • |
| Flame Red | • | • | • | • | M | M, ■ | • | M, ▦ | M | N/A |
| Luxury Brown Pearl | • | N/A | • | • | M | N/A | N/A | M, ▦ | M, ▨ | N/A |
| Black Forest Green Pearl | • | N/A | • | • | M | N/A | N/A | M, ▦ | M, ▨ | N/A |
| Blue Streak Pearl | • | • | • | • | M, ■ | N/A | • | M, ▦ | N/A | N/A |
| True Blue Pearl | • | • | • | • | M, ■ | N/A | • | M, ▦ | M | • |
| Bright Silver Metallic | • | • | • | • | M, ■ | M, ■ | • | M | M | • |
| Granite Crystal Metallic | • | • | • | • | M, ■ | M, ■ | • | M, ▦ | M | • |
| Maximum Steel Metallic | • | • | • | • | M | N/A | • | M, ▦ | M | • |
| Brilliant Black Crystal Pearl | • | • | • | • | M | M | • | M, ▦ | M, ▨ | • |
| Pearl White | N/A | N/A | N/A | N/A | N/A | N/A | N/A | M, ▦ | M, ▨ | • |
| Bright White | • | • | • | • | M | M, ■ | • | N/A | N/A | N/A |

• = Available Color    M = Monotone    ■ = Black Lower    ▦ = Silver Lower    ▨ = White Gold Lower

*Lone Star model available only in Texas.



Outdoorsman shown in Bright Silver Metallic with Black lower

Laramie shown in Delmonico Red with Silver lower

Laramie Longhorn shown in Pearl White with White Gold lower

To see examples of all possible paint combinations, visit ramtrucks.com

# RAM 1500 BUYER'S GUIDE

**Column legend (CPOS PACKAGE codes):**
P = GAS HFE · E = ECODIESEL HFE · F = TRADESMAN® REG/QUAD/CREW · B = EXPRESS QUAD/CREW · C = SLT REG/QUAD/CREW · G = BIG HORN / LONE STAR™ REG/QUAD/CREW · S/R = OUTDOORSMAN® QUAD/CREW · T = REBEL CREW · W = SPORT REG/QUAD/CREW · L = LARAMIE® QUAD/CREW · H = LARAMIE LONGHORN® CREW · K = LIMITED CREW · V = LIMITED CREW

## ENGINE/TRANSMISSION

| CPOS PACKAGE | P | E | F | B | C | G | S/R | T | W | L | H | K | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.6L Pentastar® Flex Fuel 24V VVT V6 / 8HP45 8-speed automatic | 22P | — | | 22B | 22C | 22G | 22 S/R | 22T | 22W | | 22H | | |
| 3.0L EcoDiesel V6 / 8HP70 8-speed automatic | — | 28E | 28F | | | 28G | 28 S/R | 28T | | | 28H | 28K | 28V |
| 5.7L HEMI® V8 with VVT and Fuel Saver Technology / 65RFE 6-speed automatic | — | — | | 25B | 25C | 25G | | | | | | | |
| 5.7L HEMI V8 with VVT and Fuel Saver Technology / 8HP70 8-speed automatic (Regular Cab and Crew Cab) | — | — | | 26B | 26C | 26G | 26 S/R | 26T | 26W | | 26H | 26K | 26V |
| 5.7L HEMI V8 with VVT and Fuel Saver Technology / 8HP70 8-speed automatic (Quad Cab® only) | — | — | | 27B | 27C | 27G | 27 S/R | | | 27L | 27H | | |

## MECHANICAL FEATURES

| CPOS PACKAGE | P | E | F | B | C | G | S/R | T | W | L | H | K | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTIVE GRILLE SHUTTERS (included with 8-speed automatic transmission) | S | S | S | P | P | S | S | S | — | S | S | S | S |
| ALTERNATOR — 160-amp | S | | S | S | S | S | S | S | S | S | S | S | S |
| — 220-amp (requires Stop/Start System) | S | | | | | | | | | | | | |
| — 230-amp (included with EcoDiesel V6) | | S | S | | | P | P | P | | P | P | P | P |
| AXLE — 3.21 ratio (not available with EcoDiesel V6) | S | | S | S | S | S | S | S | S | S | S | S | S |
| — 3.55 ratio (with 6-speed transmission; included with EcoDiesel V6; not available with HEMI V8 with 8-speed transmission; included with Trailer and Traction Group with gas V6) | | S | O/P | S | O/P | O | O | O | O/S | O | O | O | |
| — 3.92 ratio (included with 4x2 R/T; included with Trailer and Traction Group if equipped with HEMI V8 or EcoDiesel V6; included with Outdoorsman 4x2 model if equipped with EcoDiesel V6) | — | — | | 0 | 0 | 0 | O/P | O/S | O/S | 0 | 0 | 0 | |
| — Antispin rear differential (included with R/T 4x2 and Outdoorsman 4x4; included with Trailer and Traction Group) | — | — | | 0 | 0 | 0 | O/P | O/S | O/S | 0 | 0 | 0 | |
| BATTERY — 730-amp | S | S | S | S | S | S | S | S | S | S | S | S | S |
| — 800-amp (included with EcoDiesel V6) | S | S | S | P | — | P | P | P | — | P | P | P | |
| ENGINE BLOCK HEATER (included with Cold Weather Group if equipped with EcoDiesel) | 0 | P | P | O/P | O/P | O/P | O/P | O/P | 0 | O | O/P | O/P | O/P |
| ENGINE COOLING — Heavy-duty (included with HEMI V8) | | | | P | P | P | P | P | P | S | P | S | S |
| — Maximum-duty (optional with EcoDiesel V6) | | S | S | | P | P | P | P | P | P | | P | P |
| FUEL TANK — 26-gallon (included with EcoDiesel V6) | S | S | S | S | S | S | S | P | S | S | P | S | P |
| — 32-gallon (included with 8' box models; not available with EcoDiesel V6 or on Regular Cab short-box models; optional on 6'4"- and 5'7"-box models) | | | O/P | P | P | P | P | | P | P | | P | P |
| SHOCK ABSORBERS — Front, heavy-duty | S | S | S | S | S | S | S | | | S | S | S | S |
| — Rear, heavy-duty | S | S | S | S | S | S | S | | | S | S | S | S |
| — Rear, extra heavy-duty (included with Outdoorsman 4x4 only) | | | | | | | P | | | | | | |
| — Front, Bilstein® performance | | | | | | | | | S | | | | |
| — Rear, Bilstein performance | | | | | | | | | S | | | | |
| STABILIZER BAR — Front (rear not available on Regular Cab 4x2 8'-box models; included with 3.6L V6 on Regular Cab 4x2 6'4" box; included with Regular Cab R/T 4x2 6'4" box) | S | S | S | S | S | S | S | S | S/P | S | S | S | S |
| STEERING — Electronic rack and pinion | S | S | S | S | S | S | S | S | S | S | S | S | S |
| STOP/START SYSTEM — Gas HFE model only | S | | | | | | | | | | | | |
| SUSPENSION — Front, upper and lower A-arms, coil springs, twin-tube shocks | S | S | S | S | S | S | S | S | S | S | S | S | S |
| — Rear, five-link, coil springs, twin-tube shocks | S | S | S | S | S | S | S | S | S | S | S | S | S |
| — Active-Level™ Four-Corner Air Suspension System: includes front upper and lower A-arms, air springs, twin-tube shocks, rear five-link, air springs, twin-tube shocks, air compressor, dual closed-loop system storage tanks (Quad Cab and Crew Cab only; not available for Crew Cab 4x2 models with 6'4" box) | — | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| TRAILER HITCH — Class IV hitch receiver (included with Trailer Tow Mirrors and Brake Group) | S | S | S | O/P | S | S | S | O/P | O/S | O/S | O/S | | |
| TRANSFER CASE — Electronic part-time (4x4 models only) | | | S | S | S | S | S | S | S | S | S | S | S |
| — Electronic on-demand (4x4 models only) | | | | | | | S | | | | S | S | S |
| WINCH — Tire carrier | S | S | S | S | S | S | S | S | S | S | S | S | S |

## EXTERIOR FEATURES

| CPOS PACKAGE | P | E | F | B | C | G | S/R | T | W | L | H | K | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BED RAILS — Chrome, tubular, for 5'7" and 6'4" bed sides (not available with RamBox® System, tonneau cover or Mossy Oak® Package) | S | S | S | S | S | S | S | | S | | | | |
| BEDLINER — Spray-in | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| BODY MODEL — Regular Cab 6'4" box | S | | 0 | 0 | 0 | 0 | | | 0 | | | | |
| — Regular Cab 8' box | | | 0 | 0 | 0 | 0 | | | 0 | | | | |
| — Quad Cab 6'4" box | | | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | |
| — Crew Cab 5'7" box | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| — Crew Cab 6'4" box | | | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| BODYSIDE MOLDINGS — Chrome (optional with monotone paint only on Outdoorsman and Laramie) | 0 | | | | | | 0 | | | 0 | | | |
| BUMPERS — Front and rear Black | S | S | S | S | | | S | | | | | | |
| — Front and rear painted lower accent-color | | | | | | | | S | | | | | |
| — Front and rear chrome (included with Exterior Appearance Group; included with monotone paint; included with Limited Appearance Group) | | | | | P | P | | | S | S | S | | |
| — Rear body-color | | | | | | | | | S | | | | |
| DOOR HANDLES — Black (included with low-volume paint colors) | S | S | S | S | S | S | S | | S | | | | |
| — Body-color | | | | | | | | S | | | | | |
| — Chrome with body-color bezel | | | | | | P | | | | S | S | S | S |
| EXHAUST — Single rear (included with 3.6L V6) | S | S | S | S | S | S | S | S | S | S | S | S | S |
| — Dual rear (included with HEMI V8 or EcoDiesel V6) | | | | | P | P | P | P | P | P | P | P | P |
| FASCIA — Front upper, Black | S | S | S | S | | | | | | | | | |
| — Front upper, body-color (included with Limited Appearance Group) | | | | | | | | | | | | S | S |
| — Front full, body-color | | | | | | | | | S | | | | |
| FOG LAMPS | | | | | | S | S | S | S | S | S | S | S |

¹Lone Star model available only in Texas.

## EXTERIOR FEATURES (continued)

| CPOS PACKAGE | P | E | F | B | C | G | S/R | T | W | L | H | K | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRILLE — Black surround, Black hex-link | S | S | S | | | | | | | | | | |
| — Black unique Rebel grille | | | | | | | | S | | | | | |
| — Chrome surround, Black hex-link (included with Exterior Appearance Group) | | | | | P | | | | | | | | |
| — Body-color surround, Black hex-link (included with R/T models) | | | S | | S | | S | | S | | | | |
| — Body-color surround, chrome billet-perf | | | | | | | | | S | | | | |
| — Chrome surround, chrome billet-perf | | | | | | S | | | | | | | |
| — Chrome surround, chrome wave-perf | | | | | | | | | | S | | | |
| — Chrome surround, chrome wave-mesh | | | | | | | | | | | S | | |
| — Chrome unique Limited grille | | | | | | | | | | | | S | S |
| HEADLAMPS — Automatic | S | S | S | S | S | S | S | S | S | S | S | S | S |
| — Quad-lens halogen | S | S | S | S | S | S | S | | S | | | | |
| — Quad-lens halogen with blackout look (included with Black Express Group) | | | | P | | | | | | | | | |
| — Sport blackout look bifunctional halogen projector with LED turn/running lights | | | | | | | | | S | | | | |
| — Premium bifunctional halogen projector with LED turn/running lights | | | | | | | | | | S | S | S | S |
| — Auto High-Beam Headlamp Control (included in Convenience Group) | | | | | | | | P | P | P | P | P | P |
| LED BED LIGHTING — Included with RamBox System or Luxury Group | | | | O/P | O/P | P | S | S | S | O/P | S | S | S |
| MIRRORS — Manual, Black, 6 x 9-inch (Regular Cab only) | S | | S | | S | | | | | | | | |
| — Power, heated, folding, Black, 6 x 9-inch (included with Power and Remote Entry Group on Regular Cab Tradesman and Express models) | | S | S | P/S | P/S | S | | | | | | | |
| — Power, heated, folding, Black, 7 x 11-inch (included with Trailer Tow Group; Regular Cab only) | | | | | | S | | | | | | | |
| — Power, heated, auto-dimming, power-folding, Black, 6 x 9-inch; includes exterior courtesy lamps and supplemental turn signal (included with Luxury Group) | | | | | S | | S | | | S | | | |
| — Power, heated, power-folding, auto-dimming, body-color 6 x 9-inch; includes exterior courtesy lamps and supplemental turn signal | | | | | | | | | S | | | | |
| — Power trailer tow, manual-folding, Black, 7 x 11-inch; includes exterior courtesy lamps and supplemental turn signal (included with Trailer Tow Mirrors & Brake Group; not available on Regular Cab Tradesman or Express models) | | | P | P | P | P | P | P | P | | | | |
| — Power multifunction, heated, auto-dimming, power-folding, chrome, 6 x 9-inch; includes position memory, exterior courtesy lamps and supplemental turn signal | | | | | | | | | | | S | S | S |
| — Power trailer tow multifunction, heated, auto-dimming, manual-folding, chrome, 7 x 11-inch, with position memory, exterior courtesy lamps and supplemental turn signal (included with Trailer Tow Mirrors and Brake Group) | | | | | | | | | | | P | P | P |
| RUNNING BOARDS — Accent-color | | | | | | | | | | | S | | |
| SKID PLATE — Front suspension, 4x4 only (included with Protection Group) | | | | | P | P | P | P | P | | | | |
| — Transfer case, 4x4 only (included with Protection Group) | | | | | | | S | | | | | | |
| STORAGE — RamBox Cargo Management System: includes pickup bed with integrated weatherproof, lockable and drainable bins, LED Bed Lighting, bed rails with four adjustable cleats and a dual-purpose bed divider/extender (5'7"- and 6'4"-box models only; not available with 8' box) | | | | | | O/P | O/P | O/P | O/P | O/P | O/P | | |
| TAILLAMPS — Incandescent | S | S | S | S | S | S | S | S | S | | | | |
| — Sport (LED turn signals/stop lamps/running lights) | | | | | | | | | S | | | | |
| — Premium (LED turn signals/stop lamps/running lights) | | | | | | | | | | S | S | S | S |
| TIRES — P265/70R17 BSW All-Season | S | | S | S | | S | | | | | | | |
| — P265/70R17 OWL All-Season (included with 17-inch aluminum chrome-clad wheels) | | | | | S | | | | | | | | |
| — LT265/70R17E OWL On-/Off-road | | | | | | | | S | | | | | |
| — LT265/70R17E BSW All-Terrain | | | | | | | S | | | | | | |
| — P275/60R20 BSW All-Season | | | | | S | | S | | S | | | | |
| — P275/60R20 OWL All-Season (included with WR2 and WHE 20-inch wheels) | | | | | P | | | | S | 0 | 0 | 0 | 0 |
| — P285/45R22 BSW All-Season (Regular Cab R/T 4x2 model only) | | | | | | | | | S | | | | |
| — Spare, full-size | | | | | | | | | | S | S | S | S |
| TONNEAU COVER — Soft, tri-fold (available with or without RamBox System) | S | S | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| TOW HOOKS — Included with Protection Group | | | | | P | P | S | | O/P | S | 0 | | |
| WHEELS — Steel spare | S | S | S | S | S | S | S | S | S | S | | | |
| — 17 x 7-inch styled steel, painted Argent (WFP) | S | | S | | S | | | | | | | | |
| — 17 x 7-inch painted cast aluminum (included with Exterior Appearance Group) (WFE) | | | | | P | | | | | | | | |
| — 17 x 7-inch chrome-clad aluminum (WFJ) | | | | | S | | | | | | | | |
| — 17 x 8-inch aluminum with Matte Black pockets (WFK) | | | | | | | | S | | | | | |
| — 20 x 8-inch painted Silver, aluminum (WHE) | | | | | 0 | | | | | | | | |
| — 20 x 8-inch semi-gloss Black painted, aluminum (included with Black Express Group) (WHN) | | | | P | | | | | | | | | |
| — 20 x 8-inch chrome-clad aluminum (WHK) | | | | | S | | | | | | | | |
| — 20 x 9-inch chrome-clad aluminum (WR2) | | | | | | | | | S | | | | |
| — 20 x 9-inch aluminum, polished face, painted Silver pockets (WRF) | | | | | | | | | | S | | | |
| — 20 x 9-inch, semi-gloss Black aluminum (included with Black Sport Group) (WRL) | | | | | | | | | S | | | | |
| — 20 x 9-inch chrome-clad aluminum (WRG) | | | | | | | | | | S | | | |
| — 20 x 9-inch aluminum, polished with Gold-clad inserts (WRH) | | | | | | | | | | | S | | |
| — 20 x 9-inch aluminum, polished with Silver-clad inserts (included with monotone paint) (WRJ) | | | | | | | | | | | | S | |
| — 20 x 9-inch aluminum, Satin Carbon painted with chrome-clad inserts (WRT) | | | | | | | | | | | | | S |
| — 20 x 9-inch polished aluminum (WRT) | | | | | | | | | | | S | 0 | 0 |
| — 22 x 9-inch polished forged aluminum (standard on Regular Cab R/T 4x2 model) (WPZ) | | | | | | | | | S/0 | | | | |

DE3 DEALER E-PROCESS

## INTERIOR FEATURES

| CPOS PACKAGE | GAS HFE R6Q | ECODIESEL HFE Q5X | TRADESMAN REG/QUAD/CREW | EXPRESS REG/QUAD/CREW | SLT REG/QUAD/CREW | BIG HORN / LONE STAR REG/QUAD/CREW | OUTDOORSMAN REG/QUAD/CREW | REBEL CREW | SPORT REG/QUAD/CREW | LARAMIE QUAD/CREW | LARAMIE LONGHORN CREW | LIMITED CREW | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | E | F | B | C | G | S/R | T | W | L | H | K | V |
| AIR CONDITIONING — Manual | S | S | S | S | S | S | S | S | S | — | — | — | |
| – Dual-Zone Automatic Temperature Control; included with Comfort Group (Quad Cab® and Crew Cab only) | — | — | — | — | — | P | P | — | S | S | S | | |
| CLUSTER — Instrument, with 3.5-inch Driver Information Display | S | S | S | S | S | S | S | S | S | — | — | — | |
| – Premium instrument, with 7-inch TFT programmable multiview Driver Information Display (included with Luxury Group) | — | — | — | — | — | S | S | — | S | S | S | | |
| – Premium Rebel instrument, with 7-inch TFT programmable multiview Driver Information Display | — | — | — | — | — | — | — | 0 | — | — | — | | |
| – Premium Laramie Longhorn instrument, with 7-inch TFT programmable multiview Driver Information Display | — | — | — | — | — | — | — | — | — | — | S | | |
| – Premium Limited instrument, with 7-inch TFT programmable multiview Driver Information Display | | | | | | | | | | | | | |
| CONSOLE — Full-size floor console (included with front bucket seats) | — | — | — | — | P | S | S | P | S | S | — | | |
| – Premium full-size floor with leather-wrapped accents | — | — | — | — | — | — | — | — | — | S | S | | |
| – Overhead (included with Uconnect® 5.0 system) | — | — | P | P | S | S | S | — | S | S | S | | |
| – Overhead, with Universal Garage Door Opener (included with Popular Equipment Group) | — | — | — | — | S | S | P | S | S | S | S | | |
| FLOOR MATS — Front, carpeted (Regular Cab; included with Popular Equipment Group) | — | — | P | S | S | S | S | S | S | S | — | | |
| – Front, rubber (Regular Cab) | 0 | — | 0 | 0 | — | — | — | — | — | — | — | | |
| – Front and rear, carpeted (Quad Cab and Crew Cab; included with Popular Equipment Group) | — | S | — | S | S | S | S | S | S | S | — | | |
| – Front and rear, rubber (Quad Cab and Crew Cab) | — | — | 0 | 0 | — | 0 | S | 0 | 0 | — | — | | |
| – Front and rear, luxury | — | — | — | — | — | — | — | — | — | — | S | | |
| LOAD FLOOR — Rear fold-flat (Quad Cab and Crew Cab only; included with premium cloth and leather seats) | — | — | — | — | — | — | — | — | S | — | — | | |
| MEMORY SYSTEM — Seats, mirrors, pedals, radio presets | — | — | — | — | — | — | — | — | S | S | S | | |
| PEDALS — Non-adjustable | S | S | S | S | S | S | S | S | S | — | — | | |
| – Power-adjustable | — | — | — | — | — | — | — | — | S | — | — | | |
| – Power-adjustable with memory | — | — | — | — | — | — | — | — | S | S | S | | |
| SEATS — Manual adjusting driver and front passenger seats | S | S | S | S | S | S | S | S | S | — | — | | |
| – Seat belt, front, shoulder height-adjustable | S | S | S | S | S | S | S | S | S | S | — | | |
| – Power 10-way driver | — | — | — | — | — | — | — | — | S | S | S | | |
| – Power 10-way driver and power 6-way passenger (included with *CJ seats) | — | — | — | — | — | — | — | P | — | — | — | | |
| – Power 10-way driver with memory and power 6-way passenger | — | — | — | — | — | — | — | — | S | S | S | | |
| – Power 2-way lumbar adjuster (driver's seat only) | — | — | — | — | — | — | — | — | S | — | — | | |
| – Heated, driver and front-passenger, includes heated steering wheel (included with Comfort Group) | — | — | — | — | — | P | P | S | S | S | S | | |
| – Ventilated front (included with *CJ seats) | — | — | — | — | — | — | — | — | P | S | S | | |
| – Heated, 2nd-row, Crew Cab only (included with *CJ bucket seats) | — | — | — | — | — | — | — | — | — | P | S | | |
| – Vinyl 40/20/40 split-bench front seat with folding front armrest/cup holder, floor-mounted storage tray on Crew Cab (Quad Cab and Crew Cab models include folding rear bench seat trimmed in vinyl) (*TX) | — | — | S | S | — | — | — | — | — | — | — | | |
| – Cloth 40/20/40 split-bench front seat, front armrest with cup holder (Quad Cab and Crew Cab models include cloth folding rear bench seat; included with Popular Equipment Group) (*V9) | — | — | S | P | S | — | — | — | — | — | — | | |
| – Premium cloth-trimmed 40/20/40 split-bench front seat, front armrest with cup holder, power 10-way driver's seat, power lumbar adjuster, front center-seat cushion storage, IIS-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat with underseat storage and fold-flat load floor storage) (*M9) | — | — | — | — | — | — | — | — | — | — | — | | |
| – Premium cloth-trimmed low-back bucket seats, power 10-way driver's seat, power lumbar adjuster, full-length floor console, IIS-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in cloth with underseat storage and fold-flat load floor storage) (*MJ) | — | — | — | — | — | 0 | S | — | — | — | — | | |
| – Premium cloth/vinyl-trimmed high-back heated bucket seats with embossed tread pattern, power 10-way driver and 6-way passenger, power lumbar adjuster, full-length floor console, IIS-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in cloth/vinyl with underseat storage and fold-flat load floor storage) (*N7) | — | — | — | — | — | — | — | S | — | — | — | | |
| – Premium cloth/vinyl-trimmed bucket seats, power 10-way driver's seat, power lumbar adjuster, full-length floor console, IIS-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bucket seat trimmed in cloth/vinyl with underseat storage and fold-flat load floor storage) (*kJ) | — | — | — | — | — | — | — | — | S | — | — | | |
| – Leather-trimmed high-back, ventilated and heated bucket seats, power 10-way driver and power 6-way passenger, power lumbar adjuster, full-length floor console, IIS-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in vinyl with underseat storage and fold-flat load floor storage; not available on Regular Cab) (*CJ) | — | — | — | — | — | — | — | — | 0 | — | — | | |
| – Leather-trimmed 40/20/40 split-bench heated and ventilated front with power 10-way/memory for driver and power 6-way passenger, power lumbar adjuster, front center-seat cushion storage and folding center armrest with cup holder, IIS-volt auxiliary power outlet (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in vinyl with underseat storage and fold-flat load floor storage) (*VL) | — | — | — | — | — | — | — | — | S | — | — | | |
| – Leather-trimmed high-back, ventilated and heated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, full-length floor console, IIS-volt auxiliary power outlet and heated 2nd-row on Crew Cab models (Quad Cab and Crew Cab models include 60/40 split-folding rear bench seat trimmed in vinyl with underseat storage and fold-flat load floor storage) (*GJ) | — | — | — | — | — | — | — | — | 0 | — | — | | |
| – Premium leather with laser-etched design, high-back ventilated and heated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, premium full-length floor console, IIS-volt auxiliary power outlet, heated 2nd-row seats; includes 60/40 split-folding premium leather with laser-etched design rear bench seat with underseat storage (available only in Canyon Brown) (*XJ) | | | | | | | | | | | | | |

## INTERIOR FEATURES (continued)

| CPOS PACKAGE | P | E | F | B | C | G | S/R | T | W | L | H | K | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| – Premium leather high-back, ventilated and heated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, premium full-length floor console, IIS-volt auxiliary power outlet, heated 2nd-row seats; includes 60/40 split-folding premium leather rear bench seat with underseat storage and fold-flat load floor storage (available in Canyon Brown or Cattle Tan) (*CJ) | — | — | — | — | — | — | — | — | — | 0 | — | | |
| – Premium leather high-back, ventilated and heated bucket seats, includes power 10-way driver and power 6-way passenger, power lumbar adjuster, premium full-length floor console, IIS-volt auxiliary power outlet, heated 2nd-row seats; includes 60/40 split-folding premium leather rear bench seat with underseat storage and fold-flat load floor storage (available only in Black) (*UL) | | | | | | | | | | | | | |
| STEERING WHEEL — Urethane | S | S | S | S | S | S | | | | | | | |
| – Leather-wrapped with audio control buttons (included with Luxury Group) | — | — | — | — | S | S | S | S | S | S | S | | |
| – Leather-wrapped, genuine wood, heated, with audio control buttons | — | — | — | — | — | — | — | — | — | — | S | S | |
| – Heated (included with Comfort Group) | — | — | — | — | P | P | S | S | S | S | S | | |
| STORAGE — Front center-seat cushion (included with optional CD player, included with *M9 and *VL seats) | P | P | P | P | P | P | S | P | — | — | — | | |
| – Front, behind the seats (Regular Cab only) | S | — | — | — | S | S | — | — | — | — | — | | |
| – Rear, in-floor bins, two with removable liners (Crew Cab only) | — | — | — | — | — | S | S | S | S | S | S | | |
| – Rear, underseat compartment (Quad Cab and Crew Cab models only) | — | — | — | — | — | S | S | S | S | S | S | | |
| – Dual glove boxes with closing doors | — | — | — | — | — | S | S | S | S | S | S | | |
| SUNROOF — Power (Quad Cab and Crew Cab models only) | — | — | — | — | — | 0 | 0 | 0 | 0 | 0 | 0 | | |
| WINDOWS — Manual (Regular Cab only) | — | — | — | S | — | — | — | — | — | — | — | | |
| – Power, front with driver's one-touch down (Regular Cab only; included with Power Remote Entry Group) | — | — | P | P | S | S | — | — | — | — | — | | |
| – Power, front and rear with driver's one-touch down and up (Quad Cab and Crew Cab models only) | — | — | — | — | S | S | S | S | S | S | S | | |
| – Rear backlight, fixed (standard on Regular Cab models) | S | S | S | S | S | S | S | — | — | — | — | | |
| – Rear backlight, sliding (Regular Cab only) | — | — | — | — | S | — | — | — | — | — | — | | |
| – Rear backlight, power sliding (Quad Cab and Crew Cab models only) | — | — | — | — | — | S | S | S | S | S | S | | |
| – Rear defroster (with fixed glass or power sliding rear backlight only) | — | — | — | — | — | 0 | 0 | 0 | 0 | 0 | S | | |
| UCONNECT® MULTIMEDIA | | | | | | | | | | | | | |
| CONNECTIVITY — Auxiliary input jack for mobile devices | S | S | S | S | S | S | S | S | S | S | S | | |
| – USB I.5-amp fully functioning port | S | S | S | S | S | S | S | S | S | S | S | | |
| – USB 2.5-amp charging-only port (included with *V9, *M9, *MJ seats and Uconnect 5.0 system) | P | — | P | P | S | S | S | S | S | S | S | | |
| – SD card (included with Uconnect 8.4 and 8.4 NAV systems) | — | — | — | — | S | S | P | S | S | S | S | | |
| RADIOS — 3.0 AM/FM radio | S | S | S | S | S | — | — | — | — | — | — | | |
| – Uconnect 5.0 AM/FM/Bluetooth® (included with Black Express Group) | — | — | — | — | 0 | O/P | S | — | — | — | — | | |
| – Uconnect 8.4 AM/FM/Bluetooth/ACCESS[sd] | — | — | — | — | — | 0 | S | 0 | 0 | S | S | | |
| – Uconnect 8.4 NAV AM/FM/Bluetooth/ACCESS[sd]/NAV | — | — | — | — | — | 0 | 0 | 0 | 0 | 0 | 0 | | |
| RADIO CONTROLS — Steering wheel-mounted audio controls (included with leather-wrapped steering wheel) | | | | | | | | | | | | | |
| SINGLE-DISC CD PLAYER | — | — | — | — | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| SIRIUSXM® SATELLITE RADIO[7] — Included with Popular Equipment Group | 0 | — | P | P | S | S | S | S | S | S | S | | |
| SIRIUSXM TRAFFIC[7] — Included with Uconnect 8.4 NAV system | — | — | — | — | — | P | P | P | P | P | S | S | |
| SIRIUSXM TRAVEL LINK[7] — Included with Uconnect 8.4 NAV system | — | — | — | — | — | P | P | P | P | P | S | S | |
| SPEAKER SYSTEM — Six, standard | S | S | S | S | S | S | S | S | S | S | — | | |
| – Premium 1: seven speakers and eight-channel amplifier (Regular Cab only) | | | | | | | | | | | | | |
| – Premium II: IO speakers including a subwoofer and 12-channel amplifier (included with Sport Premium Group; Quad Cab and Crew Cab models only) | — | — | — | — | — | — | — | S | S | S | S | | |
| UCONNECT ACCESS[sd] — Requires Uconnect 8.4 or 8.4 NAV systems | — | — | — | — | — | P | S | S | S | S | S | | |
| UCONNECT BLUETOOTH CONNECTIVITY — Includes hands-free phone,[90] Streaming Audio, Voice Command[90] and Text Message Reader[90] (requires Uconnect 5.0, 8.4 or 8.4 NAV systems) | P | — | P | P | S | S | S | S | S | S | S | | |
| SAFETY AND SECURITY | | | | | | | | | | | | | |
| AIR BAGS[31] — Advanced multistage front | S | S | S | S | S | S | S | S | S | S | S | | |
| – Supplemental side-curtain | S | S | S | S | S | S | S | S | S | S | S | | |
| – Supplemental front-seat side-mounted | S | S | S | S | S | S | S | S | S | S | S | | |
| BRAKES — Power-assisted 4-wheel antilock disc | S | S | S | S | S | S | S | S | S | S | S | | |
| ELECTRONIC STABILITY CONTROL (ESC)[4] — Includes 4-wheel ABS, Brake Assist, All-Speed Traction Control, Rain Brake Support, Ready Alert Braking, Electronic Roll Mitigation, Hill Start Assist and Trailer Sway Damping[6] | S | S | S | S | S | S | S | S | S | S | S | | |
| PARKSENSE® REAR PARK ASSIST[5] — Crew Cab only (included with Rear Camera and Park Assist Group) | — | — | — | — | — | — | — | P | — | — | — | | |
| PARKSENSE FRONT AND REAR PARK ASSIST[5] — Not available on Regular Cab (included with Rear Camera and Park Assist Group) | — | — | — | — | — | S | O/P | — | 0 | 0 | S | | |
| PARKVIEW® REAR BACK-UP CAMERA[5] — With dynamic grid lines (grid lines not available with 3.0 radio) | — | — | 0 | 0 | 0 | 0 | S | 0 | 0 | S | S | | |
| REMOTE KEYLESS ENTRY WITH ALLSECURE[5] — Includes power door locks, tailgate and RamBox® System (when equipped), illuminated entry system, panic alarm; includes two transmitters (included with Popular Equipment Group and Power and Remote Entry Group) | — | — | P | S | S | S | S | S | S | S | S | | |
| REMOTE START SYSTEM — Included with Remote Start and Security Group | — | — | — | — | S | S | S | S | S | S | S | | |
| SECURITY ALARM — Included with Remote Start and Security Group | — | — | — | — | S | S | P | P | 0 | S | S | | |
| TRAILER BRAKE CONTROL — Fully integrated electronic (included with Trailer and Traction Group; included with Trailer Tow Mirrors and Brake Group) | 0 | — | O/P | O/P | O/P | O/P | O/P | O/P | O/P | O/P | O/P | | |

S = Standard.   D = Optional.   P = Part of Package.   — = Not available.
Note: some features and/or applications may be late availability.

*Lone Star model available only in Texas.

DEALER•E•PROCESS

# RAM 1500 SPECIFICATIONS

  

## RAM 1500 TOWING—SAE J2807 COMPLIANT

Maximum loaded trailer weights (when properly equipped)

| POWERTRAIN | AXLE RATIO | GCWR | REGULAR CAB | | | | QUAD CAB® | | CREW CAB | | | |
| | | | 6'4" BOX | | 8' BOX | | 6'4" BOX | | 5'7" BOX | | 6'4" BOX | |
| | | | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **3.6L PENTASTAR® V6 / 8-SPEED AUTO** | 3.21 | 9,850 | 4,990 | 4,760 | 4,770 | 4,580 | 4,610 | 4,410 | 4,480 | 4,170 | | |
| | 3.55 | 12,200 | 7,290 | 7,050 | | | | | | | | |
| | 3.55 | 12,400 | | | 7,270 | 7,080 | | | | | | |
| | 3.55 | 12,900 | | | | | 7,610 | 7,400 | 7,470 | 7,160 | | |
| **3.0L ECODIESEL V6 / 8-SPEED AUTO** | 3.55 | 13,750 | | | 8,240 | 8,030 | 7,990 | 7,750 | 7,870 | 7,610 | | 7,540 |
| | 3.92 | 13,750 | | | 8,240 | 8,030 | 7,990 | 7,750 | 7,870 | 7,610 | | 7,540 |
| | 3.92 | 14,550 | | | | | | | | | | 8,340 |
| | 3.92 | 14,750 | | | 9,210 | 9,030 | 8,990 | 8,750 | 8,870 | 8,610 | | |
| **5.7L HEMI® V8 / 6-SPEED AUTO** | 3.21 | 12,350 | 7,220 | | 7,040 | | 6,790 | | 6,760 | | 6,730 | |
| | 3.92 | 14,325 | 9,200 | 8,990 | | | | | | | | |
| | 3.55 | 14,400 | | 9,060 | 9,090 | 8,850 | 8,840 | 8,710 | 8,810 | 8,640 | 8,780 | 8,540 |
| | 3.92 | 15,950 | | | **10,640** | 10,400 | 10,390 | 10,260 | 10,360 | 10,190 | 10,330 | 10,090 |
| **5.7L HEMI V8 / 8-SPEED AUTO** | 3.92 | 10,250 | 5,030 | | | | | | | | | |
| | 3.21 | 13,800 | 8,610 | 8,420 | 8,470 | 8,260 | 8,210 | 8,050 | 8,150 | 8,010 | 8,080 | 7,780 |
| | 3.92 | 14,350 | 9,160 | 8,970 | | | | | | | | |
| | 3.92 | 15,950 | | | 10,620 | 10,410 | 10,360 | 10,200 | 10,300 | 10,160 | 10,230 | 9,830 |

## RAM 1500 PAYLOAD

Maximum payload capacities (when properly equipped)

| POWERTRAIN | GVWR | REGULAR CAB | | | | QUAD CAB® | | CREW CAB | | | |
| | | 6'4" BOX | | 8' BOX | | 6'4" BOX | | 5'7" BOX | | 6'4" BOX | |
| | | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **3.6L PENTASTAR® V6 / 8-SPEED AUTO** | 6,010 | 1,440 | | | | | | | | | |
| | 6,025 | 1,500 | | | | | | | | | |
| | 6,300 | | 1,560 | | | | | | | | |
| | 6,600 | | | 1,880 | 1,690 | | | | | | |
| | 6,800 | | | | | **1,890** | 1,710 | 1,830 | 1,640 | | |
| **3.0L ECODIESEL V6 / 8-SPEED AUTO** | 6,600 | | | 1,510 | 1,290 | | | | | | |
| | 6,945 | | | | | 1,510 | | | | | |
| | 6,950 | | | | | 1,600 | 1,390 | 1,540 | 1,330 | | 1,260 |
| **5.7L HEMI® V8 / 6-SPEED AUTO** | 6,350 | 1,600 | 1,400 | | | | | | | | |
| | 6,600 | | | 1,700 | 1,470 | | | | | | |
| | 6,900 | | | | | 1,800 | 1,590 | 1,700 | 1,540 | 1,690 | 1,500 |
| **5.7L HEMI V8 / 8-SPEED AUTO** | 6,200 | 1,350 | | | | | | | | | |
| | 6,350 | 1,590 | 1,390 | | | | | | | | |
| | 6,600 | | | 1,690 | 1,480 | | | | | | |
| | 6,900 | | | | | 1,760 | 1,580 | 1,690 | 1,520 | 1,650 | 1,460 |

Numbers in **Black boxes** reflect max ratings. 1. Payload and Max Trailer Weights are estimated values. 2. All weights are shown in lb unless otherwise stated. 3. Payload and Max Trailer Weight values are rounded to the nearest 10 lb. 4. Payload = GVWR – Base Weight. 5. Trailer Weight Rating and Tow Vehicle Trailering Weight are calculated as specified in SAE J2807. 6. Payload and Trailer Weight Rating are mutually exclusive. 7. GAWRs, GVWRs and GCWRs should never be exceeded. 8. The recommended tongue weight for a conventional hitch is 10 percent of the gross trailer weight. The maximum tongue weight for Class IV hitch receiver is limited to 1,100 lb. 9. Weight-distributing hitch is recommended for trailers over 5,000 lb.

## RAM 1500 INTERIOR DIMENSIONS

All dimensions are in inches (millimeters) unless otherwise noted.

| | REGULAR CAB | QUAD CAB® | CREW CAB |
|---|---|---|---|
| **SEATING CAPACITY, FRONT/REAR** | 3 / 0 or 2 / 0 | 3 / 3 or 2 / 3 | 3 / 3 or 2 / 3 |
| **FRONT** | | | |
| **HEAD ROOM** | 39.9 (1013.5) | 41.0 (1041.4) | 41.0 (1041.4) |
| **LEG ROOM** | 41.0 (1041.4) | 41.0 (1041.4) | 41.0 (1041.4) |
| **SHOULDER ROOM** | 66.0 (1676.4) | 66.0 (1676.4) | 66.0 (1676.4) |
| **HIP ROOM** | 62.9 (1598.7) | 63.2 (1605.3) | 63.2 (1605.3) |
| **REAR** | | | |
| **HEAD ROOM** | N/A | 39.7 (1008.4) | 39.9 (1013.5) |
| **LEG ROOM** | N/A | 34.7 (880.9) | 40.3 (1023.3) |
| **SHOULDER ROOM** | N/A | 65.7 (1668.8) | 65.7 (1668.8) |
| **HIP ROOM** | N/A | 62.9 (1598.3) | 63.2 (1605.3) |
| **INTERIOR VOLUME** | | | |
| **FRONT cu ft (cu m)** | 62.5 (1.8) | 64.2 (1.8) | 64.2 (1.8) |
| **REAR cu ft (cu m)** | N/A | 52.4 (1.5) | 61.1 (1.7) |
| **TOTAL PASSENGER VOLUME (cu ft)** | 62.5 | 116.6 | 125.3 |

## RAM 1500 EXTERIOR DIMENSIONS

All dimensions are for base models only and in inches unless otherwise noted.

| | REGULAR CAB | | QUAD CAB® | CREW CAB | |
| | 6'4" BOX | 8' BOX | 6'4" BOX | 5'7" BOX | 6'4" BOX |
|---|---|---|---|---|---|
| **OVERALL BODY WIDTH** | 79.4 | 79.4 | 79.4 | 79.4 | 79.4 |
| **OVERALL HEIGHT (4x2 / 4x4)** | 74.6 / 75.2 | 74.4 / 75.0 | 77.2 / 77.7 | 76.9 / 77.5 | 76.8 / 77.4 |
| **OVERALL LENGTH** | 209.0 | 231.0 | 229.0 | 229.0 | 237.9 |
| **TRACK — FRONT (4x2 / 4x4)** | 68.0 / 68.2 | 68.0 / 68.2 | 68.0 / 68.2 | 68.0 / 68.2 | 68.0 / 68.2 |
| **TRACK — REAR (4x2 / 4x4)** | 67.5 / 67.5 | 67.5 / 67.5 | 67.5 / 67.5 | 67.5 / 67.5 | 67.5 / 67.5 |
| **WHEELBASE** | 120.5 | 140.5 | 140.5 | 140.5 | 149.4 |
| **BED HEIGHT** | 20.1 | 20.2 | 20.1 | 20.0 | 20.1 |
| **BED LENGTH** | 76.3 | 98.3 | 76.3 | 67.4 | 76.3 |
| **BED WIDTH, WALL-TO-WALL** | 66.4 | 66.4 | 66.4 | 66.4 | 66.4 |
| **BED WIDTH, BETWEEN WHEELHOUSINGS** | 51.0 | 51.0 | 51.0 | 51.0 | 51.0 |



[1] Transferable. See dealer for complete details and a copy of the 5-Year/60,000-Mile Powertrain Limited Warranty. [2] Transferable. See dealer for complete details and a copy of the 5-Year/100,000-Mile Powertrain Limited Warranty. [3] Based on Standard Pickup class. EPA estimated 29 mpg highway based on Ram 1500 HFE EcoDiesel V6 4x2. Actual results may vary. [4] No system, no matter how sophisticated, can repeal the laws of physics or overcome careless driving actions. Performance is limited by available traction, which snow, ice and other conditions can affect. When the ESC warning lamp flashes, the driver needs to use less throttle and adapt speed and driving behavior to prevailing road conditions. Always drive carefully, consistent with conditions. Always wear your seat belt. [5] Always look before proceeding, electronic drive aid is not a substitute for conscientious driving; always be aware of your surroundings. [6] Based on latest available competitive information. Class based on light-duty pickups. [7] SiriusXM subscriptions for audio and data services are sold by SiriusXM to follow your trial subscription. **If you decide to continue listening after your trial, the subscription plan you choose will automatically renew thereafter and you will be charged according to your chosen payment method at then-current rates.** Fees and taxes apply. To cancel, you must call SiriusXM at 1-866-635-2349. See the SiriusXM Customer Agreement for complete terms and more information at siriusxm.com. All fees and programming subject to change. Your equipment and features for SiriusXM services will vary depending upon the vehicle you select and may be limited in select markets. [8] Vehicle must be within the United States, have network coverage and must be registered with Uconnect Access with an active subscription that includes the applicable feature and you must fulfill minimum subscription requirements. It must also be equipped with features that enable remote commands, such as keyless entry, and must be in active and usable cellular range. The Uconnect Access App must be installed and launched on your mobile device to use these remote commands. Remote features are available only on vehicles that are properly equipped. Check state and local laws regarding the use of remote start systems. [9] Voice Text Reply and Voice Texting features require a compatible mobile device enabled with Bluetooth Message Access Profile (MAP). iPhone and some other smartphones do not currently support Bluetooth MAP. Visit UconnectPhone.com for system and device compatibility. Ensure MAP is ON and incoming message notification is enabled. Vehicle must be registered for Uconnect Access and you must fulfill minimum subscription requirements. Also requires the use of a compatible smartphone that supports text messaging and Bluetooth. Visit UconnectPhone.com for system and device compatibility. [10] Requires a mobile phone equipped with the Bluetooth Hands-Free Profile. Visit UconnectPhone.com for system and device compatibility. [11] The 9-1-1 Call button will connect you directly with Emergency Assistance. If you accidentally press the button, you have 10 seconds to cancel the call by either pressing the 9-1-1 button on the rearview mirror or the Cancel button on the Uconnect touchscreen. [12] Provides direct dial access to Roadside Assistance Service. Vehicle must be within the United States, have network coverage and must be registered with Uconnect Access with an active subscription that includes the applicable feature. Additional roadside assistance charges may apply. Check warranty for details. [13] WiFi subscription required. Vehicle must be registered with Uconnect Access and fulfill minimum subscription requirements. Vehicle must be properly equipped and in active and usable cellular range for WiFi usage. WiFi Hotspot does not enable direct communication between multiple in-vehicle devices. Factors affecting the performance of WiFi Hotspot include: cellular network, signal strength and quality, time of day, number of channels used by the service provider, type of connection, number of clients using WiFi Hotspot and client device. This feature is not intended for use by the driver while the vehicle is in motion. Always drive safely. [14] Uconnect Access is available only on equipped vehicles purchased within the contiguous United States and AK. Services can only be used where coverage is available, see coverage map for details. For a complete list of Uconnect Access services, please visit http://www.driveuconnect.com/features/uconnect_access/packages. [15] The Advanced Front Air Bags in this vehicle are certified to the new U.S. Federal regulations for advanced air bags. Children 12 years old and younger should always ride buckled up in a rear seat. Infants in rear-facing child restraints should never ride in the front seat of a vehicle with a passenger front air bag. All occupants should always wear their lap and shoulder belts properly.

©2015 FCA US LLC. All Rights Reserved. Chrysler, Ram, Mopar, AllSecure, Big Horn, HEMI, Laramie, Laramie Longhorn, the Mopar Owner Connect design, Mopar Vehicle Protection, Outdoorsman, ParkSense, ParkView, Pentastar, Quad Cab, Ram 1500 Express, R/T, RamBox, the Ram's Head logo, Sentry Key, TorqueFlite, Tradesman and Uconnect are registered trademarks and Active-Level, Keyless Enter 'n Go, HFE High Fuel Efficiency & Design and Rebel are trademarks of FCA US LLC.

Toyo is a registered trademark of TOYO TIRE & RUBBER CO., LTD. iPhone is a registered trademark of Apple Inc. Bluetooth is a registered trademark of Bluetooth SIG, Inc. Mossy Oak is a registered trademark of Haas Outdoors, Inc. Sirius, XM and all related marks and logos are trademarks of SiriusXM Radio Inc. Facebook and logo are trademarks of Facebook, Inc. The Twitter logo is a service mark of Twitter, Inc. The YouTube logo is a trademark of Google Inc. Yelp is a registered trademark of Yelp. Bilstein is a registered trademark of August-Bilstein GmbH & Co. Instagram and logo are registered trademarks of Instagram, Inc.

**About this catalog:** Since the time of printing, some of the information you'll find in this catalog may have been updated. Ask your dealer for details. Some of the equipment shown or described throughout this catalog may be available at extra cost. Specifications, descriptions, illustrative materials and all competitive comparisons contained herein are as accurate as known at the time this publication was approved for printing. FCA US LLC reserves the right to discontinue models at any time or change specifications without notice or without incurring obligation. Options may be required in combination with other options. For the price of the model with the equipment you desire, or verification of specifications contained here, see your Ram dealer.

      Join our community on Facebook, submit your photos on Instagram, follow us on Twitter and check us out on YouTube.      Join fellow Ram enthusiasts and tell your story by posting comments, participating in discussions and sharing your photos and videos

## THE RAM OUTFITTER

Cool signage. Apparel. Electronics. Tools. Sports gear and business items. With your 2016 Ram 1500, you've got a world of Ram merchandise that's just a click away. It's all at **Ram Outfitter**.

Treat yourself. Find the perfect gifts for the Ram enthusiast in your life. The Ram's Head identity leaves no doubt about the truck that rules.

**RAMTRUCKS.COM/OUTFITTER**

   

# RAMTRUCKS.COM



Ram is a registered trademark of FCA US LLC.