# Exhibit O

# 2020 RAM
# 1500



Dealer eProcess

# 2020 RAM 1500. WELCOME TO LUXURY, TECHNOLOGY AND CAPABILITY

**BUILT WITH ONE SINGLE OBJECTIVE: BE THE BEST AT EVERYTHING.** Ram 1500 is designed to accomplish multiple jobs. This full-size pickup crosses the finish line by delivering more than you would expect—Class-Leading luxury[1]* and comfort, proven capability as well as head-turning good looks.

This powerhouse has it all—from sophisticated technologies to outstanding towing to Best-in-Class features, including rear legroom[2] and aerodynamics,[3] to the Largest-in-Class touchscreen.[3] It just picked up a Top Safety Pick+ honour from the Insurance Institute for Highway Safety—the first full-size pickup to receive a 2019 Top Safety Pick+ award. This is the pickup that raises the bar in every category that counts. This is Ram 1500.

**RAM 1500 MEASURES UP**

▶ Largest-in-Class 12-inch touchscreen media centre[3]—Available

▶ Class-Exclusive reclining rear seat with eight-degree recline[3]—Available

▶ 12-way power seats, including four-way lumbar adjust and three levels of adjustable heat/ventilation—Available

▶ Four-way front headrests; second-row fold-down headrests

▶ Best-in-Class rear-seat legroom of 1,145 mm (45.1 in)[2]

▶ Passenger-friendly fold-down rear centre console

▶ Rear flat load floor for increased legroom and greater in-cabin cargo space

▶ Reconfigurable front centre console—Available

▶ Tablet holder for rear-seat passengers—Available



## 8 OUT OF 10
RAM LIGHT DUTY PICKUPS SOLD IN THE LAST 30 YEARS ARE STILL ON THE ROAD, MORE THAN ANY OTHER PICKUP[†]

Limited in Red Pearl.
*All disclaimers and disclosures can be found on back cover.

TABLE OF CONTENTS

DESIGN DETAILS . . . . . . . . . . . . . . . . . . . . . . . . . .4
UCONNECT® . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5
INTERIORS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6
POWERTRAINS . . . . . . . . . . . . . . . . . . . . . . . . . . . .7
TOWING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
TOWING TECHNOLOGY . . . . . . . . . . . . . . . . . . . .9
STRENGTH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
SAFETY AND SECURITY . . . . . . . . . . . . . . . . . . .11
MULTIFUNCTION TAILGATE . . . . . . . . . . . . . . . .12
RAMBOX® CARGO MANAGEMENT SYSTEM . . . . . . . . . . . . . . . . . . .13
LIMITED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14
LARAMIE LONGHORN® . . . . . . . . . . . . . . . . . . . .15
LARAMIE® . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
REBEL® . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
SPORT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
TRIM LEVELS . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
WHEELS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
EXTERIOR COLOURS . . . . . . . . . . . . . . . . . . . . .23
INTERIOR FABRICS . . . . . . . . . . . . . . . . . . . . . . .24























# BRILLIANT DETAILS

**THE FINE ART OF DESIGN: TEXTURES, MATERIALS AND PATTERNS.** For sure, there's beauty in hauling a tonne, or towing huge boats and trailers. But we think there's also beauty in the details. You'll find them everywhere in a 2020 Ram 1500. Brilliant design touches include the real wood and leather of Limited and Laramie Longhorn.® The Class-Exclusive Rotary dial E-shifter.⁶ The tire-tread seat patterns of Rebel.® The intuitive controls and the eye-friendly instrumentation found in every model. No matter which model you choose, attention to detail is what separates Ram 1500 from the rest.

# LARGEST-IN-CLASS 12-INCH TOUCHSCREEN MEDIA CENTRE[3]

**CHOSEN BY YOU. CUSTOMIZED BY YOU.**

This is what's meaningful to today's driver: user-friendly technology that delivers premium levels of entertainment, communications, comfort and convenience. Ram 1500 offers a wealth of technologies that do it all. Among them: the latest generation of the Award-Winning Uconnect® systems. Built-in cellular connectivity. Even personalized settings for available features like heated/ventilated seats, Keyless Enter 'n Go™—and much, much more.



**LARGEST-IN-CLASS AVAILABLE 12-INCH TOUCHSCREEN**[3]
It's reconfigurable, with a one-touch, customizable "Home Screen." Standard on Limited model and available on Laramie,® Laramie Longhorn,® Rebel,® and Sport models.

**((SiriusXM))**
· SiriusXM radio® features the comprehensive 360L: 200 channels, 5,000 hours of on-demand content (includes 1-year trial subscription).



· Apple CarPlay[5] makes in-vehicle iPhone use easy and safe. Your call: use the touchscreen or Siri voice commands.[6] Available.

**android auto**
· Android Auto™[5] is plug-and-play convenience with Google Maps, Google Play Music—and more. You love Android™; Google goes with you. Available.

**((SiriusXM)) GUARDIAN**
· SiriusXM Guardian[7] Connected Services with the Uconnect App offer remote services that let you start your car from afar,[8] unlock doors or flash your headlamps—all from your smartphone (includes 1-year trial subscription). Available.

**SiriusXM TRAFFIC    SiriusXM TRAVEL LINK**
· SiriusXM Traffic[8] and SiriusXM Travel Link[8] feature a 5-year trial subscription and include a wide range of services and conveniences. Among them:
· The Uconnect Smartphone App
· Multi-touch gesturing (e.g., pinch-to-zoom, touch/drag, etc.)
· 4G LTE Wi-Fi Hotspot capability[10] (one gigabyte with 3-month trial)
· Full-screen Uconnect Navigation[11] with pinch-to-zoom
· Bluetooth® hands-free calling[12] and Voice Text Reply[13]
· Uconnect Integrated Voice Command[13]
· Siri Eyes Free[6]





Apple CarPlay[5] shown on touchscreen.





Limited interior in Light Frost/Indigo.

# PURE SOPHISTICATION IN MOTION

**FORGET THE LAP OF LUXURY. RAM 1500 LIMITED GIVES YOU FULL-BODIED LUXURY.** You know it the minute you take a seat: you've achieved the finer side of refinement. The 2020 Ram 1500 Limited interior leaves nothing to be desired—and forces the competition back to their drawing boards. The Most Luxurious Truck in Its Class[1] offers a leather-trimmed interior of your choice—either in the elegant all-Black treatment or in Light Frost/Indigo. As always, this story of luxury is in the details—and in Limited, they're abundant.

Spacious front ventilated bucket seats with full-length centre console. Reclining 60/40 rear split bench seat with fold-down console. Front and rear heated seats. More leather and real wood than its competitors[1]—including leather-wrapped wood steering wheel. SiriusXM radio.[6] Uconnect® 4C NAV[11] multimedia centre with full-colour display. Largest-in-Class 12-inch touchscreen media centre.[3] Subtle LED interior lighting. When it comes to a full-size pickup with full-bodied luxury, you are in the right place: in a Ram 1500 Limited.

## 3.0L ECODIESEL V6

**260**HP **480**LB-FT OF TORQUE · **12,560**-LB (**5,697**-KG) MAX TOWING



5 YRS/100 000 KM
POWERTRAIN LIMITED WARRANTY[†]

  

QUAD CAB® 6' 4" BOX
12,560-LB (5,697-KG) MAX TOW CAPACITY*
2,040-LB (925-KG) PAYLOAD CAPACITY*

CREW CAB 5' 7" BOX
9,910-LB (4,495-KG) MAX TOW CAPACITY*
1,800-LB (816-KG) PAYLOAD CAPACITY*

CREW CAB 6' 4" BOX
9,950-LB (4,513-KG) MAX TOW CAPACITY*
1,750-LB (794-KG) PAYLOAD CAPACITY*

**THE THIRD GENERATION: TURBOCHARGED AND STRONGER THAN EVER.** You asked for it—and we delivered. Compared to the previous generation, the new, upgraded 3.0L EcoDiesel V6 delivers 14 percent greater torque—now up to 480 lb-ft, easily handling big towing and hauling assignments—and eight percent more horsepower. It's available for all models and configurations, and, for the first time, even Ram 1500 Rebel.®

Technical improvements include a new-generation water-cooled turbocharger with variable geometry turbine, redesigned cylinder head intake ports to help improve performance and fuel economy, a redesigned exhaust gas circulation system and new, optimized compression ratio–from 16.5:1 to 16:1.

## 3.6L PENTASTAR™ V6

**305**HP **269**LB-FT OF TORQUE · **7,730**-LB (**3,506**-KG) MAX TOWING

5 YRS/100 000 KM
POWERTRAIN LIMITED WARRANTY[†]

  

QUAD CAB 6' 4" BOX
7,710-LB (3,497-KG) MAX TOW CAPACITY*
2,300-LB (1,043-KG) PAYLOAD CAPACITY*

CREW CAB 5' 7" BOX
7,620-LB (3,456-KG) MAX TOW CAPACITY*
2,000-LB (907-KG) PAYLOAD CAPACITY*

CREW CAB 6' 4" BOX
7,580-LB (3,439-KG) MAX TOW CAPACITY*
1,960-LB (889-KG) PAYLOAD CAPACITY*

**FORMIDABLE V6 POWER—FURTHER BOOSTED BY eTORQUE TECHNOLOGY.** This is Pentastar™ power: dual, independent cam phasing. High torque over a broad rpm range—nearly 90 percent of peak torque is available from 1,800 to 6,400 rpm. A high 10.2:1 compression ratio. Now combine that with a Class-Exclusive V6 eTorque mild-hybrid powertrain[§]: a belt starter-generator system and a 48-volt lithium-ion battery pack to enable stop/start technology, regenerative braking and electronic power boost.

In every way, it's a winning combination for Ram 1500, giving you more torque when you most need it—like taking off from a dead stop or pulling a boat out of the water—and it's why it's standard on select 2020 Ram 1500 models.

## 3.6L PENTASTAR® V6

eTORQUE TECHNOLOGY WITH 27 MPG (10.3 L/100 KM) HWY[14]
AND A SUPPLEMENTAL 130 LB-FT eTORQUE–AVAILABLE

**395**HP **410**LB-FT OF TORQUE · **12,750**-LB (**5,783**-KG) MAX TOWING




5 YRS/100 000 KM
POWERTRAIN LIMITED WARRANTY[†]

 

QUAD CAB 6' 4" BOX

| HEMI | 11,620-LB (5,271-KG) MAX TOW CAPACITY* |
| | 1,910-LB (866-KG) PAYLOAD CAPACITY* |
| HEMI eTORQUE | 12,750-LB (5,783-KG) MAX TOW CAPACITY* |
| | 1,920-LB (889-KG) PAYLOAD CAPACITY* |

CREW CAB 5' 7" BOX

| HEMI | 11,540-LB (5,234-KG) MAX TOW CAPACITY* |
| | 1,840-LB (835-KG) PAYLOAD CAPACITY* |
| HEMI eTORQUE | 11,400-LB (5,171-KG) MAX TOW CAPACITY* |
| | 1,770-LB (803-KG) PAYLOAD CAPACITY* |

CREW CAB 6' 4" BOX

| HEMI | 11,490-LB (5,212-KG) MAX TOW CAPACITY* |
| | 1,790-LB (812-KG) PAYLOAD CAPACITY* |
| HEMI eTORQUE | 11,400-LB (5,171-KG) MAX TOW CAPACITY* |
| | 1,690-LB (767-KG) PAYLOAD CAPACITY* |

**PERFORMANCE THAT RULES.** Few available engines carry its clout, and even fewer offer such fuel-sipping technology. Engineering features include Variable Valve Timing (VVT), the ingenious Multi-Displacement System (MDS), to transform this mighty V8 into a robust four-cylinder, and the built-in efficiencies of the versatile and powerful hemispherical head design.

**WATCH A LEGEND TRANSFORM ITSELF: THE HEMI® WITH AN AVAILABLE CLASS-EXCLUSIVE V8 eTORQUE MILD-HYBRID POWERTRAIN.**[§] For all models—and available on 2020 Ram 1500 Laramie,® Laramie Longhorn® and Limited—is the 5.7L HEMI V8 with eTorque—engineering that employs an onboard electric motor to create a mild-hybrid system. Benefits include longer four-cylinder operation while in the MDS Mode and more refined stop/start—both of which help improve fuel efficiency. As well, the onboard motor interacts with the regenerative braking, creating a generator which converts kinetic energy to recharge the battery system.

*When properly equipped.

[§]See back cover for warranty details.

DEP DEALER ePROCESS



THE DREAM IS REAL.

# MAX TOW PACKAGE
## ENABLES UP TO 18,350-LB (8,323-KG) GCWR*

Limited in Patriot Blue Pearl.

*When properly equipped. Properly secure all cargo. Always tow within the vehicle's capacity.

**LIVE THE LIFE YOU VALUE. RAM 1500 MAKES IT HAPPEN.** Serious towing mandates serious technology. Standard and available for Ram 1500 includes the state-of-the-art 360° Surround-View Camera System[15] and Class-Exclusive Active-Level™ Four-Corner Air Suspension System,[9] which includes an indispensable and convenient Bed-Lowering Mode for trailer hookups and steering-wheel-directed LED headlamps.

**LED HEADLAMPS**

**360° SURROUND-VIEW CAMERA[15]**

**ACTIVE-LEVEL™ AIR SUSPENSION**

**BED-LOWERING MODE WITH AIR SUSPENSION**



RAM 1500: 2019 IIHS TOP SAFETY PICK+'
'Crew Cab models with optional front crash prevention and specific headlights built after May, 2019.

Properly secure all cargo. Always tow within the vehicle's capacity.

# SAFETY WHERE IT MATTERS MOST: ALL AROUND YOU

**LANE DEPARTURE WARNING (LDW) PLUS[15]**
Ram 1500 can read the road. Mounted on the external sideview mirrors, cameras can identify road lines, determine where the vehicle is and monitor motion. Should the system detect movement onto either line without use of the turn indicator, the system will warn the driver and apply torque to the steering wheel to correct the movement. If no action is taken to correct the drift, the system will automatically align the vehicle back into its correct lane position. Available.

**ADAPTIVE CRUISE CONTROL (ACC) WITH STOP AND GO[15]**
Think cruise control that's smarter than ever. When the lanes ahead are clear, this available system maintains the set speed of travel. When traffic slows, it automatically adjusts to a safe distance selected by the driver.
In certain conditions, such as stop-and-go traffic, the system is able to bring the vehicle to a complete stop without any driver intervention, then prompt the driver to press the Resume button or tap the accelerator to reengage to safe-range speeds as traffic begins to move.

**FORWARD COLLISION WARNING (FCW) WITH ACTIVE BRAKING[15]**
Using radar and video sensors, this available system detects whether the vehicle is approaching a vehicle or large obstacle in its path too rapidly. When an object is detected, the system can provide audible and visual warnings and can assist the driver in avoiding the incident by actively applying the brakes. The driver can adjust the sensitivity and turn brake support on or off using the Uconnect® radio.

**BLIND-SPOT MONITORING (BSM)[15] WITH TRAILER DETECTION[15]**
This available asset monitors the blind spots on each side of the vehicle, utilizing sensors in each of the side mirrors, providing audible chimes and/or visual icons to inform the driver when changing lanes, passing others
or being passed. Trailer Detection[15] senses and accounts for the length of the trailer.

**REAR CROSS-PATH DETECTION[15]**
When in Reverse and vehicles and/or other objects are in perpendicular relationships to your Ram 1500, dual wide-band radar sensors let you know, using lit icons in the outside mirrors and driver-selected chimes. Available.

**LOOK INTO YOUR 2020 RAM 1500 AND YOU'RE LOOKING AT PURE CAPABILITY.**

**CLASS IV TOWING HITCH**
Trailering is part of Ram 1500 DNA. Tradesman, Big Horn, Sport, Laramie, Laramie Longhorn and Limited all offer an available Class IV hitch receiver, while on Rebel, it is standard.

**BOOST YOUR GROSS COMBINED WEIGHT RATING**
The available Max Tow Package—with its massive 10-inch rear axle-ramps up GCWR to 8,323 kg (18,350 lb).

**2020 RAM EXCLUSIVE**
**AIR SUSPENSION TECHNOLOGY**
The Active-Level™ Four-Corner Air Suspension System is ideal for towing, and features the bed-lowering Hitch Assist. Available.

**SMART FRONT SUSPENSION**
We found what works best: incorporate a heavy-duty front stabilizer bar for additional resilience.



**PROGRESSIVE-RATE REAR SPRINGS**
Automatically adapt to payload while helping maintain a level profile and superb ride quality.

**REAR-AXLE THERMAL MANAGEMENT SYSTEM**
This available technology controls lubricant viscosity—a real help that contributes to fuel efficiency.

**2020 RAM EXCLUSIVE**
**UNIQUE SUSPENSION**
For Ram 1500, only a Class-Exclusive multilink coil spring rear suspension[18] will do.

**TOUGH STEEL FRAME**
This frame is more than durable—it's super-strong, with over 98% of it using high-strength steel.

**EVERY SYSTEM. EVERY COMPONENT. EVERYTHING POINTS TO GETTING IT RIGHT.** Take a deep dive into the mechanics of a 2020 Ram 1500 and significant differences from the competition emerge. It's all about beefing up towing and hauling capability and delivering the most comfortable ride possible. The Ram 1500 multilink coil spring rear suspension technology leaves the competition's leaf-spring designs in the rearview mirror; we took it further, with our available rear-axle thermal management system and people- and cargo-friendly progressive-rate rear springs. Whether you're using your Ram 1500 for work or pleasure, count on optimal road manners, unquestionable towing and hauling capability, and exceptional occupant comfort.

# FROM TOUGH STEEL TO AIR BAGS,[17] SAFETY AND SECURITY ARE PART OF EVERY RAM 1500.

### ELECTRONIC PARKING BRAKE
Multifunctional, it features five operational modes, including Safe Mode and Drive-Away Release.

### MASSIVE BRAKES
Front and back, Ram 1500 standard rotors measure up—and they're the largest brakes in their class: nearly 378 mm (15 in) in diameter.[3]

### AIR BAG TECHNOLOGY[17]
Advanced multistage front air bags, supplemental front-seat side-mounted air bags and side-curtain air bags.

### SPLAYED FRAME RAILS
Direct energy away from the cabin and into the frame rails.



### SENSORS, CAMERAS AND AVAILABLE TECHNOLOGY
There's still more to Ram 1500 that works to protect you. Details on additional systems are below.

### SIDE-IMPACT DOOR BEAMS
Built into every Ram 1500, they reinforce protection against side impacts.

### TIRE BLOCKER
Integrated into this frame are tire blockers—one per side—offering further protection in the event of a frontal crash.

### DYNAMIC FRONT CRUMPLE ZONES
A real factor that contributes to safety, they absorb the energy from impact loads.

**WHATEVER WE CAN DO TO IMPROVE SAFETY AND SECURITY, WE WILL DO.** Our focus on safety and security addresses literally every part of your Ram 1500. Working with the variety of systems, cameras, sensors and software is a long list of robust physical and mechanical properties. These areas encompass frame construction and crossmember strength; refined structural aspects of the surrounding body, including the doors; brake systems with huge rotors; and multiple air bag[17] systems that surround the driver and passengers. Put it all together and you're riding with the confidence that comes only with this unrelenting emphasis on your safety and security.

# RAM 1500: CARGO-CARRYING INGENUITY



Properly secure all cargo.

## RAM 1500 MULTIFUNCTION TAILGATE

**IT'S INVENTIVE, VERSATILE—AND TOTALLY CONVENIENT.** As a pioneer in innovative cargo management—we led the way with the Class-Exclusive RamBox® Cargo Management System[16]—it's no surprise to find a new available tailgate to make life easier. With its logical 60/40 split design with the larger door on the left, it opens side-to-side or vertically in typical tailgate fashion, and with dampened ease of operation when opening. (Select models require spray-in bedliner at additional cost.)



## EVERYTHING YOU NEED TO ACCESS, CARRY AND MANAGE YOUR CARGO.

**A. SECURE YOUR CARGO.** The Class-Exclusive RamBox® System[i6] includes two illuminated, drainable and lockable side boxes and a 115-volt power outlet that functions when the engine is running or in Accessory Mode.

**B. STANDARD SHEETS FIT.** The versatile RamBox System gives you all the conventional cargo-carrying capability you demand. Standard 4x8-foot sheets of building materials easily load into all bed sizes.

**C. MANAGE YOUR CARGO.** Want to keep certain cargo items separate? The RamBox Utility Group enhances hauling with a collapsible and stowable bed divider, an upper rail system and movable side-panel tie-down rings–just what it takes to keep your cargo in place.

**D. IN-BED LED LIGHTING.** Controlled by a switch in the bed, these available side cargo-bed lights let you load anytime and with no adjustment to a tonneau cover, if equipped.

**E. INNOVATIVE TAILGATE TECHNOLOGY.** With or without a RamBox, the available dampened tailgate opens slowly and closes with less effort. The tailgate also features an available power-release function: you can open it with the key fob button or via the in-cabin control on the overhead console. The new retractable Bed Step, available from Mopar® with the Bed Utility Group, is foot-actuated and eases your access up to the bed, while hiding smartly out of sight when not in use.


A


48.1"
B


C


D


E

Properly secure all cargo.

# LIMITED

**UNLIMITED SOPHISTICATION. BENCHMARK LUXURY. UNQUESTIONABLE CAPABILITY.**
When it comes to refinement, the formidable Ram 1500 Limited is the flagship. Offering every aspect of craftsmanship our designers and engineers can conceive—from the Class-Exclusive air suspension[16] to the generous use of real wood and leather trim inside—this top-of-the-line Ram 1500 proves conclusively: the Most Luxurious Truck in Its Class[1] has no limits to refinement.



Limited interior in Black.



▶ Canada's Best-Selling V8 Engine[18]—5.7L HEMI® V8 with Available eTorque
▶ Blind-Spot Monitoring[15] with Rear Cross-Path[15] and Trailer Detection[15]
▶ Class-Exclusive Active-Level™ Four-Corner Air Suspension System[16]
▶ Luxury Full-Leather High-Back Front Bucket Seats
▶ Uconnect® 4C NAV[11] Multimedia Centre with Largest-in-Class
  12-inch Touchscreen[3]
▶ Bi-Functional LED Projector Headlamps

  See more at **RAMTRUCK.CA**

Limited in Billet Metallic.
Properly secure all cargo. Always tow within the vehicle's capacity.





Laramie Longhorn® interior in Black/Cattle Tan.

**REFINEMENT THAT MATCHES ITS OWN STRENGTH. SOME SAY IT'S BEST IN THE FIELD.**
We're inclined to agree. With its distinctive western theme, Laramie Longhorn® offers superb styling choices that include monotone or two-tone exterior treatments, with authoritative, 20-inch wheels to match. It's echoed inside with your choice of leather treatments—either with the characteristic Longhorn signature etching or without—bolstered by state-of-the-art technology and every convenience you can imagine.

▸ Canada's Best-Selling V8 Engine[18]—5.7L HEMI® V8 with Available eTorque
▸ Chrome Side Steps and Chrome Tow Hooks
▸ Heated Rear Seats
▸ Uconnect® 4C NAV[11] Multimedia Centre with 8.4-inch Touchscreen
▸ Bi-Functional LED Projector Headlamps
  See more at **RAMTRUCK.CA**





Laramie Longhorn with Off-Road Group in Diamond Black Crystal Pearl.

# LARAMIE



Laramie® interior in Light Frost/Mountain Brown.

**GO WHERE LIFE TAKES YOU. AND GET THERE IN COMPLETE LUXURY.** You know it the minute you see it: a Ram 1500 Laramie® is sophistication that rules whatever road you're taking. Count on a sleek exterior with a model-specific grille riding on 18-inch cast aluminum off-road wheels—a clear indication you're going wherever you want—and an interior so focused on comfort and convenience, there's even a Class-Exclusive available reclining rear seat.[3]

- ▸ Canada's Best-Selling V8 Engine[18]—5.7L HEMI® V8 with Available eTorque
- ▸ Leather-Faced, Heated and Ventilated 40/20/40 Front Bench Seat with Power 12-Way Front Driver and Passenger
- ▸ LED Headlamps with Chrome Bezels, LED Taillamps and LED Fog Lamps
- ▸ Power-Sliding Rear Window, Remote Start and Power-Folding, Heated Exterior Mirrors
- ▸ LED Headlamps and Taillamps with Black Bezels

  See more at **RAMTRUCK.CA**



Laramie in Red Pearl.
Properly secure all cargo. Always tow within the vehicle's capacity.





Rebel® interior in Black/Dark Ruby Red.



**WE CHAMPION THE REBEL WITHIN. THAT'S WHY WE CREATED THIS TRUCK.** Any way you look at it, this truck stands apart—then you catch the details that prove it. Like the distinctive exterior with that Sport performance hood. Capability that includes a 25.4-mm (one-inch) increase in ride height. Huge 33-inch tires and a Class IV hitch receiver. The interior is a rebellion in motion, with characteristic Rebel themed "treaded" seat patterns that pay homage to those tires and signature touches that embrace Rebel colour themes and exclusive badging.

▸ Canada's Best-Selling V8 Engine[10]—5.7L HEMI® V8
▸ Bilstein® Off-Road Shocks, Hill Descent Control, Skid Plates and Wheel Flares
▸ Black Powder-Coated Steel Bumpers, Aggressive Approach Angles, Tow Hooks and Factory Lift
▸ Electronic Locking Rear Axle (eLocker)
▸ 18-inch Aluminum Off-Road Wheels and On-/Off-Road 33-inch Tires with Outlined White Lettering (OWL)
▸ Rebel® Themed Interior with 7-inch Full-Colour Reconfigurable Six-Gauge Cluster
▸ Unique Laser-Ingrained Dark Ruby Red Accents with Black/Dark Ruby Red Premium Seats
▸ Rebel Themed Floor Mats and Leather-Wrapped Steering Wheel
  See more at **RAMTRUCK.CA**



Rebel interior in Black/Dark Ruby Red.



Rebel in Flame Red with optional multifunction tailgate.

Rebel in Flame Red.

DEALER ePROCESS

# SPORT



Sport in Diamond Black Crystal Pearl.

**INCLUSIVE OF ALL THAT'S GOOD. EXCLUSIVE TO CANADA.** Meet Ram 1500 Sport—a truck built for work and play, and it takes it all home with a winning attitude. In 4x2 and 4x4, powered by a standard 5.7L HEMI® V8, Ram 1500 Sport steps up to the plate with bold exterior styling set off by Light Black Satin Chrome finishes and huge 20-inch aluminum wheels—with lots of options to make it your own.

**A COMPLETELY SPORT-THEMED INTERIOR.** Consider yourself surrounded by premium design touches and singular creature comforts, from the unique front-seat treatments to the dynamic Black headliner to the individualistic "Sport" splash screen to the fine points—like the Diesel Grey accent stitching. Shown above: the Ram 1500 Sport instrumentation cluster.

- Available in Canada Only
- Canada's Best-Selling V8 Engine[18]—5.7L HEMI V8
- Body-Colour Front/Rear Bumpers, Grille, Door Handles and Mirrors
- LED Headlamps and Taillamps with Black Bezels
- 20-inch Aluminum Wheels Standard; 22-inch Black Noise Aluminum Wheels Available
- Uconnect® 4 Multimedia Centre with 8.4-inch Touchscreen
- Unique Heated Premium Vinyl/Cloth Front Bucket Seats

  See more at **RAMTRUCK.CA**

## RAM 1500 TRIM LEVELS



# TRADESMAN®



# BIG HORN®

**POWERTRAIN**

3.0L EcoDiesel V6 with 8-speed automatic†
3.6L Pentastar™ Variable Valve Timing (VVT) V6 with eTorque and 8-speed automatic
5.7L HEMI® VVT V8 with Multi-Displacement System (MDS) Technology and 8-speed automatic

**POWERTRAIN**

3.0L EcoDiesel V6 with 8-speed automatic†
3.6L Pentastar VVT V6 with eTorque and 8-speed automatic
5.7L HEMI VVT V8 with MDS Technology and 8-speed automatic

### STANDARD FEATURES

**INTERIOR AMENITIES**

3.5-inch Electronic Vehicle Information Centre (EVIC)
4-way adjustable front headrests
4-way driver and front-passenger manual-adjust seats
12-volt auxiliary power outlet
Air conditioning
Black vinyl floor covering
Cruise control
Hands-free communication[12] with Bluetooth® streaming audio
Heavy-duty vinyl 40/20/40 front bench seat
Map/courtesy lamp and rear dome lamp

Media Hub with 2 USB ports and auxiliary audio input jack
Overhead console
ParkView® Rear Back-Up Camera[15]
Power door locks and front windows with 1-touch up-and-down
Push-button start
Rearview day/night mirror
Remote keyless entry
Remote USB ports for charging
Rotary dial E-shifter
Tilt/telescoping steering column
Uconnect® 3 multimedia centre with 5-inch touchscreen and 6 speakers

**EXTERIOR FEATURES**

18-inch steel wheels with 275/65R18 BSW All-Season tires
Automatic quad-halogen headlamps
Black grille, door handles and front/rear bumpers

Black power, heated mirrors, manual folding
Cargo lamp
Incandescent taillamps

**CAPABILITY & FUNCTIONALITY**

3.21 axle ratio
7-pin wiring harness
Active front air dam
Active grille shutters

Electronic shift-on-the-fly part-time transfer case (4x4 only)
Front/rear stabilizer bar
Heavy-duty front/rear shock absorbers
Multilink coil spring rear suspension

**SAFETY & SECURITY**

4-wheel disc antilock brakes with Brake Assist
6 air bags[17] including advanced multistage front, supplemental front-seat
side-mounted and side curtain
730-amp maintenance-free battery
Cargo tie-down loops
Electronic parking brake

Electronic Stability Control (ESC)[13] with Ready Alert Braking, Rain Brake
Support, Hill Start Assist, Traction Control, Electronic Roll Mitigation and
Trailer Sway Control
Engine block heater
Full-size temporary-use spare tire
Tire Pressure Monitoring display
Tire-fill alert

**OPTIONAL EQUIPMENT**

3.55 Rear Axle Ratio
3.92 Rear Axle Ratio
Active-Level™ Four-Corner Air Suspension
Antispin Differential Rear Axle
Bed Utility Group
Class IV Hitch Receiver
eLocker Electronic-Locking Rear Differential
Front and Rear Rubber Floor Mats
Max Tow Package (4x4 Quad Cab® only)
Multifunction Tailgate

Off-Road Group (4x4 only)
Pickup Box Lighting
Protection Group (4x4 only)
RamBox® Cargo Management System (5' 7" box only)
Rear Wheelhouse Liners
SXT Appearance Package
Tradesman Level 1 Equipment Group
Trailer Brake Control
Trailer Tow Group
Tri-Fold Tonneau Cover

### STANDARD FEATURES
### INCLUDE SELECT TRADESMAN FEATURES PLUS:

18-inch aluminum wheels with 275/65R18 BSW All-Season tires
Big Horn badge
Carpet floor covering
Chrome front/rear bumpers, grille and door handles
Cloth 40/20/40 front bench seat

Door trim panel with map pocket
Electronic shift-on-demand transfer case (4x4 only)
Fog lamps
Front and rear floor mats
Front centre-seat cushion storage
Front seatback map pockets
Leather-wrapped steering wheel with audio controls
Rear sliding window

**OPTIONAL EQUIPMENT**

3.55 Rear Axle Ratio
3.92 Rear Axle Ratio
10 Amplified Speakers, including a Subwoofer
20-inch Chrome-Clad Aluminum Wheels
Active-Level Four-Corner Air Suspension
Antispin Differential Rear Axle
Bed Utility Group
Big Horn Level 1 Equipment Group
Big Horn Level 2 Equipment Group
Blind-Spot Monitoring[13] with Rear Cross-Path Detection[15] and
Trailer Detection[15]
Chrome Wheel-to-Wheel Side Steps
Class IV Hitch Receiver
Dual-Pane Panoramic Sunroof (Crew Cab only)
eLocker Electronic-Locking Rear Differential
Front and Rear Rubber Floor Mats
Max Tow Package (4x4 Quad Cab only)

Multifunction Tailgate
Off-Road Group (4x4 only)
Park-Sense® Front and Rear Park Assist[15]
Premium Lighting Group
Protection Group (4x4 only)
RamBox Cargo Management System (5' 7" box only)
Rear Underseat Compartment Storage
Rear Wheelhouse Liners
Remote Start
Single-Pane Sunroof (Quad Cab only)
SiriusXM Satellite Radio with 1-Year Subscription[6]
Trailer Brake Control
Trailer Tow Group
Tri-Fold Tonneau Cover
Uconnect 4C NAV Multimedia Centre with 8.4-inch Touchscreen
and Navigation[11]

†Late availability.



## RAM 1500 TRIM LEVELS



# SPORT

**POWERTRAIN**

3.0L EcoDiesel V6 with 8-speed automatic[†]
5.7L HEMI® Variable Valve Timing (VVT) V8 with Multi-Displacement System (MDS) Technology and 8-speed automatic with E-shifter

### STANDARD FEATURES
### INCLUDE SELECT BIG HORN® FEATURES PLUS:

7-inch full-colour customizable in-cluster display centre
20-inch aluminum wheels with 275/55R20 OWL All-Season tires
115-volt auxiliary power outlet
Android Auto™[6]
Apple CarPlay[6]
Auto-dimming rearview mirror
Black badging
Body-colour front/rear bumper, grille, door handles and mirrors
Cloth/vinyl low-back front bucket seats
Dampened tailgate
Deluxe door trim panel
Full-length floor console
Heated front seats
Heated, perforated steering wheel

LED dome lamp and glove box lamp
LED fog lamps
LED headlamps with Black bezels
LED taillamps
Power 12-way driver's seat including 4-way lumbar adjust
Power-adjustable pedals
Premium overhead console
Rear window defroster
SiriusXM satellite radio with 1-year subscription[6]
Sport badge
Sun visors with illuminated vanity mirrors
Uconnect® 4 multimedia centre with 8.4-inch touchscreen
Universal Garage Door Opener[35]

**OPTIONAL EQUIPMENT**

3.92 Rear Axle Ratio
10 Amplified Speakers, including a Subwoofer
22-inch Polished Aluminum Wheels
Active-Level™ Four-Corner Air Suspension
Advanced Safety Group
Antispin Differential Rear Axle
Bed Utility Group
Black Tubular Side Steps
Blind-Spot Monitoring[15] with Rear Cross-Path Detection[15] and
   Trailer Detection[15]
Class IV Hitch Receiver
Comfort and Convenience Group
Dual-Pane Panoramic Sunroof (Crew Cab only)
eLocker Electronic-Locking Rear Differential
Front and Rear Rubber Floor Mats
Leather and Sound Group

Leather and Sound Group–Alpine®
Leather-Faced Bucket Seats
Multifunction Tailgate
Park-Sense® Front and Rear Park Assist[15]
Power Side Steps
RamBox® Cargo Management System (5' 7" box only)
Remote Start
Single-Pane Sunroof (Quad Cab® only)
Sport Level 2 Equipment Group
Sport Performance Hood
Spray-In Bedliner
Trailer Brake Control
Trailer Tow Group
Tri-Fold Tonneau Cover
Uconnect 4C NAV Multimedia Centre with 8.4-inch Touchscreen
   and Navigation[11]

# REBEL®

**POWERTRAIN**

3.0L EcoDiesel V6 with 8-speed automatic[†]
5.7L HEMI VVT V8 with MDS Technology and 8-speed automatic

### STANDARD FEATURES
### INCLUDE SELECT BIG HORN FEATURES PLUS:

3.92 rear axle ratio
7-inch Rebel themed full-colour customizable in-cluster display centre
18-inch Black aluminum wheels with LT275/70R18E OWL All-Terrain tires
115-volt auxiliary power outlet
Black badging
Black grille
Black lower two-tone paint and fender flares
Black powder-coated front and rear bumpers
Black RAM tailgate badge
Black door handles
Dampened tailgate
Electronic shift-on-the-fly part-time transfer case
eLocker electronic-locking rear differential
Front/rear Bilstein® performance-tuned shock absorbers
Full-length centre console
Glove box lamp

High-durability technical grain vinyl front bucket seats with cloth embossed
   tire-tread inserts
Hill Descent Control
LED fog lamps
LED headlamps with Black bezels
LED taillamps
Off-road rubber floor mats
Perforated steering wheel
Power 12-way driver's seat, including 4-way lumbar adjust
Power-sliding rear window
Rebel badge
SiriusXM satellite radio with 1-year subscription[6]
Skid plates–transfer case, steering system, front suspension and fuel tank
Sport performance hood
Tow hooks
Vinyl door trim panel

**OPTIONAL EQUIPMENT**

10 Amplified Speakers, including a Subwoofer
Active-Level Four-Corner Air Suspension
Bed Utility Group
Black Tubular Side Steps
Blind-Spot Monitoring[15] with Rear Cross-Path Detection[15] and
   Trailer Detection[15]
Comfort and Convenience Group
Deployable Bed Step
Dual-Pane Panoramic Sunroof (Crew Cab only)
Leather and Sound Group
Leather and Sound Group–Alpine
Monotone Paint
Multifunction Tailgate
Park-Sense Front and Rear Park Assist[15]
RamBox Cargo Management System (5' 7" box only)

Rear Wheelhouse Liners
Rebel Bodyside Graphics
Rebel Hood Decal
Rebel Level 1 Equipment Group
Rebel Level 2 Equipment Group
Remote Start
Safety and Convenience Group
Single-Pane Sunroof (Quad Cab only)
Spray-In Bedliner
Trailer Brake Control
Trailer Tow Group
Tri-Fold Tonneau Cover
Uconnect 4C NAV Multimedia Centre with 8.4-inch Touchscreen
   and Navigation[11]

### APPEARANCE PACKAGES



**Monotone Paint**
Deletes Black Lower Two-Tone Paint



**Black Appearance Package**
Includes Diamond Black Crystal Pearl monotone
paint, 18-inch Black aluminum wheels, Black badges,
Black tow hooks, Black exhaust, Black front lower
fascia and Premium LED headlamps



[†]Late availability.

## RAM 1500 TRIM LEVELS



# LARAMIE®

**POWERTRAIN**

3.0L EcoDiesel V6 with 8-speed automatic†
5.7L HEMI® Variable Valve Timing (VVT) V8 with Multi-Displacement System (MDS) Technology and 8-speed automatic with E-shifter
5.7L HEMI V8 with MDS Technology, eTorque and 8-speed automatic

### STANDARD FEATURES
### INCLUDE SELECT SPORT FEATURES PLUS:

10 amplified speakers, including a subwoofer
18-inch aluminum wheels with 275/65R18 BSW All-Season tires
115-volt auxiliary rear power outlet
Air conditioning with Dual-Zone Automatic Temperature Control
Body-colour fender flares
Chrome auto-dimming, power-folding, heated mirrors with courtesy lamps, supplemental turn signals and memory
Chrome badging
Chrome front/rear bumpers, grille and door handles
Chrome headlamp bezels
Front seatback map pockets

Highline door trim panel
Keyless Enter 'n Go™ with proximity entry and push-button start
Laramie badge
Leather-faced 40/20/40 front bench seat
Power 12-way driver and front-passenger seats, including 4-way lumbar adjust and driver's-seat memory
Power-adjustable pedals with memory
Rear window defroster
Remote start
Security alarm
Ventilated front seats

**OPTIONAL EQUIPMENT**

3.92 Rear Axle Ratio
20-inch Polished Aluminum Wheels
Active-Level™ Four-Corner Air Suspension
Advanced Safety Group
Antispin Differential Rear Axle
Bed Utility Group
Billet Metallic Lower Two-Tone Paint
Black Appearance Package
Chrome Appearance Package
Chrome Wheel-to-Wheel Side Steps
Class IV Hitch Receiver
Dual-Pane Panoramic Sunroof (Crew Cab only)
eLocker Electronic-Locking Rear Differential
Front and Rear Rubber Floor Mats
Laramie Level 1 Equipment Group
Laramie Level 2 Equipment Group
Leather-Faced Front Bucket Seats

Off-Road Group (4x4 only)
Max Tow Package (4x2 Quad Cab® only)
Multifunction Tailgate
Night Edition
Pickup Box Lighting
Power Side Steps
Protection Group (4x4 only)
Rear Wheelhouse Liners
Single-Disc Remote CD Player
Single-Pane Sunroof (Quad Cab only)
Sport Appearance Package
Trailer Brake Control
Trailer Tow Group
Tri-Fold Tonneau Cover
Uconnect® 4C NAV Multimedia Centre with 8.4-inch Touchscreen and Navigation[1]
Uconnect 4C NAV Multimedia Centre with 12-inch Touchscreen and Navigation[1]



# LARAMIE LONGHORN®

**POWERTRAIN**

3.0L EcoDiesel V6 with 8-speed automatic†
5.7L HEMI VVT V8 with MDS Technology and 8-speed automatic
5.7L HEMI V8 with MDS Technology, eTorque and 8-speed automatic

### STANDARD FEATURES
### INCLUDE SELECT LARAMIE FEATURES PLUS:

20-inch aluminum wheels with 275/55R20 BSW All-Season tires
Auto High-Beam Headlamp Control
Bi-functional LED halogen projector headlamps
Chrome tow hooks
Chrome wheel-to-wheel side steps
Full-leather high-back front bucket seats with full-length premium floor console
Heated second-row seats
Laramie Longhorn badge
Luxury front and rear floor mats
Park-Sense® Front and Rear Park Assist[1]

Pickup box lighting
Premium door trim panel
Rain-sensing windshield wipers
Rear underseat storage
Rear wheelhouse liners
Reclining rear seat
Remote tailgate release
SiriusXM Guardian with 1-year subscription[7]
SiriusXM Travel Link® and SiriusXM Traffic® with 5-year subscription
Spray-in bedliner
Uconnect 4C NAV multimedia centre with 8.4-inch touchscreen and Navigation[1]

**OPTIONAL EQUIPMENT**

3.92 Rear Axle Ratio
22-inch Polished Aluminum Wheels
Active-Level Four-Corner Air Suspension
Advanced Safety Group
Antispin Differential Rear Axle
Bed Utility Group
Class IV Hitch Receiver
Dual-Pane Panoramic Sunroof

eLocker Electronic-Locking Rear Differential
Laramie Longhorn Level 1 Equipment Group
Multifunction Tailgate
Off-Road Group (4x4 only)
Protection Group (4x4 only)
Trailer Brake Control
Trailer Tow Group
Tri-Fold Tonneau Cover
Walnut Brown Metallic Lower Two-Tone Paint

## APPEARANCE PACKAGES



**Chrome**
Includes monotone paint, chrome window surround, chrome tow hooks and chrome wheel-to-wheel side steps



**Sport**
Includes monotone paint, Sport performance hood, body-colour grille surround, body-colour bumpers, body-colour door handles/mirrors, Black leather-trimmed interior, front bucket seats with centre console and 20-inch polished aluminum wheels



**Night Edition**
Includes 20-inch Black-painted aluminum wheels, Black badging, Black grille with Black surround, Black headlamp bezels, Black tubular side steps, body-colour door handles/mirrors, body-colour bumpers, Black leather-trimmed interior, bucket seats, dual Black exhaust tips and Sport performance hood

## APPEARANCE PACKAGES



**Body-Colour Bumper Group**
Includes front and rear body-colour bumpers

**Lower Two-Tone Paint**
Includes Walnut Brown Metallic paint for the lower body, front and rear bumpers, wheel flares, side steps and wheel inserts



†Late availability.

## RAM 1500 TRIM LEVELS



# LIMITED

**POWERTRAIN**
3.0L EcoDiesel V6 with 8-speed automatic†
5.7L HEMI® Variable Valve Timing (VVT) V8 with Multi-Displacement System (MDS) Technology and 8-speed automatic
5.7L HEMI V8 with MDS Technology, eTorque and 8-speed automatic

### STANDARD FEATURES
### INCLUDE SELECT LARAMIE LONGHORN® FEATURES PLUS:

20-inch aluminum wheels with painted pockets
Active-Level™ Four-Corner Air Suspension
Blind-Spot Monitoring¹⁵ with Rear Cross-Path Detection¹⁵ and
  Trailer Detection¹⁵
Chrome bodyside moulding
Limited badge
Limited tailgate appliqué

Luxury door trim panel
Luxury full-leather high-back front bucket seats
SiriusXM 360L with 1-year subscription⁸
Uconnect® 4C NAV multimedia centre with 12-inch touchscreen
  and Navigation¹¹
Wireless charging pad

**OPTIONAL EQUIPMENT**
3.92 Rear Axle Ratio
22-inch Polished Aluminum Wheels
Antispin Differential Rear Axle
Bed Utility Group
Body-Colour Bumper Group
Class IV Hitch Receiver
Dual-Pane Panoramic Sunroof

eLocker Electronic-Locking Rear Differential
Limited Level 1 Equipment Group
Multifunction Tailgate
Off-Road Group (4x4 only)
Power Side Steps
Protection Group (4x4 only)
Trailer Brake Control
Trailer Tow Group
Tri-Fold Tonneau Cover

### APPEARANCE PACKAGES



**Body-Colour Bumper Group**
Includes front and rear body-colour bumpers

**Black Appearance Package**
Includes Diamond Black Crystal Pearl monotone
paint, 22-inch Black aluminum wheels, Black dual
exhaust tips, Black badges, Black headlamp bezels,
body-colour door handles/mirrors, body-colour bumpers,
harman/kardon® 19-Speaker Audio System and tri-fold
tonneau cover



## RAM 1500 WHEELS


18-inch steel
Standard on Tradesman®
(WBF)


18-inch aluminum
Standard on Big Horn®; Included with
Max Tow Package and on Tradesman
with SXT Appearance Package
(WBB)


18-inch aluminum
Available on Big Horn with
Off-Road Group and Tradesman
(WBD)


20-inch chrome-clad aluminum
Available on Big Horn
(WRK)


20-inch premium
chrome-clad aluminum
Available on Big Horn
(WRO)


18-inch painted Black aluminum
Standard on Rebel®
(WBT)


20-inch aluminum
Standard on Sport
(WRF)


20-inch Black aluminum
Available on Sport
(WRW)


18-inch Gloss Black-painted aluminum
Included with Black Appearance
Package on Sport
(WBS)


18-inch aluminum
Standard on Laramie®
(WBC)


20-inch polished aluminum
Available on Laramie
(WRB)


20-inch aluminum
Included with Sport Appearance
Package on Laramie
(WRJ)


22-inch Black-painted aluminum
Included with Night Edition
on Laramie
(WPH)


22-inch polished aluminum
Available on Laramie with Sport
Appearance Package and Sport;
Included on Laramie with
Black Appearance Package
(WPM)


20-inch aluminum
Standard on Laramie Longhorn
with monotone paint
(WRU)


20-inch aluminum
Standard on Laramie Longhorn
with lower two-tone paint
(WRC)


20-inch aluminum
with painted pockets
Standard on Limited
(WRR)


22-inch polished aluminum with
Brown-painted accents
Available on Laramie Longhorn
with two-tone paint
(WPF)


22-inch polished aluminum
Available on Laramie Longhorn
with monotone paint and Limited
(WPZ)


22-inch Black-painted aluminum
Included with Black Appearance
Package on Limited
(WP9)


DEP
DEALER ePROCESS

†Late availability.

## RAM 1500 EXTERIOR COLOURS


Bright White


Ivory White Tri-Coat


Billet Metallic


Maximum Steel Metallic


Granite Crystal Metallic


Diamond Black Crystal Pearl


Hydro Blue Pearl†


Patriot Blue Pearl


Olive Green Pearl†


Flame Red


Red Pearl


Walnut Brown Metallic

†Late availability.


Rebel® in Flame Red with Diamond Black Crystal Pearl lower two-tone


Laramie® in Maximum Steel Metallic with Billet Metallic lower two-tone


Laramie Longhorn® in Ivory White Tri-Coat with Walnut Brown Metallic lower two-tone

### PAINT COLOURS AND TWO-TONE OPTIONS

| | Bright White | Ivory White Tri-Coat | Billet Metallic | Maximum Steel Metallic | Granite Crystal Metallic | Diamond Black Crystal Pearl | Hydro Blue Pearl | Patriot Blue Pearl | Olive Green Pearl | Flame Red | Red Pearl | Walnut Brown Metallic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRADESMAN® | M | — | M | M | M | M | M | M | M | M | M | M |
| BIG HORN® | M | — | M | M | M | M | M | M | M | M | M | M |
| REBEL | M ■ | — | M ■ | M ■ | M ■ | M | M ▦ | — | — | M ■ | — | — |
| SPORT | M | M | M | M | M | M | M | M | — | M | M | — |
| LARAMIE | M | M ▦ | M | M ▦ | M ▦ | M ▦ | M | M ▦ | M ▦ | M ▦ | M ■ | M |
| LARAMIE LONGHORN | M | M ■ | M | M ■ | — | M ■ | — | M ■ | — | — | M ■ | M |
| LIMITED | M | M | M | M | M | — | M | — | — | M | M | — |

M = Monotone Colour   ■ = Diamond Black Crystal Pearl Lower Two-Tone   ■ = Billet Metallic Lower Two-Tone   ■ = Walnut Brown Metallic Lower Two-Tone   — = Not available

TO SEE MORE EXAMPLES OF POSSIBLE PAINT COMBINATIONS, VISIT RAMTRUCK.CA

## RAM 1500 INTERIOR FABRICS



**Vinyl – Diesel Grey/Black with Diesel Grey accent stitching**
Tradesman® – Standard



**Cloth – Black with Medium Greystone accent stitching**
Tradesman – Available




**Cloth – Diesel Grey/Black with Diesel Grey accent stitching**
Big Horn® – Standard

**Cloth – Light Mountain Brown/Black with Light Mountain Brown accent stitching**
Big Horn – Standard



**Cloth – Black with Medium Greystone accent stitching**
Big Horn – Standard



**Vinyl with cloth embossed tread-pattern inserts – Black/Dark Ruby Red with Medium Greystone/Ruby Red accent stitching and embroidered Rebel® logo**
Rebel – Standard



**Leather-faced with perforated inserts – Black/Dark Ruby Red with Medium Greystone accent stitching and embroidered Rebel logo**
Rebel – Available



**Vinyl with cloth insert – Black/Medium Greystone with Medium Greystone accent stitching**
Sport – Standard



**Leather-faced with perforated inserts – Black with Medium Greystone accent stitching**
Sport – Available



**Leather-faced with perforated inserts – Black with Medium Greystone accent stitching**
Laramie® – Standard

**Leather-faced with perforated inserts – Light Frost/Mountain Brown with Light Frost accent stitching**
Laramie – Standard



**Premium leather with perforated inserts – Cattle Tan/Black with Cattle Tan accent stitching and piping**
Laramie Longhorn® – Standard

**Premium leather with perforated inserts – Light Mountain Brown/Mountain Brown with Light Mountain Brown accent stitching and piping**
Laramie Longhorn – Standard



**Premium leather with perforated inserts and laser etching – Light Mountain Brown/Mountain Brown with Light Mountain Brown accent stitching and piping**
Laramie Longhorn – Standard



**Premium leather with perforated inserts – Black with Medium Greystone accent stitching and piping**
Limited – Standard

**Premium leather with perforated inserts – Light Frost/Indigo with Light Frost accent stitching and piping**
Limited – Standard





**LIKE US ON:** facebook.com/ramtruckscanada



**FOLLOW US ON:** twitter.com/ramtruckscanada

ABOUT THIS CATALOGUE: Since the time of printing, some of the information you'll find in this catalogue may have been updated. Ask your retailer for details. Some of the equipment shown or described throughout this catalogue may be available at extra cost. Specifications, descriptions, illustrative materials and all competitive comparisons contained herein are as accurate as known at the time this publication was approved for printing. FCA Canada Inc. reserves the right to discontinue models at any time or change specifications without notice or without incurring obligation. For the price of the model with the equipment you desire, or verification of specifications contained herein, see your Ram retailer.

©2019 FCA Canada Inc. All Rights Reserved. Chrysler, Dodge, Jeep, Ram, Mopar, Big Horn, HEMI, Laramie, Laramie Limited, Laramie Longhorn, Mopar Vehicle Protection, Park-Sense, ParkView, Quad Cab, RamBox, the Ram's Head logo, Rebel, Tradesman and Uconnect are registered trademarks, and Active-Level, Keyless Enter 'n Go and Pentastar are trademarks of FCA Canada, Inc. Airstream is a registered trademark of Airstream Inc. All rights reserved. Bilstein is a registered trademark of August-Bilstein GmbH & Co. Bluetooth is a registered trademark of Bluetooth SIG, Inc. Cummins is a registered trademark of Cummins, Inc. Google, Google Maps, Google Play, Android and Android Auto are trademarks of Google LLC. Harman Kardon is a registered trademark of Harman International Industries, Incorporated. Apple CarPlay, iPhone and Siri are registered trademarks of Apple Inc. SIRIUS, XM, SiriusXM Guardian and all related marks and logos are registered trademarks of SiriusXM Radio Inc. and its subsidiaries. All rights reserved. Goodyear and DuraTrac are registered trademarks of The Goodyear Tire & Rubber Company. Facebook and logo are registered trademarks of Facebook, Inc. The Twitter name, logo, Twitter T, Tweet and Twitter blue bird are service marks of Twitter, Inc. FALKEN is a trademark of Sumitomo Rubber Industries, Ltd. Alpine and the Alpine logo are registered trademarks of Alpine Electronics, Inc.

WARRANTIES: 2020 Chrysler, Jeep, Dodge and Ram vehicles are backed by a 5-year or 100,000-kilometre* fully transferable Powertrain Limited Warranty with $0 deductible plus 24-hour roadside assistance. Basic Warranty coverage is for 3 years or 60,000 kilometres.* Rust-through coverage on all body sheet metal is for 3 years. The Cummins Turbo Diesel engine is protected by a separate Limited Warranty, covering the engine for 5 years or 160,000 kilometres.
*Whichever comes first. Some conditions may apply.  The 5-Year/100,000-Kilometre Powertrain Limited Warranty does not apply to vehicles sold for certain commercial uses. See your retailer for full details.

MOPAR VEHICLE PROTECTION: FCA Canada Inc. has a vested interest in your satisfaction and owner experience with your new Ram truck. Mopar Vehicle Protection offers extended service plans to help ensure that you'll enjoy your truck for many years down the road. For more information on comprehensive vehicle coverage, see your Ram retailer, call 800-465-2001 or visit fcacanada.ca/owners

†Based on IHS Markit Canadian Vehicles in Operation data as of July 1, 2019 for Model Years 1990-2019 versus Total New Registrations of those same vehicles. Counts for RAM include both RAM and Dodge.

DISCLAIMERS: 1) Based on *Automotive News* Full-size Pickup segmentation. Based on Ram 1500 Limited/Laramie Longhorn standard premium content comparison to Ford F-150 Platinum and Chevy Silverado 1500 High Country. 2) Based on *Automotive News* Full-size Pickup segmentation. Based on Crew Cab model offerings. 3) Based on *Automotive News* Full-size Pickup segmentation. 4) Requires SiriusXM radio subscriptions governed by SIRIUS terms and conditions available at www.siriusxm.ca. 5) Driving while distracted can result in loss of vehicle control. Only use mobile phones and other devices, even with voice controls, when it is safe to do so. Apple CarPlay requires a compatible iPhone connected via USB cable to the Uconnect system. Android Auto requires the Android Auto App on Google Play and an Android compatible smartphone running Android 5.0 or higher. Data plan rates may apply. 6) Siri Eyes Free requires an iPhone equipped with Siri. Certain features are not available while the vehicle is in motion. iPhone must be within active cellular range. Customer's existing iPhone data rates apply to Internet-supported features. 7) All SiriusXM Guardian equipped vehicles come with a 12-month trial effective on the date of purchase or lease of a new vehicle. Enrolment in the trial is required to receive service. Upon expiration of the trial period, purchase of a subscription is required to continue SiriusXM Guardian. Services can only be used where cellular coverage is available. See Uconnect and SiriusXM Guardian Terms of Service for complete service limitations. 8) When equipped with remote start. 9) SiriusXM Traffic and SiriusXM Travel Link require a subscription, sold separately or as a package, by SiriusXM Radio Inc. If you decide to continue service after your trial period included with the new vehicle purchase, the subscription plan you choose will automatically renew thereafter and you will be charged according to your chosen payment method at then-current rates. Trial service is not transferable. Fees and taxes apply. Please see the Customer Agreement at www.siriusxm.ca for complete terms and how to cancel, which includes calling SiriusXM at 1-866-539-7474. All fees and programming are subject to change. Not all vehicles or devices are capable of receiving all services offered by SiriusXM. Data displays and individual product availability vary by vehicle hardware. Current information and features may not be available in all locations, or on all receivers. Weather Forecast, Current Conditions may not be available in all locations. 10) Three-month/10B trial included with the purchase or lease of a new vehicle. Upon expiration of the trial period, purchase of a subscription is required. Wi-Fi Hotspot available through third-party subscription. Requires Internet-enabled mobile device. See retailer for details. This feature is not intended for use by the driver while the vehicle is in motion. Always drive carefully. 11) Never program while driving. GPS mapping and available 3D navigation may not be detailed or available in all areas or reflect current road regulations. 12) Driving while distracted can result in loss of vehicle control. Only use mobile phones and other devices, even with voice commands, when it is safe to do so. Voice commands of phone require a Bluetooth compatible phone. 13) Preset voice-to-text messaging and incoming text message reading require a MAP-enabled phone. 14) Based on *EnerGuide* highway fuel consumption ratings and fuel tank options. Government of Canada test methods used. Your actual fuel consumption will vary based on driving habits and other factors. Ask your retailer for the *EnerGuide* information. 10.3 L/100 km (27 mpg) highway on Ram 4x2 1500 models equipped with the 5.7L HEMI V8 engine with eTorque 8-speed transmission. Miles per gallon (MPG) ratings based on imperial gallon. 15) This is a driver convenience system, not a substitute for active driver involvement. The driver must remain aware of his/her surroundings and be prepared to take corrective action to avoid collisions. 16) Based on *Automotive News* Full-size Pickup segmentation. Excludes other vehicles designed and manufactured by FCA Canada Inc. 17) The Advanced Front Air Bags in this vehicle are certified to the Federal requirements for Advanced Air Bags. Children 12 years old and younger should always ride buckled up in a rear seat. Infants in rear-facing child restraints should never ride in the front seat of a vehicle with a passenger front air bag. All occupants should always wear their lap and shoulder belts properly. 18) Based on IHSMarkit Automotive Canadian New Vehicle Total Registrations from CY2014 through September 2019. 19) No repairs necessary. Performance is limited by available traction, which snow, ice and other conditions can affect. When the warning lamp flashes, the driver needs to use less throttle and adapt speed and driving behaviour to prevailing road conditions. 20) Not compatible with all garage door openers.



RAMTRUCK.CA

©2019 FCA Canada Inc. All Rights Reserved. Ram is a registered trademark of FCA Canada Inc.