# Exhibit Q



2022 *RAM 1500*



*FIRST TRUCK-ONLY BRAND TO EVER WIN #1 OVERALL IN INITIAL QUALITY IN THE U.S. ACCORDING TO J.D. POWER.*

RAM IS THE #1 BRAND IN NEW VEHICLE QUALITY IN THE U.S.*

* For J.D. Power 2021 U.S. award information, visit jdpower.com/awards

RAM 1500:



AUTOMOBILE JOURNALISTS
ASSOCIATION OF CANADA

**THE BEST LARGE PICKUP
TRUCK IN CANADA FOR 2021**



**RAM 1500 AWARDED
2021 BEST FULL-SIZE TRUCK**



# 2022 RAM 1500

## TABLE OF CONTENTS

INTERIOR ............................. 4

UCONNECT® ........................... 5

HEADS-UP DISPLAY (HUD).............. 7

CAPABILITY .......................... 8

TOWING.............................. 9

ENGINES ............................ 13

DRIVER ASSIST TECHNOLOGY.......... 15

SAFETY/SECURITY AND STRENGTH..... 16

BED STORAGE SOLUTIONS ............. 18

RAMBOX® CARGO
MANAGEMENT SYSTEM................ 19

TRADESMAN®........................ 20

BIG HORN® .......................... 22

SPORT ............................. 24

REBEL® ............................. 27

LARAMIE® ........................... 29

LIMITED LONGHORN™ ................ 31

LIMITED ............................ 33

TRX ................................ 36

COLOURS/CONFIGURATIONS........... 38

SPECIFICATIONS..................... 39

*FINE FORM MEETS*
*RUGGED FUNCTION*

Properly secure all cargo. Always tow within the vehicle's capacity.

*BIG HORN SHOWN IN PATRIOT BLUE PEARL*



UNRIVALLED REFINEMENT | *LIMITED INTERIOR SHOWN IN INDIGO/SEA SALT PREMIUM LEATHER*

*12-INCH TOUCHSCREEN* MEDIA CENTRE



# THE ALL-NEW UCONNECT® 5 SYSTEM

OFFERS MORE CONNECTED SERVICES AND FEATURES
FOR UNMATCHED EASE OF USE FOR BOTH NOVICE
AND EXPERT USERS ALIKE.

**UCONNECT 5 NAV¹* RADIO** is available to keep you informed and entertained. Its large, full-colour, 12-inch touchscreen integrates with your smartphone, thanks to Apple CarPlay² and Android Auto.¹²² The available 4G LTE WiFi Hotspot³ allows you to connect up to eight devices.

With Amazon Alexa Built-In⁴ for the Uconnect 5 radio in your vehicle, you can have the convenience of the Alexa features you enjoy at home, now on the go.

**TOMTOM NAVIGATION¹ WITH TRAFFIC & TRAVEL CONNECTED SERVICES.** Thanks to the ability to predict traffic, formulate better routes and provide more accurate arrival times, TomTom provides the most up-to-date traffic and travel information. TomTom's connected services—including Traffic, Parking, Fuel and Weather—provide drivers with reliable, timely information to get them where they are going.

**SIRIUSXM⁵ WITH 360L** makes it easier than ever to find and enjoy listening to over 200 channels and 10,000 hours of on-demand content. A one-year trial is included with your Ram 1500.



**APPLE CARPLAY²** makes wireless in-vehicle iPhone use easy and safe. Your call: use the touchscreen or Siri voice commands.⁶ Available.



**ANDROID AUTO²** wirelessly connects you with Google Maps, YouTube Music—and more. You love Android™; Google goes with you. Available.

**OFF-ROAD PAGES** provides real-time vehicle information while operating on off-road positions. Information includes ride height, transfer case, pitch and roll, and more. Available.



*A note about this catalogue: all disclaimers and disclosures can be found on the last page.

UCONNECT   5

*BY TOUCH, BY VOICE, **WE'RE KEEPING YOU CONNECTED***



## EVOLVE YOUR CONNECTIONS.
This is user-friendly technology that delivers premium levels of entertainment, communication, comfort and convenience. Ram 1500 offers a wealth of technologies that do it all. Among them, the latest generation of the Award-Winning Uconnect® systems, built-in cellular connectivity, and personalized settings for available features like heated/ventilated seats, Keyless Enter 'n Go™—and much, much more.

## RAM CONNECT.[7]
Drive worry-free with Ram Connect—a premium suite of safety and convenience services that can be accessed in vehicle or through the Ram Connect App. Includes a six-month trial. Available with Uconnect 5 multimedia centres.

## RAM CONNECT[7] features include:
- SOS Call[8]
- Roadside Assistance Call[9]
- Lock/Unlock Your Car[10]
- Start Your Car[10]
- Remote Horn and Lights[10]
- Vehicle Finder[10]
- Send & Go[11]
- Theft Alarm Notification[12]
- Stolen Vehicle Assistance[13]
- Family Drive Alerts[14]





**EYES ON THE ROAD.**
It's about safety, convenience and technology. The fully customizable Heads-Up Display (HUD) projects important stats like km/h, incoming calls and turn-by-turn navigation[1] directly on the windshield. Available.



*BIG HORN® SHOWN IN BILLET METALLIC*



*LARAMIE® SHOWN IN RED PEARL*

# BUILT FOR WORK, PLAY
# AND EVERYTHING IN BETWEEN

### CAPABILITY.

Bring on your big jobs and huge loads. Ram 1500 offers multilink coil spring rear suspension and Class-Exclusive eTorque Technology[15] and Active-Level™ Four-Corner Air Suspension System.[16] It can also haul up to a 1,043-kg (2,300-lb) max payload.

### SAFETY/COMFORT.

Comfort doesn't just come from the spacious six-person seating. It also comes from available peace-of-mind technology like the Lane Departure Warning Plus System[17] and Blind-Spot Monitoring (BSM) with Rear Cross-Path and Trailer Detection.[17]



# 18,350 REASONS
## TO TOW WITH RAM

*MAX TOW PACKAGE: UP TO 18,350-LB (8,323-KG) GCWR*

Properly secure all cargo. Always tow within the vehicle's capacity.



Properly secure all cargo. Always tow within the vehicle's capacity.

*LIMITED SHOWN IN GRANITE CRYSTAL METALLIC*

**PROWESS.** Ram 1500 gas-powered engines help deliver impressive towing numbers. Get up to 5,783-kg (12,750-lb) max towing with the available HEMI® V8 with eTorque, or up to a generous 5,271-kg (11,620-lb) max towing with the available 5.7L HEMI. Best-in-Class available diesel towing of up to 5,697 kg (12,560 lb)[18] is delivered through the 3.0L EcoDiesel V6.

**MAX TOW PACKAGE.** Serious towers will want this available package. For models equipped with a HEMI V8 with eTorque, it adds even more strength, security and a suite of features that increases the GCWR to 8,323 kg (18,350 lb), which enables max towing of 5,783 kg (12,750 lb).

TOWING CAPABILITY   **10**



**HITCH UP, HEAD OUT.** The available 360º Surround View Camera System[19] and Trailer Camera Prep allow for up to two cameras to be positioned on or within the trailer. You'll get a full view of the truck's surroundings which takes the guesswork out of trailer hookup. The tailgate light provides illumination for easier trailer hookup in the dark. Opt for the new Trailer Surround View Camera System[19] feature that provides a 360° bird's-eye view of the trailer, eases vehicle/trailer manoeuvring by providing enhanced visibility of trailer surroundings and aids when backing up the trailer in tight spaces.







Properly secure all cargo. Always tow within the vehicle's capacity.

*LIMITED LONGHORN™ SHOWN IN RED PEARL*

**CONVENIENCE OF TECHNOLOGY.** Self-calibrating Trailer Reverse Steering Control (TRSC) automatically assists with backing up a trailer by turning the truck wheels in the proper direction. Just twist the knob in the direction that you want the trailer to go. The available Digital Rearview Mirror[17] uses an LCD monitor to display real-time video that improves the driver's ability to see behind the vehicle. If a trailer tire becomes low, the available Trailer Tire Pressure Monitoring System will alert the driver. The unique pressures for up to six trailers/RVs can be programmed into the system.



TRAILER REVERSE STEERING CONTROL



DIGITAL REARVIEW MIRROR[17]



TRAILER TIRE PRESSURE MONITORING SYSTEM

# 480 HP | 260 LB-FT

## *FUEL-CONSCIOUS, HEAVY-DUTY PERFORMANCE*

The innovative 3.0L EcoDiesel V6 engine maximizes its 260 horsepower and Best-in-Class 480 lb-ft[15] torque while optimizing fuel consumption. Thanks to B20 biodiesel capability and standard Active Grille Shutters, EcoDiesel is a greener technology that produces fewer $CO_2$ emissions without sacrificing serious strength.

Technical highlights include a water-cooled turbocharger with variable geometry turbine, cylinder head intake ports that boost performance and fuel economy, and an exhaust gas circulation system.

## *BEST-IN-CLASS*
## *12,560-LB (5,697-KG) DIESEL MAX TOWING*[18]



# 305 HP | 269 LB-FT

## *SUBSTANTIAL POWER AND EXCEPTIONAL V6 FUEL ECONOMY*

The facts: a high 10.2:1 compression ratio. High torque—including a supplemental 90 lb-ft of eTorque—and over a broad rpm range: nearly 90 percent of peak torque is available from 1,800 to 6,400 rpm. eTorque utilizes a belt-starter generator system, a 48-volt lithium-ion battery, regenerative braking and electronic power boost. Standard on Tradesman® and Big Horn.®

## *7,710-LB (3,497-KG) MAX TOWING*





# 395 HP | 410 LB-FT

*eTORQUE TECHNOLOGY WITH 10.3 L/100 KM (27 MPG) HWY[20] AND A SUPPLEMENTAL 130 LB-FT OF eTORQUE—AVAILABLE*

## ENGINEERED FOR PERFORMANCE

Few engines are as legendary as the HEMI V8. This iconic powerplant incorporates Variable Valve Timing (VVT) and a Multi-Displacement System (MDS)/FuelSaver Technology for max fuel efficiencies.

Add the available eTorque Technology with a supplemental 130 lb-ft of eTorque. More than just torque, eTorque works with the standard MDS/FuelSaver Technology to deliver excellent V8 4x4 fuel economy and a V8 driving range of up to 848 km (527 mi).[21] The eTorque electric motor creates a mild-hybrid system to help refine Stop/Start capability; it also creates a generator for the regenerative braking, converting kinetic energy to recharge the battery system.

# 12,750-LB (5,783-KG) MAX TOWING



# 702 HP | 650 LB-FT | 4.5 SEC

*THE MOST POWERFUL FACTORY-INSTALLED ENGINE EVER IN A HALF-TON TRUCK[22]*

Only available on the Ram 1500 TRX, the legendary 6.2L Supercharged HEMI V8 engine ensures this monster can charge from 0–60 mph in just 4.5 seconds. The supercharger provides near-instantaneous torque, has a maximum speed of 14,600 rpm and is engineered to withstand 1,595 psi—or the equivalent of nearly 9,072 kg (20,000 lb) of force.

# 8,100-LB (3,674-KG) MAX TOWING





# OUR TECHNOLOGY
## HAS YOU COVERED



**BLIND-SPOT MONITORING (BSM) WITH REAR CROSS-PATH AND TRAILER DETECTION.**[17] This available system scans the blind-spot zones beside and behind the vehicle to help ensure trailer safety during manoeuvring while automatically sensing and accounting for the length of the trailer.



**LANE DEPARTURE WARNING PLUS.**[17]
To prevent drifting, the available Lane Departure Warning Plus System[17] keeps you in your lane by warning you visually and adjusting your steering when the system detects lane drift.



**SMART CRUISING.**
Adaptive Cruise Control with Stop and Go[17] detects slower moving vehicles ahead, and the Forward Collision Warning with Active Braking[17] automatically helps adjust to a safe distance. Likewise, if a collision with a pedestrian appears imminent, Pedestrian Automatic Emergency Braking (PAEB)[17] activates the brakes. Available.



**GUIDED PARKING.**
Parallel and Perpendicular Park Assist[17] provides active guidance when parking. The guidance system directs you to engage the gear position, brake and accelerator while it automatically controls steering. Available.

# CONFIDENCE STARTS HERE

**AIR BAG TECHNOLOGY.[29]**
Advanced multistage front air bags, supplemental front-seat side-mounted air bags and side-curtain air bags.

**DYNAMIC FRONT CRUMPLE ZONES.**
A real factor that contributes to safety, they absorb the energy from impact loads.

**ELECTRONIC PARKING BRAKE.**
Multifunctional, it features five operational modes, including Safe Mode and Drive-Away Release.

**MASSIVE BRAKES.**
Front and back, Ram 1500 standard rotors measure up—and they're the largest brakes in their class: nearly 378 mm (15 in) in diameter.[15]

**SENSORS, CAMERAS AND TECHNOLOGY.**
Ram 1500 uses a variety of standard and available advanced safety features to help make every drive secure.

**SIDE-IMPACT DOOR BEAMS.**
Built into every Ram 1500, they reinforce protection against side impacts.

**SPLAYED FRAME RAILS.**
Direct energy away from the cabin and into the frame rails.

**TIRE BLOCKER.**
Integrated into the frame are tire blockers—one per side—offering further protection in the event of a frontal crash.



**CLASS-EXCLUSIVE AIR SUSPENSION TECHNOLOGY.[16]**
The Active-Level™ Four-Corner Air Suspension System is ideal for towing and features the bed-lowering Hitch Assist. Available.

**CLASS IV TOWING HITCH.**
Trailering is part of the Ram Brand DNA. The available Class IV trailer hitch makes it happen.

**REAR-AXLE THERMAL MANAGEMENT SYSTEM.**
This available technology controls lubricant viscosity—a real contribution to the impressive efficiency.

**SMART FRONT AND REAR SUSPENSION.**
What works: a heavy-duty front stabilizer bar and Class-Exclusive standard link coil rear suspension.[15]

**SMART SHOCKS.**
Frequency Response Damping (FRD) shock absorbers adapt to varying surfaces and driver demand.

**TOUGH STEEL FRAME.**
The frame takes the concept of durability to extremes. 98 percent of the steel used in the frame is high-strength steel.

**CLASS-EXCLUSIVE UNIQUE SUSPENSION.[15]**
The five-link, progressive-rate coil spring rear suspension is 18 kg (40 lb) lighter than leaf springs for better articulation and help with load levelling.



# THE PERFECT BED
## FOR THOSE WHO REFUSE TO REST

Properly secure all cargo.

*BIG HORN® SHOWN IN RED PEARL WITH AVAILABLE MOPAR® ACCESSORIES*

# THE DETAILS MAKE THE DIFFERENCE

**BED UTILITY GROUP.**
Offers a bed divider, a cargo rail system with four adjustable tie-down loops and a deployable bed step. Includes spray-in bedliner on select models. Available.



**POWER-RELEASE TAILGATE.**
The available power-release tailgate feature lets you open the standard damped tailgate with the push of a button on the overhead console or from the key fob.



**STEEL DEPLOYABLE BED STEP.**
Foot-controlled for use or to tuck it back under the bed. Available.





**IN-BED LED LIGHTING.**
Controlled by a switch or activated when the unlock button on the key fob is pushed. Available.



**SHEETS FIT.**
The RamBox® Cargo Management System offers extra storage, while the bed still accommodates standard 4x8-foot sheets of building materials. Available.



**MULTIFUNCTION TAILGATE.**
It has everything a traditional tailgate has, plus split-door flexibility. The 60/40-split, swing-away doors give quick access to the cargo bed without having to lean over a traditional tailgate—even while trailering. When the job calls for it, the multifunction tailgate provides a traditional tailgate that easily handles up to 907 kg (2,000 lb). Available.



**RAMBOX® CARGO MANAGEMENT SYSTEM.** Efficiency isn't just for performance; it's built into everything we do, including storage. The available Class-Exclusive RamBox Cargo Management System[16] boasts storage bins that are weatherproof, lockable, drainable and equipped with downward-facing illumination plus a 115-volt power outlet in the driver's-side bin.



ILLUMINATED STORAGE



115-VOLT POWER OUTLET



DRAINABLE STORAGE

# TRADESMAN® | DEDICATED WORKHORSE



Properly secure all cargo. Always tow within the vehicle's capacity.



## ZERO SACRIFICE.

Whether used for work or for play, Tradesman brings mighty engine options to the table—a 3.6L Pentastar™ Variable Valve Timing (VVT) V6 with eTorque and 8-speed automatic or an available 5.7L HEMI® VVT V8 with Multi-Displacement System (MDS) Technology and 8-speed automatic. For a bigger style boost, opt for the available SXT Appearance Package that includes a chrome grille surround, chrome bumpers and 18-inch aluminum wheels.

*EXTERIOR SHOWN IN BRIGHT WHITE*
*INTERIOR SHOWN IN BLACK CLOTH*

# TRADESMAN®





**Vinyl – Diesel Grey/Black with Diesel Grey accent stitching**
Standard



**Cloth – Black with Medium Greystone accent stitching**
Available



**18-inch steel**
Standard
(WBF)



**18-inch aluminum**
Included with SXT Appearance Package
(WBD)



**18-inch aluminum**
Available
(WBD)

## POWERTRAIN
3.6L Pentastar™ Variable Valve Timing (VVT) V6 with eTorque and 8-speed automatic
5.7L HEMI® VVT V8 with Multi-Displacement System (MDS) Technology and 8-speed automatic

## STANDARD FEATURES

### INTERIOR AMENITIES
3.5-inch Electronic Vehicle Information Centre (EVIC)
4-way adjustable front headrests
4-way driver and front-passenger manual-adjust seats
12-volt auxiliary power outlet
Air conditioning
Black vinyl floor covering
Cruise control
Hands-free communication[24] with Bluetooth® streaming audio

Heavy-duty vinyl 40/20/40 front bench seat
Map/courtesy lamp and rear dome lamp
Media Hub with 2 USB ports and auxiliary audio input jack
Overhead console
ParkView® Rear Back-Up Camera[17]
Power door locks and front windows with 1-touch up-and-down
Push-button start

Rearview day/night mirror
Remote keyless entry
Remote USB ports for charging
Rotary dial E-shifter
SiriusXM Guardian with 1-year trial subscription[25]
Tilt/telescoping steering column
Uconnect® 3 multimedia centre with 5-inch touchscreen and 6 speakers

### EXTERIOR FEATURES
18-inch steel wheels with 275/65R18 BSW All-Season tires
Automatic quad-halogen headlamps
Black grille, door handles and front/rear bumpers

Black power, heated mirrors, manual folding
Cargo lamp
Damped tailgate

Incandescent taillamps
Trailer light hitch lamp

### CAPABILITY & FUNCTIONALITY
3.21 axle ratio
7-pin wiring harness
Active front air dam

Active grille shutters
Electronic shift-on-the-fly part-time transfer case (4x4 only)

Front/rear stabilizer bar
Heavy-duty front/rear shock absorbers
Multilink coil spring rear suspension

### SAFETY & SECURITY
4-wheel disc antilock brakes with Brake Assist
6 air bags[23] including advanced multistage front, supplemental front-seat side-mounted and side-curtain
730-amp maintenance-free battery

Cargo tie-down loops
Electronic parking brake
Electronic Stability Control (ESC)[26] with Ready Alert Braking, Rain Brake Support, Hill Start Assist, Traction Control, Electronic Roll Mitigation and Trailer Sway Control

Engine block heater
Full-size temporary-use spare tire
Tire Pressure Monitoring System
Tire-fill alert

### OPTIONAL EQUIPMENT
3.55 Rear Axle Ratio
3.92 Rear Axle Ratio
Active-Level™ Four-Corner Air Suspension
Antispin Differential Rear Axle
Bed Utility Group
Class IV Hitch Receiver
eLocker Electronic-Locking Rear Differential
Front and Rear Rubber Floor Mats

Level 1 Safety Group
Max Tow Package (4x4 Quad Cab® only)
Multifunction Tailgate
Off-Road Group (4x4 only)
Pickup Box Lighting
Protection Group (4x4 only)
RamBox® Cargo Management System (5'7" box only)

Rear Wheelhouse Liners
SXT Appearance Package
Tradesman Group
Tradesman Level 1 Equipment Group
Trailer Brake Control
Trailer Tow Group
Tri-Fold Tonneau Cover

## APPEARANCE PACKAGE

**SXT Appearance Package**
Includes cloth bench seats, carpet floor covering, front and rear carpet floor mats, power-sliding rear window, chrome grille surround, bright front and rear bumpers, SiriusXM[5] and 18-inch aluminum wheels

# BIG HORN® | BOLD STYLE AND PERFORMANCE



Properly secure all cargo. Always tow within the vehicle's capacity.



## HUGE ON DETAILS.

If you're looking for striking Chrome accents, you'll love the front and rear bumpers, grille and door handles on Big Horn. There are also large tow-hook openings for easier access, aluminum wheels and an available appearance package. Inside, a standard cloth 40/20/40 front bench seat with front centre-seat cushion storage and leather-wrapped steering wheel with audio controls welcome you.

*EXTERIOR SHOWN IN BILLET METALLIC*
*INTERIOR SHOWN IN DIESEL GREY CLOTH*

# BIG HORN®





**Cloth – Diesel Grey/Black with Diesel Grey accent stitching**
Standard



**Cloth – Light Mountain Brown/Black with Light Mountain Brown accent stitching**
Standard



**18-inch aluminum**
Standard
(WBB)



**18-inch aluminum**
Available with Off-Road Group
(WBD)

## POWERTRAIN
3.6L Pentastar™ Variable Valve Timing (VVT) V6 with eTorque and 8-speed automatic
5.7L HEMI® VVT V8 with Multi-Displacement System (MDS) Technology and 8-speed automatic

**STANDARD FEATURES INCLUDE** SELECT TRADESMAN® FEATURES PLUS:

18-inch aluminum wheels with
  275/65R18 BSW All-Season tires
Big Horn badge
Carpet floor covering
Chrome front/rear bumpers, grille and door handles
Cloth 40/20/40 front bench seat
Door trim panel with map pocket

## OPTIONAL EQUIPMENT
3.55 Rear Axle Ratio
3.92 Rear Axle Ratio
10 Amplified Speakers, including a Subwoofer
20-inch Chrome-Clad Aluminum Wheels
Active-Level™ Four-Corner Air Suspension
Antispin Differential Rear Axle
Bed Utility Group
Big Horn Level 1 Equipment Group
Big Horn Level 2 Equipment Group
Blind-Spot Monitoring with Rear Cross-Path and
  Trailer Detection[17]
Chrome Wheel-to-Wheel Side Steps
Class IV Hitch Receiver
Dual-Pane Panoramic Sunroof (Crew Cab only)
eLocker Electronic-Locking Rear Differential
Front and Rear Rubber Floor Mats
Level 1 Safety Group
Max Tow Package (4x4 Quad Cab® only)

Electronic shift-on-demand transfer case (4x4 only)
Fog lamps
Front and rear floor mats
Front centre-seat cushion storage
Front seatback map pockets
Leather-wrapped steering wheel with audio controls
Rear sliding window

Multifunction Tailgate
Off-Road Group (4x4 only)
Park-Sense® Front and Rear Park Assist[17]
Premium Lighting Group
Protection Group (4x4 only)
RamBox® Cargo Management System (5'7" box only)
Rear Underseat Compartment Storage
Rear Wheelhouse Liners
Remote Start System[27]
Single-Pane Sunroof (Quad Cab only)
SiriusXM with 1-Year Subscription[5]
Technology Group
Trailer Brake Control
Trailer Tow Group
Tri-Fold Tonneau Cover
Uconnect® 5 NAV[!] Multimedia Centre with 8.4-inch
  Touchscreen and Navigation[i]

**APPEARANCE PACKAGE**



**Back Country Package**
Includes rear locking axle, off-road decals, tonneau cover, tow hooks, cloth low-back bucket vinyl/cloth seats, dual exhaust with Black tips, skid plates (fuel tank, transfer case, front suspension and steering gear), Mopar® Bed Step, Mopar Front and Rear Rubber Floor Mats, Off-Road Pages, 7-inch cluster, Black Ram grille, Black headlamp bezel, Black Mopar Tubular Side Steps, raised ride height, heavy-duty shocks and 18-inch Black-painted aluminum wheels with Falken® Off-Road tires



**18-inch Black-painted aluminum**
Available with Back Country Package
(WBP)



**Cloth – Black with Medium Greystone accent stitching**
Standard



**20-inch chrome-clad aluminum**
Available
(WRK)



**20-inch premium chrome-clad aluminum**
Available
(WRD)



MAKES FOR A BOLD COMMUTE

SPORT SHOWN IN FLAME RED

Case 2:22-cv-11393-TGB-CI   ECF No. 14-18, PageID.1072   Filed 09/29/22   Page 26 of 41



# SPORT | A CANADIAN EXCLUSIVE

Properly secure all cargo. Always tow within the vehicle's capacity.



## GET READY TO ROAM.

Of course this Canadian exclusive is powered by the legendary 5.7L HEMI® V8 engine. It also showcases bold exterior styling that includes huge 20-inch Black aluminum wheels and LED headlamps and taillamps with Black bezels. The body-colour front and rear bumpers, grille, door handles and mirrors give this model a sleek monochromatic look. Designed for life in the North, Sport Crew Cab includes heated front seats and a heated steering wheel. All Sport models receive the new Uconnect® 5 NAV[1] multimedia centre with 12-inch touchscreen.

*EXTERIOR ABOVE SHOWN IN BILLET METALLIC*
*EXTERIOR LEFT SHOWN IN DIAMOND BLACK CRYSTAL PEARL*

# SPORT



## POWERTRAIN

5.7L HEMI® Variable Valve Timing (VVT) V8 with Multi-Displacement System (MDS) Technology
and 8-speed automatic with E-shifter

| STANDARD FEATURES INCLUDE | SELECT BIG HORN® FEATURES PLUS: |
|---|---|

7-inch full-colour customizable in-cluster display centre
20-inch Black aluminum wheels with 275/55R20 Outlined
White Lettering (OWL) All-Season tires
115-volt auxiliary power outlet
Android Auto™2
Apple CarPlay2
Auto-dimming rearview mirror
Black badging
Body-colour front/rear bumper, grille, door handles
and mirrors
Cloth/vinyl low-back front bucket seats
Connected Traffic and Travel Services16
Deluxe door trim panel
Forward Collision Warning with Active Braking17
Full-length floor console
Heated front seats

Heated, perforated steering wheel
LED dome lamp and glove box lamp
LED fog lamps
LED headlamps with Black bezels
LED taillamps
Power 12-way driver's seat including 4-way lumbar adjust
Power-adjustable pedals
Premium overhead console
Rear window defroster
SiriusXM with 360L with 1-year subscription5
Sport badge
Sun visors with illuminated vanity mirrors
Uconnect® 5 NAV3 multimedia centre with
12-inch touchscreen
Universal Garage Door Opener28

## OPTIONAL EQUIPMENT

3.92 Rear Axle Ratio
10 Amplified Speakers, including a Subwoofer
22-inch Polished Aluminum Wheels
Active-Level™ Four-Corner Air Suspension
Advanced Safety Group
Antispin Differential Rear Axle
Bed Utility Group
Black Tubular Side Steps
Blind-Spot Monitoring with Rear Cross-Path and
Trailer Detection17
Class IV Hitch Receiver
Comfort and Convenience Group
Dual-Pane Panoramic Sunroof (Crew Cab only)
eLocker Electronic-Locking Rear Differential
Front and Rear Rubber Floor Mats

Leather and Sound Group
Leather-Faced Bucket Seats
Multifunction Tailgate
Park-Sense® Front and Rear Park Assist17
Power Side Steps
RamBox® Cargo Management System (5'7" box only)
Remote Start System27
Single-Pane Sunroof (Quad Cab® only)
Sport Level 2 Equipment Group
Sport Performance Hood
Spray-In Bedliner
Technology Group
Trailer Tow Group
Tri-Fold Tonneau Cover
Trailer Brake Control

## APPEARANCE PACKAGES



**Night Edition**
Includes 22-inch Black-painted aluminum wheels and Gloss
Black grille with Black surround



**GT Model**
Includes Performance Pages, unique GT interior, unique
leather/vinyl Sport bucket seats, 3.92 rear axle, leather-
wrapped shifter, Sport performance hood, GT decal, passive
cold air exhaust, steering wheel-mounted paddle shifters,
Mopar® Cold Air Intake, Mopar Off-Road Truck Floor Mats
and 5.7L HEMI V8 with eTorque



**Vinyl with cloth inserts – Black/Medium
Greystone with Medium Greystone
accent stitching**
Standard



**Leather-faced with perforated inserts –
Black with Medium Greystone
accent stitching**
Available



**20-inch Black aluminum**
Standard
(WRP)



**22-inch polished aluminum**
Available
(WPM)



**22-inch Black-painted aluminum**
Included with Night Edition
(WPH)

DEALER ePROCESS



Property secure all cargo.



## RUGGED YET REFINED.

You're always up for a good time and so is Rebel. This half-ton truck is ready to kick up some dirt up with a muscular Sport performance hood, fog lamps, premium projector headlamps and LED taillamps. Its capability includes 33-inch tires, lifted suspension, a formidable V8 engine and the electronic-locking rear differential. The themed interior showcases Rebel floor mats, leather-wrapped steering wheel, and seats with Black and Dark Ruby Red material featuring unique mesh inserts. All Rebel models receive the new Uconnect® 5 NAV[1] multimedia centre with 12-inch touchscreen.

*EXTERIOR SHOWN IN BILLET METALLIC WITH BLACK LOWER AND AVAILABLE
REBEL BODYSIDE DECAL
INTERIOR SHOWN IN BLACK/DARK RUBY RED*

REBEL 27

# REBEL®



## POWERTRAIN

5.7L HEMI® Variable Valve Timing (VVT) V8 with Multi-Displacement System (MDS) Technology and 8-speed automatic with E-shifter

## STANDARD FEATURES INCLUDE SELECT BIG HORN® FEATURES PLUS:

3.92 rear axle ratio
7-inch Rebel themed full-colour customizable in-cluster display centre
18-inch Black aluminum wheels with LT275/70R18E Outlined White Lettering (OWL) All-Terrain tires
115-volt auxiliary power outlet
Black badging
Black grille
Black lower two-tone paint and fender flares
Black powder-coated front and rear bumpers
Black RAM tailgate badge
Body-colour door handles
Electronic shift-on-the-fly part-time transfer case
eLocker electronic-locking rear differential
Front/rear Bilstein® performance-tuned shock absorbers
Full-length centre console
Forward Collision Warning with Active Braking[17]
Glove box lamp

High-durability technical grain vinyl front bucket seats with cloth-embossed tire-tread inserts
Hill Descent Control
LED fog lamps
LED headlamps with Black bezels
LED taillamps
Off-road rubber floor mats
Perforated steering wheel
Power 12-way driver's seat, including 4-way lumbar adjust
Power-sliding rear window
Rebel badge
SiriusXM with 360L with 1-year subscription[5]
Skid plates–transfer case, steering system, front suspension and fuel tank
Sport performance hood
Tow hooks
Uconnect® 5 NAV[1] multimedia centre with 12-inch touchscreen
Vinyl door trim panel

## OPTIONAL EQUIPMENT

Active-Level™ Four-Corner Air Suspension
Advanced Safety Group
Bed Utility Group
Black Tubular Side Steps
Blind-Spot Monitoring with Rear Cross-Path and Trailer Detection[17]
Cold Weather Group
Comfort and Convenience Group
Dual-Pane Panoramic Sunroof (Crew Cab only)
Electronic Shift-on-Demand Transfer Case
Leather and Sound Group
Monotone Paint
Multifunction Tailgate

Park-Sense® Front and Rear Park Assist[17]
RamBox® Cargo Management System (5'7" box only)
Rebel Bodyside Graphics
Rebel Hood Decal
Rebel Level 1 Equipment Group
Rebel Level 2 Equipment Group
Single-Pane Sunroof (Quad Cab® only)
Spray-In Bedliner
Technology Group
Trailer Brake Control
Trailer Surround View Camera System[19]
Trailer Tow Group
Tri-Fold Tonneau Cover

## APPEARANCE PACKAGES



### Monotone Paint
Deletes Black Lower Two-Tone Paint



### Night Edition
Includes 18-inch Gloss Black-painted aluminum wheels, Black front bumper with Black skid plate and Black grille with Black RAM grille badge



### GT Model
Includes Performance Pages, unique GT interior, unique leather/vinyl Sport bucket seats, 3.92 rear axle, leather-wrapped shifter, Sport performance hood, GT decal, passive cold air exhaust, steering wheel-mounted paddle shifters, Mopar® Cold Air Intake, Mopar Off-Road Truck Floor Mats and 5.7L HEMI V8 with eTorque



**Vinyl with cloth-embossed inserts – Black/Dark Ruby Red with Medium Greystone/ Ruby Red accent stitching and embroidered Rebel logo**
Standard



**Leather-faced – Black/Dark Ruby Red with Medium Greystone accent stitching and embroidered Rebel logo**
Available



**18-inch Black-painted aluminum**
Standard
(WBT)



**18-inch Mid-Gloss Black-painted aluminum**
Available
(WBJ)



**18-inch Gloss Black-painted aluminum**
Included with Night Edition
(WBS)



DEP DEALER ePROCESS



Properly secure all cargo. Always tow within the vehicle's capacity.



## SHOW-OFF STYLE.

A raised aluminum hood that houses a potent 5.7L HEMI® V8 engine might be the first thing you notice about the bold Laramie style. Or it could be the striking LED headlamps and pushed-to-the-corner LED fog lamps. Maybe it's the chrome details and aluminum tailgate with damped opening assist that catch your eye. Whatever it is, Laramie is a head-turner. The interior is filled with premium touches, including leather-faced seats; accent stitching on the upper dashboard, centre armrest and door panels; a leather-wrapped steering wheel; and wood accents. Laramie models feature the new Uconnect® 5 NAV[1] multimedia centre with 12-inch touchscreen.

*EXTERIOR SHOWN IN RED PEARL*
*INTERIOR SHOWN IN LIGHT FROST/MOUNTAIN BROWN*

LARAMIE  *29*

# LARAMIE®





**Leather-faced with perforated inserts – Light Frost/Mountain Brown with Light Frost accent stitching**
Standard



**Leather-faced with perforated inserts – Black with Medium Greystone accent stitching**
Standard



**18-inch aluminum**
Standard
(WBC)



**20-inch polished aluminum**
Available
(WRB)



**20-inch Black aluminum**
Included with Night Edition if equipped with Off-Road Group
(WRW)

## POWERTRAIN

3.0L EcoDiesel V6 with 8-speed automatic
5.7L HEMI® Variable Valve Timing (VVT) V8 with Multi-Displacement System (MDS) Technology and 8-speed automatic with E-shifter
5.7L HEMI V8 with MDS Technology, eTorque and 8-speed automatic

## STANDARD FEATURES INCLUDE SELECT SPORT FEATURES PLUS:

10 amplified speakers, including a subwoofer
18-inch aluminum wheels with 275/65R18 BSW All-Season tires
115-volt auxiliary rear power outlet
Air conditioning with Dual-Zone Automatic Temperature Control
Body-colour fender flares
Chrome auto-dimming, power-folding, heated mirrors with courtesy lamps, supplemental turn signals and memory
Chrome badging
Chrome front/rear bumpers, grille and door handles
Chrome headlamp bezels
Front seatback map pockets

Highline door trim panel
Keyless Enter 'n Go™ with proximity entry and push-button start
Laramie badge
Leather-faced 40/20/40 front bench seat
Power 12-way driver's and front-passenger seats, including 4-way lumbar adjust and driver's-seat memory
Power-adjustable pedals with memory
Rear window defroster
Remote Start System²⁷
Security alarm²⁹
Ventilated front seats

## OPTIONAL EQUIPMENT

3.92 Rear Axle Ratio
20-inch Polished Aluminum Wheels
Active-Level™ Four-Corner Air Suspension
Advanced Safety Group
Antispin Differential Rear Axle
Bed Utility Group
Billet Metallic Lower Two-Tone Paint
Chrome Wheel-to-Wheel Side Steps
Class IV Hitch Receiver
Cold Weather Group
Dual-Pane Panoramic Sunroof (Crew Cab only)
eLocker Electronic-Locking Rear Differential
Front and Rear Rubber Floor Mats
Laramie Level 1 Equipment Group
Laramie Level 2 Equipment Group

Leather-Faced Front Bucket Seats
Off-Road Group
Multifunction Tailgate
Pickup Box Lighting
Power Side Steps
Protection Group
RamBox® Cargo Management System
Rear Wheelhouse Liners
Single-Pane Sunroof (Quad Cab® only)
Technology Group
Trailer Brake Control
Trailer Surround View Camera System¹⁹
Trailer Tow Group
Tri-Fold Tonneau Cover

## APPEARANCE PACKAGES



**Chrome**
Includes monotone paint, chrome window surround, chrome tow hooks and chrome wheel-to-wheel side steps



**Sport**
Includes monotone paint, Sport performance hood, body-colour grille surround, body-colour bumpers, body-colour door handles/mirrors, Black leather-faced interior, front bucket seats with centre console and 20-inch polished aluminum wheels



**Night Edition**
Includes 22-inch Black-painted aluminum wheels, Black badging, Black grille with Black surround, Black headlamp bezels, Black tubular side steps, body-colour door handles/mirrors, body-colour bumpers, Black leather-faced interior, bucket seats, dual Black exhaust tips and Sport performance hood

**GT Model**
Includes Performance Pages, unique GT interior, unique leather/vinyl Sport bucket seats, 3.92 rear axle, leather-wrapped shifter, Sport performance hood, GT decal, passive cold air exhaust, steering wheel-mounted paddle shifters, Mopar® Cold Air Intake and Mopar Off-Road Truck Floor Mats



**20-inch aluminum**
Included with Sport Appearance Package
(WRJ)



**22-inch Black-painted aluminum**
Included with Night Edition
(WPH)

**22-inch polished aluminum**
Available with Sport Appearance Package
(WPM)

DEALER ePROCESS

Case 2:22-cv-11283-TGB-CI ECF No. 14-13, PageID.1079 Filed 09/29/22 Page 32 of 41





## DETAIL-DRIVEN.

Limited Longhorn packages technology, comfort and western appointments to make a unique statement. The exterior flaunts a unique Longhorn grille, bi-functional LED projector headlamps, chrome tow hooks and chrome wheel-to-wheel side steps, all riding on 20-inch aluminum wheels. Opt for bold chrome accents or striking two-tone colour options. Step inside to surround yourself with premium leather-faced seats; accent stitching on the upper dashboard, centre armrest and door panels; a leather-wrapped steering wheel; and real barnwood accents. All Limited Longhorn models feature the new Uconnect® 5 NAV[1] multimedia centre with 12-inch touchscreen.

*EXTERIOR SHOWN IN DIAMOND BLACK CRYSTAL PEARL*
*INTERIOR SHOWN IN MOUNTAIN BROWN*

# LIMITED LONGHORN™





**Premium leather with perforated inserts – Cattle Tan/Black with Cattle Tan accent stitching and piping**
Standard



**20-inch aluminum**
Standard with monotone paint
(WRU)



**20-inch aluminum**
Standard with lower two-tone paint
(WRC)



**22-inch polished aluminum with Brown-painted accents**
Available with two-tone paint
(WPF)



**22-inch polished aluminum**
Available with monotone paint
(WPZ)

## POWERTRAIN
3.0L EcoDiesel V6 with 8-speed automatic
5.7L HEMI® Variable Valve Timing (VVT) V8 with Multi-Displacement System (MDS) Technology and 8-speed automatic
5.7L HEMI V8 with MDS Technology, eTorque and 8-speed automatic

**STANDARD FEATURES INCLUDE** SELECT LARAMIE® FEATURES PLUS:

20-inch aluminum wheels with 275/55R20 BSW
   All-Season tires
Auto High-Beam Headlamp Control
Bi-functional LED halogen projector headlamps
Chrome tow hooks
Chrome wheel-to-wheel side steps
Full-leather high-back front bucket seats with full-length
   premium floor console
Heated second-row seats
Limited Longhorn badge

Luxury front and rear floor mats
Park-Sense® Front and Rear Park Assist[17]
Pickup box lighting
Premium door trim panel
Rain-sensing windshield wipers
Rear underseat storage
Rear wheelhouse liners
Reclining rear seat
Remote tailgate release
Spray-in bedliner

## OPTIONAL EQUIPMENT
3.92 Rear Axle Ratio
22-inch Polished Aluminum Wheels
Active-Level™ Four-Corner Air Suspension
Advanced Safety Group
Antispin Differential Rear Axle
Bed Utility Group
Class IV Hitch Receiver
Cold Weather Group
Dual-Pane Panoramic Sunroof
eLocker Electronic-Locking Rear Differential
Limited Longhorn Level 1 Equipment Group

Multifunction Tailgate
Off-Road Group
Protection Group
Technology Group
Trailer Brake Control
Trailer Surround View Camera System[19]
Trailer Tow Group
Tri-Fold Tonneau Cover
Walnut Brown Metallic Lower Two-Tone Paint

**APPEARANCE PACKAGES**



**Body-Colour Bumper Group**
Includes front and rear body-colour bumpers





**Lower Two-Tone Paint**
Includes RV Match Walnut Brown paint for the lower body, front and rear bumpers, wheel flares, running boards and wheel inserts



BUILT TO DELIVER
SATURDAYS TO REMEMBER

LIMITED SHOWN IN PATRIOT BLUE PEARL

Properly secure all cargo. Always tow within the vehicle's capacity.

LIMITED   *33*

Case 2:22-cv-11383-TGB-CI   ECF No. 14-13, PageID.1081   Filed 09/29/22   Page 35 of 41



# LIMITED | MOST LUXURIOUS TRUCK IN ITS CLASS[30]



## PINNACLE OF REFINEMENT.

Limited models stand out with a robust corrugated mesh grille, hearty 20-inch wheels, gleaming chrome accents and power running boards. The Class-Exclusive Active-Level™ Four-Corner Air Suspension System[8] helps reduce drag, which can increase efficiency. The standard Uconnect® 5 NAV[1] multimedia centre with 12-inch touchscreen and Navigation[1]; wireless charging pad; and the extensive use of genuine wood, metal and leather are just a few of the upscale amenities.

*EXTERIOR SHOWN IN BILLET METALLIC*
*INTERIOR SHOWN IN BLACK*

# LIMITED



## POWERTRAIN
3.0L EcoDiesel V6 with 8-speed automatic
5.7L HEMI® Variable Valve Timing (VVT) V8 with Multi-Displacement System (MDS) Technology and 8-speed automatic
5.7L HEMI V8 with MDS Technology, eTorque and 8-speed automatic

### STANDARD FEATURES INCLUDE SELECT LIMITED LONGHORN™ FEATURES PLUS:

20-inch aluminum wheels with painted pockets
Active-Level™ Four-Corner Air Suspension
Blind-Spot Monitoring with Rear Cross-Path and Trailer Detection¹²
Chrome bodyside moulding
Limited badge

Limited tailgate appliqué
Luxury door trim panel
Luxury full-leather high-back front bucket seats
Wireless charging pad

### OPTIONAL EQUIPMENT
3.92 Rear Axle Ratio
22-inch Polished Aluminum Wheels
Antispin Differential Rear Axle
Bed Utility Group
Body-Colour Bumper Group
Class IV Hitch Receiver
Cold Weather Group
Dual-Pane Panoramic Sunroof
eLocker Electronic-Locking Rear Differential
Limited Level 1 Equipment Group

Multifunction Tailgate
Off-Road Group
Power Side Steps
Protection Group
Technology Group
Trailer Brake Control
Trailer Surround View Camera System¹⁹
Trailer Tow Group
Tri-Fold Tonneau Cover

---



**Body-Colour Bumper Group**
Includes front and rear body-colour bumpers



### NIGHT EDITION
Includes 22-inch Black-painted aluminum wheels, Black dual exhaust tips, Black badges, Black headlamp bezels, body-colour door handles/mirrors, body-colour bumpers, Harman Kardon® 19-Speaker Audio System and tri-fold tonneau cover



**10th Anniversary Package**
Includes multifunction tailgate; spray-in bedliner; exclusive Blue Shade paint; unique Indigo/Sea Salt interior; 10th anniversary console badge; 10th anniversary cluster and graphic; quilted leather detail on the seats, console and doors; suede headliner, visors and sunshade; metal pedal kit; and Harman Kardon 19-Speaker Audio System

---



**Premium leather with perforated inserts – Black with Medium Greystone accent stitching and piping**
Standard



**Premium quilted leather with perforated inserts – Indigo/Sea Salt with Sea Salt accent stitching and piping**
Available with Limited 10th Anniversary Package

---



**20-inch aluminum with painted pockets**
Standard
(WRR)



**22-inch polished aluminum**
Available
(WPZ)



**22-inch Black-painted aluminum**
Included with Night Edition
(WP9)


DEALER ePROCESS





## PERFORMANCE-FOCUSED.

TRX was designed to be the ultimate high-performance, sandstorming full-size pickup. The 6.2L Supercharged HEMI® V8 engine unleashes 702 hp and 650 lb-ft of torque. Paired with a TorqueFlite® 8-speed automatic transmission, TRX delivers a 4.5-second 0–60-mph time and a top track speed of 190 km/h (118 mph). The performance hood boasts a functional air intake and two 12x8-inch air filters. See more at **RAMTRUCK.CA**

*EXTERIOR SHOWN IN FLAME RED*
*INTERIOR SHOWN IN BLACK/BRIGHT RUBY RED*

# TRX



## POWERTRAIN
6.2L Supercharged HEMI® V8 with 8-speed automatic

### STANDARD FEATURES INCLUDE SELECT REBEL® FEATURES PLUS:

13-inch front suspension travel
14-inch rear suspension travel
18-inch Black-painted aluminum wheels
35-inch Goodyear® Wrangler Territory All-Terrain tires
6-inch increased front and rear track
60/40-split rear bench seat with fold-down console
7-inch TRX specific full-colour customizable in-cluster display centre
Bilstein® Black Hawk® e2 adaptive shocks
Black exterior mirrors
Black, powder-coated front and rear bumpers
Centre-console-mounted floor shifter
Class IV hitch receiver
Dana® 60 rear axle
eLocker electronic-locking rear differential
Exterior LED marker lights

## OPTIONAL EQUIPMENT
18-inch Beadlock Aluminum Wheels
360° Surround View Camera System[19]
Advanced Safety Group
Bed-Mounted Tire Carrier
Bed Utility Group
Blind-Spot Monitoring with Rear Cross-Path and Trailer Detection[17]
Dual-Pane Panoramic Sunroof
Harman Kardon® 19-Speaker Audio System
Mopar® Off-Road-Style Running Boards
Mopar Rock Rails
Park-Sense® Front and Rear Park Assist[17]

Forward Collision Warning with Active Braking[17]
Front and rear heavy-duty tow hooks
Front-door accent lighting
Full-length upgraded floor console
Full-time BorgWarner transfer case
Heated, leather- and suede-wrapped performance flat-bottom steering wheel
High-performance air induction system
Interior assist handles
Launch Control
LED bed lighting
LED interior lighting
Luxury front door trim panel
Performance drive modes
Premium leather front bucket seats
Premium LED adaptive headlamps, fog lamps and taillamps

RamBar
Remote Start System[27]
Technology Group
Trailer Camera Wiring
Trailer-Reverse Steering Control
Trailer Tow Group
Tri-Fold Tonneau Cover
TRX Exterior Graphics
TRX Hood Graphics
TRX Red Interior Accents
TRX Level 2 Equipment Group

Premium wrapped instrument-panel bezel
Rain-sensing windshield wipers
Rear-door accent lighting
Rear underseat storage compartment
Skid plate underbody protection
T-case switch bank with drive select mode and launch control
TRX specific grille with flow-through RAM lettering
TRX specific performance hood with functional air scoop and heat extractors
TRX specific runner floor mats
Uconnect® Performance and Off-Road Pages
Widebody fenders, box sides and fender flares

### AVAILABLE MOPAR ACCESSORIES



In addition to factory-installed options, Mopar offers a full menu of accessories for the 2022 Ram 1500 TRX. Learn more at **mopar.com**. Shown here with available RamBar, TRX Box-Side Graphics and Off-Road Running Boards.



Premium leather with perforated inserts and suede bolsters – Black with Medium Greystone accent stitching and embroidered TRX logo
Standard



Premium leather with perforated inserts and suede bolsters – Black/Bright Ruby Red with Bright Ruby Red accent stitching and embroidered TRX logo
Available



**18-inch Black-painted aluminum**
Standard
(WS4)



**18-inch beadlock aluminum**
Available
(WS1)

DEALER ePROCESS

## RAM 1500 COLOURS/CONFIGURATIONS



Bright White



Ivory White Tri-Coat



Billet Metallic



Granite Crystal Metallic



Flame Red



Hydro Blue Pearl



Rebel® in Flame Red with Diamond Black
Crystal Pearl lower two-tone



Limited Longhorn™ in Ivory White Tri-Coat
with Walnut Brown Metallic lower two-tone



Red Pearl



Patriot Blue Pearl



Diamond Black Crystal Pearl

TO SEE MORE EXAMPLES OF POSSIBLE PAINT COMBINATIONS, VISIT **RAMTRUCK.CA**

### PAINT COLOURS AND TWO-TONE OPTIONS

| | Bright White | Ivory White Tri-Coat | Billet Metallic | Granite Crystal Metallic | Diamond Black Crystal Pearl | Hydro Blue Pearl | Patriot Blue Pearl | Flame Red | Red Pearl |
|---|---|---|---|---|---|---|---|---|---|
| TRADESMAN® | M | — | M | M | M | M | M | M | M |
| BIG HORN® | M | — | M | M | M | M | M | M | M |
| REBEL | M ■ | — | M ■ | M ■ | M | M ▨ | — | M ■ | — |
| SPORT | M | M | M | M | M | M | M | M | M |
| LARAMIE® | M | M | M | M | M | M | M | M | M |
| LIMITED LONGHORN | M | M ▣ | M | — | M | — | M | — | M |
| LIMITED | M | M | M | M | M | — | M | — | M |
| TRX | M ■ | — | M ■ | M ■ | M ■ | M | M ■ | M ■ | — |

M = Monotone Colour   ■ = Diamond Black Crystal Pearl Lower Two-Tone   ▨ = Billet Metallic Lower Two-Tone   ▣ = Walnut Brown Metallic Lower Two-Tone   — = Not Available

### CONFIGURATIONS

| CONFIGURATIONS | QUAD CAB® | CREW CAB | 5'7" BOX | 6'4" BOX | 40/20/40-SPLIT BENCH SEAT | BUCKET SEATS |
|---|---|---|---|---|---|---|
| |  | |  |  |  |  |
| TRADESMAN | A | A | CREW CAB | ALL CABS | S | N/A |
| BIG HORN | A | A | CREW CAB | ALL CABS | S | OPTIONAL |
| SPORT | A | A | CREW CAB | ALL CABS | N/A | S |
| REBEL | A | A | CREW CAB | QUAD CAB | N/A | S |
| LARAMIE | A | A | CREW CAB | ALL CABS | S | OPTIONAL |
| LIMITED LONGHORN | N/A | S | CREW CAB | CREW CAB | N/A | S |
| LIMITED | N/A | S | CREW CAB | CREW CAB | N/A | S |
| TRX | N/A | S | CREW CAB | N/A | N/A | S |

A = Available Configuration   N/A = Not Available   S = Standard Configuration

## RAM 1500 SPECIFICATIONS

### RAM 1500 CARGO BOX DIMENSIONS

All dimensions are in millimetres (inches) unless otherwise noted.

| | 5'7" BOX | 6'4" BOX |
|---|---|---|
| SAE VOLUME, CU M (CU FT) | 1.5 (53.0) | 1.7 (61.5) |
| LENGTH AT FLOOR, TAILGATE CLOSED | 1711 (67.4) | 1937 (76.3) |
| CARGO WIDTH | 1687 (66.4) | 1687 (66.4) |
| DISTANCE BETWEEN WHEELHOUSES | 1295 (51.0) | 1295 (51.0) |
| DEPTH | 543 (21.4) | 545 (21.5) |
| TAILGATE OPENING WIDTH | 1525 (60.0) | 1525 (60.0) |

### RAM 1500 EXTERIOR DIMENSIONS

All dimensions are in millimetres (inches) unless otherwise noted.

| | QUAD CAB® PICKUP | | CREW CAB PICKUP | | | |
|---|---|---|---|---|---|---|
| | 2WD | 4WD | 2WD | | 4WD | |
| MODEL – TIRE SIZE | 275/55R20 | 275/55R20 | 275/55R20 | | | |
| BOX LENGTH | 6'4" | 6'4" | 5'7" | 6'4" | 5'7" | 6'4" |
| WHEELBASE (NOMINAL) | 3569 (140.5) | 3569 (140.5) | 3672 (144.6) | 3898 (153.5) | 3672 (144.6) | 3898 (153.5) |
| TRACK, FRONT | 1741 (68.5) | 1741 (68.5) | 1741 (68.5) | 1741 (68.5) | 1741 (68.5) | 1741 (68.5) |
| TRACK, REAR | 1729 (68.1) | 1729 (68.1) | 1729 (68.1) | 1729 (68.1) | 1729 (68.1) | 1729 (68.1) |
| OVERALL LENGTH | 5814 (228.9) | 5814 (228.9) | 5916 (232.9) | 6142 (241.8) | 5916 (232.9) | 6142 (241.8) |
| OVERALL WIDTH | 2084 (82.1) | 2084 (82.1) | 2084 (82.1) | 2084 (82.1) | 2084 (82.1) | 2084 (82.1) |
| OVERALL HEIGHT | 1971 (77.6) | 1973 (77.7) | 1968 (77.5) | 1966 (77.4) | 1971 (77.6) | 1968 (77.5) |

### GROUND CLEARANCE

All dimensions are in millimetres (inches) unless otherwise noted.

| | QUAD CAB PICKUP | | CREW CAB PICKUP | | | |
|---|---|---|---|---|---|---|
| | 2WD | 4WD | 2WD | | 4WD | |
| FRONT AXLE | 199 (7.8) | 208 (8.2) | 199 (7.8) | 199 (7.8) | 209 (8.2) | 207 (8.1) |
| REAR AXLE | 221 (8.7) | 221 (8.7) | 218 (8.6) | 221 (8.7) | 221 (8.7) | 218 (8.6) |
| OPEN TAILGATE TO GROUND | 979 (34.6) | 875 (34.4) | 875 (34.5) | 875 (34.4) | 871 (34.3) | 871 (34.3) |
| PICKUP BODY HEIGHT | 545 (21.4) | 545 (21.4) | 544 (21.4) | 544 (21.4) | 544 (21.4) | 544 (21.4) |
| APPROACH ANGLE, DEGREES | 18.1 | 18.9 | 18.0 | 18.1 | 19.0 | 18.9 |
| DEPARTURE ANGLE, DEGREES | 25.2 | 25.0 | 25.1 | 25.0 | 24.9 | 24.9 |
| RAMP BREAKOVER ANGLE WITHOUT SKID PLATE, DEGREES | 19.5 | 19.9 | 19.0 | 18.4 | 19.5 | 18.7 |
| RAMP BREAKOVER ANGLE WITH SKID PLATE, DEGREES | – | 17.8 | – | – | 17.5 | 16.7 |
| GROUND CLEARANCE WITHOUT SKID PLATE | 213 (8.4) | 221 (8.7) | 211 (8.3) | 212 (8.3) | 222 (8.7) | 220 (8.6) |
| GROUND CLEARANCE WITH SKID PLATE | – | 208 (8.2) | – | – | 209 (8.2) | 207 (8.1) |

### RAM 1500 INTERIOR DIMENSIONS

All dimensions are in millimetres (inches) unless otherwise noted.

| | QUAD CAB | CREW CAB |
|---|---|---|
| **FRONT** | | |
| HEADROOM | 1038 (40.9) | 1038 (40.9) |
| LEGROOM | 1040 (40.9) | 1040 (40.9) |
| SHOULDER ROOM | 1676 (66.0) | 1676 (66.0) |
| HIP ROOM | 1610 (63.4) | 1610 (63.4) |
| SEAT TRAVEL | 220 (8.7) | 220 (8.7) |
| **REAR** | | |
| HEADROOM | 995 (39.2) | 1011 (39.8) |
| LEGROOM | 903 (35.6) | 1147 (45.2) |
| SHOULDER ROOM | 1668 (65.7) | 1670 (65.7) |
| HIP ROOM | 1610 (63.4) | 1610 (63.4) |
| **INTERIOR VOLUME** | | |
| FRONT, CU M (CU FT) | 1.8 (63.9) | 1.8 (63.9) |
| REAR, CU M (CU FT) | 1.5 (53.3) | 1.9 (68.5) |

### PAYLOAD* (SAE J2807 COMPLIANT)

| kg (lb) – Maximum ratings when properly equipped | GVWR | QUAD CAB | | CREW CAB | | | |
|---|---|---|---|---|---|---|---|
| | | 1.9M (6'4") BOX | 1.7M (5'7") BOX | | 1.9M (6'4") BOX | | |
| | | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 |
| 3.6L PENTASTAR™ VARIABLE VALVE TIMING (VVT) V6 WITH eTORQUE / 8-SPEED AUTOMATIC | 3084 (6800) | | 821 (1810) | | | | |
| | 3130 (6900) | | | 907 (2000) | 821 (1810) | 889 (1960) | 803 (1770) |
| | 3221 (7100) | 1043 (2300) | | | | | |
| 3.0L ECODIESEL V6 / 8-SPEED AUTOMATIC | 3175 (7000) | | | 807 (1780) | | 789 (1740) | |
| | 3221 (7100) | | 794 (1750) | | | | |
| | 3266 (7200) | 925 (2040) | | | 816 (1800) | | 794 (1750) |
| 5.7L HEMI® V8 / 8-SPEED AUTOMATIC | 3130 (6900) | 862 (1900) | | 816 (1800) | | 798 (1760) | |
| | 3221 (7100) | | 862 (1900) | | 830 (1830) | | 807 (1780) |
| 5.7L HEMI V8 WITH eTORQUE / 8-SPEED AUTOMATIC | 3130 (6900) | 826 (1820) | | 780 (1720) | | 762 (1680) | |
| | 3221 (7100) | | 826 (1820) | | 798 (1760) | | 762 (1680) |
| 6.2L SUPERCHARGED HEMI V8 / 8-SPEED AUTOMATIC | 3583 (7800) | | | | 594 (1310) | | |

### TOWING* (CONVENTIONAL BALL & HITCH; SAE J2807 COMPLIANT)

| kg (lb) – Maximum ratings when properly equipped | AXLE RATIO | GCWR | QUAD CAB | | CREW CAB | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1.9M (6'4") BOX | 1.7M (5'7") BOX | | 1.9M (6'4") BOX | | |
| | | | 4x2 | 4x4 | 4x2 | 4x4 | 4x2 | 4x4 |
| 3.6L PENTASTAR VVT V6 WITH eTORQUE / 8-SPEED AUTOMATIC | 3.21 | 5398 (11,900) | | 2930 (6460) | 3003 (6620) | 2908 (6410) | 2985 (6580) | 2898 (6390) |
| | 3.55 | 5851 (12,900) | | 3384 (7460) | 3456 (7620) | 3361 (7410) | 3438 (7580) | 3352 (7390) |
| 3.0L ECODIESEL V6 / 8-SPEED AUTOMATIC | 3.21 | 6305 (13,900) | 3797 (8370) | 3701 (8160) | 3742 (8250) | 3633 (8010) | 3742 (8250) | 3561 (7850) |
| | 3.92 | 7076 (15,600) | 4568 (10,070) | 4472 (9860) | 4495 (9910) | 4404 (9710) | 4513 (9950) | 4332 (9550) |
| | 3.92 | 8255 (18,200) | 5697 (12,560) | | | | | |
| 5.7L HEMI V8 / 8-SPEED AUTOMATIC | 3.21 | 6305 (13,900) | 3885 (8520) | 3769 (8310) | 3824 (8430) | 3710 (8180) | 3801 (8380) | 3715 (8190) |
| | 3.92 | 7711 (17,000) | 5271 (11,620) | 5175 (11,410) | 5230 (11,530) | 5117 (11,280) | 5207 (11,480) | 5121 (11,290) |
| 5.7L HEMI V8 WITH eTORQUE / 8-SPEED AUTOMATIC | 3.21 | 6305 (13,900) | 3828 (8440) | 3729 (8220) | 3760 (8290) | 3683 (8120) | 3760 (8290) | 3620 (7980) |
| | 3.92 | 7711 (17,000) | 5234 (11,540) | 5135 (11,320) | 5166 (11,390) | 5089 (11,220) | 5166 (11,390) | 5026 (11,080) |
| | 3.92 | 8323 (18,350) | 5783 (12,750) | | | | | |
| 6.2L SUPERCHARGED HEMI V8 / 8-SPEED AUTOMATIC | 3.55 | 3583 (7800) | | | | 3674 (8100) | | |

*Information subject to change. All weights are in kg (lb). Please visit **www.rambodybuilder.com** for full specifications. Payload and Max Trailer Weights are ESTIMATED values. Payload and Max Trailer Weight values are rounded to the nearest 4.5 kg (10 lb). Payload = GVWR – Base Weight. Trailer Weight Rating and Tow Vehicle Trailering Weight are calculated as specified in SAE J2807. Passenger Weight = 136 kg (300 lb). Options Weight is option content above 33 percent of sales volume. Trailer equipment weight = Class IV hitch receiver is 5 kg (11.1 lb) (if not already included in options weight). Trailer Hitch is 4.5 kg (10 lb) if TWR is less than or equal to 2,268 kg (5,000 lb) and 29 kg (65 lb) if TWR is greater than 2,268 kg (5,000 lb). Payload and Trailer Weight Rating are mutually exclusive. GAWRs, GVWRs and GCWRs should never be exceeded. The recommended tongue weight for a conventional hitch is 10 percent of the gross trailer weight. The maximum tongue weight for Class IV hitch receiver is limited to 499 kg (1,100 lb). Weight-Distributing Hitch is recommended for trailers over 2,268 kg (5,000 lb).

FOR MORE SPECIFICATIONS, VISIT **RAMTRUCK.CA**



**ABOUT THIS CATALOGUE:** Since the time of printing, some of the information you'll find in this catalogue may have been updated. Ask your retailer for details. Some of the equipment shown or described throughout this catalogue may be available at extra cost. Specifications, descriptions, illustrative materials and all competitive comparisons contained herein are as accurate as known at the time this publication was approved for printing. FCA Canada Inc. reserves the right to discontinue models at any time or change specifications without notice or without incurring obligation. For the price of the model with the equipment you desire, or verification of specifications contained herein, see your Ram retailer.

©2021 FCA Canada Inc. All Rights Reserved. Chrysler, Dodge, Jeep, Ram, Mopar, Big Horn, HEMI, Laramie, Limited, Mopar Vehicle Protection, Park-Sense, ParkView, Quad Cab, RamBox, the Ram's Head logo, Rebel, TorqueFlite, Tradesman and Uconnect are registered trademarks, and Active-Level, Keyless Enter 'n Go, Limited Longhorn, Pentastar, Send & Go and TRX are trademarks of FCA Canada, Inc. Airstream is a registered trademark of Airstream Inc. All rights reserved. Amazon, Alexa, and all related logos and marks are trademarks of Amazon.com, Inc. or its affiliates. Bilstein and Black Hawk are registered trademarks of August-Bilstein GmbH & Co. Bluetooth is a registered trademark of Bluetooth SIG, Inc. BorgWarner is a trademark of BorgWarner Inc. Cummins is a registered trademark of Cummins, Inc. Dana is a registered trademark of Dana Corporation. Falken is a registered trademark of Sumitomo Rubber Industries, Ltd. Google, Android, YouTube, YouTube Music, Android Auto and other marks are trademarks of Google LLC. Harman Kardon is a registered trademark of Harman International Industries, Incorporated. Instagram is a registered trademark of Instagram, Inc. Apple CarPlay, iPhone and Siri are registered trademarks of Apple Inc. SIRIUS, XM, SiriusXM Guardian, and all related marks and logos are registered trademarks of SiriusXM Radio Inc. and its subsidiaries. All rights reserved. Goodyear and DuraTrac are registered trademarks of The Goodyear Tire & Rubber Company. Facebook and logo are registered trademarks of Facebook, Inc. TomTom is a registered trademark of TomTom International B.V. The Twitter name, logo, Twitter T, Tweet and Twitter blue bird are service marks of Twitter, Inc.

**WARRANTIES:** 2022 Chrysler, Jeep, Dodge and Ram vehicles are backed by a 5-year or 100,000-kilometre* fully transferable Powertrain Limited Warranty with $0 deductible plus 24-hour roadside assistance! Basic Warranty coverage is for 3 years or 60,000 kilometres.* Rust-through coverage on all body sheet metal is for 3 years. The Cummins Turbo Diesel engine is protected by a separate Limited Warranty, covering the engine for 5 years or 160,000 kilometres. *Whichever comes first. Some conditions may apply. †The 5-Year/100,000-Kilometre Powertrain Limited Warranty does not apply to vehicles sold for certain commercial uses. See your retailer for full details.

**MOPAR VEHICLE PROTECTION:** FCA Canada Inc. has a vested interest in your satisfaction and owner experience with your new Ram truck. Mopar Vehicle Protection offers extended service plans to help ensure that you'll enjoy your truck for many years down the road. For more information on comprehensive vehicle coverage, see your Ram retailer, call 800-465-2001 or visit fcacanada.ca/owners

**DISCLAIMERS:** 1) Never program while driving. GPS mapping and available 3D navigation may not be detailed or available in all areas or reflect current road regulations. 2) Driving while distracted can result in loss of vehicle control. Only use mobile phones and other devices, even with voice controls, when it is safe to do so. Requires compatible iPhone. See retailer for phone compatibility. Data plan rates apply. To use Android Auto on your phone screen, you'll need an Android phone running 6.0 or higher and the Android Auto App. 3) Three-month/1GB trial included with the purchase or lease of a new vehicle. Upon expiration of the trial period, purchase of a subscription is required. WiFi Hotspot available through third-party subscription. Requires Internet-enabled mobile device. See retailer for details. This feature is not intended for use while in motion. Always drive carefully. 4) Vehicle must be properly equipped with a Uconnect 5 NAV system. Requires a WiFi Hotspot data plan and linked Amazon account to run Alexa in the vehicle. 5) Requires SiriusXM radio subscriptions governed by SiriusXM Canada Customer Agreement available at siriusxm.ca/terms 6) Requires an iPhone with Siri. Certain features are not available while the vehicle is in motion. iPhone must be within active cellular range. Customer's existing iPhone data rates apply to Internet-supported features. 7) All vehicles require a 12-month trial subscription to receive connected services come with a three-month trial of the full suite of Ram Connect services effective from the date of purchase or lease of a new vehicle. Enrolment in the trial is required to receive services. Upon expiration of the trial period, purchase of a subscription is required to continue or renew services. Ram Connect is available only on equipped vehicles purchased within the United States, Canada and Puerto Rico. Services can only be used where cellular coverage is available. 8) Vehicle must be enrolled with Ram Connect, be in an active and usable cellular range, and have an active subscription. SOS Customer Care agent directs emergency assistance to your vehicle's location. 9) Provides direct-dial access to Roadside Assistance Service. Vehicle must be within the United States, have network coverage and must be enrolled with Ram Connect with an active subscription that includes the applicable feature. Additional roadside assistance charges may apply. Check warranty for details. 10) Vehicle must be enrolled with Ram Connect, be in an active and usable cellular range, have an active subscription and properly equipped with remote features. Remote Vehicle Start is not available on all vehicles. You are responsible for using remote features in accordance with any laws, rules or ordinances in effect in your vehicle's location. 11) Vehicle must be properly equipped with TomTom Navigation, enrolled in an active subscription with Ram Connect, be in an active and usable cellular range, and with the vehicle brand app installed on a compatible smartphone. 12) Vehicle must be enrolled in an active subscription with Ram Connect and be in an active and usable cellular range. Vehicle Theft Alert is only available on factory-installed alarms only. 13) Vehicle must be enrolled with Ram Connect, be in an active and usable cellular range, and have an active subscription. Stolen vehicle police report required. 14) Vehicle must be enrolled with Ram Connect, be in an active and usable cellular range, and have an active subscription. 15) Based on *Automotive News* Full-size Pickup segmentation. 16) Based on *Automotive News* Full-size Pickup segmentation. Excludes other vehicles designed and manufactured by FCA US LLC. 17) This is a driver convenience system, not a substitute for active driver involvement. The driver must remain aware of their surroundings and be prepared to take corrective action to avoid collisions. 18) Based on *Automotive News* Full-size Pickup segmentation. When properly equipped. 19) Always check entire surroundings visually before proceeding. 20) Based on *EnerGuide* highway fuel consumption ratings and fuel tank options. Government of Canada test methods used. Your actual fuel consumption will vary based on driving habits and other factors. Ask your retailer for the *EnerGuide* information. 10.3 L / 100 km (27 mpg) highway on Ram 1500 4x2 models equipped with the 5.7L eTorque engine and 8-speed transmission. Miles per gallon (MPG) ratings based on imperial gallon. 21) Driving range based on 2021 *EnerGuide* highway fuel consumption ratings and fuel tank capacity. Your actual driving range will vary based on powertrain, driving habits and other factors. Use for comparison purposes only. 22) Based on *Automotive News* Full-size Pickup segmentation. Based on horsepower. 23) The Advanced Front Air Bags in this vehicle are certified to the Federal regulations for Advanced Air Bags. Children 12 years old and younger should always ride buckled up in a rear seat. Infants in rear-facing child restraints should never ride in the front seat of a vehicle with a passenger front air bag. All occupants should always wear their lap and shoulder belts properly. 24) Driving while distracted can result in loss of vehicle control. Only use mobile phones and other devices, even with voice commands, when it is safe to do so. Voice commands of phone require a Bluetooth compatible phone. 25) All SiriusXM Guardian equipped vehicles come with a 12-month complimentary trial effective on the date of purchase or lease of a new vehicle. Enrolment in the trial is required to receive service. Upon expiration of the trial period, purchase of a subscription is required to continue SiriusXM Guardian. SiriusXM Guardian is available only on equipped vehicles purchased within the United States and Canada. Services can only be used where cellular coverage is available. See Uconnect and SiriusXM Guardian Terms of Service for complete service limitations. 26) No system can repeal the laws of physics or overcome careless driving actions. Performance is limited by available traction, which snow, ice and other conditions can affect. When the warning lamp flashes, the driver needs to use less throttle and adapt speed and driving behaviour to prevailing road conditions. 27) Only available with automatic transmissions. 28) Not compatible with all garage door openers. 29) Vehicle must be locked and system activated for alarm to sound. 30) Based on *Automotive News* Full-size Pickup segmentation. Based on Ram 1500 Limited/Limited Longhorn standard premium content comparison to Ford F-150 Platinum and Chevy Silverado 1500 High Country.

# RAMTRUCK.CA

✉ **SIGN UP FOR UPDATES AT:** ramtruck.ca/en/signup

©2022 FCA Canada Inc. All Rights Reserved. Ram is a registered trademark of FCA US LLC.



**LIKE US ON:** facebook.com/ramtruckscanada



**FOLLOW US ON:** twitter.com/ramtruckscanada



**CHECK US OUT ON:** instagram.com/ramtruckscanada



**FOLLOW US ON:** youtube.com/user/RamTrucksCanada