# Exhibit S

E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, Michigan 48307
Telephone: 248-841-2200
epm@millerlawpc.com

Adam J. Levitt
**DICELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com

W. Daniel "Dee" Miles, III
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@Beasleyallen.com

*Counsel for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EFFIE JOHNSON NORMAN, TREVOR CREECH, DEZ JONES, and EDWIN MCFARLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US, LLC,<br>Defendant. | Case No.:<br><br>**EXHIBIT S TO FIRST AMENDED COMPLAINT: DECLARATION OF TREVOR CREECH** |

1

I, Trevor Creech, declare:

1. I am a Plaintiff in this action. The following is based upon my personal knowledge, and if called upon as a witness to testify in this matter, I could and would testify competently thereto.

2. I make this Declaration pursuant to California Civil Code section 1780(c) to state facts showing that this action has been commenced in the proper county.

3. Based upon information provided to me by my counsel, it is my belief that Defendant FCA US, LLC ("FCA") does business in the County of Oakland, a county within the Eastern District of Michigan. The information provided to me comes from FCA's website at https://careers.fcagroup.com/where-we-are/north-america-careers-home/north-america-locations/#michigan, which states that FCA's World Headquarters and Technology Center are located in Auburn Hills, Michigan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2022.

                                                             /s/   *Trevor Creech*
                                                                   Trevor Creech