UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **EFFIE JOHNSON NORMAN,** *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>**FCA US, LLC,**<br><br>　　　　　Defendant. | **2:22-CV-11393-TGB-CI** |

# JUDGMENT

In accordance with the Order entered on this date, **GRANTING** Defendant's Motion to Dismiss, it is **ORDERED AND ADJUDGED** that judgment is entered in favor of FCA US, LLC, and Plaintiffs' case is **DISMISSED** with prejudice.

Dated at Detroit, Michigan:  September 30, 2023.

　　　　　　　　　　　　　　　　KINIKIA ESSIX
　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　　　s/A. Chubb
　　　　　　　　　　　　　　　　Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE